1
2
3
4
5
6
7
8              **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
9
10                                              )
                                                )
11                                              )
                              Plaintiff,        )   CASE NO. _____
12      vs.                                     )
                                                )   **APPLICATION TO PROCEED**
13                                              )   **IN FORMA PAUPERIS**
                                                )
14                            Defendant.        )
                                                )
15   _____

16      I, _____, declare, under penalty of perjury that I am the plaintiff

17   in the above entitled case and that the information I offer throughout this application is true and

18   correct.  I offer this application in support of my request to proceed without being required to

19   prepay the full amount of fees, costs or give security.  I state that because of my poverty I am

20   unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

21      In support of this application, I provide the following information:

22   1.    Are you presently employed?                              Yes ____  No ____

23   If your answer is "yes," state both your gross and net salary or wages per month, and give the

24   name and address of your employer:

25   Gross: _____ Net: _____

26   Employer: _____

27   _____

28   If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.

2  _____

3  _____

4  _____

5  2.   Have you received, within the past twelve (12) months, any money from any of the

6  following sources:

7      a.   Business, Profession or             Yes \_\_\_\_  No \_\_\_\_

8          self employment?

9      b.   Income from stocks, bonds,          Yes \_\_\_\_  No \_\_\_\_

10         or royalties?

11     c.   Rent payments?                       Yes \_\_\_\_  No \_\_\_\_

12     d.   Pensions, annuities, or              Yes \_\_\_\_  No \_\_\_\_

13         life insurance payments?

14     e.   Federal or State welfare payments,   Yes \_\_\_\_  No \_\_\_\_

15         Social Security or other govern-

16         ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount

18 received from each.

19 _____

20 _____

21 3.   Are you married?                         Yes \_\_\_\_  No \_\_\_\_

22 Spouse's Full Name: _____

23 Spouse's Place of Employment: _____

24 Spouse's Monthly Salary, Wages or Income:

25 Gross $_____  Net $_____

26 4.   a.   List amount you contribute to your spouse's support:$ _____

27     b.   List the persons other than your spouse who are dependent upon you for support

28         and indicate how much you contribute toward their support.  (NOTE: For minor

1   children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

2   _____

3   _____

4   5.   Do you own or are you buying a home?        Yes ____ No ____

5   Estimated Market Value: $_____ Amount of Mortgage: $_____

6   6.   Do you own an automobile?        Yes ____ No ____

7   Make _____ Year _____ Model _____

8   Is it financed? Yes _____ No _____ If so, Total due: $ _____

9   Monthly Payment: $ _____

10  7.   Do you have a bank account?  Yes ____ No ____ (Do not include account numbers.)

11  Name(s) and address(es) of bank: _____

12  _____

13  Present balance(s):  $ _____

14  Do you own any cash?  Yes ____ No ____  Amount: $ _____

15  Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

16  market value.)                                                            Yes ____ No ____

17  _____

18  8.   What are your monthly expenses?

19  Rent:  $ _____ Utilities: _____

20  Food:  $ _____ Clothing: _____

21  Charge Accounts:

22  <u>Name of Account</u>          <u>Monthly Payment</u>          <u>Total Owed on This Account</u>

23  _____   $ _____   $ _____

24  _____   $ _____   $ _____

25  _____   $ _____   $ _____

26  9.   Do you have any other debts? (List current obligations, indicating amounts and to whom

27  they are payable.  Do not include account numbers.)

28  _____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ____   No ____

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

February 16, 2022

DATE                                           SIGNATURE OF APPLICANT