# EXHIBIT 1

# Collective Bargaining Agreement

between

## LOMA PRIETA TEACHERS ASSOCIATION, CTA/NEA

and

## LOMA PRIETA JOINT UNION SCHOOL DISTRICT

July 1, 2014

through

June 30, 2017

# TABLE OF CONTENTS

**ARTICLE 1**
Agreement 4

**ARTICLE 2**
Recognition 6

**ARTICLE 3**
Negotiation Procedure 7

**ARTICLE 4**
Association Rights 8

**ARTICLE 5**
Hours 10

**ARTICLE 6**
Personal and Academic Freedom 12

**ARTICLE 7**
Grievance Procedure 13

**ARTICLE 8**
Leaves 17

**ARTICLE 9**
Catastrophic Leave Program 24

**ARTICLE 10**
Salary 26

**ARTICLE 11**
Part-Time Contract 28

**ARTICLE 12**
Teacher Hiring 29

**ARTICLE 13**
Transfers and Reassignments 30

**ARTICLE 14**
Early Retirement Programs 32

**ARTICLE 15**
Personnel Files and records 35

**ARTICLE 16**
    Parent Complaint Procedures    37

**ARTICLE 17**
    Formal Evaluation Procedure    39

**ARTICLE 18**
    Concerted Activities    42

**ARTICLE 19**
    District Rights    43

**ARTICLE 20**
    Teacher Safety    44

**ARTICLE 21**
    Fringe Benefits    46

**ARTICLE 22**
    Class Size    47

**ARTICLE 23**
    Reporting of Child Abuse    48

**ARTICLE 24**
    Miscellaneous    49

**ARTICLE 25**
    Professional Assistant Program (PAR)    50

**APPENDICES**
    Appendix 1—2014-2015 & 2015-16 Salary Schedules    53
    Appendix 2—MOU Re: Shared Decision-Making    55
    Appendix 3—MOU Re: Alternative Evaluation    57

# ARTICLE 1

## AGREEMENT

A. The articles and provisions contained herein constitute a bilateral and binding agreement ("Agreement") by and between the governing Board of the Loma Prieta School District, hereinafter referred to as the "Employer" and the Loma Prieta Teachers Association/California Teachers Association/National Education Association, hereinafter referred to as the "Association," an employee organization.

B. This Agreement is entered into pursuant to Chapter 10.7, Sections 3450-3549.3 of the Government Code, hereinafter referred to as the "Act."

C. This Agreement shall remain in full force and effect until June 30, 2017.

D. At each intervening year, the Employer and the Association may each open for negotiation two (2) non-economic items. By mutual agreement, the parties may reopen economic items.

E. This agreement does not preclude the possibility of further meeting and negotiating sessions when both parties mutually agree that such sessions are necessary and/or useful, or in the event there is a change in state law brought about by administrative or judicial finding or a change in statute directly affecting the contract.

F. Savings Provision:  If any provisions of this Agreement are held to be contrary to law by a court of competent jurisdiction, such provisions will not be deemed valid and subsisting except to the extent permitted by law, but all other provisions will continue in full force and effect.  Moreover, the parties shall meet not later than ten (10) days after such court decision to renegotiate the provision or provisions affected.

G. Support of Agreement:  The Employer and the Association agree that it is to their mutual benefit to encourage the resolution of differences through the meet and negotiation process. Therefore, it is agreed that the Association and the Employer will support this Agreement for its term and will not seek change or improvement in any matter subject to the meet and negotiation process except by mutual agreement of the Employer and the Association.  This does not preclude a teacher's right to grieve a violation, misinterpretation, or misapplication of the terms of this Agreement.

H. Effect of Agreement:  It is understood and agreed that the specific provisions contained in this Agreement shall prevail over District practices and procedures and over State laws to the extent permitted by State law and that in the absence of specific provisions in this Agreement such practices and procedures are discretionary.

I. Completion of Meet and Negotiation:  This document comprises the entire agreement between the Association and the Employer in the matters lawfully within the scope of

4

# ARTICLE 2

## RECOGNITION

A.  The District confirms its recognition of the Association as the exclusive representative for that unit of teachers, to wit:

> classroom teachers, resource teachers, special education teachers, nurses, temporary teachers, and part-time teachers.

and excluding all other positions not designated, including, but not limited to:

> the superintendent, principal, summer school teachers, and substitute teachers.

negotiation.  The Employer and the Association shall have no further obligation to meet and negotiate during the term of this Agreement , on any subject, whether or not said subject is covered by this agreement, even though such subject was not known or considered at the time of negotiations leading to the execution of this Agreement, unless by mutual agreement.

# ARTICLE 3

## NEGOTIATION PROCEDURES

A. The Employer shall furnish the Association with appropriate data and information as requested in preparation for bargaining within 10 days or as soon thereafter as reasonably possible.

B. All proposals shall be sunshined no later than the second board meeting in March of the year of the expiration of the Agreement.

C. A good faith effort shall be made to announce all agreements no later than June 30th.

D. Negotiations will take place at a mutually agreed upon time.  The District will provide reasonable release time as necessary.

# ARTICLE 4

## ASSOCIATION RIGHTS

A.  Representatives of the Association shall have the right to make reasonable use of school equipment, buildings, and facilities for Association business when such equipment, buildings, and facilities are not otherwise in use. Such equipment shall include typewriters, copy machines, adding machines, computers designated by site administrator, fax machines on a reimbursement basis, and all types of audio-visual equipment. None of the aforementioned equipment or facilities shall be used for campaigning or influencing public elections, except for purposes of internal Association communication.

B.  The Association shall have the right to post legal notices of activities and matters of Association concern on Association bulletin boards, at least one of which shall be provided on each school site, in areas frequented by teachers. The association may use the teacher mailboxes for communication to teachers.

C.  Authorized representatives of the Association shall be permitted to transact official Association business on school property at all times, other than classroom time, so long as it does not interfere with the educational process.

D.  The Employer shall provide the Association with the names, addresses, and telephone numbers of all teachers no later than September 30 of each school year.

E.  All rights granted to the Association under the Act as the exclusive representative are granted solely to the Loma Prieta Teachers Association/California Teachers Association/National Education Association and shall not be utilized by any other teacher organization as contemplated by the Act, unless so authorized by the Act.

F.  Association Leave: Six (6) days of paid leave shall be available for four (4) members chosen by the Association to utilize for local, state or national conferences or for conducting other lawful business pertinent to Association affairs. The Association shall pay for substitutes. This provision is in addition to the reasonable released time which may be required for the conduct of negotiations pursuant to the Rodda Act.

G.  The District shall not seek to independently modify the terms and conditions of this agreement with individual bargaining unit members. All changes within the scope of bargaining shall be bargained through the Association. In the event that the need for changes within scope arise (i.e. new legal mandates; reasonable accommodation requests; etc.) the Association shall be contacted prior to the initiation of the process to make changes. Before seeking any waiver of this contract:

  a.  The current contract language that is to be changed must be identified and submitted to the Association along with a waiver request.

      b.  If the Association finds the waiver to be a disservice to its members, it may deny the waiver.

H.     The second Monday of each month shall be designated as the Association meeting day, and the District shall not schedule any meetings that would require staff attendance on those days. The fourth Monday of each month shall be designated as the second Association meeting day; however, should the Association not need that Monday for meetings, the District may request to schedule activities requiring teacher attendance. Should the District hope to use the fourth Monday for meetings that would require teacher attendance, the Administrator will contact the LPTA chapter president, not later than the preceding Thursday. The Association has the right of refusal should a meeting be scheduled.

# ARTICLE 5

## HOURS

A.  All teachers shall be at their school and ready to perform their professional responsibilities prior to the commencement of classes as determined by their immediate supervisor.  The time requirement set by the immediate supervisor shall not exceed thirty (30) minutes prior to the commencement of classes.

B.  All teachers must remain after their last school assignment as long as necessary to meet their responsibilities to the students and to the educational program.  In addition, the immediate supervisor shall have the authority to assign responsibilities outside of regular class hours so long as these assignments are made fairly and equitably.

C.  The Employer may require teachers to attend up to one hundred eighty (180) minutes of regularly scheduled faculty meetings beyond the scheduled workday every month, with a maximum of 25 hours per year.

   1.  The superintendent or principal who calls such meetings shall provide teachers with an agenda for the meeting at least one (1) day before each meeting is held and shall also permit teachers, either individually or through their Association representative, to place items on the agenda prior to its publication.  Association business is not to be deducted from the 180 minutes of faculty meetings.

D.  No teacher shall be required to perform more than fifteen (15) minutes of playground supervision per day or more than one (1) playground supervision per day unless an emergency situation exists. Teachers will be placed on a yard duty schedule which fairly and equitably distributes weeks on and off and supervision duties. Teachers shall not be required to perform after school supervision in any capacity other than bus duty, and bus duty shall be deemed as complete when students have successfully loaded onto the buses and the buses are leaving (first run, only).

E.  Every teacher shall be entitled to one (1) duty-free, uninterrupted thirty (30) minute lunch period daily.

F.  On days when teachers are scheduled to work, but pupils are not scheduled to be present, the workday shall be set forth by the building principal. On days of an emergency release of pupils, the workday shall be determined by the superintendent or his/her designee. In either case the workday shall not exceed the normal amount of time students are in attendance, plus thirty (30) minutes.

G.  The number of scheduled work days shall be 185, 180 of which are teaching days.

H.  Adjunct Pay:  The adjunct duty rate for direct instruction or curriculum development may be $50 per hour, at the discretion of the administration. Members will be informed

as to which rate an adjunct duty will be paid and may decline participation. All other adjunct duties shall be paid at the rate of $35 per hour.

Should the District and member determine to offer an additional class, outside of the school day or year and without school funding, fees for the class shall reflect a pro rated per diem rate for the member.

