William J. Becker, Jr., Esq. (SBN: 134545)
Bill@FreedomXLaw.com
Jeremiah D. Graham, Esq. (SBN: 313206)
JeremiahDGraham@gmail.com
**FREEDOM X**
11500 Olympic Blvd., Suite 400
Los Angeles, California 90064
Telephone: (310) 636-1018
Facsímile: (310) 765-6328

Counsel for *David M. Kissner*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DAVID M. KISSNER**, an individual,<br><br>vs.<br><br>**LOMA PRIETA JOINT UNION SCHOOL DISTRICT**, a California public agency; et al.<br><br>Defendants. | Case No. 22-CV-00949-VKD<br><br>**CERTIFICATE OF SERVICE** |

**See next page**

1

**Plaintiffs' Motion For Leave To File Second Amended Complaint**         Case No. 22-CV-00949-VKD

I certify that, on the date set forth below, the foregoing **CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** was filed electronically and that it is available for viewing and downloading on the Court's CM/ECF system by the parties.

I further certify that, on the date set forth below, the same document was served electronically on Defendants by email at:

| | |
|---|---|
| Daniel S. Modafferi<br>Meyers Fozi & Dwork LLP<br>5942 Priestly Drive, Suite 100<br>Carlsbad, CA 92008<br>Tel: (760) 858-2286<br>**dmodafferi@meyersfozi.com** | Counsel for Defendants Loma Prieta Joint Union School District, Lisa Fraser, Corey Kidwell, Kevin Grier, Billy Martin, Deana Arnold, Ben Abeln, Ron Bourque, Charlotte Khandelwal, and Erin Asheghian |
| Keith G. Adams<br>Murphy, Pearson, Bradley & Feeney, P.C.<br>550 South Hope Street<br>Suite 650<br>Los Angeles CA 90071<br>Tel: 213-327-3500<br>**KAdams@mpbf.com** | Counsel for Defendant Patricia Elliot |
| Joie Grimmet<br>10400 Arrow Route 1-11 Rancho Cucamonga, California 91730<br>Tel: (562) 735-7120<br>**Joie.thetitanpi@gmail.com** | Defendant |
| Lawrence McVoy<br>25375 Spanish Ranch Rd.<br>Los Gatos, California 25375<br>Tel: (408) 370-9911, (415) 939-6524<br>**lm@mcvoy.com** | Defendant |

Date: March 15, 2022         FREEDOM X

By:   /s/ *William J. Becker, Jr.*
         William J. Becker, Jr., Esq.