William J. Becker, Jr., Esq. (SBN: 134545)
Bill@FreedomXLaw.com
Jeremiah D. Graham, Esq. (SBN: 313206)
JeremiahDGraham@gmail.com
**FREEDOM X**
11500 Olympic Blvd., Suite 400
Los Angeles, California 90064
Telephone: (310) 636-1018
Facsímile: (310) 765-6328

Counsel for *David M. Kissner*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DAVID M. KISSNER**, an individual, <br><br> vs. <br><br> **LOMA PRIETA JOINT UNION SCHOOL DISTRICT**, a California public agency; et al. <br><br> Defendants. | Case No. 22-CV-00949-VKD <br><br> **PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; EXHIBIT; [PROPOSED] SECOND AMENDED COMPLAINT; [PROPOSED] ORDER** |

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiff David M. Kissner ("Plaintiff") respectfully moves the Court for leave to file the attached Second Amended Complaint ("SAC"). Rule 15 provides that "a party may amend its pleading [with] the court's leave" and that "[t]he court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). Allowing Plaintiff to file the SAC would serve justice and promote judicial efficiency. Further, there would be no substantial or undue prejudice, bad faith, undue delay, or futility.

Through the SAC, Plaintiff mainly seeks to correct typographical errors, including inadvertently misnumbered paragraphs, as set forth in the attached Errata, Exhibit 1. Plaintiff is additionally seeking to make just three substantive changes at: page, 28, line 5; page 34, lines16-19; page 53, lines 18-27, page 61, lines 19-20. (*See* Exhibit 1, Errata.) These substantive changes

1

add minimal allegations or emphasize with bold face font and underlining information already appearing in the First Amended Complaint ("FAC") (ECF No. 8).

Plaintiff electronically filed its FAC and electronically served the Defendants on March 8, 2022. All but two Defendants have waived summons. No Defendant has yet responded to the FAC.

For all these reasons, and those stated in the attached memorandum in support, Plaintiff respectfully requests that the Court grant him leave to file the attached SAC. Also attached is the list of errata and a proposed order.

Date: March 15, 2022   FREEDOM X

By: /s/ William J. Becker, Jr.
William J. Becker, Jr., Esq.

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. BACKGROUND

On February 16, 2022, Plaintiff David M. Kissner ("Plaintiff") commenced this action for damages and other relief alleging 17 causes of action, including violations of his civil rights, wrongful termination, discrimination, retaliation, and defamation theories of liability. ECF. No. 1. Pursuant to Federal. R. Civ. P. Rule 4, Plaintiff filed a First Amended Complaint ("FAC") on March 8, 2022. ECF No. 8. Plaintiff electronically filed its FAC and electronically served the Defendants on March 8, 2022. All but two Defendants have waived summons. No Defendant has yet responded to the FAC. The Court has not specified a deadline for amending the complaint.

Subsequent to filing the FAC, Plaintiff's counsel noted various irregularities in the pleadings format, including inadvertently misnumbered paragraphs. Upon further inspection, Plaintiff's counsel discovered additional typographical and grammatical errors as well as three allegations requiring modest augmenting. Plaintiff now seeks to amend the FAC to correct the formatting errors and improve three allegations.

## II. DISCUSSION

Federal. R. Civ. P. Rule 15(a) provides that, except in circumstances not present here, "a party may amend its pleading only with the opposing party's written consent or the court's leave," which "[t]he court should freely give . . . when justice so requires." Fed. R. Civ. P. 15(a)(2). The Ninth Circuit has directed that this policy be applied with "extreme liberality." *Eminence Capital, LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1051 (9th Cir. 2003) (citation omitted). In ruling upon a motion for leave to amend, a court must consider whether the moving party acted in bad faith or unduly delayed in seeking amendment, whether the opposing party would be prejudiced, whether an amendment would be futile, and whether the movant previously amended the pleading. *United States v. Corinthian Colleges*, 655 F.3d 984, 995 (9th Cir. 2011). "Absent prejudice, or a strong

showing of any of the remaining [factors], there exists a presumption under Rule 15(a) in favor of granting leave to amend." *C.F. ex rel. Farnan v. Capistrano Unified Sch. Dist.*, 654 F.3d 975, 985 (9th Cir. 2011) (citation omitted).

      Plaintiff has not sought the consent of the other parties because they have not appeared in the action or otherwise have acknowledged receipt of either the initial or subsequently amended complaint. The present motion is not made in bad faith and is being brought within just days of filing the FAC. Additionally, Plaintiff has not previously moved for leave to amend. Finally, at this early stage in the proceedings, neither undue delay prejudice to the Defendants exists by the requested amendment.

### III.    CONCLUSION

      For the foregoing reasons, Plaintiff respectfully asks the Court for leave to file a Second Amended Complaint.

Date: March 15, 2022                FREEDOM X

                        By:  <u>/s/ *William J. Becker, Jr.*</u>
                                 William J. Becker, Jr., Esq.

# CERTIFICATE OF SERVICE

I certify that, on the date set forth below, the foregoing documents:

**PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; EXHIBIT; [PROPOSED] SECOND AMENDED COMPLAINT; [PROPOSED] ORDER**

**were** filed electronically and that they are available for viewing and downloading on the Court's CM/ECF system by the parties. I further certify that, on the date set forth below, the same documents were served electronically on Defendants by email at:

| | |
|---|---|
| Daniel S. Modafferi<br>Meyers Fozi & Dwork LLP<br>5942 Priestly Drive, Suite 100<br>Carlsbad, CA 92008<br>Tel: (760) 858-2286<br>**dmodafferi@meyersfozi.com** | Counsel for Defendants Loma Prieta Joint Union School District, Lisa Fraser, Corey Kidwell, Kevin Grier, Billy Martin, Deana Arnold, Ben Abeln, Ron Bourque, Charlotte Khandelwal, and Erin Asheghian |
| Keith G. Adams<br>Murphy, Pearson, Bradley & Feeney, P.C.<br>550 South Hope Street<br>Suite 650<br>Los Angeles CA 90071<br>Tel: 213-327-3500<br>**KAdams@mpbf.com** | Counsel for Defendant Patricia Elliot |
| Joie Grimmet<br>10400 Arrow Route 1-11 Rancho<br>Cucamonga, California 91730<br>Tel: (562) 735-7120<br>**Joie.thetitanpi@gmail.com** | Defendant |
| Lawrence McVoy<br>25375 Spanish Ranch Rd.<br>Los Gatos, California 25375<br>Tel: (408) 370-9911, (415) 939-6524<br>**lm@mcvoy.com** | Defendant |

Date: March 15, 2022          FREEDOM X

By: /s/ *William J. Becker, Jr.*
William J. Becker, Jr., Esq.