UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID M. KISSNER,<br><br>    Plaintiff,<br><br>    v.<br><br>LOMA PRIETA JOINT UNION SCHOOL DISTRICT, et al.,<br><br>    Defendants. | Case No. 22-cv-00949-VKD<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Re: Dkt. No. 11 |

On February 16, 2022, plaintiff David Kissner sued the Loma Prieta Joint Union School District and several school officials pursuant to 42 U.S.C. § 1983 for retaliating against him in violation of his First Amendment right to engage in political speech and for related violations of state law. Dkt. No. 1. On March 8, 2022, Mr. Kissner filed an amended complaint. Dkt. No. 8. Mr. Kissner now moves for leave to file a second amended complaint pursuant to Federal Rule of Civil Procedure 15(a). Dkt. No. 11. No defendant has yet appeared in the action.

Rule 15(a) provides that "[t]he court should freely give leave [to amend a complaint] when justice so requires." Fed. R. Civ. P. 15(a)(2). The decision whether to grant leave to amend is committed to the sound discretion of the trial court. *Waits v. Weller*, 653 F.2d 1288, 1290 (9th Cir. 1981). Leave need not be granted where the amendment would cause the opposing party undue prejudice, is sought in bad faith, constitutes an exercise in futility, or creates undue delay. *Foman v. Davis*, 371 U.S. 178, 182 (1962). "Absent prejudice, or a strong showing of any of the remaining *Foman* factors, there exists a presumption under Rule 15(a) in favor of granting leave to amend." *Eminence Capital LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1052 (9th Cir. 2003).

Upon review of Mr. Kissner's submission of errata (Dkt. No. 11-1) and the proposed

second amended complaint (Dkt. No. 11-3), the Court finds that the second amended complaint's proposed amendments clarify and correct the prior pleading and do not add claims or parties. These amendments are not sought in bad faith and will not create undue delay.  For these reasons, and given the early stage of these proceedings, no defendant will be prejudiced by the proposed amendments.

Accordingly, the Court grants Mr. Kissner's motion for leave to file a second amended complaint.  Mr. Kissner shall file the second amended complaint separately no later than **March 21, 2022**.

**IT IS SO ORDERED.**

Dated: March 17, 2022

VIRGINIA K. DEMARCHI
United States Magistrate Judge