UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID M. KISSNER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOMA PRIETA JOINT UNION SCHOOL DISTRICT, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-00949-VKD<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IFP; ORDER TO ISSUE AND SERVE SUMMONS**<br><br>Re: Dkt. Nos. 3, 8 |

　　Plaintiff David Kissner filed a complaint and application to proceed in forma pauperis ("IFP"). Dkt. Nos. 1, 3. A court may authorize the commencement of a civil action in forma pauperis if the court is satisfied that the applicant cannot pay the requisite filing fees. 28 U.S.C. § 1915(a)(1). In evaluating such an application, the court should "gran[t] or den[y] IFP status based on the applicant's financial resources alone and then independently determin[e] whether to dismiss the complaint on the grounds that it is frivolous." *Franklin v. Murphy*, 745 F.2d 1221, 1226–27 n.5 (9th Cir. 1984). A court may dismiss a case filed without the payment of the filing fee whenever it determines that the action "(i) is frivolous or malicious; (ii) fails to state a claim on which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief." 28 U.S.C. § 1915(e)(2)(B)(i)-(iii).

　　Having considered Mr. Kissner's IFP application, the Court finds that he qualifies for IFP status. With respect to Mr. Kissner's second amended complaint's allegations (*see* Dkt. No. 13), the Court concludes that for the purposes of 28 U.S.C. § 1915(e), his allegations are sufficient to permit him to proceed with this action without prepayment of the filing fee.

　　Accordingly, the Court grants Mr. Kissner's IFP application. The Clerk of Court shall

issue the summons.  Furthermore, the U.S. Marshal or the Clerk's Office for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint, any amendments or attachments, Mr. Kissner's affidavit, and this order upon defendants.

**IT IS SO ORDERED.**

Dated: March 17, 2022

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge