

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

280 South 1st Street
San Jose, CA 95113
*cand.uscourts.gov*

March 18, 2022

William Joseph Becker , Jr.
Freedom X
11500 Olympic Boulevard, Suite 400
Los Angeles, CA 90064

Subject:  22-cv-00949-VKD
Kissner v. Loma Prieta Joint Union School District et al

    An order has been filed in the subject case that the complaint and summons be served upon the defendant(s).

    To ensure that proper service is made, the address(es) of the defendant(s) must be submitted to this office. Please use the bottom portion of this letter to print the current address for each listed defendant.

    You may email a picture or scan of the completed form to maria_loo@cand.uscourts.gov. As an alternative, you may use the self-addressed postage paid envelope to mail this information to the court.

Sincerely,

Mark B. Busby, Clerk

_____
by:  Maria Loo
Case Systems Administrator
maria_loo@cand.uscourts.gov

*Rev. 10-20*

| Name of Defendants | Address |
|---|---|
| Loma Prieta Joint Union School District | |
| Lisa Fraser | |
| Corey Kidwell | |
| Kevin Grier | |
| Billy Martin | |
| Deana A. Arnold | |
| Ben Abeln | |
| Ron Bourque | |
| Charlotte Khandelwal | |
| Erin Asheghian | |
| Patricia Elliot | |
| Joie Grimmet | |
| Lawrence McVoy | |