William J. Becker, Jr. (Cal. Bar No. 134545)
Jeremiah D. Graham (Cal. Bar No. 313206)
Freedom X
11500 Olympic Boulevard, Suite 400
Los Angeles, California  90064
Tel: (310) 636-1018; Fax: (310) 765-6328
Email:  bill@freedomxlaw.com
        jeremiahdgraham@gmail.com

Attorneys for Plaintiff,
David M. Kissner

Golnar J. Fozi (Cal. Bar No. 167674)
Daniel S. Modafferi (Cal. Bar No. 294510)
Meyers Fozi & Dwork, LLP
5942 Priestly Drive, Suite 100
Carlsbad, California  92008
Tel: (760) 444-0039; Fax: (760) 444-0130
Email:  gfozi@meyersfozi.com
        dmodafferi@meyersfozi.com

Attorneys for Defendants,
Loma Prieta Joint Union School District, Lisa Fraser,
Kevin Grier, Billy Martin, Deana Arnold,
Ben Abeln, Ron Bourque, Charlotte Khandelwal,
and Erin Asheghian

Kathryn C. Curry (Cal. Bar No. 157099)
GCA Law Partners LLP
2570 West El Camino Real, Suite 400
Mountain View, California  94040
Tel: (650) 428-3900; Fax: (650) 428-3901
Email:  kcurry@gcalaw.com

Attorneys for Defendant,
Corey Kidwell

Keith G. Adams (Cal. Bar No. 240497)
Murphy, Pearson, Bradley & Feeney, P.C.
550 South Hope Street, Suite 650
Los Angeles, California  90071
Tel: (213) 327-3500; Fax: (213) 627-2445
Email:  kadams@mpbf.com

Attorneys for Defendant,
Patricia Elliot

///

///

///

///

1

5:22-cv-00949-VKD

Jennifer K. Letulle (Cal. Bar No. 226184)
Ropers Majeski PC
445 South Figueroa Street, 30th Floor
Los Angeles, California 90071
Tel: (213) 312-2000; Fax: (213) 312-2001
Email: jennifer.letulle@ropers.com

Attorneys for Defendant,
Joie Grimmet

Lindsay A. Goulding (Cal. Bar No. 227195)
Porter Scott APC
350 University Avenue, Suite 200
Sacramento, California 95825
Tel: (916) 929-1481; Fax: (916) 927-3706
Email: lgoulding@porterscott.com

Attorneys for Defendant,
Lawrence McVoy

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. KISSNER,<br><br>Plaintiff,<br><br>v.<br><br>LOMA PRIETA JOINT UNION SCHOOL DISTRICT, et al.,<br><br>Defendants. | **Case No.: 5:22-cv-00949-VKD**<br>**Assigned to: Hon. Virginia DeMarchi**<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME FOR ALL DEFENDANTS TO RESPOND TO THE SECOND AMENDED COMPLAINT, FOR THE PARTIES TO COMPLY WITH RULE 26(a)(1) & (f), AND FOR THE CASE MANAGEMENT CONFERENCE**<br>[Civil L.R. 6-2]<br><br>**Case Filed: February 16, 2022**<br>**Trial Date: None Set** |

**TO THE HONORABLE COURT:**

Pursuant to Civil Local Rule 6-2, all parties, by and through their respective counsel, hereby stipulate and respectfully request an order changing the time for all defendants to respond to plaintiff's complaint, for the parties to comply with Rule 26(a)(1) and (f), and for the Case Management Conference.

///

All defendants have voluntarily waived service in accordance with Rule 4(d). The present deadline for all defendants other than Lawrence McVoy to respond to the operative second amended complaint is May 9, 2022. Mr. McVoy's present deadline to respond to the operative second amended complaint is May 19, 2022.

In advance of those deadlines, counsel for several of the defendants have met and conferred with plaintiff's counsel regarding defects in the operative pleading that may subject it to full or partial dismissal as to certain defendants. In order to provide counsel for all parties an opportunity to complete the meet and confer process and hopefully resolve some or all of these issues, the parties have stipulated to extend the deadline for all defendants to respond to the operative complaint until May 26, 2022.

However, the extension of the time to respond to the complaint impacts other dates previously set by the Court. In particular, on March 7, 2022, the Court ordered that an initial case management conference would be held on June 14, 2022, at 1:30 p.m. (See ECF No. 7.) Based on the CMC date, the following deadlines were also set:

**Rule 26(f) Conference Deadline** – May 24, 2022

**Rule 26(f) Report Due Date** – June 7, 2022

**Initial Disclosures Due Date** – June 7, 2022

**Case Management Statement Due Date** – June 7, 2022

Thus, unless the CMC is continued, the parties' new stipulated deadline for the defendants to respond to the operative complaint would fall after the parties' deadline to complete the Rule 26(f) conference. In light of the parties' stipulation to extend the deadline for all defendants to respond to the operative complaint, as well as the high likelihood that an amended complaint and/or one or more motions to dismiss may be filed as a result of the parties' meet and confer efforts, the parties have also stipulated to continue the CMC and the related deadlines.

For all of these reasons, the parties respectfully request that the Court enter an order extending the deadline for all defendants to respond to the operative complaint to May 26, 2022; continue the CMC to September 13, 2022, at 1:30 p.m.; continue

the Rule 26(f) conference deadline to August 23, 2022; and continue the due dates for the Rule 26(f) report, the Rule 26(a)(1) initial disclosures, and the Case Management Statement to September 6, 2022.

Dated: May 3, 2022                   Freedom X

                                     By: /s/ William J. Becker, Jr.
                                         William J. Becker, Jr.
                                         Jeremiah D. Graham
                                         Attorneys for Plaintiff,
                                         David M. Kissner

Dated: May 3, 2022                   Meyers Fozi & Dwork, LLP

                                     By: /s/ Daniel S. Modafferi
                                         Golnar J. Fozi
                                         Daniel S. Modafferi
                                         Attorney for Defendants,
                                         Loma Prieta Joint Union School District,
                                         Lisa Fraser, Kevin Grier, Billy Martin,
                                         Deana Arnold, Ben Abeln, Ron Bourque,
                                         Charlotte Khandelwal, and Erin Asheghian

Dated: May 3, 2022                   GCA Law Partners LLP

                                     By: /s/ Kathryn C. Curry
                                         Kathryn C. Curry
                                         Attorneys for Defendant,
                                         Corey Kidwell

Dated: May 3, 2022

Murphy, Pearson, Bradley & Feeney, P.C.

By: /s/ Keith G. Adams
Keith G. Adams
Attorneys for Defendant,
Patricia Elliot

Dated: May 3, 2022

Ropers Majeski PC

By: /s/ Jennifer K. Letulle
Jennifer K. Letulle
Attorneys for Defendant,
Joie Grimmet

Dated: May 3, 2022

Porter Scott APC

By: /s/ Lindsay A. Goulding
Lindsay A. Goulding
Attorneys for Defendant,
Lawrence McVoy

I certify that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Daniel S. Modafferi

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____
United States Magistrate Judge