Golnar J. Fozi (Cal. Bar No. 167674)
Daniel S. Modafferi (Cal. Bar No. 294510)
Meyers Fozi & Dwork, LLP
5942 Priestly Drive, Suite 100
Carlsbad, California 92008
Tel: (760) 444-0039; Fax: (760) 444-0130
Email:  gfozi@meyersfozi.com
         dmodafferi@meyersfozi.com

Attorneys for Defendants,
Loma Prieta Joint Union School District, Lisa Fraser,
Kevin Grier, Billy Martin, Deana Arnold,
Ben Abeln, Ron Bourque, Charlotte Khandelwal,
and Erin Asheghian

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. KISSNER,<br><br>Plaintiff,<br><br>v.<br><br>LOMA PRIETA JOINT UNION SCHOOL DISTRICT, et al.,<br><br>Defendants. | Case No.: 5:22-cv-00949-VKD<br>Assigned to: Hon. Virginia DeMarchi<br><br>**DECLARATION OF DANIEL S. MODAFFERI IN SUPPORT OF STIPULATED REQUEST FOR ORDER CHANGING TIME FOR ALL DEFENDANTS TO RESPOND TO THE SECOND AMENDED COMPLAINT, FOR THE PARTIES TO COMPLY WITH RULE 26(a)(1) & (f), AND FOR THE CASE MANAGEMENT CONFERENCE**<br>[Civil L.R. 6-2]<br><br>Case Filed:  February 16, 2022<br>Trial Date:  None Set |

I, Daniel S. Modafferi, declare:

1. I am an attorney at law, duly admitted to practice in the State of California. I am a partner at Meyers Fozi & Dwork, LLP, counsel for Loma Prieta Joint Union School District, Lisa Fraser, Kevin Grier, Billy Martin, Deana Arnold, Ben Abeln, Ron Bourque, Charlotte Khandelwal, and Erin Asheghian, defendants in the above-entitled matter.

///

1

2. I have personal knowledge of the facts set forth herein, and if I were called to testify thereto, I could and would do so competently.

3. All defendants have voluntarily waived service in accordance with Rule 4(d). The present deadline for all defendants other than Lawrence McVoy to respond to the operative second amended complaint is May 9, 2022. Mr. McVoy's present deadline to respond to the operative second amended complaint is May 19, 2022.

4. In advance of those deadlines, counsel for several of the defendants have met and conferred with plaintiff's counsel regarding defects in the operative pleading that may subject it to full or partial dismissal as to certain defendants. In order to provide counsel for all parties an opportunity to complete the meet and confer process and hopefully resolve some or all of these issues, the parties have stipulated to extend the deadline for all defendants to respond to the operative complaint until May 26, 2022.

5. The extension of the time to respond to the complaint impacts other dates previously set by the Court. In particular, on March 7, 2022, the Court ordered that an initial case management conference would be held on June 14, 2022, at 1:30 p.m. (See ECF No. 7.) Based on the CMC date, the following deadlines were also set:

**Rule 26(f) Conference Deadline** – May 24, 2022

**Rule 26(f) Report Due Date** – June 7, 2022

**Initial Disclosures Due Date** – June 7, 2022

**Case Management Statement Due Date** – June 7, 2022

Thus, unless the CMC is continued, the parties' new stipulated deadline for the defendants to respond to the operative complaint would fall after the parties' deadline to complete the Rule 26(f) conference.

6. In light of the parties' stipulation to extend the deadline for all defendants to respond to the operative complaint, as well as the high likelihood that an amended complaint and/or one or more motions to dismiss may be filed as a result of the parties' meet and confer efforts, the parties have also stipulated to continue the CMC and the

related deadlines.

7. The parties therefore respectfully request that the Court enter an order extending the deadline for all defendants to respond to the operative complaint to May 26, 2022; continue the CMC to September 13, 2022, at 1:30 p.m.; continue the Rule 26(f) conference deadline to August 23, 2022; and continue the due dates for the Rule 26(f) report, the Rule 26(a)(1) initial disclosures, and the Case Management Statement to September 6, 2022.

8. The Court previously modified the date of the CMC sua sponte. (See ECF No. 7.) However, the parties have never before asked for a modification of any dates or deadlines in this case.

I declare under penalty of perjury, pursuant to the laws of the United States of America and the State of California, that the foregoing is true and correct. Executed on May 3, 2022, in Carlsbad, California.

/s/ Daniel S. Modafferi
Daniel S. Modafferi