William J. Becker, Jr. (Cal. Bar No. 134545)
Jeremiah D. Graham (Cal. Bar No. 313206)
Freedom X
11500 Olympic Boulevard, Suite 400
Los Angeles, California 90064
Tel: (310) 636-1018; Fax: (310) 765-6328
Email: bill@freedomxlaw.com
       jeremiahdgraham@gmail.com

Attorneys for Plaintiff,
David M. Kissner

Golnar J. Fozi (Cal. Bar No. 167674)
Daniel S. Modafferi (Cal. Bar No. 294510)
Meyers Fozi & Dwork, LLP
5942 Priestly Drive, Suite 100
Carlsbad, California 92008
Tel: (760) 444-0039; Fax: (760) 444-0130
Email: gfozi@meyersfozi.com
       dmodafferi@meyersfozi.com

Attorneys for Defendants,
Loma Prieta Joint Union School District, Lisa Fraser,
Kevin Grier, Billy Martin, Deana Arnold,
Ben Abeln, Ron Bourque, Charlotte Khandelwal,
and Erin Asheghian

Kathryn C. Curry (Cal. Bar No. 157099)
GCA Law Partners LLP
2570 West El Camino Real, Suite 400
Mountain View, California 94040
Tel: (650) 428-3900; Fax: (650) 428-3901
Email: kcurry@gcalaw.com

Attorneys for Defendant,
Corey Kidwell

Keith G. Adams (Cal. Bar No. 240497)
Murphy, Pearson, Bradley & Feeney, P.C.
550 South Hope Street, Suite 650
Los Angeles, California 90071
Tel: (213) 327-3500; Fax: (213) 627-2445
Email: kadams@mpbf.com

Attorneys for Defendant,
Patricia Elliot

///

///

///

///

1

5:22-cv-00949-VKD

1  Jennifer K. Letulle (Cal. Bar No. 226184)
   Ropers Majeski PC
2  445 South Figueroa Street, 30th Floor
   Los Angeles, California 90071
3  Tel: (213) 312-2000; Fax: (213) 312-2001
   Email: jennifer.letulle@ropers.com
4
   Attorneys for Defendant,
5  Joie Grimmet

6  Lindsay A. Goulding (Cal. Bar No. 227195)
   Porter Scott APC
7  350 University Avenue, Suite 200
   Sacramento, California 95825
8  Tel: (916) 929-1481; Fax: (916) 927-3706
   Email: lgoulding@porterscott.com
9
   Attorneys for Defendant,
10 Lawrence McVoy

11              **UNITED STATES DISTRICT COURT**

12              **NORTHERN DISTRICT OF CALIFORNIA**

13

14 | DAVID M. KISSNER,            | **Case No.: 5:22-cv-00949-VKD**
15 |                              | **Assigned to: Hon. Virginia DeMarchi**
   |     Plaintiff,               |
16 |                              | **STIPULATED REQUEST FOR ORDER CHANGING TIME FOR ALL DEFENDANTS TO RESPOND TO THE SECOND AMENDED COMPLAINT, FOR THE PARTIES TO COMPLY WITH RULE 26(a)(1) & (f), AND FOR THE CASE MANAGEMENT CONFERENCE [Civil L.R. 6-2]**
   |     v.                       |
17 |                              |
   | LOMA PRIETA JOINT UNION      |
18 | SCHOOL DISTRICT, et al.,     |
   |                              |
19 |     Defendants.              |
20 |                              |
21 |                              |
   |                              | **Case Filed:** February 16, 2022
22 |                              | **Trial Date:** None Set

23     **TO THE HONORABLE COURT:**

24         Pursuant to Civil Local Rule 6-2, all parties, by and through their respective

25 counsel, hereby stipulate and respectfully request an order changing the time for all

26 defendants to respond to plaintiff's complaint, for the parties to comply with Rule

27 26(a)(1) and (f), and for the Case Management Conference.

