William J. Becker, Jr., Esq. (SBN: 134545)
Bill@FreedomXLaw.com
Jeremiah D. Graham, Esq. (SBN: 313206)
JeremiahDGraham@gmail.com
**FREEDOM X**
11500 Olympic Blvd., Suite 400
Los Angeles, California 90064
Telephone: (310) 636-1018
Facsímile: (310) 765-6328

Counsel for *David M. Kissner*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID M. KISSNER**, | Case No. 22-CV-00949-VKD |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL OF JOIE GRIMMET** |
| **LOMA PRIETA JOINT UNION SCHOOL DISTRICT**, et al., | Hon. Virginia K. DeMarchi |
| Defendants. | |

NOTICE IS HEREBY GIVEN that pursuant to Federal. R. Civ. P. 41(a), Plaintiff voluntarily dismisses the above-captioned action **with prejudice** against Defendant Joie Grimmet **ONLY**.

Date: May 4, 2022                                       FREEDOM X

                                                         By:   /s/ William J. Becker, Jr.
                                                                 William J. Becker, Jr.