William J. Becker, Jr., Esq. (SBN: 134545)
Bill@FreedomXLaw.com
Jeremiah D. Graham, Esq. (SBN: 313206)
JeremiahDGraham@gmail.com
**FREEDOM X**
11500 Olympic Blvd., Suite 400
Los Angeles, California 90064
Telephone: (310) 636-1018
Facsímile: (310) 765-6328

Counsel for *David M. Kissner*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID M. KISSNER**, <br><br> vs. <br><br> **LOMA PRIETA JOINT UNION SCHOOL DISTRICT**, et al., <br><br> Defendants. | Case No. 22-CV-00949-CRB <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF COREY KIDWELL** <br><br> Hon. Charles R. Breyer |

NOTICE IS HEREBY GIVEN that pursuant to Federal. R. Civ. P. 41(a), Plaintiff voluntarily dismisses the (1) Third Claim for Relief (Civil Rights Defamation), Fourth Claim for Relief (Defamation Per Se), Fifth Claim for Relief (False Light Invasion of Privacy), Sixth Claim for Relief (Public Disclosure of Private Facts), Twelfth Claim for Relief (Civil Harassment), Thirteenth Claim for Relief (Intentional Infliction of Emotional Distress), Fourteenth Claim for Relief (Negligence (Emotional Distress)), and the Fifteenth Claim for Relief (Negligence) in the above-captioned action **with prejudice** and the (2) First Claim for Relief (First Amendment Free Speech Clause (42 U.S.C. § 1983)), Second Claim for Relief (California Constitution Free Speech (Art. I, § 2)), Seventh Claim for Relief (Discrimination and Retaliation for Engaging in Protected Activity (Cal. Lab. Code §§ 98.6 & 1101)), Eighth Claim for Relief (Discrimination and Retaliation for Engaging in Protected Activity (Cal. Lab. Code §§ 98.6 & 1102)), Ninth Claim for Relief

(Wrongful Termination), Tenth Claim for Relief (Wrongful Termination in Violation of Public Policy), Eleventh Claim for Relief (Whistleblower Retaliation (Cal. Lab. Code § 1102.5)), Sixteenth Claim for Relief (Fourteenth Amendment Due Process (42 U.S.C. § 1983); California Constitution Due Process (Art. I, § 7)): Seventeenth Claim for Relief (Fourteenth Amendment Equal Protection (42 U.S.C. § 1983); California Constitution Equal Protection (Art. I, § 7)), and Eighteenth Claim for Relief (Civil Rights Conspiracy (42 U.S.C. § 1983)) **without prejudice** against Defendant Corey Kidwell **ONLY**.

Date: May 26, 2022                                          FREEDOM X

                                            By:   /s/ William J. Becker, Jr.
                                                  William J. Becker, Jr.