William J. Becker, Jr., Esq. (SBN: 134545)
Bill@FreedomXLaw.com
Jeremiah D. Graham, Esq. (SBN: 313206)
JeremiahDGraham@gmail.com
**FREEDOM X**
11500 Olympic Blvd., Suite 400
Los Angeles, California 90064
Telephone: (310) 636-1018
Facsímile: (310) 765-6328

Counsel for *David M. Kissner*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID M. KISSNER**, <br><br> vs. <br><br> **LOMA PRIETA JOINT UNION SCHOOL DISTRICT**, et al., <br><br> Defendants. | Case No. 22-CV-00949-CRB <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF TWELFTH AND EIGHTEENTH CLAIMS FOR RELIEF AGAINST LAWRENCE MCVOY ONLY** <br><br> Hon. Charles R. Breyer |

NOTICE IS HEREBY GIVEN that pursuant to Federal. R. Civ. P. 41(a), Plaintiff voluntarily dismisses the Twelfth Claim for Relief (Civil Harassment) and Eighteenth Claim for Relief (Civil Conspiracy) **with prejudice** against Defendant Lawrence McVoy **ONLY**.

Date: May 26, 2022                                FREEDOM X

                                        By:  /s/ William J. Becker, Jr.
                                             William J. Becker, Jr.