Golnar J. Fozi (Cal. Bar No. 167674)
Daniel S. Modafferi (Cal. Bar No. 294510)
Meyers Fozi & Dwork, LLP
5942 Priestly Drive, Suite 100
Carlsbad, California 92008
Tel: (760) 444-0039; Fax: (760) 444-0130
Email: gfozi@meyersfozi.com
       dmodafferi@meyersfozi.com

Attorneys for Defendants,
Loma Prieta Joint Union School District, Lisa Fraser,
Kevin Grier, Billy Martin, Deana Arnold,
Ben Abeln, Ron Bourque, Charlotte Khandelwal,
and Erin Asheghian

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. KISSNER,<br><br>Plaintiff,<br><br>v.<br><br>LOMA PRIETA JOINT UNION SCHOOL DISTRICT, et al.,<br><br>Defendants. | **Case No.: 3:22-cv-00949-CRB**<br>Assigned to: Hon. Charles R. Breyer<br><br>**NOTICE OF SCHOOL DISTRICT DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Date:  July 15, 2022<br>Time:  9:00 a.m.<br>Ctrm.:  6<br><br>Case Filed:  February 16, 2022<br>Trial Date:  None Set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on July 15, 2022, at 9:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 6 of the United States District Court for the Northern District of California, in the courtroom of the Honorable Charles R. Breyer, Senior United States District Judge, located at 450 Golden Gate Avenue, 17th Floor, San Francisco, California 94102, defendants Loma Prieta Joint Union School District, Lisa Fraser, Kevin Grier, Billy Martin, Deana Arnold, Ben Abeln, Ron Bourque, Charlotte Khandelwal, and Erin Asheghian will, and hereby

do, move the Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), for an order dismissing portions of the second amended complaint brought by plaintiff David M. Kissner, on the grounds that the second amended complaint fails to state a claim on which relief may be granted. The school district defendants request dismissal of all or portions of causes of action 2 through 19 alleged in the second amended complaint, as detailed in the memorandum of points and authorities filed herewith.

This motion will be based on this notice, the points and authorities in support, the declaration of Daniel S. Modafferi, all matters of which the Court may take judicial notice, all pleadings and papers on file in this action, any reply or supplemental briefing allowed by the Court, and such matters and arguments as may be presented at the time of the hearing.

Dated: May 26, 2022                                    Meyers Fozi & Dwork, LLP

By:   /s/ Daniel S. Modafferi
      Golnar J. Fozi
      Daniel S. Modafferi
      Attorney for Defendants,
      Loma Prieta Joint Union School District,
      Lisa Fraser, Kevin Grier, Billy Martin,
      Deana Arnold, Ben Abeln, Ron Bourque,
      Charlotte Khandelwal, and Erin
      Asheghian