1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 DAVID M. KISSNER, | **Case No.:  3:22-cv-00949-CRB**<br>**Assigned to: Hon. Charles R. Breyer** |
| 12            Plaintiff, | |
| 13     v. | **ORDER RULING ON SCHOOL**<br>**DISTRICT DEFENDANTS' MOTION**<br>**TO DISMISS PLAINTIFF'S SECOND**<br>**AMENDED COMPLAINT** |
| 14 LOMA PRIETA JOINT UNION<br>15 SCHOOL DISTRICT, et al., | |
| 16            Defendants. | **Date:    July 15, 2022**<br>**Time:    9:00 a.m.**<br>**Ctrm.:  6** |
| 17 | **Case Filed:  February 16, 2022**<br>**Trial Date:  None Set** |
| 18 | |
| 19 | |

20        The motion of defendants Loma Prieta Joint Union School District, Lisa Fraser,

21 Kevin Grier, Billy Martin, Deana Arnold, Ben Abeln, Ron Bourque, Charlotte

22 Khandelwal, and Erin Asheghian, pursuant to Federal Rule of Civil Procedure

23 12(b)(6), for an order dismissing portions of the second amended complaint brought

24 by plaintiff David M. Kissner, was set for hearing in this Court on July 15, 2022, at

25 9:00 a.m. Having reviewed the moving, opposition, and reply papers, and all evidence

26 and argument submitted therewith, the Court hereby orders as follows:

27 ///

28 ///

Defendant Loma Prieta Joint Union School District's motion to dismiss plaintiff's second cause of action, for violation of the right to free speech under article I, section 2, of the California Constitution, is hereby:

_____   GRANTED without leave to amend.

_____   GRANTED with _____ days' leave to amend.

_____   DENIED.

Defendant Lisa Fraser's motion to dismiss plaintiff's second cause of action, for violation of the right to free speech under article I, section 2, of the California Constitution, is hereby:

_____   GRANTED without leave to amend.

_____   GRANTED with _____ days' leave to amend.

_____   DENIED.

Defendant Kevin Grier's motion to dismiss plaintiff's second cause of action, for violation of the right to free speech under article I, section 2, of the California Constitution, is hereby:

_____   GRANTED without leave to amend.

_____   GRANTED with _____ days' leave to amend.

_____   DENIED.

Defendant Billy Martin's motion to dismiss plaintiff's second cause of action, for violation of the right to free speech under article I, section 2, of the California Constitution, is hereby:

_____   GRANTED without leave to amend.

_____   GRANTED with _____ days' leave to amend.

_____   DENIED.

///

///

///

///

1       Defendant Deana Arnold's motion to dismiss plaintiff's second cause of action,

2   for violation of the right to free speech under article I, section 2, of the California

3   Constitution, is hereby:

4               \_\_\_\_\_      GRANTED without leave to amend.

5               \_\_\_\_\_      GRANTED with \_\_\_\_\_ days' leave to amend.

6               \_\_\_\_\_      DENIED.

7       Defendant Ben Abeln's motion to dismiss plaintiff's second cause of action, for

8   violation of the right to free speech under article I, section 2, of the California

9   Constitution, is hereby:

10              \_\_\_\_\_      GRANTED without leave to amend.

11              \_\_\_\_\_      GRANTED with \_\_\_\_\_ days' leave to amend.

12              \_\_\_\_\_      DENIED.

13       Defendant Ron Bourque's motion to dismiss plaintiff's second cause of action,

14   for violation of the right to free speech under article I, section 2, of the California

15   Constitution, is hereby:

16              \_\_\_\_\_      GRANTED without leave to amend.

17               \_\_\_\_\_      GRANTED with \_\_\_\_\_ days' leave to amend.

18              \_\_\_\_\_      DENIED.

19       Defendant Charlotte Khandelwal's motion to dismiss plaintiff's second cause

20   of action, for violation of the right to free speech under article I, section 2, of the

21   California Constitution, is hereby:

22              \_\_\_\_\_      GRANTED without leave to amend.

23               \_\_\_\_\_      GRANTED with \_\_\_\_\_ days' leave to amend.

24              \_\_\_\_\_      DENIED.

25   ///

26   ///

27   ///

28   ///

3:22-cv-00949-CRB

1    Defendant Erin Asheghian's motion to dismiss plaintiff's second cause of

2    action, for violation of the right to free speech under article I, section 2, of the

3    California Constitution, is hereby:

4            \_\_\_\_\_     GRANTED without leave to amend.

5            \_\_\_\_\_     GRANTED with \_\_\_\_\_ days' leave to amend.

6            \_\_\_\_\_     DENIED.

7    Defendant Loma Prieta Joint Union School District's motion to dismiss

8    plaintiff's third cause of action, for civil rights defamation, is hereby:

9            \_\_\_\_\_     GRANTED without leave to amend.

10           \_\_\_\_\_     GRANTED with \_\_\_\_\_ days' leave to amend.

11           \_\_\_\_\_     DENIED.

12    Defendant Lisa Fraser's motion to dismiss plaintiff's third cause of action, for

13    civil rights defamation, is hereby:

14           \_\_\_\_\_     GRANTED without leave to amend.

15           \_\_\_\_\_     GRANTED with \_\_\_\_\_ days' leave to amend.

16           \_\_\_\_\_     DENIED.

17    Defendant Kevin Grier's motion to dismiss plaintiff's third cause of action, for

18    civil rights defamation, is hereby:

19           \_\_\_\_\_     GRANTED without leave to amend.

20           \_\_\_\_\_     GRANTED with \_\_\_\_\_ days' leave to amend.

21           \_\_\_\_\_     DENIED.

22    Defendant Billy Martin's motion to dismiss plaintiff's third cause of action, for

23    civil rights defamation, is hereby:

24           \_\_\_\_\_     GRANTED without leave to amend.

25           \_\_\_\_\_     GRANTED with \_\_\_\_\_ days' leave to amend.

26           \_\_\_\_\_     DENIED.

27    ///

28    ///

1    Defendant Deana Arnold's motion to dismiss plaintiff's third cause of action,

2    for civil rights defamation, is hereby:

3    _____    GRANTED without leave to amend.

4    _____    GRANTED with _____ days' leave to amend.

5    _____    DENIED.

