William J. Becker, Jr., Esq. (SBN: 134545)
Bill@FreedomXLaw.com
Jeremiah D. Graham, Esq. (SBN: 313206)
JeremiahDGraham@gmail.com
**FREEDOM X**
11500 Olympic Blvd., Suite 400
Los Angeles, California 90064
Telephone: (310) 636-1018
Facsímile: (310) 765-6328

Counsel for *David M. Kissner*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID M. KISSNER**, <br><br> vs. <br><br> **LOMA PRIETA JOINT UNION SCHOOL DISTRICT**, et al., <br><br> Defendants. | Case No. 22-CV-00949-CRB <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF STATE CLAIMS AGAINST THE DISTRICT AND DISTRICT DEFENDANTS ONLY** <br><br> Hon. Charles R. Breyer |

NOTICE IS HEREBY GIVEN that pursuant to Federal. R. Civ. P. 41(a), Plaintiff voluntarily dismisses the following claims for relief ("CFR") **without prejudice** against Defendants Loma Prieta Joint Union School District, Lisa Fraser, Kevin Grier, Billy Martin, Deana Arnold, Ben Abeln, Ron Bourque, Charlotte Khandelwal, and Erin Asheghian **ONLY**:

CFR 2 (California Constitution Free Speech (Art. I, § 2));

CFR 4 (Defamation Per Se);

CFR 5 (False Light Invasion of Privacy);

CFR 6 (Public Disclosure of Private Facts);

CFR 7 (Discrimination and Retaliation for Engaging in Protected Activity (Cal. Lab. Code §§ 98.6 & 1101));

CFR 8 (Discrimination and Retaliation for Engaging in Protected Activity (Cal. Lab. Code §§ 98.6 & 1102));

CFR 9 (Wrongful Termination);

CFR 10 (Wrongful Termination in Violation of Public Policy);

CFR 11 (Whistleblower Retaliation (Cal. Lab. Code § 1102.5));

CFR 12 (Civil Harassment (Cal. Code Civ. Proc. § 527.6));

CFR 13 (Intentional Infliction of Emotional Distress);

CFR 14 (Negligence (Emotional Distress));

CFR 15 (Negligence);

CFR 16 (California Constitution Due Process (Art. I, § 7) **only**);

CFR 17 (California Constitution Equal Protection (Art. I, § 7) **only**); and

CFR 19 (Breach of Contract).

Date: June 9 2022                                  FREEDOM X

                                          By:  /s/ William J. Becker, Jr.
                                               William J. Becker, Jr.
                                               Attorneys for Plaintiff, David M. Kissner