William J. Becker, Jr., Esq. (SBN: 134545)
Bill@FreedomXLaw.com
Jeremiah D. Graham, Esq. (SBN: 313206)
JeremiahDGraham@gmail.com
**FREEDOM X**
11500 Olympic Blvd., Suite 400
Los Angeles, California 90064
Telephone: (310) 636-1018
Facsímile: (310) 765-6328

Counsel for *David M. Kissner*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID M. KISSNER**, <br><br> Plaintiff, <br><br> vs. <br><br> **LOMA PRIETA JOINT UNION SCHOOL DISTRICT,** et al., <br><br> Defendants. | Case No. 22-CV-00949-CRB <br><br> Hon. Charles R. Breyer <br><br> **DECLARATION OF DAVID M. KISSNER IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S (1) SPECIAL MOTION TO STRIKE PURSUANT TO CALIFORNIA ANTI-SLAPP STATUTE, CAL. CODE OF CIV. PROC. § 425.16, OR, IN THE ALTERNATIVE, (2) MOTION TO DISMISS PURSUANT TO FEDERAL. R. CIV. P. 12(b)(6)** |

I, David Kissner, state and declare as follows:

1. I am the plaintiff in the above-captioned matter. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

2. During the political campaigns of 2020, I joined the "Yahoo 95033talk" ("95033talk") online community forum. This social media platform has an extensive reach in our small community, and reaches thousands of members directly or indirectly.

3. During my time on 95033talk, McVoy was active on the forum, weighing in on local political issues that I was also involved with.

1

4. On or about January 11, 2022, I was provided with a portion of McVoy's social media post to the Yahoo 95033talk group by a friend in the community who is a member of the group. The portion given to me was all that I had in my knowledge and possession at the time I assisted my attorney in preparing the Complaint and subsequent iterations of it in this matter.

5. While at one time I participated in the 95033talk community forum, I no longer remain a member and cannot monitor messages first hand. I discontinued membership in the forum in large part because of comments by McVoy and the like, which caused me duress.

6. In preparing to respond to this motion, I revisited archived records from my voluminous social media histories. This search revealed additional social media postings by McVoy that either directly referenced me or attacked my collaborating partner, Sharyar (Sean) Rokni ("Rokni"), for our position in the special election petition effort. The postings directed at Rokni were in direct connection with his involvement with the special election, and impliedly reflected McVoy's hostility towards me by association as well. Rokni and I were the only two petition proponents and are the two petitioners in the lawsuit that McVoy references. His statements include "**Kissner and Rokni** need to find a different place to live… they are not welcome here. Find some other school to harass." (Emphasis added.) "I lost any and all feelings of goodwill towards **Kissner and Rokni** when they filed the [special election] lawsuit. I was willing to try and get along with them before that but **once the lawsuit was filed** any goodwill is gone. I just want them to leave this community, the amount of harm they have caused is way too much for them to stay. I speak only for me, but they are unwelcome here." (Emphasis added.) "You [Rokni] are an asshole.  Please leave this place. I was willing to give you a chance **if you had let it go but you doubled down [when you filed the special election lawsuit].**  You are an ASSHOLE.  You are not welcome here, I can't believe you want to live in this community, everyone hates you. Fuck you." (Emphasis added.) "Fuck you [Rokni].  If I saw you bleeding out and you needed my help to live, I'd let you

bleed out.  You suck that much." "**Withdraw the [special election] lawsuit**, and you'll get nothing but nice emails from me" (in response to Rokni's post informing the community that he has received "daily profanity-laced emails from Mr. McVoy."(Emphasis added.)  (A true and correct copy of some of these postings is attached hereto as Exh. 1 and incorporated herein by reference in full.)

7. I have been tormented by the District's false allegations of "grooming," even being brought to the point of tears during my testimony at the dismissal proceedings. Because the District simultaneously laid me off and dismissed me, and released false and defamatory charges against me to the public, and because McVoy asserted as fact false and defamatory claims against me that were widely circulated throughout the community, I was no longer able to find employment as a teacher or able to support my family in the Los Gatos community. Additionally, the duress I suffer caused by McVoy's defamatory statements forced me to leave the community in order to find some measure of peace and to avoid the daily feeling of alienation and hostility I feel is pervasive there. Despite leaving the area, I am constantly reminded of the false and defamatory statements, which causes me severe emotional distress. The impact of such a stigma burns in me and although as a Christian I am able to find relief in prayer and through God's grace, the damage this has done to my sense of self-worth is something I experience emotionally every day. I fear I can never return to Los Gatos without being looked at as a child predator.

