**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Lindsay A. Goulding, SBN 227195
Tatiana M. Bush, SBN 343503
350 University Avenue, Suite 200
Sacramento, California 95825
lgoulding@porterscott.com
tbush@porterscott.com
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
LAWRENCE MCVOY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. KISSNER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LOMA PRIETA JOINT UNION SCHOOL DISTRICT, a California public agency; LISA FRASER, former superintendent at Loma Prieta Joint Union School District, in her official and individual capacitites; COREY KIDWELL, former superintendent at Loma Prieta Joint School District, in her official and individual capacities; KEVIN GRIER, successor superintendent at Loma Prieta Joint School District, in his official capacity; BILLY MARTIN, principal of CT English Middle School, in his official and individual capacities; DEANA A. ARNOLD, Loma Prieta Joint Union School District trustee, in her official and individual capacities; BEN ABELN, Loma Prieta Joint Union School District trustee, in his official and individual capacities; RON BOURQUE, Loma Prieta Joint Union School District trustee, in his official and individual capacities; CHARLOTTE KHANDELWAL, Loma Prieta Joint Union School District trustee, in her official and individual | CASE NO. 22-CV-00949-CRB<br>Assigned to: Hon. Charles R. Breyer<br><br>**DECLARATION OF DEFENDANT LAWRENCE MCVOY IN SUPPORT OF DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S NOTICE OF MOTIONS AND [1] SPECIAL MOTION TO STRIKE PURSUANT TO CALIFORNIA ANTI-SLAPP STATUTE, CAL. CODE OF CIV. PROC. § 425.16, OR, IN THE ALTERNATIVE, [2] MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>Date:    August 12, 2022<br>Time:    10:00 a.m.<br>Ctrm.:    6, 17th Flr<br><br>Complaint Filed: 3/20/2022<br>Trial Date: Not Set<br><br>Complaint Filed: 3/20/2022 |

{02729330.DOCX}                                  1

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

capacities; ERIN ASHEGHIAN, Loma Prieta Joint Union School District trustee, in her official and individual capacities; PATRICIA ELLIOT, an individual; JOIE GRIMMET, an individual; LAWRENCE MCVOY, and individual, and DOES 1 through 50, inclusive,

        Defendants.

## DECLARATION OF LAWRENCE MCVOY

I, Lawrence McVoy, state and declare as follows:

1. I am an individual defendant in the above-captioned matter.

2. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

3. On January 11, 2021, the date I made the subject statement in the 95033 online Community forum, I believed the information contained in the Commission's Decision to be true.

4. On January 11, 2021, I believed the information contained in the Commission's Decision to be true.

5. On January 11, 2021, I believed the Commission's Decision to be a dependable and trustworthy source of information.

6. On January 11, 2021, I believed the information in the Commission's Notice of Decision to be true.

7. On January 11, 2021, I believed the Commission's Notice of Decision to be a dependable and trustworthy source of information.

8. Before making the subject posting on January 11, 2021, I read the Commission's Decision which was posted in the online Community forum.

{02729330.DOCX}    2

**DECLARATION OF DEFENDANT LAWRENCE MCVOY IN SUPPORT OF DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S NOTICE OF MOTIONS AND [1] SPECIAL MOTION TO STRIKE PURSUANT TO CALIFORNIA ANTI-SLAPP STATUTE, CAL. CODE OF CIV. PROC. § 425.16, OR, IN THE ALTERNATIVE, [2] MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)**

9. Before, during and since January 11, 2021, I have engaged in numerous public debates relating to Plaintiff's social, political and philosophical conduct as it has affected the Community.

10. Before, during and since January 11, 2021, I have spoken with many members of the Community about Plaintiff's social, political and philosophical conduct as it has affected the Community.

11. Before, during and since January 11, 2021, I have spoken with many of my friends and family members about Plaintiff's social, political and philosophical conduct as it has affected the Community.

12. Before, during and since January 11, 2021, I believe that Plaintiff has voluntarily thrust himself into the public eye on issues of public concern, including, but not limited to, Measure N, the student walk-out, his inappropriate behavior with children, his role as a previously respected educator in the community, his social activism, his political activism, and more.

13. Before, during and since January 11, 2021, I believe Plaintiff's infamy in the Community stems from his roles in the Community as an activist, church member, well-known educator, as well as other roles in the Community.

14. Before, during and since January 11, 2021, I understand the 95033 Yahoo Talk online Community forum to be a public forum where members freely discuss and debate matters of public concern through conversation and information sharing.

15. On January 11, 2021, I engaged in the online Community forum to continue the ongoing debate and discussion regarding Plaintiff, generally, and his inappropriate behavior with children, specifically.

16. I heard personal anecdotes from members in the Community about Plaintiff's political activism before my January 11, 2021, posting.

17. I heard personal anecdotes from members in the Community about Plaintiff's social

///

///

///

{02729330.DOCX}   3
**DECLARATION OF DEFENDANT LAWRENCE MCVOY IN SUPPORT OF DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S NOTICE OF MOTIONS AND [1] SPECIAL MOTION TO STRIKE PURSUANT TO CALIFORNIA ANTI-SLAPP STATUTE, CAL. CODE OF CIV. PROC. § 425.16, OR, IN THE ALTERNATIVE, [2] MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)**

activism before my January 11, 2021, posting.

18. I heard personal anecdotes from members in the Community about Plaintiff's inappropriate behavior with children before my January 11, 2021, posting.

19. Before, during and since January 11, 2021, I have and continue to use the online Community forum to share and gain information relating to matters of public concern.

Dated:  June 16, 2022

PORTER SCOTT
A PROFESSIONAL CORPORATION

By _____
    Lawrence McVoy
    COMMUNITY DEFENDANT

{02730138.DOCX}    4

**DECLARATION OF DEFENDANT LAWRENCE MCVOY IN SUPPORT OF DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S NOTICE OF MOTIONS AND [1] SPECIAL MOTION TO STRIKE PURSUANT TO CALIFORNIA ANTI-SLAPP STATUTE, CAL. CODE OF CIV. PROC. § 425.16, OR, IN THE ALTERNATIVE, [2] MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)**