**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Lindsay A. Goulding, SBN 227195
Tatiana Moana Bush, SBN 343503
350 University Avenue, Suite 200
Sacramento, California 95825
lgoulding@porterscott.com
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
LAWRENCE MCVOY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. KISSNER, an individual, | CASE NO. 22-CV-00949-CRB |
| Plaintiff, | **DECLARATION OF TATIANA M. BUSH IN SUPPORT OF DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S NOTICE OF MOTIONS AND [1] SPECIAL MOTION TO STRIKE PURSUANT TO CALIFORNIA ANTI-SLAPP STATUTE, CAL. CODE OF CIV. PROC. § 425.16, OR, IN THE ALTERNATIVE, [2] MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)** |
| v. | |
| LOMA PRIETA JOINT UNION SCHOOL DISTRICT, a California public agency; LISA FRASER, former superintendent at Loma Prieta Joint Union School District, in her official and individual capacities; COREY KIDWELL, former superintendent at Loma Prieta Joint School District, in her official and individual capacities; KEVIN GRIER, successor superintendent at Loma Prieta Joint School District, in his official capacity; BILLY MARTIN, principal of CT English Middle School, in his official and individual capacities; DEANA A. ARNOLD, Loma Prieta Joint Union School District trustee, in her official and individual capacities; BEN ABELN, Loma Prieta Joint Union School District trustee, in his official and individual capacities; RON BOURQUE, Loma Prieta Joint Union School District trustee, in his official and individual capacities; CHARLOTTE KHANDELWAL, Loma Prieta Joint Union School District trustee, in her official and individual | |
| | **Date:** August 12, 2022
**Time:** 10:00 a.m.
**Ctrm:** 6, 17th Flr

**Judge:** Hon. Charles R. Breyer

Complaint Filed: 3/20/2022 |

{02729405.DOCX}    1

capacities; ERIN ASHEGHIAN, Loma Prieta Joint Union School District trustee, in her official and individual capacities; PATRICIA ELLIOT, an individual; JOIE GRIMMET, an individual; LAWRENCE MCVOY, and individual, and DOES 1 through 50, inclusive,

        Defendants.

## DECLARATION OF TATIANA M. BUSH

I, Tatiana Bush, state and declare as follows:

1. I am an attorney at law licensed to practice before all courts in the State of California. I am an associate at the law firm of Porter Scott, attorneys of record for defendant LAWRENCE MCVOY in the above-entitled action. In that capacity, I have personal knowledge of the facts set forth below or have been sufficiently informed with respect to the information, and could competently testify thereto if called upon to do so.

2. I have reviewed the Reply to Plaintiff's Opposition to Notice of Motions and [1] Special Motion To Strike Pursuant To California Anti-SLAPP Statute and the [2] Motion To Dismiss that accompanies my declaration and believe the contents of the reply are true and accurate and that the granting of the motions is warranted in this case.

3. I contest to the fact that additional time was spent in preparing this Reply. The total time spent preparing, drafting, and finalizing the Reply will be submitted via motion for attorneys' fees at a time after the Court's ruling.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on June 16, 2022, in Sacramento, California.

                                              Tatiana M. Bush

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706

{02729405.DOCX}　　　　2
**DECLARATION OF TATIANA M. BUSH IN SUPPORT OF DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S NOTICE OF MOTIONS AND [1] SPECIAL MOTION TO STRIKE PURSUANT TO CALIFORNIA ANTI-SLAPP STATUTE, CAL. CODE OF CIV. PROC. § 425.16, OR, IN THE ALTERNATIVE, [2] MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)**