**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Lindsay A. Goulding, SBN 227195
Tatiana M. Bush, SBN 343503
350 University Avenue, Suite 200
Sacramento, California 95825
lgoulding@porterscott.com
tbush@porterscott.com
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
LAWRENCE MCVOY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. KISSNER, an individual, | CASE NO. 22-CV-00949-CRB |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER RULING ON DEFENDANT LAWRENCE MCVOY'S NOTICE OF MOTIONS AND [1] SPECIAL MOTION TO STRIKE PURSUANT TO CALIFORNIA ANTI-SLAPP STATUTE, CAL. CODE OF CIV. PROC. § 425.16, OR, IN THE ALTERNATIVE, [2] MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)** |
| LOMA PRIETA JOINT UNION SCHOOL DISTRICT, a California public agency; LISA FRASER, former superintendent at Loma Prieta Joint Union School District, in her official and individual capacities; COREY KIDWELL, former superintendent at Loma Prieta Joint School District, in her official and individual capacities; KEVIN GRIER, successor superintendent at Loma Prieta Joint School District, in his official capacity; BILLY MARTIN, principal of CT English Middle School, in his official and individual capacities; DEANA A. ARNOLD, Loma Prieta Joint Union School District trustee, in her official and individual capacities; BEN ABELN, Loma Prieta Joint Union School District trustee, in his official and individual capacities; RON BOURQUE, Loma Prieta Joint Union School District trustee, in his official and individual capacities; CHARLOTTE KHANDELWAL, Loma Prieta Joint Union School District | Date: August 12, 2022<br>Time: 10:00 a.m.<br>Ctrm.: 6, 17th Flr<br><br>Complaint Filed: 3/20/2022<br>Trial Date: Not Set |

{02730165.DOCX}  1

trustee, in her official and individual capacities; ERIN ASHEGHIAN, Loma Prieta Joint Union School District trustee, in her official and individual capacities; PATRICIA ELLIOT, an individual; JOIE GRIMMET, an individual; LAWRENCE MCVOY, and individual, and DOES 1 through 50, inclusive,

          Defendants.
_____/

The motion of Defendant Lawrence McVoy Special Motion to Strike Pursuant to California's Anti-SLAPP Statue, California Civil Procedure ("CCP") Section 425.16, Or In The Alternative, Motion To Dismiss Pursuant To Federal Rules of Civil Procedure ("FRCP") 12(b)(6), for an order dismissing Plaintiff's Second Amended Complaint, was set for hearing in this Court on July 15, 2022, at 9:00 a.m. Having reviewed the moving, opposition, and reply papers, and all evidence and argument therewith, the Court hereby orders as follows:

Defendant Lawrence McVoy's Special Motion to Strike Pursuant to California's Anti-SLAPP Statue, California Civil Procedure ("CCP") Section 425.16, Or In The Alternative, Motion To Dismiss Pursuant To Federal Rules of Civil Procedure ("FRCP") 12(b)(6), Plaintiff's Fourth Cause of Action for violation of Defamation Per Se, is hereby:

        _____        GRANTED without leave to amend.

        _____        GRANTED with _____ days' leave to amend.

        _____        DENIED.

Defendant Lawrence McVoy's Special Motion to Strike Pursuant to California's Anti-SLAPP Statue, California Civil Procedure ("CCP") Section 425.16, Or In The Alternative, Motion To Dismiss Pursuant To Federal Rules of Civil Procedure ("FRCP") 12(b)(6), Plaintiff's Fifth Cause of Action for violation of False light Invasion of Privacy, is hereby:

        _____        GRANTED without leave to amend.

        _____        GRANTED with _____ days' leave to amend.

        _____        DENIED.

{02730165.DOCX}    2

**[PROPOSED] ORDER RULING ON DEFENDANT LAWRENCE MCVOY'S NOTICE OF MOTIONS AND [1] SPECIAL MOTION TO STRIKE PURSUANT TO CALIFORNIA ANTI-SLAPP STATUTE, CAL. CODE OF CIV. PROC. § 425.16, OR, IN THE ALTERNATIVE, [2] MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)**

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706

///

Defendant Lawrence McVoy's Special Motion to Strike Pursuant to California's Anti-SLAPP Statue, California Civil Procedure ("CCP") Section 425.16, Or In The Alternative, Motion To Dismiss Pursuant To Federal Rules of Civil Procedure ("FRCP") 12(b)(6), Plaintiff's Thirteenth Cause of Action for violation of Intentional Infliction of Emotional Distress, is hereby:

\_\_\_\_\_    GRANTED without leave to amend.

\_\_\_\_\_    GRANTED with \_\_\_\_\_ days' leave to amend.

\_\_\_\_\_    DENIED.

Dated: _____

By _____
United States District Court Judge

{02730165.DOCX}                                3

**[PROPOSED] ORDER RULING ON DEFENDANT LAWRENCE MCVOY'S NOTICE OF
MOTIONS AND [1] SPECIAL MOTION TO STRIKE PURSUANT TO CALIFORNIA ANTI-SLAPP
STATUTE, CAL. CODE OF CIV. PROC. § 425.16, OR, IN THE ALTERNATIVE,
[2] MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)**