# EXHIBIT 3



Bill Becker <freedomxlaw@gmail.com>

---

## Rule 11 Meet and Confer
1 message

---

**Bill Becker** <freedomxlaw@gmail.com>  Thu, Jun 16, 2022 at 5:02 PM
To: "Lindsay A. Goulding" <lgoulding@porterscott.com>, Tatiana Bush <tbush@porterscott.com>
Bcc: David Kissner <dmkissner@hotmail.com>

Dear Ms. Goulding and Ms. Bush,

We have just received your reply papers and are disconcerted to see that you have raised the issue of public-private figure status for the first time. As you know, Plaintiff did not argue the point but only referred to the allegations in the complaint, which are facts in the case. We purposefully set forth no argument relating to such status. As a result, your argument is waived and must be stricken.

Pursuant to Rule 11, we will be demanding that you immediately withdraw your reply brief and correct it to remove the offending argument. I will send a meet and confer letter within the next few days.

Bill Becker
President/CEO/Chief Counsel
www.freedomxlaw.com



**Freedom X** is registered with the IRS as a 501(c)(3) charitable non-profit.
Your donations are tax-deductible.

11500 Olympic Blvd., Suite 400 | Los Angeles, CA 90064 | Tel: (310) 636-1018

Confidentiality Notice: This electronic mail message (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, is confidential and may be legally privileged.  If you are not the intended recipient, you are hereby  notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited.  Please reply to the  sender that you have received the message in error, or please call the sender at (310) 636-1018 and then delete this email from  your system.  Thank you.