# EXHIBIT 4

   Bill Becker <freedomxlaw@gmail.com>

## Re: Rule 11 Meet and Confer: Second Attempt
1 message

**Bill Becker** <freedomxlaw@gmail.com>   Mon, Jun 20, 2022 at 4:02 PM
To: "Lindsay A. Goulding" <lgoulding@porterscott.com>, Tatiana Bush <tbush@porterscott.com>
Cc: Jeremiah Graham <jeremiahdgraham@gmail.com>, Virginia Yao <vyao@porterscott.com>
Bcc: David Kissner <dmkissner@hotmail.com>

Dear Ms. Goulding and Ms. Bush:

Please see the attached time-sensitive letter and draft motion for sanctions. Please contact me after reviewing these documents to arrange a conference call.

Bill Becker
President/CEO/Chief Counsel
www.freedomxlaw.com



**Freedom X** is registered with the IRS as a 501(c)(3) charitable non-profit.
Your donations are tax-deductible.

11500 Olympic Blvd., Suite 400 | Los Angeles, CA 90064 | Tel: (310) 636-1018

Confidentiality Notice: This electronic mail message (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, is confidential and may be legally privileged.  If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited.  Please reply to the sender that you have received the message in error, or please call the sender at (310) 636-1018 and then delete this email from your system.  Thank you.

On Thu, Jun 16, 2022 at 5:02 PM Bill Becker <freedomxlaw@gmail.com> wrote:
> Dear Ms. Goulding and Ms. Bush,
>
> We have just received your reply papers and are disconcerted to see that you have raised the issue of public-private figure status for the first time. As you know, Plaintiff did not argue the point but only referred to the allegations in the complaint, which are facts in the case. We purposefully set forth no argument relating to such status. As a result, your argument is waived and must be stricken.
>
> Pursuant to Rule 11, we will be demanding that you immediately withdraw your reply brief and correct it to remove the offending argument. I will send a meet and confer letter within the next few days.
>
> Bill Becker
> President/CEO/Chief Counsel
> www.freedomxlaw.com



**Freedom X** is registered with the IRS as a 501(c)(3) charitable non-profit.
Your donations are tax-deductible.

 11500 Olympic Blvd., Suite 400 | Los Angeles, CA 90064 | Tel: (310) 636-1018

Confidentiality Notice: This electronic mail message (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, is confidential and may be legally privileged.  If you are not the intended recipient, you are hereby  notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited.  Please reply to the  sender that you have received the message in error, or please call the sender at (310) 636-1018 and then delete this email from  your system.  Thank you.

**2 attachments**

 **draft.M4S.06202022.v2.pdf**
295K

 **LGoulding.McVoy.sanctions.06202022.pdf**
247K



www.FreedomXLaw.com

May 23, 2022

Lindsay A. Goulding
Tatiana M. Bush
PORTER SCOTT
350 University Avenue, Suite 200
Sacramento, CA 95825

      Re:    "Safe Harbor" Letter re: Mot. For Sanctions
      Case:  <u>David M. Kissner v. Loma Prieta Joint Union School District, et al</u>. (USDC-ND)
      Case No.:    22-CV-00949-VKD
      Our Client:   David M. Kissner
      Your Client:  Lawrence McVoy

Dear Ms. Goulding and Ms. Bush:

We write to follow-up on our email sent to you last Thursday, June 16, 2022, regarding your reply memorandum, which improperly raises new arguments. We demanded then, and we demand now a second time, that you withdraw the memorandum and remove the new arguments raised in it. As we have not received the courtesy of a response from you, we now must tender a Rule 11 "safe harbor" letter outlining our position. Please see the accompanying draft motion for sanctions, which we will complete this week and serve on you and file after the 21-day period has expired should we be unable to arrive at a resolution of this matter.

Initially, I am forced to note that the addition of new argument appears deliberately subversive since you failed to address the contention made in our opposition memorandum that the issue had not been raised and that we were not raising it either. The only reason for our including the allegations of the complaint was to remind the Court that it must presume all factual allegations of the complaint to be true and draw all reasonable inferences in favor of the nonmoving party. This was appropriate in light of your failure to raise the issue. We would not agree that the mention of the SAC's allegation opens the door to argument; the issue wasn't argued. And even if you believed we had opened the door, then you would have been expected to make that argument; you didn't and you can't, because you have waived it. But more to the point, your raising the issue is entirely inappropriate precisely because the Court cannot consider disputed facts on either an anti-SLAPP or 12(b)(6) motion.

We also find it presumptuous for you to have argued that the Court should disregard portions of the opposition for exceeding the Court's Standing Order page limitation when you and counsel for the District are guilty of making the same error (see our draft motion). You additionally violated the Court's Standing Order requiring motions to be double-spaced where yours is 1.5 spaced. You can see just how frivolous your argument is. We therefore demand you withdraw that section as well.

**FREEDOM X**

Lindsay A. Goulding
Tatiana M. Bush
PORTER SCOTT
June 20, 2022
Page 2 of 2

_____

Once an error or misrepresentation is discovered, the court may consider the attorney's prompt correction as a mitigating factor in determining the proper remedy for the Rule 11 violation. *Jenkins v. Methodist Hosps. of Dallas, Inc.*, 478 F3d 255, 265-266 (5th Cir. 2007). We certainly hope you will take the opportunity to address this matter with us promptly.

We demand that arguments appearing at 1:11-28, 3:4-6:15, and 11:6-13:7 be withdrawn by Friday, June 24, 2022, after which we will complete revisions of the motions and serve it on you.

Please advise of your availability to address this matter by telephone before Friday.

        Sincerely,

        **FREEDOM X**

        William J. Becker, Jr.,