# EXHIBIT 5

   Bill Becker <freedomxlaw@gmail.com>

## Kissner Motion for Sanctions Case No. 22-CV-00949-CRB
1 message

**Bill Becker** <freedomxlaw@gmail.com>   Fri, Jun 24, 2022 at 4:11 PM
To: "Lindsay A. Goulding" <lgoulding@porterscott.com>, Tatiana Bush <tbush@porterscott.com>
Cc: Virginia Yao <vyao@porterscott.com>, Jeremiah Graham <jeremiahdgraham@gmail.com>
Bcc: David Kissner <dmkissner@hotmail.com>

Dear Ms. Goulding and Ms. Bush:

Please find attached the following documents:

1. PLAINTIFF DAVID M. KISSNER'S MOTION FOR SANCTIONS AGAINST DEFENDANT LAWRENCE MCVOY AND HIS ATTORNEYS HEREIN;  DECLARATION OF WILLIAM J. BECKER, JR. IN SUPPORT THEREOF; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF
2. DECLARATION OF WILLIAM J. BECKER, JR., IN SUPPORT OF MOTION FOR SANCTIONS; EXHIBITS
3. EXH. 1
4. EXH. 2
5. EXH. 3
6. [PROPOSED] ORDER

After 21 days, should you fail to correct your Reply memorandum, we will file the motion.

Bill Becker
President/CEO/Chief Counsel
www.freedomxlaw.com



**Freedom X** is registered with the IRS as a 501(c)(3) charitable non-profit.
Your donations are tax-deductible.

11500 Olympic Blvd., Suite 400 | Los Angeles, CA 90064 | Tel: (310) 636-1018

Confidentiality Notice: This electronic mail message (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, is confidential and may be legally privileged.  If you are not the intended recipient, you are hereby  notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited.  Please reply to the  sender that you have received the message in error, or please call the sender at (310) 636-1018 and then delete this email from  your system.  Thank you.

**6 attachments**

 Decl.WJB.Motion.Kissner.sanctions.pdf
195K

 X1.pdf

303K

 **x2.pdf**
256K

 **x3.pdf**
305K

**proposed order.sanctionsdocx.pdf**
169K

**Notice and Memorandum.pdf**
346K