# EXHIBIT 6

 **Bill Becker &lt;freedomxlaw@gmail.com&gt;**

## RE: Kissner v. Loma Prieta - Motion for Sanctions Case No. 22-CV-00949-CRB
1 message

**Virginia Yao** &lt;vyao@porterscott.com&gt;     Wed, Jul 6, 2022 at 10:18 AM
To: Bill Becker &lt;freedomxlaw@gmail.com&gt;, Jeremiah Graham &lt;jeremiahdgraham@gmail.com&gt;
Cc: "Lindsay A. Goulding" &lt;lgoulding@porterscott.com&gt;, Tatiana Bush &lt;tbush@porterscott.com&gt;

Dear Counsel:

Attached is correspondence regarding the above-referenced case.  Please confirm receipt. Thank you.



### Virginia Yao

Legal Assistant to Lindsay A. Goulding

350 University Avenue | Suite 200 | Sacramento, CA 95825
T| 916. 929. 1481 x 314  F| 916. 927. 3706

www.porterscott.com

---

**From:** Bill Becker &lt;freedomxlaw@gmail.com&gt;
**Sent:** Friday, June 24, 2022 4:59 PM
**To:** Lindsay A. Goulding &lt;lgoulding@porterscott.com&gt;; Tatiana Bush &lt;tbush@porterscott.com&gt;
**Cc:** Virginia Yao &lt;vyao@porterscott.com&gt;; Jeremiah Graham &lt;jeremiahdgraham@gmail.com&gt;
**Subject:** Re: Kissner Motion for Sanctions Case No. 22-CV-00949-CRB

**\*\*\*External email\*\*\***

This version should replace the earlier two sent. Sorry for the mix-up.

Bill Becker

President/CEO/Chief Counsel

www.freedomxlaw.com

PORTER | SCOTT
ATTORNEYS

July 6, 2022

**VIA E-MAIL**

William J. Becker, Jr. ESQ
FREEDOM X
11500 Olympic Blvd., Suite 400
Los Angeles, CA. 90064
Bill@FreedomXLaw.com

**Re:    David M. Kissner v. Loma Prieta Joint Union School District et al.
         United States District Court Northern District of California
         Case No.: 22-CV-00949-VKD**

Dear Mr. Becker:

We have reviewed the draft of your Motion for Sanctions Against Defendant Lawrence McVoy and our office pursuant to Federal Rule 11 ("Motion for Sanctions") which we received June 27, 2022, via email. We believe in good faith that the arguments outlined in our Meet and Confer response, sent to you via email on June 24, 2022, remain appropriate responses to the issues presented in your Motion for Sanctions. While we disagree with the points outlined in your Motion for Sanctions, in the spirit of cooperation, we are willing to stipulate to you filing a sur reply. We believe the sur reply will allow you the opportunity to dispute the points you've determined to be at issue without taking away from the Court's time.

Our records indicate your Motion for Sanctions will be filed July 15, 2022. Please let us know how you plan to proceed.

Very truly yours,

PORTER SCOTT
A PROFESSIONAL CORPORATION

By

Lindsay A. Goulding

LAG/txb