Golnar J. Fozi (Cal. Bar No. 167674)
Daniel S. Modafferi (Cal. Bar No. 294510)
Fozi Dwork & Modafferi, LLP
5942 Priestly Drive, Suite 100
Carlsbad, California  92008
Tel: (760) 444-0039; Fax: (760) 444-0130
Email:  gfozi@fdmattorneys.com
        dmodafferi@fdmattorneys.com

Attorneys for Defendants,
Loma Prieta Joint Union School District, Lisa Fraser,
Kevin Grier, Billy Martin, Deana Arnold,
Ben Abeln, Ron Bourque, Charlotte Khandelwal,
and Erin Asheghian

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. KISSNER,<br><br>Plaintiff,<br><br>v.<br><br>LOMA PRIETA JOINT UNION SCHOOL DISTRICT, et al.,<br><br>Defendants. | Case No.: 3:22-cv-00949-CRB<br>Assigned to: Hon. Charles R. Breyer<br><br>**NOTICE OF CHANGE OF FIRM NAME**<br><br>Case Filed:  February 16, 2022<br>Trial Date:  None Set |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD HEREIN:**

PLEASE TAKE NOTICE that Meyers Fozi & Dwork, LLP, has changed its firm name to Fozi Dwork & Modafferi, LLP.

PLEASE TAKE FURTHER NOTICE that the email addresses for the attorneys of record for defendants Loma Prieta Joint Union School District, Lisa Fraser, Kevin Grier, Billy Martin, Deana Arnold, Ben Abeln, Ron Bourque, Charlotte Khandelwal, and Erin Asheghian in this case are now as follow:

Golnar J. Fozi – gfozi@fdmattorneys.com

Daniel S. Modafferi – dmodafferi@fdmattorneys.com

///

| | |
|---|---|
| 1 | The address, telephone number, and facsimile number for counsel remain the same. |
| 2 | Dated: August 1, 2022                    Fozi Dwork & Modafferi, LLP |

                        By:   /s/ Daniel S. Modafferi
                                Golnar J. Fozi
                                Daniel S. Modafferi
                                Attorney for Defendants,
                                Loma Prieta Joint Union School District,
                                Lisa Fraser, Kevin Grier, Billy Martin,
                                Deana Arnold, Ben Abeln, Ron Bourque,
                                Charlotte Khandelwal, and Erin
                                Asheghian