William J. Becker, Jr., Esq. (SBN: 134545)
Bill@FreedomXLaw.com
Jeremiah D. Graham, Esq. (SBN: 313206)
JeremiahDGraham@gmail.com
**FREEDOM X**
11500 Olympic Blvd., Suite 400
Los Angeles, California 90064
Telephone: (310) 636-1018
Facsímile: (310) 765-6328

Counsel for *David M. Kissner*

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **David M. Kissner**, | Case No. 22-cv-00949-CRB |
| Plaintiff, | |
| v. | Hon. Charles R. Breyer |
| **LOMA PRIETA JOINT UNION SCHOOL DISTRICT**, et al., | **NOTICE OF CHANGE OF COUNSEL** |
| Defendants. | |

   PLEASE TAKE NOTICE that JEREMIAH D. GRAHAM of Freedom X hereby withdraws as attorney of record for Plaintiff DAVID M. KISSNER in this action. Counsel of record for Plaintiff otherwise remains the same.

Dated: August 8, 2022                    /s/ Jeremiah D. Graham