William J. Becker, Jr., Esq. (SBN: 134545)
Bill@FreedomXLaw.com
**FREEDOM X**
11500 Olympic Blvd., Suite 400
Los Angeles, California 90064
Telephone: (310) 636-1018
Facsímile: (310) 765-6328

Counsel for *David M. Kissner*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID M. KISSNER**, <br><br> vs. <br><br> **LOMA PRIETA JOINT UNION SCHOOL DISTRICT**, et al., <br><br> Defendants. | Case No. 22-CV-00949-CRB <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF STATE CLAIMS AGAINST THE DISTRICT AND DISTRICT DEFENDANTS ONLY** <br><br> Hon. Charles R. Breyer |

NOTICE IS HEREBY GIVEN that pursuant to Federal. R. Civ. P. 41(a), Plaintiff voluntarily dismisses the following claims for relief ("CFR") **without prejudice** against Defendant Loma Prieta Joint Union School District **ONLY**:

CFR #3: Civil Rights Defamation (42 U.S.C. §1983); and

CFR #18: Civil Rights Conspiracy (42 U.S.C. § 1983)

Date: August 25, 2022                                         FREEDOM X

By:  /s/ William J. Becker, Jr.
     William J. Becker, Jr.
     Attorneys for Plaintiff, David M. Kissner