**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Lindsay A. Goulding, SBN 227195
Tatiana Moana Bush, SBN 343503
350 University Avenue, Suite 200
Sacramento, California 95825
lgoulding@porterscott.com
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
LAWRENCE MCVOY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. KISSNER, an individual, | CASE NO. 22-CV-00949-CRB |
| Plaintiff, | **NOTICE AND APPLICATION FOR ENTRY OF JUDGMENT BY COURT PURSUANT TO COURT ORDER** |
| v. | |
| LOMA PRIETA JOINT UNION SCHOOL DISTRICT, a California public agency; LISA FRASER, former superintendent at Loma Prieta Joint Union School District, in her official and individual capacities; COREY KIDWELL, former superintendent at Loma Prieta Joint School District, in her official and individual capacities; KEVIN GRIER, successor superintendent at Loma Prieta Joint School District, in his official capacity; BILLY MARTIN, principal of CT English Middle School, in his official and individual capacities; DEANA A. ARNOLD, Loma Prieta Joint Union School District trustee, in her official and individual capacities; BEN ABELN, Loma Prieta Joint Union School District trustee, in his official and individual capacities; RON BOURQUE, Loma Prieta Joint Union School District trustee, in his official and individual capacities; CHARLOTTE KHANDELWAL, Loma Prieta Joint Union School District trustee, in her official and individual capacities; ERIN ASHEGHIAN, Loma | Complaint Filed: 3/20/2022 |

{02795601.DOCX}                            1

Prieta Joint Union School District trustee, in her official and individual capacities; PATRICIA ELLIOT, an individual; JOIE GRIMMET, an individual; LAWRENCE MCVOY, and individual, and DOES 1 through 50, inclusive,

        Defendants.

_____/

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE THAT on October 14, 2022, at 10:00 a.m. or as soon thereafter as this matter may be heard by the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, CA 94102, defendant LAWRENCE MCVOY ("defendant") will present its application for a judgment against plaintiff DAVID M. KISSNER.

    At the time and place of hearing, defendant will present proof of the following matters:

    1.    Plaintiff, DAVID M. KISSNER, is not a minor or an incompetent person or in military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940 (*See* Declaration of Lindsay A. Goulding at ¶ 3.);

    2.    Defendant requests that judgment be set out here in a separate document as required by Rule 58(a);

    3.    Notice of this Application has been served as required by Rule 5(a)(1)(E);

    4.    Notice of this Application has been served as required by Civil L.R. 7-2;

    5.    On August 24, 2022, Judge Charles R. Breyer ordered the Court:

        a.    GRANTS defendant's Motion to Strike, along with his request for attorneys' fees in the amount of $10,755;

        b.    GRANTS defendant's Motion to Dismiss;

        c.    DENIES plaintiff's request to amend the complaint; and

        d.    DENIES plaintiff's request for fees.

    This Application is based on this Notice; the attached declaration of Lindsay A. Goulding; the attached Order Granting Motion To Strike, Denying Motion to Dismiss; the [Proposed] Judgment In A Civil Action, form AO 450; and the other pleadings, files and other matters that

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706

may be presented at the hearing.

Dated:  September 7, 2022

PORTER SCOTT
A PROFESSIONAL CORPORATION

By  /s/*Lindsay A. Goulding*
Lindsay A. Goulding
Tatiana Moana Bush
Attorneys for Defendant
LAWRENCE MCVOY

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706

{02795601.DOCX}   3

**NOTICE AND APPLICATION FOR ENTRY OF JUDGMENT
BY COURT PURSUANT TO COURT ORDER**

| | |
|---|---|
| CASE NAME: | *DAVID M. KISSNER v. LOMA PRIETA JOINT UNION SCHOOL DISTRICT et al.,* |
| COURT: | UNITED STATES DISTRICT CT NORTHERN DISTRICT OF CA |
| CASE NO.: | 22-CV-00949-VKD |

## PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. My business address is 350 University Avenue, Suite 200, Sacramento, California 95825.

On the date below, I served the following document:

**NOTICE AND APPLICATION FOR ENTRY OF JUDGMENT
BY COURT PURSUANT TO COURT ORDER**

| | |
|---|---|
| | **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. |
| | **BY FAX TRANSMISSION:** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached |
| XX | **BY ELECTRONIC SERVICE**: Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification address listed below. |

Addressed as follows:

William J. Beker, Jr. ESQ
FREEDOM X
11500 Olympic Blvd., Suite 400
Los Angeles, CA. 90064
Bill@FreedomXLaw.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Sacramento, California on September 7, 2022.

                                                           */s/Virginia Yao*
                                                          VIRGINIA YAO

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706