AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| DAVID M. KISSNER | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 22-CV-00949-CRB |
| LOMA PRIETA JOINT UNION SCHOOL et al. | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: defendant LAWRENCE MCVOY's Motion to Strike and Motion to Dismiss is GRANTED; and defendant's Motion for Attorneys' Fees in the amount of $10,755.00 is GRANTED; and plaintiff's Request for Attorneys' Fees id DENIED;

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge CHARLES R. BREYER on a motion for (1) Special Motion To Strike Pursuant To California Anti-SLAPP Statute, Cal. Code of Civ. Proc. s 425.16, Or, In The Alternative, (2) Motion To Dismiss Pursuant To Fed. R. Civ. P. 12(b)(6).

Date: _____

*CLERK OF COURT*

_____

*Signature of Clerk or Deputy Clerk*