Golnar J. Fozi (Cal. Bar No. 167674)
Daniel S. Modafferi (Cal. Bar No. 294510)
Fozi Dwork & Modafferi, LLP
5942 Priestly Drive, Suite 100
Carlsbad, California  92008
Tel: (760) 444-0039; Fax: (760) 444-0130
Email:   gfozi@fdmattorneys.com
             dmodafferi@fdmattorneys.com

Attorneys for Defendants,
Lisa Fraser, Kevin Grier, Billy Martin, Deana
Arnold, Ben Abeln, Ron Bourque, Charlotte
Khandelwal, and Erin Asheghian

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. KISSNER,<br><br>                 Plaintiff,<br><br>         v.<br><br>LOMA PRIETA JOINT UNION<br>SCHOOL DISTRICT, et al.,<br><br>                 Defendants. | **Case No.:  3:22-cv-00949-CRB**<br>**Assigned to: Hon. Charles R. Breyer**<br><br>**DEFENDANTS LISA FRASER,**<br>**KEVIN GRIER, BILLY MARTIN,**<br>**DEANA ARNOLD, BEN ABELN,**<br>**CHARLOTTE KHANDELWAL, AND**<br>**ERIN ASHEGHIAN'S**<br>**CERTIFICATION OF INTERESTED**<br>**ENTITIES OR PERSONS**<br><br>**Case Filed:  February 16, 2022**<br>**Trial Date:  None Set** |

Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1.     Loma Prieta Joint Union School District: The District is plaintiff's former employer, and defendants are current and former employees and/or elected officials of the District. Plaintiff's claims for prospective relief against defendants in their official capacities would bind the District, if granted.

1        2.      Alliance of Schools for Cooperative Insurance Programs: ASCIP is a

2  non-profit public entity joint powers risk pool providing defense and indemnity

3  coverage to defendants.

4

5  Dated: September 20, 2022                    Fozi Dwork & Modafferi, LLP

6

7                                      By:    /s/ Daniel S. Modafferi

8                                             Golnar J. Fozi
                                             Daniel S. Modafferi
9                                             Attorney for Defendants,
                                             Lisa Fraser, Kevin Grier, Billy Martin,
10                                            Deana Arnold, Ben Abeln, Ron Bourque,
                                             Charlotte Khandelwal, and Erin
11                                            Asheghian

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3:22-cv-00949-CRB