IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. KISSNER,<br><br>    Plaintiff,<br><br>    v.<br><br>LOMA PRIETA JOINT UNION SCHOOL DISTRICT, et al.,<br><br>    Defendants. | Case No. 22-cv-00949-CRB<br><br>**ORDER DENYING APPLICATION FOR ENTRY OF JUDGMENT** |

The Court DENIES Defendant Lawrence McVoy's Application for Entry of Judgment (dkt. 67), as Plaintiff David Kissner's case against the remaining defendants is ongoing, and McVoy has not demonstrated that there is "no just reason for delay" in entering judgment, see Fed. R. Civ. P. 54(b). The Court anticipates entering a single judgment at the conclusion of the case.

Further, the Court rejects Kissner's objections to the $10,755.00 in fees awarded in connection with McVoy's anti-SLAPP motion. Kissner had adequate notice of McVoy's fee request and an opportunity to address it. See Anti-SLAPP Mot. (dkt. 44) at ii ("McVoy is Entitled to Attorneys' Fees"), 2 (". . . and award mandatory attorney's fees and costs to McVoy under CCP Section 425.16(c)"), 23–24 (arguing reasonableness of fee award); Opp'n to Anti-SLAPP Mot. (dkt. 51) at ii ("DEFENDANTS CANNOT RECOVER ATTORNEYS FEES"), 23–24 (arguing that an award of fees would pose a financial hardship). Moreover, McVoy's fee request was both reasonable and modest under the

//

//

circumstances.

**IT IS SO ORDERED.**

Dated: October  6 , 2022

CHARLES R. BREYER
United States District Judge