**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Lindsay A. Goulding, SBN 227195
Tatiana Moana Bush, SBN 343503
350 University Avenue, Suite 200
Sacramento, California 95825
lgoulding@porterscott.com
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
LAWRENCE MCVOY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. KISSNER, an individual, | CASE NO. 22-CV-00949-CRB |
| Plaintiff, | **DEFENDANT LAWRENCE MCVOY'S NOTICE OF MOTION FOR ENTRY OF FINAL JUDGMENT ON COURT'S ORDER PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(b)** |
| v. | |
| LOMA PRIETA JOINT UNION SCHOOL DISTRICT, a California public agency; LISA FRASER, former superintendent at Loma Prieta Joint Union School District, in her official and individual capacities; COREY KIDWELL, former superintendent at Loma Prieta Joint School District, in her official and individual capacities; KEVIN GRIER, successor superintendent at Loma Prieta Joint School District, in his official capacity; BILLY MARTIN, principal of CT English Middle School, in his official and individual capacities; DEANA A. ARNOLD, Loma Prieta Joint Union School District trustee, in her official and individual capacities; BEN ABELN, Loma Prieta Joint Union School District trustee, in his official and individual capacities; RON BOURQUE, Loma Prieta Joint Union School District trustee, in his official and individual capacities; CHARLOTTE KHANDELWAL, Loma Prieta Joint Union School District trustee, in her official and individual capacities; ERIN ASHEGHIAN, Loma | **Date:** December 2, 2022<br>**Time:** 10:00 a.m.<br>**Ctrm:** 6<br>**Judge:** Charles R. Breyer<br><br>Complaint Filed: 3/20/2022 |

{02832750.DOCX}                                    1

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706

1  Prieta Joint Union School District trustee, in her official and individual capacities;
2  PATRICIA ELLIOT, an individual; JOIE GRIMMET, an individual; LAWRENCE
3  MCVOY, and individual, and DOES 1 through 50, inclusive,
4
5              Defendants.
6  _____/
7
8  **TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE that on December 2, 2022 at 10:00 a.m. in Courtroom 6, 17th Floor, San Francisco Courthouse, 450 Golden Gate Avenue, San Francisco, CA, defendant LAWRENCE MCVOY ("defendant") will and hereby does move the Court to enter final judgment pursuant to Federal Rule of Civil Procedure 54(b).

**This motion is made following the Order Granting Defendant's Motion to Strike that was granted on August 24, 2022.**

This motion is based on this Notice of Motion, the Memorandum of Points and Authorities, the pleadings, Order Granting Defendant's Motion to Strike, records on file in this matter, any evidence, including oral and documentary evidence, that may be presented at the time of hearing on the motion and such additional matters that the Court may entertain.

Dated:  October 21, 2022        PORTER SCOTT
                                A PROFESSIONAL CORPORATION

                                By   */s/Lindsay A. Goulding*
                                     _____
                                     Lindsay A. Goulding
                                     Tatiana Moana Bush
                                     Attorneys for Defendant
                                     LAWRENCE MCVOY

{02832750.DOCX}                                2

**DEFENDANT'S NOTICE OF MOTION FOR ENTRY OF FINAL JUDGMENT ON COURT'S ORDER PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(b)**