IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. KISSNER,<br><br>    Plaintiff,<br><br>    v.<br><br>LOMA PRIETA JOINT UNION SCHOOL DISTRICT, et al.,<br><br>    Defendants. | Case No. 22-cv-00949-CRB<br><br>**JUDGMENT** |

Having granted Defendant Lawrence McVoy's motion to strike and motion to dismiss, see Order (dkt. 65), thereby dismissing the claims against McVoy, and finding no just reason for delay, see Fed. R. Civ. P. 54(b), the Court hereby enters judgment for McVoy and against Plaintiff David Kissner.[1]

**IT IS SO ORDERED.**

Dated: November 15, 2022

CHARLES R. BREYER
United States District Judge

---

[1] The Court recognizes that Kissner's case against the district defendants is ongoing and will require a separate judgment.