William J. Becker, Jr., Esq. (SBN: 134545)
Bill@FreedomXLaw.com
**FREEDOM X**
11500 Olympic Blvd., Suite 400
Los Angeles, California 90064
Telephone: (310) 636-1018

Counsel for *David M. Kissner*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID M. KISSNER**, an individual, | Case No.: 22-CV-00949-CRB |
| vs. | Assigned for All Purposes to the Hon. Charles R. Breyer |
| **LOMA PRIETA JOINT UNION SCHOOL DISTRICT**, a California public agency; **LISA FRASER**, former superintendent at Loma Prieta Joint Union School District, in her official and individual capacities; **COREY KIDWELL,** former superintendent at Loma Prieta Joint Union School District, in her official and individual capacities; **KEVIN GRIER**, successor superintendent at Loma Prieta Joint Union School District, in his official capacity; **BILLY MARTIN**, principal of CT English Middle School, in his official and individual capacities; **DEANA A. ARNOLD**, Loma Prieta Joint Union School District trustee, in her official and individual capacities; **BEN ABELN,** Loma Prieta Joint Union School District trustee, in his official and individual capacities; **RON BOURQUE**, Loma Prieta Joint Union School District trustee, in his official and individual capacities; **CHARLOTTE KHANDELWAL**, Loma Prieta Joint Union School District trustee, in her official and individual capacities; **ERIN ASHEGHIAN**, Loma Prieta Joint Union School District trustee, in her official and individual capacities; **PATRICIA ELLIOT**, an individual; **JOIE GRIMMET**, an individual; | **NOTICE OF APPEAL** |

| | |
|---|---|
| 1 | **LAWRENCE MCVOY**, an individual; and |
| 2 | **DOES 1 through 50**, inclusive, |
| 3 | Defendants. |

Pursuant to Rule 3 of the Federal Rules of Appellate Procedure, Plaintiff David M. Kissner hereby gives notice of his appeal to the United States Court of Appeals for the Ninth Circuit from the following judgment and order:

1. The Court's Order Granting Defendant Lawrence McVoy's Motion to Strike, Request for Attorneys' Fees, and Motion to Dismiss, Denying Plaintiff David M. Kissner's Request to Amend the Complaint and his Request for Attorneys' Fees entered on August 4, 2022 (Dkt. No. 65); and

2. The Judgment entered in this Court on November 15, 2022 (Dkt. No. 82).

Date: November 29, 2022           FREEDOM X

                            By:   /s/ William J. Becker, Jr.
                                William J. Becker, Jr.
                                Attorneys for Plaintiff David M. Kissner

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
Form 1. Notice of Appeal from a Judgment or Order of a
United States District Court

Name of U.S. District Court: Northern District California

U.S. District Court case number: 22-cv-00949-CRB

Date case was first filed in U.S. District Court: February 16, 2022

Date of judgment or order you are appealing: November 15, 2022

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

○ Yes   ○ No   ◉ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

David M. Kissner

Is this a cross-appeal?   ○ Yes   ◉ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ◉ No

If Yes, what is the prior appeal case number?

Your mailing address:

Freedom X, 11500 Olympic Blvd

Suite 400

City: Los Angeles   State: CA   Zip Code: 90064

Prisoner Inmate or A Number (if applicable):

**Signature**                         **Date** November 28, 2022

*Complete and file with the attached representation statement in the U.S. District Court*
*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**                                                                           Rev. 12/01/2018

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** (List **each** party filing the appeal, do not use "et al." or other abbreviations.)

Name(s) of party/parties:

| David M. Kissner |

Name(s) of counsel (if any):

| William J. Becker, Jr. |
| Freedom X |

Address: 11500 Olympic Blvd., Ste 400, Los Angeles, CA 90064

Telephone number(s): (310) 636-1018

Email(s): Bill@FreedomXLaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ● Yes   ○ No

**Appellee(s)** (List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)

Name(s) of party/parties:

| Lawrence McVoy |

Name(s) of counsel (if any):

| Lindsay A. Goulding |
| Tatiana Moana Bush |

Address: 350 University Avenue, Suite 200, Sacramento, California 95825

Telephone number(s): (916) 929-1481

Email(s): lgoulding@porterscott.com, tbush@porterscott.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                    1                                  Rev. 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                     2                              *Rev. 12/01/2018*

*David M. Kissner v. Loma Prieta Joint Union School District, et al.*
**United States District Court Case No.: 22-CV-00949-CRB**

**CERTIFICATE OF SERVICE (CM/ECF)**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 11500 Olympic Blvd., Ste. 400, Los Angeles, California 90064.

On November 29, 2022, I caused the foregoing document described as

**NOTICE OF APPEAL**

to be served on the interested parties in this action as follows:

> Lindsay A. Goulding, Esq.
> lgoulding@porterscott.com
> Tatiana Moana Bush, Esq.
> tbush@porterscott.com
> PORTER SCOTT
> 350 University Avenue, Suite 200
> Sacramento, California 95825
> Telephone: (916) 929-1481
> Facsimile: (916) 927-3706

BY ELECTRONIC TRANSMISSION. In accordance with Federal Rules of Civil Procedure 5(d)(3) and Local Rule 5-4, I uploaded the above-listed document to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system which electronically notifies the parties.

I declare that I am a member of the Bar of this Court.

Executed on November 29, 2022, at Scottsdale Arizona.

> <u>/s/ William J. Becker, Jr.</u>
> William J. Becker, Jr.