1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**P O R T E R | S C O T T**

A PROFESSIONAL CORPORATION
Lindsay A. Goulding, SBN 227195
Tatiana M. Bush, SBN 343503
350 University Avenue, Suite 200
Sacramento, California 95825
lgoulding@porterscott.com
tbush@porterscott.com
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
LAWRENCE MCVOY

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

DAVID M. KISSNER, an individual,

        Plaintiff,

v.

LOMA PRIETA JOINT UNION SCHOOL DISTRICT, a California public agency; LISA FRASER, former superintendent at Loma Prieta Joint Union School District, in her official and individual capacities; COREY KIDWELL, former superintendent at Loma Prieta Joint School District, in her official and individual capacities; KEVIN GRIER, successor superintendent at Loma Prieta Joint School District, in his official capacity; BILLY MARTIN, principal of CT English Middle School, in his official and individual capacities; DEANA A. ARNOLD, Loma Prieta Joint Union School District trustee, in her official and individual capacities; BEN ABELN, Loma Prieta Joint Union School District trustee, in his official and individual capacities; RON BOURQUE, Loma Prieta Joint Union School District trustee, in his official and individual capacities; CHARLOTTE KHANDELWAL, Loma Prieta Joint Union School District trustee, in her official and individual capacities; ERIN ASHEGHIAN, Loma

CASE NO. 22-CV-00949-VKD

**AFFADAVIT OF LINDSAY A. GOULDING IN SUPPORT OF DEFENDANT'S BILL OF COSTS**

**Date: January 6, 2023**
**Time: 10:00 a.m.**
**Ctrm: 6, 17th Floor**
**Judge: Charles R. Breyer**

Complaint Filed: 3/20/2022

{02862386.DOCX}                                    1

**AFFADAVIT OF LINDSAY A. GOULDING IN SUPPORT OF DEFENDANT'S BILL OF COSTS**

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA  95825
TEL. 916.929.1481
FAX: 916.927.3706

1   Prieta Joint Union School District trustee, in
her official and individual capacities;
2   PATRICIA ELLIOT, an individual; JOIE
GRIMMET, an individual; LAWRENCE
3   MCVOY, and individual, and DOES 1
through 50, inclusive,
4

5               Defendants.

6   _____/

7                   **AFFADAVIT OF LINDSAY A. GOULDING**

8           I, Lindsay A. Goulding, state and declare as follows:

9           1.      I am an attorney at law licensed to practice before all courts in the State of

10   California.  I am a shareholder at the law firm of Porter Scott, attorneys of record for defendant

11   LAWRENCE MCVOY in the above-entitled action.  In that capacity, I have personal knowledge

12   of the facts set forth below or have been sufficiently informed with respect to the information, and

13   could competently testify thereto if called upon to do so.

14           2.      I have reviewed the Bill of Costs that accompanies my declaration and believe the

15   contents is true and accurate and that the granting of costs is warranted in this case.

16           3.      On November 28, 2022, I email plaintiff's counsel in an attempt to meet and confer

17   regarding Defendant's costs.  See **Exhibit A**.

18           I declare under penalty of perjury under the laws of the United States that the foregoing is

19   true and correct and that this declaration was executed on November 29, 2022, in Sacramento,

20   California.

21                                       _____

22                                                       Lindsay A. Goulding

23

24

25

26

27

28

{02862386.DOCX}                                 2
**AFFADAVIT OF LINDSAY A. GOULDING IN SUPPORT OF DEFENDANT'S BILL OF COSTS**

# EXHIBIT
# "A"

01054547.WPD

**Virginia Yao**

---

**From:**         Lindsay A. Goulding
**Sent:**          Monday, November 28, 2022 12:48 PM
**To:**            Bill Becker
**Cc:**            Tatiana Bush; Virginia Yao
**Subject:**       Kissner v. McVoy
**Attachments:**   Pacer June 2022.xlsx


Mr. Becker,

We intend to file a Memorandum of Costs in this matter tomorrow, seeking a total of $7.90 in hard costs
associated with Pacer fees, as noted in the attached.  Please advise if you will oppose this effort.  Thank you,




*Lindsay A. Goulding*
Attorney | Shareholder
350 University Avenue | Suite 200 | Sacramento, CA 95825
T| 916. 929. 1481 x 311 F| 916. 927. 3706
www.porterscott.com

**CONFIDENTIALITY NOTICE:** This email and any attachments are confidential and privileged.  Any inadvertent disclosure shall
not waive the attorney-client or work product privileges.  If you have received this email in error, please notify the sender immediately and delete all
copies of the email and any attachments.