**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Lindsay A. Goulding, SBN 227195
Tatiana Moana Bush, SBN 343503
350 University Avenue, Suite 200
Sacramento, California 95825
lgoulding@porterscott.com
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
LAWRENCE MCVOY

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. KISSNER, an individual, | CASE NO. 22-CV-00949-CRB |
| Plaintiff, | **NOTICE OF WITHDRAWL OF DEFENDANT LAWRENCE MCVOY'S BILL OF COSTS** |
| v. | |
| LOMA PRIETA JOINT UNION SCHOOL DISTRICT, a California public agency; LISA FRASER, former superintendent at Loma Prieta Joint Union School District, in her official and individual capacities; COREY KIDWELL, former superintendent at Loma Prieta Joint School District, in her official and individual capacities; KEVIN GRIER, successor superintendent at Loma Prieta Joint School District, in his official capacity; BILLY MARTIN, principal of CT English Middle School, in his official and individual capacities; DEANA A. ARNOLD, Loma Prieta Joint Union School District trustee, in her official and individual capacities; BEN ABELN, Loma Prieta Joint Union School District trustee, in his official and individual capacities; RON BOURQUE, Loma Prieta Joint Union School District trustee, in his official and individual capacities; CHARLOTTE KHANDELWAL, Loma Prieta Joint Union School District trustee, in her official and individual capacities; ERIN ASHEGHIAN, Loma Prieta Joint Union School District trustee, in | Complaint Filed: 3/20/2022 |

{02873143.DOCX}                                  1
**NOTICE OF WITHDRAWL OF DEFENDANT LAWRENCE MCVOY'S BILL OF COSTS**

her official and individual capacities; PATRICIA ELLIOT, an individual; JOIE GRIMMET, an individual; LAWRENCE MCVOY, and individual, and DOES 1 through 50, inclusive,

        Defendants.
_____/

On November 29, 2022, Defendant Lawrence McVoy filed a Bill of Costs requesting the Court to order Plaintiff David Kissner to pay said costs. Defendant Lawrence McVoy withdraws his Bill of Costs.

Dated: December 8, 2022        PORTER SCOTT
                                    A PROFESSIONAL CORPORATION

                                      *//s//Lindsay A. Goulding*
                            By _____
                                    Lindsay A. Goulding
                                    Tatiana Moana Bush
                                    Attorneys for Defendant
                                    LAWRENCE MCVOY

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706

| CASE NAME: | *DAVID M. KISSNER v. LOMA PRIETA JOINT UNION SCHOOL DISTRICT et al.,* |
|---|---|
| COURT: | UNITED STATES DISTRICT CT NORTHERN DISTRICT OF CA |
| CASE NO.: | 22-CV-00949-VKD |

### PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. My business address is 350 University Avenue, Suite 200, Sacramento, California 95825.

On the date below, I served the following document:

**NOTICE OF WITHDRAWL OF DEFENDANT LAWRENCE MCVOY'S BILL OF COSTS**

|    | |
|---|---|
|    | **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. |
|    | **BY FAX TRANSMISSION:** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached |
| XX | **BY ELECTRONIC SERVICE**: Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification address listed below. |

Addressed as follows:

William J. Beker, Jr. ESQ
FREEDOM X
11500 Olympic Blvd., Suite 400
Los Angeles, CA. 90064
Bill@FreedomXLaw.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Sacramento, California on December 8, 2022.

*/s/ Virginia Yao*
_____
VIRGINIA YAO

{02873143.DOCX}  3

**NOTICE OF WITHDRAWL OF DEFENDANT LAWRENCE MCVOY'S BILL OF COSTS**