William J. Becker, Jr., Esq. (SBN: 134545)
Bill@FreedomXLaw.com
**FREEDOM X**
11500 Olympic Blvd., Suite 400
Los Angeles, California 90064
Telephone: (310) 636-1018

Counsel for *David M. Kissner*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID M. KISSNER**, <br><br> Plaintiff, <br><br> vs. <br><br> **LOMA PRIETA JOINT UNION SCHOOL DISTRICT, et al.**, <br><br> Defendants. | Case No. 22-CV-00949-CRB <br><br> Hon. Charles R. Breyer <br><br> **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF DAVID M. KISSNER AND DEFENDANT LAWRENCE MCVOY ONLY** |

PLEASE TAKE NOTICE THAT Plaintiff David M. Kissner and Defendant Lawrence McVoy have settled the above-captioned matter as to their action only following entry of judgment (Dkt. No. 82) and Plaintiff's filing of a Notice of Appeal (Dkt. No. 83). Defendant has filed a notice of withdrawal of his bill of costs (Dkt. No. 87), and there are no further proceeding pending between the parties. Plaintiff is filing this Notice with Defendant's approval and permission.

                                                            FREEDOM X

Dated: December 12, 2022                    By: *s/ William J. Becker, Jr*
                                                               WILLIAM J. BECKER, JR,
                                                                 Attorneys for Plaintiff/Appellant
                                                                David M. Kissner

                                                               PORTER SCOTT LLP

Dated: December 12, 2022                    By: *s/ Lyndsay A. Goulding*
                                                               LINDSAY A. GOULDING
                                                               Attorneys Defendant/Appellee
                                                               Lawrence McVoy