# LOMA PRIETA JOINT UNION ELEMENTARY SCHOOL DISTRICT

## RESOLUTION No. 21-XII

### ESTABLISHMENT OF CRITERIA FOR ORDER OF CERTIFICATED LAYOFF AND REEMPLOYMENT FOR EMPLOYEES WITH EQUAL SENIORITY

WHEREAS: The Board of Trustees of the Loma Prieta Joint Union School District will be determining reduction or elimination of particular kinds of service, resulting in a reduction of the number of certificated employees for the 2021-2022 school year, and

WHEREAS: In order to implement this reduction in force, it may be necessary to apply tie-breaker criteria to distinguish among permanent or probationary employees who first rendered paid service to the District on the same date. Pursuant to Education Code section 44955 (b), the Board of Trustees has determined that the order of termination between employees who first rendered paid service to the District on the same date shall be established on the basis of the following criteria in order to meet the needs of the District and students thereof, and

WHEREAS: The Board of Trustees has determined that the same criteria shall be applicable to determine the order of reappointment of permanent and probationary employees who first rendered paid service to the District on the same date pursuant to Education code section 44956, and

WHEREAS: These criteria will be used in the event of a tie to determine which permanent or probationary certificated employees will be retained in lieu of layoff and the order of reappointment when the number of employees is later increased or the discontinued service is reestablished, and

WHEREAS: The Superintendent, or her designee, shall determine the order of termination or reappointment solely on the basis of the needs of the District and the students considering one or more of the following criteria:

1. Multiple Authorization Credentials;
2. Experience teaching different subjects;
3. Possession of a preliminary, clear, standard, or life teaching credential;
4. Possession of a CLAD/BCLAD/CTEL certificate;
5. Experience teaching at different grade levels;
6. NCLB Teacher Requirement: Certificate of Compliance;
7. Experience teaching in the District;
8. Experience teaching outside the District;