Admitted 11

Z8

# LOMA PRIETA JOINT UNION ELEMENTARY SCHOOL DISTRICT

## RESOLUTION No. 21-XIV

### REDUCTION OR ELIMINATION OF PARTICULAR KINDS OF SERVICE

WHEREAS, the Superintendent of the Loma Prieta Joint Union Elementary School District has recommended to the Board of Trustees that the District reduce or eliminate particular kinds of service(s) no later than the beginning of the 2021-22 school year; and

WHEREAS, the Board of Trustees is required by law under California Education Code section 44949 and 44955 to take action and give notice to all certificated employees affected by any decision to reduce or to eliminate particular kinds of services prior to March 15.

NOW, THEREFORE, BE IT RESOLVED THAT:

A.  The Board of Trustees of the Loma Prieta Joint Union Elementary School District hereby determines to reduce or eliminate the following particular kinds of service of the District no later than the beginning of the 2021-22 school year:

   4.0 FTE grades K-8 Classroom Teaching

B.  The Board of Trustees has determined to retain the following particular kinds of service:

   1. Mild to Moderate and Moderate to Severe Special Education Services
   2. Language, Speech and Hearing Special Education Services
   3. Resource Specialist Special Education Services
   4. Multiple Subject Teaching Credential

C.  Because of the above-listed elimination and reduction of particular kinds of service, it will be necessary to reduce or to terminate, at the end of the 2020-21 school year, the employment of certain certificated employees of the District as a result of this reduction of service.

D.  The Board has considered anticipated certificated employee attrition (resignation, retirement, non-reelection, temporary teacher release, etc.). Nevertheless, it is still necessary to terminate the above referenced certificated positions.

E.  The Superintendent or designee is directed to send appropriate notices to all employees affected by the above-listed reduction and elimination of particular kinds of services in accordance with the provisions of the California Education Code and to afford the employees all rights to which they are entitled under the law and, if applicable, the Collective Bargaining Agreement.

Z8

Admitted 11

# LOMA PRIETA JOINT UNION ELEMENTARY SCHOOL DISTRICT
## RESOLUTION No. 21-XIV
### REDUCTION OR ELIMINATION OF PARTICULAR KINDS OF SERVICE

Page 2 of 2

Adopted by the Loma Prieta Joint Union Elementary School District Board of Trustees on March 10, 2021, by the following vote:

AYES: 4
NOES: 0
ABSENT: 0
ABSTENTIONS: 0

_Deana Arnold_
Deana Arnold, Board President
March 10, 2021