Golnar J. Fozi (Cal. Bar No. 167674)
Daniel S. Modafferi (Cal. Bar No. 294510)
Fozi Dwork & Modafferi, LLP
5942 Priestly Drive, Suite 100
Carlsbad, California 92008
Tel: (760) 444-0039; Fax: (760) 444-0130
Email:  gfozi@fdmattorneys.com
        dmodafferi@fdmattorneys.com

Attorneys for Defendants,
Lisa Fraser, Kevin Grier, Billy Martin, Deana Arnold, Ben Abeln, Ron Bourque, Charlotte Khandelwal, and Erin Asheghian

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. KISSNER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LOMA PRIETA JOINT UNION SCHOOL DISTRICT, et al.,<br><br>　　　　Defendants. | **Case No.: 3:22-cv-00949-CRB**<br>**Assigned to: Hon. Charles R. Breyer**<br><br>**DECLARATION OF DANIEL S. MODAFFERI IN SUPPORT OF DEFENDANTS LISA FRASER, KEVIN GRIER, BILLY MARTIN, DEANA ARNOLD, BEN ABELN, RON BOURQUE, CHARLOTTE KHANDELWAL, AND ERIN ASHEGHIAN'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date:　July 28, 2023<br>Time:　10:00 a.m.<br>Ctrm:　6<br><br>Case Filed:　February 16, 2022<br>Trial Date:　None Set |

I, Daniel S. Modafferi, declare:

1. I am an attorney at law, duly admitted to practice in the State of California and in the United States District Court for the Northern District of California. I am a partner at Fozi Dwork & Modafferi, LLP, counsel for record for Lisa Fraser, Kevin Grier, Billy Martin, Deana Arnold, Ben Abeln, Ron Bourque,

1  Charlotte Khandelwal, and Erin Asheghian, the defendants in the above-entitled
2  matter.

3    2.   I have personal knowledge of the facts set forth herein, and if I were
4  called to testify thereto, I could and would do so competently.

5    3.   On August 9, 2021, counsel for now-plaintiff David Kissner took the
6  deposition of former Superintendent Lisa Fraser, in the course of administrative
7  proceedings regarding Kissner's termination. Filed herewith as Exhibit F is a true and
8  correct copy of the cited portions of the transcript of Ms. Fraser's deposition.

9    4.   In the course of this litigation, I propounded written discovery to plaintiff
10 David Kissner, on behalf of each of the above-named defendants.

11   5.   On March 15, 2023, plaintiff served verified responses to defendant
12 Kevin Grier's requests for admission, the true and correct cited portions of which are
13 filed herewith as Exhibit G.

14   6.   On March 16, 2023, plaintiff served verified responses to defendant Ben
15 Abeln's interrogatories, the true and correct cited portions of which are filed herewith
16 as Exhibit H.

17   7.   On March 16, 2023, plaintiff served verified responses to defendant
18 Deana Arnold's interrogatories, the true and correct cited portions of which are filed
19 herewith as Exhibit I.

20   8.   On March 16, 2023, plaintiff served verified responses to defendant Erin
21 Asheghian's interrogatories, the true and correct cited portions of which are filed
22 herewith as Exhibit J.

23   9.   On March 16, 2023, plaintiff served verified responses to defendant Ron
24 Bourque's interrogatories, the true and correct cited portions of which are filed
25 herewith as Exhibit K.

26   10.  On March 16, 2023, plaintiff served verified responses to defendant
27 Charlotte Khandelwal's interrogatories, the true and correct cited portions of which
28 are filed herewith as Exhibit L.

1  11. On March 16, 2023, plaintiff served verified responses to defendant Billy Martin's interrogatories, the true and correct cited portions of which are filed herewith as Exhibit M.

12. On June 9, 2023, I took the deposition of plaintiff David Kissner, in this litigation, pursuant to FRCP 30. Filed herewith as Exhibit N is a true and correct copy of the cited portions of the transcript of plaintiff's deposition. Also filed herewith are true and correct copies of Exhibits 12 and 13 to plaintiff's deposition.

I declare under penalty of perjury, pursuant to the laws of the United States of America and the State of California, that the foregoing is true and correct. Executed on June 23, 2023, in Carlsbad, California.

/s/ Daniel S. Modafferi
Daniel S. Modafferi