```
1           BEFORE A COMMISSION ON PROFESSIONAL COMPETENCE
2              LOMA PRIETA JOINT UNION SCHOOL DISTRICT
3                       COUNTY OF SANTA CLARA
4                        STATE OF CALIFORNIA
5     _____
6     In the Matter of:
7     DAVID KISSNER,
8     A permanent certificated employee,      Case No.
9          v.                                 2021050291
10                 Respondent.
11    _____
12                   VIDEOCONFERENCE DEPOSITION OF
13                          LISA FRASER
14    DATE:           Monday, August 9, 2021
15    TIME:           9:29 a.m.
16    LOCATION:       Remote Proceeding
17                    Los Angeles, California 90017
18    REPORTED BY:    Nicole Beaudoin, Notary Public
19    JOB No.:        4729499
20
21
22
23
24
25
                                                       Page 1
```

Veritext Legal Solutions
866 299-5127

PL002455

```
 1                REPORTER:  Thank you.
 2                      EXAMINATION
 3    BY MR. GRAHAM:
 4         Q    Could you please state your full name for the
 5    record?
 6         A    My name is Lisa Fraser.
 7         Q    And could you spell that?
 8         A    L-I-S-A, F-R-A-S-E-R.
 9         Q    And can you state your current role at the
10    Loma Prieta Joint Union School District?
11         A    Yes.  My current role is I'm the retired
12    former superintendent of the Loma Prieta School
13    District.  My only role with the district currently is
14    working as a transitional consultant to assist the new
15    superintendent.
16         Q    And when did you cease being superintendent of
17    the Loma Prieta Joint Union School District?
18         A    June 30th.
19         Q    Of this year?
20         A    2021.
21         Q    And when did you begin your role as
22    superintendent of the Loma Prieta Joint Union School
23    District?
24         A    July 1st of 2018.
25         Q    You are aware you are being deposed in the
```

Page 8

```
 1                CERTIFICATE OF NOTARY PUBLIC
 2              I, NICOLE BEAUDOIN, the officer before whom
 3      the foregoing proceedings were taken, do hereby certify
 4      that any witness(es) in the foregoing proceedings, prior
 5      to testifying, were duly sworn; that the proceedings
 6      were recorded by me and thereafter reduced to
 7      typewriting by a qualified transcriptionist; that said
 8      digital audio recording of said proceedings are a true
 9      and accurate record to the best of my knowledge, skills,
10      and ability; that I am neither counsel for, related to,
11      nor employed by any of the parties to the action in
12      which this was taken; and, further, that I am not a
13      relative or employee of any counsel or attorney employed
14      by the parties hereto, nor financially or otherwise
15      interested in the outcome of this action.
16
        [X] Review of the transcript was requested.
17
18
19
20
21
                              [Signature: Nicole Beaudoin]
22                            NICOLE BEAUDOIN
                          Notary Public in and for the
23                            State of California
24
25

                                                    Page 264
```

```
 1                CERTIFICATE OF TRANSCRIBER
 2            I, SANDRA K. MCCURDY, do hereby certify that
 3   this transcript was prepared from the digital audio
 4   recording of the foregoing proceeding, that said
 5   transcript is a true and accurate record of the
 6   proceedings to the best of my knowledge, skills, and
 7   ability; that I am neither counsel for, related to, nor
 8   employed by any of the parties to the action in which
 9   this was taken; and, further, that I am not a relative
10   or employee of any counsel or attorney employed by the
11   parties hereto, nor financially or otherwise interested
12   in the outcome of this action.
13
14
15
16
17
18
19
20
21
22
23                    SANDRA K. MCCURDY
24
25
```

Page 265

```
1    WILLIAM J. BECKER, JR., ESQUIRE

2    freedomxlaw@gmail.com

3                                           AUGUST 23, 2021

4    RE: IN THE MATTER OF DAVID KISSNER

5    AUGUST 9, 2021, LISA FRASER, JOB NO. 4729499

6    The above-referenced transcript has been

7    completed by Veritext Legal Solutions and

8    review of the transcript is being handled as follows:

9    __ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

10       to schedule a time to review the original transcript at

11       a Veritext office.

12   __ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

13       Transcript - The witness should review the transcript and

14       make any necessary corrections on the errata pages included

15       below, notating the page and line number of the corrections.

16       The witness should then sign and date the errata and penalty

17       of perjury pages and return the completed pages to all

18       appearing counsel within the period of time determined at

19       the deposition or provided by the Code of Civil Procedure.

20   __ Waiving the CA Code of Civil Procedure per Stipulation of

21       Counsel - Original transcript to be released for signature

22       as determined at the deposition.

23   __ Signature Waived - Reading & Signature was waived at the

24       time of the deposition.

25
```

Page 266

```
 1    __ Federal R&S Requested (FRCP 30(e)(1)(B)) - Locked .PDF
 2       Transcript - The witness should review the transcript and
 3       make any necessary corrections on the errata pages included
 4       below, notating the page and line number of the corrections.
 5       The witness should then sign and date the errata and penalty
 6       of perjury pages and return the completed pages to all
 7       appearing counsel within the period of time determined at
 8       the deposition or provided by the Federal Rules.
 9    _X_ Federal R&S Not Requested - Reading & Signature was not
10       requested before the completion of the deposition.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```