William J. Becker, Jr., Esq. (SBN: 134545)
Bill@FreedomXLaw.com
Freedom X
11500 Olympic Blvd., Suite 400
Los Angeles, California 90064
Telephone: (310) 636-1018

Counsel for *David M. Kissner*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID M. KISSNER**, <br><br> Plaintiff, <br><br> vs. <br><br> **LOMA PRIETA JOINT UNION SCHOOL DISTRICT, et al.,** <br><br> Defendants. | Case No. 22-CV-00949-CRB <br><br> Hon. Charles R. Breyer <br><br> **PLAINTIFF DAVID M. KISSNER'S RESPONSE TO DEFENDANT ERIN ASHEGHIAN'S SPECIAL INTERROGATORIES, SET ONE** <br><br> Case Filed: February 16, 2022 <br> Trial Date: None Set |

PROPOUNDING PARTY:     Defendant, Erin Asheghian

RESPONDING PARTY:     Plaintiff, David M. Kissner

SET NO.:     One

## RESPONSES TO INTERROGATORIES

**Interrogatory No. 1:**

Identify each item of economic damages that you are seeking in this lawsuit.

**Response to Interrogatory No. 1:**

Objection. Calls for expert witness testimony. Subject to and without waiving this objection, Responding Party states:

1     Case No. 22-CV-00949-CRB

**Pl.'s Response To Interrogs. Set One,**
**Propounded By Def. Erin Asheghian**

Lisa Fraser, former superintendent. Ms. Fraser may be contacted through Propounding Party's counsel.

Kevin Grier, current superintendent. Mr. Grier may be contacted through Propounding Party's counsel.

Billy Martin, former principal. Mr. Martin may be contacted through Propounding Party's counsel.

Joie Grimmet, private investigator. 10400 Arrow Route 1-11, Rancho Cucamonga, California 91730.

Patricia Elliot, private investigator. 15466 Los Gatos Boulevard, Suite 109-365, Los Gatos, California 95032.

**Interrogatory No. 16:**

State, with particularity, each and every overt act that you contend Erin Asheghian took, at any time, in furtherance of a conspiracy to violate your constitutional rights.

**Response to Interrogatory No. 16:**

Responding Party objects on the ground that discovery is continuing. Calls for a legal conclusion. Subject to and without waiving these objections, Responding Party states: The factual basis for the conspiracy claim is presently based on circumstantial evidence that the Propounding Party actively campaigned for Measure N, participated in calling for a vacant trustee position to be filled by the board and opposed a petition for a special election to fill it, and oversaw the fiscal condition of the District and was therefore culpable for budget shortfalls and resisted public opposition to District budget policies.

**Interrogatory No. 17:**

Do you contend that Erin Asheghian took part in the decision to disclose records to Dan Dale, in or about April 2021, in response to Mr. Dale's public records request?

**Response to Interrogatory No. 17:**

Responding Party objects on the ground that discovery is continuing. Subject to and without waiving this objection, Responding Party states: No.

**Interrogatory No. 18:**

If you contend that Erin Asheghian took part in the decision to disclose records to Dan Dale, in or about April 2021, in response to Mr. Dale's public records request, state all facts upon which you base your contention.

**Response to Interrogatory No. 18:**

Responding Party objects on the ground that discovery is continuing. Subject to and without waiving this objection, Responding Party states: Not applicable.

**Interrogatory No. 19:**

Do you contend that Erin Asheghian took part in the decision to disclose records to Allan Hessenflow, in or about June or July 2021, in response to Mr. Hessenflow's public records request?

**Response to Interrogatory No. 19:**

Responding Party objects on the ground that discovery is continuing. Subject to and without waiving this objection, Responding Party states: No.

**Interrogatory No. 20:**

If you contend that Erin Asheghian took part in the decision to disclose records to Allan Hessenflow, in or about June or July 2021, in response to Mr. Hessenflow's public records request, state all facts upon which you base your contention.

**Response to Interrogatory No. 20:**

Responding Party objects on the ground that discovery is continuing. Subject to and without waiving this objection, Responding Party states: Not applicable.

1  Date: March 15, 2023

2                                                    FREEDOM X

4                         By:   /s/ William J. Becker, Jr.
                                William J. Becker, Jr.
5                               Attorneys for Plaintiff, David M. Kissner

# VERIFICATION

STATE OF CALIFORNIA        )
COUNTY OF SAN              )  ss.
FRANCISCO                  )

I, David M. Kissner, declare:

I am the Plaintiff in the above-entitled action. I have read the foregoing **PLAINTIFF DAVID M. KISSNER'S RESPONSE TO DEFENDANT ERIN ASHEGHIAN'S SPECIAL INTERROGATORIES, SET ONE** and know its contents. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I am informed and believe that they are true.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 14th day of March, 2023, at Rapid City, South Dakota.

_____
David M. Kissner