William J. Becker, Jr., Esq. (SBN: 134545)
Bill@FreedomXLaw.com
Freedom X
11500 Olympic Blvd., Suite 400
Los Angeles, California 90064
Telephone: (310) 636-1018

Counsel for *David M. Kissner*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID M. KISSNER**, <br><br> Plaintiff, <br><br> vs. <br><br> **LOMA PRIETA JOINT UNION SCHOOL DISTRICT, et al.,** <br><br> Defendants. | Case No. 22-CV-00949-CRB <br><br> Hon. Charles R. Breyer <br><br> **PLAINTIFF DAVID M. KISSNER'S RESPONSE TO DEFENDANT RON BOURQUE'S SPECIAL INTERROGATORIES, SET ONE** <br><br> Case Filed: February 16, 2022 <br> Trial Date: None Set |

PROPOUNDING PARTY:        Defendant, Ron Bourque

RESPONDING PARTY:         Plaintiff, David M. Kissner

SET NO.:                             One

## RESPONSES TO INTERROGATORIES

**Interrogatory No. 1:**

Do you contend that Ron Bourque participated in the deprivation of your constitutional rights?

**Response to Interrogatory No. 1:**

Objection. Calls for legal conclusion. Subject to and without waiving this objection,

1                                                                                                                  Case No. 22-CV-00949-CRB

**Pl.'s Response To Interrogs. Set One,**
**Propounded By Ron Bourque**

basis for the conspiracy claim is presently based on circumstantial evidence that the Propounding Party supported the District's handling of the 2018 student walkouts, actively supported Measure N, participated in calling for a vacant trustee position to be filled by the board and opposed a petition for a special election to fill it, and oversaw the fiscal condition of the District and was therefore culpable for budget shortfalls and resisted public opposition to District budget policies.

**Interrogatory No. 6:**

Do you contend that Ron Bourque took part in the decision to disclose records to Dan Dale, in or about April 2021, in response to Mr. Dale's public records request?

**Response to Interrogatory No. 6:**

Responding Party objects on the ground that discovery is continuing. Subject to and without waiving this objection, Responding Party states: No.

**Interrogatory No. 7:**

If you contend that Ron Bourque took part in the decision to disclose records to Dan Dale, in or about April 2021, in response to Mr. Dale's public records request, state all facts upon which you base your contention.

**Response to Interrogatory No. 7:**

Responding Party objects on the ground that discovery is continuing. Subject to and without waiving this objection, Responding Party states: Not applicable.

**Interrogatory No. 8:**

Do you contend that Ron Bourque took part in the decision to disclose records to Allan Hessenflow, in or about June or July 2021, in response to Mr. Hessenflow's public records request?

**Response to Interrogatory No. 8:**

Responding Party objects on the ground that discovery is continuing. Subject to and without waiving this objection, Responding Party states: No.

**Interrogatory No. 9:**

If you contend that Ron Bourque took part in the decision to disclose records to Allan Hessenflow, in or about June or July 2021, in response to Mr. Hessenflow's public records request, state all facts upon which you base your contention.

**Response to Interrogatory No. 9:**

Responding Party objects on the ground that discovery is continuing. Subject to and without waiving this objection, Responding Party states: Not applicable.

Date: March 15, 2023

             Freedom X

          By:  /s/ William J. Becker, Jr.
             William J. Becker, Jr.
             Attorneys for Plaintiff, David M. Kissner

Pl.'s Response To Interrogs. Set One,
Propounded By Ron Bourque

5        Case No. 22-CV-00949-CRB

# VERIFICATION

STATE OF CALIFORNIA            )
COUNTY OF SAN                  )  ss.
FRANCISCO                      )

I, David M. Kissner, declare:

I am the Plaintiff in the above-entitled action. I have read the foregoing **PLAINTIFF DAVID M. KISSNER'S RESPONSE TO DEFENDANT RON BOURQUE'S SPECIAL INTERROGATORIES, SET ONE** and know its contents. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I am informed and believe that they are true.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 14th day of March, 2023, at Rapid City, South Dakota.

_____
David M. Kissner