William J. Becker, Jr., Esq. (SBN: 134545)
Bill@FreedomXLaw.com
Freedom X
11500 Olympic Blvd., Suite 400
Los Angeles, California 90064
Telephone: (310) 636-1018

Counsel for *David M. Kissner*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID M. KISSNER**, | CASE NO. 22-CV-00949-CRB |
| Plaintiff, | HON. CHARLES R. BREYER |
| vs. | **PLAINTIFF DAVID M. KISSNER'S RESPONSE TO DEFENDANT BILLY MARTIN'S SPECIAL INTERROGATORIES, SET ONE** |
| **LOMA PRIETA JOINT UNION SCHOOL DISTRICT, et al.**, | |
| Defendants. | Case Filed: February 16, 2022<br>Trial Date: None Set |

PROPOUNDING PARTY:          Defendant, Billy Martin

RESPONDING PARTY:            Plaintiff, David M. Kissner

SET NO.:                                  One

## RESPONSES TO INTERROGATORIES

**Interrogatory No. 1:**

Do you contend that Billy Martin participated in the deprivation of your constitutional rights?

**Response to Interrogatory No. 1:**

Objection. Calls for legal conclusion. Subject to and without waiving this objection,

**Interrogatory No. 5:**

State, with particularity, each and every overt act that you contend Billy Martin took, at any time, in furtherance of a conspiracy to violate your constitutional rights.

**Response to Interrogatory No. 5:**

Responding Party objects on the ground that discovery is continuing. Calls for a legal conclusion. Subject to and without waiving these objections, Responding Party states: The factual basis for the conspiracy claim is presently based on circumstantial evidence that the Propounding Party actively campaigned for Measure N, was a close friend of the superintendent, and his position as principal was threatened by Responding Party's opposition to District fiscal practices.

**Interrogatory No. 6:**

Do you contend that Billy Martin took part in the decision to disclose records to Dan Dale, in or about April 2021, in response to Mr. Dale's public records request?

**Response to Interrogatory No. 6:**

Responding Party objects on the ground that discovery is continuing. Subject to and without waiving this objection, Responding Party states: No.

**Interrogatory No. 7:**

If you contend that Billy Martin took part in the decision to disclose records to Dan Dale, in or about April 2021, in response to Mr. Dale's public records request, state all facts upon which you base your contention.

**Response to Interrogatory No. 7:**

Not applicable.

**Interrogatory No. 8:**

Do you contend that Billy Martin took part in the decision to disclose records to Allan Hessenflow, in or about June or July 2021, in response to Mr. Hessenflow's public records request?

4                                                         Case No. 22-CV-00949-CRB

Pl.'s Response To Interrogs. Set One,
Propounded By Def. Billy Martin

**Response to Interrogatory No. 8:**

Responding Party objects on the ground that discovery is continuing. Subject to and without waiving this objection, Responding Party states: No.

**Interrogatory No. 9:**

If you contend that Billy Martin took part in the decision to disclose records to Allan Hessenflow, in or about June or July 2021, in response to Mr. Hessenflow's public records request, state all facts upon which you base your contention.

**Response to Interrogatory No. 9:**

Not applicable.

Date: March 15, 2023

FREEDOM X

By:   /s/ William J. Becker, Jr.
William J. Becker, Jr.
Attorneys for Plaintiff, David M. Kissner

5                                                                 Case No. 22-CV-00949-CRB

**Pl.'s Response To Interrogs. Set One,**
**Propounded By Def. Billy Martin**

# VERIFICATION

STATE OF CALIFORNIA       )
COUNTY OF San Francisco   )  ss.
                          )

I, David M. Kissner, declare:

I am the Plaintiff in the above-entitled action. I have read the foregoing **PLAINTIFF DAVID M. KISSNER'S RESPONSE TO DEFENDANT BILLY MARTIN'S SPECIAL INTERROGATORIES, SET ONE** and know its contents. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I am informed and believe that they are true.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 14th day of March, 2023, at Rapid City, South Dakota.

_____
David M. Kissner

**Verification**