William J. Becker, Jr., Esq. (SBN: 134545)
Bill@FreedomXLaw.com
**Freedom X**
11500 Olympic Blvd., Suite 400
Los Angeles, California 90064
Telephone: (310) 636-1018

Counsel for Plaintiff, *David M. Kissner*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID M. KISSNER**, <br><br> Plaintiff, <br><br> vs. <br><br> **LOMA PRIETA JOINT UNION SCHOOL DISTRICT, et al.**, <br><br> Defendants. | Case No. 22-CV-00949-CRB <br><br> Hon. Charles R. Breyer <br><br> **DECLARATION OF WILLIAM J. BECKER, JR., IN SUPPORT OF PLAINTIFF DAVID M. KISSNER'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND STATEMENT OF NON-OPPOSITION; EXHIBITS** <br><br> **Date:** July 28, 2023 <br> **Time:** 10:00 a.m. <br> **Ctrm.:** 6 <br><br> **Compl. Filed:** February 16, 2022 <br> **SAC Filed:** March 20, 2022 <br> **Trial Date:** None set |

I, William J. Becker, Jr., declare as follows:

1.  I am an attorney admitted to practice before all the courts in the State of California and counsel of record for David M. Kissner, Plaintiff herein ("Kissner"). The following facts and circumstances are personally known to me, and if called upon to do so, I could and would competently testify as to them.

2.  This declaration is submitted in support of Kissner's Opposition to Defendants' Motion for Summary Judgment.

3. The following exhibits are true and correct copies and are attached hereto and incorporated herein as follows:

| Exhibit No. | Description |
| --- | --- |
| 1 | Kissner's Hiring Contracts |
| 2 | Fraser's 2018 letter to Kissner |
| 3 | Kissner's 2018 response to Fraser's letter |
| 4 | Fraser's deposition transcript selected excerpts |
| 5 | Elliot's deposition transcript selected excerpts |
| 6 | First PRA request and response |
| 7 | Second PRA request and response |
| 8 | In the Matter of the District's Reduction in Force of David Kissner, volume 1, selected excerpts |
| 9 | In the Matter of the District's Reduction in Force of David Kissner, volume 1I, selected excerpts |
| 10 | CBO Vance February 3, 202, email to Fraser |
| 11 | Loma Prieta Joint Union Elementary School District Resolution No. 21-XIV Reduction Or Elimination Of Particular Kinds Of Service |
| 12 | Layoff notice |
| 13 | Screenshot of Kissner's replacement |
| 14 | Defendant Billy Martin's Supplemental Responses To Plaintiff David Kissner's Interrogatories, Set One |
| 15 | Personnel report |
| 16 | June 2021 Board presentation |
| 17 | In the Matter of the District's Reduction in Force of David Kissner, volume VII, selected excerpts |
| 18 | February 12, 2020, Board agenda and minutes |
| 19 | Amended Board Policy 4119.21 |
| 20 | Original Board Policy 4119.21 |
| 21 | March 31, 2020, Warning of Unprofessional Conduct |
| 22 | April 2, 2022 Warning of Unsatisfactory Performance |
| 23 | March 22, 2021, letter from Becker to Bock demanding withdrawal of grooming allegations (page 3) |
| 24 | April 15, 2019, Kissner PRA request and response |

| | | |
|---|---|---|
| 25 | | Memorandum Of Points And Authorities In Support Of Defendants' Special Motion To Strike Portions Of Plaintiff's Complaint (selected pages) |
| 26 | | June 9, 2023, email from Becker to Modaferri |
| 27 | | Opposition To Motion For Order Granting Writ Of Administrative Mandate stating when the original BP 4119.21 was adopted by the District |
| 28 | | April 12, 2021, email from Fraser to Martin |

4.	These exhibits were exchanged in initial disclosures or discovery in this action except for the pleadings in related actions of which I represent the Plaintiff herein.

I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct. Executed this 7th day of July, 2023, at Scottsdale, Arizona.

_____
William J. Becker, Jr., Declarant