

**LomaPrieta**
·JOINT· UNION· SCHOOL· DISTRICT·

Above all, education.

23800 SUMMIT ROAD, Los Gatos California 95033
(408) 353-1101        FAX: (408) 353-8051
*Corey Kidwell, Superintendent*

## Certificated Employment Offer

**Name** David Kissner           **Social Security No.** ▮
**Address:** ▮
**Home Phone Number:** ▮
**Email address:** ▮

You are offered employment as a certificated employee of the Loma Prieta Joint Union School District under the following terms and conditions:

**1. Governing Board Approval.** This offer is contingent upon approval by the Loma Prieta Joint Union School District Governing Board.

**2. Notice Of Classification.** If the Board approves this offer, you will be classified as a
☐ Permanent          ☐ Probationary (1st year)          ☐ Probationary (2nd year)

X Temporary certificated employee (see no. 3 below).          ☐ Probationary District Intern
(Education Code Section 44830.3)
(An intern does not acquire tenure while serving on an internship credential.)

You are offered employment to serve as a __6th Grade Core Math/Science Teacher__
(Job Title/Description Of Duties)

**3. Temporary Classification.** If you are classified as a temporary certificated employee, this temporary position is created under the California Education Code provision checked below:

X 44920 (Temporary Leave Replacement)

**4. Term Of Employment.** The term of employment is:
__11/29/12__ to __06/06/13__
(month-date-year to month-date-year)

Percentage of a full-time assignment: __100%__

**5. Compensation.** You shall be compensated in accordance with the salary schedule contained in the collective bargaining agreement between Loma Prieta Joint Union School District and Loma Prieta Teachers Association.
Salary schedule placement: Step: 4    Annual salary: $48,299.68

**6. Credential/Permits/Authorization To Teach Requirements.**
 a. This employment offer is contingent upon your possession, at the time services are to begin, of the following valid California credential(s) concerning the specified areas required by the District. You have represented that you possess the following California credential(s)/authorization required by the District.

| Type of credential/permit/authorization: | Expiration Date |
|---|---|
| Emergency Credential | 01/01/2014 |
| Preliminary Single Subject | 04/01/2018 |

 b. You understand and agree that you will register each credential or authorization listed above and any additional credential or authorization you may later acquire with all appropriate agencies, including the County Superintendent of Schools. You agree to maintain and renew each credential/authorization and to take and pass all examinations or continuing education courses that may be required to renew each of your credentials/authorizations.
 c. You understand that your continuing employment with the District requires maintaining each credential or authorization and that your failure to maintain any credential may be grounds for dismissal.
 d. Other terms and conditions of employment regarding credentials, permits, and authorizations to teach:
**Possession of valid California Teaching Credential and NCLB compliance in assigned area(s). Official transcripts reflecting units for placement on salary schedule as indicated on this offer. Verification of teaching experience for placement on salary schedule as indicated on this offer.**

**7. CBEST And District-Prescribed Proficiency Test.**
 You agree and understand that you must take and pass both CBEST and any District-prescribed proficiency test as a condition of continuing employment with the District.

**8. Other Terms And Conditions Of Employment.**
 a. This employment offer and your terms and conditions of employment are subject to the laws of the State of California, the rules, regulations, and policies of the State Board of Education and the Loma Prieta Joint Union School District Governing Board and the collective bargaining agreement between the District and Loma Prieta Teachers Association.
 b. The District may make any assignment authorized by your credentials.

**9. Termination of Contract/Release/Dismissal.**
 **a. Release From Temporary Employment**
 Regardless of the term of employment indicated in this offer you may be released from District employment as a temporary certificated employee at any time at the Governing Board's discretion pursuant to Education Code Section 44954.
 **b. Termination Of Probationary Or Permanent Employment**
 This offer and your employment with the District may be terminated for any reason authorized by law including, but not limited to:

1. Resignation. The District Superintendent is authorized to receive and accept resignations, and the District may set the effective date at any time during the fiscal year.
2. Retirement.
3. Termination of probationary employment/non-reelection under Education Code Section 44929.21.
4. Layoff under Education Code Section 44955.
5. Dismissal under Education Code Section 44932 or 44948.3.
6. Failure to maintain a required credential/authorization or failure to pass either CBEST or a District-prescribed proficiency test.

I accept employment with the Loma Prieta Joint Union School District under the conditions outlined in this Offer.

Employee Name __David Kissner__
Please print

Employee _____*signature*_____   Date __3/25/13__
Signature

Superintendent __Corey Kidwell__
Please print

Superintendent _____*signature*_____   Date __12/12/12__
Signature

**Governing Board Action**
Approved - date __12/12/12__
Rejected - date _____

EXHIBIT 4



### Above all, education.
# LOMA PRIETA
### ·JOINT· UNION· SCHOOL· DISTRICT·

23800 SUMMIT ROAD, Los Gatos California 95033
(408) 353-1101    FAX: (408) 353-8051
Corey Kidwell, Superintendent

## Certificated Employment Offer

**Name** David Kissner          **Social Security No.** ▇▇▇
**Address:** ▇▇▇
**Home Phone Number:** ▇▇▇
**Email address:** ▇▇▇

You are offered employment as a certificated employee of the Loma Prieta Joint Union School District under the following terms and conditions:

**1. Governing Board Approval.** This offer is contingent upon approval by the Loma Prieta Joint Union School District Governing Board.

