Marked for ID D1

A31

Loma Prieta Joint Union School District
23800 Summit Road
Los Gatos, CA. 95033

October 18, 2018

Dear David Kissner,

In a letter dated April 30, 2018, the District formally notified you that they had received an anonymous letter with allegations that you may have engaged in conduct that violates the District's policies and/or procedures with respect to your interactions with minors.

The District referred the issues noted in the anonymous letter to the Santa Cruz County Deputy Sheriff's Department for criminal investigation, which prompted the District to place you on paid administrative leave effective May 1, 2018.

The District further informed you that the anonymous letter allegations would be included as a separate issue in the Student Walkout Investigation already underway. The independent investigator interviewed several witnesses, reviewed relevant documentation, and determined that there are facts that support some of the allegations in the anonymous letter. In addition, other significant concerns regarding your conduct with children arose through the investigative process.

The following represents a summary of the relevant investigative findings provided.

1]     It was determined that you knowingly, and admittedly, provided alcohol to a minor during a non-school sponsored camping trip.

*Though no criminal charges have been filed, and your employment status is not in jeopardy at this stage, your conduct, whether intended or not, has had a significant negative impact on students. Please be advised that any further report of providing alcohol to a minor will result in further corrective action up to and including criminal charges and/or possible termination of your employment.*

2]     It was determined that there are instances of your conduct with children that represent either a lack of professional boundaries or questionable teaching practices, as noted below.

- Maintaining professional boundaries in all forms of communication, technology-related or not, is vital to maintaining the public trust and appropriate professional relationships with students. Contacting students via private text message late in the evening is ill-advised.

- While it is true that sharing personal stories can help to establish connections with students, the content must be age-appropriate and must not cause any student to feel uncomfortable. Please be aware that stories and/or word problems of a graphic, gory, and/or violent nature may appeal to some students but may offend and frighten others and thus should be used judiciously.

- When a male student asked to use the restroom in your classroom, you admittedly stated that he would not be able to go to the bathroom but that you would give him a "small

*Board of Trustees:*
*Deana A. Arnold, President    Shannon Hickok, Vice-President*
*Ron Bourque, Member    Marco V. Menéndez, Member    Kerrie Mills, Member*

A31

006133

Marked for ID D1

A32

binder clip" he could use on his penis instead, inferring that the boy had a small penis. This type of humor is inappropriate and has no place in a school setting. Generally speaking, the use of sarcasm with middle school age students can have significant, negative repercussions and is therefore ill-advised.

- In addition to the findings above, the anonymous letter referenced parental concerns described as "grooming" behavior on your part. Specifically, singling out a young person and taking him somewhere alone and away from the group and offering alcohol, asking youth about sex and/or sexual encounters, and posting images of youth on your personal website. Though you have acknowledged the above to be true, you offered that your actions have been misperceived by those reporting. The National Education Association (NEA) has published a list of common-sense pointers for avoiding false allegations which you may be wise to review and consider in your future interactions with youth to avoid similar issues in the future. (See attached)

*Please be advised that should there be future incidents wherein students are negatively impacted by your use of ill-advised classroom practices and/or protocols, further corrective action may result, up to and including possible termination of your employment.*

In addition, as you are aware, the investigation in this matter involved discussions with a number of members of our community, staff, and students, including yourself. Please be aware that the District will not tolerate any retaliation against you by any person for your participation in this investigation. Similarly, the District will not tolerate any retaliation by you against any person who also participated in this investigation.

With all of this said, the school year appears to be off to a good start and I remain committed to supporting you in seeing that this trend continues. If I can be of assistance to you in better understanding any of the areas discussed above, please let me know. In addition to the one source noted above, there are other publications that I can provide as a resource to you should you need additional information. Further, if you have any questions regarding any of these matters, feel free to ask me directly.

Sincerely,

*Lisa Fraser*
Lisa Fraser
Superintendent

I have read and discussed the contents of this memo with my immediate supervisor.

_____    _____
Employee's Signature                              Date

*Employee did not sign @ mtg. Pending - LFraser 11/2/18*

This document will be placed in your personnel file after ten days. You may prepare a response which will be attached to this memo.

A32