# [95033talk] Request for public records pursuant to PRA

From: dan dale (danieldale95033@gmail.com)

To: 95033talk@groups.io

Date: Friday, April 16, 2021, 11:06 AM PDT

Sean said: Please post your request and respond from school. This is the ultimate transparency.

Experiment proven. Please see below. Sean - what say you now? Ready to back down from your claims or will you pivot to a new one (we all know the answer. It is called obfuscation. Change the subject. Do something called whataboutism).

As to people who said that I was over the line. I quote - The accusations of alcohol and other misconduct because the writer heard it are of concern.   No citations.  Is that slander?

No attorney here either but here is what I read: Slander is the oral communication of false statements that are harmful to a person's reputation. If the statements are proven to be true, it is a complete defense to a charge of slander. Oral opinions that don't contain statements of fact don't constitute slander.

Citations and receipts are in the attached. I will wait for the apologies.

---------- Forwarded message ---------
From: **e.bevans@loma.k12.ca.us** <e.bevans@loma.k12.ca.us>
Date: Fri, Apr 16, 2021 at 10:43 AM
Subject: Re: Request for public records pursuant to PRA
To: dan dale <danieldale95033@gmail.com>


Good morning Mr. Dale,


Attached please find the response to your public records request.  Please do not hesitate to contact me with any questions you may have.


Sincerely,

Eileen Bevans-Franks

Administrative Assistant to the Superintendent

Loma Prieta Joint Union School District

23800 Summit Road

Los Gatos, CA  95033

408/353-1101 – p

408/353-8051 - f

**Exhibit 0030**

RESP000317
004298

**From:** dan dale <danieldale95033@gmail.com>
**Date:** Friday, April 16, 2021 at 9:49 AM
**To:** Eileen Bevans-Franks <e.bevans@loma.k12.ca.us>
**Subject:** Request for public records pursuant to PRA

Hello Eileen-

Pursuant to the California Public Requests Act, I am requesting the charges for Mr. Kissner's dismissal. I understand you can share with me non-exempt, non-privileged, disclosable records.

Thank you,

Daniel Dale

Attachments:

- Dale PRA April 2021.pdf

---

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112569) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]



23800 Summit Road, Los Gatos California 95033
Phone: (408) 353-1101    Fax: (408) 353-8051
www.loma.k12.ca.us
Lisa Fraser, Superintendent
Dr. Billy Martin, Principal

April 16, 2021

Via Email Only

Dan Dale
Danieldale95033@gmail.com

Re:   April 16th Records Request to Loma Prieta Joint Union School District

Dear Mr. Dale:

This correspondence is in response to your April 16, 2021 email request for records to the Loma Prieta Joint Union School District ("District"). The District interprets your request to be a request for public records pursuant to the California Public Records Act ("PRA"; Govt. Code section 6250 *et seq*.).

The PRA requires a school district to provide non-privileged, non-exempt documents in response to a request that reasonably identifies a public record or records within its possession. Additionally, the Government Code exempts certain categories of records from disclosure under the PRA and some of those exemptions may apply directly to your requests. (*See e.g.*, Gov. Code §§ 6254, 6255; Evid. Code, §§ 954; 1040(b)(2).) To the extent that the records you have requested fall within any of the categories covered by one or more of the exemptions, the District cannot produce those records. Government Code section 6255 also allows a government agency to withhold records if it can demonstrate that, on the facts of a particular case, the public interest served by withholding the records clearly outweighs the public interest served by disclosure.

The District responds to your request as follows:

**Your Request:**

"I am requesting the charges for Mr. Kissner's dismissal."

