

**Loma Prieta**
JOINT UNION SCHOOL DISTRICT

*23800 Summit Road, Los Gatos California 95033*
*Phone: (408) 353-1101   Fax: (408) 353-8051*
*www.loma.k12.ca.us*
*Dr. Kevin Grier, Superintendent*
*Dr. Billy Martin, Principal*

July 6, 2021

Via Email Only (allanh@kallisti.com)

Allan Hessenflow

Re:   CPRA request

Dear Mr. Hessenflow:

This correspondence is in response to your June17, 2021 request for records submitted to the Loma Prieta Joint Union School District ("District"). The District interprets your request to be a request for public records pursuant to the California Public Records Act ("PRA"; Govt. Code section 6250 *et seq.*). Thank you for your clarification email on June 29, 2021 wherein you detailed that you were requesting copies of "new or amended dismissal charges [related to David Kissner] since the February 12, 2021 dismissal letter and statement of charges."

The PRA requires a school district to provide non-privileged, non-exempt documents in response to a request that reasonably identifies a public record or records within its possession. Additionally, the Government Code exempts certain categories of records from disclosure under the PRA and some of those exemptions may apply directly to your requests. (*See e.g.*, Gov. Code §§ 6254, 6255; Evid. Code, §§ 954; 1040(b)(2).) To the extent that the records you have requested fall within any of the categories covered by one or more of the exemptions, the District will not produce those records. Government Code section 6255 also allows a government agency to withhold records if it can demonstrate that, on the facts of a particular case, the public interest served by withholding the records clearly outweighs the public interest served by disclosure.

The District has determined that your request is objected to on the grounds that it may require information to be disclosed which is exempt from the PRA based on: personnel, medical, or similar files, the disclosure of which would constitute an unwarranted invasion of personal privacy, attorney client privilege and attorney work product. Government Code section 6254(c).

Specifically, under Government Code section 6255, a public entity may withhold a record if, based on the facts of the particular case, the public interest served by not disclosing the record clearly outweighs the public interest served by disclosing the record. Additionally, the California Government Code excludes from disclosure other records, including "[r]ecords, the disclosure of

*Board of Trustees:*
*Deana A. Arnold, President     Ron Bourque, Vice-President*
*Ben Abeln, Member     Erin Asheghian, Member     Charlotte Boisvert-Khandelwal*

which is exempted or prohibited pursuant to federal or state law, including, but not limited to, provisions of the Evidence Code relating to privilege." (Gov. Code § 6254(k).) In this regard, Article I, Section 1 of the California Constitution provides that:

> All people are by nature free and independent and have inalienable rights. Among these are enjoying and defending life and liberty, acquiring, possessing, and protecting property, and pursuing and *obtaining safety*, happiness, *and privacy*. (Emphasis added.)

> (*See also, New York Times v. Superior Court* (1990) 218 Cal.App.3d 1579.)

The District will not produce records that are exempt from disclosure under the PRA and/or state and federal law. Documents potentially responsive to your request may be exempt from production under the PRA's pending litigation, preliminary drafts, attorney-client privilege, attorney work product privilege, and/or deliberative process privilege exemptions. (*See e.g.*, Gov. Code §§ 6254 and 6255.) Additionally, the District will not disclose information that is likely to allow identification of students in violation of the federal Family Educational Rights and Privacy Act ("FERPA") and corresponding California state law. (*See e.g.*, Gov. Code §§ 6254(k), 20 U.S.C. 1232g, and Ed. Code § 49076.) Furthermore, the District will not disclose records which may constitute an unwarranted invasion of personal privacy and employee privacy. (*See e.g.*, Gov. Code §§ 6254 (c) and 6255, *see also*, Cal. Const. Art. 1, §§ 1 and 3.)

Further, the California Court of Appeals held that records of complaints or investigations against a public employee can be disclosed only if "the complaint is of a substantial nature and there is reasonable cause to believe the complaint or charge of misconduct is well-founded." (See, *Bakersfield City School Dist. v. Superior Court* (2004) 118 Cal.App.4th 1041 at 1044; see also, *BRV, Inc. v. Superior Ct.* (2006) 143 Cal.App.4th 742.) However, in such instances, a public agency's decision to release confidential documents under the PRA is reviewable by petition for writ of mandate in a "reverse-PRA" lawsuit. (See, *Marken v. Santa Monica-Malibu Unified School Dist.* (2012) 202 Cal.App.4th 1250.)

Notwithstanding and without waiving the aforementioned objections, the District has determined it is in possession of records responsive, at least in part, to your request and is providing you with a copy of the non-exempt, non-privileged, disclosable records responsive to your request herein.

As stated above, the District will not produce privileged document(s) or information encompassed by an exemption under the PRA or any state or federal law. (*See e.g.*, Gov. Code §§ 6254 and 6255.) Accordingly, the District will segregate and/or redact privileged and/or exempt information as needed. To the extent the District inadvertently produces any privileged document that is encompassed by an exemption under the PRA or any state or federal law, such a production is not intended to be a waiver of any privilege or any right to withhold such documents or documents of a similar nature. The District reserves the right to amend or supplement this response upon discovery of additional responsive documents. As such, the District will notify you should it need to amend its response.

The District is aware of its obligation under Government Code section 6253.1 to assist you in making more focused and effective requests that reasonably describe an identifiable record or

RESP000347 004328

records. If, after reviewing this letter, you have any further questions or concerns, please contact me directly.

Sincerely,

Kevin Grier
Superintendent


Enclosure

RESP000348 004329