# BEFORE THE
# BOARD OF TRUSTEES OF THE
# LOMA PRIETA JOINT UNION SCHOOL DISTRICT
# COUNTY OF CONTRA COSTA, STATE OF CALIFORNIA
# DANETTE BROWN, ADMINISTRATIVE LAW JUDGE

In the Matter of the District's
Reduction in Force of

DAVID KISSNER,

              Respondent.

OAH NO. 2021040076

Volume I

## VIDEOCONFERENCE TRANSCRIPT OF PROCEEDINGS
MONDAY, APRIL 26, 2021

9:05 A.M.

# CERTIFIED COPY



5241 E. SANTA ANA CYN. RD., #100

ANAHEIM HILLS, CA 92807

Phone: 714-637-3774

Fax: 714-637-3023

REPORTER:

TRACY A. TERKEURST, CSR #8180

```
 1    principal who serves both sites, Dr. Billy Martin.  We
 2    have a director of facilities -- maintenance and
 3    facilities operations; we have a director of
 4    transportation; and we have -- another person on our
 5    cabinet runs our after-school program; and then we have
 6    a director of student support and special education.
 7        Q   Great.  Thank you.
 8            So in your capacity as a district
 9    superintendent, were you the person who was primarily
10    responsible for the layoff procedures and process?
11        A   Yeah.  My job would be to make sure that we
12    follow process with the assistance of clerical
13    assistance, but, yes, that would be my responsibility.
14        Q   Okay.  So at some point during the 2020-2021
15    school year, so the current school year, did the
16    district determine that it needed to reduce the number
17    of certificated employees for next year, the 2021-2022
18    school year?
19        A   Yes, we did.
20        Q   Okay.  And why was that?
21        A   Well, we've been experiencing issues with
22    declining enrollment and also issues with budget -- need
23    for budget reductions.  When I came on board, I
24    inherited a budget that had been -- where there had been
25    some deficit spending, and so in our strategic plan, we
```

1    set out to balance the budget and maintain a 12 percent

2    reserve, and that actually started prior to this school

3    year.

4         Q    So the district has budget plans, I assume?

5         A    Correct.  I've been making budget plans for

6    quite some time.

7         Q    Officially, do you have a three-year budget

8    projection?

9         A    Yes.  That is required, to do a multiyear --

10   multiyear budget.

11        Q    So what process did you start when you

12   realized that due to, you said, declining enrollment and

13   some budget shortfalls, in determining how the district

14   would cut funds from its budget?

15        A    Okay.  That's a great question.

16             So in January of 2020, so that would have been

17   in my second year after studying the budget, I

18   implemented a superintendent's budget advisory committee

19   with the sole purpose of looking at our budget and what

20   we could do to meet the -- balance the budget while

21   still maintaining a 12 percent reserve.  And so I

22   started that in January.

23             In May of 2020, June of 2020, is when we began

24   talking more deliberately about the need for not just

25   budget reductions, but we are experiencing enrollment

1    decline, and so my CBO notified me that, particularly at

2    the middle school, we would be needing to make at least

3    at 1.2 FTE reduction in the '21-'22 school year.  So

4    I've been planning for that for quite some time.

5           In addition, we -- our budget advisory

6    committee was guiding the Measure N parcel tax as a

7    means of not having to -- as a means of revenue.  And so

8    when we -- when we were budgeting, we were budgeting in

9    two different scenarios:  One would be if Measure N

10   passed, and one would be if Measure N did not pass.

11   Either way, we needed to make $100,000 budget cuts if

12   Measure N were to pass, and approximately $400,000 in

13   cuts were it to fail.

14          I should note that that -- those budget cuts

15   were above and beyond the need for a 1.2 FTE reduction

16   at C.T. English Middle School due to enrollment decline.

17   So both of those factors played into the need for

18   layoffs.

19      Q   And what percentage of the district's budget

20   is allocated to personnel costs?

21      A   Approximately 5 percent.  Cathy can give you

22   the exact -- you know, exact amount, but generally

23   speaking, about 85 percent of your budget is, you know,

24   general fund.

