# BEFORE THE BOARD OF TRUSTEES OF THE LOMA PRIETA JOINT UNION SCHOOL DISTRICT
# COUNTY OF CONTRA COSTA, STATE OF CALIFORNIA
# DANETTE BROWN, ADMINISTRATIVE LAW JUDGE

In the Matter of the District's
Reduction in Force of:
   DAVID KISSNER,

   Respondent.

OAH No.    2021040076

Volume II

## VIDEOCONFERENCE TRANSCRIPT OF PROCEEDINGS

TUESDAY, APRIL 27, 2021

8:35 A.M.

**CERTIFIED COPY**


Peranich Reporting
Court Reporters

5241 E. SANTA ANA CYN. RD., #100
ANAHEIM HILLS, CA 92807
Phone:  714-637-3774
Fax:  714-637-3023

REPORTER:

CAROLYN L. AUER, CSR #9891

subjects next year, correct?

    A    Not promised. I don't know if she will be teaching it next year or not.

    Q    Okay. Do you expect her to teach those subjects next year?

    A    It depends on what's available for her to teach. Right now I have two positions in 6th grade that require the multiple subject credential, and I don't know precisely who will be teaching that as of this moment. I have ideas. Ms. Dudley is one of those that could do it.

    Q    Okay. So I -- it sounds like 6th grade curriculum is just in flux in terms of who's teaching and --

    A    No, the curriculum is not in flux, who's teaching it is.

    Q    Okay. Now, this year, if we focus down, and it looks like in 6th grade there is two sections of English, two sections of history, two sections of science, and two sections of math being taught this year, correct?

    A    Correct.

    Q    And next year there's going to be two sections of English, two sections of history, two sections of math, and two sections of science taught, correct?

    A    In 6th grade?

    Q    Yes.

PERANICH REPORTING, INC.    (800) 956-4784    (714) 637-3774
28

1 including social/emotional, you know, writing in their
2 content areas, they can teach PE, when necessary. Like,
3 there's many things that the multiple subject expert can
4 teach that a single subject person cannot.
5     Q    But he could teach 6th grade math and science in
6 that core block, correct?
7     A    Yes, he could, but it would not -- it would not
8 support my core vision of the 6th grade model.
9     Q    Okay. And what junior teacher on the seniority
10 list are you expecting to teach 6th grade math and science
11 next year?
12     A    There are many options, so it's premature to tell
13 you which one it's going to be.
14     Q    Name some of the options.
15     A    It could be any of the multiple subject
16 credential holders.
17     Q    And you have no idea yet who you're going to
18 place in that position?
19     A    Oh, I have seven options that I'm toying with
20 that may or may not come to fruition when it actually --
21 the schedule is published.
22     Q    Can you identify those seven options?
23     A    Sure. Ms. Grant-Richards, Ms. --
24     Q    Hold on. Let's go slowly through this.
25     Ms. Grant-Richards, she is 6th senior. And what

| | |
|---|---|
| 1 | A    Again, I don't know what her career has been. |
| 2 | Q    But you don't know of her having any experience |
| 3 | teaching either of those subjects? |
| 4 | MS. GEORGINO:  Objection.  Asked and answered. |
| 5 | THE COURT:  Sustained. |
| 6 | BY MR. GRAHAM: |
| 7 | Q    Okay.  And moving on, who else on the seniority |
| 8 | list is someone you're considering? |
| 9 | A    I'm also considering Ms. Van Zante. |
| 10 | Q    And what is her rank on the seniority list? |
| 11 | A    Her rank is number 15. |
| 12 | Q    Okay.  I see her. |
| 13 | And does she have any -- what's she teaching |
| 14 | currently? |
| 15 | A    She currently teaches third grade. |
| 16 | Q    Does she have any experience teaching 6th grade |
| 17 | math? |
| 18 | A    I do not know the answer to that. |
| 19 | Q    But you're considering her for a position |
| 20 | teaching 6th grade math, and you don't know if she has any |
| 21 | experience teaching it, correct? |
| 22 | A    Correct.  This is about her licensing.  But if |
| 23 | she is credentialed to teach the position, I would ask her |
| 24 | to teach. |
| 25 | Q    Okay.  And do you know of her having any |

```
 1  experience teaching 6th grade science?
 2       A    No, but it's irrelevant in that she holds the
 3  licensing to teach what I would ask her to teach.
 4       Q    Okay.  And who else on this list -- you said
 5  seven, and I think we've talked about three so far.  Who's
 6  the fourth?
 7       A    Ms. Dudley.
 8       Q    Okay.  And she is subject to the layoff notices,
 9  correct?
10       A    That's correct.
11       Q    And so would that be a rehiring?
12       A    No, just because she's subject to layoff doesn't
13  mean it's actually happened yet, so -- and I don't know the
14  answer to that, if the layoff has actually happened.  So if
15  she's available, she's somebody that I could consider to
16  take the 6th grade position.
17       Q    And has she had any experience teaching 6th grade
18  science?
19       A    Not to my knowledge.  And, again, she is
20  credentialed for the position I would put her in.
21       Q    And does she have any experience teaching 6th
22  grade math?
23       A    Same answer.  I don't know, but she is
24  credentialed to teach math at the 6th grade level in this
25  model.
```

1 chaired the Yes on N campaign and is now sitting on the
2 board making the decisions about the budget cuts, about the
3 dismissals, et cetera, layoffs.
4     Q    Do you believe Mr. Abeln should be recused from
5 deciding your fate on this reduction in force matter?
6     A    If it was up to me, absolutely, yes.
7     Q    Are there any other board members you believe
8 might have -- might feel the same way as Abeln?
9     A    Well, to be honest, all of them, quite
10 truthfully. We have a five-member board. It dropped down
11 to four for a part of this year that we can talk about
12 later. But the board was unanimous in its supporting the
13 resolution to go after a new parcel tax. They have
14 actively campaigned, as I've mentioned. It was a very
15 emotional and heated campaign on the mountain here, in our
16 community. And I would say that every board member is
17 interested in seeing me go away.
18     Q    Now, Measure N was campaigned in the fall of
19 2020, correct?
20     A    Correct. Basically, August through November 3rd,
21 which is when the election was.
22     Q    And I think we had testimony from I want to say
23 it was from Vance, Cathy Vance, that the budget advisory
24 committee notes didn't -- didn't mention any 6th grade cuts
25 at any time prior to the end of the year, right?