**c.vance@loma.k12.ca.us**

| | |
|---|---|
| **From:** | c.vance@loma.k12.ca.us |
| **Sent:** | Wednesday, February 3, 2021 5:59 PM |
| **To:** | Lisa Fraser |
| **Subject:** | Another Look at FTE at CT |
| **Attachments:** | Certificated FTE Proposed 21-22.xlsx |

Hi Lisa,
I am preparing the certificated position file for 21-22, and I'm still not able to reconcile the budget cuts with the draft schedule we talked about last week. I think it's because the 9.0 FTE we had as our 20-21 baseline INCLUDED the CT teacher leader .2 FTE. We should be looking at reducing the 9.0 FTE at CT by -1.2 (due to enrollment decline) - .2 teacher leader - .4 electives = -1.8 FTE reduction. 9.0 FTE – 1.8 = 7.2 FTE. This is what I'm looking for, but every way I look at it I see 7.8 FTE for next year. I know that .2 FTE is moving from Loma to CT. That still leaves .4 FTE reduction that was proposed that we won't realize. (None of this includes SPED.)

The attached might make it clearer. It did to me because my brain works in spreadsheets! So, if we want to stick with the schedule at CT that we discussed last week, we need to let the Board know that the .4 reduction in electives that we proposed on our January list of budget cuts can't be realized. (The spreadsheet doesn't print out nicely. I can print it out tomorrow.)

The bottom-line impact of this will be softened by the increased property tax projections I'm putting in. (Everything else being equal, which it never is.)

I'll be in the office tomorrow and it might be easier to discuss. I haven't shared this with Billy yet.

Cathy Vance, Chief Business Official
Loma Prieta JUESD
23800 Summit Rd
Los Gatos, CA 95033
408-353-1101 ext 5502

Certificated Staffing

950

| Gen Ed Teaching | | # sections 20-21 | 20-21 FTE | Proposed Reductions Declining Enrollment | Proposed Reductions Loss of Funding | 6th Grade Core | 21-22 FTE |
|---|---|---|---|---|---|---|---|
| **Gen Ed Teaching** | | | | | | | |
| Loma | Self-contained Classrooms | | 12.0 | | -2.0 | | 10.0 |
| CTE | ELA | 7 | 1.4 | -0.2 | | -0.4 | 1.2 |
| CTE | Soc Studies | 7 | 1.4 | -0.2 | | -0.4 | 1.2 |
| CTE | Math | 8 | 1.6 | -0.2 | | -0.4 | 1.2 |
| CTE | Science | 7 | 1.4 | -0.2 | | -0.4 | 1.4 |
| CTE | PE | 3 | 0.6 | | | | 0.6 |
| CTE | Art | 3 | 0.6 | | -0.2 | | 0.6 |
| CTE | Music | 2 | 0.4 | | 0.2 | 0.2 | 0.2 |
| CTE | Spanish | 2 | 0.4 | | | 0.6 | 0.6 |
| CTE | Electives | 5 | 1.0 | -0.4 | -0.2 | -0.4 | |
| CTE | 6th Self Contained | | | | | 2.0 | 0.2 |
| CTE | Teacher Leader CT | 1 | 0.2 | | -0.2 | | 0.6 |
| CTE | Total Gen Ed at CT | | 9.0 | -1.2 | -0.4 | 0.0 | 7.4 |
| **Other Teaching** | | | | | | | |
| Loma | Reading Intervention Loma | | 0.5 | | | | 0.5 |
| Loma | Science Pullout Loma | | 0.6 | | -0.6 | | 0.0 |
| Loma | PE Pullout Loma | | 1.0 | | | | 0.0 |
| Loma | Music Pullout Loma | | 0.6 | | -0.2 | | 1.0 |
| | Total Other Teaching | | 2.7 | 0.0 | -0.8 | | |
| **Spec Ed Teaching** | | | | | | | |
| Loma | Loma RSP | | 1.0 | | | | 1.0 |
| CTE | CTE RSP | | 1.0 | | | | 1.0 |
| CTE | SDC | | 1.0 | | | | 1.0 |
| District | Speech Therapist | | 1.0 | | | | 1.0 |
| | Total SPED Certificated | | 4.0 | 0.0 | 0.0 | | 4.0 |
| **Special Education Program & Services** | | | | | | | |
| District | School Psychologist | | 0.4 | | | | 0.4 |
| **Total Certificated** | | | 28.1 | -1.2 | -3.2 | | 23.7 |

Annotations:

.2 Music=1 section moved from Loma pullout

We can't get to 7.4 with the CT schedule we discussed. See bottom of worksheet.

.2 music pullout moved to CT

B1280

Admitted Q

951

## Certificated Staffing

| | # sections 20-21 | 20-21 FTE | Proposed Reductions Declining Enrollment | Proposed Reductions Loss of Funding | 6th Grade Core | 21-22 FTE |
|---|---|---|---|---|---|---|

**Certificated FTE From Budget Cuts List Presented to Board**

| | |
|---|---|
| Loss of 2 FTE Loma | -2.0 |
| Loss of K-5 Pullout Science | -0.6 |
| Loss of Teacher Leader at CTE | -0.2 |
| Loss of 1.2 FTE due to enrollment decline | -1.2 |
| Loss of two elective sections at CTE | -0.4 |
| Total FTE Reduction we're looking for: | -4.4 |

> -4.4 from both declining enrollment and lack of funding

**21-22 schedule at CT we discussed late January**

| | | # sections 21-22 | FTE 21-22 |
|---|---|---|---|
| CTE | ELA | 4 | 0.8 |
| CTE | Soc Studies | 4 | 0.8 |
| CTE | Math | 5 | 1.0 |
| CTE | Science | 4 | 0.8 |
| CTE | PE | 3 | 0.6 |
| CTE | Art | 2 | 0.4 |
| CTE | Music | 3 | 0.6 |
| CTE | 6th grade pullout to allow fo | 1 | 0.2 |
| CTE | Electives | 3 | 0.6 |
| CTE | 2 core 6th grades | | 2.0 |
| | Total | | 7.8 |

> .2 for pushin to 6th grade so one period a day of Spanish can be offered

Admitted Q