

23800 Summit Road, Los Gatos California 95033
Phone: (408) 353-1101    Fax: (408) 353-8051
www.loma.k12.ca.us
Lisa Fraser, Superintendent
Dr. Billy Martin, Principal

March 12, 2021

David Kissner
25059 Skyland Road
Los Gatos, CA. 95033

Re:   Notice of Intent to Layoff

Dear David:

It is with regret that I, as Superintendent, provide you with this layoff notice. Unfortunately, I found it necessary to recommend, and the Board of Education approved, a certificated employee layoff for the 2021-2022 school year that affects your employment. Please be assured that this layoff is not indicative of your abilities or performance. The reduction in particular kinds of certificated services relates solely to the welfare of the District's schools and students, given the economic realities of the District.

Specifically, on March 10, 2021, the Governing Board approved the reduction of particular kinds of services at the conclusion of the 2020-2021 school year. A copy of the Board Resolution is attached here for your convenience.

Please be assured that your receipt of this notice is not based on your performance or abilities but is based on your seniority with the District. There is no probationary or permanent certificated employee with less seniority retained who is rendering service for which you are credentialed and competent to render.

You may request a hearing to determine whether there is cause for not re-employing you for the 2021-2022 school year. A request for a hearing must be made in writing and received by me personally or by mail at the address below on or before 4:00 p.m., March 22, 2021.

Lisa Fraser
Superintendent
23800 Summit Road
Los Gatos, CA. 95033

Board of Trustees:
Deana A. Arnold, President    Ron Bourque, Vice-President
Ben Abeln, Member    Erin Asheghian, Member

If you fail to request a hearing on or before the date specified above, your failure to do so shall constitute a waiver of your right to a hearing. Attached is a request for a hearing form and copies of Education Code sections 44949 and 44955.

Your name will be placed on a 39-month reemployment list, and when openings arise, teachers affected by this reduction in force will be recalled in seniority order to fill openings in positions for which they are credentialed and competent to serve.

If you have any questions, please contact your local association representative or the personnel office. I appreciate everything you do for the students of our District, and thank you for your service.

Sincerely,

Lisa Fraser
Superintendent

Enclosures: California Education Code Sections 44949 and 44955
Request for Hearing Form
Board Resolution - PKS
Board Resolution - Tie Breaking Criteria