

## About Mrs. Van Zante



Hello! I am very pleased to be entering my seventh year as a teacher in this wonderful district! The transition over to being a teacher at CT English is one that I am extremely excited about. This is an incredible school which is made possible by staff, students, and parents. I am honored to be a part of it. I look forward to getting to know your kiddos as we explore 6th grade together!

6th grade Math, Science, and Exploratory

Room #9

Email: a.vanzante@lpjusd.us

### Van Zante, Annie

- Welcome
- Back-to-School Night Information
- Class Syllabus