LOMA PRIETA JOINT UNION SCHOOL DISTRICT

TITLE: _____Approve Personnel Report_____

BOARD MEETING OF: ____June 16, 2021_____

ACTION: _____ CONSENT: ____X____ INFORMATION: _____

SIGNATURE REQUIRED: _____ ORIGINAL ATTACHED: ____X____

==================================================================

**BACKGROUND:**

Attached is the Personnel Report for June 2021.

**FISCAL IMPLICATIONS:**

(FISCAL VERIFICATION): _____

**RECOMMENDATION:**

Approve Personnel Report number 06/16/21.

Presented by:

*Lisa Fraser*
Lisa Fraser
Superintendent

8.1 encl. #11

Page 205

# PERSONNEL REPORT NO. 06/16/21

## CERTIFICATED EMPLOYMENT

| Name | Position | Dates |
|---|---|---|
| Benson, Sylvia | Translations and Engagement For EL Families/NTE $10,000 | 08/12/21-06/02/22 |
| Bowen, Michelle | LPS/3rd Grade 0.5 FTE Personal Leave | 08/09/21-06/02/22 |
| Callaghan, Andrea | LPS/3rd Grade 0.5 FTE/Temporary Shared contract with M. Bowen | 08/09/21-06/02/22 |
| DePiazza, Elizabeth | LPS/1st Grade 1.0 FTE/Permanent | 08/09/21-06/02/22 |
| Dudley, Melanie | CTE/6th Grade ELA/Social Studies/1.0 FTE Temporary | 08/09/21-06/02/22 |
| Farwell, Joseph | ESY Teacher 19 Days/Temporary | 06/14/21-07/09/21 |
| Grier, Kevin | Superintendent | 07/01/21-06/30/24 |
| Lanovaz, Nancy | CTE Athletic Director $10,000 Stipend | 07/01/21-06/30/22 |
| Martin, Billy | Principal 1.0 FTE | 07/01/21-06/30/22 |
| Morris, Donald | LPS/3rd Grade 1.0F FTE/Temporary | 08/09/21-06/02/22 |
| O'Dea, Helen | CTE Art/0.6 FTE Temporary | 08/09/21-06/02/22 |
| Rocabado, Jennifer | LPS/CTE School Psychologist 0.4 FTE/Permanent | 08/12/21-06/02/22 |

| Zanotto, Kendra | LPS/4th Grade<br>1.0 FTE/Temporary | 08/09/21-06/02/22 |

## FINALIZE REDUCTION IN FORCE

| Cole, Kelli | LPS/5th Grade<br>1.0 FTE | 06/04/21 |
| Kissner, David | CTE/6, 7 & 8th Grade<br>Math/Science/1.0 FTE | 06/04/21 |
| Lanovaz, Nancy | CTE/6, 7 & 8th Grade<br>Science/0.4 FTE | 06/04/21 |

## RETIREMENT

| Fraser, Lisa | Superintendent | 07/01/21 |

## CLASSIFIED EMPLOYMENT

| Ammirati, Sharon | Library Technician<br>CTE/0.487 FTE | 07/01/21-06/30/22 |
| Arnold, Zoe | Day care 1<br>Hourly | 06/17/21 |
| Bevans-Franks, Eileen | Admin. Assistant to the Superintendent<br>1.0 FTE | 07/01/20-12/31/21 |
| Chapa, Andreea | Health and Safety Clerk<br>0.5 FTE | 08/11/21/-06/02/22 |
| Chapa, Andreea | Day care 1<br>Hourly | 08/12/21-06/02/22 |
| Epperly, Tiffany | ESY Paraeducator 1<br>19 Days | 06/14/21-07/09/21 |
| Fichthorn, Nicole | Webmaster<br>$5,000 Stipend | 07/01/21-06/30/22 |
| Fichthorn, Nicole | Library Technician<br>LPS/0.45 FTE | 07/01/21-06/30/22 |

| Freiri, Bridget | Day Care Director<br>1.0 FTE | 07/01/21-06/30/22 |
|---|---|---|
| Gillot, Akiko | Paraeducator 1<br>LPS/0.725 | 08/12/21-06/02/22 |
| Grabeel, Jodene | Payroll/Personnel Specialist<br>Hourly | 07/01/21-06/30/22 |
| Harville, Paul | Director of Facilities and Maintenance<br>1.0 FTE | 07/01/21-06/30/22 |
| Kinsella, Jette | Payroll/Personnel Specialist<br>0.80 FTE | 07/01/21-06/30/22 |
| Levenhagen, T.J. | Computer/Electronics Technician<br>0.5 FTE | 08/09/21-06/03/22 |
| Ljepava, Staci | Director of Special Education and Student Services<br>1.0 FTE | 07/01/21-06/30/22 |
| Miller, Nicholas | Day care 1<br>Hourly | 06/17/21 |
| Smrt, Patty | Director of Transportation<br>1.0 FTE | 07/01/21-06/30/22 |
| Vance, Cathy | Chief Business Official<br>1.0 FTE | 07/01/21-06/30/22 |

## **INDEPENDENT CONTRACTORS**

| Easwara, Christa | Occupational Therapist<br>NTE $1,000 | 06/14/21-07/09/21 |
|---|---|---|
| Gomez-Batrez, Adrienne | Speech/Language Pathologist<br>$125/hour - NTE $5,000* | 04/06/21-07/09/21 |
| Helsing, Kelly | School Psychologist/<br>Clinical Intern/NTE $10,000 | 07/01/21-06/30/22 |

*Increase of $3,000 to support speech services during ESY