# LOMA PRIETA JOINT UNION ELEMENTARY SCHOOL DISTRICT
## REGULAR BOARD MEETING
### June 16, 2021
Loma Prieta Elementary School Forum

BOARD MEMBERS:
Deana Arnold
Ron Bourque
Ben Abeln
Erin Asheghian
Charlotte Khandelwal

BOARD MEMBERS ABSENT:    None

SECRETARY PRESENT:    Lisa Fraser

ROLL CALL TO ORDER:    6:00 p.m.

**Approval of Agenda**                **Approved 5-0**
A **MOTION** was made by Ms. Asheghian and seconded by Mr. Abeln to approve the agenda as presented.
**Public Concerns** – None
**Closed Session Report** – Ms. Arnold reported the Board addressed a public employee discipline/dismissal/release/resignation issue in closed session and is unable to comment on the matter at this time. She reported the Board completed their final performance evaluation of Superintendent Lisa Fraser and discussed CTALP and CSEA negotiations with lead negotiator, Lisa Fraser.
**Written Correspondence** – None.
**Public Comment** – None.

**CONSENT ITEMS**                **Approved 5-0**
A **MOTION** was made by Ms. Khandelwal and seconded by Mr. Abeln to approve the consent items including personnel report number 06/16/21; open purchase orders from July 1, 2020 through May 31, 2021, in the encumbered amount of $959,751.66, liquidated amount of $633,889.74, with a balance of $325,861.92; warrants for the month of May in the amount of $132,390.82; adoption of resolution #21-XXIX in appreciation of the service of Superintendent Lisa Fraser; approval of employment contracts for K-8 Principal, CBO, Daycare Director, Director of Facilities and Maintenance, Director of Student Services/Special Education, Director of Transportation, Payroll/Personnel Specialist, and Administrative Assistant to the Superintendent; approval of an annual legal services agreement with Santa Clara County Counsel; approval of an MOU for small school district support services between the Santa Clara County Office of Education and the District; approval of an agreement for a 1% off-salary schedule stipend to management, confidential and administrative staff; ratification of a contract with Sound and Signal in the amount of $25,950 that will be funded through the second issuance of Measure R bond funds; and approval of an amendment to the 2020-21 K-8 Principal employment contract.

8.4 Encl. #9

2021-22 Adopted Budget

June 16, 2021

Summary of General Fund

2021-22 Projected Revenues and Expenditure Assumptions

- Enrollment Projections
- Unrestricted State Revenues
  - Local Control Funding Formula (LCFF)
  - Property Taxes
  - Continuing Basic Aid Status
- Unrestricted Local Revenues
- Special Education Revenues
- Federal, State and Local Restricted Revenues
- Expenditure Assumptions
- 21-22 On-Going Budget Reductions
- Temporary Restoration
- Fund Balances & Reserves
- Summary of Changes and SACS Categories



1

---

## Summary of General Fund

| | 2020-21 Projected | 2021-22 Projected | 2022-23 Projected | 2023-24 Projected |
|---|---|---|---|---|
| Total Revenues | $7,534,929 | $7,520,798 | $7,122,017 | $7,262,453 |
| Total Expenses & Uses | 7,873,165 | 7,693,742 | 7,336,679 | 7,151,607 |
| | | | | |
| Net | (338,236) | (202,454) | (0) | 110,846 |
| Budget Reductions (*) | | | (214,662) | |
| Ending Balance | 1,549,019 | 1,346,565 | 1,346,565 | 1,457,411 |
| Unassigned Balance | 867,127 | 920,315 | 979,264 | 1,096,825 |
| | | | | |
| Unrestricted Reserves | 11.0% | 11.9% | 13.7% | 15.3% |

Multi-year projections are not forecasts or predictions. The assumptions used to project revenues and expenses are described in this presentation. Projections are expected to change as various factors change.

* Ongoing budget reductions were implemented in the 2021-22 budget. Some of the cuts have been restored with LPEF and COVID relief funding, for one year only. Deeper ongoing budget cuts are necessary in 2022-23 to meet financial sustainability goals by the end of 2022-23.

