BEFORE A COMMISSION ON PROFESSIONAL COMPETENCE

LOMA PRIETA JOINT UNION SCHOOL DISTRICT

COUNTY OF SANTA CLARA

STATE OF CALIFORNIA

JULIET E. COX, ADMINISTRATIVE LAW JUDGE

In the Matter of:

David Kissner,
A Permanent Certificated Employee,

        Respondent.

OAH No. 2021050291

VOLUME VII

TRANSCRIPT OF VIDEOCONFERENCE PROCEEDINGS, taken remotely via Microsoft Teams, commencing at 9:00 a.m. and adjourning at 4:41 p.m., on Wednesday, October 13, 2021, heard before JULIET E. COX, Administrative Law Judge, and a Commission on Professional Competence, reported by Marie M. Mellgren, CSR No. 9442, a Certified Shorthand Reporter in and for the State of California.

```
 1  BY MR. BECKER:
 2      Q.   So were there other factors that lead you to
 3  believe that the District is retaliating against you?
 4      A.   Yes.
 5           Starting with the timing of everything that
 6  occurred since I notified Ms. Fraser of my intent to
 7  campaign against the tax measure.
 8           I'll highlight again that I had no discipline
 9  issues.  I had no parent complaints about my
10  professional practice prior to this time.
11           And I notified Ms. Fraser in December of
12  2019.  And what happened immediately after that was
13  that -- first of all, Ms. Fraser sat on some allegation
14  regarding Student J.C. for five months.  And that was
15  during that time.
16      Q.   Can I just direct you to that exhibit?
17           Well, okay.  So there were allegations about
18  D.C.
19           At what period of time in 2020?
20      A.   It was early No- -- it was November of 2019,
21  actually, that she became aware.  Now I wasn't aware
22  because she didn't tell me.
23           But she became aware, according to her own
24  statement, her own letter, in early November of 2019.
25           Then in December, I told her I'm going to
```