Admitted R23

B248

| Board Members | | Superintendent |
|---|---|---|
| Deana Arnold, President | | Lisa Fraser |
| Kerrie Mills, Vice-President | | |
| Ben Abeln, Member | | |
| Ron Bourque, Member | | |
| Alexandra Hall, Member | | |



**REGULAR BOARD MEETING – BOARD OF TRUSTEES**
February 12, 2020 – Wednesday
23800 Summit Road – Loma Prieta Elementary School Forum

**Mission Statement:**
Loma Prieta Joint Union School District, a partnership of schools, parents and community, is committed to providing each student with optimal learning opportunities in a safe, stimulating and supportive environment so that each student can reach their full academic and social potential.

*We welcome you to this meeting. The public may ask questions relevant to agenda items at the time those are under consideration. While not required, we would appreciate it if you would identify yourself with your name and address when addressing the Board. Complete a red Public Comment Card to address the board during this board meeting. Complete a green Public Comment Card to request a written response from the board. Fifteen minutes are allowed for the Public to address the Board on an item that is <u>not</u> on the agenda during the opportunity for Public Comment. Speakers are asked to limit remarks to <u>three minutes</u>. The Board will take no action at this time. The Board may put the issue on a future agenda for more discussion and/or action, or may refer the issue to the administration for follow-up.

## AGENDA

1. **CALL TO ORDER –** 6:00 p.m.
   1.1 Roll Call
   1.2 Approval of Agenda
   1.3 Public Concerns (An opportunity for the public to comment or address the Board on issues to be discussed in Closed Session)

2. **RECESS TO CLOSED SESSION –** Personnel, Negotiations, Legal Matters
   (Pursuant to Gov't Code Section 54954.2, closed sessions are not open to the public and may only be held for negotiations discussion, employment or dismissal of an employee, disciplinary matters relative to student(s) or employee(s), meeting with legal counsel on pending or anticipated litigation, emergency situations and other exceptions as provided by the law, including Government Code sections 54957 and 54957.6.)
   2.1 Conference with Legal Counsel - Anticipated Litigation

3. **OPEN REGULAR SESSION CALL TO ORDER –** 7:00 p.m.
   3.1 Flag Salute
   3.2 Correspondence – Written
   3.3 Public Comment (see above*)
   3.4 Closed Session Report
   3.5 Approve Consent Items

4. **RECOGNITION**
   4.1 Student Leadership: CT English ASB Officers - Rachel Stephens, Alexis Dorn, Avelene Celinski, Helena Cramer, Anna Maria Malkos, Holly Hulewat (Advisor); Loma Prieta Student Council Officers – Shyla Werdebaugh, Sophie Riese, Grace Murray, Payton Steffen, Lisa Sullivan (Advisor).

5. **REPORTS**
   5.1 Board of Trustees
   5.2 Staff:     - Lisa Fraser     - District business, organizations and accomplishments
                    - Karren Zook     - School business, organizations and accomplishments
                    - Cathy Vance     - District and State Budget update
                    - Paul Harville     - Facilities and maintenance update
   5.3 LPTA:     - Kat Ray     - Teachers Association update
   5.4 CSEA:     - April Fulton     - Classified Employees Association update
   5.5 LPEF:     - Diane Tosetti     - Education Fund update
   5.6 Building Blocks: - Nicole Gomez     - Preschool update

