


**Loma Prieta**
JOINT UNION SCHOOL DISTRICT
23800 Summit Road, Los Gatos California 95033
Phone: (408) 353-1101   Fax: (408) 353-8051
www.loma.k12.ca.us
Lisa Fraser, Superintendent
Karren Zook, Principal

To: David Kissner
From: Karren Zook, Principal
Date: April 2, 2020
Subj: Warning of Unsatisfactory Performance

On Friday, March 6, 2020, you were engaged in the following conduct:

> During lunchtime, a student arrived late to a lunch detention assigned by you. Upon reporting, she stated that you were angry and "slammed your fist on the table." When the student exclaimed that "it was going to be a waste of time to come to your room first," she reports that you said, "No shit, Claire." This statement was made with several other students in the room.

On Friday, March 9, 2020, I received notice of the above incident. On Tuesday, March 10, 2020, I requested to meet with you on Friday, March 13, 2020 at 2:00 p.m. to discuss the incident. On Thursday, March 12, 2020, you replied via email, "Hi Karren, I'm sorry, but I will not be able to meet. Thanks, David."

On Friday, March 13, 2020, I sent the following clarifying email: "Please clarify, are you unable to make this meeting time, if so, I can reschedule, or are you unwilling to meet regarding this topic?" You responded the same day stating, "Hi Karen, I am not willing to meet regarding this topic. Thanks, David."

On Monday, March 9, 2020, a student present during the March 6, 2020 lunchtime interaction, was interviewed and confirmed that you used profanity directed at the student assigned detention.

Your conduct lacked good professional judgement, which requires that you refrain from using profane language in conversations with students. Your conduct caused embarrassment to the student and had a negative impact on the student's sense of safety in your classroom.

Effective immediately, you are to refrain from using profanity as a method of managing student behavior. Failure to do so will result in further corrective action up to and including a formal letter of reprimand. If you have any questions about this directive, please contact me.

A copy of this document will be placed in your personnel file after 10 days. You may prepare a response and have that response attached to this document.

Board of Trustees:
Deana A. Arnold, President   Kerrie Mills, Vice-President
Ben Abeln, Member   Ron Bourque, Member   Alex Hall, Member

3 April, 2020

From: David Kissner, Teacher, CT English Middle School
To: Karren Zook, Loma Prieta Joint Union School District
CC: Lisa Fraser, Superintendent, Loma Prieta Joint Union School District

Subject: RESPONSE TO LETTER DATED 2 APRIL, 2020

1. The following is submitted as a response to the letter (Warning of Unsatisfactory Performance) which is to be placed in my file, dated 2 April, 2020.

2. The description of the incident in question is factually inaccurate and lacks context.

3. Principal Zook did not have the benefit of hearing from me on this matter because I refused to meet with her to discuss it. I will not participate in any inquiry of any sort conducted by this district because of how the last inquiry was handled, and until the following issues are addressed:

    a. Following the walkout controversy of 2018, I was lied to about the nature of the "facilitation" that I agreed to. *(The district instead launched a secretive and invasive investigation).*

    b. The underlying premise for agreeing to the facilitation/investigation turned out to have been a lie *(student grades were supposed to be "no-grade," instead, they were secretly and artificially inflated).*

    c. I was lied to about the investigation concluding. *(I, the community, and the media were all told that the investigation had concluded – this was a lie. I was brought back into the classroom whilst still being investigated secretly).*

    d. I was lied to about the scope of the investigation. *(The district-hired investigator investigated irrelevant and inappropriate lines of questioning, such as my religious beliefs).*

    e. I was lied to about the district's willingness to share results of the investigation. *(The results of what was supposed to be a "facilitation" has been kept in complete secrecy).*

    f. I was lied to about the impartiality of the investigation.
        i. *(The investigator, chosen and hired by the district leadership without my input, had access to all of my emails, but no others).*
        ii. *(Pages of the investigation that I was allowed to view concluded that I was wrong and Superintendent Kidwell was in the right. Yet the district has been forced to concede that all of my concerns will be corrected for next time, completely vindicating my position in the walkout mess. This*

*indicates a flawed, worthless, and skewed investigation. I still have no answer as to why the report that costs tens of thousands of dollars concluded that I was in the wrong, but the superintendent has indicated that every one of my concerns will be corrected for next time.)*

g. District leadership has made it clear on numerous occasions that they are looking for damaging information on me and will twist innocuous situations to make them appear problematic. The district is also clearly trying to create a document trail to be used against me in the future.

h. The district refuses to communicate directly with me about any of those issues. *(The board and superintendent have refused multiple attempts at communication at various levels).*

David M. Kissner