Admitted R29

B276

**From:** David Kissner
**Sent:** Monday, April 15, 2019 9:07 AM
**To:** Lisa Fraser
**Cc:** board@loma.k12.ca.us; BSarchet@littler.com
**Subject:** Public Records Request, Loma Prieta Joint Unified School District

Dear Lisa,

Please find the attached public records request pursuant to my rights under the California Public Records Act.

Sincerely,
David M. Kissner

15 April, 2019

From:   David Kissner
To:     Lisa Fraser, Superintendent, Loma Prieta Joint Union School District
CC:     Board of Trustees, Loma Prieta Joint Union School District
        Bruce J. Sarchet, Littler Mendelson, P.C.

Subject: REQUEST FOR COPY OF PUBLIC RECORDS

Ref:    (a) California Public Records Act, Government Code Section 6250 et seq.
        (b) Article I, Section 3 of the California Constitution

Dear Lisa,

Pursuant to my rights under the California Public Records Act (Government Code Section 6250 et seq.) and Article I, Section 3 of the California Constitution, I would like to obtain a copy of records in the possession of Loma Prieta Joint Union School District:

For the following requests, please understand "related to the March 14, 2018 student walkouts" to include any correspondence related to the planning, communication, response strategy in the aftermath of, correspondence with parents of students who walked out, investigation, findings of said investigation, and release of said findings. I request the following records:

1) All district email correspondence to/from Superintendent Corey Kidwell related to the March 14, 2018 student walkouts, dating from February 20, 2018 to present.
2) All district email correspondence to/from Superintendent Corey Kidwell dating from March 12, 2018 to March 20, 2018.

B276

007472

Admitted R29

B277

3) Phone records of Superintendent Corey Kidwell's district-issued phone dating from March 12, 2018 to March 20, 2018.
4) All text messages to/from Superintendent Corey Kidwell dating from March 12, 2018 to March 20, 2018 from her district-issued phone.
5) Any emails or text communication to/from Superintendent Kidwell on her personal devices and accounts that relate to the March 14 student walkouts in accordance with established case law.
6) Emails to/from the Loma Prieta Joint Union Board of Trustees and between its members related to the March 14, 2018 student walkouts, and the investigation of same, dating from February 20, 2018 to present.
7) Emails to/from Superintendent Lisa Fraser regarding the handling of the March 14 walkout investigations from date of hire to present.
8) A true and complete copy of Patricia Elliott's investigation of the March 14 student walkouts, to include all interview notes and documents and recordings, and the results of said investigation.
    *The California Court of Appeal has held that an investigative report commissioned by a local government agency but drafted by a third party is a public record subject to disclosure under the California Public Records Act (CPRA) (Pasadena Police Officers Association v. Superior Court (PPOA), (2015) 240 Cal. App. 4th 268).*
9) Copies of invoices and total dollar amounts the district has paid to Patricia Elliot, Jeanine DeBacker, and to Littler Mendelson in connection with the March 14th walkouts and the investigation thereof, my retaliation complaint, and the investigations into myself to date as well as any additional legal costs associated with the aforementioned investigations.
10) All district email correspondence to/from Lead Teacher Tony Arias related to the March 14, 2018 student walkouts, dating from February 20, 2018 to present.
11) Any additional materials, legal guidance, planning documents, or resources used to plan the district's handling of the March 14, 2018 walkouts.

This request reasonably describes identifiable records and a sufficiently narrow scope of information to be produced from those records. If you are unable to comply with this request because you believe it is not focused or effective, California Government Code Section 6253.1(a) requires you to (1) Assist me in identifying the records and information that are responsive to my request or to the purpose of my request; (2) Describe the information technology and physical location in which the records exist; and (3) Provide me with suggestions for overcoming any practical basis for denying access to the records or information I am seeking.

