

Bill Becker <freedomxlaw@gmail.com>

---

# Khandelwal
1 message

---

**Bill Becker** <freedomxlaw@gmail.com>                                    Fri, Jun 9, 2023 at 3:05 PM
To: Daniel Modafferi <dmodafferi@fdmattorneys.com>
Bcc: David Kissner <dmkissner@hotmail.com>

Danny,

Khandelwal was appointed on March 22, 2021. Our hearing was on March 25, 2021. She would have acted under color of law in voting to dismiss. Please confirm with your client and advise whether there is any basis for SJ on her individual capacity claim. TY.

> Dear Board,
>
> ## Announcement of Provisional Appointment
>
> March 17, 2021
>
> On March 15, 2021, the Governing Board of the Loma Prieta Joint Union School District interviewed candidates for the open school board position vacated by Ms. Alexandra Hall, who filed her resignation effective January 22, 2021.
>
> Following the interviews of seven highly qualified candidates, the Board of Trustees has appointed Ms. Charlotte Boisvert-Khandelwal, who will take the oath of office at a special board meeting on March 22, 2021.
>
> Ms. Boisvert-Khandelwal is the mother of two alumni of the Loma Prieta Joint Union School District. She has worked with district students supporting math intervention and volunteered on School Site Council, Project Cornerstone, Art in Action, Loma Prieta and CT English Home and School Clubs, and LPEF, and has volunteered with the Loma Prieta Community Foundation/Theatre in the Mountains.
>
> Pursuant to Education Code 5091, unless a petition calling for a special election is filed in the office of the County Superintendent of Schools within 30 days of this provisional appointment, it shall become an effective appointment. The appointment shall remain in effect until the next regularly scheduled governing board election in November 2022. "

Bill Becker
President/CEO/Chief Counsel
www.freedomxlaw.com



**Freedom X** is registered with the IRS as a 501(c)(3) charitable non-profit.
Your donations are tax-deductible.

11500 Olympic Blvd., Suite 400 | Los Angeles, CA 90064 | Tel: (310) 636-1018

Confidentiality Notice: This electronic mail message (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, is confidential and may be legally privileged.  If you are not the intended recipient, you are hereby  notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited.  Please reply to the  sender that you have received the message in error, or please call the sender at (310) 636-1018 and then delete this email from  your system.  Thank you.