Admitted X

**Subject:** Update: 6th Grade Program Model 2021-2022
**Date:** Monday, April 12, 2021 at 1:28:30 PM Pacific Daylight Time
**From:** Lisa Fraser
**To:** Billy Martin

Dear Loma 5th grade Families,

Upon our return from spring break, we have had a number of inquiries from 5th grade families as to the 6th grade instructional program model being planned for the 2021-22 school year based upon the district's need to make significant budget reductions and due to declining middle school enrollment.

Currently, 6th grade students attend four academic classes: English/Language Arts, Social Studies, Math and Science. They also attend a physical education class, an exploratory/boot camp course which rotates each quarter, and they have a choice of taking either music or art as an elective.

The proposed plans for next year would be very similar for 6th grade students. They will still have four academic classes, though these classes will be scheduled as an ELA/Social Studies and Math/Science core class each taught by a multiple subject teacher. This mirrors the same "team teaching" model Mrs. Ramsay and Mrs. Cole have employed this year.

6th grade students will still have a physical education class and an exploratory class. The one reduction at this time is that students will not have a "choice" of music or art. Pullout music has been retained thanks to LPEF funding commitments. In order to restore the art option that 6th grade students currently enjoy, we will need to generate additional revenue through the KEEP campaign.

We are hopeful that with the support of the Loma community, LPEF will exceed their fundraising goals such that we can entertain restoring elective choice in 6th grade. I hope this helps to clarify and dispel the myth that programming will be drastically different in 2021-2022.

Sincerely,

Lisa Fraser
Superintendent

Billy Martin
Principal