William J. Becker, Jr., Esq. (SBN: 134545)
Bill@FreedomXLaw.com
Freedom X
11500 Olympic Blvd., Suite 400
Los Angeles, California 90064
Telephone: (310) 636-1018

Counsel for *David M. Kissner*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DAVID M. KISSNER**, <br><br>     Plaintiff, <br><br> vs. <br><br> **LOMA PRIETA JOINT UNION SCHOOL DISTRICT, et al.**, <br><br>     Defendants. | Case No. 22-CV-00949-CRB <br><br> *Hon. Charles R. Breyer* <br><br> **NOTICE OF ERRATA** <br><br> **[PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND STATEMENT OF NON-OPPOSITION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF]** <br><br> **Date:**    July 28, 2023 <br> **Time:**   10:00 a.m. <br> **Ctrm.:**    6 <br><br> **Compl. Filed:**   February 16, 2022 <br> **SAC Filed:**       March 20, 2022 <br> **Trial Date:**       None set |

/ / /
/ / /
/ / /

1  PLEASE TAKE NOTICE of the following correction to Plaintiff's Opposition to
2  Defendant's Motion for Summary Judgment:

| Page:Line | Original | Change to: |
|---|---|---|
| 15:10 | *Id.* | *McRae v. Dept. of Corrections & Rehab.* (2006) 142 Cal. App. 4th 377, citing *Morgan* at 69. |

Date: July 8, 2023

Respectfully submitted,

FREEDOM X

By: /s/ *William J. Becker, Jr.*
William J. Becker, Jr.