# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. KISSNER,<br><br>Plaintiff,<br><br>v.<br><br>LOMA PRIETA JOINT UNION SCHOOL DISTRICT, et al.,<br><br>Defendants. | **Case No.: 3:22-cv-00949-CRB**<br>Assigned to: Hon. Charles R. Breyer<br><br>**ORDER GRANTING DEFENDANTS LISA FRASER AND KEVIN GRIER LEAVE TO FILE A SECOND MOTION FOR SUMMARY JUDGMENT**<br><br>Case Filed:  February 16, 2022<br>Trial Date:  None Set |

The ex parte application of defendants Lisa Fraser and Kevin Grier for leave to file a second summary judgment motion, on the issue of qualified immunity as to plaintiff's stigma-plus defamation cause of action, is hereby GRANTED.

Defendants shall file their summary judgment motion within 20 days after entry of this order.

**IT IS SO ORDERED.**

Dated: _____          _____
                                        Carles R. Breyer
                                        United States District Judge

1

ORDER                                                              3:22-cv-00949-CRB