# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID M. KISSNER**, <br><br>　　　　Plaintiff, <br><br>　　vs. <br><br> **LOMA PRIETA JOINT UNION SCHOOL DISTRICT, et al.**, <br><br>　　　　Defendants. | Case No. 22-CV-00949-CRB <br><br> Hon. Charles R. Breyer <br><br> **ORDER DENYING DEFENDANTS LISA FRASER'S AND KEVIN GRIER'S EX PARTE APPLICATION FOR LEAVE TO FILE A SECOND MOTION FOR SUMMARY JUDGMENT;** <br><br> SAC Filed: March 20, 2022 |

　　Good cause having not been shown as defendants Lisa Fraser and Kevin Grier have waived their argument regarding qualified immunity as to plaintiff's stigma-plus defamation cause of action and the Court having previously addressed the issue, the ex parte application for leave to file a second summary judgment motion is hereby DENIED.

　　**IT IS SO ORDERED.**

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Charles R. Breyer
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Order　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 22-CV-00949-CRB