William J. Becker, Jr., Esq. (SBN: 134545)
Bill@FreedomXLaw.com
Freedom X
11500 Olympic Blvd., Suite 400
Los Angeles, California 90064
Telephone: (310) 636-1018

Counsel for *David M. Kissner*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID M. KISSNER**, <br><br> Plaintiff, <br><br> vs. <br><br> **LOMA PRIETA JOINT UNION SCHOOL DISTRICT, et al.,** <br><br> Defendants. | Case No. 22-CV-00949-CRB <br><br> Hon. Charles R. Breyer <br><br> **PLAINTIFF'S REQUEST FOR ORAL ARGUMENT, OR, IN THE ALTERNATIVE, LEAVE TO FILE A SUR-REPLY RE: DEFENDANTS EX PARTE APPLICATION FOR LEAVE TO FILE SECOND SUMMARY JUDGMENT MOTION** <br><br> SAC Filed: March 20, 2022 |

Plaintiff David M. Kissner is in receipt of defendants' reply memorandum (Dkt. No. 111) in connection with their ex parte application for leave to file a second summary judgment motion (Dkt. No. 107). Should the Court not deny defendants' application outright, plaintiff respectfully requests an opportunity for oral argument. Alternatively, plaintiff seeks leave to submit a sur-reply brief to address the arguments presented in defendants' reply.

                                                         Respectfully submitted,

Date: October 23, 2023                      Freedom X

                                     By:   /s/ *William J. Becker, Jr.*
                                                  William J. Becker, Jr., Esq.