Golnar J. Fozi (Cal. Bar No. 167674)
Daniel S. Modafferi (Cal. Bar No. 294510)
Fozi Dwork & Modafferi, LLP
5942 Priestly Drive, Suite 100
Carlsbad, California 92008
Tel: (760) 444-0039; Fax: (760) 444-0130
Email: gfozi@fdmattorneys.com
dmodafferi@fdmattorneys.com

Attorneys for Defendants,
Lisa Fraser, Kevin Grier, Billy Martin, Deana Arnold, Ben Abeln, Ron Bourque, Charlotte Khandelwal, and Erin Asheghian

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. KISSNER,<br><br>Plaintiff,<br><br>v.<br><br>LOMA PRIETA JOINT UNION SCHOOL DISTRICT, et al.,<br><br>Defendants. | Case No.: 3:22-cv-00949-CRB<br>Assigned to: Hon. Charles R. Breyer<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS LISA FRASER AND KEVIN GRIER'S NOTICE MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Date: January 26, 2024<br>Time: 10:00 a.m.<br>Ctrm: 6<br><br>Case Filed: February 16, 2022<br>Trial Date: None Set |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Federal Rule of Evidence 201, defendants Lisa Fraser and Kevin Grier respectfully request that the Court take judicial notice of the following documents, true and correct copies of which are filed concurrently herewith:

Exhibit A – Minutes of the Loma Prieta Joint Union School District Board of Trustees March 25, 2021, Special Board Meeting

///

1

REQUEST FOR JUDICIAL NOTICE    3:22-cv-00949-CRB

Exhibit B – Statement of Decision in the Matter of the Dismissal of David Kissner, dated December 7, 2021, issued by Juliet E. Cox, Katherine Everett, and Scott Guagliardo, Commission on Professional Competence, OAH No. 2021050291

## AUTHORITY

A court may take judicial notice of "a fact that is not subject to reasonable dispute because it… can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." (FRE 201(b)(2).) Among these, courts may take judicial notice of legislative enactments and regulations issued by any public entity in the United States. (*Demos v. City of Indianapolis* (7th Cir. 2002) 302 F.3d 698, 706; *Long Beach Area Peace Network v. City of Long Beach* (9th Cir. 2009) 574 F.3d 1011, 1025, fn. 1 (judicial notice taken of city ordinance and definition of special events contained in administrative regulation).)

"The court… must take judicial notice if a party requests it and the court is supplied with the necessary information." (FRE 201(c)(2).) The above-referenced documents are true and correct copies of enactments of legislative and quasi-judicial bodies authorized by California law. Moreover, the records are relevant to defendants' motion for summary judgment, as they establish the procedures by which plaintiff's termination was effected.

Dated: December 1, 2023                                Fozi Dwork & Modafferi, LLP


By:    /s/ Daniel S. Modafferi
       Golnar J. Fozi
       Daniel S. Modafferi
       Attorneys for Defendants,
       Lisa Fraser, Kevin Grier, Billy Martin,
       Deana Arnold, Ben Abeln, Ron Bourque,
       Charlotte Khandelwal, and Erin
       Asheghian