Board Members
Deana Arnold, President
Ron Bourque, Vice-President
Ben Abeln, Member
Erin Asheghian, Member
Charlotte Khandelwal, Member

Superintendent
Lisa Fraser



Loma
Prieta
JOINT UNION SCHOOL DISTRICT

**SPECIAL BOARD MEETING – BOARD OF TRUSTEES**
**March 25, 2021 - Thursday**
**Video/Teleconference Meeting**

Per Executive Orders, this meeting with be conducted via video and telephonically.  In compliance with the Executive Order, interested parties and members of the public will be able to view and participate in the opening of this meeting at 6:00 p.m. on Thursday, March 25, 2021.

**How to connect to the meeting**:
Zoom meeting invitation: https://us02web.zoom.us/j/89717303380?pwd=SUNaU0xsNVFORWZhUzNnTmZoYStZUT09
Meeting ID: 897 1730 3380 - Passcode: 986610 and/or live stream on the Loma Prieta School District YouTube channel at: "Loma Prieta School District March 25, 2021 Board Meeting" or via telephone: 408-335-5226.

**Public Concern**:
For this special board meetings, members of the public may submit concerns regarding the item described on the agenda by email to: e.bevans@loma.k12.ca.us or via telephone to 408-455-9371.  Public concerns is limited to three minutes per person. **The chat feature has been disabled on this YouTube channel due to inappropriate postings intercepted by YouTube at the September 23, 2020 meeting.**

For disability related accommodations and translation services, please contact Eileen Bevans-Franks at e.bevans@loma.k12.ca.us at least one workday prior to the scheduled meeting.

**Mission Statement:**
Loma Prieta Joint Union School District, a partnership of schools, parents and community, is committed to providing each student with optimal learning opportunities in a safe, stimulating and supportive environment so that each student can reach their full academic and social potential.

*We welcome you to this meeting.  The public may ask questions relevant to agenda items at the time those are under consideration. While not required, we would appreciate it if you would identify yourself with your name and address when addressing the Board.  Complete a red Public Comment Card to address the board during this board meeting.  Complete a green Public Comment Card to request a written response from the board.  Fifteen minutes are allowed for the Public to address the Board on an item that is not on the agenda during the opportunity for Public Comment.  Speakers are asked to limit remarks to three minutes.  The Board will take no action at this time.  The Board may put the issue on a future agenda for more discussion and/or action or may refer the issue to the administration for follow-up.

## AGENDA

1.     **ROLL CALL TO ORDER** – 6:00 p.m.
          1.1     Roll Call
          1.2     Flag Salute
          1.3     Approval of Agenda
          1.4     Public Concerns (An opportunity for the public to comment or address the Board on issues to be discussed in Closed Session)

2.     **RECESS TO CLOSED SESSION** – Personnel, Negotiations, Legal Matters
          (Pursuant to Gov't Code Section 54954.2, closed sessions are not open to the public and may only be held for negotiations discussion, employment or dismissal of an employee, disciplinary matters relative to student(s) or employee(s), meeting with legal counsel on pending or anticipated litigation, emergency situations and other exceptions as provided by the law, including Government Code sections 54957 and 54957.6.)
          2.1     Public Employee Discipline/Dismissal/Release/Resignation (Government Code § 54957)

3.     **RECONVENE OPEN SESSION**

3.1    Closed Session Report

**4.**    **FUTURE MEETING DATES**

| | | |
|---|---|---|
| 4.1 | Sunday, March 28, 2021 | 12:00 p.m. – Special Session |
| 4.2 | Monday, March 29, 2021 | 4:00 p.m. – Special Session |
| 4.3 | Saturday, April 3, 2021 | 8:30 a.m. – Special Session |
| 4.4 | Wednesday, April 14, 2021 | 7:00 p.m. – Regular Session |
| 4.5 | Wednesday, May 5, 2021 | 6:30 p.m. – Budget Study Session |
| 4.6 | Wednesday, May 26, 2021 | 7:00 p.m. – Regular Session |
| 4.7 | Wednesday, June 16, 2021 | 7:00 p.m. – Regular Session |

