Golnar J. Fozi (Cal. Bar No. 167674)
Daniel S. Modafferi (Cal. Bar No. 294510)
Fozi Dwork & Modafferi, LLP
5942 Priestly Drive, Suite 100
Carlsbad, California 92008
Tel: (760) 444-0039; Fax: (760) 444-0130
Email:  gfozi@fdmattorneys.com
        dmodafferi@fdmattorneys.com

Attorneys for Defendants,
Lisa Fraser, Kevin Grier, Billy Martin, Deana Arnold, Ben Abeln, Ron Bourque, Charlotte Khandelwal, and Erin Asheghian

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. KISSNER,<br><br>Plaintiff,<br><br>v.<br><br>LOMA PRIETA JOINT UNION SCHOOL DISTRICT, et al.,<br><br>Defendants. | Case No.: 3:22-cv-00949-CRB<br>Assigned to: Hon. Charles R. Breyer<br><br>**DECLARATION OF DANIEL S. MODAFFERI IN SUPPORT OF DEFENDANTS LISA FRASER AND KEVIN GRIER'S NOTICE MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  January 26, 2024<br>Time:  10:00 a.m.<br>Ctrm:  6<br><br>Case Filed:  February 16, 2022<br>Trial Date:  None Set |

I, Daniel S. Modafferi, declare:

1. I am an attorney at law, duly admitted to practice in the State of California and in the United States District Court for the Northern District of California. I am a partner at Fozi Dwork & Modafferi, LLP, counsel for record for Lisa Fraser, Kevin Grier, Billy Martin, Deana Arnold, Ben Abeln, Ron Bourque, Charlotte Khandelwal, and Erin Asheghian, the defendants in the above-entitled matter.

///

2. I have personal knowledge of the facts set forth herein, and if I were called to testify thereto, I could and would do so competently.

3. On August 9, 2021, counsel for now-plaintiff David Kissner took the deposition of former Superintendent Lisa Fraser, in the course of administrative proceedings regarding Kissner's termination. Filed herewith as Exhibit C is a true and correct copy of the cited portions of the transcript of Ms. Fraser's deposition. Also filed herewith are true and correct copies of Exhibits 30 and 31 to Ms. Fraser's deposition.

4. On June 9, 2023, I took the deposition of plaintiff David Kissner, in this litigation, pursuant to FRCP 30. Filed herewith as Exhibit D is a true and correct copy of the cited portions of the transcript of plaintiff's deposition. Also filed herewith are true and correct copies of Exhibits 12 and 13 to plaintiff's deposition.

I declare under penalty of perjury, pursuant to the laws of the United States of America and the State of California, that the foregoing is true and correct. Executed on December 1, 2023, in Carlsbad, California.

/s/ Daniel S. Modafferi
Daniel S. Modafferi