```
 1         BEFORE A COMMISSION ON PROFESSIONAL COMPETENCE
 2             LOMA PRIETA JOINT UNION SCHOOL DISTRICT
 3                    COUNTY OF SANTA CLARA
 4                     STATE OF CALIFORNIA
 5   _____
 6   In the Matter of:
 7   DAVID KISSNER,
 8   A permanent certificated employee,     Case No.
 9        v.                                2021050291
10              Respondent.
11   _____
12              VIDEOCONFERENCE DEPOSITION OF
13                      LISA FRASER
14   DATE:          Monday, August 9, 2021
15   TIME:          9:29 a.m.
16   LOCATION:      Remote Proceeding
17                  Los Angeles, California 90017
18   REPORTED BY:   Nicole Beaudoin, Notary Public
19   JOB No.:       4729499
```

Page 1

```
1      A    I would assume so, based on the date of the
2   letter.
3      Q    Did the Board or its authorized representative
4   give Mr. Kissner this warning?
5      A    No, the school principal did.
6      Q    Did Mr. Kissner ever repeat conduct like this
7   at any time since receiving the warning?
8      A    Not that I'm aware of.  If you mean swearing
9   at a student, or displaying anger, not that I'm aware
10  of.
11     Q    Was the investigator's report of this incident
12  the first time you were made aware of it?
13     A    The principal's?  This wasn't an investigative
14  report.  This occurred in a classroom at school in
15  April.
16          MR. BECKER:  Now, Jeremiah, do you have
17  the public records request handy?
18          MR. GRAHAM:  Yes, both of them.
19          MR. BECKER:  Why don't you put both of
20  them up?  And also --
21          MR. GRAHAM:  The one from Dan Dale is 30
22  and 31.  And the one from Hessenflow will be 32.  And
23  they should all be distributed now.
24          (Exhibits 30, 31 and 32 were marked for
25              identification.)
```

```
 1                THE WITNESS:  I'm looking at 30, Exhibit
 2      30.
 3      BY MR. BECKER:
 4           Q    They're all there.  Just keep looking around.
 5           A    Did you want me to look at one specifically,
 6      or just note that they're there.
 7           Q    I want you to look at Exhibit 30 and
 8      specifically Bates stamp 318.  You there?
 9           A    Yeah.  My Exhibit No. 30 is a Dan Dale, dated
10      April.
11           Q    That's correct.
12           A    Then yes, I'm there then.
13           Q    And Bates stamp 318?
14           A    Oh, yeah.  It's hidden by the exhibit number,
15      but I've got it, yes.
16           Q    Now, this document I'll represent to you
17      appears to be an email from somebody named Dan Dale,
18      with an email address danieldale95033@gmail.com.
19           A    Yes.
20           Q    Do you know who a Dan Dale is?
21           A    No, I don't.
22           Q    And it's to Eileen Bevans-Franks.  She is your
23      assistant?
24           A    Yes.
25           Q    Or was your assistant?
```

```
 1              MR. BECKER:  Okay.  We'll ask the Judge
 2   to exclude any evidence from it.
 3   BY MR. BECKER:
 4        Q    But the fact is is that you wrote this
 5   paragraph; correct?
 6        A    Yes.
 7        Q    Ms. --
 8        A    I didn't write it.  I conferred on the letter,
 9   yes.
10        Q    Are you in the habit of sending letters under
11   your name that you don't understand?
12        A    No, I'm not.  Thank you.
13        Q    So when you signed this letter, you understood
14   what you were writing; right?
15        A    Yes, for the most part, yes.  There was legal
16   language in here that is sometimes harder to understand,
17   but yes, I knew that when I was sending it, that I
18   believed I was appropriately sending a disclosable
19   document, but I'm not a lawyer.
20        Q    And you felt the charge of grooming was well
21   founded, sufficient to not redact that portion of the
22   report; is that true?
23        A    I presented the report as it was written.  I
24   didn't redact any portions of the report.  I presented
25   it as it was presented to Mr. Kissner.
```

Page 173

Marked for ID R128

```
 1              CERTIFICATE OF NOTARY PUBLIC
 2              I, NICOLE BEAUDOIN, the officer before whom
 3     the foregoing proceedings were taken, do hereby certify
 4     that any witness(es) in the foregoing proceedings, prior
 5     to testifying, were duly sworn; that the proceedings
 6     were recorded by me and thereafter reduced to
 7     typewriting by a qualified transcriptionist; that said
 8     digital audio recording of said proceedings are a true
 9     and accurate record to the best of my knowledge, skills,
10     and ability; that I am neither counsel for, related to,
11     nor employed by any of the parties to the action in
12     which this was taken; and, further, that I am not a
13     relative or employee of any counsel or attorney employed
14     by the parties hereto, nor financially or otherwise
15     interested in the outcome of this action.
16
       [X] Review of the transcript was requested.
17
18
19
20
21                    [signature: Nicole Beaudoin]
22                    NICOLE BEAUDOIN
                      Notary Public in and for the
23                    State of California
24
25
```

Page 264

Marked for ID
R128

```
 1              CERTIFICATE OF TRANSCRIBER
 2              I, SANDRA K. MCCURDY, do hereby certify that
 3     this transcript was prepared from the digital audio
 4     recording of the foregoing proceeding, that said
 5     transcript is a true and accurate record of the
 6     proceedings to the best of my knowledge, skills, and
 7     ability; that I am neither counsel for, related to, nor
 8     employed by any of the parties to the action in which
 9     this was taken; and, further, that I am not a relative
10     or employee of any counsel or attorney employed by the
11     parties hereto, nor financially or otherwise interested
12     in the outcome of this action.
13
14
15
16
17
18
19
20
21
22
                              [signature: Sandra K. McCurdy]
23                            SANDRA K. MCCURDY
24
25
                                                   Page 265
```