Admitted 11

Z1

**BEFORE THE**
**BOARD OF TRUSTEES OF THE**
**LOMA PRIETA JOINT UNION SCHOOL DISTRICT**
**COUNTY OF SANTA CLARA, STATE OF CALIFORNIA**

In the Matter of the District's Reduction in Force of

**David Kissner,**

Respondent.

**OAH NO. 2021040076**

**STIPULATION OF JURISDICTIONAL FACTS**

**Presiding ALJ:** Jill Schlichtmann

**Remote Hearing Date:** 4/26/2021
**Remote Hearing Time:** 9:00 a.m.
**Telephone Call In:** (916)245-8850
**Conference ID:** 224 937 466#

The parties in the above-captioned matter, through their undersigned counsel, hereby stipulate to the following facts:

1.      The parties agree that David Kissner is the Respondent in the District's reduction in force proceeding.

2.      On February 10, 2021 the District's Governing Board of Trustees adopted Board Resolution No. 21-XII which sets forth "Criteria for Order of Certificated Layoff with Equal Seniority" and procedure for determining the order of seniority of the District's certificated employees who have the same credential and who first rendered paid service to the Dsitrict on the same date.  A true and correct copy of the District's "Criteria for Order of Layoff with Equal Seniority" is attached as Exhibit B to **Exhibit 1**.

3.      On March 10, 2021, the District's Governing Board of Trustees adopted Board Resolution No. 21-XIV recommending a reduction in particular kinds of services provided by the District for the 2021-2022 school year.  A true and correct copy of said Resolution is attached hereto as **Exhibit 2**.

Kissner 6-9-23
**EX. 12**

Z1

**STIPULATION OF JURISDICTIONAL FACTS**

Admitted 11

Z2

1      4.     The District timely served Respondent, David Kissner with a Notice of

2 Recommendation that Services Be Terminated informing him that the Superintendent had

3 recommended not to re-employ him in the upcoming 2021-2022 school year. A true and correct

4 copy of said Notices is attached hereto as **Exhibit 3**.

5      5.     Respondent David Kissner timely requested a hearing.

6      6.     The District timely served a District Statement of Reduction in Force, Statement to

7 Respondent, and blank Notice of Participation in Reduction in Force Hearing form, accompanied by

8 relevant sections of the Education Code and Government Code (collectively, "RIF Packet"), upon

9 Respondent David Kissner. The RIF Packet was served and filed by the District's Superintendent

10 in her official capacity. A true and correct copy of said RIF Packet is attached hereto as **Exhibit 4**.

11     7.     The District timely served a Notice of Reduction in Force Hearing on Respondent

12 David Kissner. The Reduction In Force Hearing was set by OAH for the hearing date for April 26,

13 2021 at 9:00 a.m. via telephonic conference call per Office of Administrative Hearings' orders of

14 April 12, 2021 in light of the ongoing COVID-19 public health and safety pandemic. A true and

15 correct copy of said Notice of Reduction in Force Hearing is attached hereto as **Exhibit 5**.

16     8.     On March 25, 2021, the District received a signed Notices of Participation in

17 Reduction in Force Hearing from Respondent David Kissner. A true and correct copies of said

18 Notice of Participation from David Kissner is attached hereto as **Exhibit 6**.

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

Z2

**STIPULATION OF JURISDICTIONAL FACTS**

Admitted 11

Z3

1      9.     The Parties agree that David Kissner is the Respondent in this proceeding.

2   DATED: April 19, 2021                       Proactive Legal-Bock Law Group

3

4                                           Amanda S. Georgino

5                                           Attorneys for Loma Prieta Joint
Union School District

6

7                                         Freedom X

8

9                                         William J. Becker, Jr.

10                                        Attorneys for Respondent
David Kissner

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

**STIPULATION OF JURISDICTIONAL FACTS**

Z3

Admitted 11

Z4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT 1

Z4

STIPULATION OF JURISDICTIONAL FACTS

Admitted 11

Z5

## LOMA PRIETA JOINT UNION ELEMENTARY SCHOOL DISTRICT

### RESOLUTION No. 21-XII

#### ESTABLISHMENT OF CRITERIA FOR ORDER OF CERTIFICATED LAYOFF AND REEMPLOYMENT FOR EMPLOYEES WITH EQUAL SENIORITY

WHEREAS: The Board of Trustees of the Loma Prieta Joint Union School District will be determining reduction or elimination of particular kinds of service, resulting in a reduction of the number of certificated employees for the 2021-2022 school year, and

WHEREAS: In order to implement this reduction in force, it may be necessary to apply tie-breaker criteria to distinguish among permanent or probationary employees who first rendered paid service to the District on the same date. Pursuant to Education Code section 44955 (b), the Board of Trustees has determined that the order of termination between employees who first rendered paid service to the District on the same date shall be established on the basis of the following criteria in order to meet the needs of the District and students thereof, and

WHEREAS: The Board of Trustees has determined that the same criteria shall be applicable to determine the order of reappointment of permanent and probationary employees who first rendered paid service to the District on the same date pursuant to Education code section 44956, and

WHEREAS: These criteria will be used in the event of a tie to determine which permanent or probationary certificated employees will be retained in lieu of layoff and the order of reappointment when the number of employees is later increased or the discontinued service is reestablished, and

WHEREAS: The Superintendent, or her designee, shall determine the order of termination or reappointment solely on the basis of the needs of the District and the students considering one or more of the following criteria:

1. Multiple Authorization Credentials;

2. Experience teaching different subjects;

3. Possession of a preliminary, clear, standard, or life teaching credential;

4. Possession of a CLAD/BCLAD/CTEL certificate;

5. Experience teaching at different grade levels;

6. NCLB Teacher Requirement: Certificate of Compliance;

7. Experience teaching in the District;

8. Experience teaching outside the District;

Z5

Admitted 11

Z6

LOMA PRIETA JOINT UNION SCHOOL DISTRICT
RESOLUTION No. 21-XII
Establishment of Criteria For Order of Certificated
Layoff and Reemployment For Employees with Equal Seniority
Page 2 of 2

NOW THEREFORE BE IT RESOLVED: The Superintendent, or her designee, has the discretion to determine which criteria are most relevant to serve the needs of the District and students in each tie-breaker situation.

PASSED AND ADOPTED by the Board of Education of the Loma Prieta Joint Union School District on February 10, 2021, by the following vote:

| | |
|---|---|
| AYES | 4 |
| NOES | 0 |
| ABSENT | 0 |
| ABSTAIN | 0 |

I, Lisa Fraser, Superintendent of the Loma Prieta Joint Union School District, do hereby certify and declare that the foregoing is a full, true and complete copy of a Resolution duly passed and adopted by the Board of Trustees of the Loma Prieta Joint Union School District at a meeting of said Board duly and regularly called at Loma Prieta School District, Los Gatos, California on the 10th day of February, 2021.

By: _____
Lisa Fraser
Superintendent

Z6

Admitted 11

Z7

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT 2

Z7

STIPULATION OF JURISDICTIONAL FACTS

Admitted 11

Z8

# LOMA PRIETA JOINT UNION ELEMENTARY SCHOOL DISTRICT

## RESOLUTION No. 21-XIV

## REDUCTION OR ELIMINATION OF PARTICULAR KINDS OF SERVICE

WHEREAS, the Superintendent of the Loma Prieta Joint Union Elementary School District has recommended to the Board of Trustees that the District reduce or eliminate particular kinds of service(s) no later than the beginning of the 2021-22 school year; and

WHEREAS, the Board of Trustees is required by law under California Education Code section 44949 and 44955 to take action and give notice to all certificated employees affected by any decision to reduce or to eliminate particular kinds of services prior to March 15.

