Golnar J. Fozi (Cal. Bar No. 167674)
Daniel S. Modafferi (Cal. Bar No. 294510)
Fozi Dwork & Modafferi, LLP
5942 Priestly Drive, Suite 100
Carlsbad, California 92008
Tel: (760) 444-0039; Fax: (760) 444-0130
Email: gfozi@fdmattorneys.com
        dmodafferi@fdmattorneys.com

Attorneys for Defendants,
Lisa Fraser, Kevin Grier, Billy Martin, Deana Arnold, Ben Abeln, Ron Bourque, Charlotte Khandelwal, and Erin Asheghian

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. KISSNER,<br><br>Plaintiff,<br><br>v.<br><br>LOMA PRIETA JOINT UNION SCHOOL DISTRICT, et al.,<br><br>Defendants. | Case No.: 3:22-cv-00949-CRB<br>Assigned to: Hon. Charles R. Breyer<br><br>**REQUEST TO STRIKE AND REPLACE DOCKET NO. 115-10**<br><br>Case Filed: February 16, 2022<br>Trial Date: None Set |

**TO THE HONORABLE COURT AND THE CLERK THEREOF:**

On December 1, 2023, defendants Lisa Fraser and Kevin Grier filed their motion for summary judgment. (ECF No. 115.) In support of the motion, defendants submitted documentary evidence, including Exhibit 13 to the deposition of plaintiff David Kissner. (ECF No. 115-10.) While Exhibit 13 was attached in its entirety, certain portions of the exhibit are relevant to defendants' motion, whereas other portions of the exhibit are not presently relevant. Defendants therefore respectfully request that the Clerk strike Docket No. 115-10 and instead replace it with the attached, redacted copy of Exhibit 13. Defendants reserve the right to re-file the full, unredacted version of Exhibit 13 if necessary, including if arguments raised in plaintiff's opposition require reference to the unredacted exhibit on reply.

| | | |
|---|---|---|
| Dated: December 3, 2023 | | Fozi Dwork & Modafferi, LLP |
| | By: | /s/ Daniel S. Modafferi |
| | | Golnar J. Fozi |
| | | Daniel S. Modafferi |
| | | Attorneys for Defendants, |
| | | Lisa Fraser, Kevin Grier, Billy Martin, Deana Arnold, Ben Abeln, Ron Bourque, Charlotte Khandelwal, and Erin Asheghian |