J.      Preparation Periods. Middle School teachers will have one (1) period of six (6) for planning and preparation. A Middle School teacher acting as a substitute during his/her preparation time will be paid at the adjunct duty hourly rate. The District will make its best efforts to provide a minimum of one (1) hour of preparation, per week, for Elementary classroom teachers.

K.      In the extraordinary circumstance that an elementary school teacher is required by the site administrator to simultaneously manage his/her own class and another teacher's class, for more than 30 minutes, that teacher shall be paid on a pro-rata basis for the time at the regular substitute rate. Any teacher who fulfills this obligation more than two times shall be paid at the adjunct duty hourly rate.

L.      In the event of classroom relocation after the beginning of the school year, in lieu of release time from classroom duties, the unit member may elect to receive two (2) days of pay at the adjunct duty hourly rate.

M.      Kindergarten Teachers: As per the current practice, the Kindergarten teachers' work day includes the use of non-instructional time.

N.      The schedule for students and teachers shall be modified to allow for an adjusted Wednesday, each week. The purpose of the adjusted Wednesday will include, but not be limited to, staff development, collaboration, grade level meetings, and faculty meetings. Each Wednesday shall end for students at approximately 1:30. Meetings and activities for teachers on adjusted Wednesdays shall begin at 1:45 and end not later than 3:15 PM.

The Association and District shall collaborate on the calendar to maintain the necessary minutes in order to meet the requirements of the law, allow the adjusted Wednesday schedule to work, as well as assure that the general calendar is consistent with this agreement.

O.      There will be up to 5 additional days of staff development in the summers of 2015, 2016 and 2017. These days will be voluntary and paid at per diem. The District will select and approve the trainings based on the District's needs.

# ARTICLE 6

## PERSONAL AND ACADEMIC FREEDOM

A.  The Employer shall not take action against a teacher based on his or her personal, political, or other activities, so long as these activities are lawful and do not affect the teacher's professional performance.

B.  It is recognized and agreed that the welfare of students is served through the introduction and open exchange of varying ideas, materials, and positions which might be deemed unpopular or controversial.  It is also mutually agreed that such materials, ideas, and positions should be appropriate to the age and maturity of the student involved.

C.  The Employer shall not interfere with a teacher's lawful freedom of speech or use of curriculum and materials which fall within state and district approved guidelines.

D.  The Association shall have the right to consult with the Employer on the definition of educational objectives, the determination of the content of courses and curriculum and the selection of textbooks and materials (EERA 3543.2 Paragraph (a) ).

# ARTICLE 7

## GRIEVANCE PROCEDURE

A. Definitions

   1. A "grievance" is a claim by one or more teachers, or the Association, that there has been a violation, misinterpretation, or misapplication of the terms of this Agreement.

   2. A "grievant" is the person, persons, or Association making the claim.

   3. A "party in interest" is any person or persons who might be required to take action or against whom action might be taken in order to resolve the claim.

   4. A "day" is any day teachers are required to be on duty.

B. Purpose

   1. The purpose of this procedure is to secure, at the lowest possible administrative level, equitable solutions to the problems which may arise from an alleged violation, misinterpretation, or misapplication of the Agreement. Both parties agree that these proceedings will be kept as informal and confidential as may be appropriate at any level of the procedure.

   2. Nothing contained herein will be construed as limiting the right of any teacher having a grievance to discuss the matter informally with any appropriate member of the administration, and to have the grievance adjusted without intervention by the Association, provided that the adjustment is not inconsistent with the terms of this Agreement and that the Association has been given an opportunity to review the adjustment and to state its views. If the grievant wishes, the Association may be present at such an adjustment and state its views. This provision does not apply to Level Four.

   3. Since it is important that grievances be processed as rapidly as possible, the time limits specified at each level should be considered maximums and every effort should be made to expedite the process. The time limits may, however, be extended by mutual agreement.

   4. In the event a grievance is filed at such a time that it cannot be processed through all the steps in this grievance procedure by the end of the school year and, if left unresolved until the beginning of the following school year could result in harm to the grievant, the time limits set forth herein will be reduced so that the procedure may be exhausted prior to the end of the school year or as soon as practicable.

C. Procedure

1. Informal:  Before filing a formal written grievance, the grievant shall attempt to resolve the issue by an informal discussion with the grievant's immediate supervisor.  The grievant has 10 working days from the date the unit member had or reasonably should have had knowledge of the event, action or inaction which led to the grievance.  The informal conference shall be held within 5 working days of the request.

   If a grievance arises from action or inaction on the part of a member of the administration at level above the principal or immediate supervisor, the grievant shall submit such grievance in writing to the superintendent and the Association directly and the processing of such grievance will be commenced at Level Two.

2. Level One:  If the grievant is not satisfied with the results of the informal step he or she may, within five (5) working days after the response at the informal level, file a Level One grievance with the immediate supervisor.   A level one grievance shall be submitted on the appropriate form and shall include the following:

   > A clear, concise statement of the grievance;
   > The circumstances involved;
   > The specific provision of the Agreement alleged to have been violated; and
   > The specific remedy sought.

   The supervisor shall communicate a decision to the grievant in writing within ten (10) days after receiving the Level One grievance.  If the supervisor does not respond within the time limits, the grievant may appeal to the next level.

3. Level Two:  In the event that the grievant is not satisfied with the decision at Level One, he or she may appeal the decision on the appropriate District designated form to the Superintendent or designee within ten (10) days.  The appeal shall include a copy of the original grievance, the decision rendered, and a clear, concise statement of the reasons for the appeal.  The Superintendent or designee shall communicate a decision within ten (10) days of receiving the appeal.  If the Superintendent or designee does not respond within the time limits, the grievant may appeal to the next level.

4. Level Three:  If the  grievant is not satisfied with the disposition of his/her grievance at Level Two, or if no written decision has been rendered within ten (10) working days after s/he had first met with the superintendent or his designee, the grievant may, within ten (10) working days after a decision by the superintendent or his designee, submit his/her grievance to the Board.  The Board, within ten (10) working days after receipt of the request from the grievant, may conduct a hearing on the grievance in an effort to resolve it, and shall render a decision in writing within ten (10) working days.

   The grievant has the right to bypass level three and proceed directly to level 4 arbitration.

5. <u>Level Four</u>:  If the grievant is not satisfied with the disposition of his/her grievance at the previous level, or if the grievant or Board has elected not to have the Board hear the grievance, the grievant may within ten (10) working days after a decision of the Board or after a decision of the Board or grievant not to have the Board hear the grievance, request in writing that the Association submit his/her grievance to arbitration.  The Association, by written notice to the superintendent within ten (10) working days after receipt of the request from the grievant, may submit the grievance to binding arbitration.

   a.  Choice of the arbitrator shall be made from a list supplied by the State Mediation and Conciliation Service.  The arbitrator shall be chosen by the parties alternately striking names until only one remains.  First party to strike shall be determined by lot.

   b.  The arbitrator's decision will be in writing and will set forth his/her findings of fact, reasoning, and conclusions on the issues submitted.  The arbitrator will be without power or authority to make any decision which requires the commission of an act prohibited by law or which is in violation of the terms of this Agreement.  However, it is agreed that the arbitrator is empowered to include in any award such financial reimbursement or other remedies s/he judges to be proper.  The decisions of the arbitrator will be submitted to the employer and the Association and will be final and binding upon the parties of this Agreement.

   c.  All costs for the services of the arbitrator, including, but not limited to per them expense, the arbitrator's travel and subsistence expenses, and the cost of any hearing room will be borne equally by the Employer and the Association.  All other costs, with the exception of mandated costs, will be borne by the party incurring them.

D.  <u>Rights of Teachers to Representation</u>

   1.  No reprisals of any kind will be taken by either party against any grievant, any party in interest, any member of the Association, or any other participant in the grievance procedure by reason of such participation.

   2.  A teacher may be represented at all stages of the grievance procedure, short of arbitration, by him/herself or, at his/her option, by a representative selected by the Association.  If a teacher is not represented by the Association or its representatives, the Association shall have the right to review and state its views at all stages of the grievance procedure.  When a decision is rendered, the Association shall be informed and given an opportunity to comment.

E.  <u>Miscellaneous</u>

   1.  Decisions rendered at Levels One, Two, and Three of the Grievance procedure will be in writing, setting forth the decision and the reasons therefore, and will be transmitted promptly to all parties in interest and to the president of the Association.  Time limits

for appeal provided in each level shall begin the working day following receipt of written decision, or the date that written decision would be due in the case that no written decision is offered, by the parties in interest.

2. When it is necessary for a representative designated by the Association to attend a hearing during the day, the representative will, upon notice to his/her principal or immediate supervisor by the President of the Association, be released without loss of pay in order to participate in the foregoing activities.  Any teacher who is requested to appear at a hearing as a witness shall be accorded the same right.

3. All documents, communications, and records dealing with the processing of a grievance will be filed in a separate grievance file and will not 'be kept in the personnel file of any of the participants.

4. Forms for filing grievances, serving notices, taking appeals, making reports and recommendations, and other necessary documents will be agreed upon jointly by the Employer and the Association and given appropriate distribution by the Association so as to facilitate operation of the grievance procedure.  The costs of preparing and reproducing such forms shall be borne by the Employer.

5. A grievance may be withdrawn at any level without establishing precedent.

# ARTICLE 8

## LEAVES

A.  The mandatory benefits provided teachers by Sections 44962 through 44985 and 44800 and 44801 of the Education Code are incorporated into this Agreement, except as supplemented. in this Article.  Unless otherwise stated in this article, a teacher returning from a paid or unpaid leave of absence granted after this contract is ratified:

1.  Shall have a good faith attempt made to be placed in the same position which s/he held at the time said leave commenced, if the position is still in existence, or, if the position is not in existence, to the same school site, and as close to the same grade level and/or subject matter as possible, provided the total absence does not exceed one (1) year.

2.  Upon request, the Employer may renew and extend a teacher's leave for a maximum of one (1) year provided the other contract provisions are complied with.  The date of return shall coincide with the trimester or semester unless a different date is agreed upon by both the Employee and the District.

   a.  Employees must notify the District by March 1st about their intention to return the next school year.  Exceptions may be made by mutual agreement.