28 ///

All defendants have voluntarily waived service in accordance with Rule 4(d). The present deadline for all defendants other than Lawrence McVoy to respond to the operative second amended complaint is May 9, 2022. Mr. McVoy's present deadline to respond to the operative second amended complaint is May 19, 2022.

In advance of those deadlines, counsel for several of the defendants have met and conferred with plaintiff's counsel regarding defects in the operative pleading that may subject it to full or partial dismissal as to certain defendants. In order to provide counsel for all parties an opportunity to complete the meet and confer process and hopefully resolve some or all of these issues, the parties have stipulated to extend the deadline for all defendants to respond to the operative complaint until May 26, 2022.

However, the extension of the time to respond to the complaint impacts other dates previously set by the Court. In particular, on March 7, 2022, the Court ordered that an initial case management conference would be held on June 14, 2022, at 1:30 p.m. (See ECF No. 7.) Based on the CMC date, the following deadlines were also set:

**Rule 26(f) Conference Deadline** – May 24, 2022

**Rule 26(f) Report Due Date** – June 7, 2022

**Initial Disclosures Due Date** – June 7, 2022

**Case Management Statement Due Date** – June 7, 2022

Thus, unless the CMC is continued, the parties' new stipulated deadline for the defendants to respond to the operative complaint would fall after the parties' deadline to complete the Rule 26(f) conference. In light of the parties' stipulation to extend the deadline for all defendants to respond to the operative complaint, as well as the high likelihood that an amended complaint and/or one or more motions to dismiss may be filed as a result of the parties' meet and confer efforts, the parties have also stipulated to continue the CMC and the related deadlines.

For all of these reasons, the parties respectfully request that the Court enter an order extending the deadline for all defendants to respond to the operative complaint to May 26, 2022; continue the CMC to September 13, 2022, at 1:30 p.m.; continue

the Rule 26(f) conference deadline to August 23, 2022; and continue the due dates for the Rule 26(f) report, the Rule 26(a)(1) initial disclosures, and the Case Management Statement to September 6, 2022.

Dated: May 3, 2022                         Freedom X

                                           By:   /s/ William J. Becker, Jr.
                                                 William J. Becker, Jr.
                                                 Jeremiah D. Graham
                                                 Attorneys for Plaintiff,
                                                 David M. Kissner

Dated: May 3, 2022                         Meyers Fozi & Dwork, LLP

                                           By:   /s/ Daniel S. Modafferi
                                                 Golnar J. Fozi
                                                 Daniel S. Modafferi
                                                 Attorney for Defendants,
                                                 Loma Prieta Joint Union School District,
                                                 Lisa Fraser, Kevin Grier, Billy Martin,
                                                 Deana Arnold, Ben Abeln, Ron Bourque,
                                                 Charlotte Khandelwal, and Erin
                                                 Asheghian

Dated: May 3, 2022                         GCA Law Partners LLP

                                           By:   /s/ Kathryn C. Curry
                                                 Kathryn C. Curry
                                                 Attorneys for Defendant,
                                                 Corey Kidwell

| | | |
|---|---|---|
| Dated: May 3, 2022 | | Murphy, Pearson, Bradley & Feeney, P.C. |
| | By: | /s/ Keith G. Adams<br>Keith G. Adams<br>Attorneys for Defendant,<br>Patricia Elliot |
| Dated: May 3, 2022 | | Ropers Majeski PC |
| | By: | /s/ Jennifer K. Letulle<br>Jennifer K. Letulle<br>Attorneys for Defendant,<br>Joie Grimmet |
| Dated: May 3, 2022 | | Porter Scott APC |
| | By: | /s/ Lindsay A. Goulding<br>Lindsay A. Goulding<br>Attorneys for Defendant,<br>Lawrence McVoy |

I certify that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Daniel S. Modafferi

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  May 4, 2022

_____
United States Magistrate Judge