6    Defendant Ben Abeln's motion to dismiss plaintiff's third cause of action, for

7    civil rights defamation, is hereby:

8    _____    GRANTED without leave to amend.

9    _____    GRANTED with _____ days' leave to amend.

10   _____    DENIED.

11   Defendant Ron Bourque's motion to dismiss plaintiff's third cause of action,

12   for civil rights defamation, is hereby:

13   _____    GRANTED without leave to amend.

14   _____    GRANTED with _____ days' leave to amend.

15   _____    DENIED.

16   Defendant Charlotte Khandelwal's motion to dismiss plaintiff's third cause of

17   action, for civil rights defamation, is hereby:

18   _____    GRANTED without leave to amend.

19   _____    GRANTED with _____ days' leave to amend.

20   _____    DENIED.

21   Defendant Erin Asheghian's motion to dismiss plaintiff's third cause of action,

22   for civil rights defamation, is hereby:

23   _____    GRANTED without leave to amend.

24   _____    GRANTED with _____ days' leave to amend.

25   _____    DENIED.

26   ///

27   ///

28   ///

1    Defendant Loma Prieta Joint Union School District's motion to dismiss
2    plaintiff's fourth cause of action, for defamation per se, is hereby:

3    _____    GRANTED without leave to amend.

4    _____    GRANTED with _____ days' leave to amend.

5    _____    DENIED.

6    Defendant Lisa Fraser's motion to dismiss plaintiff's fourth cause of action, for
7    defamation per se, is hereby:

8    _____    GRANTED without leave to amend.

9    _____    GRANTED with _____ days' leave to amend.

10   _____    DENIED.

11   Defendant Kevin Grier's motion to dismiss plaintiff's fourth cause of action,
12   for defamation per se, is hereby:

13   _____    GRANTED without leave to amend.

14   _____    GRANTED with _____ days' leave to amend.

15   _____    DENIED.

16   Defendant Billy Martin's motion to dismiss plaintiff's fourth cause of action,
17   for defamation per se, is hereby:

18   _____    GRANTED without leave to amend.

19   _____    GRANTED with _____ days' leave to amend.

20   _____    DENIED.

21   Defendant Deana Arnold's motion to dismiss plaintiff's fourth cause of action,
22   for defamation per se, is hereby:

23   _____    GRANTED without leave to amend.

24   _____    GRANTED with _____ days' leave to amend.

25   _____    DENIED.

26   ///

27   ///

28   ///

6

Defendant Ben Abeln's motion to dismiss plaintiff's fourth cause of action, for defamation per se, is hereby:

     \_\_\_\_\_     GRANTED without leave to amend.

     \_\_\_\_\_     GRANTED with \_\_\_\_\_ days' leave to amend.

     \_\_\_\_\_     DENIED.

Defendant Ron Bourque's motion to dismiss plaintiff's fourth cause of action, for defamation per se, is hereby:

     \_\_\_\_\_     GRANTED without leave to amend.

     \_\_\_\_\_     GRANTED with \_\_\_\_\_ days' leave to amend.

     \_\_\_\_\_     DENIED.

Defendant Charlotte Khandelwal's motion to dismiss plaintiff's fourth cause of action, for defamation per se, is hereby:

     \_\_\_\_\_     GRANTED without leave to amend.

     \_\_\_\_\_     GRANTED with \_\_\_\_\_ days' leave to amend.

     \_\_\_\_\_     DENIED.

Defendant Erin Asheghian's motion to dismiss plaintiff's fourth cause of action, for defamation per se, is hereby:

     \_\_\_\_\_     GRANTED without leave to amend.

     \_\_\_\_\_     GRANTED with \_\_\_\_\_ days' leave to amend.

     \_\_\_\_\_     DENIED.

Defendant Loma Prieta Joint Union School District's motion to dismiss plaintiff's fifth cause of action, for false light invasion of privacy, is hereby:

     \_\_\_\_\_     GRANTED without leave to amend.

     \_\_\_\_\_     GRANTED with \_\_\_\_\_ days' leave to amend.

     \_\_\_\_\_     DENIED.

///

///

///

1    Defendant Lisa Fraser's motion to dismiss plaintiff's fifth cause of action, for

2  false light invasion of privacy, is hereby:

3              _____        GRANTED without leave to amend.

4              _____        GRANTED with _____ days' leave to amend.

5              _____        DENIED.

6    Defendant Kevin Grier's motion to dismiss plaintiff's fifth cause of action, for

7  false light invasion of privacy, is hereby:

8              _____        GRANTED without leave to amend.

9              _____        GRANTED with _____ days' leave to amend.

10             _____        DENIED.

11   Defendant Billy Martin's motion to dismiss plaintiff's fifth cause of action, for

12  false light invasion of privacy, is hereby:

13             _____        GRANTED without leave to amend.

14             _____        GRANTED with _____ days' leave to amend.

15             _____        DENIED.

16   Defendant Deana Arnold's motion to dismiss plaintiff's fifth cause of action,

17  for false light invasion of privacy, is hereby:

18             _____        GRANTED without leave to amend.

19             _____        GRANTED with _____ days' leave to amend.

20             _____        DENIED.

21   Defendant Ben Abeln's motion to dismiss plaintiff's fifth cause of action, for

22  false light invasion of privacy, is hereby:

23             _____        GRANTED without leave to amend.

24             _____        GRANTED with _____ days' leave to amend.

25             _____        DENIED.

26  ///

27  ///

28  ///

1    Defendant Ron Bourque's motion to dismiss plaintiff's fifth cause of action, for

2    false light invasion of privacy, is hereby:

3    _____    GRANTED without leave to amend.

4    _____    GRANTED with _____ days' leave to amend.

5    _____    DENIED.

6    Defendant Charlotte Khandelwal's motion to dismiss plaintiff's fifth cause of

7    action, for false light invasion of privacy, is hereby:

8    _____    GRANTED without leave to amend.

9    _____    GRANTED with _____ days' leave to amend.

10   _____    DENIED.

11   Defendant Erin Asheghian's motion to dismiss plaintiff's fifth cause of action,

12   for false light invasion of privacy, is hereby:

13   _____    GRANTED without leave to amend.

14   _____    GRANTED with _____ days' leave to amend.

15   _____    DENIED.

16   Defendant Loma Prieta Joint Union School District's motion to dismiss

17   plaintiff's sixth cause of action, for public disclosure of private facts, is hereby:

18   _____    GRANTED without leave to amend.