8. Although I was active in the community and opposed District policies and practices, I never sought attention for the claims that are the subject of McVoy's defamatory statements and this lawsuit. I have never sought to bring attention to the issue and am constantly distressed over the perception McVoy's statement of me has left on members of the community where I feel like a pariah. I'm a faithful and devoted husband, father, patriot and disciple of Jesus Christ. To have my character dragged through the mud like McVoy has done, WITHOUT ANY EVIDENCE, is

crushing to my spirit. This guy has no idea who I am and how much I care for the welfare of children, including my own 6-year old son.

9. Any requirement to pay attorney's fees would subject my family to financial ruin. If required to pay McVoy's attorney's fees, adding injury to insult, I will provide the Court with evidence supporting this claim.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and is executed this 9th day of June, 2022, at Salt Lake City, Utah.

_____
David M. Kissner, Declarant

4

Decl. Of David M. Kissner                                   Case No. 22-CV-00949-CRB

Exhibit 1

On May 7, 2021, at 9:28 AM, Larry McVoy <lm@mcvoy.com> wrote:

> What a lovely group of people. Not.
>
> Kissner and Rokni need to find a different place to live. I don't speak for anyone but me, but in my mind, they are not welcome here. Find some other school to harass.



**Larry McVoy** <lm@mcvoy.com>
To: 95033talk@groups.io, danieldale95033@gmail.com
Cc: Greetings From, Shahryar Rokni

I lost any and all feelings of goodwill towards Kissner and Rokni when they filed the lawsuit. I was willing to to try and get along with them before that but once the lawsuit was filed any goodwill is gone.

I just want them to leave this community, the amount of harm they have caused is way too much for them to stay. I speak only for me but they are unwelcome here.

I told Rokni privately that he is the first person to be so evil that if he needed some help I would not come help him. I help everybody, it is how I was raised, you don't judge the person needing help, you just go and pull their car out of the ditch. Doesn't matter if you agree with their politics or whatever, you just go help. Not those guys, sorry, but there is a line and they are way over it.



**Larry McVoy** <lm@mcvoy.com>
To: Shahryar Rokni
Cc: 95033talk@groups.io

Withdraw the lawsuit and you'll get nothing but nice emails from me.

On Sun, May 09, 2021 at 08:49:39AM -0700, Shahryar Rokni wrote:
> I just wanted to confirm that I am indeed receiving daily profanity laced emails from Mr. McVoy.

--
---

**From:** Larry McVoy <lm@mcvoy.com>
**Sent:** Saturday, May 8, 2021 8:28 PM
**To:** shahryarrokni@hotmail.com <shahryarrokni@hotmail.com>
**Subject:** Re: [95033talk] Special Election

I've had 24 hours to think about this. I wanted to get in a place where I could somehow respect you. And I've failed.

You could have been a decent person and let things play out but instead you just poured your hate on the school district, you are fine with costing all of us $200-$600K.

Fuck you. If I saw you bleeding out and you needed my help to live, I'd let you bleed out. You suck that much.

And you can take me to court with my words, I will tell the judge all the times I have gone to help people, there are hundreds of times and all of those people will show up to back me up.

I'll tell the judge, judge, this guy is a piece of shit, here is what he did and here is why I said what I said.

And you know what? I'm 100% positive the judge will sigh and go I'm with Larry, I'm not with this asshole.

You are just an awful person and you need to leave. Go some place else, just leave.

> I saw the video of your son making a kid pass out today. Awful parent, awful kid. You are just an awful person, if a car hit you and you died today, I'd be sorry for the loss of life, but I would not be sorry that you are gone. You suck.
>
> Fuck you.
>
> And for the record, in my 59 years, I have never written an email like this, this is way over the top for me, if my wife saw this she would be pissed. You are that awful.

> On Fri, May 07, 2021 at 10:14:29PM -0700, Larry McVoy wrote:
> > You are an asshole.  Please leave this place.
> >
> > I was willing to give you a chance if you had let it go but you doubled
> > down.  You are an ASSHOLE.  You are not welcome here, I can't believe
> > you want to live in this community, everyone hates you.
> >
> > Fuck you.  I help everyone when stuff goes wrong, I pull people out
> > of ditches, I remove trees, I put the deer down that you hit, I help.
> > I help *everyone*.  I lean hard left, I'm left off Bernie.  I help
> > people who lean hard right.
> >
> > You are the first person that I can say if you were in trouble I would
> > not come help you.  You suck that much.  I will help anyone but I won't
> > come help you.  You are an asshole.  Fuck you.
> >