**2. Notice Of Classification.** If the Board approves this offer, you will be classified as a
☐ Permanent          • Probationary (1st year)          ☐ Probationary (2nd year)

☐ Temporary certificated employee (see no. 3 below).          ☐ Probationary District Intern
   (Education Code Section 44830.3)          (An intern does not acquire tenure while serving on an internship credential.)

You are offered employment to serve as a  <mark>6th Grade Core Math/Science Teacher</mark>
                                          (Job Title/Description Of Duties)

**3. Temporary Classification.** If you are classified as a temporary certificated employee, this temporary position is created under the California Education Code provision checked below:

**4. Term Of Employment.** The term of employment is:
   <mark>08/14/13          to   06/05/14</mark>
   (month-date-year to month-date-year)

Percentage of a full-time assignment: __100%__

**5. Compensation.** You shall be compensated in accordance with the salary schedule contained in the collective bargaining agreement between Loma Prieta Joint Union School District and Loma Prieta Teachers Association.
Salary schedule placement:  Step: 5   Annual salary: $50,436.82

### 6. Credential/Permits/Authorization To Teach Requirements.

a. This employment offer is contingent upon your possession, at the time services are to begin, of the following valid California credential(s) concerning the specified areas required by the District. You have represented that you possess the following California credential(s)/authorization required by the District.

| Type of credential/permit/authorization: | Expiration Date |
|---|---|
| Emergency Credential | 01/01/2014 |
| Preliminary Single Subject | 04/01/2018 |

b. You understand and agree that you will register each credential or authorization listed above and any additional credential or authorization you may later acquire with all appropriate agencies, including the County Superintendent of Schools. You agree to maintain and renew each credential/authorization and to take and pass all examinations or continuing education courses that may be required to renew each of your credentials/authorizations.

c. You understand that your continuing employment with the District requires maintaining each credential or authorization and that your failure to maintain any credential may be grounds for dismissal.

d. Other terms and conditions of employment regarding credentials, permits, and authorizations to teach:

**Possession of valid California Teaching Credential and NCLB compliance in assigned area(s). Official transcripts reflecting units for placement on salary schedule as indicated on this offer. Verification of teaching experience for placement on salary schedule as indicated on this offer.**

### 7. CBEST And District-Prescribed Proficiency Test.

You agree and understand that you must take and pass both CBEST and any District-prescribed proficiency test as a condition of continuing employment with the District.

### 8. Other Terms And Conditions Of Employment.

a. This employment offer and your terms and conditions of employment are subject to the laws of the State of California, the rules, regulations, and policies of the State Board of Education and the Loma Prieta Joint Union School District Governing Board and the collective bargaining agreement between the District and Loma Prieta Teachers Association.

b. The District may make any assignment authorized by your credentials.

### 9. Termination of Contract/Release/Dismissal.

**a. Release From Temporary Employment**

Regardless of the term of employment indicated in this offer you may be released from District employment as a temporary certificated employee at any time at the Governing Board's discretion pursuant to Education Code Section 44954.

**b. Termination Of Probationary Or Permanent Employment**

This offer and your employment with the District may be terminated for any reason authorized by law including, but not limited to:

1. Resignation. The District Superintendent is authorized to receive and accept resignations, and the District may set the effective date at any time during the fiscal year.
2. Retirement.
3. Termination of probationary employment/non-reelection under Education Code Section 44929.21.
4. Layoff under Education Code Section 44955.
5. Dismissal under Education Code Section 44932 or 44948.3.
6. Failure to maintain a required credential/authorization or failure to pass either CBEST or a District-prescribed proficiency test.

I accept employment with the Loma Prieta Joint Union School District under the conditions outlined in this Offer.

Employee Name __DAVID KISSNER__
   Please print

Employee ____[signature]____   Date __6/7/13__
   Signature

Superintendent __Corey Kidwell__
   Please print

Superintendent ____[signature]____   Date __6/7/13__
   Signature

**Governing Board Action**
Approved - date __06/12/13__
Rejected - date _____



# LOMA PRIETA JOINT UNION ELEMENTARY SCHOOL DISTRICT
## RESOLUTION No. 14-III

### RESOLUTION OF CONSENT TO TEACHING ASSIGNMENT

**WHEREAS**, the Loma Prieta Joint Union Elementary School District assigned Mr. David Kissner to teach for the 2013-2014 school year; and

**WHEREAS**, the above named employee holds a Single Subject Math Credential; and

**WHEREAS**, said teacher has consented to the assignment and has completed at least 6 upper division or 12 semester units in Science, in accordance with California Education Code Section 44256 (b), the above named employee is authorized to teach in the departmentalized setting with the current credential;

**NOW, THEREFORE, BE IT RESOLVED**, that the Board of Education of the Loma Prieta Joint Union Elementary School District authorizes Mr. David Kissner to teach Science in a departmentalized setting with a Single Subject Math Credential.

**PASSED AND ADOPTED** by the following vote of the Loma Prieta Joint Union Elementary School District Board of Education at its meeting of August 14, 2013.

AYES: 3
NOES: 0
ABSTAIN: 0
ABSENT: 2

_____
Shannon Hickok, President of the Board of Trustees

I, Jennifer Straw, Vice President of the Board of Trustees of the Loma Prieta Joint Union Elementary School District in Santa Clara County, California, do hereby certify that the foregoing is a full, true and correct copy of a resolution adopted by the Board at a meeting thereof held at its regular place of meeting on the date shown above and by the vote above stated, which resolution is on file in the office of said Board.

_____
Jennifer Straw, Vice President of the Board of Trustees
Dated: 14 August 2013    *Absent - signed by Secretary of the Board ibf*