**Response to Your Request:**

The District has determined that your request, as written and submitted, does not meet the requirement for a proper PRA request in that it fails to identify records with reasonable

**Exhibit 0031**

*Board of Trustees:*
*Deana A. Arnold, President   Ron Bourque, Vice-President*
*Ben Abeln, Member   Erin Asheghian, Member   Charlotte Boisvert-Khandelwal*

particularity. Government Code section 6253(b). Moreover, the request is objected to on the grounds that it would require potential information to be disclosed which is exempt from the PRA based on: personnel, medical, or similar files, the disclosure of which would constitute an unwarranted invasion of personal privacy, attorney client privilege and attorney work product. Government Code section 6254(c).

Specifically, under Government Code section 6255, a public entity may withhold a record if, based on the facts of the particular case, the public interest served by not disclosing the record clearly outweighs the public interest served by disclosing the record. Additionally, the California Government Code excludes from disclosure other records, including "[r]ecords, the disclosure of which is exempted or prohibited pursuant to federal or state law, including, but not limited to, provisions of the Evidence Code relating to privilege." (Gov. Code § 6254(k).) In this regard, Article I, Section 1 of the California Constitution provides that:

> All people are by nature free and independent and have inalienable rights. Among these are enjoying and defending life and liberty, acquiring, possessing, and protecting property, and pursuing and *obtaining safety*, happiness, *and privacy*. (Emphasis added.)

(See also, *New York Times v. Superior Court* (1990) 218 Cal.App.3d 1579.)

The District is not able to produce records that are exempt from disclosure under the PRA and/or state and federal law. Documents potentially responsive to your request may be exempt from production under the PRA's pending litigation, preliminary drafts, attorney-client privilege, attorney work product privilege, and/or deliberative process privilege exemptions. (*See e.g.,* Gov. Code §§ 6254 and 6255.) Additionally, the District cannot disclose information that is likely to allow identification of students in violation of the federal Family Educational Rights and Privacy Act ("FERPA") and corresponding California state law. (*See e.g.,* Gov. Code §§ 6254(k), 20 U.S.C. 1232g, and Ed. Code § 49076.) Furthermore, the District is not able to disclose records which may constitute an unwarranted invasion of personal privacy and employee privacy. (*See e.g.,* Gov. Code §§ 6254 (c) and 6255, *see also,* Cal. Const. Art. 1, §§ 1 and 3.)

Further, the California Court of Appeals held that records of complaints or investigations against a public employee can be disclosed only if "the complaint is of a substantial nature and there is reasonable cause to believe the complaint or charge of misconduct is well-founded." (See, *Bakersfield City School Dist. v. Superior Court* (2004) 118 Cal.App.4th 1041 at 1044; see also, *BRV, Inc. v. Superior Ct.* (2006) 143 Cal.App.4th 742.) However, in such instances, a public agency's decision to release confidential documents under the PRA is reviewable by petition for writ of mandate in a "reverse-PRA" lawsuit. (See, *Marken v. Santa Monica-Malibu Unified School Dist.* (2012) 202 Cal.App.4th 1250.)

Without waiving the aforementioned objections, the District has determined it possesses records responsive, at least in part, to your requests and is providing you with a copy of the non-exempt, non-privileged, disclosable records responsive to your request, enclosed herein.

RESP000320
004301

As stated above, the District is unable to produce privileged document(s) or information encompassed by an exemption under the PRA or any state or federal law. (*See e.g.*, Gov. Code §§ 6254 and 6255.) Accordingly, the District will segregate and/or redact privileged and/or exempt information as needed. To the extent the District inadvertently produces any privileged document that is encompassed by an exemption under the PRA or any state or federal law, such a production is not intended to be a waiver of any privilege or any right to withhold such documents or documents of a similar nature. The District reserves the right to amend or supplement this response upon discovery of additional responsive documents. As such, the District will notify you should it need to amend its response.

The District is aware of its obligation under Government Code section 6253.1 to assist you in making more focused and effective requests that reasonably describe an identifiable record or records. If, after reviewing this letter, you have any further questions or concerns, please contact me directly.

Sincerely,

Lisa Fraser
Superintendent


Encl: Notice of Proposed Intent to Dismiss with Statement of Charges