25      Q   Do you know the approximate amount of the

1      A   Well, we need those services in order to meet

2    the needs of our special ed population, and with the

3    multiple-subject teaching credential, we needed to

4    include that particular kind of service so that we

5    could -- that we would have multiple-subject teachers

6    available for core programming.

7      Q  Great.

8      And these reductions, the 4.0 reduction,

9   FTE reduction was for Loma Elementary and for

10  C.T. English; correct?

11     A   Correct.  Those were districtwide, yes.

12    MS. GEORGINO:  Your Honor, I would like to move

13  that Exhibit 1 be entered into evidence.

14    MR. BECKER:  No objection.

15    ADMINISTRATIVE LAW JUDGE:  Exhibit 1 is admitted.

16      (Complainant's Exhibit No. 1 was

17      received in evidence by the Administrative

18      Law Judge.)

19    MS. GEORGINO:  Thank you.

20  BY MS. GEORGINO:

21     Q   Now, we talked about the need to reduce a 1.2

22  FTE from C.T. middle school because of a decline in

23  enrollment; correct?

24     A   Yes.

25     Q   And how did you determine what services in

1    that regard you needed to reduce?

2        A    Well, it's a little bit trickier with the

3    middle school master schedule, but what we determined is

4    that in order to make the cuts, that we needed to change

5    our sixth-grade programming to be more flexible, and

6    that was for this coming year and also for the

7    long-term.

8            By shifting to core programming, we believe

9    that -- and filling that with the multiple-subject

10   credential, we believe that we could, in the long-term,

11   if we had the need to go to a self-contained classroom

12   or if we couldn't restore the electives through the

13   budget cuts, that we would have more flexibility in

14   doing that in a sixth-grade core program.

15           It had -- there had been a precedent for that

16   in years past.  There's research to support that that

17   can be a good programing for sixth grade, and we believe

18   that that would be an important thing to do.

19           In addition, we moved all of our

20   single-subject teachers to teach two seventh, two eighth

21   grade, and a fifth section in a single-subject model for

22   the upper grades.

23           In addition, we did a reduction in force

24   for -- our P.E. teacher was teaching two sixth-grade

25   science sections, so she was reduced to .4, and we also

1     you recognize that document, Lisa?

2         A    Yes, I do.

3         Q    And what is that?

4         A    That is a notice of reduction in force

5     hearing.  It's to David acknowledging that -- that we

6     would hold this hearing.

7         MS. GEORGINO:  Okay.  Your Honor, I would like to

8     request that Exhibit 6 and 9 be admitted into evidence.

9         MR. BECKER:  No objection.

10        ADMINISTRATIVE LAW JUDGE:  6 and 9 are admitted.

11            (Complainant's Exhibit No. 6 and 9

12            were received in evidence by the

13            Administrative Law Judge.)

14    BY MS. GEORGINO:

15        Q    Okay.  So, Lisa, we talked earlier about this

16    transition from -- the district changing next year from

17    a sixth-grade single-subject program to a core program.

18        A    Correct.

19        Q    And can you explain to us how that decision

20    was impacted or effected by the 1.2 FTE reduction you

21    needed from the elimination of an eighth-grade class?

22        A    Yes.  My CBO had let me know early on in the

23    budget reduction process that in addition to the

24    $400,000 in cuts that we would have to be making for the

25    next school year, that we would, in addition, need to

1    reduce a 1.2 full-time equivalent at the middle school

2    due to declining enrollment.

3           And so, consequently, we looked at what would

4    be -- what could we do that would bring -- you know,

5    bring our number of sections down accordingly, and plan

6    programmatically for this year and for the future.  As I

7    mentioned, we were anticipating budget cuts again in the

8    following year, and so we are trying to build a program

9    that is as flexible as possible, but also one that where

10   we could address ongoing budget concerns.

11          And so -- so we began talking about the

12   potential of a shift in program in the budget advisory

13   committee, and we found that this probably will be in

14   the best interest of kids in the program both next year

15   and potentially in the years to come.

16       Q    And why -- when you reduced -- when you got

17   rid of the eighth-grade class, that meant what

18   reductions did you have in offerings in terms of FTE?