2

2

## Expenditure Assumptions
### Certificated Positions

Staffing costs are planned using "fulltime equivalents." These staffing assumptions are built into the MYP in the certificated salaries and benefits expense categories.

| | 2019-20 | | 2020-21 | | 2021-22 (1) | | 2022-23 (2) | |
|---|---|---|---|---|---|---|---|---|
| | On-Going | Temp | On-Going | Temp | On-Going | Temp | On-Going | Temp |
| Loma Teaching | 12.0 | 2.7 | 12.0 | 2.7 | 12.0 | 2.7 | 10.0 | 2.1 |
| Budget Cuts | | | | | -2.0 | -0.6 | | |
| Temp Restored LPEF | | | | | | +2.6 | | |
| CT Teaching | 9.2 | 1.4 | 8.4 | .6 | 7.2 | .6 | 7.2 | .4 |
| Budget Cuts | | | | | -.2 | | | |
| Temp COVID | | | | | | +.8 | | |
| Temp LPEF | | | | | | +.2 | | |
| Special Ed | 4.4 | 0.0 | 4.4 | 0.0 | 4.4 | 0.0 | 4.4 | 0.0 |
| Total Teachers | 29.7 | | 28.1 | | 27.7 | | 24.1 | |
| Administrators | 3.0 | | 3.0 | | 3.0 | | 3.0 | |

(1) The on-going certificated staffing in 2021-22 and 2022-23 has been reduced to show identified budget reductions. The temporary positions have been increased to show restored and new positions funded by LPEF and AB 86 grants.

(2) Further cuts are necessary in 2022-23 to balance the budget and maintain a 12% reserve. These have not been identified yet and may impact the certificated staffing in 22-23

In addition, there are budgets for substitute teachers, professional development days, and teacher release days for curriculum and assessment planning to enhance and measure student success, as described in the Local Control Accountability Plan.

23

---

## Expenditure Assumptions
### Classified Positions

Staffing costs are planned using "fulltime equivalents."

| | 2020-21 | 2021-22 (after reductions) | 2021-22 restoration & COVID grants (one-year) |
|---|---|---|---|
| School Offices (School Secretaries, Health Clerk, Library Clerks, Youth Leaders) | 5.063 | 4.113 | +0.95 |
| Paraeducators | 6.541 | 5.840 | +1.45 |
| Maintenance & Operations | 3.0 | 3.0 | |
| Technology | 1.5 | 1.0 | +0.50 |
| Business Office | 0.3 | 0.3 | |
| Bus Drivers | 1.125 | 1.125 | |
| Total Classified | 17.529 | 15.378 | |
| Management & Confidential | 5.8 | 5.8 | |
| Total | 23.329 | 21.178 | 24.078 |

In addition, there are budgets for substitutes, temporary hourly help, and after school care. Further cuts are necessary in 2022-23 and may impact the classified staffing.

24

## Expenditure Assumptions (cont)

*Ongoing reduction of library books and contracted services in technology support, maintenance and operations and districtwide consultants effective 2021-22.*

Some one-time grants are not included in the 21-22 projections. These include Top Hat and the Lions Club grant. They will be incorporated into a budget revision when they are awarded.

Carryover balances from 19-20 grants such as REAP and the Low Performing Students Block Grant have been carried over in 20-21. At this time, no carryovers are projected into 21-22. There may be significant carry overs of COVID relief grants from 20-21 to 21-22. Unspent balances inflate the fund balance as of 6/30/21. When the carryovers are budgeted, the fund balances are reduced again.

27

27

## On-Going Budget Reductions 2021-22

| Program/Position | Reduction Realized Unrest & Rest GF | Certificated FTE | Classified FTE |
|---|---|---|---|
| Loma Science | | -0.6 | |
| Teacher Leader @ CTE .2 FTE | | -0.2 | |
| Teacher Leader stipends | | | |
| Teaching FTE Reduction @ Loma (to 10 gen ed classrooms) | | -2.0 | |
| Total Certificated | $260,288 | | |
| Part-time library clerk | | | -0.45 |
| Youth Leader supporting kindergarten | | | -0.5 |
| Reduce paraeducators to 29 hrs/week | | | -0.2 |
| Summer Custodial hourly reduction | | | |
| General Education Paraeducator | | | -0.5 |
| Technology Support - reduction by 50% | | | -0.5 |
| Total Classified | $110,638 | | |
| 1% Rollback of Salary & benefits admin/conf/mngt | $13,058 | | |
| Instructional materials reduce $10/student | $5,000 | | |
| Library budget | $5,400 | | |
| Contracted Services Tech | $10,000 | | |
| Contracted Services M&O | $7,000 | | |
| Consultants in DO | $5,000 | | |
| | 416,383 | -2.8 | -2.15 |
| Retain $25K contribution previously made to Def Maint Fd 140 | 25,000 | | |
| Total Reduction to meet $428K target | 441,383 | | |
| | | | |
| -1.2 FTE reduction due to declining enrollment at CT | 110,651 | -1.2 | |
| | 552,034 | | |
| Total FTE Reduced | | -4.0 | -2.15 |

28