B248

6. **DISCUSSIONS/ACTION ITEMS**
    6.1 Discuss Results of Special Education Program Survey encl. # 1
    Following a study of the District special education program, representatives of School Services of California will present the results of their survey.
    6.2 Discuss/Approve Fire Safe Council Fire Protection Project encl. # 2
    Staff will provide an overview of the Fire Safe Council plan for Loma Prieta school properties as designed by the Loma Prieta Fire Safe public roads community project, which would make a shaded fuel break along Summit Road.
    6.3 Budget Advisory Committee Update
    Staff will present the outcomes following the January monthly meeting of the Superintendent's Budget Advisory Committee.
    6.4 Review/Approve 2019-20 Certificated Seniority List encl. # 3
    Staff will present the certificated seniority list delineating years of service, credentials, etc.
    6.5 Discuss/Adopt Res. #20-XIII – Establishment of Criteria for Order of Certificated Layoff encl. # 4
    and Reemployment for Employees with Equal Seniority
    The Board may adopt a resolution outlining the process of identifying layoff "tie-breaker criteria" in the event of a reduction of service. This is an annual formality followed in case of an unforeseen event, which would require the reduction of a particular kind of service. This process establishes the layoff criteria to be used if necessary.
    6.6 Discuss 20-2021Transitional Kindergarten Program
    Staff will present options for consideration for the Transitional Kindergarten program in the next school year. The Scotts Valley Unified School District program has been supporting Loma students for the last four years. Fiscal and instructional implications will be discussed. Staff will be seeking direction from the Board as next year's instructional plan is finalized.
    6.7 Discuss/Adopt Revised Board Policy 4119.21, 4219.21, 4319.21 – Professional Standards encl. # 5
    The Board will review the current board policy to align with current California School Boards Association board Policy.
    6.8 Discuss/Adopt Exhibit 4119.21 – Professional Standards Code of Ethics encl. # 6
    In accordance with Board Bylaw 9310, this Exhibit is presented for Board adoption.
    6.9 Discuss/Approve Comprehensive Safety Plan encl. # 7
    The Superintendent will provide a draft framework of the updated Comprehensive District Safety Plan.
    6.10 Discuss Proposition 39 California Clean Energy Jobs Act Summary of Project Costs encl. # 8
    Staff will present expenses incurred during the District participation in the clean energy program.

Action on all "Consent Agenda" items will be acted upon in one motion unless a Board Member or the Superintendent requests that any such items be removed from the Consent Agenda for discussion by Trustees or any interested party.

7. **CONSENT SESSION**
    7.1 Approve Personnel Report encl. # 9
    (Resignations, Hiring, Consultants, Independent Contractors, Hourly Projects)
    7.2 Approve Warrants – January 2020 encl. # 10
    7.3 Approve Open Purchase Orders – July 1, 2019 Through January 31, 2020 encl. # 11
    7.4 Approve Minutes – December 11, 2019 Regular Board Meeting encl. # 12
    7.5 Approve Minutes – January 15, 2020 Regular Board Meeting encl. # 13
    7.6 Certify Corrective Action to 2018-19 Audit Findings encl. # 14
    7.7 Approve Agreement with Clifford Moss LLC encl. # 15
    The Measure H special parcel tax assessment expires at the end of the 2020-21 school year. Revenues from this parcel tax are used to maintain outstanding core academic education programs, retain highly qualified teachers and prepare our students for a rigorous high school experience. Administration would like to look at the feasibility of renewing this special assessment. Clifford Moss LLC has effectively supported the District through previous strategic assessment, communications and planning services. This contract is a flat rate amount of $25,000 to provide services leading up to a Board resolution for a ballot measure.
    7.8 Ratify TK Program MOU between Scotts Valley Unified School District and LPJUSD encl. # 16
    7.9 Accept Donations encl. # 17
    7.10 Approve Contract with Paul Mooney Inspection Services encl. # 18
    The track and field project requires oversight from the Division of the State Architect and requires a DSA inspector of record. This contract, with an estimated total cost of $32,000, will be supported by the Measure R bond.

B249

007448

| | | | |
|---|---|---|---|
| 7.11 | First Reading/Adopt Board Policy 3515.7 – Firearms on School Grounds | | encl. # 19 |
| | This policy is referred to in revised BP 4119.21. | | |
| 7.12 | First Reading/Adopt Board Policy 4158, 4258, 4358 – Employee Security | | encl. # 20 |
| | This policy is referred to in revised BP 4119.21. | | |
| 7.13 | First Reading/Adopt Board Policy 5131.2 - Bullying | | encl. # 21 |
| | This policy is referred to in revised BP 4119.21. | | |
| 7.14 | First Reading/Adopt Board Policy 3513.4 – Drug and Alcohol Free Schools | | encl. # 22 |
| | This policy is referred to in revised BP 4119.21. | | |
| 7.15 | First Reading/Adopt Board Policy 4112.41, 4212.41, 4312.41 – Employee Security | | encl. # 23 |
| | This policy is referred to in revised BP 4119.21. | | |
| 7.16 | First Reading/Adopt Board Policy 4119.22 – Dress and Grooming | | encl. # 24 |
| | This policy is referred to in revised BP 4119.21. | | |
| 7.17 | First Reading/Adopt Administrative Regulation 4117.7, 4317.7 – Employment Status Reports | | encl. # 25 |
| | This policy is referred to in revised BP 4119.21. | | |
| 7.18 | First Reading/Adopt Board Policy 0460 – Local Control And Accountability Plan | | encl. # 26 |
| | This policy is referred to in BP 5131.2 above. | | |