Pursuant to Government Code Section 6253(b), I ask that you make the records "promptly available," based on my payment of "fees covering direct costs of duplication, or statutory fee, if applicable." I request that you waive copying/scanning fees because the information requested will be used in the public interest to further the public's understanding of the March 14, 2018 school walkouts and the district's handling of same. None of the information obtained

B277

007473

will be sold or distributed for profit. If you are unable to waive the copying fees and you anticipate that these costs will exceed $50, or that the time needed to copy the records will delay their release, please contact me so that I can arrange to inspect the documents or decide which documents I wish to have copied. Otherwise, please copy or scan and send them as soon as possible.

I believe that no express provisions of law exist that exempt the records from disclosure, except as follows:

> Correspondence between the board of trustees / superintendent and legal council may be exempt.  However, correspondence relating to the planning, implementation, and aftermath of the March 14th walkout is a matter of public record.

As you determine whether this request seeks copies of disclosable public records, be mindful that Article I, Section 3 (b)(2) of the California Constitution requires you to broadly construe a statute, court rule, or other authority if it furthers the right of access to the information I have requested and to narrowly construe a statute, court rule, or other authority if it limits my right of access.

If a portion of the information I have requested is exempt from disclosure by express provisions of law, Government Code Section 6253(a) additionally requires segregation and deletion of that material in order that the remainder of the information may be released. If you determine that an express provision of law exists to exempt from disclosure all or a portion of the material I have requested, Government Code Section 6253(c) requires notification to me of the reasons for the determination not later than 10 days from your receipt of this request.

Government Code Section 6253(d) prohibits the use of the 10-day period, or any provisions of the Public Records Act "to delay access for purposes of inspecting public records."

To expedite compliance, I am sending a copy of this request to the office of your legal counsel.

Thank you for your timely attention to my request.

Sincerely,

David M. Kissner

From: Lisa Fraser <l.fraser@loma.k12.ca.us>
Sent: Monday, April 15, 2019 2:37 PM
To: David Kissner
Cc: Board; BSarchet@littler.com
Subject: Re: Public Records Request, Loma Prieta Joint Unified School District

B278

007474

Dear David,

Thank you for your request.

Sincerely,

Lisa Fraser
Superintendent
Loma Prieta Joint Union School District
23800 Summit Road
Los Gatos, CA 95033
408/353-1101 – p
408/353-8051 – f

**From:** Lisa Fraser
**Sent:** Thursday, April 25, 2019 12:44 PM
**To:** d.kissner@loma.k12.ca.us
**Cc:** Board; Sarchet, Bruce J.
**Subject:** Public Records Request

April 25, 2019
**VIA EMAIL**
David Kissner

Re: <u>Request for Public Records from Loma Prieta Joint Union School District Regarding March 14, 2018 Student Walkouts</u>
Dear Mr Kissner:
I am writing in response to your California Public Records Act request dated April 15, 2019. The purpose of this letter is to provide a response from the District to that request. The requests you made specifically included the following:

1) All district email correspondence to/from Superintendent Corey Kidwell related to the March 14, 2018 student walkouts, dating from February 20, 2018 to present.

2) All district email correspondence to/from Superintendent Corey Kidwell dating from March 12, 2018 to March 20, 2018.

3) Phone records of Superintendent Corey Kidwell's district-issued phone dating from March 12, 2018 to March 20, 2018.

4) All text messages to/from Superintendent Corey Kidwell dating from March 12, 2018 to March 20, 2018 from her district-issued phone.

5) Any emails or text communication to/from Superintendent Kidwell on her personal devices and accounts that relate to the March 14 student walkouts in accordance with established case law.

6) Emails to/from the Loma Prieta Joint Union Board of Trustees and between its members related to the March 14, 2018 student walkouts, and the investigation of same, dating from February 20, 2018 to present.

7) Emails to/from Superintendent Lisa Fraser regarding the handling of the March 14 walkout investigations from date of hire to present.

8) A true and complete copy of Patricia Elliott's investigation of the March 14 student walkouts, to include all interview notes and documents and recordings, and the results of said investigation.

9) Copies of invoices and total dollar amounts the district has paid to Patricia Elliot, Jeanine DeBacker, and to Littler Mendelson in connection with the March 14th walkouts and the investigation thereof, my retaliation complaint, and the investigations into myself to date as well as any additional legal costs associated with the aforementioned investigations.