**5.**    **ADJOURNMENT**

**LOMA PRIETA JOINT UNION ELEMENTARY SCHOOL DISTRICT**
**SPECIAL BOARD MEETING**
March 25, 2021
Virtual Meeting

| | |
|---|---|
| BOARD MEMBERS: | Deana Arnold, President |
| | Ron Bourque, Vice President |
| | Ben Abeln, Member |
| | Erin Asheghian, Member |
| | Charlotte Khandelwal, Member |
| | |
| BOARD MEMBERS ABSENT: | None |
| | |
| SECRETARY PRESENT: | Lisa Fraser |
| | |
| ROLL CALL TO ORDER: | 6:00 p.m. |

**Approval of Agenda**                                                    **Approved 5-0**
A **MOTION** was made by Ms. Boisvert-Khandelwal and seconded by Ms. Asheghian to approve the agenda as presented.

**Public Concerns** – Please see attached.

**Recess to Closed Session**

**Reconvene Special Session**

**Closed Session Report** – Ms. Arnold stated the closed session topic was "Public Employee Discipline (Government Code 54957/Education Code Section 44932 et seq.) and reported that while in closed session, the Board **approved by a 5 - 0** vote to authorize moving forward with the dismissal of a certificated employee number 2591570821
based on a statement of charges and causes under Education Code 44932 et seq. The Board has directed the Superintendent or designee to provide all appropriate legal notices and otherwise effectuate this process. At this time, pursuant to law, the employee shall be given a period of thirty (30) days to request a hearing before the Commission on Professional Competence of the District related to the proposed actions. If no hearing is requested, the Board shall proceed with dismissal absent such hearing. This matter involves sensitive employment matters, given the need to respect personal privacies, the Board will not be able to comment further on this matter at this time.

**ADJOURNMENT** – 7:16 p.m.

7.9 encl # 21

Submitted by:

Lisa Fraser
04/21

**Subject:** FW: Mr. Kissner
**Date:** Monday, March 1, 2021 at 10:05:57 AM Pacific Standard Time
**From:** Lisa Fraser
**To:** e.bevans@loma.k12.ca.us

Written correspondence.

**From:** Juliet Vocal Morita <juliet.morita@gmail.com>
**Date:** Sunday, February 28, 2021 at 9:28 PM
**To:** Lisa Fraser <l.fraser@loma.k12.ca.us>, Board <Board@loma.k12.ca.us>
**Cc:** Kenji Morita <kenji.morita@gmail.com>
**Subject:** Mr. Kissner

Dear Dr. Fraser,

We are the parents of Misha Morita, 6th grade student at CT English. We are shocked and saddened over Mr. Kissner's leave of absence announcement. We are writing to inform you that Mr. Kissner has been an amazing Math teacher and has made a positive impact on our daughter's life.  Although, Misha has only known Mr. Kissner for six months, he is by far her favorite teacher. We learned from Misha that Mr. Kissner was an ex-Marine, biked across Asia for over 1.5 years, chased by a dog in one of his many bike rides throughout Asia, built a snow cave in Lake Tahoe and taught his son the art of sarcasm at a young age.  Mr. Kissner is her favorite teacher because he is extremely funny, explains math concepts very well and helps her understand how to solve problems Misha doesn't understand. Our daughter is a shy, bright, artistic, science and math loving girl who wants to be a Chemical Engineer someday. She attended Lakeside Elementary School from 1st-4th grade and St. Frances Cabrini for 5th grade. Although we loved the mountain community at Lakeside, the curriculum was not challenging enough for Misha especially around math. Misha has attended math enrichment courses like Kumon and Sylvan Learning throughout grade school to supplement the public school curriculum. We returned to public school for 6th grade due to the pandemic and distance learning. We enrolled Misha in Algebra 1 through Mountain Math Initiative led by Mr. Kissner because we believed (including Misha) that 6th grade math would be too easy since all of the 6th grade curriculum was covered at St. Frances Cabrini when she was in 5th grade.  Misha was scared taking Algebra 1 and struggled in the beginning, but she flourished under Mr. Kissner's guidance as an A+ student. Mr. Kissner trusted his students to correct their own homework, made learning fun, challenged Misha and continued to foster the love of math. Our dinner conversations are dominated by Algebraic concepts such as linear equations, exponents, factoring, radicals, imaginary numbers, etc. She discusses her other subjects as well, but not in the same volume and enthusiasm as math. We believe Misha's increased passion for math is a direct result by Mr. Kissner's infectious love of math and teaching style, which suited her. Lastly, we strongly urge you to reinstate Mr. Kissner at CT English. Changing math teachers a few weeks prior to the end of the quarter has been extremely disruptive for students and parents. Now, Misha has to attend and submit assignments which are complete waste of her time.  Please let me know if you want to discuss this matter further.  If there is a board agenda discussing Mr. Kissner's employment, I am requesting that this letter be read at the board meeting. Thank you for your time.