## NOW, THEREFORE, BE IT RESOLVED THAT:

A.      The Board of Trustees of the Loma Prieta Joint Union Elementary School District hereby determines to reduce or eliminate the following particular kinds of service of the District no later than the beginning of the 2021-22 school year:

    4.0 FTE grades K-8 Classroom Teaching

B.      The Board of Trustees has determined to retain the following particular kinds of service:

    1.  Mild to Moderate and Moderate to Severe Special Education Services
    2.  Language, Speech and Hearing Special Education Services
    3.  Resource Specialist Special Education Services
    4.  Multiple Subject Teaching Credential

C.      Because of the above-listed elimination and reduction of particular kinds of service, it will be necessary to reduce or to terminate, at the end of the 2020-21 school year, the employment of certain certificated employees of the District as a result of this reduction of service.

D.      The Board has considered anticipated certificated employee attrition (resignation, retirement, non-reelection, temporary teacher release, etc.). Nevertheless, it is still necessary to terminate the above referenced certificated positions.

E.      The Superintendent or designee is directed to send appropriate notices to all employees affected by the above-listed reduction and elimination of particular kinds of services in accordance with the provisions of the California Education Code and to afford the employees all rights to which they are entitled under the law and, if applicable, the Collective Bargaining Agreement.

Admitted 11

Z9

LOMA PRIETA JOINT UNION ELEMENTARY SCHOOL DISTRICT

RESOLUTION No. 21-XIV

REDUCTION OR ELIMINATION OF PARTICULAR KINDS OF SERVICE

Page 2 of 2

Adopted by the Loma Prieta Joint Union Elementary School District Board of Trustees on March 10, 2021, by the following vote:

AYES: 4
NOES: 0
ABSENT: 0
ABSTENTIONS: 0

Deana Arnold, Board President

March 10, 2021

Admitted 11

Z10



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT 3

STIPULATION OF JURISDICTIONAL FACTS

Z10

Z11



**Loma Prieta**
JOINT UNION SCHOOL DISTRICT

23800 Summit Road, Los Gatos California 95033
Phone: (408) 353-1101    Fax: (408) 353-8051
www.loma.k12.ca.us
Lisa Fraser, Superintendent
Dr. Billy Martin, Principal

March 12, 2021

David Kissner
25059 Skyland Road
Los Gatos, CA. 95033

Re:    Notice of Intent to Layoff

Dear David:

It is with regret that I, as Superintendent, provide you with this layoff notice. Unfortunately, I found it necessary to recommend, and the Board of Education approved, a certificated employee layoff for the 2021-2022 school year that affects your employment. Please be assured that this layoff is not indicative of your abilities or performance. The reduction in particular kinds of certificated services relates solely to the welfare of the District's schools and students, given the economic realities of the District.

Specifically, on March 10, 2021, the Governing Board approved the reduction of particular kinds of services at the conclusion of the 2020-2021 school year. A copy of the Board Resolution is attached here for your convenience.

Please be assured that your receipt of this notice is not based on your performance or abilities but is based on your seniority with the District. There is no probationary or permanent certificated employee with less seniority retained who is rendering service for which you are credentialed and competent to render.

You may request a hearing to determine whether there is cause for not re-employing you for the 2021-2022 school year. A request for a hearing must be made in writing and received by me personally or by mail at the address below on or before 4:00 p.m., March 22, 2021.

Lisa Fraser
Superintendent
23800 Summit Road
Los Gatos, CA. 95033

Board of Trustees:
Deana A. Arnold, President    Ron Hourque, Vice-President
Ben Abeln, Member    Erin Asheghian, Member

Z11

Admitted 11

Z12

If you fail to request a hearing on or before the date specified above, your failure to do so shall constitute a waiver of your right to a hearing. Attached is a request for a hearing form and copies of Education Code sections 44949 and 44955.

Your name will be placed on a 39-month reemployment list, and when openings arise, teachers affected by this reduction in force will be recalled in seniority order to fill openings in positions for which they are credentialed and competent to serve.

If you have any questions, please contact your local association representative or the personnel office. I appreciate everything you do for the students of our District, and thank you for your service.

Sincerely,

Lisa Fraser
Superintendent

Enclosures:   California Education Code Sections 44949 and 44955
              Request for Hearing Form
              Board Resolution - PKS
              Board Resolution - Tie Breaking Criteria

Admitted 11

**44949.**

(a) (1) No later than March 15 and before an employee is given notice by the governing board that his or her services will not be required for the ensuing year for the reasons specified in Section 44955, the governing board and the employee shall be given written notice by the superintendent of the district or his or her designee, or in the case of a school district that has no superintendent by the clerk or secretary of the governing board, that it has been recommended that the notice be given to the employee, and stating the reasons therefor.

(2) Until the employee has requested a hearing as provided in subdivision (b) or has waived his or her right to a hearing, the notice and the reasons therefore shall be confidential and shall not be divulged by any person, except as may be necessary in the performance of duties. However, the violation of this requirement of confidentiality, in and of itself, shall not in any manner be construed as affecting the validity of any hearing conducted pursuant to this section.

(b) The employee may request a hearing to determine if there is cause for not reemploying him or her for the ensuing year. A request for a hearing shall be in writing and shall be delivered to the person who sent the notice pursuant to subdivision (a), on or before a date specified in that subdivision, which shall not be less than seven days after the date on which the notice is served upon the employee. If an employee fails to request a hearing on or before the date specified, his or her failure to do so shall constitute his or her waiver of his or her right to a hearing. The notice provided for in subdivision (a) shall advise the employee of the provisions of this subdivision.

(c) If a hearing is requested by the employee, the proceeding shall be conducted and a decision made in accordance with Chapter 5 (commencing with Section 11500) of Part 1 of Division 3 of Title 2 of the Government Code and the governing board shall have all the power granted to an agency in that chapter, except that all of the following shall apply:

(1) The respondent shall file his or her notice of participation, if any, within five days after service upon him or her of the District Statement of Reduction in Force and he or she shall be notified of this five-day period for filing in the District Statement of Reduction in Force.

(2) The discovery authorized by Section 11507.6 of the Government Code shall be available only if request is made therefor within 15 days after service of the District Statement of Reduction in Force, and the notice required by Section 11505 of the Government Code shall so indicate.

(3) The hearing shall be conducted by an administrative law judge who shall prepare a proposed decision, containing findings of fact and a determination as to whether the charges sustained by the evidence are related to the welfare of the schools and the pupils of the schools. The proposed decision shall be prepared for the governing board and shall contain a determination as to the sufficiency of the cause and a recommendation as to disposition. However, the governing board shall make the final determination as to the sufficiency of the cause and disposition. None of the findings, recommendations, or determinations contained in the proposed decision prepared by the administrative law judge shall be binding on the governing board. Nonsubstantive procedural errors committed by the school district or governing board of the school district shall not

Admitted 11

Z14

constitute cause for dismissing the charges unless the errors are prejudicial errors. Copies of the proposed decision shall be submitted to the governing board and to the employee on or before May 7 of the year in which the proceeding is commenced. All expenses of the hearing, including the cost of the administrative law judge, shall be paid by the governing board from the district funds.

(d) Any notice or request shall be deemed sufficient when it is delivered in person to the employee to whom it is directed, or when it is deposited in the United States registered mail, postage prepaid and addressed to the last known address of the employee.

(e) If after a request for hearing pursuant to subdivision (b) a continuance is granted pursuant to Section 11524 of the Government Code, the dates prescribed in subdivision (c) that occur on or after the date of granting the continuance and the date prescribed in subdivision (c) of Section 44955 that occurs after the date of granting the continuance shall be extended for a period of time equal to the continuance.

(f) The governing board may adopt from time to time rules and procedures not inconsistent with this section as may be necessary to effectuate this section.