3.  Any teacher who seeks an extension of leave taken for less than a year shall make application no later than thirty (30) days preceding the expiration date of the original leave.

4.  Leaves shall be defined as state mandated, or protected under law, and district provided, or part of the local contract State mandated leaves include, but are not limited to, sick leave, family leave, pregnancy leave, and disability leave.  District provided leaves may include personal leaves, study leaves, and political leaves.

5.  Teachers shall have the option to continue the health and/or dental plans their own expense unless otherwise indicated in the Leave subsection.

6.  Teachers who are absent from scheduled staff development days would make up the missed day(s) in such a way so as to meet audit criteria.  If other than sick day(s) or bereavement day(s) were taken and not made up, the teacher's salary would be adjusted by the number of days missed.

B.  Sick Leave:  Every full-time teacher shall be entitled to ten (10) sick leave days per school year.  Part-time teachers shall have their sick leave allotment pro-rated.

1.  Unused sick leave shall accrue from school year to school year.

2.  On each salary warrant, the district shall report each teacher's sick leave allotment on his/her salary warrant.  A teacher may use his/her credited sick leave at any time during the school year.

3.  A unit member, shall be credited at his/her retirement foreach day of accumulated and unused leave of absence for illness or injury for which full salary is allowed to which the member was entitled or the final day s/he rendered service to the school district or other employing agency by which s/he was last employed in a position requiring membership STRS.  The number of years of service credit to be granted shall be determined by STRS.  When the member has made application for retirement pursuant to Section 23900, the school district shall certify to STRS the number of days of accumulated and unused leave of absence for illness or injury to which the employee is entitled on his/her final day of employment.

4.  If a teacher has utilized all of his/her accumulated sick leave and is still absent from his/her duties on account of illness or accident for a period of five (5) school months or less, then the amount of salary deducted in any month shall not exceed the sum which was actually paid a substitute or 50% of the salary due him/her during the period of absence, whichever is the lesser amount.  The five (5) months or less, during which the above deductions occur, shall not begin until all other paid sick leave provisions for which s/he is eligible have been exhausted. *(44977)*

C.  <u>Pregnancy Disability Leave</u>:

1.  The commencement and length of leave of absence shall be determined by the employee and the employee's physician, not to exceed applicable legally mandated leave provided under the State Pregnancy Disability Leave or the Federal FMLA Leave. Employee shall notify district of intention to take leave at least 60 days before due date unless emergency arises.

2.  Because of a teacher's pregnancy, the District shall:

    a)  not refuse to hire or employ,

    b)  not refuse to select her for a training program leading to employment, assignment, or promotion,

    c)  not bar or discharge her from employment,

    d)  not bar her from training programs leading to employment, reassignment, or promotion,

    e)  not discriminate against her in compensation or in terms, conditions, or privileges of employment.

3. Any or all sick leave days earned may be used for Pregnancy Disability Leave purposes if such disability occurs while the employee is rendering paid service to the District.  In turn, the teacher shall agree to repay, upon resignation or within one (1) year, whichever is sooner, any monies owed the Employer as the result of there being at that time an excess of used sick leave days over earned sick leave days.

D. <u>Family Leave</u>:  A teacher employed for at least one year may be eligible for unpaid, job-protected, Family Leave for a time of not more than twelve (12) weeks, (Family and Medical Leave) in rolling twelve (12) months period. In the case of a Military Exigency Leave or Servicemember Family Leave, a unit member may take up to 26 work weeks total in a rolling twelve-month period. For example, if an employee takes off 12 work weeks to bond with a newly adopted child and later during the same 12-month period wishes to take time off from work to care for a family member under the Servicemember Family Leave provisions, the employee may take up to 14 additional work weeks off, not to exceed a combined total of 26 weeks.

1. This leave may be used for the purposes of:

   a. Birth or placement of child for adoption or foster care;

      i. A teacher may apply for Family Leave at any time during pregnancy, but not later than twelve (12) months following childbirth or placement.

      ii. Intermittent use subject to employer's approval consistent with FMLA and CFRA provisions.

   b. Caring for spouse, child or parent with serious health conditions;

      i. Intermittent use allowable when necessary consistent with FMLA and CFRA provisions.

   c. Medical leave when employee is unable to work because of serious health condition;

      i. Intermittent use allowable when necessary consistent with FMLA and CFRA provisions.

   d. A qualifying exigency for military operations arising out of spouse's domestic partner's, child's or parent's Armed Forces (including the National Guard and Reserves) active duty or call to active duty in support of a "contingency operation" declared by the U.S. Secretary of Defense, President or Congress, as required by law ("Military Exigency Leave"); or

   e. To care for a spouse, domestic partner, child, parent or next of kin (nearest blood relative of an individual) who is an Armed Forces member with a serious injury or illness incurred in the line of duty while on active duty that may render the

individual medically unfit to perform his or her military duties ("Servicemember Family Leave").

2. The Employer must continue to provide health care benefits for up to twelve weeks of the Family and Medical Leave or for up to a combined total of 26 weeks under the Military Exigency or Servicemember Leave provisions as though the unit member were still working regular hours; however, the Employer may request that employees repay the health care premiums paid on their behalf during the leave if the unit member doesn't return to work.

3. Leave may be denied to unit members who are of the highest-paid 10% of the work force if allowing such leave would cause substantial injury or damaging interruption in the school operation.

4. The Employer is permitted to obtain medical certifications to justify the need, not the condition, for Family Leave.

5. Unit member must give a thirty (30) day notice when foreseeable. Employees seeking to use FMLA leave to cover Military Exigency Leave must provide the District with as much notice of the need for leave as is reasonable and practicable under the circumstances.

E. <u>Personal Necessity Leave</u>:  Every teacher shall be entitled to up to ten (10) days personal necessity leave allotment during each school year to be deducted from sick leave.  This leave may be used for purposes, including, but not limited to bereavement, family illness, health, or other matters of urgent necessity to the employee that cannot be deferred to non-duty time.

1. This leave is not accruable and prior approval for personal necessity leave is not required.

2. Teachers shall notify the immediate supervisor his/her designee within reasonable time before the leave is to be taken when such prior notification is practicable.

3. Such leave shall not be used during a concerted effort designed as a work slowdown or stoppage.

4. In no case shall personal necessity leave be used to violate the contract.

F. <u>Personal Leave</u>:  A permanent unit member who has worked a minimum of two (2) years for the district may be entitled to a Maximum of one (1) year unpaid leave to be used for any purpose which such teacher deems sufficiently important to absent himself/herself from his/her duties.  The decision to grant or deny such leave is solely within the discretion of the District.  However, such leave shall not be capriciously or arbitrarily denied.  A teacher who has requested such a leave and who has been denied shall be entitled to a written

statement of the reasons for such denial. A teacher applying for such a leave shall do so in accordance with this section.

1. A teacher shall notify the Employer at least thirty (30) working days in advance of taking such leave, unless an emergency makes such advance notification impossible. A teacher shall/'not be required to explain the purposes for which such leave is to be used.

2. Only teachers who have attained permanent status shall be entitled to such leave.

3. A teacher who takes a Personal Leave of 20% or less, and works 80% or more of a year, shall receive one year of advancement on the salary schedule and retirement credit.

4. A unit member who returns to work from personal leave prior to exhausting their full approved leave time shall be deemed to have completed such leave regardless of the time actually spent on leave.

5. Personal leave shall not be used for reduced load contracts which are governed by Article X "Part-time Contract."

G. Study Leave: A permanent unit member who has worked a minimum of two (2) years for the district may request an unpaid leave of absence to pursue a goal of directed study which is of benefit to the teacher and District. The decision to grant or deny such leave is solely within the discretion of the District. Teachers must make application to the Study Leave Committee (consisting of the Superintendent and one (1) board member) which shall make its recommendation to the board. Such leave shall be for a maximum of one (1) school year.

1. A teacher shall apply in writing to the board for such leave no later than thirty (30) days before its anticipated commencement.

2. Leave must coincide with school trimesters or semesters.

3. Notice of intent to return to work must be made to the District at least thirty (30) days before the employee resumes duties.

4. Teachers returning from Study Leave must present evidence of successful completion of goals. Teachers unable to present such evidence (or teachers not returning to the district) shall not receive advancement on the salary schedule.

H. Legal Leave:

1. The teacher, while serving jury duty, or when summoned to appear as a subpoenaed witness in court, other than as a litigant or paid expert witness, for reasons not brought about through the connivance or misconduct of the teacher, will receive pay in the amount of the difference between the teacher's regular earnings and any amount received, exclusive of mileage and other directly reimbursed expenses.

    2.  On a school related suit, (a suit related to matters at school, on school related business or going to or from school, a teacher who is a litigant, plaintiff or defendant, in such a suit shall receive all regular earnings unless adjudged personally -responsible for deliberate or wanton misconduct as determined by the legal tribunal adjudicating the case.

I.   In-Service Leave:  A teacher shall be entitled to request two (2) days of paid leave each school year for the purpose of improving his/her performance.  Such leave may be used to visit classes within the school or in other schools or to attend workshops related to his/her performance.

    1.  A teacher shall request such leave from his/her building principal at least five (5) school days prior to such leave and must obtain the principal's authorization.

    2.  Either a teacher or an administrator may initiate the use of such leave, provided the teacher's absence does not cause undue disruption to the class.

J.   Bereavement Leave:

    1.  A unit member shall be granted leave of absence for the death of any member of the immediate family without loss of pay or deduction from other leave benefits found in this Article.  This leave shall be for three (3) days, unless travel of more than two hundred (200) miles is required; in such case the length of the leave shall be for five (5) days.

    2.  Immediate family shall include, but not be limited to the following: Mother (stepmother), mother-in-law, father (stepfather), father-in-law, husband, wife, son(stepson), daughter (stepdaughter), brother, sister, grandparent, legal guardian, foster children, grandchild of the unit member or spouse, or any person living in the immediate household of the unit member.