19   _____    GRANTED with _____ days' leave to amend.

20   _____    DENIED.

21   Defendant Lisa Fraser's motion to dismiss plaintiff's sixth cause of action, for

22   public disclosure of private facts, is hereby:

23   _____    GRANTED without leave to amend.

24   _____    GRANTED with _____ days' leave to amend.

25   _____    DENIED.

26   ///

27   ///

28   ///

1    Defendant Kevin Grier's motion to dismiss plaintiff's sixth cause of action, for

2    public disclosure of private facts, is hereby:

3              _____          GRANTED without leave to amend.

4              _____          GRANTED with _____ days' leave to amend.

5              _____          DENIED.

6    Defendant Billy Martin's motion to dismiss plaintiff's sixth cause of action, for

7    public disclosure of private facts, is hereby:

8              _____          GRANTED without leave to amend.

9              _____          GRANTED with _____ days' leave to amend.

10             _____          DENIED.

11   Defendant Deana Arnold's motion to dismiss plaintiff's sixth cause of action,

12   for public disclosure of private facts, is hereby:

13             _____          GRANTED without leave to amend.

14             _____          GRANTED with _____ days' leave to amend.

15             _____          DENIED.

16   Defendant Ben Abeln's motion to dismiss plaintiff's sixth cause of action, for

17   public disclosure of private facts, is hereby:

18             _____          GRANTED without leave to amend.

19             _____          GRANTED with _____ days' leave to amend.

20             _____          DENIED.

21   Defendant Ron Bourque's motion to dismiss plaintiff's sixth cause of action,

22   for public disclosure of private facts, is hereby:

23             _____          GRANTED without leave to amend.

24             _____          GRANTED with _____ days' leave to amend.

25             _____          DENIED.

26   ///

27   ///

28   ///

3:22-cv-00949-CRB

1    Defendant Charlotte Khandelwal's motion to dismiss plaintiff's sixth cause of
2    action, for public disclosure of private facts, is hereby:

3    _____    GRANTED without leave to amend.

4    _____    GRANTED with _____ days' leave to amend.

5    _____    DENIED.

6    Defendant Erin Asheghian's motion to dismiss plaintiff's sixth cause of action,
7    for public disclosure of private facts, is hereby:

8    _____    GRANTED without leave to amend.

9    _____    GRANTED with _____ days' leave to amend.

10   _____    DENIED.

11   Defendant Loma Prieta Joint Union School District's motion to dismiss
12   plaintiff's seventh cause of action, for retaliation under Labor Code, sections 98.6 and
13   1101, is hereby:

14   _____    GRANTED without leave to amend.

15   _____    GRANTED with _____ days' leave to amend.

16   _____    DENIED.

17   Defendant Lisa Fraser's motion to dismiss plaintiff's seventh cause of action,
18   for retaliation under Labor Code, sections 98.6 and 1101, is hereby:

19   _____    GRANTED without leave to amend.

20   _____    GRANTED with _____ days' leave to amend.

21   _____    DENIED.

22   Defendant Kevin Grier's motion to dismiss plaintiff's seventh cause of action,
23   for retaliation under Labor Code, sections 98.6 and 1101, is hereby:

24   _____    GRANTED without leave to amend.

25   _____    GRANTED with _____ days' leave to amend.

26   _____    DENIED.

27   ///

28   ///

1    Defendant Billy Martin's motion to dismiss plaintiff's seventh cause of action,

2    for retaliation under Labor Code, sections 98.6 and 1101, is hereby:

3    _____    GRANTED without leave to amend.

4    _____    GRANTED with _____ days' leave to amend.

5    _____    DENIED.

6    Defendant Deana Arnold's motion to dismiss plaintiff's seventh cause of

7    action, for retaliation under Labor Code, sections 98.6 and 1101, is hereby:

8    _____    GRANTED without leave to amend.

9    _____    GRANTED with _____ days' leave to amend.

10    _____    DENIED.

11    Defendant Ben Abeln's motion to dismiss plaintiff's seventh cause of action,

12    for retaliation under Labor Code, sections 98.6 and 1101, is hereby:

13    _____    GRANTED without leave to amend.

14    _____    GRANTED with _____ days' leave to amend.

15    _____    DENIED.

16    Defendant Ron Bourque's motion to dismiss plaintiff's seventh cause of action,

17    for retaliation under Labor Code, sections 98.6 and 1101, is hereby:

18    _____    GRANTED without leave to amend.

19    _____    GRANTED with _____ days' leave to amend.

20    _____    DENIED.

21    Defendant Charlotte Khandelwal's motion to dismiss plaintiff's seventh cause

22    of action, for retaliation under Labor Code, sections 98.6 and 1101, is hereby:

23    _____    GRANTED without leave to amend.

24    _____    GRANTED with _____ days' leave to amend.

25    _____    DENIED.

26    ///

27    ///

28    ///

1    Defendant Erin Asheghian's motion to dismiss plaintiff's seventh cause of

2  action, for retaliation under Labor Code, sections 98.6 and 1101, is hereby:

3              _____        GRANTED without leave to amend.

4              _____        GRANTED with _____ days' leave to amend.

5              _____        DENIED.

6    Defendant Loma Prieta Joint Union School District's motion to dismiss

7  plaintiff's eighth cause of action, for retaliation under Labor Code, sections 98.6 and

8  1102, is hereby:

9              _____        GRANTED without leave to amend.

10             _____        GRANTED with _____ days' leave to amend.

11             _____        DENIED.

12    Defendant Lisa Fraser's motion to dismiss plaintiff's eighth cause of action, for

13  retaliation under Labor Code, sections 98.6 and 1102, is hereby:

14             _____        GRANTED without leave to amend.

15             _____        GRANTED with _____ days' leave to amend.

16             _____        DENIED.

17    Defendant Kevin Grier's motion to dismiss plaintiff's eighth cause of action,

18  for retaliation under Labor Code, sections 98.6 and 1102, is hereby:

19             _____        GRANTED without leave to amend.

20             _____        GRANTED with _____ days' leave to amend.

21             _____        DENIED.

22    Defendant Billy Martin's motion to dismiss plaintiff's eighth cause of action,

23  for retaliation under Labor Code, sections 98.6 and 1102, is hereby:

24             _____        GRANTED without leave to amend.