19   Can you go through that with us?

20       A    Can you ask that again?

21       Q    Yes.  I'll ask it in a different way.

22          So when you eliminate the one section of

23   eighth grade --

24       A    Yes.

25       Q    -- that means -- is it correct that you have

1      A    What I can tell you definitively is the
2   difference between this year's programming in sixth
3   grade and what is planned for next year, if that would
4   be helpful.
5      Q    Okay.  What is the specific class changes that
6   are different next year?  So what electives are being
7   offered next year?
8      A    The class changes is that the two teachers
9   will be teaching English and history, and math and
10  science, and they'll be incorporating what we used to
11  call is a boot camp or exploratory.  They -- in the
12  past, they would have been able to choose between music
13  and art, and they would have a P.E. class alternating.
14          So this coming year, due to budget cuts, they
15  won't have a choice.  Their only choice will be pullout
16  music, much like it is in fifth grade this year, so that
17  is a change in programming.
18     Q    So that change in programming is entirely in
19  the electives -- music, art -- that's where the change
20  really takes place; correct?
21     A    And the fact that it's a core program, not a
22  departmentalized single-subject program in sixth grade.
23     Q    We talked about that, and that just means that
24  there's one teacher teaching math and science and
25  another teaching English and social studies; correct?

1       A    Correct.  But it also gives us a tremendous

2    amount of flexibility as we are anticipating the needs

3    next year and moving into the future to have

4    multiple-subject teachers in sixth grade.

5       Q    Yeah.  And that's projecting out into the

6    future, not specifically next year; correct?

7       A    No.  It is specific to next year and moving

8    forward.  Having that flexibility is very helpful.

9       Q    And that's what I'm trying to dig into:  What

10   is the programming change for next year?  And it sounds

11   like next year is the same as this year other than for

12   electives; correct?

13      A    No.  They are not rotating to four different

14   teachers for their academics.  They are in more of a

15   self -- more in a core program.  We felt it was

16   important -- I mean, part of the logic behind that is A,

17   we needed flexibility; B, we're coming out of COVID, and

18   we felt like there would be some benefit to kids to be

19   in a more humanities core, math/science core with one

20   teacher, which is very common in middle schools.

21           In other middle schools that I've worked in,

22   when you're trying to ease kids into the middle school

23   setting, it's very common to have a core program in

24   sixth grade, and that's what we were trying to create.

25   That's what we were creating.  For --

1    Q   Thank you --

2        (Reporter interruption for clarification.)

3        THE WITNESS:  That's what we have created for next

4    year to best meet the needs of kids.

5    BY MR. GRAHAM:

6        Q   And have you -- are you intending to hire a

7    teacher to teach that sixth-grade science and math core?

8        A   No, I don't anticipate hiring.  I anticipate

9    using existing staff.

10       Q   Is there any teacher in the district junior to

11   Mr. Kissner who has more experience teaching sixth-grade

12   science and math?

13       A   Say that again.

14       Q   Is there any teacher in the district junior to

15   Mr. Kissner who has more experience than him in teaching

16   sixth-grade science and math?

17       A   Yes.

18       MS. GEORGINO:  So -- okay.  Sorry.

19       THE WITNESS:  Yes.

20   BY MR. GRAHAM:

21       Q   Okay.  And who is that person?

22       A   Well, one would be Michele Ignoffo who has a

23   science credential and is senior to Mr. Kissner.

24       Q   Is Michelle Ignoffo junior to Mr. Kissner?

25       A   No.

```
 1    wanted this question asked, so -- it wasn't.

 2            So do you understand the question?

 3            ADMINISTRATIVE LAW JUDGE:  I'm going to overrule

 4    the objection.

 5            THE WITNESS:  Can you restate the question?

 6            MR. BECKER:  Can you reread it, Madam Reporter?  Or

 7    read it.

 8            (The record was read by the

 9            reporter as follows:

10            "Q   Ms. Fraser, does the district have a

11            specific need for a math/science core

12            teacher as opposed to just a certificated

13            math teacher who also teaches science?")

14            THE WITNESS:  Yes.  We have a need for a

15    multiple-subject credentialed teacher to teach math and

16    science in a core program that's planned for the '21-'22

17    school year.

18    BY MR. BECKER:

19            Q   What is the basis of that specific need?

20            A   The basis for the need?

21            Q   Yes.

22            A   The basis for the need for core programming?

23            Q   Yes.

24            A   We have a desire to better meet the needs --

25    it's based upon the needs of kids.  That's how I
```

1   schedule everything in our schools, is what's going to

2   best serve the needs and interests of kids.  And we have

3   to make some budget cuts and also shifting that

4   programming coming back from COVID-19 gives us more

5   flexibility for the future.