8. **FUTURE MEETING DATES**
   8.1   Wednesday, February 26, 2020     6:30 p.m. – Budget Study Session     Forum
   8.2   Wednesday, March 11, 2020         7:00 p.m. – Regular Session           Forum
   8.3   Wednesday, April 15, 2020          7:00 p.m. – Regular Session           Forum
   8.4   Wednesday, May 6, 2020             6:30 p.m. – Budget Study Session     Forum
   8.5   Wednesday, June 17, 2020           7:00 p.m. – Budget Study Session     Forum
   8.6   Wednesday, August 19, 2020        7:00 p.m. – Regular Session           Forum

9. **ADJOURNMENT**

Individuals requiring special accommodations (American Sign Language interpreter, accessible seating, documentation in accessible formats, etc.) should contact the Superintendent's Office at least two working days before the meeting date.

B250

# LOMA PRIETA JOINT UNION ELEMENTARY SCHOOL DISTRICT
## REGULAR BOARD MEETING
February 12, 2020
Loma Prieta Elementary School Forum

BOARD MEMBERS:
Deana Arnold
Kerrie Mills
Ben Abeln
Ron Bourque
Alex Hall

BOARD MEMBERS ABSENT: None

SECRETARY PRESENT: Lisa Fraser

ROLL CALL TO ORDER: 6:30 p.m.

**Approval of Agenda**      **Approved 5-0**
A **MOTION** was made by Mr. Abeln and seconded by Ms. Mills to modify the agenda moving items 7.1, 7.4 and 7.7 from Consent to Discusion/Action.
A **MOTION** was made by Mr. Abeln and seconded by Ms. Mills to approve the agenda as modified.      **Approved 5-0**

**Public Concerns** – None

**Recess to Closed Session**

**CONVENE REGULAR SESSION** – 7:00 p.m.

**Written Correspondence** – Ms. Mills read a letter from the Santa Clara County Office of Education regarding the positive certification of the Loma Prieta Joint Union School District 2019-2020 First Interim Report. The letter is attached.

**Public Comment** – None

**Closed Session Report** – Ms. Arnold reported the Board discussed an anticipated litigation item. No action was taken.

**CONSENT ITEMS**      **Approved 5-0**
A **MOTION** was made by Mr. Bourque and seconded by Ms. Hall to approve the consent items including Personnel Report 02/12/20; warrants for the month of January in the amount of $357,486.06; open purchase orders from July 1, 2019 through January 31, 2020, in the encumbered amount of $1,458,295.90, liquidated amount of $792,059.20, with a balance of $666,236,70; meeting minutes from the December 11, 2019 and January 15, 2020 board meetings; certification of corrective action to the 2018-19 audit findings; approval of an agreement, in the amount of $25,000, for a feasibility study of

B251

7.4 encl. #8

the renewal of a parcel tax; ratification of an MOU between Scotts Valley Unified School District and LPJUSD to allow District students to attend Scotts Valley Schools for TK; accept donations of $470.88 from Mountain Bible Church and $17.90 from the Kiwanis Club of San Jose; approve a contract with Paul Mooney Inspection Services for inspection of the track and field project as required by the DSA in the estimated amount of $32000 which will be supported by the Measure R bond funds; adoption of Board Policy 3515.7; adoption of Board Policy 4158, 4258, 4358; adoption of Board Policy 5131.2; adoption of Board Policy 3513.4; adoption of Board Policy 4112.41, 4212.41, 4312.41; adoption of Board Policy 4119.22; adoption of Administrative Regulation 4117.7, 4317.7; and adoption of Board Policy 0460.