10) All district email correspondence to/from Lead Teacher Tony Arias related to the March 14, 2018 student walkouts, dating from February 20, 2018 to present.

11) Any additional materials, legal guidance, planning documents, or resources used to plan the district's handling of the March 14, 2018 walkouts.

This District responds that the requests are vague and ambiguous as to the terms "related to the March 14, 2018 student walkouts," "that relate to the March 14 student walkouts," "the investigation of same," "regarding the handling of the March 14 walkout investigations," "the results of said investigation," "materials, legal guidance, planning documents, or resources," and "the district's handling of the March 14, 2018 walkouts." The District also responds that the requests are overly broad and unduly burdensome. These requests are also exempt from disclosure pursuant to California Government Code section 6254(a), (c) and (k) (including attorney-client and work product privileges) and California Government Code section 6255. Notwithstanding the above, the District agrees to provide copies of non-privileged, relevant documents in its possession and/or control, as follows:
- Copies of emails which specifically make reference to the March 14, 2018 student walkouts.
- Copies of text messages which specifically make reference to the March 14, 2018 student walkouts.
- Copies of emails which specifically make reference to the investigation conducted by Patti Elliot.
- Copies of text messages which specifically make reference to the investigation conducted by Patti Elliot.
- The total amount which the District has paid to Patricia Elliot for investigative services.

Admitted R29

B281

- The total amount which the District has paid to Jeanine DeBacker for investigative services.
- The total amount which the District has paid to Littler Mendelson for legal consultation from March 2018 to the present.

In producing the above documents, the District will produce them with all names redacted for privacy except for your name.

Sincerely,

Lisa Fraser
Superintendent

---

**From:** d.kissner@loma.k12.ca.us
**Sent:** Friday, April 26, 2019 10:14 AM
**To:** Lisa Fraser
**Cc:** Board; Sarchet, Bruce J.
**Subject:** Re: Public Records Request

Thank you Lisa.

Please advise as to when I can expect to obtain a copy of the records you indicate an intent to release. Since the reasons for nondisclosure of some records were numerous and not connected directly to specific records requests, please also provide the specific reason for not releasing

1) Phone records of Superintendent Corey Kidwell's district-issued phone dating from March 12, 2018 to March 20, 2018, and
2) Some form of conclusion, final report, summary, etc of the walkout investigation, which was described as "engaging an independent evaluator (Corey Kidwell, 4 Apr, 2018), and an effort to "seek outside facilitation to help us learn from these challenges and develop a set of shared understandings to guide us going forward" (Board President Deana Arnold, 19 March, 2018).

I would appreciate your assistance in refining my request as necessary in order to obtain the information I am seeking.

Thank you for your time and assistance.

Sincerely,
David

B281

*007477*

**From:** Lisa Fraser
**Sent:** Monday, May 6, 2019 2:06 PM
**To:** d.kissner@loma.k12.ca.us
**Cc:** Board; Sarchet, Bruce J.
**Subject:** Re: Public Records Request

David:

Thank you for your patience regarding your request below. I think it makes the most sense for you to review the documents I have provided before we take any additional steps.

Sincerely,
Lisa Fraser
Superintendent
Loma Prieta Joint Union School District
23800 Summit Road
Los Gatos, CA 95033
408/353-1101 – p
408/353-8051 – f

**From:** d.kissner@loma.k12.ca.us
**Sent:** Monday, May 6, 2019 3:03 PM
**To:** Lisa Fraser
**Subject:** Re: Public Records Request

Dear Lisa,

Thank you for your reply.  The files you attached seem to be addressed to someone else (EEOC?) and do not align very closely with my CPRA request.  Could you please clarify?  Thank you.