Sincerely,
Juliet & Kenji Morita

March 25, 2021

Dear LPJUESD Board & Superintendent Fraser,

I feel compelled to write this letter regarding the behavior of Mr. Kissner. I am deeply concerned about the welfare of our students and other children in our community. Events portrayed in public comments to the Board and on Social Media since the March 14, 2018 walk out have rarely been factual. Mr. Kissner has made himself out to be a victim since March 2018. This is grossly untrue. Mr. Kissner has not only bullied the district but also encouraged parents to make false claims on his behalf to the board, this has driven a huge wedge in our community. The bottom line is Mr. Kissner has been insubordinate on numerous occasions. He has bullied Administration over and over. Superintendent Fraser came into her position with hopes of reconciliation and renewal. She tried to get everyone to move on from the unfortunate events which occurred before she even came to the district. Mr. Kissner has consistently not helped but hindered this reconciliation process. Mr. Kissner continues to not do what is asked of him as a teacher. Mr. Kissner says he does things in the best interest of his students, so why would he continually ignore struggling students and only focus on those who excel? At this point I feel Mr. Kissner's actions are out of spite.

What impels me to write this letter are consistent disturbing accounts of Mr. Kissner's behavior. Misconduct by Mr. Kissner which has taken place both at school and on his many trips with children from our community. These accounts, if true have horrifying consequences for our youth. Mr. Kissner should not be allowed to teach anywhere ever again. The public and Mr. Kissner's supporters keep asking the district what it knows? Obviously with personnel matters, the district has to follow certain ethics and rules. The district has upheld these ethics and rules, however Mr. Kissner has not. Mr. Kissner continues to make false claims about the district, he is not and never has been a "Team Player".  Staff is tired of working with a teacher who only thinks of his own needs and not the needs of students or the team as a whole.

Mr. Kissner is very smart and has made himself out to the community as a hero who is here to support the needs of the children. What horrifies me the most is, if these allegations are true this is a huge red flag for our community, and we need to put a stop to it now.

I would encourage parents and students to come forward and share any information about what happened to them with the Board and local authorities.

I care about our students, school staff, and our community. I do not feel that Mr. Kissner's involvement with students in our district is safe. I also feel his presence is not conducive to a positive or productive learning and working environment where some staff feel intimidated by his actions.

It is for this reason I felt compelled to write to the Board.

Signed Roberta H.

March 25, 2021

Dear Loma Prieta Board of Trustees,

We, the CTA of Loma Prieta, would like to share our praise for Rebecca Setziol and the wonderful work she has been doing to support students and staff at Loma and CT during a year of much change.

Though she only joined our staff at the beginning of this year, Ms. Setziol embodies the Loma values and spirit that make our mountain school special.  Upon meeting her, students and staff can immediately sense her positive energy and form an instant connection.  Her presence is welcoming, and her experience and comfort working with students is apparent to anyone who visits her classroom.  She has developed a strong rapport with students and staff in her short time in our district.

Her subject matter expertise in math is equally an asset.  She stepped into a position teaching math at CT mid-year and mid-curriculum to serve students and provide continuity of learning.  This is a very challenging situation for any teacher, and Rebecca rose to the occasion. Adding to the difficulty of her task, she did this in the midst of a transition from distance learning format to hybrid in-person learning.

Ms. Setziol has demonstrated an important aspect of the "Loma way" in her flexibility and response to change and adversity.  The CTA thanks and praises Ms. Setziol and her impressive efforts this year.

Sincerely,
CTA of Loma Prieta



*Ms. Setziol welcoming students back into her classroom.*