*(Amended by Stats. 2013, Ch. 90, Sec. 1. (SB 546) Effective January 1, 2014.)*

Admitted 11

**44955.**

(a) No permanent employee shall be deprived of his or her position for causes other than those specified in Sections 44907 and 44923, and Sections 44932 to 44947, inclusive, and no probationary employee shall be deprived of his or her position for cause other than as specified in Sections 44948 to 44949, inclusive.

(b) Whenever in any school year the average daily attendance in all of the schools of a district for the first six months in which school is in session shall have declined below the corresponding period of either of the previous two school years, whenever the governing board determines that attendance in a district will decline in the following year as a result of the termination of an interdistrict tuition agreement as defined in Section 46304, whenever a particular kind of service is to be reduced or discontinued not later than the beginning of the following school year, or whenever the amendment of state law requires the modification of curriculum, and when in the opinion of the governing board of the district it shall have become necessary by reason of any of these conditions to decrease the number of permanent employees in the district, the governing board may terminate the services of not more than a corresponding percentage of the certificated employees of the district, permanent as well as probationary, at the close of the school year. Except as otherwise provided by statute, the services of no permanent employee may be terminated under the provisions of this section while any probationary employee, or any other employee with less seniority, is retained to render a service which said permanent employee is certificated and competent to render.

In computing a decline in average daily attendance for purposes of this section for a newly formed or reorganized school district, each school of the district shall be deemed to have been a school of the newly formed or reorganized district for both of the two previous school years.

As between employees who first rendered paid service to the district on the same date, the governing board shall determine the order of termination solely on the basis of needs of the district and the students thereof. Upon the request of any employee whose order of termination is so determined, the governing board shall furnish in writing no later than five days prior to the commencement of the hearing held in accordance with Section 44949, a statement of the specific criteria used in determining the order of termination and the application of the criteria in ranking each employee relative to the other employees in the group. This requirement that the governing board provide, on request, a written statement of reasons for determining the order of termination shall not be interpreted to give affected employees any legal right or interest that would not exist without such a requirement.

(c) Notice of such termination of services shall be given before the 15th of May in the manner prescribed in Section 44949, and services of such employees shall be terminated in the inverse of the order in which they were employed, as determined by the board in accordance with the provisions of Sections 44844 and 44845. In the event that a permanent or probationary employee is not given the notices and a right to a hearing as provided for in Section 44949, he or she shall be deemed reemployed for the ensuing school year.

Admitted 11

Z16

The governing board shall make assignments and reassignments in such a manner that employees shall be retained to render any service which their seniority and qualifications entitle them to render. However, prior to assigning or reassigning any certificated employee to teach a subject which he or she has not previously taught, and for which he or she does not have a teaching credential or which is not within the employee's major area of postsecondary study or the equivalent thereof, the governing board shall require the employee to pass a subject matter competency test in the appropriate subject.

(d) Notwithstanding subdivision (b), a school district may deviate from terminating a certificated employee in order of seniority for either of the following reasons:

(1) The district demonstrates a specific need for personnel to teach a specific course or course of study, or to provide services authorized by a services credential with a specialization in either pupil personnel services or health for a school nurse, and that the certificated employee has special training and experience necessary to teach that course or course of study or to provide those services, which others with more seniority do not possess.

(2) For purposes of maintaining or achieving compliance with constitutional requirements related to equal protection of the laws.

*(Amended by Stats. 1983, Ch. 1302, Sec. 15.2. Effective September 30, 1983.)*

Admitted 11

Z17

# REQUEST FOR HEARING

To:

Lisa Fraser
Superintendent
23800 Summit Road
Los Gatos, CA  95033

This letter serves to notify you that I, _____, request a
hearing to determine if there is cause for not reemploying me pursuant to Education Code
sections 44949 and 44955.

_____          _____
Date                              Employee Signature

Z17

Admitted 11

Z18

# LOMA PRIETA JOINT UNION ELEMENTARY SCHOOL DISTRICT

## RESOLUTION No. 21-XIV

## REDUCTION OR ELIMINATION OF PARTICULAR KINDS OF SERVICE

WHEREAS, the Superintendent of the Loma Prieta Joint Union Elementary School District has recommended to the Board of Trustees that the District reduce or eliminate particular kinds of service(s) no later than the beginning of the 2021-22 school year; and

WHEREAS, the Board of Trustees is required by law under California Education Code section 44949 and 44955 to take action and give notice to all certificated employees affected by any decision to reduce or to eliminate particular kinds of services prior to March 15.

### NOW, THEREFORE, BE IT RESOLVED THAT:

A.  The Board of Trustees of the Loma Prieta Joint Union Elementary School District hereby determines to reduce or eliminate the following particular kinds of service of the District no later than the beginning of the 2021-22 school year:

> 4.0 FTE grades K-8 Classroom Teaching

B.  The Board of Trustees has determined to retain the following particular kinds of service:

1.  Mild to Moderate and Moderate to Severe Special Education Services
2.  Language, Speech and Hearing Special Education Services
3.  Resource Specialist Special Education Services
4.  Multiple Subject Teaching Credential

C.  Because of the above-listed elimination and reduction of particular kinds of service, it will be necessary to reduce or to terminate, at the end of the 2020-21 school year, the employment of certain certificated employees of the District as a result of this reduction of service.

D.  The Board has considered anticipated certificated employee attrition (resignation, retirement, non-reelection, temporary teacher release, etc.). Nevertheless, it is still necessary to terminate the above referenced certificated positions.

E.  The Superintendent or designee is directed to send appropriate notices to all employees affected by the above-listed reduction and elimination of particular kinds of services in accordance with the provisions of the California Education Code and to afford the employees all rights to which they are entitled under the law and, if applicable, the Collective Bargaining Agreement.

Admitted 11

Z19

LOMA PRIETA JOINT UNION ELEMENTARY SCHOOL DISTRICT
RESOLUTION No. 21-XIV
REDUCTION OR ELIMINATION OF PARTICULAR KINDS OF SERVICE
Page 2 of 2

Adopted by the Loma Prieta Joint Union Elementary School District Board of Trustees on March
10, 2021, by the following vote:

AYES:  4
NOES:  0
ABSENT:  0
ABSTENTIONS: 0

Deana Arnold, Board President
March 10, 2021

Z19

Admitted 11

LOMA PRIETA JOINT UNION ELEMENTARY SCHOOL DISTRICT

RESOLUTION No. 21-XII

ESTABLISHMENT OF CRITERIA FOR ORDER OF CERTIFICATED
LAYOFF AND REEMPLOYMENT FOR EMPLOYEES WITH EQUAL SENIORITY

WHEREAS: The Board of Trustees of the Loma Prieta Joint Union School District will be
determining reduction or elimination of particular kinds of service, resulting in a reduction of the
number of certificated employees for the 2021-2022 school year, and

WHEREAS: In order to implement this reduction in force, it may be necessary to apply tie-
breaker criteria to distinguish among permanent or probationary employees who first rendered
paid service to the District on the same date. Pursuant to Education Code section 44955 (b), the
Board of Trustees has determined that the order of termination between employees who first
rendered paid service to the District on the same date shall be established on the basis of the
following criteria in order to meet the needs of the District and students thereof, and

WHEREAS: The Board of Trustees has determined that the same criteria shall be applicable to
determine the order of reappointment of permanent and probationary employees who first
rendered paid service to the District on the same date pursuant to Education code section 44956,
and

WHEREAS: These criteria will be used in the event of a tie to determine which permanent or
probationary certificated employees will be retained in lieu of layoff and the order of
reappointment when the number of employees is later increased or the discontinued service is
reestablished, and

WHEREAS: The Superintendent, or her designee, shall determine the order of termination or
reappointment solely on the basis of the needs of the District and the students considering one or
more of the following criteria:

1.  Multiple Authorization Credentials;

2.  Experience teaching different subjects;

3.  Possession of a preliminary, clear, standard, or life teaching credential;

4.  Possession of a CLAD/BCLAD/CTEL certificate;

5.  Experience teaching at different grade levels;

6.  NCLB Teacher Requirement: Certificate of Compliance;

7.  Experience teaching in the District;

8.  Experience teaching outside the District;

Admitted 11

Z21

LOMA PRIETA JOINT UNION SCHOOL DISTRICT
RESOLUTION No. 21-XII
Establishment of Criteria For Order of Certificated
Layoff and Reemployment For Employees with Equal Seniority
Page 2 of 2

NOW THEREFORE BE IT RESOLVED: The Superintendent, or her designee, has the discretion to determine which criteria are most relevant to serve the needs of the District and students in each tie-breaker situation.