K.  Industrial Accident and Illness Leave:

    1.  All unit members shall be eligible for leave of absence because of industrial accident or illness as acknowledged by the State of California Compensation Insurance Fund.  Allowable leaves shall be sixty (60) working days in any one fiscal year for the same accident and shall commence the first day of absence.

    2.  Leave of absence under this policy shall not be accumulated from year-to-year.  When the industrial, accident or illness leave overlaps into the next fiscal year, the unit member shall be entitled to only the amount of unused leave due him/her for the same illness or injury.

    3.  A unit member shall be paid such portion of his/her salary due him/her for any month in which absence occurs as, when added to the temporary disability indemnity under the

California Labor Code, will result in payment to him/her of not more than his/her full monthly salary.

4. Leaves of absence applied for under this article shall be reduced by one day for each day of authorized absence regardless of a temporary disability award to the Unit member.

5. Upon termination of industrial accident leave, the unit member shall be entitled to accumulated sick leave benefits under Article VIII of this Agreement with the provision that if the unit member continues to receive a temporary disability indemnity, s/he may elect to receive as much of his/her accumulated sick leave which, when added to his/her temporary disability indemnity, will result in a payment to him/her of not more than his/her full salary.  During any paid leave of absence, the unit member shall endorse to the District the temporary disability indemnity checks received on account of his/her industrial accident or illness.  The District, in turn, shall issue the appropriate salary warrants for payment of salary and shall deduct normal retirement and other authorized contributions.  Unless travel outside of California is authorized by the Board of Trustees, unit members receiving benefits under this article during periods of illness or injury shall remain in the State of California.

6. The Superintendent, working through the Personnel Department, shall recommend to the Board any unit member's petition for leave of absence under this article.  A unit member petitioning for such leave is responsible for furnishing the District Superintendent, upon his/her request, a statement signed by a licensed physician or practitioner verifying the nature of the injury or illness and the number of days of absence that will be needed for the leave of absence.  A second signed physician's or practitioner's statement may be required of the unit member upon request of the District Superintendent at termination of the unit member's leave of absence certifying that the unit member's condition is satisfactory to warrant a return to service.

L.  Disability Applicant Leave:

1. The District shall grant a leave of absence to any unit member who has applied for a disability allowance from the State Teachers' Retirement System (STRS).  This leave shall not extend more than thirty (30) days beyond the final determination of the disability allowance.

# ARTICLE 9

## CATASTROPHIC LEAVE PROGRAM

The Association and the district agree to establish a Catastrophic Leave Bank for all employees of the District.  The Catastrophic Leave Bank (the Bank) is limited to the terms, conditions and purposes specified herein.  Catastrophic illness or injury means an illness or injury that is expected to incapacitate the employee for an extended period of time or that incapacitates a member of the employee's family, which incapacity requires the employee to take time off from work for an extended period of time to care for that family member, and taking extended time off work creates a financial hardship for the employee because he or she has exhausted all of his or her sick leave and other paid time off. (Ed. Code 44043.5).

A. Contributions:  Every employee shall be given the opportunity to contribute to the Bank, but only contributors shall be allowed to draw from the Bank.  Only those who have contributed to the bank are eligible participants in the Bank for that fiscal year. Contributions are irrevocable.

   1. The annual rate of contribution to the Bank by each participating employee for each fiscal year will be one (1) day of sick leave.

   2. Contributions to the Bank become the property of the Bank, even if not utilized, and can only be withdrawn under the terms and conditions of this regulation.

   3. The Employer shall notify new probationary employees of the opportunity to donate at the time of hire.  New employees will have 30 days after starting employment with the Employer to donate in order to be eligible to participate in that fiscal year.  Regular, continuing employees must indicate their participation, on the form provided by the district, no later than October 1st of the fiscal year.

   4. In the event the Bank accrues 40 net days, no further annual contributions will be required from ongoing participants in order to sustain their eligibility to draw from the Bank.  Voluntary deposits to the Bank shall not be requested again until a draw from the Bank is made and the total days accrued falls below 20.  In such event, employees will be requested to re-enroll during the next September 1st to October 1st period as described in Section A3 above.  New employees may continue to join even if the accrued amount of days in the Bank reaches 40.  Continuing regular employees may initiate (or restart) their Bank eligibility during the next September 1st to October 1st period regardless of the number of days accrued in the Bank.

B. Withdrawals:  Withdrawals from the Bank can only be made when the contributor has exhausted all other available leave, including differential pay, to recover from a serious accident or illness to the employee, their immediate family, or individuals residing in the employee's household.  The request must be accompanied with a doctor's statement

24

indicating the nature of the illness or injury and the probable length of absence from work. Employees covered under Worker's Compensation benefits are excluded.

1. A participating employee may qualify for a withdrawal from the Bank for a maximum of 20 days in any fiscal year.

2. For purposes of withdrawal from the Bank, a "day" shall be recorded as the hourly/daily equivalent the employee serves in their regular assignment at the time of his/her contribution or withdrawal. The employee may withdraw a "day" at the same percentage s/he contributed.

C. Miscellaneous:

1. For purposes of the bank, a full day will be considered eight (8) hours. The District will convert the percentage of FTE of days donated in relation to eight (8) hours for purposes of determining net days in the Bank.

2. By October 15th of each year, the District shall provide notification of the status of the Bank to current Bank participants, including, but not limited to, total number of days accumulated in the Bank as of June 30th of the previous year, the total number of days used since the last reporting, and the balance of days available for use by participants for the current fiscal year.

3. The Bank shall be considered self-contained and limited by the employee contributions received and accrued over time. There shall be no catastrophic leave awarded, nor any obligation to provide such leave, when all days in the bank have been exhausted.

4. If the Catastrophic Leave Bank is terminated for any reason, the days remaining in the Bank shall be returned to the then current participant pool proportionately.

# ARTICLE 10

## SALARY

Beginning July 1, 2014, the salary schedule shall be increased by 4%.

If the property tax increases 3% above the base increased projected in the Board's final adopted budget for the 2015-16 school year, the salary schedule will increase by 2%, effective July 1, 2015.

If the property tax increases 3% above the base increase projected in the Board's final adopted budget for the 2016-17 school year, the salary schedule3 will increase by 2%, effective July 1, 2016.

The Board will designate 2.5% each year to provide up to 5 additional days of staff development in the summers of 2015, 2016 and 2017. These days will be voluntary and paid at per diem.

The following criteria shall be used to accrue additional units on the salary schedule.

A. All units beyond the AB degree are based on semester units.  Quarter units and CEUs will be converted to semester units at a rate of 2/3 to 1.  If a bargaining unit member pays for the the units and all related expenses and the class is not during duty hours, the bargaining unit member shall be able to use those units toward the salary schedule.

B. All units taken from an accredited institution with a minimum grade of C or passing shall qualify for advancement on the salary schedule.

C. Additional units may be earned through district-sponsored workshops, County Office of Education classes or other activities, workshops, or institutes which meet the requirements of this article so long as the employee is not particiating in a program during duty time or at District expense.  Credit for these courses shall be approved by the coursework committee when related to current or anticipated classroom assignment or professional duties.

- Continuing Educational unit credits earned shall be granted "semester hour" credit for salary placement as 3 CEU credits = 2 semester units (or equivalent portion thereof.)

- Coursework and training offered where no college or CEU credit is available may earn District credit with the committee's approval.  The minimum number of in class hours for which CEU credit will be considered is ten (10) hours.

D. The coursework committee shall consist of two(2) teachers appointed by the Association and 1 administrator.  The function of the committee shall be to review application requests for credit pursuant to section C of this article.  This committee shall meet once a year.

E. After completing the course, the teacher must notify the district office by September 15th and submit an official card or transcript showing the course number, title, number of units, and grade received by October 15th. Courses/units must have been completed within the previous school year to be eligible for application for salary advancement.

F. All courses completed after September shall apply for salary advancement for the following school year.

G. Up to five (5) years of credit for previous teaching experience shall be granted by the district superintendent. Additional credit may be granted upon recommendation by the district superintendent and approval of the board of trustees.

H. Any step advancement on the Salary Schedule will not be granted until the certificated employee has completed an equivalent of 75% of the days required by the contract of employment.

I. Part-time certificated employees, earning a pro-rated salary, during the 2007-2008 school year, shall earn a full step when determining the salary schedule placement for 2008-2009.

   Beginning the 2008-2009 school year, part-time employees earning a pro-rated salary shall earn a full step of movement for purposes of salary schedule placement.

   This agreement is not retroactive and shall affect placement for bargaining unit members beginning the 2008-2009 school year.

# ARTICLE 11

## PART-TIME CONTRACT

A. AB 3339, amending sections 44922, 22724, and 89516 of the Education Code and Section 20185 of the Government Code, is incorporated into this Agreement and is supplemented as follows: any teacher who is interested in reducing his/her employment in the District to part-time or shared position shall be entitled to request a Part-Time Contract, with the following provisions:

1. The teacher must submit such request in writing to the Employer on or before March 1st for the following year. Exceptions may be made by mutual agreement.

2. The site administrator shall meet with the teacher, within one (1) week of written request, to mutually agree on the teacher's job description, duties, hours, the location at which s/he is required to perform such services.

3. The Employer shall publicize, in a timely manner, the part-time assignment vacancy resulting from the teacher's application for Part-Time Contract. The applicant shall be included in the interview panel.

4. If the site administrator determines that it is in the best interest of the District to grant such a request, the site administrator shall notify the applicant of the Assignment of his/her Part-Time Contract on or before June 1st.

5. If the site administrator determines that it is in the best interest of the District to deny such a request, the site administrator shall notify the applicant of the reasons in writing. Applicant may appeal the decision to the board.

B. Teachers who serve on a Part-Time Contract shall receive the same percentage of salary, health and welfare benefits, sick leave and retirement credit equivalent to the percentage of full-time assignment in which they are serving.