25             _____        GRANTED with _____ days' leave to amend.

26             _____        DENIED.

27  ///

28  ///

Defendant Deana Arnold's motion to dismiss plaintiff's eighth cause of action, for retaliation under Labor Code, sections 98.6 and 1102, is hereby:

_____        GRANTED without leave to amend.

_____        GRANTED with \_\_\_\_\_ days' leave to amend.

_____        DENIED.

Defendant Ben Abeln's motion to dismiss plaintiff's eighth cause of action, for retaliation under Labor Code, sections 98.6 and 1102, is hereby:

_____        GRANTED without leave to amend.

_____        GRANTED with \_\_\_\_\_ days' leave to amend.

_____        DENIED.

Defendant Ron Bourque's motion to dismiss plaintiff's eighth cause of action, for retaliation under Labor Code, sections 98.6 and 1102, is hereby:

_____        GRANTED without leave to amend.

_____        GRANTED with \_\_\_\_\_ days' leave to amend.

_____        DENIED.

Defendant Charlotte Khandelwal's motion to dismiss plaintiff's eighth cause of action, for retaliation under Labor Code, sections 98.6 and 1102, is hereby:

_____        GRANTED without leave to amend.

_____        GRANTED with \_\_\_\_\_ days' leave to amend.

_____        DENIED.

Defendant Erin Asheghian's motion to dismiss plaintiff's eighth cause of action, for retaliation under Labor Code, sections 98.6 and 1102, is hereby:

_____        GRANTED without leave to amend.

_____        GRANTED with \_\_\_\_\_ days' leave to amend.

_____        DENIED.

///

///

///

1    Defendant Loma Prieta Joint Union School District's motion to dismiss

2  plaintiff's ninth cause of action, for wrongful termination, is hereby:

3         \_\_\_\_\_         GRANTED without leave to amend.

4         \_\_\_\_\_         GRANTED with \_\_\_\_\_ days' leave to amend.

5         \_\_\_\_\_         DENIED.

6    Defendant Lisa Fraser's motion to dismiss plaintiff's ninth cause of action, for

7  wrongful termination, is hereby:

8         \_\_\_\_\_         GRANTED without leave to amend.

9         \_\_\_\_\_         GRANTED with \_\_\_\_\_ days' leave to amend.

10        \_\_\_\_\_         DENIED.

11    Defendant Kevin Grier's motion to dismiss plaintiff's ninth cause of action, for

12  wrongful termination, is hereby:

13        \_\_\_\_\_         GRANTED without leave to amend.

14        \_\_\_\_\_         GRANTED with \_\_\_\_\_ days' leave to amend.

15        \_\_\_\_\_         DENIED.

16    Defendant Billy Martin's motion to dismiss plaintiff's ninth cause of action, for

17  wrongful termination, is hereby:

18        \_\_\_\_\_         GRANTED without leave to amend.

19        \_\_\_\_\_         GRANTED with \_\_\_\_\_ days' leave to amend.

20        \_\_\_\_\_         DENIED.

21    Defendant Deana Arnold's motion to dismiss plaintiff's ninth cause of action,

22  for wrongful termination, is hereby:

23        \_\_\_\_\_         GRANTED without leave to amend.

24        \_\_\_\_\_         GRANTED with \_\_\_\_\_ days' leave to amend.

25        \_\_\_\_\_         DENIED.

26  ///

27  ///

28  ///

1    Defendant Ben Abeln's motion to dismiss plaintiff's ninth cause of action, for

2  wrongful termination, is hereby:

3              \_\_\_\_\_          GRANTED without leave to amend.

4              \_\_\_\_\_          GRANTED with \_\_\_\_\_ days' leave to amend.

5              \_\_\_\_\_          DENIED.

6    Defendant Ron Bourque's motion to dismiss plaintiff's ninth cause of action,

7  for wrongful termination, is hereby:

8              \_\_\_\_\_          GRANTED without leave to amend.

9              \_\_\_\_\_          GRANTED with \_\_\_\_\_ days' leave to amend.

10              \_\_\_\_\_          DENIED.

11    Defendant Charlotte Khandelwal's motion to dismiss plaintiff's ninth cause of

12  action, for wrongful termination, is hereby:

13              \_\_\_\_\_          GRANTED without leave to amend.

14              \_\_\_\_\_          GRANTED with \_\_\_\_\_ days' leave to amend.

15              \_\_\_\_\_          DENIED.

16    Defendant Erin Asheghian's motion to dismiss plaintiff's ninth cause of action,

17  for wrongful termination, is hereby:

18              \_\_\_\_\_          GRANTED without leave to amend.

19              \_\_\_\_\_          GRANTED with \_\_\_\_\_ days' leave to amend.

20              \_\_\_\_\_          DENIED.

21    Defendant Loma Prieta Joint Union School District's motion to dismiss

22  plaintiff's tenth cause of action, for wrongful termination in violation of public policy,

23  is hereby:

24              \_\_\_\_\_          GRANTED without leave to amend.

25              \_\_\_\_\_          GRANTED with \_\_\_\_\_ days' leave to amend.

26              \_\_\_\_\_          DENIED.

27  ///

28  ///

1    Defendant Lisa Fraser's motion to dismiss plaintiff's tenth cause of action, for

2    wrongful termination in violation of public policy, is hereby:

3            _____        GRANTED without leave to amend.

4            _____        GRANTED with _____ days' leave to amend.

5            _____        DENIED.

6    Defendant Kevin Grier's motion to dismiss plaintiff's tenth cause of action, for

7    wrongful termination in violation of public policy, is hereby:

8            _____        GRANTED without leave to amend.

9            _____        GRANTED with _____ days' leave to amend.

10           _____        DENIED.

11   Defendant Billy Martin's motion to dismiss plaintiff's tenth cause of action, for

12   wrongful termination in violation of public policy, is hereby:

13           _____        GRANTED without leave to amend.

14           _____        GRANTED with _____ days' leave to amend.

15           _____        DENIED.

16   Defendant Deana Arnold's motion to dismiss plaintiff's tenth cause of action,

17   for wrongful termination in violation of public policy, is hereby:

18           _____        GRANTED without leave to amend.

19           _____        GRANTED with _____ days' leave to amend.

20           _____        DENIED.