6           My fear was for the future that if we kept

7   having declining enrollment, we would have issues, as I

8   mentioned earlier today, where we would have to hire

9   part time people to fill a program, which is not good

10  for kids.

11          I think that multiple-subject teachers are

12  trained in a more self-contained model to meet the

13  social-emotional needs of kids.  They won't have to

14  rotate as often.  There's a lot of research to support

15  that that's a great bridge in sixth grade coming from

16  fifth grade into the upper grades in a middle school.

17  It's not unprecedented.

18          I've worked with core programs in my other --

19  in some of my other administrative assignments, and they

20  work very well for kids.  And my job is to make sure

21  that we're setting them up for success in spite of the

22  fact that we're having to make cuts, and so we felt that

23  this would be the best way to do that.

24          It also allowed us the flexibility if for some

25  reason we could add back any kinds of pullout programs

```
1    for kids, we could add that back without having to

2    disrupt the entire master schedule.

3            So there were a variety of different reasons

4    for why we did that, Mr. Becker, all of that -- all of

5    which were seen through the lens of what's in the best

6    interest of kids and our programming moving forward.  So

7    I hope that helps to clarify.

8        Q    Thank you.

9            Is it in the best interest of students to be

10   taught math by somebody with a general multiple-subject

11   credential than somebody who is certificated in math?

12       A    I think that you could make the case either

13   way, depending on who the individual is that's teaching

14   the class.  There are multiple-subject credentialed

15   teachers for whom they have a number of units in -- you

16   know, in a content area where that's their particular

17   strength.  That's the case in our fifth grade

18   programming now.

19           So, yes, I think that we can place a highly

20   qualified math/science core teacher in sixth grade and

21   have that be a successful program for kids.

22       Q    Is there anybody teaching math in the fifth

23   grade currently that is solely certificated for math?

24   They're all multiple-subject teachers; correct?

25       A    They are all multiple, uh-huh.
```

BY MR. GRAHAM:

 Q   Okay.  And --

 A   It's confusing.

 Q   I know, it's very confusing.

     But I guess my question and the primary
question here is, prior to this change, sixth grade
programming has required 2.0 FTE; correct?

 A   This year?

 Q   Yes.

 A   This year, we have 2.4 FTE teaching sixth
grade.

 Q   Okay.  And exactly how does that work?  What
courses are those?

 A   Well, I don't have the master schedule in
front of me, but the way I always looked at it is there
is six periods a day, the kids are in every one of those
periods, there is a sixth grade teacher with them, and a
1.0 FTE teacher teaches five sections.  So six periods a
day is 1.2 FTE, and we have two groups of six graders
moving through during every period, so 1.2 times 2, 2.4
FTE, currently.

 Q   Got it.  Understand.

     But focusing on the sixth-grade core change
here, what this graph tells me, and I want to make sure
it's correct, is that there's -- the change to

```
 1    sixth-grade core doesn't realize any net change in the
 2    FTE required.  And that's what I believe the 0 at the
 3    bottom of the column represents.
 4         A    Yep.  Yes, I agree.
 5         Q    Okay.  So I want to go now to Exhibit E, and I
 6    want to bring your attention to page 7.
 7         A    The results of 400,000 staff --
 8         Q    Yes.
 9         A    Okay.
10         Q    Can you explain to me what scenario this was
11    intended to plan for or what this graph -- sorry.  Let
12    me withdraw that question.
13              Can you explain to me what this graph shows?
14         A    I have to go back up and look.  Are these all
15    from the same date?
16         Q    This is a different one from the last one I
17    showed you.  It's another budget advisory agenda, and we
18    are looking at Exhibit E again.
19         MS. GEORGINO:  Jeremiah, are you on B42 or B43?
20         MR. GRAHAM:  I am on B43.
21         MS. GEORGINO:  Okay.  So it's like a table, not
22    really a graph?
23         MR. GRAHAM:  You're correct.
24         MS. GEORGINO:  Okay.  Sorry, I just wanted to
25    clarify I was on the right page.  Thank you.
```