**RECOGNITION**
**Student Leadership: Rachel Stephens, Alexis Dorn, Avelene Celinski, Helena Cramer, Anna Maria Malkos, and CT English ASB Advisor, Holly Hulewat; Shyla Werdebauth, sophie Riese, Grace Murray, Payton Steffen, and Loma Prieta Student Council Advisor, Lisa Sullivan**
Ms. Fraser expressed her appreciation for the opportunity to acknowledge and celebrate these student leaders for stepping up and giving their own time to make a difference at their schools. Working with their advisors, "these students make things happen", she said. Ms. Fraser read Ms. Hulewat's statement, "Thank you to the board for recognizing the student council officers of the 2019-20 school year! I have been so impressed by the spirit and dedication that our student council officers have shown. Our 6th grade officers, Alexis and Anna Maria, have been active members of student council since they began middle school last August, and I am impressed with their initiative to elevate the CT student experience upon arrival! Avelene and Helena, our 7th grade officers are always organized and thoughtful at our meetings. Lastly, Rachel has been a role model for her younger officers as well as the whole student body with her positivity, diligence, and leadership. Thank you all for your hard work!"

**REPORTS**
**Board of Trustees** – Mr. Abeln reported the golf tournament preparation is underway with a full launch of ticket sales to begin within the next day. He stated offers for sponsorships and donations of auction items are robust. Mr. Abeln stated he expects the tournament to sell out ths year. Mr. Bourque reported his attendance at the budget advisory committee meeting. He stated the Committee is comprised of 15 members, which is a lot of people to be providing advice. Mr. Bourque reported the Committee will work with the community to let them know how and what the District is spending in terms of managing spending. Mr. Bourque reported his attendance at a recent School Site Council meeting, which he stated is made of a good group of community and staff members. Ms. Hall reported the Loma Prieta Museum organization is due to have an event on March 26 focused on early settlers of the mountain. She encouraged the student body to attend and learn about the early settlers of their community. The event is sponsored by the Loma Prieta Community Foundation. Ms. Mills reported her attendance at a recent Santa Clara County School Boards Association meeting where Dr. Dewan gave a State of the County presentation. Ms. Mills stated the results of the presentation indicate the County does above and beyond what the State does reporting

better student results than the State averages. She reported another topic of the meeting was the upcoming Census.

**Superintendent (Ms. Fraser)** – Ms. Fraser reported a successful Lighting for Literacy event attended by 4th and 5th grade students after school. She stated Mr. Kinsella and a great group of kids engineered and assembled light boxes for kids around the world. Ms. Fraser stated she has submitted an article to be published in the March Mountain Network News issue which provides a Measure R update on projects completed, those in the planning stages and those underway. She reported she will attend a March 2, 2020, Daughters of the Revolution luncheon where she has been invited to speak about Project Cornerstone. Ms. Fraser reported there will be a videographer from Project Cornerstone on campus to capture cameo appearances to use at Asset Champions breakfast in March. Ms. Fraser thanked the IT staff, Ms. Bourque, Ms. Zook and Ms. Ljepava for all their work in preparation for CAASPP testing. Ms. Fraser also gave a shoutout to the group of adult volunteers who will be chaperoning the seventh graders on their trip to Yosemite.

**Principal (Ms. Zook)** – Ms. Zook reported Loma Prieta Elementary students and staff are gearing up for the talent show on February 28, 2020. She stated the teachers are doing the end of trimester preparations for report cards and optional parent/teacher conferences. Ms. Zook reported members of the Los Gatos High School faculty were on the CT English campus last week to meet with eighth grade students. She stated it is spirit week at CT English. Mr. Arias introduced the new "CT Cup" student challenge. She said grade levels will competing against one another to earn points. Ms. Zook reported at the last School Site Council meeting the committee members discussed upcoming Screangers screenings. She said CT English students will watch Screenagers in PE class. Ms. Zook reported CT English teachers are working to prepare Project Cornerstone curriculum for CT English students in a pilot program this year and full delivery of curriculum in the new school year.

**CBO (Ms. Vance)** – No report.

**Director of Facilities and Maintenance (Mr. Harville)** – Mr. Harville reported his attendance at an emergency managers meeting at the Santa Clara County Office of Education where the main topic discussed was school-wide disinfection. While at the meeting, Mr. Harville met facilities managers from other districts in Santa Clara County. He stated his staff are prepared for an outbreak of illness. Mr. Harville reported two community members, Alex Leman and Kevin Epperly have volunteered to repair the damaged area of the gazebo roof on the North Campus. The goal will be to complete the repairs before the month of April. He stated the track and field project is moving along well. He has reviewed the bid documents and sent them off to the architect. Mr. Harville anticipates beginning the target advertising period of 3 weeks on February 17th with a bid delivery due date of March 31, 2020. He stated he hopes to deliver a contract for the track and field to the Board of Trustees for approval at April board meeting.