Sincerely,
David

**From:** Lisa Fraser
**Sent:** Tuesday, May 7, 2019 3:10 PM
**To:** d.kissner@loma.k12.ca.us
**Subject:** Re: Public Records Request

Hi David

You are correct, these are documents which were also produced for the EEOC, but they are responsive to your requests as well. Please review, and if you believe that there are additional

Admitted R29

B283

documents which are not privileged and not otherwise objectionable, and which are responsive to your requests, please let me know.

I hope this helps to clarify.

Sincerely,
Lisa Fraser
Superintendent
Loma Prieta Joint Union School District
23800 Summit Road
Los Gatos, CA 95033
408/353-1101 – p
408/353-8051 – f


**From:** d.kissner@loma.k12.ca.us
**Sent:** Wednesday, May 8, 2019 3:02 PM
**To:** Lisa Fraser
**Cc:** Board; Sarchet, Bruce J.
**Subject:** Re: Public Records Request

Dear Lisa,

Please find the attached response to your email below.

Sincerely,
David Kissner

8 May, 2019

| | |
|---|---|
| From: | David Kissner |
| To: | Lisa Fraser, Superintendent, Loma Prieta Joint Union School District |
| CC: | Board of Trustees, Loma Prieta Joint Union School District |
| | Bruce J. Sarchet, Littler Mendelson, P.C. |
| Subject: | REQUEST FOR COPY OF PUBLIC RECORDS |
| Ref: | (a) California Public Records Act, Government Code Section 6250 et seq. |
| | (b) Article I, Section 3 of the California Constitution |

Dear Lisa,

B283

*007479*

Thank you for your email dated 7 May, 2019 and the attached documents. As you stated, the records enclosed were prepared for the EEOC. They are clearly not responsive to my requests. I understand that the EEOC asked you for any complaints/concerns about how I handled the student walkouts, and you provided those here. While interesting, these emails do not address my request for records under the CPRA as submitted on April 15, 2019. The additional information about my personnel file and workers compensation material do not in any way align with my request. At this point, it appears that the District is engaging in a stalling tactic with my Public Records Request. Please remember, as we approach 4 weeks from my orginal request, that Government Code section 6253(b) requires you to make the requested records "promptly available."

On April 25th you wrote that you intend to disclose certain records. These have not yet been produced, and I have not yet been given a date to expect them by despite asking for a date some (13) days ago. Please let me know when I can expect to obtain a copy of the records that you stated that you will disclose.

There are two significant pieces of information that I requested that you indicate (in your email response dated April 25) that you do not intend to release. Because your reasons given for nondisclosure are multiple and are not connected with the specific requests being denied, I request clarification on the specific reasons that you are not releasing the following:

1) Phone records of Superintendent Corey Kidwell's district-issued phone dating from March 12, 2018 to March 20, 2018.

   This is a narrow and specific request that is easy to obtain. Please describe the justification for withholding this record, and provide me with suggestions for overcoming any practical basis for denying access to the records or information I am seeking, in accordance with California Government Code Section 6253.1(a).

2) A true and complete copy of Patricia Elliott's investigation of the March 14 student walkouts, to include all interview notes and documents and recordings, and the results of said investigation.

   This is also a narrow and specific request. Please describe the justification for withholding these records, and provide me with suggestions for overcoming any practical basis for denying access to the records or information I am seeking, in accordance with California Government Code Section 6253.1(a).

   I would like your help in identifying what information is releasable, according to your understanding of exemptions from disclosure. For example, if you believe that written notes and interviews are exempt, please explain why and provide the final investigative report. If you believe that the final report is exempt, please explain why and provide a written summary of the report. If you believe that a full written summary is not releasable, please provide the findings of the investigation as specifically relates to the district's actions during the walkout (namely the decisions to change the school schedule, change the attendance policy, encourage teachers to avoid graded activities, change the discipline policy to allow student to walk out of class without consequence, and the communication from the superintendent to the school community in advance of the walkout).