PASSED AND ADOPTED by the Board of Education of the Loma Prieta Joint Union School District on February 10, 2021, by the following vote:

AYES         4
NOES         0
ABSENT       0
ABSTAIN      0

I, Lisa Fraser, Superintendent of the Loma Prieta Joint Union School District, do hereby certify and declare that the foregoing is a full, true and complete copy of a Resolution duly passed and adopted by the Board of Trustees of the Loma Prieta Joint Union School District at a meeting of said Board duly and regularly called at Loma Prieta School District, Los Gatos, California on the 10th day of February, 2021.

By: _____
Lisa Fraser
Superintendent

Admitted 11

Z22

I hereby acknowledge receipt of the Notice of Intent to Layoff addressed to me dated March 12, 2021.

12 MARCH, 2021

**Date**

**Employee Signature**

Admitted 11

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT 4

STIPULATION OF JURISDICTIONAL FACTS

Z23

Admitted 11

Z24



**Loma Prieta**
JOINT UNION SCHOOL DISTRICT

*23800 Summit Road, Los Gatos California 95033*
*Phone: (408) 353-1101     Fax: (408) 353-8051*
*www.loma.k12.ca.us*
*Lisa Fraser, Superintendent*
*Dr. Billy Martin, Principal*

BEFORE THE BOARD OF TRUSTEES OF THE
LOMA PRIETA JOINT UNION SCHOOL DISTRICT

| | |
|---|---|
| In the Matter of the Reduction in Force of: | ) ) ) ) ) ) ) |

**OAH Case No. To Be Determined**

**STATEMENT TO RESPONDENT**
(Gov. Code § 11505)

David Kissner,

      Respondent.

To:   **David Kissner**

     YOU ARE HEREBY NOTIFIED that on March 23, 2021, a written Statement of Reduction in Force ("Statement") against you as Respondent was filed with the Board of Trustees of Loma Prieta Joint Union School District ("District"), charging that there exists cause or causes for not re-employing you as a certificated employee pursuant to Education Code section 44955.

     Served on you together with this Statement to Respondent are the following:

1.  A copy of the District Statement;

2.  Copies of sections 44949 and 44955 of the Education Code and sections 11505, 11506, 11507.5, 11507.6, 11507.7, and 11520 of the Government Code;

*Board of Trustees:*
*Deana A. Arnold, President    Ron Bourque, Vice-President*
*Ben Abeln, Member    Erin Asheghian, Member    Charlotte Boisvert-Khandelwal*

Z24

Admitted 11

Z25

3. Notice of Participation in Reduction in Force Hearing form ("Notice of Participation"); and

4. Notice of Reduction in Force Hearing.

**YOU ARE FURTHER NOTIFIED that unless a written request for hearing signed by or on behalf of you as Respondent is delivered or mailed to the Superintendent or her designee within five (5) calendar days after the Statement was personally served on you, or mailed to you, the District may proceed upon the Statement without a hearing pursuant to Government Code section 11520. (\*Note the Notice of Participation requesting a hearing is different from the hearing request previously filed by Respondent and must be filed in addition to any prior request for hearing in this matter.)**

You may request a hearing by delivering or mailing the enclosed "Notice of Participation," a notice of defense, or, as applicable, a notice of participation, as provided by Government Code section 11506, to:

Lisa Fraser
Superintendent
Loma Prieta Joint Union School District
23800 Summit Road
Los Gatos, CA 95033

You should note that section 44949(c) of the Education Code provides for only five (5) days within which to file a Notice of Participation rather than the 15-day period specified in section 11506 of the Government Code.

You may, but need not, be represented by counsel at any or all stages of these proceedings.

If you desire the names and addresses or an opportunity to inspect and copy the items mentioned in section 11507.6 of the Government Code in the possession, custody or control of the District, you may contact:

Amanda Georgino
Or
Brian D. Bock, Esq.
Proactive Legal, The Bock Law Group PC
31610 Railroad Canyon Road, Suite 2
Canyon Lake, CA 92587

- 2 -

Z25

Admitted 11

Z26

The hearing may be postponed for good cause.  If you have good cause, you are obliged to notify the District or the Office of Administrative Hearings, 1515 Clay Street, Suite 206, Oakland, California 94612, within ten (10) working days after you discover the good cause. Failure to give notice within ten (10) working days will deprive you of a postponement.

Date:  March 23, 2021

Lisa Fraser
Superintendent
Loma Prieta Joint Union School District

Z26

Admitted 11

Z27

BEFORE THE BOARD OF TRUSTEES OF THE
LOMA PRIETA JOINT UNION SCHOOL DISTRICT

In the Matter of the Reduction in Force )   **OAH Case No. To Be Determined**
of: )
 )   **STATEMENT OF REDUCTION IN**
David Kissner, )   **FORCE**
 )   (Gov. Code § 11503)
    Respondent. )

To:    **David Kissner**

The undersigned, Lisa Fraser, Superintendent, alleges as follows:

**II.**

I am the Superintendent of the Loma Prieta Joint Union School District ("District"), and make and file this Statement of Reduction in Force ("Statement") in my official capacity.

**III.**

At all times mentioned herein, David Kissner ("Respondent") has been employed by the District as a certificated employee.

**IV.**

On or about March 10, 2021, it was recommended to the Board of Trustees of the Loma Prieta Joint Union School District ("Board"), pursuant to Education Code sections 44949 and 44955 and other applicable provisions of law, that notice be given to Respondent that Respondent's services would not be required for the 2021-2022 school year and stating the reasons therefor.

**V.**

On or before March 15, 2021, Respondent was given written notice, pursuant to Education Code sections 44949 and 44955, that Respondent's services would not be required for the 2021-2022 school year and stating the reasons therefor.

**VI.**

Pursuant to Education Code section 44949(b), Respondent, in writing, has duly requested a hearing to determine if there is cause for Respondent's non-reemployment for the 2021-2022

- 4 -

Z27

Admitted 11

Z28

school year.  Pursuant to Government Code sections 11505 and 11506 and Education Code section 44949(c), if Respondent desires to participate in the District's reduction in force hearing, Respondent must file a notice of participation within five (5) days of service of this Statement.

## VII.

Cause exists within the meaning of Education Code sections 44949 and 44955 for not reemploying Respondent for the ensuing school year because, by Resolution of the Board dated March 10, 2021, a copy of which is attached hereto as **Exhibit A** and incorporated herein as though fully set forth, the Board determined that it was necessary to reduce the number of certificated employees because of a reduction of particular kinds of services.

## VIII.

The cause for not re-employing Respondent relates solely to the welfare of the District's schools, programs, and the pupils thereof within the meaning of Education Code sections 44949 and 44955.