C. A teacher serving on a Part-Time Contract shall be entitled to full use of his/her accumulated sick leave; such use shall be pro-rated to the amount of service required in his/her Part-Time Contract.

D. A teacher on Part-Time Contract shall only perform a pro-rated share of the responsibilities defined in Article V s/he would be performing on a full-time contract.

# ARTICLE 12

## TEACHER HIRING

A.  One or more teachers shall be given the opportunity to be present in an advisory capacity when interviews for teaching positions are conducted.  Teachers selected for the hiring committee will be employed at the school which has the opening.  One of the aforementioned teachers will be employed in the grade level, if such teacher is available.  If such teacher is not available, the district shall notify the Association president or his/her designated representative who shall attempt to provide an appropriate teacher for the interview.

B.  Notices of vacancies shall be posted for at least ten (10) days on the bulletin board in each school site.  Such notices shall be posted as soon as the Employer determines that a vacancy exists and shall include the position description and location, grade level or subject matter assignment, and credential requirements.  Copies of all notices of vacancies shall be:

   1.  Placed on bulletin boards at each site and e-mailed to all unit members when vacancy occurs during school year.

   2.  Sent to teachers' last known addresses during vacation periods.

# ARTICLE 13

## TRANSFERS AND REASSIGNMENTS

A.  A "transfer" refers to any Employer action which results in the movement of a teacher from one school site to another.  "Reassignment" refers to a change of assignment at the same school site.  Hereafter, "transfer" refers to both transfers and reassignments.

    1.  A transfer may be teacher initiated ("voluntary") or Employer initiated ("involuntary").

    2.  All transfers shall be made in accordance with the terms and conditions of the Agreement.

B.  <u>Voluntary Transfers</u>:  A unit member may request a voluntary transfer, when a vacancy occurs, to take effect during the school year or at the beginning of the next school year. The request shall be made on a "Request for Transfer" form and sent to the district office.

    1.  For openings that occur during the school year, or after May 1 of the school year, all unit members shall be given three (3) days notice prior to public posting (per Article XI, B.1).  Unit members shall have the right to be interviewed by the Superintendent or Principal during such 3-day period prior to public posting upon filing a "Request for Transfer".  (If the Superintendent or Principal feel no unit member is credentialed to fill the opening, s/he may simultaneously publicly post the position).

    2.  For openings that will occur at the beginning of the next school year, the "Request for Transfer" shall be filed no later than May 1st of the preceding school year.

    3.  In the best interests of the district, all requests for voluntary transfers shall be considered on the basis of the following criteria:

        a.  Credentials to perform the required services.
        b.  Seniority in the district as measured by accrued service credit.
        c.  Experience related to opening.
        d.  Formal evaluations.

    4.  The unit member shall on request be granted a formal interview for the position for which s/he has applied.

    5.  If a voluntary transfer request is denied, the unit member, upon request, shall be provided with the specific reasons for the denial in writing.

        a.  Prior to the position being filled, the unit member may request a hearing before the Board.

C. <u>Involuntary Transfers</u>:

1.  Such transfers shall be made on the basis of the following criteria:

    a.  Reduction of class size.
    b.  Change in enrollment.
    c.  Program and district needs as determined by the employer.
    d.  Specialized services needed as mutually agreed, upon between the unit member and employer.

2.  A unit member to be involuntarily transferred shall have the following rights:

    a.  At least ten (10) working days notice in advance of the transfer.
    b.  A statement of the specific reasons for the transfer in writing upon request.
    c.  A formal interview with the Superintendent, upon request.
    d.  An appeal to the Board, upon request.
    e.  To indicate preferences from any list of vacancies.
    f.  No loss of compensation, seniority, or fringe benefits for the duration of the school year.
    g.  Two (2) paid duty free day(s) to move any equipment and materials.  In Lieu of release time from classroom duties, the unit member may elect to receive two (2) days of pay at the substitute teacher rate for moving on a non-school day.

# ARTICLE 14

## EARLY RETIREMENT PROGRAMS

I. EARLY RETIREMENT CONSULTANT PROGRAM

A. Teachers with a minimum of ten (10) years of service in the District are eligible for participation. A year of service is defined as working 75% of the days required by the contract of employment.

   1. Applicants shall be between ages of 55 and 64 inclusive.

   2. In any one year, there shall be no more than three (3) teachers in this Early Retirement Program.

B. Compensation: The annual compensation shall be $8019.00 for the 2011-2012 school year, and shall reflect the same percentage increase on the certificated salary schedule as annually negotiated.

C. Eligible teachers may apply for Early Retirement. If the Board approves the application, the teacher shall actually resign from the school district.

   1. Teachers employed under this program shall be considered employees of the district.

   2. Early Retirement Consultants may apply annually to renew contracts for up to five (5) years.

   3. Such contracts shall not be renewable after the fifth school year or at the end of the school year in which the teacher reaches 65 years of age, whichever comes first.

   4. Early Retirement Consultants shall serve twenty-five (25) days per year at such time as may be mutually agreed upon. In unusual circumstances, the superintendent may waive this requirement or roll over any unserved days into the next school year.

   5. Under the terms of this plan, the Early Retirement Consultant shall perform such services for the district as will be mutually agreed upon.

   6. Participation in this Early Retirement Plan shall be purely voluntary on the part of the teacher. The Early Retirement Consultant may choose to discontinue this program at the end of any contract year. Application shall be made to the Personnel Office ninety (90) calendar days prior to the effective date of the proposed resignation. No leaves shall be earnable under the terms of this plan and the Employee may not use sick leave accumulated prior to retirement.

7. A retiree who participates in this program is eligible for any other district retirement program with the exception of the Willie Brown Act.

D. <u>Health Entitlements for Retirees</u>:

1. If retirees work at least a minimum of 37 days of service, then they may be eligible for employee Health Entitlements (Medical, Dental, Etc.) during a retirement year. Full time Health Entitlements shall be granted to retirees at the rate of $200/month ($2400 annually) for any group insurance option afforded employees.

2. Days of service shall be scheduled by the Superintendent.

3. Retirees shall be eligible to participate in the IRS 125 Cafeteria plan offered to employees.


II. <u>WILLIE BROWN ACT (Education Code Section 44922)</u>

A. To qualify, an employee must have at least the equivalent of ten (10) full years of service in the Loma Prieta Joint Union School District.

1. The employee must have reached age 55 and have at least ten (10) years of STRS service, the last five of which were full-time employment ("...sabbaticals and other approved leaves of absence shall not constitute a break in service...", according to AB 1162).

2. The employee may reduce his/her workload to 50% but no lower.

3. The employee may stay in the program until the end of the school year when he/she reaches age 70.

4. The employee may stay in the program no more than five years.

5. Once in the program, the contract cannot be revoked without the consent of the employee.

6. The employee's salary will be based on a pro-rata share of the salary he/she would earn if employed on a full-time basis.

7. The employee's salary for the "high-three years" computation will be based on a full-time salary.

8. Both the employee and the District must contribute to STRS an amount based on a full-time salary.

9. The employee will advance on the salary schedule as a full-time employee.

10. The district will continue the same fringe benefit contributions as though the staff member were on a full-time salary.

11. The employee will receive a full year of retirement credit for each year in the program.

12. The employee must request to enter the program.

B. Notification must be made by April 15th except by mutual agreement by both the Employer and the certificated employee.

C. Duties, period of time for the contract, and work schedule, will be agreed to by both the Employer and certificated employee in order to create the best learning environment for the children.

# ARTICLE 15

## PERSONNEL FILES AND RECORDS

A.  Excluding initial references of the District pertaining to said teacher, a teacher will have the right to review the contents of all records originating after initial employment and to have a representative of the Association accompany him/her in such review.  The teacher will have the right to review his/her file with the superintendent or his/her designee present.

B.  No material of originating after initial employment will be placed in his/her, personnel file unless the teacher has had an opportunity to review the material and discuss the matter with the administrator who placed it in his/her file.  The teacher may submit a written notation regarding any material and the same shall be attached to the file copy of the material in question.  If the teacher is asked to sign material placed in his/her fife, such signature shall be understood to indicate his/her awareness of the material, but in no instance shall said signature be interpreted to mean agreement with the content of the material.

C.  Any derogatory information relayed formally or informally by school administrators about a teacher, written or oral, shall be based solely on the contents of the teacher's personnel file.

D.  Personnel Files:  Except as contained in Sections 44939-44942 of the Education Code, the Employer shall not base any adverse action against a teacher upon, materials which are not contained in such teacher's personnel file.

E.  Unless otherwise agreed to by the involved teacher, a teacher's personnel file shall not include ratings, or records which were obtained prior to the employment of the teacher, unless such materials are already contained within his/her personnel file.  No material shall be placed in the official personnel file of a bargaining unit member by a non-administrator.

F.  A teacher shall be provided any negative or derogatory material before it is placed in his/her personnel file.  S/he shall also be given release time during the school day to initial and date the material and to prepare a written response to such material.  The derogatory material shall not be placed in the file until a ten (10) day opportunity to respond has passed.

G.  Upon written authorization by the teacher, a representative of the Association shall be permitted to examine and/or obtain one copy each of any materials in such teacher's personnel file.

H.  The person or persons who draft and/or place material in a teacher's personnel file shall sign the material and signify the date on which such material was drafted and placed in the file.

I.  The District shall observe confidentiality of the personnel file, which shall mean that access to and use of the contents of the file. shall be limited exclusively to those persons with a legitimate administrative need to know such data.

J.  Derogatory material, other than formal teaching evaluation, shall remain in file no longer than four (4) years.  A unit member may petition the superintendent to remove such material before the four-year limit.

K.  A teacher will have the right to provide pertinent materials, such as, but not limited to, recommendations, references, letters from parents or colleagues for inclusion in his/her personnel file.

L.  The Employer shall maintain one official personnel file for each teacher at the District's central office, and no other "official" personnel file shall be kept in any other building.