21   Defendant Ben Abeln's motion to dismiss plaintiff's tenth cause of action, for

22   wrongful termination in violation of public policy, is hereby:

23           _____        GRANTED without leave to amend.

24           _____        GRANTED with _____ days' leave to amend.

25           _____        DENIED.

26   ///

27   ///

28   ///

1     Defendant Ron Bourque's motion to dismiss plaintiff's tenth cause of action,

2  for wrongful termination in violation of public policy, is hereby:

3                 \_\_\_\_\_        GRANTED without leave to amend.

4                 \_\_\_\_\_        GRANTED with \_\_\_\_\_ days' leave to amend.

5                 \_\_\_\_\_        DENIED.

6     Defendant Charlotte Khandelwal's motion to dismiss plaintiff's tenth cause of

7  action, for wrongful termination in violation of public policy, is hereby:

8                 \_\_\_\_\_        GRANTED without leave to amend.

9                 \_\_\_\_\_        GRANTED with \_\_\_\_\_ days' leave to amend.

10                 \_\_\_\_\_        DENIED.

11     Defendant Erin Asheghian's motion to dismiss plaintiff's tenth cause of action,

12  for wrongful termination in violation of public policy, is hereby:

13                 \_\_\_\_\_        GRANTED without leave to amend.

14                 \_\_\_\_\_        GRANTED with \_\_\_\_\_ days' leave to amend.

15                 \_\_\_\_\_        DENIED.

16     Defendant Loma Prieta Joint Union School District's motion to dismiss

17  plaintiff's eleventh cause of action, for retaliation under Labor Code, section 1102.5,

18  is hereby:

19                 \_\_\_\_\_        GRANTED without leave to amend.

20                 \_\_\_\_\_        GRANTED with \_\_\_\_\_ days' leave to amend.

21                 \_\_\_\_\_        DENIED.

22     Defendant Lisa Fraser's motion to dismiss plaintiff's eleventh cause of action,

23  for retaliation under Labor Code, section 1102.5, is hereby:

24                 \_\_\_\_\_        GRANTED without leave to amend.

25                 \_\_\_\_\_        GRANTED with \_\_\_\_\_ days' leave to amend.

26                 \_\_\_\_\_        DENIED.

27  ///

28  ///

3:22-cv-00949-CRB

1    Defendant Kevin Grier's motion to dismiss plaintiff's eleventh cause of action,

2  for retaliation under Labor Code, section 1102.5, is hereby:

3           _____        GRANTED without leave to amend.

4           _____        GRANTED with _____ days' leave to amend.

5           _____        DENIED.

6    Defendant Billy Martin's motion to dismiss plaintiff's eleventh cause of action,

7  for retaliation under Labor Code, section 1102.5, is hereby:

8           _____        GRANTED without leave to amend.

9           _____        GRANTED with _____ days' leave to amend.

10           _____        DENIED.

11    Defendant Deana Arnold's motion to dismiss plaintiff's eleventh cause of

12  action, for retaliation under Labor Code, section 1102.5, is hereby:

13           _____        GRANTED without leave to amend.

14           _____        GRANTED with _____ days' leave to amend.

15           _____        DENIED.

16    Defendant Ben Abeln's motion to dismiss plaintiff's eleventh cause of action,

17  for retaliation under Labor Code, section 1102.5, is hereby:

18           _____        GRANTED without leave to amend.

19           _____        GRANTED with _____ days' leave to amend.

20           _____        DENIED.

21    Defendant Ron Bourque's motion to dismiss plaintiff's eleventh cause of

22  action, for retaliation under Labor Code, section 1102.5, is hereby:

23           _____        GRANTED without leave to amend.

24           _____        GRANTED with _____ days' leave to amend.

25           _____        DENIED.

26  ///

27  ///

28  ///

1    Defendant Charlotte Khandelwal's motion to dismiss plaintiff's eleventh cause

2    of action, for retaliation under Labor Code, section 1102.5, is hereby:

3              _____          GRANTED without leave to amend.

4              _____          GRANTED with _____ days' leave to amend.

5              _____          DENIED.

6    Defendant Erin Asheghian's motion to dismiss plaintiff's eleventh cause of

7    action, for retaliation under Labor Code, section 1102.5, is hereby:

8              _____          GRANTED without leave to amend.

9              _____          GRANTED with _____ days' leave to amend.

10             _____          DENIED.

11   Defendant Loma Prieta Joint Union School District's motion to dismiss

12   plaintiff's twelfth cause of action, for civil harassment under Code of Civil Procedure,

13   section 527.6, is hereby:

14             _____          GRANTED without leave to amend.

15             _____          GRANTED with _____ days' leave to amend.

16             _____          DENIED.

17   Defendant Lisa Fraser's motion to dismiss plaintiff's twelfth cause of action,

18   for civil harassment under Code of Civil Procedure, section 527.6, is hereby:

19             _____          GRANTED without leave to amend.

20             _____          GRANTED with _____ days' leave to amend.

21             _____          DENIED.

22   Defendant Kevin Grier's motion to dismiss plaintiff's twelfth cause of action,

23   for civil harassment under Code of Civil Procedure, section 527.6, is hereby:

24             _____          GRANTED without leave to amend.

25             _____          GRANTED with _____ days' leave to amend.

26             _____          DENIED.

27   ///

28   ///

1      Defendant Billy Martin's motion to dismiss plaintiff's twelfth cause of action,

2  for civil harassment under Code of Civil Procedure, section 527.6, is hereby:

3           \_\_\_\_\_         GRANTED without leave to amend.

4           \_\_\_\_\_         GRANTED with \_\_\_\_\_ days' leave to amend.

5           \_\_\_\_\_         DENIED.

6      Defendant Deana Arnold's motion to dismiss plaintiff's twelfth cause of action,

7  for civil harassment under Code of Civil Procedure, section 527.6, is hereby:

8           \_\_\_\_\_         GRANTED without leave to amend.

9           \_\_\_\_\_         GRANTED with \_\_\_\_\_ days' leave to amend.

10          \_\_\_\_\_         DENIED.

11     Defendant Ben Abeln's motion to dismiss plaintiff's twelfth cause of action,

12 for civil harassment under Code of Civil Procedure, section 527.6, is hereby:

13          \_\_\_\_\_         GRANTED without leave to amend.

14          \_\_\_\_\_         GRANTED with \_\_\_\_\_ days' leave to amend.