1          MR. GRAHAM:  Thank you.

2          THE WITNESS:  I believe this was the rank pulled

3     together after the budget advisory committee had

4     discussed the different possible reductions in light of,

5     you know, what's best for the students and what's best

6     for the -- their success academically and everything

7     with -- we had some, you know, some framework for

8     prioritizing those.

9               And a parent on the committee put together

10    this list and then ranked them by that total number --

11    that number of votes, columns, so your circled items

12    down at the bottom were -- had a low priority ranking

13    for cuts.

14    BY MR. GRAHAM:

15         Q    Okay.  And those -- there is that two elective

16    sections at CT that we discussed in the previous agenda;

17    correct?

18         A    Uh-huh.

19         Q    And that's where the reduction in sixth grade

20    programming is, is in electives; correct?

21         A    Uh-huh.

22         Q    And there is no reduction in the core classes

23    being offered?

24         MS. GEORGINO:  Objection to the term "core."  If

25    you could maybe use a more descriptive term than "core,"

1    maybe math, science.  You know what I mean?

2        MR. GRAHAM:  Yes.  I think everyone knows what I'm

3    referring to, but --

4        MS. GEORGINO:  Cathy wasn't here for our earlier

5    discussions, so I'm not sure if she's --

6    BY MR. GRAHAM:

7        Q    Yeah.  So defining core as math, English

8    language instruction, science and social studies.

9        A    Okay.

10       Q    There is no reduction in core classes or core

11   education with a reduction in electives; correct?

12       A    Correct.

13       Q    I want to draw your attention to Exhibit G,

14   and I want to go to page 14, which I believe you are

15   going to have to reorient.

16       A    Okay.

17       Q    Okay.

18       A    B66.

19       Q    That is correct, B66.  And here there's,

20   again, a list of proposed cuts; correct?

21       A    Yes.

22       Q    And there again is the reduction of two

23   elective sections; correct?

24       A    Yes.

25       Q    But a reduction in elective sections doesn't

1    affect core programming for sixth grade, does it?

2         A    No, not that item.

3         Q    All right.  Now, I want to draw your attention

4    to Exhibit H.

5         A    Okay.

6         Q    Specifically to page 11.

7         A    Okay.  And --

8         Q    There is that same line item with the expected

9    cost savings of $32,000; correct?

10        A    Yes.

11        Q    Okay.  And then I want to take you to Exhibit

12   I.

13        A    Okay.

14        Q    Specifically to page 9.

15        A    9.  Okay.

16        Q    Okay.  And that line item suddenly gets much

17   bigger, doesn't it?

18        A    The description, you mean?

19        Q    Yes.

20        A    Yes.

21        Q    The cost savings are the same; correct?

22        A    Uh-huh.

23        Q    But the description of that line item suddenly

24   grows; right?

25        A    Uh-huh.

```
 1    was no reference to sixth grade programming that I could
 2    see.  And then after Measure N was defeated, I saw that
 3    added, and I showed that to you, but then here, shortly
 4    after dismissal charges were made against Mr. Kissner,
 5    that language disappeared again.  Can you explain to me
 6    the disappearance of that language?
 7        MS. GEORGINO:  I'm going to object -- sorry,
 8    Cathy, excuse me for a second.
 9            I'm going to object as to the term -- you used
10    "removal," Jeremiah?  The term removal?
11        MR. GRAHAM:  Are you asking me a question or
12    making --
13        MS. GEORGINO:  No.  I'm making sure I'm saying the
14    right word.  I'm going to object as to the
15    characterization of the document.
16        MR. BECKER:  Maybe omission, absence.
17        MS. GEORGINO:  Okay.  Those are both better words.
18    I would not object to the use of either of those.
19        MR. GRAHAM:  Okay.  I substitute omission into my
20    question.
21    BY MR. GRAHAM:
22        Q   So can you explain to me the omission of that
23    line item from your presentation in February?
24        A   At the time, I left it off because I had
25    already looked at that fact that the -- we were not
```