To Ms. Arnold's question, Mr. Harville stated, all required paperwork for the walkway and new building has been submitted to the DSA for approval, but final approval has not yet occurred.

**LPTA (Ms. Ray)** – Ms. DePiazza stated a new representative is replacing Ms. Vieler and reported Ms. Ray attended the State Council in January. Ms. DePiazza stated LPTA is looking forward to negotiating with the District in the Spring.

**CSEA (Ms. Fulton)** – Ms. Bourque stated the membership ratified the Youth Leader 1 and Youth Leader 2 job descriptions at their recent meeting.

**LPEF (Mr. Riese)** – No report.
**Building Blocks Preschool (Ms. Gomez)** – Ms. Gomez reported an Open House event was held recently and was well attended. She stated TK eligible families were given information regarding IDT attendance opportunities in the Scotts Valley Unified School District.

## DISCUSSION/ACTION ITEMS
### Discuss Results of Special Education Program Survey
Ms. Garcia, Director of Management Consulting Services of School Services of California, presented information following their special education study conducted late in 2019. She stated her presentation provides a summary of the report the Board of Trustees received earlier in the year.
To Ms. Hall's question, Ms. Garcia responded that the State may change funding/provide more resources to schools for special education services next year. She stated last year there was some additional funding in the budget and any additional funding being provided this year will go through the SELPA, which could affect how much the District sees. Ms. Garcia stated, ultimately, funds will not cover the full costs of education.
Mr. Bourque expressed his appreciation for the report. He noted all the recommendation if taken at face value will add costs and the District is already spending more that the average. He would like to see recommendations on how to cut costs and make the program more effective. Ms. Garcia stated policies, programs and early intervention can be helpful to reduce expenses, but stated many areas cannot be cut due to Federal law. She stated certain criteria allows for less spending, but cuts cannot come to the "maintenance of effort". Mr. Bourque stated it appears the policy is set up to ensure an increasing amount of money is being spend on special education. Ms. Garcia agreed and stated the Federal government would argue they don't want to set up a system where districts aren't providing services to students. The government doesn't want you to spend more and don't want to encentivize districts to spend less. Ms. Garcia offered offered templates on special education policies. Ms. Garcia stated if you have procedures and efficiencies to bring down the costs, over time you're not going to see your special education costs increase.
Ms. Dorn stated that as a teacher and parent she has seen how things are being streamlined and feels support from the District for students.
Ms. Ljepava thanked Ms. Garcia for the effort put into the study. She sataed the information shared as a result of their work is not a surprise to her and she welcomes the opportunity for change and growth in order to continue to move forward to do the best for kids. Ms. Ljepava stated she hopes to make changes that result in keeping District students on our campuses.
Ms. Vance expressed her surprise by the comparative data included in the report. From the data, she realized the majority of public school districts in California are in the same financial boat.
Ms. Zook expressed her surprise by the data indicating the volume of students in special education for speech services. She expressed her interest to learn how early intervention could lower the special education population.
Ms. Garcia's presentation is attached.

| | |
|---|---|
| **DiscussApprove FireSafe Council Fire Protection Project** | **Approved 5-0** |

B254

Mr. Harville presented a plan generated by Mr. Lopp, Santa Cruz Mountain Alliance, and Mr. Call, Hazardous Fuel Reduction Program Manager of the Santa Clara County FireSafe Council. The two phase plan is an effort to demonstrate the creation of a safe road route to evacuate in the event of a wild fire. It is their hope to use the school district land adjacent to Summit Road as a front runner in this demonstration. The first phase of the plan includes an area along Summit Road south including the frog pond. The second phase includes the area adjacent to the north side of Summit Road and the green belt behind the amphitheater. The FireSafe Council has offered a $20,000 grant and requested a 10% matching grant from the District, or $2,000. During conversations with Mr. Call, it was stated that if the District provided the requested $2,000, it is imparitive the phase 1 work is completed.