Please remember that this investigation was launched in a joint meeting between myself, then-superintendent Corey Kidwell, and Board President Deana Arnold. In a district release to the entire school community, and as reported in the media, the district announced that:

> Tonight, we had a powerful and thoughtful conversation about the events of the last few days. This morning, such a productive discussion seemed unimaginable. We collectively agreed that these events challenged us as we navigated uncharted territory, and we must do better.
>
> We are committed to showing how real dialog about emotionally packed events can result in finding common ground from which we all get stronger and make better decisions. The Loma and CT Way is to stand together. As problem solvers, we will find solutions that continue to ensure our students are always our highest priority.
>
> **To that end, the District will seek outside facilitation to help us learn from these challenges and develop a set of shared understandings to guide us going forward.** We commit to you that CT English will continue to be a safe, effective and productive school environment for our students. We know we have work to do, and we are looking forward to getting underway.
>
> Corey Kidwell, Superintendent/Principal
> David Kissner, Teacher
> Deana Arnold, President, Board of Trustees
> March 19, 2018

On 19 May, 2018, Board President Deana Arnold wrote a community member in an email that "Our review process is ongoing, and we are hopeful that we may soon be able to provide more comprehensive information to the community."

This is clear evidence that the district was seeking an inquiry into policies and procedures for the purposes of public information. District counsel repeatedly stated that this investigation would have no bearing on my employment status, and this was presumably the case for all district employees involved. You wrote me on August 9, 2018, that

> "As we discussed, the investigation into the student walk outs will have no bearing on your employment status. The Board is evaluating further steps to take regarding this matter, including further evaluation and clarification of various District policies."

It was clearly represented to me – and to the public – that the district was commissioning a facilitator (investigator) to look into the events of the walkout to "learn," "provide a shared set of understandings," provide "guidance going forward," and for "further evaluation and clarification of various District policies." The results were intended to be shared. The board's deliberate attempt to keep these records secret begs the question: how am I, or the public, to "learn from these challenges?" These objectives are clearly within the public interest of knowing how our local government agency conducts itself, how its policies are informed, and keeping local elected officials accountable.

B286

The March 2018 walkout event here specifically at Loma Prieta Joint Union School District was a matter of national interest, and the subject in general was of great public concern. The district commissioned a third-party, ostensibly impartial investigation to look into the matters. The stated purpose was to add to our understanding of the events and to inform policy. This is clearly within the spirit and letter of the Public Records Act, and release is in the general public interest.

The California Public Records Act declares that "access to information concerning the conduct of the people's business is a fundamental and necessary right of every person in this state" (Government Code Section 6250). The California Supreme Court affirmed in CBS v. Block:

> "Implicit in a democratic process is the notion that government should be accountable for its actions. In order to verify accountability, individuals must have access to government files. Such access permits checks against the arbitrary exercise of official power and secrecy in the political process."

It is difficult to reconcile the spirit and the letter of the law with the District's extensive efforts to keep its investigation into this public matter and its conclusions in complete secrecy from the public. It is also difficult to reconcile the district's stated objectives for "outside facilition to help us learn" with its extensive efforts to keep the conclusions in complete secrecy. It is incumbent upon the District to meet its obligations to its stakeholders to be transparent and open with the public's business. Anything less is a betrayal of public trust.

Please advise me as to how I can best overcome whatever obstacles you see to the release of these records – or portions thereof - in accordance with the law. While the law explicitly states that I am not required to provide information about the purpose for my request, I would be happy to sit down with you to describe those reasons so that you can better help me obtain the records I seek.

Please remember that Government Code 6259 (d) specifies that the "court shall award court costs and reasonable attorney fees to the plaintiff should the plaintiff prevail in litigation filed pursuant to this section." Further, if a public agency releases the disputed records after the plaintiff has filed a suit to compel their disclosure and if the release is demonstrably based on the suit, the plaintiff is entitled to costs and fees even though the matter did not result in a court judgment. *Belth v. Garamendi*, 232 Cal. App. 3d 896 (1991).

Please let me know when would be a convenient time to meet in the immediate future.