## IX.

Considering the certificated staff requirements of the District, the certificated staff reductions found necessary by the Board's Resolution, and the seniority and qualifications of each certificated employee, it is necessary that Respondent's services be terminated at the end of the 2020-2021 school year.  Except as otherwise provided by law, no permanent or probationary certificated employee having less seniority than Respondent will be retained to render a service which Respondent is certificated, competent, and legally entitled to render.

WHEREFORE, the undersigned prays that this Statement, including all attachments which are incorporated herein, be given by the District to Respondent, pursuant to Education Code sections 44949 and 44955, as notification that Respondent's services will not be required by the District for the 2021-2022 school year.

Date: March 23, 2021

Lisa Fraser
Superintendent
Loma Prieta Joint Union School District

- 5 -

Z28

Admitted 11

Z29

**EXHIBIT A**

Z29

Admitted 11

Z30

# LOMA PRIETA JOINT UNION ELEMENTARY SCHOOL DISTRICT

## RESOLUTION No. 21-XIV

### REDUCTION OR ELIMINATION OF PARTICULAR KINDS OF SERVICE

WHEREAS, the Superintendent of the Loma Prieta Joint Union Elementary School District has recommended to the Board of Trustees that the District reduce or eliminate particular kinds of service(s) no later than the beginning of the 2021-22 school year; and

WHEREAS, the Board of Trustees is required by law under California Education Code section 44949 and 44955 to take action and give notice to all certificated employees affected by any decision to reduce or to eliminate particular kinds of services prior to March 15.

NOW, THEREFORE, BE IT RESOLVED THAT:

A.    The Board of Trustees of the Loma Prieta Joint Union Elementary School District hereby determines to reduce or eliminate the following particular kinds of service of the District no later than the beginning of the 2021-22 school year:

    4.0 FTE grades K-8 Classroom Teaching

B.    The Board of Trustees has determined to retain the following particular kinds of service:

1. Mild to Moderate and Moderate to Severe Special Education Services
2. Language, Speech and Hearing Special Education Services
3. Resource Specialist Special Education Services
4. Multiple Subject Teaching Credential

C.    Because of the above-listed elimination and reduction of particular kinds of service, it will be necessary to reduce or to terminate, at the end of the 2020-21 school year, the employment of certain certificated employees of the District as a result of this reduction of service.

D.    The Board has considered anticipated certificated employee attrition (resignation, retirement, non-reelection, temporary teacher release, etc.). Nevertheless, it is still necessary to terminate the above referenced certificated positions.

E.    The Superintendent or designee is directed to send appropriate notices to all employees affected by the above-listed reduction and elimination of particular kinds of services in accordance with the provisions of the California Education Code and to afford the employees all rights to which they are entitled under the law and, if applicable, the Collective Bargaining Agreement.

Z30

Admitted 11

Z31

**LOMA PRIETA JOINT UNION ELEMENTARY SCHOOL DISTRICT**
**RESOLUTION No. 21-XIV**
**REDUCTION OR ELIMINATION OF PARTICULAR KINDS OF SERVICE**
Page 2 of 2

Adopted by the Loma Prieta Joint Union Elementary School District Board of Trustees on March 10, 2021, by the following vote:

AYES: 4
NOES: 0
ABSENT: 0
ABSTENTIONS: 0

Deana Arnold, Board President
March 10, 2021

Z31

Admitted 11

Z32

## CALIFORNIA EDUCATION CODE SECTIONS

### § 44949. Cause, notice, and right to hearing required for dismissal

(a) (1) No later than March 15 and before an employee is given notice by the governing board that his or her services will not be required for the ensuing year for the reasons specified in Section 44955, the governing board and the employee shall be given written notice by the superintendent of the district or his or her designee, or in the case of a school district that has no superintendent by the clerk or secretary of the governing board, that it has been recommended that the notice be given to the employee, and stating the reasons therefor.

(2) Until the employee has requested a hearing as provided in subdivision (b) or has waived his or her right to a hearing, the notice and the reasons therefor shall be confidential and shall not be divulged by any person, except as may be necessary in the performance of duties. However, the violation of this requirement of confidentiality, in and of itself, shall not in any manner be construed as affecting the validity of any hearing conducted pursuant to this section.

(b) The employee may request a hearing to determine if there is cause for not reemploying him or her for the ensuing year. A request for a hearing shall be in writing and shall be delivered to the person who sent the notice pursuant to subdivision (a), on or before a date specified in that subdivision, which shall not be less than seven days after the date on which the notice is served upon the employee. If an employee fails to request a hearing on or before the date specified, his or her failure to do so shall constitute his or her waiver of his or her right to a hearing. The notice provided for in subdivision (a) shall advise the employee of the provisions of this subdivision.

(c) If a hearing is requested by the employee, the proceeding shall be conducted and a decision made in accordance with Chapter 5 (commencing with Section 11500) of Part 1 of Division 3 of Title 2 of the Government Code and the governing board shall have all the power granted to an agency in that chapter, except that all of the following shall apply:

(1) The respondent shall file his or her notice of participation, if any, within five days after service upon him or her of the District Statement of Reduction in Force and he or she shall be notified of this five-day period for filing in the District Statement of Reduction in Force.

(2) The discovery authorized by Section 11507.6 of the Government Code shall be available only if request is made therefor within 15 days after service of the District Statement of Reduction in Force, and the notice required by Section 11505 of the Government Code shall so indicate.

(3) The hearing shall be conducted by an administrative law judge who shall prepare a proposed decision, containing findings of fact and a determination as to whether the charges sustained by the evidence are related to the welfare of the schools and the pupils of the schools. The proposed decision shall be prepared for the governing board and shall contain a determination as to the sufficiency of the cause and a recommendation as to disposition. However, the governing board shall make the final determination as to the sufficiency of the cause and disposition. None of the findings, recommendations, or determinations contained in the proposed decision prepared by the administrative law judge shall be binding on the governing board. Nonsubstantive procedural errors committed by the school district or governing board of the school district shall not constitute cause for dismissing the charges unless the errors are prejudicial errors. Copies of the proposed decision shall be submitted to the governing board and to the employee on or before May 7 of the year in which the proceeding is commenced. All expenses of the hearing, including the cost of the administrative law judge, shall be paid by the governing board from the district funds.

Z32

Admitted 11

(d) Any notice or request shall be deemed sufficient when it is delivered in person to the employee to whom it is directed, or when it is deposited in the United States registered mail, postage prepaid and addressed to the last known address of the employee.

(e) If after a request for hearing pursuant to subdivision (b) a continuance is granted pursuant to Section 11524 of the Government Code, the dates prescribed in subdivision (c) that occur on or after the date of granting the continuance and the date prescribed in subdivision (c) of Section 44955 that occurs after the date of granting the continuance shall be extended for a period of time equal to the continuance.

(f) The governing board may adopt from time to time rules and procedures not inconsistent with this section as may be necessary to effectuate this section.

## § 44955. Reduction in number of employees

(a) No permanent employee shall be deprived of his or her position for causes other than those specified in Sections 44907 and 44923, and Sections 44932 to 44947, inclusive, and no probationary employee shall be deprived of his or her position for cause other than as specified in Sections 44948 to 44949, inclusive.

(b) Whenever in any school year the average daily attendance in all of the schools of a district for the first six months in which school is in session shall have declined below the corresponding period of either of the previous two school years, whenever the governing board determines that attendance in a district will decline in the following year as a result of the termination of an interdistrict tuition agreement as defined in Section 46304, whenever a particular kind of service is to be reduced or discontinued not later than the beginning of the following school year, or whenever the amendment of state law requires the modification of curriculum, and when in the opinion of the governing board of the district it shall have become necessary by reason of any of these conditions to decrease the number of permanent employees in the district, the governing board may terminate the services of not more than a corresponding percentage of the certificated employees of the district, permanent as well as probationary, at the close of the school year. Except as otherwise provided by statute, the services of no permanent employee may be terminated under the provisions of this section while any probationary employee, or any other employee with less seniority, is retained to render a service which said permanent employee is certificated and competent to render.