# ARTICLE 16

## PARENT COMPLAINT PROCEDURES

No negative material based upon information of a derogatory or critical nature which has been received by administration from parents shall be placed in a personnel file unless the following procedures have been followed:

1. A good faith effort shall be made to resolve the issue at the lowest level. The lowest level shall mean resolution with the faculty member directly or at the site with the next level site administrator, if possible.

2. If the complaint by a parent about a unit member may be used against the unit member, it shall be reported to the unit member within twenty-four (24) hours or as soon thereafter as is practicable of the receipt of the complaint.

3. The administrator shall inform the unit member of his/her right to have Association/legal representation at any meeting regarding a complaint.

4. During the processing of any parent complaint a faculty member has the right to request a meeting with his or her immediate supervisor to discuss the complaint and the advisability of meeting directly with the parent complainant to attempt to resolve the complaint. A faculty member has the right to have an Association representative present during such meeting.

5. If the matter is not resolved to the satisfaction of the complainant, he/she shall put the complaint in writing, and submit the original to the unit member, with a copy to the unit member's immediate supervisor. The unit member shall be given time during the duty day, without salary deduction, to review the complaint.

6. The unit member is provided the right of representation and is informed prior to any meeting which may involve criminal allegations, that the member is entitled to such representation.

7. The unit member has the right to attach written and signed comments to any written complaint filed by the complainant.

8. If any action is taken against the unit member based on the complaint and the unit member believes the complaint is false and/or based on hearsay, or that improper procedures were followed, a grievance may be initiated.

9. Complaints which are shown to be false, or are not sustained by the grievance procedure shall not be placed in the unit member's personal file nor utilized in any disciplinary action against the unit member.

10. The unit member is allowed to remain in the position until formal charges have been made by the complainant, except in circumstances where the Superintendent may remove the unit member from duty with or without pay in accordance with the Education Code pending investigation of any formal complaint.

11. All other formal complaints not covered by this complaint procedure against faculty members must be processed in accordance with appropriate District policies and procedures.  A parent complaint involving allegations of discrimination, harassment, workplace violence or other allegation regulated by law and by a specific district policy shall be processed in accordance with such specific policy.

# ARTICLE 17

## EVALUATION

17.1    The purpose of certificated evaluation is to enhance student learning through improved instructional performance and to provide constructive assistance and support to unit members.

17.2    Frequency of Evaluation

17.2.1    Temporary and Probationary employees shall be evaluated on a continuing basis, and not less than twice a year, once each semester.

17.2.2    Permanent employees shall be evaluated on a continuing basis, and not less than once every two years, unless qualified and participant in the five year evaluation cycle identified below:

17.2.2.1    If the evaluator and permanent employee being evaluated agree, unit members who have been employed at least 10 years with the school district, are highly qualified (if those employees occupy positions that are required to be filled by a highly qualified professional by the federal No Child Left Behind Act of 2001 [20 U.S.C. Sec. 6301, et seq.], as defined in 20 U.S.C. Sec. 7801), and whose previous evaluation rated the employee as "exceeds standards", may be evaluated once every five years. The unit member or the evaluator may withdraw consent at any time.

17.3    Basis for Evaluation
Evaluations shall be based upon the California Standards for the Teaching Profession (CSTP).

17.4    Primary Evaluator
Not later than October 1 of each school year, certificated employees who will be formally evaluated shall be notified as to who their primary evaluator will be. If the unit member requests, and the primary evaluator agrees, a different primary evaluator may be designated.

17. 5    Evaluation Plans

17.5.1    Standard Evaluation
Not later than October 15, the unit member and evaluator will arrive at agreement on the goals and objectives to be achieved during the evaluation period, based upon review of the CSTP. Although a bargaining unit member is expected to work with all the standards and subsets therein, for the purpose of evaluation, temporary and probationary 1 employees shall focus primarily upon CSTP Standard II, Creating and Maintaining Effective Environments for Student

Learning. Probationary 2 employees shall focus primarily upon CSTP Standard II and Standard III, Understanding and Organizing Subject Matter for Student Learning. All permanent employees are responsible for all six CSTP, but the evaluation shall primarily focus upon CSTP Standard II, III and one other standard, established by the unit member and administrator, jointly. If the parties fail to agree, the primary evaluator will determine the third standard. Permanent employees on the five year cycle will be evaluated on all six standards.

17.5.2 Optional Evaluation
Permanent unit members who, in their previous evaluation cycle, met or exceeded standard in all six (6) of the CSTP, are eligible for the Optional Evaluation. Not later than October 15, the unit member and evaluator will collaboratively design and mutually agree upon an optional evaluation plan. Should the parties be unable to agree, the unit member shall participate in a standard evaluation. The unit member and evaluator shall meet by February 1 to review progress on the plan. At least thirty (30) days prior to the end of the school year, the unit member and primary evaluator shall meet and review the completion of this evaluation cycle. A notice of Optional Evaluation shall be placed in the unit member's file, identifying successful completion of the plan, continuation of the plan into the subsequent year, or return to the standard evaluation process.

17.6   Evaluation Process

17.6.1 Formal Observation
The unit member and primary evaluator shall meet within 2 weeks of the formal evaluation to discuss the elements of the CSTP to be included in the observation, and a firm date and time for the formal observation shall be established. Should either party need to change the time and or date of the observation, arrangements for an additional pre-observation conference will occur, should either party request it. In no case shall the unit member have less than 48 hour notice of the date and time of the formal observation.

17.6.1.1   Within ten (10) working days following the formal observation, a post-observation conference meeting shall occur between the evaluator and unit member.

17.6.1.2   Within five (5) working days following the post-observation conference, the evaluator shall submit a final summary evaluation letter, to which the unit member may attach a response, within 10 day, for inclusion in the personnel file.

17.6.1.2.1   The formal evaluation process, inclusive of the final summary letter, shall be completed no later than March 1 of each school year for temporary and probationary employees and May 1 for permanent employees.

40

    17.6.2  Informal Observation

The informal, drop-in observation, may occur during the evaluation cycle; any notes taken shall be copied to the unit member within 48 hours and on the appropriate form.

    17.6.3  Follow-up Formal Observation

At the request of the unit member, a second, formal observation shall take place. The teacher may submit rebuttal documentation to the administrator for consideration prior to the second formal observation occurring. At the request of the unit member, a third, formal observation shall take place with a different administrator.

17.7    Unsatisfactory Evaluation

In the circumstance where a unit member receives an unsatisfactory evaluation, the member shall be referred to PAR and must participate with a consulting teacher. The evaluator shall establish, with the unit member, a plan to support the member, including a schedule for observations, on-going meetings to review progress, and benchmarks to assess the process for what other support may be appropriate in order to move the unit member from unsatisfactory to satisfactory. The plan shall be on the District form Performance Improvement Plan.

The unit member who has received an unsatisfactory evaluation may request additional observations with another administrator; however, the primary evaluator shall be responsible for completing all aspects of the evaluation cycle.

# ARTICLE 18

## CONCERTED ACTIVITIES

A. The Association and the Employer agree that differences between the parties hereto shall be settled by peaceful means as provided in this agreement.  During the term of the Agreement, the Association will not engage in, instigate, or condone any strike, work stoppage, or any concerted refusal to perform work duties as required in this Agreement.

B. During the term of this Agreement, the Employer, in consideration of the terms and conditions of the Agreement, will not authorize or permit any lockout of Association members or other persons covered by the Agreement.

C. If either party fails to honor its commitments in paragraph A or B above, the other party shall be free to pursue such legal remedies as may be appropriate.

# ARTICLE 19

## DISTRICT RIGHTS

The Employer retains its rights, powers, and authority to direct and control to the full extent of the law.  The exercise of these rights, powers, authority, duties, and responsibilities by the District, the adoption of policies, rules, regulations, and practices in furtherance thereof, and the use of judgment and discretion in connection therewith, shall be limited only by the specific and express terms of this Agreement, and then only to the extent such specific and express terms are in conformance with the laws of the State of California.

# ARTICLE 20

## TEACHER SAFETY

A. The District will provide and maintain a safe place of employment. Employees shall not be required to work under unsafe or hazardous conditions or to perform tasks which endanger health or safety. All employees shall report any unsafe practices, equipment, or conditions to the building principal on a District form. Upon such notification, the District shall investigate the situation and take appropriate steps to remedy any unsafe conditions. In cases where the District determines that an unsafe condition exists, the District will take immediate steps (either temporary or permanent) to secure a safe work environment. If, after investigation the District determines that the reported condition does not constitute an unsafe condition, the bargaining unit member has the right to:

- Request a meeting with the Superintendent to discuss the situation within five days of such determination, and

- Request a written response to the report from the District within five days of meeting with the Superintendent.

B. Any assault upon a teacher, either by students or adults, shall be reported to the building principal. The report shall contain the teacher's name, the date, the location of the assault, time of the assault, the description of the assault, and the name of the person making the assault, if known. The report shall be reported, immediately to the police by the building principal, if the principal deems it appropriate to file such a report *or* if the teacher so requests.

C. The District shall, upon recommendation of the student's teacher, exclude from class any student who suffers from a contagious or infectious disease which could infringe on the welfare of the other students or unit members. A student excluded from class under such conditions shall not return to the classroom until the condition which prompted the exclusion no longer exists.

D. The Board will provide for the reimbursement of any unit member for the destruction, or damage by arson burglary or vandalism of personal property used in schools of the District so long as the rules and regulations of the District are followed. The amount of reimbursement shall not exceed $1,000.00. The unit member shall list and notify the District office of each item or group of items valued in excess of $250.00.

E. A teacher has the right to suspend a student from his/her class for the day of the infraction and the day following for grounds enumerated in EC 48900 as a last resort when other means of correction fail to bring about proper conduct. S/he shall report the suspension to the building principal and shall send the student to the building principal for appropriate action.

F. Whenever monies are collected by the teacher, provision will be made for the teacher to turn the money in to the office.  In no event shall teachers be required to retain these monies overnight.