15          \_\_\_\_\_         DENIED.

16     Defendant Ron Bourque's motion to dismiss plaintiff's twelfth cause of action,

17 for civil harassment under Code of Civil Procedure, section 527.6, is hereby:

18          \_\_\_\_\_         GRANTED without leave to amend.

19          \_\_\_\_\_         GRANTED with \_\_\_\_\_ days' leave to amend.

20          \_\_\_\_\_         DENIED.

21     Defendant Charlotte Khandelwal's motion to dismiss plaintiff's twelfth cause

22 of action, for civil harassment under Code of Civil Procedure, section 527.6, is hereby:

23          \_\_\_\_\_         GRANTED without leave to amend.

24          \_\_\_\_\_         GRANTED with \_\_\_\_\_ days' leave to amend.

25          \_\_\_\_\_         DENIED.

26 ///

27 ///

28 ///

1    Defendant Erin Asheghian's motion to dismiss plaintiff's twelfth cause of

2  action, for civil harassment under Code of Civil Procedure, section 527.6, is hereby:

3          _____    GRANTED without leave to amend.

4          _____    GRANTED with _____ days' leave to amend.

5          _____    DENIED.

6    Defendant Loma Prieta Joint Union School District's motion to dismiss

7  plaintiff's thirteenth cause of action, for intentional infliction of emotional distress, is

8  hereby:

9          _____    GRANTED without leave to amend.

10          _____    GRANTED with _____ days' leave to amend.

11          _____    DENIED.

12    Defendant Lisa Fraser's motion to dismiss plaintiff's thirteenth cause of action,

13  for intentional infliction of emotional distress, is hereby:

14          _____    GRANTED without leave to amend.

15          _____    GRANTED with _____ days' leave to amend.

16          _____    DENIED.

17    Defendant Kevin Grier's motion to dismiss plaintiff's thirteenth cause of

18  action, for intentional infliction of emotional distress, is hereby:

19          _____    GRANTED without leave to amend.

20          _____    GRANTED with _____ days' leave to amend.

21          _____    DENIED.

22    Defendant Billy Martin's motion to dismiss plaintiff's thirteenth cause of

23  action, for intentional infliction of emotional distress, is hereby:

24          _____    GRANTED without leave to amend.

25          _____    GRANTED with _____ days' leave to amend.

26          _____    DENIED.

27  ///

28  ///

Defendant Deana Arnold's motion to dismiss plaintiff's thirteenth cause of action, for intentional infliction of emotional distress, is hereby:

\_\_\_\_\_          GRANTED without leave to amend.

\_\_\_\_\_          GRANTED with \_\_\_\_\_ days' leave to amend.

\_\_\_\_\_          DENIED.

Defendant Ben Abeln's motion to dismiss plaintiff's thirteenth cause of action, for intentional infliction of emotional distress, is hereby:

\_\_\_\_\_          GRANTED without leave to amend.

\_\_\_\_\_          GRANTED with \_\_\_\_\_ days' leave to amend.

\_\_\_\_\_          DENIED.

Defendant Ron Bourque's motion to dismiss plaintiff's thirteenth cause of action, for intentional infliction of emotional distress, is hereby:

\_\_\_\_\_          GRANTED without leave to amend.

\_\_\_\_\_          GRANTED with \_\_\_\_\_ days' leave to amend.

\_\_\_\_\_          DENIED.

Defendant Charlotte Khandelwal's motion to dismiss plaintiff's thirteenth cause of action, for intentional infliction of emotional distress, is hereby:

\_\_\_\_\_          GRANTED without leave to amend.

\_\_\_\_\_          GRANTED with \_\_\_\_\_ days' leave to amend.

\_\_\_\_\_          DENIED.

Defendant Erin Asheghian's motion to dismiss plaintiff's thirteenth cause of action, for intentional infliction of emotional distress, is hereby:

\_\_\_\_\_          GRANTED without leave to amend.

\_\_\_\_\_          GRANTED with \_\_\_\_\_ days' leave to amend.

\_\_\_\_\_          DENIED.

///

///

///

1    Defendant Loma Prieta Joint Union School District's motion to dismiss

2    plaintiff's fourteenth cause of action, for negligent infliction of emotional distress, is

3    hereby:

4                        _____        GRANTED without leave to amend.

5                        _____        GRANTED with _____ days' leave to amend.

6                        _____        DENIED.

7    Defendant Lisa Fraser's motion to dismiss plaintiff's fourteenth cause of

8    action, for negligent infliction of emotional distress, is hereby:

9                        _____        GRANTED without leave to amend.

10                       _____        GRANTED with _____ days' leave to amend.

11                       _____        DENIED.

12   Defendant Kevin Grier's motion to dismiss plaintiff's fourteenth cause of

13   action, for negligent infliction of emotional distress, is hereby:

14                       _____        GRANTED without leave to amend.

15                       _____        GRANTED with _____ days' leave to amend.

16                       _____        DENIED.

17   Defendant Billy Martin's motion to dismiss plaintiff's fourteenth cause of

18   action, for negligent infliction of emotional distress, is hereby:

19                       _____        GRANTED without leave to amend.

20                       _____        GRANTED with _____ days' leave to amend.

21                       _____        DENIED.

22   Defendant Deana Arnold's motion to dismiss plaintiff's fourteenth cause of

23   action, for negligent infliction of emotional distress, is hereby:

24                       _____        GRANTED without leave to amend.

25                       _____        GRANTED with _____ days' leave to amend.

26                       _____        DENIED.

27   ///

28   ///

Defendant Ben Abeln's motion to dismiss plaintiff's fourteenth cause of action, for negligent infliction of emotional distress, is hereby:

\_\_\_\_\_      GRANTED without leave to amend.

\_\_\_\_\_      GRANTED with \_\_\_\_\_ days' leave to amend.

\_\_\_\_\_      DENIED.

Defendant Ron Bourque's motion to dismiss plaintiff's fourteenth cause of action, for negligent infliction of emotional distress, is hereby:

\_\_\_\_\_      GRANTED without leave to amend.

\_\_\_\_\_      GRANTED with \_\_\_\_\_ days' leave to amend.

\_\_\_\_\_      DENIED.

Defendant Charlotte Khandelwal's motion to dismiss plaintiff's fourteenth cause of action, for negligent infliction of emotional distress, is hereby:

\_\_\_\_\_      GRANTED without leave to amend.