1    going to save any FTE in the change to a six-grade core

2    programming.  So I left that line off of the budget

3    reduction list that was presented in February to the

4    Board.

5        Q   Now I want to take you to Exhibit R.

6        A   Uh-huh.  Yes, I'm there.

7        Q   And is this an e-mail that you wrote?

8        A   Yes.

9        Q   And it references -- if you see five bold

10   words down, it says, "Attachments.  Potential budget

11   reductions.docx.  Do you see that?

12       A   Yes.

13       Q   Do you remember attaching that document?

14       A   I think so.  I don't remember exactly what the

15   document looks like.

16       Q   Okay.  And I'm going to take you to it now.

17   Can you go to Exhibit S?

18       A   This was back in September?

19       Q   Yes.  If we look at Exhibit R, it does say

20   September 26, so --

21       A   Okay.

22       Q   Now I want to take you to page 2.  And it's

23   the first full paragraph that's three lines, so I should

24   say it's the fifth paragraph but it's the biggest

25   paragraph there.  You wrote this; correct?

```
 1    they're following the same bell schedule when they go to
 2    a core programming.  So, like, I don't know when they
 3    combine -- when one teacher teaches science and math, do
 4    they have one of those in second period and one of those
 5    in third period and the bells ring the same?  I'm not
 6    sure, but I know -- yeah.
 7         Q    So would it be less than 2.4 FTE next year?
 8         A    The last I heard after the discussion of
 9    pulling a music -- .2 music over from Loma from the
10    elementary school, it was going to be still 2.4 FTE
11    teaching for sixth grade for next year.
12         Q    Got it.
13              So there is no change in the amount of
14    instruction needed for sixth grade?
15         A    Not in the FTE, correct.
16         Q    Okay.  Now, I want to ask you one more
17    question about what we looked at previously in Exhibit
18    Q -- sorry, not Exhibit Q.  Let me get my bearings.
19    Exhibit S.
20              So do you remember we were talking about, you
21    know, teacher cost, cheaper teachers, average teachers?
22         A    Yes.
23         Q    When you're describing here, you're describing
24    what you are expecting the salaries of the teachers who
25    are going to be laid off as a result of that 1.2 FTE
```

```
 1        Q   So even in that scenario, we would have 2.4
 2    FTE next year?
 3        MS. GEORGINO:  Objection as to what scenario you're
 4    referring to.  I'm getting a little confused here,
 5    Counselor.  Sorry.
 6        MR. GRAHAM:  I know it's confusing --
 7        MS. GEORGINO:  I'm trying really hard not to
 8    object, but --
 9        MR. GRAHAM:  I'll try to catch you up to speed.  So
10    the scenario is what we've just been talking about where
11    a teacher is teaching six periods instead of the normal
12    five periods with a rest break or a preparation period.
13        MS. GEORGINO:  Correct.  But I think that it's
14    important to distinguish here, and Cathy had mentioned
15    this a little earlier, a fifth-grade teacher teaching
16    six grade -- six sections a whole day is different than
17    a middle school teacher single-subject teacher teaching
18    six sections.  So I think --
19        THE WITNESS:  Yes.
20        MS. GEORGINO:  -- it's important, again, to clarify
21    what you're asking.  If you're asking it what type of
22    program, I guess is the --
23    BY MR. GRAHAM:
24        Q   Okay.  So, Cathy, I'm referring to the type of
25    program that is in place now at sixth-grade level.
```

```
1    I'm -- not a speculative program, the program that is in

2    place, now, and my understanding is that's 2.4 FTE;

3    correct?

4         A   Yes.

5         Q   The program that is going to be in place next

6    year is 2.4 FTE; correct?

7         A   Yes.

8         Q   And the numbers are then derived from the

9    $12,000 whether it's -- the savings are derived from a

10   net reduction of 0 FTE; correct?

11        A   Yes.

12        Q   And my question is --

13        A   32,000 was derived from thinking that we were