To Mr. Bourque's question, Mr. Harville stated the plan is aimed at fuel reduction. FireSafe and CalFire working together will take out any fire fuel less that 8 inches in diameter and 15 to 20 feet tall. Larger trees will be limbed. Scotch broom and coyote brush will be removed. In the area around the pond, CalFire would like to remove trees to a 5 – 10 foot spacing and anything that is 8 inches in diameter as well as ladder fuel in an effort to build a clear line of sight to the road from the District parking lot.

To Ms. Arnold's question, Mr. Harville stated the District is not funding clearing of any land that is not District property.

Mr. Harville stated an environmental impact study will be required.

To Ms. Hall's question, Mr. Harville stated there will be an ongoing costs to maintain the areas cleared. He stated any areas where the District's large mower can be driven is easy to maintain at a low cost.

To Ms. Arnold's question, Mr. Harville stated the FireSafe Council has great concern regarding the fire threat in the tree farm. They anticipate that a fire in the area would be 1.5 times as high as the tree leaving them with a real fear of some particular areas.

Mr. Abeln stated he walked the property with Mr. Lopp, Mr. Call, Ms. Fraser and others. He shared his amazement with how many trees should come down and expressed his belief that this project is of lIttle cost to the District. He said the FireSafe Council has a bigger project long-term, but this section of Summit Road is a good place to start.

Mr. Harville stated the large dead trees adjacent to Summit Road will be taken out, which he views as a huge help.

Ms. Fraser stated she and Mr. Harville have talked about the project extensively. She thanked Mr. Lopp and the other folks working on the project and expressed her appreciation that they've allowed she and Paul to ask their questions, which have been adequately addressed.

Mr. Lopp stated they are working on a 2 year plan to reduce fire fuel along Summit and Highland to Mt. Bache and all the way down San Jose-Soquel Road to the end of the canyon.

To Ms. Jones-Turkalj's question, Mr. Harville stated an environamental impact report will be conducted. He does not believe the frog pond will be negatively affected nor create any stumbling blocks relative to clearing fire fuels.

A **MOTION** was made by Mr. Abeln and seconded by Mr. Bourque to approve the FireSafe Council Fire Protection plan as presented.

**Budget Advisory Committee Update**
Ms. Fraser provided an update stating during the first meeting on January 27th, committee members laid the groundwork for different types of school finance and Ms. Vance

presented her "School Finance 101" information. The meeting was used to frontload information so future meetings can be more effective. Ms. Fraser stated an RFP for parcel tax consultant is included in the evenings board meeting agenda. She is planning to invite the consultant to come to next budget advisory meeting to present to the commitee. Ms. Fraser stated the Loma Prieta Future Fund has received another $25,000 donation to the endowment and there are some pledges that haven't hit the account yet. Many of the donations received have corporate matches. The Loma Prieta Future Fund balance sits at about $150,000 balance.

**Review/Approve 2019-20 Certificated Seniority List**     **Approved 5-0**

Ms. Fraser stated the seniority list is presented annually. The list delineates years of service by our certificated staff members.

To Mr. Bourque's question, Ms. Fraser stated HR staff remind teacher to renew with their credential is approaching expiration.

A **MOTION** was made by Ms. Hall and seconded by Mr. Abeln to approve the 2019-20 certificated seniority list as presented.

**Discuss/Adopt Res. #20-XIII – Establishment of Criteria for Order of Certificated Layoff and Reemployment for Employees with Equal Seniority**     **Approved 5-0**

Ms. Fraser explained the resolution is an annual document used to assist in determining a tie breaker should a layoff be necessary and teachers had the same seniority.

A **MOTION** was made by Ms. Mills and seconded by Ms. Hall to adopt resolution #20-XIII as presented.

**Discuss 2020-21 Transitional Kindergarten Program**

Ms. Fraser stated she is working to keep as many options open for members of the District community as possible. She stated the Scotts Valley Unified superintendent has given the District a very pared down MOU in order to allow our TK students to attend their schools via an IDT. One difference in the agreement as compared to agreements of the past involves their desire to reserve the right to exclude District TK students if their program needs the space and they cannot guarantee which school students will attend: Brook Knoll or Vine Hill. Ms. Fraser stated she has also reached out to Soquel Union and no MOU has yet been signed, but Superintendent Turnbull has indicated that they are willing to take District TK students. Ms. Fraser stated she is encouraging him to enter into individual IDTs and skip the MOU agreement.