Sincerely,

David M. Kissner


**From:** Lisa Fraser
**Sent:** Tuesday, May 14, 2019 3:43 PM
**To:** d.kissner@loma.k12.ca.us
**Cc:** Sarchet, Bruce J.; Board
**Subject:** Re: Public Records Request

Dear David,

B286

007482

Admitted R29

B287

Thank you for your response. We believe that the records provided are responsive to many of your requests. We will evaluate further whether the phone records you requested are available and will be in touch, if determined relevant.

Regarding your request for Ms. Elliot's report, that is protected by the attorney-client privilege.  However, we will evaluate further your request in light of the points raised in your correspondence, and I will be in touch with a response following the upcoming regularly scheduled board meeting on May 29, 2019.

Sincerely,
Lisa Fraser
Superintendent
Loma Prieta Joint Union School District
23800 Summit Road
Los Gatos, CA 95033
408/353-1101 – p
408/353-8051 – f


**From:** d.kissner@loma.k12.ca.us <d.kissner@loma.k12.ca.us>
**Sent:** Tuesday, May 21, 2019 11:25 PM
**To:** Lisa Fraser
**Cc:** Sarchet, Bruce J.; Board
**Subject:** Re: Public Records Request

Dear Lisa,


Thank you for your response and for your indication that you and the board intend to further evaluate certain aspects of my request.


I am frustrated that even after you provided a bullet-point list of records that you would provide (including correspondence to/from Corey Kidwell, the board, Tony Arias, total invoices for legal services, etc), that you have not addressed these items.  (April 25 - in the email chain below).  Government Code 6253(a) states that "when the agency dispatches the determination, and if the agency determines that the request seeks disclosable public records, the agency shall state the estimated date and time when the records will be made available."  You did make the determination that certain records were disclosable, and you have not provided the records or the estimated date that they will be provided.  While certain of the emails you provided would be in partial fulfillment of my request, what you provided is not at all representative of all writings relevant to the walkout and investigation.  And what of the invoice totals?

B287

007483

B288

Your statement below that you will be in touch if certain records (phone records) are determined relevant is baffling. As you must know, the district's view of the relevance of certain records has precisely zero bearing on the legal obligation to provide them.

I would like to meet in person this week to discuss these items further. Please let me know when is a convenient time to meet.

Sincerely,
David Kissner

**From:** Lisa Fraser
**Sent:** Sunday, May 26, 2019 10:50 AM
**To:** d.kissner@loma.k12.ca.us
**Cc:** Sarchet, Bruce J.; Board
**Subject:** Re: Public Records Request

Dear David,

I had hoped to get this to you by Friday. It was an unusually busy week so sending this weekend so you will have it in your inbox before next week.

As shared in my previous correspondence, I will be meeting in closed session with the Board and our legal counsel on Wednesday, May 29. We will be in touch with you after that meeting with additional information. I'm sure you can appreciate that the end of the school year is a very busy time, and we are a small district without much administrative support to respond to these sorts of requests. Your recent FOIA request came immediately on the heels of your EEOC request which we spent considerable time preparing as well. We will do the best we can to provide responses in a timely manner following the Board meeting.

With regard to your request to meet with me, I will set up a time to do so next week. I am doing my best to work within the legal parameters of this FOIA request and do not wish to meet with you without having the full benefit of direction from the Board and our legal counsel. I will have Eileen reach out to you with possible times for us to meet following the Board meeting.

Thank you, in advance, for your continued patience and understanding.

Sincerely,
Lisa Fraser
Superintendent
Loma Prieta Joint Union School District
23800 Summit Road
Los Gatos, CA 95033

B288

007484

408/353-1101 – p
408/353-8051 – f

**From:** d.kissner@loma.k12.ca.us
**Sent:** Wednesday, May 29, 2019 8:45 AM
**To:** Lisa Fraser
**Subject:** Re: Public Records Request

Thank you Lisa.  I will look forward to meeting with you on Friday.

Sincerely,
David


**From:** Lisa Fraser
**Sent:** Friday, June 7, 2019 12:28:18 PM
**To:** d.kissner@loma.k12.ca.us
**Subject:** Quick Inquiry

Hi David,

I am wondering if you could provide me with your summer vacation schedule. I
am trying to pull together the information we discussed last week and need to
know generally when you will be leaving town. Would you be willing to provide this
for planning purposes?