In computing a decline in average daily attendance for purposes of this section for a newly formed or reorganized school district, each school of the district shall be deemed to have been a school of the newly formed or reorganized district for both of the two previous school years.

As between employees who first rendered paid service to the district on the same date, the governing board shall determine the order of termination solely on the basis of needs of the district and the students thereof. Upon the request of any employee whose order of termination is so determined, the governing board shall furnish in writing no later than five days prior to the commencement of the hearing held in accordance with Section 44949, a statement of the specific criteria used in determining the order of termination and the application of the criteria in ranking each employee relative to the other employees in the group. This requirement that the governing board provide, on request, a written statement of reasons for determining the order of termination shall not be interpreted to give affected employees any legal right or interest that would not exist without such a requirement.

(c) Notice of such termination of services shall be given before the 15th of May in the manner prescribed in Section 44949, and services of such employees shall be terminated in the inverse of the order in which they were employed, as determined by the board in accordance with the provisions of Sections 44844 and 44845. In the event that a permanent or probationary

Admitted 11

employee is not given the notices and a right to a hearing as provided for in Section 44949, he or she shall be deemed reemployed for the ensuing school year.

The governing board shall make assignments and reassignments in such a manner that employees shall be retained to render any service which their seniority and qualifications entitle them to render. However, prior to assigning or reassigning any certificated employee to teach a subject which he or she has not previously taught, and for which he or she does not have a teaching credential or which is not within the employee's major area of postsecondary study or the equivalent thereof, the governing board shall require the employee to pass a subject matter competency test in the appropriate subject.

(d) Notwithstanding subdivision (b), a school district may deviate from terminating a certificated employee in order of seniority for either of the following reasons:

(1) The district demonstrates a specific need for personnel to teach a specific course or course of study, or to provide services authorized by a services credential with a specialization in either pupil personnel services or health for a school nurse, and that the certificated employee has special training and experience necessary to teach that course or course of study or to provide those services, which others with more seniority do not possess.

(2) For purposes of maintaining or achieving compliance with constitutional requirements related to equal protection of the laws.

Admitted 11

Z35

# CALIFORNIA GOVERNMENT CODE SECTIONS

### § 11505.  District statement of reduction in force

(a) Upon the filing of the accusation or District Statement of Reduction in Force the agency shall serve a copy thereof on the respondent as provided in subdivision (c). The agency may include with the accusation or District Statement of Reduction in Force any information that it deems appropriate, but it shall include a postcard or other form entitled Notice of Defense, or, as applicable, Notice of Participation, that, when signed by or on behalf of the respondent and returned to the agency, will acknowledge service of the accusation or District Statement of Reduction in Force and constitute a notice of defense, or, as applicable, notice of participation, under Section 11506. The copy of the accusation or District Statement of Reduction in Force shall include or be accompanied by (1) a statement that respondent may request a hearing by filing a notice of defense, or, as applicable, notice of participation, as provided in Section 11506 within 15 days after service upon the respondent of the accusation or District Statement of Reduction in Force, and that failure to do so will constitute a waiver of the respondent's right to a hearing, and (2) copies of Sections 11507.5, 11507.6, and 11507.7.

(b) The statement to respondent shall be substantially in the following form:

Unless a written request for a hearing signed by or on behalf of the person named as respondent in the accompanying accusation or District Statement of Reduction in Force is delivered or mailed to the agency within 15 days after the accusation or District Statement of Reduction in Force was personally served on you or mailed to you, (here insert name of agency) may proceed upon the accusation or District Statement of Reduction in Force without a hearing. The request for a hearing may be made by delivering or mailing the enclosed form entitled Notice of Defense, or, as applicable, Notice of Participation, or by delivering or mailing a notice of defense, or, as applicable, notice of participation, as provided by Section 11506 of the Government Code to: (here insert name and address of agency). You may, but need not, be represented by counsel at any or all stages of these proceedings.

If you desire the names and addresses of witnesses or an opportunity to inspect and copy the items mentioned in Section 11507.6 of the Government Code in the possession, custody, or control of the agency, you may contact: (here insert name and address of appropriate person).

The hearing may be postponed for good cause. If you have good cause, you are obliged to notify the agency or, if an administrative law judge has been assigned to the hearing, the Office of Administrative Hearings, within 10 working days after you discover the good cause. Failure to give notice within 10 days will deprive you of a postponement.

(c) The accusation or District Statement of Reduction in Force and all accompanying information may be sent to the respondent by any means selected by the agency. But no order adversely affecting the rights of the respondent shall be made by the agency in any case unless the respondent shall have been served personally or by registered mail as provided herein, or shall have filed a notice of defense, or, as applicable, notice of participation, or otherwise appeared. Service may be proved in the manner authorized in civil actions. Service by registered mail shall be effective if a statute or agency rule requires the respondent to file the respondent's address with the agency and to notify the agency of any change, and if a registered letter containing the accusation or District Statement of Reduction in Force and accompanying material is mailed, addressed to the respondent at the latest address on file with the agency.

(d) For purposes of this chapter, for hearings involving a reduction in force that are conducted pursuant to Section 44949 of the Education Code, a "Notice of Participation" shall have the same meaning as a "Notice of Defense."

Z35

Admitted 11

### § 11506. Notice of defense;  grounds;  right to hearing

(a) Within 15 days after service of the accusation or District Statement of Reduction in Force the respondent may file with the agency a notice of defense, or, as applicable, notice of participation, in which the respondent may:

(1) Request a hearing.

(2) Object to the accusation or District Statement of Reduction in Force upon the ground that it does not state acts or omissions upon which the agency may proceed.

(3) Object to the form of the accusation or District Statement of Reduction in Force on the ground that it is so indefinite or uncertain that the respondent cannot identify the transaction or prepare a defense.

(4) Admit the accusation or District Statement of Reduction in Force in whole or in part.

(5) Present new matter by way of defense.

(6) Object to the accusation or District Statement of Reduction in Force upon the ground that, under the circumstances, compliance with the requirements of a regulation would result in a material violation of another regulation enacted by another department affecting substantive rights.

(b) Within the time specified the respondent may file one or more notices of defense, or, as applicable, notices of participation, upon any or all of these grounds but all of these notices shall be filed within that period unless the agency in its discretion authorizes the filing of a later notice.

(c) The respondent shall be entitled to a hearing on the merits if the respondent files a notice of defense or notice of participation, and the notice shall be deemed a specific denial of all parts of the accusation or District Statement of Reduction in Force not expressly admitted. Failure to file a notice of defense or notice of participation shall constitute a waiver of respondent's right to a hearing, but the agency in its discretion may nevertheless grant a hearing. Unless objection is taken as provided in paragraph (3) of subdivision (a), all objections to the form of the accusation or District Statement of Reduction in Force shall be deemed waived.

(d) The notice of defense or notice of participation shall be in writing signed by or on behalf of the respondent and shall state the respondent's mailing address. It need not be verified or follow any particular form.

(e) As used in this section, "file," "files," "filed," or "filing" means "delivered or mailed" to the agency as provided in Section 11505.

### § 11507.5. Discovery;  exclusive provisions

The provisions of Section 11507.6 provide the exclusive right to and method of discovery as to any proceeding governed by this chapter.