G. Teachers shall not be required to be responsible for custodial services.

H. The employer will furnish instructional and other necessary materials and equipment and such non-teaching employee services necessary to safely conduct the school.  Such material, equipment, and non-teaching services necessary must be mutually agreed upon by the teacher involved and the superintendent.  If the teacher wishes, s/he may appeal that decision to the Board.  The teachers will make effective, economical, and proper use of such materials.

# ARTICLE 21

## FRINGE BENEFITS

A. Effective January 1, 2008, the district will provide $495.42 per month, or $5954 annually, per eligible employee to be used in a district sponsored IRS 125 cafeteria plan.  New employees hired on or after July 1, 2008, shall not have the option of participating in either sections 2 or 3 (TSA or cash), below. This plan will include two (2) tiers:

1.  Health Benefits

    a.  Choice of medical insurance:

        i.   Kaiser Foundation Health Plan of Northern California
        ii.  Blue Cross HMO and POS

    b.  Delta Dental Plan of California

2.  Fringe Benefits:  any unused portion of the $380.00 (original rate) may be applied to the following items provided that the unit member subscribes to coverage in above or shows evidence that coverage is provided by another source.

    a.  Cancer Insurance

    b.  Disability Insurance

    c.  Life Insurance

    d.  And mutually agreed upon programs

3.  The employee shall be permitted to receive a maximum of $250.00 of the  $380.00 (original rate) as cash back provided the employee can show evidence of having a tax-sheltered annuity taken from his/her pay in the same or greater amount than the amount of cash back requested, and provided s/he shows evidence of health insurance coverage.

# ARTICLE 22

## CLASS SIZE

A.  The class size objectives throughout the District are as follows:

| | |
|---|---|
| K-3 | 20* |
| 4-5 | 26 |
| 6-8 | 26 |

B.  When class size exceeds the District's objectives, effort shall be made to provide assistance to the classroom teacher upon his or her request.  Such assistance shall be through the hiring of aides or tutors, as the District's budget permits, including categorical funds, or through the recruitment of volunteer aides by the principal and/or the involved teacher.

C.  After October 1st, no new inter-district transfers shall be accepted into classes which are over the objective size unless agreed to by teacher of impacted classroom.

D.  Any time a teacher feels additional help is needed in the classroom, effort shall be made to provide such help through the hiring of aides or tutors, as the District's budget permits, including categorical funds, or through the recruitment of volunteer aides by the principal and/or the involved teacher.

E.  Before the class lists are finalized or made public, the opportunity will be provided for teachers to review their lists and provide input on class makeup.  The principal has the ultimate responsibility and makes the final decision on class makeup.

F.  Any time a class or proposed class should exceed the "class size objectives" by two (2) or more students, a special meeting may be called at the request of either the principal or the teacher(s) affected.  This meeting shall include the principal and all teachers affected.  The parties at this meeting will make a good-faith effort to resolve this problem.


*Contingent upon continued state funding for class size reduction at the current ratio.  In the event that the state funding ratio changes the District has the right to adjust class size for K-3 in accordance with this Article and state funding guidelines.

# ARTICLE 23

## REPORTING OF CHILD ABUSE

A.  No later than the end of the first week of school, the district shall provide each teacher with a copy and explanation of the laws regarding the teacher's responsibilities of reporting child abuse and materials on how to recognize child abuse.

B.  When a teacher notifies his/her immediate supervisor of an actual or potential case of child abuse, the supervisor shall provide immediate and positive assistance to that teacher in his/her fulfillment of legal responsibilities.  Such assistance shall include, but not be limited to, providing copies of the official report forms, agency addresses or telephone numbers, a quiet and private place to complete the forms, friendly and courteous assistance in the completion of the forms, and release time for the completion of the forms.

C.  The District shall respect and maintain the confidentiality of all information on child abuse which a teacher reports to the appropriate authorities.

D.  The District shall provide all necessary assistance to protect a teacher from attempted harassment or intimidation as a result of him/her having completed and submitted the necessary forms on child abuse.

E.  The District shall provide legal assistance to a teacher who is involved in legal actions as a result of his/her reporting of child abuse.

# ARTICLE 24

## MISCELLANEOUS

A. Within thirty (30) days of ratification of the Agreement by both parties herein, the Association will provide the Employer with a Macintosh formatted copy of the contract. The Employer shall reproduce and deliver to the Association one copy for each member of the bargaining unit and an additional five copies for Association use.

B. The provisions of this Agreement shall not be interpreted or applied in a manner which is arbitrary, capricious, or unlawfully discriminatory. Rules which are designed to implement this Agreement shall be uniform in application and effect.

C. A teacher's notification to the Board that s/he intends to resign shall remain revocable until such time'as the Board officially takes action on such notification.

# ARTICLE 25

## PROFESSIONAL ASSISTANT PROGRAM (PAR)

A. Preamble

The Loma Prieta Teachers Association and the Loma Prieta Joint Union Elementary School District strive to provide the highest possible quality of education to the students of Loma Prieta. Both parties agree that optimum student performance can be achieved only if there is a fully-qualified teacher in every classroom. In order for students to succeed in learning, teachers must succeed in teaching. The Parties believe that all teachers, even the most skilled, must focus on continuous improvement in their professional practice. Therefore, the parties agree to cooperate in the design and implementation of a professional development program to improve the quality of instruction through expanded and improved staff development, peer assistance, and professional accountability.

Participating teachers recommended to the program are viewed as valuable professionals who are entitled to have resources available to them to enhance continuous performance improvement.

B. Peer Assistance and Review (PAR) Council

1. The PAR Council will consist of three (3) members. Members of the PAR Council will include 2 designees of LPTA, and one (1) selected by the Superintendent or Designee. The PAR Council will establish the operational procedures of the Council, including the method for the selection of a Chairperson.

2. The PAR Council will establish the meeting schedule. To hold meetings, all members of the PAR Council must be present. Such meetings may take place during the regular workday, in which event teachers who are members of the Council will be released from their regular duties without loss of pay.

3. The PAR Council shall be responsible for selecting Consulting Teachers, evaluating Consulting Teachers and their documentation, and providing in-service training for consulting teachers during the school year. Written confirmation of participation in PAR program will be provided by the PAR Council to participating teachers, referred teachers, Principals or immediate supervisors, and Consulting Teachers.

4. The PAR Council, either by consensus or majority vote, will adopt Guidelines for implementing the provisions of this Article. Said Guidelines will be consistent with the provisions of the Agreement and the law, and to the extent that there is an inconsistency, the Agreement will prevail and to the extent the Agreement is inconsistent with the law, the law will prevail.

5.  The PAR Council will assign the Consulting Teacher to a participating teacher. The participating teacher has the right to meet the PAR Council to discuss the assignment of the Consulting Teacher within two weeks of notification.

6.  It is intended that all documentation and information related to participation in the PAR Program be regarded as a personnel matter, and, as such, is subject to the personnel record exemption in Government Code 6250 et seq.

7.  The PAR Council is responsible for evaluating annually the impact of the PAR Program in order to improve the program.

8.  Serve 2 years staggered. Re-ups ok. PAR Council members will serve staggered, 2-year terms. Members may serve consecutive terms if elected.

9.  Unit members shall receive stipend for work outside regular working hours.

C. Consulting Teachers

1.  Minimum qualifications for Consulting Teacher:

    a.  The Consulting Teacher must be a credentialed classroom teacher with permanent status or a Retired Teacher with at least five years experience.

    b.  The Consulting Teacher must demonstrate exemplary teaching ability, have effective communication skills, and a broad knowledge of subject matter. They must also have the ability to meet student needs in different contexts.

    c.  The Consulting Teacher must have the ability to work cooperatively and effectively with other teachers and administrators and demonstrate effective leadership skills.

2.  A Consulting Teacher may be a permanent certificated teacher from another district.

3.  Consulting Teachers shall be compensated as approved by the PAR Council.

4.  The Consulting Teacher will not participate in evaluations of a Volunteer Teacher, Beginning Teacher, Referred Teacher or Experienced Teachers.

D. Participating Teachers

1.  A Participating Teacher is a unit member who receives assistance and coaching, to improve instructional skills, classroom management, knowledge of subject and related aspects of teaching performance. All participation and information shall remain confidential.

2.  There are four (4) categories of Participating Teachers.

a. Beginning Teacher (BT) Participants
   i. In order to help new unit members successfully begin their careers in the District, all newly-hired unit members with less than two full years of fully credential teaching, experience will be required to participate in the PAR program.

b. Experienced Participants
   i The purpose of the PAR program is to provide assistance and guidance to all teachers in staff and curriculum development.

   ii. The PAR program will provide a Consulting Teacher to implement specific academic needs defined and aligned to the goals of the district/school.

   iii. The Consulting Teacher will provide a process for whole groups, grade level, small group and/or individual assistance.

c. Referred Teacher Participants
   i. The purpose of participation in the PAR program is to help correct job-related deficiencies and to assist the unit member in improving performance. Unit members who exhibit serious deficiencies in subject matter knowledge or teaching methodologies and have received an (Unsatisfactory rating) by the Principal on a certificated evaluation, shall be required to participate in the PAR program as an intervention.

d. Volunteer Teacher (VT) Participants
   i. In the interest of improving ones teaching, teacher may volunteer to participate in PAR. All such requests shall go through the PAR Council. The purpose of participation in the PAR Program is only to receive a peer coaching experience. The Volunteer Teacher may terminate his/her participation in the PAR Program at any time without being required to state a reason for termination from the program.