\_\_\_\_\_      GRANTED with \_\_\_\_\_ days' leave to amend.

\_\_\_\_\_      DENIED.

Defendant Erin Asheghian's motion to dismiss plaintiff's fourteenth cause of action, for negligent infliction of emotional distress, is hereby:

\_\_\_\_\_      GRANTED without leave to amend.

\_\_\_\_\_      GRANTED with \_\_\_\_\_ days' leave to amend.

\_\_\_\_\_      DENIED.

Defendant Loma Prieta Joint Union School District's motion to dismiss plaintiff's fifteenth cause of action, for negligence, is hereby:

\_\_\_\_\_      GRANTED without leave to amend.

\_\_\_\_\_      GRANTED with \_\_\_\_\_ days' leave to amend.

\_\_\_\_\_      DENIED.

///

///

///

1    Defendant Lisa Fraser's motion to dismiss plaintiff's fifteenth cause of action,

2    for negligence, is hereby:

3            _____            GRANTED without leave to amend.

4            _____            GRANTED with _____ days' leave to amend.

5            _____            DENIED.

6    Defendant Kevin Grier's motion to dismiss plaintiff's fifteenth cause of action,

7    for negligence, is hereby:

8            _____            GRANTED without leave to amend.

9            _____            GRANTED with _____ days' leave to amend.

10           _____            DENIED.

11   Defendant Billy Martin's motion to dismiss plaintiff's fifteenth cause of action,

12   for negligence, is hereby:

13           _____            GRANTED without leave to amend.

14           _____            GRANTED with _____ days' leave to amend.

15           _____            DENIED.

16   Defendant Deana Arnold's motion to dismiss plaintiff's fifteenth cause of

17   action, for negligence, is hereby:

18           _____            GRANTED without leave to amend.

19           _____            GRANTED with _____ days' leave to amend.

20           _____            DENIED.

21   Defendant Ben Abeln's motion to dismiss plaintiff's fifteenth cause of action,

22   for negligence, is hereby:

23           _____            GRANTED without leave to amend.

24           _____            GRANTED with _____ days' leave to amend.

25           _____            DENIED.

26   ///

27   ///

28   ///

3:22-cv-00949-CRB

1    Defendant Ron Bourque's motion to dismiss plaintiff's fifteenth cause of
2 action, for negligence, is hereby:

3            \_\_\_\_\_            GRANTED without leave to amend.

4            \_\_\_\_\_            GRANTED with \_\_\_\_\_ days' leave to amend.

5            \_\_\_\_\_            DENIED.

6    Defendant Charlotte Khandelwal's motion to dismiss plaintiff's fifteenth cause
7 of action, for negligence, is hereby:

8            \_\_\_\_\_            GRANTED without leave to amend.

9            \_\_\_\_\_            GRANTED with \_\_\_\_\_ days' leave to amend.

10           \_\_\_\_\_            DENIED.

11    Defendant Erin Asheghian's motion to dismiss plaintiff's fifteenth cause of
12 action, for negligence, is hereby:

13           \_\_\_\_\_            GRANTED without leave to amend.

14           \_\_\_\_\_            GRANTED with \_\_\_\_\_ days' leave to amend.

15           \_\_\_\_\_            DENIED.

16    Defendant Loma Prieta Joint Union School District's motion to dismiss
17 plaintiff's sixteenth cause of action, for violation of the right to due process, is hereby:

18           \_\_\_\_\_            GRANTED without leave to amend.

19           \_\_\_\_\_            GRANTED with \_\_\_\_\_ days' leave to amend.

20           \_\_\_\_\_            DENIED.

21    Defendant Lisa Fraser's motion to dismiss plaintiff's sixteenth cause of action,
22 for violation of the right to due process, is hereby:

23           \_\_\_\_\_            GRANTED without leave to amend.

24           \_\_\_\_\_            GRANTED with \_\_\_\_\_ days' leave to amend.

25           \_\_\_\_\_            DENIED.

26 ///

27 ///

28 ///

1    Defendant Kevin Grier's motion to dismiss plaintiff's sixteenth cause of action,

2    for violation of the right to due process, is hereby:

3           \_\_\_\_\_        GRANTED without leave to amend.

4           \_\_\_\_\_        GRANTED with \_\_\_\_\_ days' leave to amend.

5           \_\_\_\_\_        DENIED.

6    Defendant Billy Martin's motion to dismiss plaintiff's sixteenth cause of action,

7    for violation of the right to due process, is hereby:

8           \_\_\_\_\_        GRANTED without leave to amend.

9           \_\_\_\_\_        GRANTED with \_\_\_\_\_ days' leave to amend.

10          \_\_\_\_\_        DENIED.

11   Defendant Deana Arnold's motion to dismiss plaintiff's sixteenth cause of

12   action, for violation of the right to due process, is hereby:

13          \_\_\_\_\_        GRANTED without leave to amend.

14          \_\_\_\_\_        GRANTED with \_\_\_\_\_ days' leave to amend.

15          \_\_\_\_\_        DENIED.

16   Defendant Ben Abeln's motion to dismiss plaintiff's sixteenth cause of action,

17   for violation of the right to due process, is hereby:

18          \_\_\_\_\_        GRANTED without leave to amend.

19          \_\_\_\_\_        GRANTED with \_\_\_\_\_ days' leave to amend.

20          \_\_\_\_\_        DENIED.

21   Defendant Ron Bourque's motion to dismiss plaintiff's sixteenth cause of

22   action, for violation of the right to due process, is hereby:

23          \_\_\_\_\_        GRANTED without leave to amend.

24          \_\_\_\_\_        GRANTED with \_\_\_\_\_ days' leave to amend.

25          \_\_\_\_\_        DENIED.

26   ///

27   ///

28   ///

1    Defendant Charlotte Khandelwal's motion to dismiss plaintiff's sixteenth cause

2   of action, for violation of the right to due process, is hereby:

3                  _____          GRANTED without leave to amend.

4                  _____          GRANTED with _____ days' leave to amend.

5                  _____          DENIED.

6    Defendant Erin Asheghian's motion to dismiss plaintiff's sixteenth cause of

7   action, for violation of the right to due process, is hereby:

8                  _____          GRANTED without leave to amend.

9                  _____          GRANTED with _____ days' leave to amend.