14   going to have 2.0 FTE in sixth grade next year.

15        Q   So those savings are not realized --

16        A   Correct.

17        Q   -- by a change in sixth-grade programming?

18        A   Correct.

19        Q   So there is no net budget benefit to the

20   change in sixth-grade programming?

21        A   That's true.

22        MR. GRAHAM:  Bill, did you have any other questions

23   for Cathy?

24        MR. BECKER:  I think that's a good note to leave it

25   on.
```

```
 1    BY MR. GRAHAM:
 2        Q   Okay.  So, Cathy, I'm going to have to relay
 3    the foundation I already laid.  We've been talking a
 4    long time about sixth grade cost savings, and in every
 5    way we shape it, the net FTE is 0; correct?
 6        A   For sixth grade, yes.
 7        Q   Yes.  If we look at sixth grade, the net FTE
 8    is 0; correct?
 9        A   Yes.
10        Q   So there is no cost savings realized by any
11    change in programming at sixth-grade level?
12        A   Correct.
13        Q   And so my question with that foundation being
14    laid is why does the line item say sixth grade?
15        A   I think there was -- well -- there was a
16    desire by the budget advisory committee to keep the list
17    consistent after a certain point at least in the fall.
18        Q   Was that when Measure N was defeated?
19        A   No.  I don't -- I don't think that had
20    anything to do with -- well --
21        Q   Because, if you recollect, we went through
22    September, October, November, December, sixth grade
23    wasn't even mentioned.  Then suddenly Measure N is
24    defeated and it pops up.  So I'm asking you why sixth
25    grade suddenly popped up when there is no cost savings
```

```
1        MS. GEORGINO:  Lisa --

2        MR. BECKER:  It's a yes-or-no question.

3        MR. GRAHAM:  Bill, maybe I can rephrase it in a

4    different way that would be helpful here, because I do

5    see, Lisa, that you are trying to respond, and I think

6    the thrust of the question got lost.

7        THE WITNESS:  Okay.

8    BY MR. GRAHAM:

9        Q    I'm asking no longer as your role in your --

10   in your capacity as superintendent or what the district

11   is doing, I'm asking if you personally did anything to

12   campaign or try to persuade the public to adopt

13   Measure N.

14       A    No.  I did not campaign.

15       Q    Did you attend any rallies in support of

16   Measure N?

17       A    The guidelines are -- well, there weren't

18   any -- first of all, we were in COVID, so it was a very

19   different, you know, parcel tax.  But, in fact, if

20   you're on your own time, you can support a parcel tax,

21   so I believe the only thing I participated in is the

22   Summit Store had an afternoon during the campaign where

23   teachers held "Yes on N" signs, and I did participate on

24   my own time off campus.

25       Q    Okay.
```

1      A    If that is the question, yes.

2      Q    That does answer the question.

3           Now, are you aware that Mr. Kissner opposed

4      Measure N?

5      A    Yeah.  He made that very clear that that was

6      his intention was to be -- to promote opposition.

7      Q    Okay.  And did you ever see -- well, I'm not

8      going to -- I'm not going to go there.  I think that

9      that settles that issue about what side of Measure N

10     everyone is on.  But what I want to ask now is when did

11     you find out Measure N was defeated?

12     A    Well, it was a November election, so it was --

13     actually took a while after -- I don't remember,

14     honestly, Mr. Graham, how long that was.  But I know

15     that there was a period of time that we were waiting.

16     So somewhere between probably mid-November and the 1st

17     of December, if I recall.

18          MR. BECKER:  Your Honor, may I?

19          THE WITNESS:  We --

20          MR. BECKER:  Excuse me.  Sorry to interrupt.  May I

21     have a moment with counsel and speak to him, please?

22          ADMINISTRATIVE LAW JUDGE:  Okay.  We're off the

23     record.

24          (A recess was taken.)

25          ADMINISTRATIVE LAW JUDGE:  So let's go ahead and