**Discuss/Adopt Revised Board Policy 4119.21, 4219.21, 4319.21 – Professional Standards**     **Approved 5-0**

Ms. Fraser explained she is working to to bring District policies up to date looking at some policies more than others as needed. She stated a policy that is in need of an update is professional standards. The policy presented has been revised to reflect CSBA recommended policy. Some policies cited in 4119.21, et all did not exist in the District. Others are mandated policies. In support of 4119.21 et al, there are about eight policies in the consent section that are needed to support this policy. She stated she has reached out to LPTA to provide a heads-up relative to these policies. Some policies changes are semantical and some changes include sections that are drastically different. Examples she shared were: staff conduct with students in the new policy is much more detailed with clear descriptors, a new section includes the requirement to notify employees of electroniic files, a new section talks about how you report misconduct and that misconduct must be promptly reported, if an employee observes or has evidence of another employee, employee has an obligation to report, prohibiting retaliation, and

B256

notifying the CTC any time there has been an employee change of status, which is the law.

To Ms. Jones-Turkalj's question, Ms. Fraser stated the bullying policy was mandated about one year ago. The District did have bullying in some policies, but did not have a bullying policy. In some areas, the District is out of compliance with the most recent update done in 2012.

A **MOTION** was made by Mr. Abeln and seconded by Ms. Mills to adopt revised board policy 4119.21, 4219.21, 4319.21 – Professional Standards as presented.

**Discuss/Adopt Exhibit 4119.1 – Professional Standards Code of Ethics**                                    **Approved 5-0**

Mr. Fraser explained revised board policy 4119.21, et al, also referenced a code of ethics, which the District did not have. The CSBA sample followed was generated by the NEA. Mr. Bourque commented on the language, "In fulfillment of the obligation to the student, the educator: Shall not unreasonably"... How do you define "unreasonable"? Ms. Arnold stated she believes part of the problem is that every situation is different. Using a detailed description is a benefit, but it can also be a detriment. Ms. Fraser stated she believes the Code is working to give educators the ability to use their professional judgement to do what's reasonable. Ms. Arnold stated the Code does point out the important parts.

A **MOTION** was made by Mr. Bourque and seconded by Ms. Hall to adopt the Professional Standards Code of Ethics as presented.

**Discuss/Approve Comprehensive Safety Plan**                          **Approve 5-0**

Ms. Fraser explained the Plan is a work in progress. It is a huge document. To complete in one sitting is very difficult. Small district can have one plan rather than a plan for each school, as required by larger districts.. She presented the start of a template with every requirement stated that can be addressed one step at a time. Ms. Fraser explained the requirement is approval of the Plan before March 1. She can bring updates to the Board for approval as each section is completed.

Mr. Bourque complimented Ms. Fraser stating he appreciates that she did a darn good job to create the document and get community input.

A **MOTION** to approve the draft Comprehensive Plan framework was made by Ms. Hall and seconded by Ms. Mills.

**Discuss Proposition 39 California Clean Energy Jobs Act Summary of Project Costs**

Ms. Vance reviewed the summary of projects provided in the board packet. She stated in a few months, the District will receive a report on energy savings.

It was determined that due to the new construction following the fire, a one to one comparison of energy expenses cannot be made.

**Discuss/Approve Personnel Report**                                  **Approved 5-0**

A correction was made to change the job title from Paraeducator 2 to Youth Leader 2.

A **MOTION** was made by Ms. Hall and seconded by Mr. Bourque to approve the February 12, 2020 personnel report as corrected.

**Discuss/Approve Minutes -December 11, 2019**                        **Approved 5-0**

A correction was made to the item "DiscussAdopt Revision to the Management, Confidential and Supervisory Salary Schedule" to indicate it was Ms. Arnold who stated it has been a long-held priority of the Board to include management when the teachers receive a raise.

A **MOTION** was made by Ms. Mills and seconded by Ms. Hall to approve the December 11, 2019 board meeting minutes as corrected.

**Approve Agreement with Clifford Moss**  **Approved 5-0**

Ms. Fraser explained Clifford Moss is a parcel tax consultant. Following review, it was felt the contract language lacked specificity possibly leading to circumstances where, if other costs were incurred, the District would be obligated to pay them. Clifford Moss was more than happy to reword the contract phrase to read, "with preapproval by the client".

**ADJOURNMENT** – 9:03 p.m.

Submitted by:

Lisa Fraser
03/2020