Sincerely,
Lisa Fraser
Superintendent
Loma Prieta Joint Union School District
23800 Summit Road
Los Gatos, CA 95033
408/353-1101 – p
408/353-8051 – f


**From:** d.kissner@loma.k12.ca.us
**Sent:** Sunday, June 9, 2019 4:58 PM
**To:** Lisa Fraser
**Subject:** Re: Quick Inquiry

Hi Lisa,

I actually left on the first trip that I am guiding on Friday. We don't waste any time :-) currently
camped at a remote and beautiful Riverside campsite with a bunch of mountain kids and
families on a 5-day backpacking trip.there are only five days in the entire summer I will be back

Admitted R29

B290

home, so it might be difficult to coordinate an in-person meeting. however, I have a couple of date windows were I have a phone appointment with legal counsel regarding the records act request.it would be helpful to hear something from you before then. The first one is 23 and 24 June. I can also forward any information to them for review while traveling. I get periodic access to phone and internet. I hope that all is well.

Sincerely, David


**From:** Lisa Fraser <l.fraser@loma.k12.ca.us>
**Sent:** Wednesday, June 12, 2019 10:13 AM
**To:** d.kissner@loma.k12.ca.us; David Kissner
**Cc:** Ben Abeln; d.arnold@loma.k12.ca.us; Kerrie Mills; Lisa Fraser; Marco Menendez; r.bourque@loma.k12.ca.us; Sarchet, Bruce J.
**Subject:** Public Records Request

Dear David:

Thank you for your patience as we have collected additional information in response to your request for Public Records. Please note the following:
- We do not have access to the cellular telephone records of the former superintendent.
- We can provide you with the amounts which were expended on legal consultation and investigations, but not the detailed invoices themselves. Those details are not public records – they are protected by attorney-client privilege. Here are the amounts expended:
    - Investigator Fees – Investigation into your Complaint of retaliation: $5,225
    - Investigator Fees – Investigation into the events relating to the student walkout: $41,347
    - Legal Fees relating to advice concerning the student walkout: $24,452.95
- Regarding Ms. Elliot's report, that is attorney-client privileged, and in draft form, and therefore is not subject to disclosure as a public record. However, in the interest of compromise, the District is willing to offer the following: You may review in-person three sections of the report: the "Summary of Factual Findings," p. 5 - 7 of the draft report, the "Factual Findings Regarding the March 14th Walkout and its Aftermath," p. 104 – 114 of the draft report, and the "Factual Findings Regarding the April 20thWalkout and its Aftermath," p. 114 – 118 of the draft report. In the "Summary of Factual Findings" section, one individual's name would be redacted.

    We would not provide you with a copy of the report, nor would we allow you to photograph or otherwise copy the report, but you would be allowed to review these three sections in a private location, with District-appointed

B290

007486

representatives present (similar to the process used when employees review their personnel records). I can represent to you that these three sections contain all of the investigator's conclusions regarding this matter. Not included would be the details of "who said what" about various events. If this compromise is acceptable, let me know and we can work out the arrangements.

Please also confirm that you received this message, as I know you have various summer trips planned. Thank you.

Sincerely,
Lisa Fraser
Superintendent
Loma Prieta Joint Union School District
23800 Summit Road
Los Gatos, CA 95033
408/353-1101 – p
408/353-8051 – f

**From:** David Kissner
**Sent:** Monday, June 17, 2019 11:24 PM
**To:** Lisa Fraser
**Subject:** Re: Public Records Request

Hi Lisa,

I hope your summer has started off well. I have a brief window of connectivity and received your email. I have forwarded on your message and have requested counsel on the same. It will be a couple of weeks at least before I can get back to you. Thank you for the information surrounding legal expenses. One immediate question I have surrounds my request for email and text communication from multiple parties that referenced the walkouts and the investigation thereof. You did represent that you would be able to provide those records. Are you able to provide an update at this time?

Thank you.
Sincerely,
David