### § 11507.6. Request for discovery;  statements;  writings;  investigative reports

After initiation of a proceeding in which a respondent or other party is entitled to a hearing on the merits, a party, upon written request made to another party, prior to the hearing and within 30 days after service by the agency of the initial pleading or within 15 days after the service of an additional pleading, is entitled to (1) obtain the names and addresses of witnesses to the extent known to the other party, including, but not limited to, those intended to be called to testify at the hearing, and (2) inspect and make a copy of any of the following in the possession or custody or under the control of the other party:

Admitted 11

(a) A statement of a person, other than the respondent, named in the initial administrative pleading, or in any additional pleading, when it is claimed that the act or omission of the respondent as to this person is the basis for the administrative proceeding;

(b) A statement pertaining to the subject matter of the proceeding made by any party to another party or person;

(c) Statements of witnesses then proposed to be called by the party and of other persons having personal knowledge of the acts, omissions or events which are the basis for the proceeding, not included in (a) or (b) above;

(d) All writings, including, but not limited to, reports of mental, physical and blood examinations and things which the party then proposes to offer in evidence;

(e) Any other writing or thing which is relevant and which would be admissible in evidence;

(f) Investigative reports made by or on behalf of the agency or other party pertaining to the subject matter of the proceeding, to the extent that these reports (1) contain the names and addresses of witnesses or of persons having personal knowledge of the acts, omissions or events which are the basis for the proceeding, or (2) reflect matters perceived by the investigator in the course of his or her investigation, or (3) contain or include by attachment any statement or writing described in (a) to (e), inclusive, or summary thereof.

For the purpose of this section, "statements" include written statements by the person signed or otherwise authenticated by him or her, stenographic, mechanical, electrical or other recordings, or transcripts thereof, of oral statements by the person, and written reports or summaries of these oral statements.

Nothing in this section shall authorize the inspection or copying of any writing or thing which is privileged from disclosure by law or otherwise made confidential or protected as the attorney's work product.

### § 11507.7. Motion to compel discovery

(a) Any party claiming the party's request for discovery pursuant to Section 11507.6 has not been complied with may serve and file with the administrative law judge a motion to compel discovery, naming as respondent the party refusing or failing to comply with Section 11507.6. The motion shall state facts showing the respondent party failed or refused to comply with Section 11507.6, a description of the matters sought to be discovered, the reason or reasons why the matter is discoverable under that section, that a reasonable and good faith attempt to contact the respondent for an informal resolution of the issue has been made, and the ground or grounds of respondent's refusal so far as known to the moving party.

(b) The motion shall be served upon respondent party and filed within 15 days after the respondent party first evidenced failure or refusal to comply with Section 11507.6 or within 30 days after request was made and the party has failed to reply to the request, or within another time provided by stipulation, whichever period is longer.

(c) The hearing on the motion to compel discovery shall be held within 15 days after the motion is made, or a later time that the administrative law judge may on the judge's own motion for good cause determine. The respondent party shall have the right to serve and file a written answer or other response to the motion before or at the time of the hearing.

(d) Where the matter sought to be discovered is under the custody or control of the respondent party and the respondent party asserts that the matter is not a discoverable matter under the provisions of Section 11507.6, or is privileged against disclosure under those provisions, the administrative law judge may order lodged with it matters provided in subdivision (b) of Section 915 of the Evidence Code and examine the matters in accordance with its provisions.

Admitted 11

(e) The administrative law judge shall decide the case on the matters examined in camera, the papers filed by the parties, and such oral argument and additional evidence as the administrative law judge may allow.

(f) Unless otherwise stipulated by the parties, the administrative law judge shall no later than 15 days after the hearing make its order denying or granting the motion. The order shall be in writing setting forth the matters the moving party is entitled to discover under Section 11507.6. A copy of the order shall forthwith be served by mail by the administrative law judge upon the parties. Where the order grants the motion in whole or in part, the order shall not become effective until 10 days after the date the order is served.

Where the order denies relief to the moving party, the order shall be effective on the date it is served.

## § 11520. Defaults and uncontested cases

(a) If the respondent either fails to file a notice of defense, or, as applicable, notice of participation, or to appear at the hearing, the agency may take action based upon the respondent's express admissions or upon other evidence and affidavits may be used as evidence without any notice to respondent; and where the burden of proof is on the respondent to establish that the respondent is entitled to the agency action sought, the agency may act without taking evidence.

(b) Notwithstanding the default of the respondent, the agency or the administrative law judge, before a proposed decision is issued, has discretion to grant a hearing on reasonable notice to the parties. If the agency and administrative law judge make conflicting orders under this subdivision, the agency's order takes precedence.  The administrative law judge may order the respondent, or the respondent's attorney or other authorized representative, or both, to pay reasonable expenses, including attorney's fees, incurred by another party as a result of the respondent's failure to appear at the hearing.

(c) Within seven days after service on the respondent of a decision based on the respondent's default, the respondent may serve a written motion requesting that the decision be vacated and stating the grounds relied on. The agency in its discretion may vacate the decision and grant a hearing on a showing of good cause. As used in this subdivision, good cause includes, but is not limited to, any of the following:

(1) Failure of the person to receive notice served pursuant to Section 11505.

(2) Mistake, inadvertence, surprise, or excusable neglect.

Admitted 11

**Z39**

BEFORE THE BOARD OF TRUSTEES OF THE
LOMA PRIETA JOINT UNION SCHOOL DISTRICT

| | | |
|---|---|---|
| In the Matter of the Reduction in Force of: | ) ) ) | **OAH Case No. To Be Determined** |
| David Kissner, | ) ) ) | **NOTICE OF PARTICIPATION IN REDUCTION IN FORCE HEARING** (Gov. Code § 11506) |
| Respondent. | ) | |

To:   Lisa Fraser
      Superintendent
      Loma Prieta Joint Union School District
      23800 Summit Road
      Los Gatos, CA 95033

I hereby acknowledge service upon me of the following documents:

1.   A copy of the Statement to Respondent;

2.   A copy of the ROP Statement of Reduction in Force;

3.   Copies of sections 44949 and 44955 of the Education Code and sections 11505, 11506, 11507.5, 11507.6, 11507.7, and 11520 of the Government Code;

4.   Notice of Participation in Reduction in Force Hearing form; and

5.   Notice of Reduction in Force Hearing.

By the return of this document to the District, I hereby notify the District of my intent to participate in the District's Reduction in Force Hearing.

Date:_____          _____
                                    Signature

                                    _____
                                    Address

                                    _____
                                    City, State, Zip Code

**Z39**

Admitted 11

Z40

BEFORE THE BOARD OF TRUSTEES OF THE
LOMA PRIETA JOINT UNION SCHOOL DISTRICT

| | |
|---|---|
| In the Matter of the Reduction in Force of:<br><br>David Kissner,<br><br>Respondent. | **OAH Case No. To Be Determined**<br><br>**NOTICE OF REDUCTION IN FORCE HEARING**<br>(Gov. Code § 11509) |

To:   David Kissner

YOU ARE HEREBY NOTIFIED that a telephonic/virtual hearing will be held before an Administrative Law Judge of the Office of Administrative Hearings, State of California, as provided in Education Code section 44949, on a time and date to be determined by the Office of Administrative Hearings upon the charges made in the Statement of Reduction in Force. Dial-in/connection instructions will be provided when available.

If you object to the place of hearing, you must notify the Presiding Officer designated by the Office of Administrative Hearings within 10 days after this notice is served on you. Failure to notify the Presiding Officer within 10 days will deprive you of a change in the place of hearing.