F. Information obtained by the Consulting Teacher while assisting the Volunteer Teacher, Beginning Teacher, Referred Teacher or Experienced Teacher cannot be utilized in the certificated evaluation process and/or as the basis for mandatory participation in the PAR Program unless so requested by the Participating Teacher.

| | 2014/2015 | | | | | |
|---|---|---|---|---|---|---|
| **LOMA PRIETA JOINT UNION ELEMENTARY SCHOOL DISTRICT** | | | | | | |
| **CERTIFICATED SALARY SCHEDULE** | | | | | | |
| | | | | | | |
| | | | | | | |
| Starting Salary | $47,366.69 | | | | | |
| Step Increase (yrs. 1-12) | $2,244.85 | | | | | |
| Step Increase (yrs.13-21) | $987.77 | For Columns 30; 45; 60; 75 | | | | |
| YRS. 13-21 @ 90 UNITS ADD ADD'L | $460.49 | | | | | |
| 15 Unit increase | $2,244.85 | $1,122.43 | 45 Unit  column half way between 30 and 60 | | | |
| Masters Increase | $2,244.86 | | | | | |
| Top salary | $91,032.62 | | | | | |
| | | | | | | |
| | Non-Fully Credentialed * | Fully Credential Plus 30 Units | 45 Units | 60 Units | 75 Units | 90 Units |
| **Step #** | | | | | | |
| 1 | $47,365.60 | $47,366.69 | | | | |
| 2 | $47,365.60 | $47,366.69 | | | | |
| 3 | $47,365.60 | $47,366.69 | | | | |
| 4 | $49,610.45 | $49,611.54 | $50,733.99 | $51,856.41 | $54,101.28 | $56,346.14 |
| 5 | $51,543.33 | $51,825.21 | $52,978.84 | $54,101.28 | $56,346.14 | $58,591.01 |
| 6 | | $54,101.28 | $55,223.71 | $56,346.14 | $58,591.01 | $60,835.88 |
| 7 | | $56,346.14 | $57,468.58 | $58,591.01 | $60,835.88 | $63,080.74 |
| 8 | | $58,591.01 | $59,713.44 | $60,835.88 | $63,080.74 | $65,325.60 |
| 9 | | $60,835.88 | $61,958.30 | $63,080.74 | $65,325.60 | $67,570.47 |
| 10 | | $63,080.74 | $64,203.18 | $65,325.60 | $67,570.47 | $69,815.34 |
| 11 | | $65,325.60 | $66,448.04 | $67,570.47 | $69,815.34 | $72,060.22 |
| 12 | | $67,570.47 | $68,692.90 | $69,812.09 | $72,060.22 | $74,305.08 |
| 13 | | $68,558.26 | $69,680.68 | $70,803.12 | $73,047.98 | $75,753.35 |
| 14 | | $69,546.03 | $70,668.46 | $71,790.89 | $74,035.75 | $77,201.61 |
| 15 | | $70,533.80 | $71,656.23 | $72,778.67 | $75,023.53 | $78,649.88 |
| 16 | | | $72,644.00 | $73,766.44 | $76,011.30 | $80,098.15 |
| 17 | | | $73,631.78 | $74,754.21 | $76,999.08 | $81,546.42 |
| 18 | | | $74,619.55 | $75,741.99 | $77,986.85 | $82,994.67 |
| 19 | | | $75,607.33 | $76,729.76 | $78,974.63 | $84,442.95 |
| 20 | | | $76,595.11 | $77,717.55 | $79,962.41 | $85,891.22 |
| 21 | | | $77,582.88 | $78,705.52 | $80,950.18 | $87,339.49 |
| 22 | | | $78,570.66 | $79,693.09 | $81,937.95 | $88,787.76 |
| 3% increase effective 8/22/2007 | | | | | | |
| Add Step 22 effective 7/01/2011 | | | | | | |
| 1% increase effective 7/1/2014 | | | | | | |
| 4% Increase effective 7/1/2014 | | | | | | |

53

2015/16
## LOMA PRIETA JOINT UNION ELEMENTARY SCHOOL DISTRICT
## CERTIFICATED SALARY SCHEDULE

| Step # | Non-Fully Credentialed | Fully Credential Plus 30 Units | Fully Credential Plus 45 Units | Fully Credential Plus 60 Units | Fully Credential Plus 75 Units | Fully Credential Plus 90 Units |
|---|---|---|---|---|---|---|
| 1 | $48,312.91 | $48,314.02 | | | | |
| 2 | $48,312.91 | $48,314.02 | | | | |
| 3 | $48,312.91 | $48,314.02 | | | | |
| 4 | $50,602.66 | $50,603.77 | $51,748.67 | $52,893.54 | $55,183.31 | $57,473.06 |
| 5 | $52,574.20 | $52,893.51 | $54,038.42 | $55,183.31 | $57,473.06 | $59,762.83 |
| 6 | | $55,183.31 | $56,328.18 | $57,473.06 | $59,762.83 | $62,052.60 |
| 7 | | $57,473.06 | $58,617.95 | $59,762.83 | $62,052.60 | $64,342.35 |
| 8 | | $59,762.83 | $60,907.71 | $62,052.60 | $64,342.35 | $66,632.11 |
| 9 | | $62,052.60 | $63,197.47 | $64,342.35 | $66,632.11 | $68,921.88 |
| 10 | | $64,342.35 | $65,487.24 | $66,632.11 | $68,921.88 | $71,211.65 |
| 11 | | $66,632.11 | $67,777.00 | $68,921.88 | $71,211.65 | $73,501.42 |
| 12 | | $68,921.88 | $70,066.76 | $71,211.65 | $73,501.42 | $75,791.18 |
| 13 | | $69,929.43 | $71,074.29 | $72,219.18 | $74,508.94 | $77,268.42 |
| 14 | | $70,936.95 | $72,081.83 | $73,226.71 | $75,516.47 | $78,745.64 |
| 15 | | $71,944.48 | $73,089.35 | $74,234.24 | $76,524.00 | $80,222.88 |
| 16 | | | $74,096.88 | $75,241.77 | $77,531.53 | $81,700.11 |
| 17 | | | $75,104.42 | $76,249.29 | $78,539.06 | $83,177.35 |
| 18 | | | $76,111.94 | $77,256.83 | $79,546.59 | $84,654.56 |
| 19 | | | $77,119.48 | $78,264.36 | $80,554.12 | $86,131.81 |
| 20 | | | $78,127.01 | $79,271.90 | $81,561.66 | $87,609.04 |
| 21 | | | $79,134.54 | $80,279.43 | $82,569.18 | $89,086.28 |
| 22 | | | $80,142.07 | $81,286.95 | $83,576.71 | $90,563.52 |

Masters Stipend                $2,289.76

ADOPTED: February 10, 2016

54

MEMORANDUM OF UNDERSTANDING
Between
LOMA PRIETA Jt. UNION SCHOOL DISTRICT
And
LOMA PRIETA TEACHERS ASSOCIATION, CTA/NEA

Re:  Teacher Leaders Pilot Project

The parties agree that during the 2014-2015 school year there will be one Teacher Leader appointed by the Superintendent/Principal at Loma Prieta Elementary School and one Teacher Leader appointed by the Superintendent/Principal at C.T. English Middle School.  The role of the Teacher Leaders is to increase communication, to support continuity of programs, to develop leadership skills and to ensure student success.  The Teacher Leaders will attend weekly Cabinet meetings and Board meetings as well as Faculty meetings.  In order to compensate the Teacher Leaders for increased duties beyond the regular school day, each Teacher Leader will be paid a stipend of $5,000 to be paid in two installments in December and May.   The duties of the Teacher Leaders include the following:

**Communication between stakeholders**:
Calendar of events (Teacher to Teacher (T2T), SST, deadlines, events, etc.)
Newsletter updates
Student concerns
Teacher concerns
Staff development needs and opportunities
Operational issues between departments (technology, special education, etc.)

**Staff Development**
New teacher support and orientation
New staff support and orientation (Go-to person for AP)
Cultural and climate support
Power School/Report card training
Facilitate teachers meetings
Wednesday collaboration priorities and support

**Program Continuity**
Student activities (SOTW, assemblies, student council, etc.)
SST/IEP processes
Site based scheduling awareness (yard duty, library, tech lab, PE, etc.)
Site based programs (tutorial, project cornerstone, enrichment, etc.)
Rules and traditions: *The Loma and CT Way*

**Student support**
First level discipline and parent communication
At-risk student referral
Enrichment/activities
Assemblies

The Teacher Leader Program is a Pilot Project that will terminate June 30, 2015 unless the parties mutually agree to extend it for another year or to retain it.

Date _4/22/14_____          Date _4/22/14_____

KRIS DENUES, for LPTA                    COREY KIDWELL,
                                          Superintendent


LISA VIELER, for LPTA

# Memorandum of Understanding
April 16, 2015
Loma Prieta Teachers Association
And
Loma Prieta Joint Union School District

Evaluation Option:

Unit members who have permanent status and whose most recent formal evaluation was deemed "Satisfactory" may elect to participate in this alternative evaluation option.

Each eligible unit member will meet with his/her primary evaluator not later than October 1 to identify his or her plan for the evaluation cycle.

Plan: An alternative Evaluation Option shall contain the following:
1. A specific goal the member hopes to achieve during the evaluation cycle.
2. A method for achieving this goal, which may include, but is not limited to, video-taping and feedback journaling; development of a unit or lessons to deliver curriculum that has not previously been taught or is being taught using a new methodology; a joint evaluation project working with another bargaining unit member to create curriculum and/or lessons; a study to analyze student performance and determine how to move student achievement forward.
3. A timeline that includes two "status check" meetings with the primary evaluator, one to occur before winter break, one to occur before the February break. Establishing these meetings is the responsibility of the unit member.
4. The final meeting to review the result of the evaluation process shall include a 1 page summary, and whatever appropriate support materials have been agreed upon by the parties, and this meeting shall occur not later than May 1.

Should the final meeting result in the primary evaluator signing off on the evaluation as "satisfactory", the unit member shall be off cycle. Should the evaluation be deemed as "unsatisfactory", the unit member shall be placed on a traditional evaluation cycle for the following year. Should the evaluation be incomplete, the parties may agree to continue this process for a second year.

_____
For the District

_____
For the Association

_____
For the Association

_____
Date   4/16/15

_____
Date   4/16/15

_____
Date   4/16/15