10                  _____          DENIED.

11    Defendant Loma Prieta Joint Union School District's motion to dismiss

12   plaintiff's seventeenth cause of action, for violation of the right to equal protection, is

13   hereby:

14                  _____          GRANTED without leave to amend.

15                  _____          GRANTED with _____ days' leave to amend.

16                  _____          DENIED.

17    Defendant Lisa Fraser's motion to dismiss plaintiff's seventeenth cause of

18   action, for violation of the right to equal protection, is hereby:

19                  _____          GRANTED without leave to amend.

20                  _____          GRANTED with _____ days' leave to amend.

21                  _____          DENIED.

22    Defendant Kevin Grier's motion to dismiss plaintiff's seventeenth cause of

23   action, for violation of the right to equal protection, is hereby:

24                  _____          GRANTED without leave to amend.

25                  _____          GRANTED with _____ days' leave to amend.

26                  _____          DENIED.

27   ///

28   ///

1    Defendant Billy Martin's motion to dismiss plaintiff's seventeenth cause of

2  action, for violation of the right to equal protection, is hereby:

3        \_\_\_\_\_        GRANTED without leave to amend.

4        \_\_\_\_\_        GRANTED with \_\_\_\_\_ days' leave to amend.

5        \_\_\_\_\_        DENIED.

6    Defendant Deana Arnold's motion to dismiss plaintiff's seventeenth cause of

7  action, for violation of the right to equal protection, is hereby:

8        \_\_\_\_\_        GRANTED without leave to amend.

9        \_\_\_\_\_        GRANTED with \_\_\_\_\_ days' leave to amend.

10        \_\_\_\_\_        DENIED.

11    Defendant Ben Abeln's motion to dismiss plaintiff's seventeenth cause of

12  action, for violation of the right to equal protection, is hereby:

13        \_\_\_\_\_        GRANTED without leave to amend.

14        \_\_\_\_\_        GRANTED with \_\_\_\_\_ days' leave to amend.

15        \_\_\_\_\_        DENIED.

16    Defendant Ron Bourque's motion to dismiss plaintiff's seventeenth cause of

17  action, for violation of the right to equal protection, is hereby:

18        \_\_\_\_\_        GRANTED without leave to amend.

19        \_\_\_\_\_        GRANTED with \_\_\_\_\_ days' leave to amend.

20        \_\_\_\_\_        DENIED.

21    Defendant Charlotte Khandelwal's motion to dismiss plaintiff's seventeenth

22  cause of action, for violation of the right to equal protection, is hereby:

23        \_\_\_\_\_        GRANTED without leave to amend.

24        \_\_\_\_\_        GRANTED with \_\_\_\_\_ days' leave to amend.

25        \_\_\_\_\_        DENIED.

26  ///

27  ///

28  ///

1        Defendant Erin Asheghian's motion to dismiss plaintiff's seventeenth cause of

2    action, for violation of the right to equal protection, is hereby:

3          \_\_\_\_\_   GRANTED without leave to amend.

4          \_\_\_\_\_   GRANTED with \_\_\_\_\_ days' leave to amend.

5          \_\_\_\_\_   DENIED.

6        Defendant Loma Prieta Joint Union School District's motion to dismiss

7    plaintiff's eighteenth cause of action, for civil rights conspiracy, is hereby:

8          \_\_\_\_\_   GRANTED without leave to amend.

9          \_\_\_\_\_   GRANTED with \_\_\_\_\_ days' leave to amend.

10         \_\_\_\_\_   DENIED.

11       Defendant Lisa Fraser's motion to dismiss plaintiff's eighteenth cause of

12    action, for civil rights conspiracy, is hereby:

13         \_\_\_\_\_   GRANTED without leave to amend.

14         \_\_\_\_\_   GRANTED with \_\_\_\_\_ days' leave to amend.

15         \_\_\_\_\_   DENIED.

16       Defendant Kevin Grier's motion to dismiss plaintiff's eighteenth cause of

17    action, for civil rights conspiracy, is hereby:

18         \_\_\_\_\_   GRANTED without leave to amend.

19         \_\_\_\_\_   GRANTED with \_\_\_\_\_ days' leave to amend.

20         \_\_\_\_\_   DENIED.

21       Defendant Billy Martin's motion to dismiss plaintiff's eighteenth cause of

22    action, for civil rights conspiracy, is hereby:

23         \_\_\_\_\_   GRANTED without leave to amend.

24         \_\_\_\_\_   GRANTED with \_\_\_\_\_ days' leave to amend.

25         \_\_\_\_\_   DENIED.

26   ///

27   ///

28   ///

1    Defendant Deana Arnold's motion to dismiss plaintiff's eighteenth cause of

2    action, for civil rights conspiracy, is hereby:

3    _____        GRANTED without leave to amend.

4    _____        GRANTED with _____ days' leave to amend.

5    _____        DENIED.

6    Defendant Ben Abeln's motion to dismiss plaintiff's eighteenth cause of action,

7    for civil rights conspiracy, is hereby:

8    _____        GRANTED without leave to amend.

9    _____        GRANTED with _____ days' leave to amend.

10   _____        DENIED.

11   Defendant Ron Bourque's motion to dismiss plaintiff's eighteenth cause of

12   action, for civil rights conspiracy, is hereby:

13   _____        GRANTED without leave to amend.

14   _____        GRANTED with _____ days' leave to amend.

15   _____        DENIED.

16   Defendant Charlotte Khandelwal's motion to dismiss plaintiff's eighteenth

17   cause of action, for civil rights conspiracy, is hereby:

18   _____        GRANTED without leave to amend.

19   _____        GRANTED with _____ days' leave to amend.

20   _____        DENIED.

21   Defendant Erin Asheghian's motion to dismiss plaintiff's eighteenth cause of

22   action, for civil rights conspiracy, is hereby:

23   _____        GRANTED without leave to amend.

24   _____        GRANTED with _____ days' leave to amend.

25   _____        DENIED.

26   ///

27   ///

28   ///

1         Defendant Loma Prieta Joint Union School District's motion to dismiss

2    plaintiff's nineteenth cause of action, for breach of contract, is hereby:

3           _____      GRANTED without leave to amend.

4           _____      GRANTED with _____ days' leave to amend.

5           _____      DENIED.

6

7    Dated: _____      _____

8                           Senior United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28