You are advised that:

1.     You may be present at the hearing;
2.     You are entitled to represent yourself without legal counsel;
3.     You have the right to be represented by an attorney at your own expense;
4.     You are not entitled to the appointment of an attorney to represent you at public expense;
5.     You may present any relevant evidence and will be given full opportunity to cross-examine all witnesses testifying against you;
6.     You are entitled to the issuance of subpoenas to compel the attendance of witnesses and the production of books, documents, or other things by applying to the Office of Administrative Hearings, Office of Administrative Hearings, 1515 Clay Street, Suite 206, Oakland, California 94612, with service to; Amanda Georgino or Brian D. Bock, Esq., Proactive Legal, The Bock Law Group PC, 31610 Railroad Canyon Road, Suite 2, Canyon Lake, CA 92587; and
7.     Should you fail to timely file a Notice of Participation in Reduction in Force Hearing, the hearing will be handled as a default matter pursuant to Government Code section 11520.

Z40

Admitted 11

Z41

Date:  March 23, 2021

Lisa Fraser
Superintendent
Loma Prieta Joint Union School District

Z41

Admitted 11

Z42

## PROOF OF SERVICE BY CERTIFIED MAIL

STATE OF CALIFORNIA            )
                               )
SANTA CLARA COUNTY             )

I am now, and at all times herein mentioned have been, a citizen of the United States, over the age of eighteen (18) years, a resident of Santa Cruz County, California, and not a party to the within action or cause; my business address is Loma Prieta Joint Union School District, 23800 Summit Road, Los Gatos, CA 95033; and I placed a true copy of the enclosed:

### STATEMENT TO RESPONDENT
### STATEMENT OF REDUCTION IN FORCE AND RELATED ATTACHMENTS
### CALIFORNIA EDUCATION CODE SECTIONS 44949 AND 44955 AND CALIFORNIA GOVERNMENT CODE SECTIONS 11505, 11506, 11507.5, 11507.6, 11507.7, AND 11520
### NOTICE OF PARTICIPATION IN REDUCTION IN FORCE HEARING (form)
### NOTICE OF REDUCTION IN FORCE HEARING

in a sealed envelope with postage thereon fully prepaid, in the United States certified mail at Los Gatos, California, addressed as follows:

David Kissner
25059 Skyland Road
Los Gatos, CA.  95033

I declare under penalty of perjury that the foregoing is true and correct and that this proof of service was executed at Los Gatos, California on March 23, 2021.

_Eileen Bevans-Franks_
Signature

_Eileen Bevans-Franks_
Printed Name

Z42

Admitted 11

Z43

## PROOF OF PERSONAL SERVICE

STATE OF CALIFORNIA      )
                                  )

SANTA CLARA COUNTY    )

I am now, and at all times herein mentioned have been, a citizen of the United States, over the age of eighteen (18) years, a resident of Santa Cruz County, California, and not a party to the within action or cause; my business address is; and I personally served a copy of the attached:

### STATEMENT TO RESPONDENT

### ROP STATEMENT OF REDUCTION IN FORCE AND RELATED ATTACHMENTS

### CALIFORNIA EDUCATION CODE SECTIONS 44949 AND 44955 AND CALIFORNIA GOVERNMENT CODE SECTIONS 11505, 11506, 11507.5, 11507.6, 11507.7, AND 11520

### NOTICE OF PARTICIPATION IN REDUCTION IN FORCE HEARING (form)

### NOTICE OF REDUCTION IN FORCE HEARING

by delivering said copies to:

23800 Summit Road
Los Gatos, CA. 95033

I declare under penalty of perjury that the foregoing is true and correct and that this proof of service was executed at Los Gatos, California on March 23, 2021.

Signature

JETTE KINSELLA

Printed Name

Z43

Admitted 11

Z44

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT 5

Z44

**STIPULATION OF JURISDICTIONAL FACTS**

Admitted 11

Z45

BEFORE THE BOARD OF TRUSTEES OF THE
LOMA PRIETA JOINT UNION SCHOOL DISTRICT

| In the Matter of the Reduction in Force of: | ) ) ) ) | OAH Case No. To Be Determined |
|---|---|---|
| David Kissner, | ) ) ) ) | NOTICE OF REDUCTION IN FORCE HEARING (Gov. Code § 11509) |
| Respondent. | ) | |

To:   David Kissner

YOU ARE HEREBY NOTIFIED that a telephonic/virtual hearing will be held before an Administrative Law Judge of the Office of Administrative Hearings, State of California, as provided in Education Code section 44949, on a time and date to be determined by the Office of Administrative Hearings upon the charges made in the Statement of Reduction in Force. Dial-in/connection instructions will be provided when available.

If you object to the place of hearing, you must notify the Presiding Officer designated by the Office of Administrative Hearings within 10 days after this notice is served on you. Failure to notify the Presiding Officer within 10 days will deprive you of a change in the place of hearing.

You are advised that:

1. You may be present at the hearing;
2. You are entitled to represent yourself without legal counsel;
3. You have the right to be represented by an attorney at your own expense;
4. You are not entitled to the appointment of an attorney to represent you at public expense;
5. You may present any relevant evidence and will be given full opportunity to cross-examine all witnesses testifying against you;
6. You are entitled to the issuance of subpoenas to compel the attendance of witnesses and the production of books, documents, or other things by applying to the Office of Administrative Hearings, Office of Administrative Hearings, 1515 Clay Street, Suite 206, Oakland, California 94612, with service to; Amanda Georgino or Brian D. Bock, Esq., Proactive Legal, The Bock Law Group PC, 31610 Railroad Canyon Road, Suite 2, Canyon Lake, CA 92587; and
7. Should you fail to timely file a Notice of Participation in Reduction in Force Hearing, the hearing will be handled as a default matter pursuant to Government Code section 11520.

Z45

Admitted 11

Z46

Date:  March 23, 2021

Lisa Fraser
Superintendent
Loma Prieta Joint Union School District

Admitted 11

Z47

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT 6

Z47

STIPULATION OF JURISDICTIONAL FACTS

Admitted 11

Z48

BEFORE THE BOARD OF TRUSTEES OF THE
LOMA PRIETA JOINT UNION SCHOOL DISTRICT

| | |
|---|---|
| In the Matter of the Reduction in Force of:<br><br>David Kissner,<br><br>Respondent. | **OAH Case No. To Be Determined**<br><br>**NOTICE OF PARTICIPATION IN REDUCTION IN FORCE HEARING**<br>(Gov. Code § 11506) |

To:    Lisa Fraser
        Superintendent
        Loma Prieta Joint Union School District
        23800 Summit Road
        Los Gatos, CA 95033

I hereby acknowledge service upon me of the following documents:

1.      A copy of the Statement to Respondent;

2.      A copy of the ROP Statement of Reduction in Force;

3.      Copies of sections 44949 and 44955 of the Education Code and sections 11505,

        11506, 11507.5, 11507.6, 11507.7, and 11520 of the Government Code;

4.      Notice of Participation in Reduction in Force Hearing form; and

5.      Notice of Reduction in Force Hearing.

By the return of this document to the District, I hereby notify the District of my intent to

participate in the District's Reduction in Force Hearing.

Date: 25 March, 2021

Signature

25059 Skyland Rd.
Address

Los Gatos, CA 95033
City, State, Zip Code

Z48

Admitted 11

Z49

## NOTICE OF PARTICIPATION

To:   Governing Board of _Loma Prieta_ School District

_CT English Middle School_ (School Site)

Address: _23800 Summit Rd._

_Los Gatos_, California _95033_

In response to the District Statement of Reduction in Force, dated _23 Mar_, 20 _21_,

I _David Kissner_,

1.   Request a hearing.

2.   Object to the District Statement of Reduction in Force upon the ground that it does not state acts or omissions upon which you may proceed.

3.   Object to the form of the District Statement of Reduction in Force on the ground that it is so indefinite or uncertain that I cannot identify the transaction or prepare my defense.

This constitutes my notice of participation pursuant to Government Code Section 11506.

_____
Signature

_David    Kissner_
Printed Name

_25059   Skyland Rd._
Address

_Los Gatos_ California, _95033_
_25 March, 2021_
Date

Z49