

*23800 Summit Road, Los Gatos California 95033*
*Phone: (408) 353-1101    Fax: (408) 353-8051*
*www.loma.k12.ca.us*
*Lisa Fraser, Superintendent*
*Dr. Billy Martin, Principal*

## NOTICE OF PROPOSED INTENT TO DISMISS WITH STATEMENT OF CHARGES

February 12, 2021

**VIA PERSONAL DELIVERY AND REGISTERED U.S. MAIL**
**(RETURN RECEIPT REQUESTED)**

David Kissner
25059 Skyland Road
Los Gatos, CA 95033

Dear Mr. Kissner:

You are hereby given notice of your dismissal, based upon the enclosed Statement of Charges ("Charges"). The proposed dismissal is under the authority of Education Code section 44932. Enclosed are copies of these Education Code sections, as well as documents upon which the Charges are based upon.

Before the Loma Prieta Joint Union School District ("District") administration makes a recommendation to the Governing School Board of Trustees concerning your dismissal, you have the right to respond to the Charges. For that purpose, I have scheduled a meeting on Monday, February 22, 2021 at 1:00 p.m. to be conducted via Zoom teleconference, at such time you will be provided an opportunity to respond to the Charges. You are advised that you may have a representative of your choice at the meeting. After the meeting, the administration will make a decision whether to proceed forward with this disciplinary action or otherwise, based upon the information available, including your response to the Charges.

During the pendency of this action, the District has determined to place you on paid administrative leave pending further notice. As such, you will remain on payroll and you will continue to receive full pay and benefits.

Until further notice, you are directed not to perform any duties for the District or District schools. You are to remain away from all District facilities, schools, and property unless you first obtain a written authorization from me, the District Superintendent. You are directed to return all District property in your possession immediately to Principal Billy Martin, including, but not limited to,

**Kissner 6-9-23**
**EX. 13**

*Board of Trustees:*
*Deana A. Arnold, President    Ron Bourque, Vice-President*
*Ben Abeln, Member    Erin Asheghian, Member*

PL000778

keys, files and other documents, supplies and security codes. Please plan to meet with Principal Martin at 12:00 p.m. on Tuesday, February 16, 2021 in order to surrender those items. In the event that you need to retrieve any personal items from your worksite, please let me or Principal Martin know, and we will make arrangements for you to retrieve those items.

You are also directed not to discuss this matter with co-workers, students, parents, and others, except that this directive does not affect your right to discuss this matter, your employment, or any related matter with an attorney or representative of your choice. If you need to contact a District employee regarding a matter unrelated to this action (e.g., benefits questions and the like), you may do so by first contacting my office so that I may schedule a meeting on your behalf.

Please understand that during your administrative leave, you are required to remain available to the District for telephone calls and meetings during normal working hours (if requested to attend by my office or your Principal). Otherwise, you will be notified subsequently if your status with the District changes.

Pursuant to Education Code section 44031, this document and its attachments will be placed in your personnel file within ten (10) days or shortly thereafter.  You have a right to submit a written response, which will be included in your personnel file.

Sincerely,

Lisa Fraser
Superintendent
Enclosures:    Statement of Charges
Education Code sections 44031, 44932, and 44939
Exhibits 1-34

PL000779

## ACKNOWLEDGEMENT OF RECEIPT

_____          _____

Signature of David Kissner                              Date

Employee's signature does not signify agreement with the contents of this Notice, but merely confirms receipt of this Notice.   You are hereby informed that pursuant to Education Code section 44031, a copy of this Notice will be placed in your personnel file.   You have the right to prepare a written response to this Notice that will be attached hereto before placement in your file.

PL000780

## STATEMENT OF CHARGES AGAINST DAVID KISSNER

I, Lisa Fraser, Superintendent, for the Loma Prieta Joint Union School District ("District"), hereby charge that there exists cause to dismiss David Kissner as a permanent certificated employee of the District.

## CAUSES FOR DISMISSAL

The specific causes for your dismissal are:

1. Immoral Conduct [Ed. Code § 44932(a)(1);
2. Unprofessional Conduct [Ed. Code, § 44932, subd. (a)(2)];
3. Unsatisfactory Performance [Ed. Code § 44932, subd. (a)(5)];
4. Evident Unfitness for Service [Ed. Code, § 44932, subd. (a)(6)]; and
5. Persistent violation of or refusal to obey the school laws of the state or reasonable regulations prescribed for the government of the public schools by the state board or by the governing board of the school district employing him or her [Ed. Code, § 44932, subd. (a)(8)].

## SPECIFIC ACTS OR OMISSIONS

The specific acts or omissions that constitute this Statement of Charges include, but are not limited to, the following:

1. As a certificated employee of the District, you are required to maintain the highest ethical standards, exhibit professional behavior, and follow District policies and regulations. You are further expected to exercise good judgment and maintain professional standards and boundaries when interacting with students. (BP/E 4119.21.)

See Board Policy 4119.21, attached as Exhibit 1.

2. As an employee of the District, you are expected to exhibit professional and appropriate conduct.

3. As you are aware, in 2018, very serious allegations of misconduct on your part were brought to the District's administration's attention via an anonymous complaint, which necessitated a formal investigation. As such, an outside professional investigation firm was brought in to conduct the investigation. The independent investigator, who interviewed multiple witnesses, reviewed documentation and other evidence, ultimately determined that you engaged in very serious misconduct. These findings were carefully reviewed by the District and resulted in your receiving a formal letter of reprimand from the Superintendent.

See Letter of Reprimand dated October 18, 2018, attached as Exhibit 2.

4

PL000781

4. Among the findings, which were made by the Investigator as part of the October 2018 allegations, by a preponderance of evidence, were the following:

   a. It was determined that you knowingly provided an alcohol beverage to a minor(s) (District student, likely Grade 9 or 10) during a non-District activity organized and/or conducted by you.

   b. Not only was it concluded that you knowingly provided an alcoholic beverage to a minor District student, but the Investigator also found that you ultimately admitted to this egregious conduct, claiming that you only gave the boy a "toast" and just a "sip of an alcoholic beverage", claiming it was "after a significant outdoor achievement." You also claimed that this involved a "high school age person." Despite admitting to this egregious and unlawful misconduct, you incredibly tried to justify your actions by claiming that the "offense in question is the legal equivalent of a traffic ticket...."

   See October 18, 2018 D. Kissner Response, attached as Exhibit 3.

   c. Contrary to your claims in defense of your egregious misconduct, the Investigator uncovered evidence that you:
      i. You poured the minor a glass of whiskey in a "red cup";
      ii. The minor was 15-years old;
      iii. This incident occurred while others had gone on a walk and you remained alone with the minor back at the campsite;
      iv. The minor did not go on the walk claiming he was tired;
      v. Instead of going on the walk, you and the minor listened to the others on a walkie-talkie type device;
      vi. You and the minor laughed at the others who went on the walk;
      vii. You were confronted by the minor's parents and Pastor Haak in a later meeting also attended by the Pastor's wife and your wife as well. Once again, you admitted to serving the alcohol, specifically whiskey. In fact, you also claimed you "sinned in front of [ ] God," among other statements.
      viii. The minor's family was extremely upset with you, and that you potentially exposed their son to a "potential addiction", given that their family has a history of alcoholism killing several relatives.
      ix. In this encounter, you insisted you only had "one glass of whiskey" with the minor.
      x. Additionally, it was discussed that you had "guns" on the campsite premises at that same time.

   d. Further, the Investigator noted that you were involved in a prior incident also involving another minor and alcohol. This incident was reported to the Investigator by Sheriff's Deputy Koenig.

PL000782

See Investigation Report of Patricia Elliott, Attorney At Law, attached as Exhibit 4.

e.  As a result of these astonishing findings, the investigator determined that you have a history of improperly providing alcohol to minors and persons under the age of 21, since it was also determined that you had been disciplined during your military service for giving alcohol to underage troop members. In fact, you <u>admitted</u> such past misconduct in a student interview you gave as part of a school assignment and have also told others of this incident, including Pastor Haak.

f.  In addition, there were reports of other incidents involving you providing alcohol to minors on the same and other student trips. Interestingly, in your interview with the Investigator, when discussing the whiskey incident, you also claimed:

   • The minor was a "co-leader" on a backpacking trip;
   • You gave him "some extra responsibility to lead the kids";
   • At the "end of the hike, I gave him a sip of whiskey as a toast, kind of like 'good job on your accomplishments'";
   • "There were no incidents of anything beyond that";
   • You also claimed that "I was just trying to treat him as an adult…";
   • You have a tradition on these trips to have a "100 ML [of alcohol] in the evening," to enjoy your evening;
   • When you gave the minor the whiskey, you and he were "alone", and the younger kids "went on a night hike";
   • Had the younger ones been there, you would "obviously not have offered" the minor the whiskey. "It was meant to be discreet"; and
   • You did not know at the time of the incident that the minor was suffering from mental health issues, but the minor's mother did inform you of that in the meeting with Pastor Haak and others after the incident occurred.

g.  In addition to the alcohol incident(s) and other related findings, the Investigator determined there were other serious infractions on your part, which were also reviewed by the Superintendent and included in the October 18, 2018 reprimand. It was determined that there were other instances of misconduct by you with children that represent and compound the finding of a lack of professional boundaries and/or questionable teaching practices on your part. These include:

   • Failing to maintain professional boundaries, including via technology and sharing private texts/messages with minors/students.
   • Sharing personal information that could offend/frighten students.
   • Telling students inappropriate comments of a sexual nature, including informing male student that you could give him a "small binder clip" he could use on his penis to stop his need to go to the

PL000783

bathroom, after you denied him the ability to leave class to go to the restroom.
- Potential grooming behavior, such as: singling out a minor and being alone with a minor; offering alcohol; asking about sex/sexual encounters; and posting images of youth partially unclothed on the internet.

5. As part of her investigation, the Investigator made the following specific findings by a preponderance of evidence with respect to additional incidents beyond the alcohol incident[s]):

    a. You have made inappropriate personal comments to students/minors about death/violence, including, stories in class (6th and 8th grades) about serving in Iraq and traveling thereafter such as:
- A soldier being blown up while in a porta-potty;
- Others being "blown up by terrorists";
- "Bodies littering the road";
- People being "completely blown up";
- People being blow up so that only "their boot is left of them";
- Telling 6th graders that your troops had to "kill individual people";
- How you were "almost blown up by a rocket missile";
- Held at "gunpoint" with a "gun to [your] throat" during a biking trip;
- Setting up a bomb that "killed a bunch of terrorists"
- Troops were laughing watching "like twenty people being blown up";
- You thought it was funny since just before a dog was blown up and troops were very upset; and
- Telling violent stories.

    b. Telling students that you liked the video(s) of Bambi (Disney character) being killed - even as a child - since you hated Disney.

    c. You often showed video clips to students depicting death and violence.

    d. Inappropriate classroom exercises/instruction included math "word problems" involving violence/death including:
- "Kids falling off cliffs" to find velocity;
- "Time to impact" using same example above;
- People dying;
- People falling out of buses;
- Children drowning;
- Children dying;

7

- Being thrown off a cliff;
- Around Christmas, using Santa Claus, as being "Hung, dying" by rope to figure out the concept of force;
- Using names of actual students and being killed/harmed, such as: Student "gets punched in the face", where guns are involved, "getting eaten by bears";
- Students being "sacrificed" (oftentimes these are students that are perceived to be disliked by you previously, or who may wear glasses, or be short, or other characteristics).

e.  When interviewed by the investigator regarding these incidents, you did not deny these actions, and instead admitted that you have a "morbid sense of humor"; "kids love [your] math tests"; the word problems are "humorous" - and "I have got child labor and kids eaten by bears."

f.  Also, the Investigator found that you inappropriately physically wrestled with boys on the classroom floor.

See Exhibit 4.

6.  Further, the investigator noted that when you were placed on paid administrative leave on or about May 1, 2018 you were given specific written directives including an obligation of confidentiality/protection of the confidentiality of information. Specifically, you were informed that you had "an obligation to maintain the confidentiality of both the fact of and information concerning the investigation, and to not disclose such information to others, including employees, parents, and students of the District." Moreover, you were provided notice that "violations of this policy may result in appropriate disciplinary action."

7.  Despite these strict directives and mandate of confidentiality, the Investigator found that you *failed* to comply and, in fact, disclosed information about the investigation to others, including District parents. When interviewed in 2018, you <u>admitted</u> to the Investigator that you *failed* to comply with the confidentiality directives, but claimed it was "to a very limited degree"; then claimed to parents, you were on leave "related to the Walkout". Also, despite telling the Investigator that your communication with District parents regarding the investigation was person-to-person, not via email; the Investigator found evidence to show that you were, in fact, communicating with numerous parents via email regarding your leave and pending investigation and lobbying them to pressure the District to bring you back from leave. Among such was a mass email from your personal email account to undisclosed persons entitled: "Support Mr. Kissner - Our voices are stronger together!"

See April 30, 2018 Letter, attached as Exhibit 5, Investigation Report of Patricia Elliott, Attorney At Law (Exhibit 4), and email entitled "Support Mr. Kissner-Our voices are stronger together!", attached as Exhibit 6.

8

8.  Thereafter, on March 31, 2020, you received a formal Warning of Unprofessional Conduct, following the receipt and review of concerns raised by a parent related to your treatment of her son in a discriminatory and derogatory manner in the presence of other students during an 8th grade science class. Specifically, it was found that when the student professed to you that another student was "bullying" him, you responded, "You should make fun of his slitty eyes". It was determined that this Warning of Unprofessional Conduct was necessary and placed into your personnel file to ensure that you understood the serious nature of the concerns and refrained from such misconduct in the future.

9.  Moreover, you were also given an opportunity to meet and respond to the allegations contained in the March 31, 2020 Warning of Unprofessional Conduct, but instead refused to meet and/or provide any factual information to refute the claims. Your refusal to meet and discuss the allegations and findings was in violation of your duty as a District employee to cooperate with the fact-finding process. Ultimately, you provided a written statement which did not provide any factual response, but instead focused on other irrelevant matters related to another personnel matter from 2018.

    See March 31, 2020 Warning of Unprofessional Conduct (and Response), attached as Exhibit 7.

10. Thereafter, on April 2, 2020, you received an additional formal Warning of Unsatisfactory Performance following another student incident. In this case, it was found that after a student arrived late to a lunch detention, instead of handling this additional infraction in a civil and professional manner as the teacher, you became very angry and slammed your fist on the table. When the student attempted to explain why she was late, you loudly stated, "No shit, Claire." Not only was this uncalled for, it upset the student and the rest of the students present. It was determined that this Warning was necessary and placed into your personnel file to ensure that you understood the serious nature of the concerns and refrained from such unsatisfactory misconduct in the future.

11. Once again, you were given an opportunity to meet and respond to the allegations, but refused to meet and/or provide any factual information to refute the claims. Your refusal to meet and/or respond to the allegations was in violation of your duty as a District employee to cooperate with the fact-finding process. Ultimately, you provided a written statement which did not provide any factual response, but instead again focused on other irrelevant matters related to another personnel matter from 2018.

    See April 2, 2020 Warning of Unsatisfactory Performance (and Response), attached as Exhibit 8.

12. On August 27, 2020, you were sent a Request for Information (regarding Remote Wilderness School Camps), from the Superintendent based on the District's receipt of concerns raised by a community member with respect to the Remote Wilderness School Camps ("Camps"). The Camps were referencing trips conducted by you and in apparent conflict with regular school days/hours for District students, as well as contracted work hours for you as a teacher. As a result, you were directed to provide by the next day,

PL000786

August 28, 2020, a description of the Camps proposed activities planned during school hours. The purpose was to ensure legality for the District and protection for you from potential liability as well related to the Camps. You *failed* to comply with the directive and provide the District with the requested relevant information.

See August 27, 2020 Request for Information, attached as Exhibit 9.

13. Following your failure to comply with the prior directive/request for information, it was then necessary for the District to follow-up with you for more specific information to ensure the Camps were appropriate for District students and for you as an employee to attend. As such, on August 28, 2020, you were provided with a detailed written questionnaire, which you also ignored and *failed* to provide a response. By failing to respond to the questionnaire you once again ignored specific directives given to you by the District. Each of the questions contained in the questionnaire were necessary for the District to determine the appropriateness and legality of your participation and administration of these Camps trips involving District students potentially during school hours and/or your duty time.

See August 28, 2020 Remote Wilderness School Camps memo, attached as Exhibit 10.

14. Following the above-described incidents, shortly thereafter, the District received a new further concern related to you sending emails to District student(s) directly on their personal/school accounts, as well as to many parents in the community as well. In one instance, you sent an email to an 11-year old student's school email account. Your email to the 11-year old student concerned student grading and providing extra math help through an "online after school homework center" with a direct link to your personal website(s), included the En Gedi Project and an opportunity to donate money. Sending personal emails to students and parents advertising your own online personal website and soliciting donations is inappropriate.

See September 8, 2020 emails, attached as Exhibit 11.

15. As a result of the concerns received from community members about your September 8, 2020 emails, your site Principal, Billy Martin, contacted you on September 14, 2020 to inquire about the matters as they related to your promotion of Mountain Math Initiative ("MMI") and other non-District activities. Specifically, Mr. Martin requested to know whether you were emailing students directly and/or mass emailing students; whether the MMI class was taking place during your District duty time; whether you informed a student/parent that MMI attendance would qualify for school credit or replace missing credits; and whether you recommended MMI to the family of a special-needs student as an alternative resource.

16. Rather than simply providing Principal Martin with the information he requested from you, you requested a meeting with him expressing that you were "getting a bit frustrated with how this is playing out." In response, Mr. Martin offered you several times to meet that day and the next. You then disrespectfully responded that you would meet with him

PL000787

the next day and "sit on my frustrated and sarcastic email reply for now (said frustration and sarcasm not at all directed towards you)."

See September 14, 2020 emails, attached as Exhibit 12.

17. In October of 2020, the District received a complaint from a parent regarding your teaching practices. Specifically, the parent mentioned that her son was a former student of yours and that you chastised her son and physically tore up her son's math work in front of the class because he used a pen (instead of pencil) on a math assignment. She went on to request that her daughter not be placed in your class for the current school year.

18. In the fall of 2020, due to parent concerns and confusion over whether some students in Math 7 were allowed to receive class attendance credit for alternatively attending your MMI outside Math program, Principal Martin and Superintendent Fraser met with parents to discuss such concerns. Following that meeting, on October 8, 2020, Principal Martin emailed you with a summary of the meeting, which included specific parameters for Math 7 and requirements for participation. Parents were also informed and assured that MMI is an outside enrichment program - not supplanting/replacing any District Math course/coursework; and confirming that attendance in MMI did not count as attendance in any District Math course/class, including CTE, etc.

In closing to his October 8, 2020 email, Principal Martin directed you to provide a "list of students with whom attendance at CTE may have been communicated as optional or who believe participation in Mountain Math Initiative counts as attendance/participation for their CTE classes. I want to make sure those families get the same message as the ones with whom I met today."

See October 8, 2020 emails, attached as Exhibit 13.

19. Despite the October 8, 2020 email directive from Principal Martin in which you were clearly directed to provide the list of students who were misinformed by you that attendance at CTE was optional or who participated in MMI program; as of October 13, 2020, you had *failed* to adhere to said request. As such, on October 13, 2020, Principal Martin emailed you again with his request and further stated, "I am unable to tell from your previous response if you are refusing to provide me the requested information or if you need additional time to do so." The previous response he referenced was a three-page email you wrote which clearly disagreed with the District's approach and directives, but also *failed* to include the student list required of you on October 8th.

See October 13, 2020 (and related) emails, attached as Exhibit 14.

20. Although on October 13, 2020, you finally provide a student list to Mr. Martin, the list was in fact just an entire class roster and was not in compliance with the prior and specific directive to provide a list of students that were informed by you that MMI would count towards attendance credit for District Math courses; you also informed Principal

11

Martin that you incorrectly communicated to students/parents that "any interaction whatsoever with a teacher during the day qualifies as being present in class for attendance purposes." As a result of your statements, on October 14th, Principal Martin informed you that several parents still conveyed that they understood that students are "not required to attend their CT math course if they are participating in Mountain Math Initiative and that the work done and the grade earned for that after school enrichment course will be applied to their CT math course." Principal Martin reiterated to you "[t]his clearly indicates an intention of supplanting that after school activity for their CT math course." Principal Martin went on to reemphasize to you, "This is an action I need to make clear is not [an] acceptable practice." He also re-emphasized that "a qualifying attendance event must be completed by the end of the school day for the day the attendance to count. A qualifying attendance event must happen within the school day; after school hours do not count toward positive attendance."

In closing, Principal Martin re-directed you to provide the actual list of students (names of families who have been explicitly told their child does not have to attend your CT math course and instead can attend Mountain Math for District math credit/attendance).

See October 13, 2020 and October 14, 2020 emails, attached as Exhibit 15.

21. On October 18, 2020, the District learned from a disgruntled parent(s) that you were very late with your Math grading, and as a result they were uninformed that their child's grade had dropped from an "A/B" to a "C" on the last day of the quarter. Further, the late grade report showed the parent that their son had low marks on several assignments from a full month prior. The parent expressed great concern and frustration since he/she frequently checked the online system (PowerSchool) and saw no signs of problems prior to the low grade being given - which indicated that you *failed* to enter such relevant information until the very end of the period. Not only had you not properly/timely entered the information, but you also neglected to otherwise communicate concerns with the parent during the quarter. The parent closed their email to you (copied to your Principal) declaring, "Poorly done!"

See October 14, 2020 emails, attached as Exhibit 16.

22. Although that same day you responded to the parent in an email seemingly to apologize for your failures, you then inappropriately went on attempt to excuse your behavior by claiming, "I can assure that this is not for lack of time spent lesson planning, delivering instruction, meeting with students who need help, answering insane amounts of emails, and other time-consuming admin tasks like attendance that take all day." Not only was this additional information uncalled for in an "apology" to a parent, but much of it was untrue and frankly embarrassing to you and the District. Further, you then continued on for an additional two paragraphs, placing the blame on the student/parents for the problems with the student's grades, before apologizing again for your failures to timely update and grade the student's assignments.

See October 18, 2020 email, attached as Exhibit 17.

12

23. Besides inappropriately emailing that parent, you also proceeded to mass-email each family in your 7th grade Math class to seemingly update and explain grading and other class activities on October 18th (then other classes on October 22nd [8th Grade Physical Science] and 26th [6th Grade Math]). In virtually identical letters, although you attempted to apologize for being "behind" on PowerSchool, you also used poor judgment in stating: "this has been a 'try to keep my head above water' type of quarter." You further made a proofing/typographical error in *each* (almost identical) letter by stating: "I am foregoing [sp] the normal labs…". Moreover, the October 22nd letter to 8th Grade "Physical Science" families incorrectly addresses "7th grade math classes." That letter was also sent to families at 1:49 a.m. – which may explain the apparent "cut and paste" error.

See October 18, 22, 26, 2020 emails, attached as Exhibit 18.

24. Subsequently, you were contacted by various District administrators/staff to help you with PowerSchool, to allow you to improve your updating of grades and to facilitate IEP goal updates as well. In an effort to assist you, Staci Ljepava, Director of Student Services and Special Education and Randy Cohen, RSP Teacher/Case Manager, each reached out to you with respect to assist you with properly utilizing PowerSchool. Nevertheless, as of October 27, 2020, according to the Director Ljepava, you had still *failed* to enter the necessary IEP goal information into Power School. In fact, you had not done so by October 23rd despite Dr. Cohen's efforts to help you gather such data. Further, it was discovered that you had not updated 6th grade Math scores since September 11, 2020 (42 days prior). As a result, in an October 27th email from Director Ljepava, she informed you that this required "immediate action" and she added that "[i]n the future, if you need more time please communicate this with the case manager…to remain in IEP compliance." She then directed you to "Please update myself and the case manager on the status of your grade updates, so I can respond accordingly to the [IEP] team with next steps."

See October 27, 2020 email, attached hereto as Exhibit 19.

25. On November 3, 2020, the District received a further complaint from a 6th Grade parent, who was upset with your teaching her child's class. Specifically, the parent stated that there were several Zoom class sessions recently (while you were apparently "away in Tahoe") "ending after just a few minutes or just canceled out right". Additionally, the parent was upset that you instructed students to grade their own tests. The parent felt that students self-grading their own tests neglected the student's need to learn from mistakes - rather than just check for the "right answer". The parent was also put off by your prior mass email on October 26th updating parents on the late grading/PowerSchool concerns but stating that you were "trying to keep my head above water" - as part of your excuse/apology. Of particular note, the parent remarked in closing, "I know he has been providing education assistance for kids during his camping trips, but it seems this is causing him issues in keeping up with his teaching position at CT."

PL000790

The parent went on to note, "He is planning another lengthy (3 week) trip in November - is there a way to have someone in the administration join [Student] classes to make sure he is providing the lessons for kids in his CT classes?"

See November 3, 2020 and related emails, attached as Exhibit 20.

26. As a result of the November 3rd complaint, your Principal informed you of the concerns, and provided you with an email (at 10:21 a.m. - November 12, 2020) containing specific requests for information in order to commence a proper review. These included the following:

> "To date, have you canceled any synchronous Zoom classes that are regularly planned for Mondays, Tuesday, Thursdays. Or Fridays?
> If yes, what days and/or what classes were canceled?
> If a class was canceled what was the reason for the cancellation?
> How far in advance are notified of cancellations?
> How do you notify students of the cancellation?
> Did you assign to students of any canceled classes work or other instruction equal to 35 minutes?"

In response to these simple and specific requests which were necessary to make sure that you were complying with proper remote learning attendance and credit requirements, you responded in the evening at 9:36 p.m. that, "In general, I do not participate in any investigation or inquiry being conducted by the school district because of previous experiences."

You went on to add, "I have never skipped or canceled a Zoom meeting." Further, you stated that, "The only time that I have not utilized near the full scheduled Zoom time were the few days where there were power outages on the mountain or evacuations."

See November 12, 2020 email, Correspondence attached as Exhibit 21.

27. As a further result of the November 3rd complaint and information brought to the District's attention as to your Remote Wilderness School Camps trip planned for November, on November 5, 2020, the Superintendent provided you with a letter requesting important and necessary information (similar to the directive you received in August of 2020- to which you *failed* to respond) to better assess the situation and provide assurances that your planned activities were appropriate and within the state and federal education law confines and mandates for a District teacher and its students involved.

In sum, this letter reminded you of recent Covid-19 restrictions and related State and local policies and mandates. It also cautioned you to adhere to other state mandates based on your intended destination(s) since you were to be transporting and otherwise supervising District students.

14

PL000791

Furthermore, the letter specifically directed you "as part of the District's responsibilities owed to all students and staff" to "promptly provide us with information concerning [20 listed areas of concern: ranging from names of each student; Covid-19 preparations and appropriate distance learning/teaching methods; insurance information; parent permission slips; methods of transport/safety; adult supervision/precautions, and activities beyond teaching/learning etc.].

Additionally, this letter referenced and re-incorporated the prior August 28, 2020 notice/directives for your response as well.

In closing, the Superintendent's notice made it abundantly clear that, "If you are unable or unwilling to [provide the information] promptly, completely, and in writing, before you depart", you must "advise the [Superintendent] immediately and appropriately action will be taken as permitted by the circumstances." You were also cautioned that "We all have an obligation to comply with existing health and safety laws during this time, along with longstanding standards for remote learning opportunities and education law requirements. It is trusted that you understand the importance of meeting our respective obligations." You were also reminded that your failure to comply could result in disciplinary action.

See November 5, 2020 Letter from Superintendent, attached as Exhibit 22.

28. Despite the very clear, comprehensive, and imperative directives/information requests given to you in the aforementioned November 5th Superintendent's letter, on November 7, 2020, you responded in a short email to the Superintendent as follows:

"Dear Lisa,

Thank you for your email outlining your concerns. I am confident that: I have been - and will continue to - fully meet (and exceed) my professional obligations equitably to all of my students; Nothing about my physical location or the people that happen to be in my vicinity have any impact on my performance of my professional duties; There is nothing about my physical location or the people that happen to be in my vicinity that has anything to do with the District; and I am not in violation of any laws or District policies.

Sincerely,
David Kissner"

To date, you have *failed* to comply with the specific requested information from the November 5th letter and/or the August 28th letter.

See November 7, 2020 email to Superintendent, attached as Exhibit 23.

29. Thereafter, on December 11, 2020, you received email correspondence from a parent of a student in one of your math classes regarding his child's math grade. Mr. Martin was carbon copied on the email. The parent detailed that he once again found himself in the

PL000792

"uncomfortable potion of not knowing what [his child's] math grade will be for the end of the semester." The parent complained that no homework grades have been posted by you to Powerschool since before Halloween. The parent went on to complain that no grades have been posted by you to google classroom either. The parent noted the importance of parent involvement in the remote schooling process and stated that he is "not able to do [his] job to make sure [his child] lives up to school requirements unless his performance is visible to [him]." The parent asked that grades be updated by you to be current.

See December 11, 2020 email to you from I. Ollmann, attached as Exhibit 24.

30. That same day, you also received email correspondence from another parent in one of your classes regarding her child's grade. Mr. Martin was copied on this email. The parent noted that she was emailing you again about the lack of parental knowledge of student progress in your class. The parent noted that Powerschool has only one grade posted since October 28, 2020, a test taken on November 16, 2020. She went on to detail that not one assignment prior or after the November 16, 2020 test has been posted. The parent also detailed that Google classroom does not have her child's progress updated either. She noted in Google classroom she can only see that one assignment has been submitted by her child. The parent related that that you have *failed* to provide viable feedback on either platform about her daughter's progress. She related that she is unable to get her child the help that she will need to succeed without feedback from you as her teacher.

Further, the parent mentioned that when she expressed her concerns about your failure to provide feedback or update grades via PowerSchool or Google classroom last quarter, you assured her that her child was doing fine and said that you would be more vigilant about posting grades in PowerSchool for parents to access and see the progress of their child. The parents stated, "this has not happen." The parent then noted that since it is almost the end of the quarter, it would be very difficult to improve the grade. The parent stated that she: "is thoroughly disappointed in the lack of information from you and [she] know[s] of many other families that have expressed the same frustrations and concerns.

See December 11, 2020 email from C. Norquist, attached as Exhibit 25.

31. Thereafter, on December 14, 2020, Mr. Martin, your supervising Principal at CT English Middle School, received email correspondence from another parent whose child is enrolled in your math class. The parent provided feedback to Mr. Martin that you had *failed* to grade old assignments. He noted that a few assignments, four, had been graded from November 16, 2020 and December 1-4, 2020; but that no assignments had been graded since December 4, 2020. The parent stated that he is "VERY UNHAPPY and . . . formally making a complaint." (emphasis in the original) The parent also detailed that other parents are complaining about your failures to update and post grades in a timely fashion to allow parents and students to track their progress and allow for improvement.

See December 14, 2020 email correspondence to B. Martin, attached as Exhibit 26.

PL000793

32. That same day, the Superintendent and Mr. Martin received email correspondence from another parent whose student is enrolled in your math class. The parent related that their child's math grade was not only "NOT current", but that you had not "even been grading or checking" homework "ALL quarter." The parent went on to note that it looked like you had started grading "the kid's papers now-at the END of the quarter." The parent stated that he had been checking Google classroom and at no point had you given his child feedback on progress. The parent questioned how his child can be expected to improve his/her math skills, or course correct throughout the quarter, if he/she does not know when his/her homework is correct. The parent expressed frustration that because you had not provided feedback or updated grades throughout the quarter, there is now no way to turn things around.

The parent went on to note that while they are trying to be patient with distant learning, some accountability from the teachers is required and based on his communications with you, their family has not found you to be accountable. The parent then inquired as to how your failures will be fixed moving forward.

See December 14, 2020 email correspondence to B. Martin and L. Fraser, attached as Exhibit 27.

33. Appropriately, on December 16, 2020, you received a Letter of Reprimand from Mr. Martin regarding your failure of duties and unprofessional email response. Mr. Martin detailed that on December 11, 2020 he was made aware of your continued inability to provide timely progress reports regarding grades to your students and families. Mr. Martin noted that you were contacted via email, with him being cc'd, on December 11, 2020 by a parent concerned that there had not been adequate information provided to determine his child's math grade. Mr. Martin also noted that he had received an additional parent complaint along the same vein reporting that you had not made updates to grades since mid-October 2020. Lastly, Mr. Martin detailed that he was in receipt of two additional complaints via email on December 14, 2020 by another family indicating this behavior is a dis-service to students and families.

Mr. Martin provided that upon review of PowerSchool, it was confirmed that you had not fulfilled your professional obligation of reporting student grades and progress. For example, during the period of October 30, 2020 to November 30, 2020, only one grade had been posted for your students in your period 2 Math 6 course. Mr. Martin informed you that "this negatively impacts the learning of students in that they are not provided accurate and timely feedback related to their completed assignments. This failure on your part hinders the ability of students to take corrective measures to seek assistance when needed."

Mr. Martin proceeded to note that this behavior had also previously occurred during the first quarter of the 2020 school year and at that time, you noted you were behind, trying to keep your head above water, and that it was something you were committed to working on. During a phone conversation with Mr. Martin on October 28, 2020, he

PL000794

discussed with you the topic of grading and feedback and you indicated that you were aware of this being an issue and believed you would rectify the situation for quarter 2. Appropriately, at that time, Mr. Martin encouraged you to reach out to him if you needed additional support to be able to report grades and provide feedback in a timely manner.

Mr. Martin then reminded and reprimanded you that "providing feedback, grades, and progress reports is a basic and important function of teaching." He noted that "your inability to clearly and regularly communicate student progress and grades to students and families demonstrates a failure to perform the functions of your position as a classroom teacher. This behavior negatively impacts student performance and the ability of families to provide adequate support for their child."

Mr. Martin further reprimanded you regarding an inappropriate, disrespectful, and unprofessional email response you sent to a parent on December 12, 2020, after she provided you her recurring concerns about your ongoing failure to properly and in a timely manner communicate grades and performance with students and families. Incredibly, your December 12th response to this parent did not address her concern(s), and instead was laced with sarcasm and disrespect for her issues. Mr. Martin admonished you that "responding in this manner adversely affects the professional relationship with the parent that is necessary for student success - and frankly makes a bad situation even worse." Mr. Martin went on to detail that this is not the type of professional communication expected of you in the performance of your duties. He reminded you that you are expected to respond to parent inquiries in a professional, courteous and supportive manner. He detailed that your responses should directly address the question or concern only, without the inclusion of sarcasm, excuses, or other inappropriate discussion.

Accordingly, Mr. Martin advised you that effective immediately, and until further notice, you are required to:

    a. Update PowerTeacher Pro at least one time each week in a manner that clearly communicates student grade progress; and otherwise not allow yourself to continue to fall behind on PowerSchool and/or timely providing parents/students with grades and progress.

    b. Send responses to parent complaints and/or concerns to me, as your Principal, for review and approval *prior* to sending the response to any parent/student.

    c. Always communicate with parents/students and others in a professional manner.

See December 16, 2020 Letter of Reprimand, attached hereto as Exhibit 28.

34. The next day, December 17, 2020, Mr. Martin sent you an email correspondence entitled "Response Requested-Alleged Algebra Course". In this email Mr. Martin informed you that it had recently been brought to his attention that you may be hosting an unapproved Algebra course for a select group of students during the time designated as "office hours and student support" from 1:00 p.m. to 2:30 p.m. Appropriately, to help him understand

PL000795

the situation and so that he could determine what, if anything needs to be done further, he asked that you provide answers to each of the following questions by December 18 at 3 p.m.:

    a. Are you currently conducting a class on Mondays, Tuesdays, and Thursdays at 1p.m. for algebra instruction?

    b. Are you hosting this class using a non-school provided platform or a personal Zoom account?

    c. Are the students attending the course currently enrolled in any of your CT math courses?

    d. How have the students participating in this class been chosen?

    e. Is this class open to any student at any grade who wishes to participate?

    f. What arrangements have you made for students enrolled in your CT courses to access you for help and support during the office hours that are impacted by this class?

    g. What arrangements have you made for students participating in this class to access office hours and supports offered by other teachers?

    h. The students participating in this class are receiving an additional 90+ minutes of instruction per week. What plans have you made to provide supplemental instructional minutes to other students, particularly any students in your 1-6 period classes who struggle?

    i. How have you communicated the logistics of this class to participants and parents?

    j. Did you seek parent permission for students to participate in this class?

To date, you have *failed* to provide a response to Mr. Martin's questions in violation of his directives to do so.

See December 17, 2020 email correspondence entitled "Response Requested-Alleged Algebra Course", attached hereto as Exhibit 29.

35. Recently, on January 28, 2021, the District received a note of concern from a parent, who wanted to bring attention to the fact that you previously (in or about October 2020) shared graphic stories with his son and other classmates related to your military experience in Afghanistan, and specifically "combat fatalities." This parent, currently serving overseas, felt your stories were highly inappropriate for youth, but specifically, his son, while he was away serving - and facing the peril(s) of military action.

See January 28, 2021 email correspondence entitled "Class Discussions", attached hereto as Exhibit 30.

36. Not only does this email concern the District in that it comes from a military parent about your inappropriate discussions, but further it shows that - almost two (2) years after the 2018 investigation and aftermath, including specific reprimand and counseling, you continued to engage in this inappropriate conduct and flatly refused to follow prior directives.

19

PL000796

37. In addition, in the January 28th Email forwards, you mentioned to that parent (in an October 19, 2020 email) that you could not meet in person - since you have "been out of state since March - taking remote teaching to new levels of remote." This statement is not only inappropriate to provide to a parent, but, if true, would indicate - by your admission - that you were neglecting your duties and using your "remote" teaching as an excuse.

38. On or about January 28-29, 2021, the District, through the office at CT English Middle School, received a parent inquiry about student attendance the prior week. Specifically, the parent inquired about her daughter possibly missing a "1PM Math class" and was concerned. This inquiry caused some confusion in the office, since there was no such class, so the office asked the parent to clarify and she then confirmed after talking to her child that it was "the after school math class with Mr. Kissner at 1 p.m." The parent apologized for the "confusion." Most concerning to the District, this exchange shows that you - as recently as January 25th - continued to ignore prior directives to cease this activity during school and duty hours.

See January 28-29, 2021 Email correspondence entitled "Power outage 1/25", attached hereto as Exhibit 31.

39. Similarly, on January 29th, the District received additional information showing that you continued to violate its directives, after another student informed Principal Martin that he could not move math classes (Math 7 to 8) because he already attends a "1pm advanced math class with Mr. Kissner."

See January 29, 2021 email correspondence entitled "dk algebra class", attached as Exhibit 32.

40. Among other instances, the District also has determined that back in November, you also appear to have violated these directives as well. Specifically, in this email exchange between you and a student, after the student informed you that he could not make it to "math" that day, you responded by asking if he was "planning to continue to meet at 1 Mon, Tue, Thur for algebra separately."

See November 9, 2021 Zoom chat correspondence (snapshot), attached as Exhibit 33.

41. To compound your failures and misconduct in Charges 38-40, your actions directly evidence insubordination after you had been repeatedly directed to not conduct the "after school math class."

42. Also, upon a recent review of District Zoom records (applicable to you and during your required duty time for "office hours" this past school year), it appears that you *failed* to conduct and/or attend required "office hours" on numerous occasions (approximately 29 days) from August 2020-January 2021. Incredibly, it appears that many of these were shortly after your Principal made a formal directive(s) for information and confirmation

PL000797

in November/December to which you ignored and *failed* to respond. (matters discussed in Charges 26 and 34 above).

See Zoom usage log (account:dkissner@loma.k12.ca.us), attached as Exhibit 34.

43. Moreover, it now also appears that you were dishonest to the District in November when, in response to your Principal, you specifically stated in your November 12th email (Charge 26 - Exhibit 21) that:

    a. "I have never skipped or canceled a Zoom meeting"; and
    b. "The only time that I have not utilized near the full scheduled Zoom time were the few days where there were power outages on the mountain or evacuations."

See Exhibit 21 (Charge 26).

44. In sum, your misconduct as identified herein is contrary to the District's expectations that our teachers, and frankly all staff, create and maintain a productive, safe, inclusive, and effective learning environment in our schools.  Furthermore, your actions demonstrate your inability and/or failure to comply with the District's policies, administrative regulations, school rules, management directives, and the duties and responsibilities of your position as a certificated teacher, as previously described above.  Specifically:

    a. You have repeatedly chosen to ignore District directives and counseling regarding remote instruction and instead have chosen to operate as you "want" without authorization to do so.

    b. By meeting, traveling, and/or providing instruction with select District students and conducting "in person" instruction during the current COVID 19 pandemic while at the time the District itself had only been authorized to conduct "remote" instruction due to state and public health orders and restrictions, you are in violation of District policies, directives, intent, and local/state mandates.

    c. Failing to seek prior authorization for these non-sanctioned "in person" instruction classes that are/were taking place off-District premises during the school day and duty time, is insubordinate and unacceptable conduct, as well as further evidence that you are unable and unwilling to follow state, local and District instructional and operation protocols and rules.

    d. By conducting un-sanctioned "in person" instruction in violation of current COVID restrictions in place for the District and its students, staff and families, you also have potentially exposed students to physical danger, as well as the District to liability and government sanction.

45. Your overall conduct as detailed herein negatively impacts your working relationships with students and your colleagues, your job effectiveness, the efficiency of operations, overall staff and student/parents morale, and has compromised the safety and welfare of

PL000798

students.   Moreover, your actions have had a detrimental effect on your students/parents and the operations of the District.

The foregoing causes and specific charges stated herein, individually and collectively, are sufficient grounds for your dismissal from the position of a certificated employee.  Subsequent to the service of this Statement of Charges, amended or supplemental charges may be served upon you.  If the amended or supplemental charges present new information, the District will assume that you deny such charges, and you will be afforded an opportunity to respond to the amended or supplemental charges.

Please be advised that retaliation in any form is unacceptable.   Any such retaliation against anyone who participated in the investigation of this matter will not be tolerated and may result in further disciplinary action against you.

Pursuant to Education Code section 44031, a copy of this letter and its attachments will be placed in your personnel file shortly.  A copy of Education Code section 44031 is attached to this letter.  You may prepare a response and have that response attached to this document to be placed in your personnel file.

The undersigned declares that, under penalty of perjury and the laws of the State of California, the foregoing is true and correct to the best of my information and belief.

Dated:  February 12, 2021

Lisa Fraser
Superintendent

PL000799

CALIFORNIA EDUCATION CODE

## § 44031

(a) Every employee has the right to inspect personnel records pursuant to Section 1198.5 of the Labor Code.

(b) In addition to subdivision (a), all of the following shall apply to an employee of a school district:

(1) Information of a derogatory nature shall not be entered into an employee's personnel records unless and until the employee is given notice and an opportunity to review and comment on that information. The employee shall have the right to enter, and have attached to any derogatory statement, his or her own comments. The review shall take place during normal business hours and the employee shall be released from duties for this purpose without salary reduction.

(2) The employee shall not have the right to inspect personnel records at a time when the employee is actually required to render services to the district.

(3) A noncredentialled employee shall have access to his or her numerical scores obtained as a result of a written examination.

(4) Except as provided in paragraph (3), nothing in this section shall entitle an employee to review ratings, reports, or records that

(A) were obtained prior to the employment of the person involved,

(B) were prepared by identifiable examination committee members, or

(C) were obtained in connection with a promotional examination.

## § 44932

(a) A permanent employee shall not be dismissed except for one or more of the following causes:

(1) Immoral conduct, including, but not limited to, egregious misconduct. For purposes of this chapter, "egregious misconduct" is defined exclusively as immoral conduct that is the basis for an offense described in Section 44010 or 44011 of this code, or in Sections 11165.2 to 11165.6, inclusive, of the Penal Code.

(2) Unprofessional conduct.

(3) Commission, aiding, or advocating the commission of acts of criminal syndicalism, as prohibited by Chapter 188 of the Statutes of 1919, or in any amendment to that chapter.

(4) Dishonesty.

(5) Unsatisfactory performance.

(6) Evident unfitness for service.

(7) Physical or mental condition unfitting him or her to instruct or associate with children.

(8) Persistent violation of or refusal to obey the school laws of the state or reasonable regulations prescribed for the government of the public schools by the state board or by the governing board of the school district employing him or her.

PL000800

(9) Conviction of a felony or of any crime involving moral turpitude.

(10) Violation of Section 51530 or conduct specified in Section 1028 of the Government Code, added by Chapter 1418 of the Statutes of 1947.

(11) Alcoholism or other drug abuse that makes the employee unfit to instruct or associate with children.

(b) The governing board of a school district may suspend without pay for a specific period of time on grounds of unprofessional conduct a permanent certificated employee or, in a school district with an average daily attendance of less than 250 pupils, a probationary employee, pursuant to the procedures specified in Sections 44933, 44934, 44934.1, 44935, 44936, 44937, 44943, and 44944. This authorization does not apply to a school district that has adopted a collective bargaining agreement pursuant to subdivision (b) of Section 3543.2 of the Government Code.

(Amended by Stats. 2015, Ch. 303, Sec. 86. Effective January 1, 2016.)

## § 44939

(a) This section applies only to dismissal or suspension proceedings initiated pursuant to Section 44934.

(b) Upon the filing of written charges, duly signed and verified by the person filing them with the governing board of a school district, or upon a written statement of charges formulated by the governing board of a school district, charging a permanent employee of the school district with immoral conduct, conviction of a felony or of any crime involving moral turpitude, with incompetency due to mental disability, with willful refusal to perform regular assignments without reasonable cause, as prescribed by reasonable rules and regulations of the employing school district, or with violation of Section 51530, the governing board of the school district may, if it deems that action necessary, immediately suspend the employee from his or her duties and give notice to him or her of his or her suspension, and that 30 days after service of the notice of dismissal, he or she will be dismissed, unless he or she demands a hearing.

(c) (1) An employee who has been placed on suspension pursuant to this section may serve and file with the Office of Administrative Hearings a motion for immediate reversal of suspension. Review of a motion filed pursuant to this section shall be limited to a determination as to whether the facts as alleged in the statement of charges, if true, are sufficient to constitute a basis for immediate suspension under this section. The motion shall include a memorandum of points and authorities setting forth law and argument supporting the employee's contention that the statement of charges does not set forth a sufficient basis for immediate suspension.

(2) The motion shall be served upon the governing board of the school district and filed with the Office of Administrative Hearings within 30 days after service upon the employee of the initial pleading in the matter. The governing board of the school district has the right to serve and file a written response to the motion before or at the time of hearing.

(3) The hearing on the motion for immediate reversal of suspension shall be held no later than 30 days after the motion is filed with the Office of Administrative Hearings.

PL000801

(4) The administrative law judge shall, no later than 15 days after the hearing, issue an order denying or granting the motion. The order shall be in writing, and a copy of the order shall be served by the Office of Administrative Hearings upon the parties. The grant or denial of the motion shall be without prejudice to consideration by the Commission on Professional Competence, based upon the full evidentiary record before it, of the validity of the grounds for

dismissal. The ruling shall not be considered by the commission in determining the validity of the grounds for dismissal and shall not have any bearing on the commission's determination regarding the grounds for dismissal.

(5) An order granting a motion for immediate reversal of suspension shall become effective within five days of service of the order. The school district shall make the employee whole for any lost wages, benefits, and compensation within 14 days after service of an order granting the motion.

(6) A motion made pursuant to this section shall be the exclusive means of obtaining interlocutory review of suspension pending dismissal. The grant or denial of the motion is not subject to interlocutory judicial review.

(d) A motion for immediate reversal of suspension pursuant to this section does not affect the authority of a governing board of a school district to determine the physical placement and assignment of an employee who is suspended or placed on administrative leave during the review of the motion or while dismissal charges are pending.

PL000802

EXHIBIT 1

PL000803

PL000804

Loma Prieta Jt Un SD I BP  4119.21  Personnel

**Professional Standards**

The Board of Trustees expects district employees to maintain the highest ethical standards, exhibit professional behavior, follow district policies and regulations, and abide by state and federal laws. Employee conduct should enhance the integrity of the district and advance the goals of the district's educational programs. Each employee should make a commitment to acquire the knowledge and skills necessary to fulfill his/her responsibilities and should focus on his/her contribution to the learning and achievement of district students.

(cf. 0200 - Goals for the School District)

(cf. 4112.2 - Certification)

(cf. 4119.1/4219.1/4319.1 - Civil and Legal Rights)

(cf. 4131 - Staff Development)

(cf. 4231 - Staff Development)

(cf. 4331 - Staff Development)

The Board encourages district employees to accept as guiding principles the professional standards and codes of ethics adopted by educational or professional associations to which they may belong.

(cf. 2111 - Superintendent Governance Standards)

(cf. 9005 - Governance Standards)

Staff Conduct with Students

The Board expects all employees to exercise good judgment and maintain professional standards and boundaries when interacting with students both on and off school property. Inappropriate employee conduct shall include, but not be limited to, engaging in harassing or discriminatory behavior; engaging in inappropriate socialization or fraternization with a student; soliciting, encouraging, or establishing an inappropriate written, verbal, or physical relationship with a student; furnishing tobacco, alcohol, or other illegal or unauthorized substances to a student; or engaging in child abuse.

(cf. 0410 - Nondiscrimination in District Programs and Activities)

(cf. 4040 - Employee Use of Technology)

(cf. 5131 - Conduct)

(cf. 6163.4 - Student Use of Technology)

An employee who observes or has evidence of inappropriate conduct between another employee and a

PL000805

student shall immediately report such conduct to the principal or Superintendent or designee. An employee who has knowledge of or suspects child abuse shall file a report pursuant to the district's child abuse reporting procedures as detailed in AR 5141.4 - Child Abuse Prevention and Reporting.

(cf. 5141.4 - Child Abuse Prevention and Reporting)

Any employee who is found to have engaged in inappropriate conduct with a student in violation of the law or this policy shall be subject to disciplinary action.

(cf. 4118 - Suspension/Disciplinary Action)

(cf. 4218 - Dismissal/Suspension/Disciplinary Action)

Legal Reference:

EDUCATION CODE

200-262.4 Prohibition of discrimination on the basis of sex

PENAL CODE

11164-11174.4 Child Abuse and Neglect Reporting Act

CODE OF REGULATIONS, TITLE 5

80331-80338 Rules of conduct for professional educators

Management Resources:

COUNCIL OF CHIEF STATE SCHOOL OFFICERS PUBLICATIONS

Standards for School Leaders, 1996

NATIONAL EDUCATION ASSOCIATION PUBLICATIONS

Code of Ethics of the Education Profession, 1975

WEB SITES

CSBA: http://www.csba.org

Association of California School Administrators: http://www.acsa.org

California Department of Education: http://www.cde.ca.gov

California Federation of Teachers: http://www.cft.org

California School Employees Association: http://www.csea.com

California Teachers Association: http://www.cta.org

PL000806

Commission on Teacher Credentialing: http://www.ctc.ca.gov

Council of Chief State School Officers: http://www.ccsso.org

Policy LOMA PRIETA JOINT UNION ELEMENTARY SCHOOL DISTRICT

adopted: May 9, 2012 Los Gatos, California

PL000807

PL000808

EXHIBIT 2

PL000809

PL000810

Loma Prieta Joint Union School District
23800 Summit Road
Los Gatos, CA. 95033

October 18, 2018

Dear David Kissner,

In a letter dated April 30, 2018, the District formally notified you that they had received an anonymous letter with allegations that you may have engaged in conduct that violates the District's policies and/or procedures with respect to your interactions with minors.

The District referred the issues noted in the anonymous letter to the Santa Cruz County Deputy Sheriff's Department for criminal investigation, which prompted the District to place you on paid administrative leave effective May 1, 2018.

The District further informed you that the anonymous letter allegations would be included as a separate issue in the Student Walkout Investigation already underway. The independent investigator interviewed several witnesses, reviewed relevant documentation, and determined that there are facts that support some of the allegations in the anonymous letter. In addition, other significant concerns regarding your conduct with children arose through the investigative process.

The following represents a summary of the relevant investigative findings provided.

1]     It was determined that you knowingly, and admittedly, provided alcohol to a minor during a non-school sponsored camping trip.

*Though no criminal charges have been filed, and your employment status is not in jeopardy at this stage, your conduct, whether intended or not, has had a significant negative impact on students. Please be advised that any further report of providing alcohol to a minor will result in further corrective action up to and including criminal charges and/or possible termination of your employment.*

2)     It was determined that there are instances of your conduct with children that represent either a lack of professional boundaries or questionable teaching practices, as noted below.
- Maintaining professional boundaries in all forms of communication, technology-related or not, is vital to maintaining the public trust and appropriate professional relationships with students. Contacting students via private text message late in the evening is ill-advised.

- While it is true that sharing personal stories can help to establish connections with students, the content must be age-appropriate and must not cause any student to feel uncomfortable. Please be aware that stories and/or word problems of a graphic, gory, and/or violent nature may appeal to some students but may offend and frighten others and thus should be used judiciously.

- When a male student asked to use the restroom in your classroom, you admittedly stated that he would not be able to go to the bathroom but that you would give him a "small

*Board of Trustees:*
*Deana A. Arnold, President   Shannon Hickok, Vice-President*
*Ron Bourque, Member   Marco V. Menéndez, Member   Kerrie Mills, Member*

binder clip" he could use on his penis instead, inferring that the boy had a small penis. This type of humor is inappropriate and has no place in a school setting. Generally speaking, the use of sarcasm with middle school age students can have significant, negative repercussions and is therefore ill-advised.

- In addition to the findings above, the anonymous letter referenced parental concerns described as "grooming" behavior on your part. Specifically, singling out a young person and taking him somewhere alone and away from the group and offering alcohol, asking youth about sex and/or sexual encounters, and posting images of youth on your personal website. Though you have acknowledged the above to be true, you offered that your actions have been misperceived by those reporting. The National Education Association (NEA) has published a list of common-sense pointers for avoiding false allegations which you may be wise to review and consider in your future interactions with youth to avoid similar issues in the future. (See attached)

*Please be advised that should there be future incidents wherein students are negatively impacted by your use of ill-advised classroom practices and/or protocols, further corrective action may result, up to and including possible termination of your employment.*

In addition, as you are aware, the investigation in this matter involved discussions with a number of members of our community, staff, and students, including yourself. Please be aware that the District will not tolerate any retaliation against you by any person for your participation in this investigation. Similarly, the District will not tolerate any retaliation by you against any person who also participated in this investigation.

With all of this said, the school year appears to be off to a good start and I remain committed to supporting you in seeing that this trend continues. If I can be of assistance to you in better understanding any of the areas discussed above, please let me know. In addition to the one source noted above, there are other publications that I can provide as a resource to you should you need additional information. Further, if you have any questions regarding any of these matters, feel free to ask me directly.

Sincerely,

Lisa Fraser
Superintendent

I have read and discussed the contents of this memo with my immediate supervisor.

_____        _____
Employee's Signature                          Date

*Employee did not sign @ mtg. Pending . L. Fraser*
*11/6/18*

This document will be placed in your personnel file after ten days. You may prepare a response which will be attached to this memo.

EXHIBIT 3

PL000813

PL000814

28 October, 2018

From:   David Kissner, Teacher, CT English Middle School
To:     Lisa Fraser, Superintendent, Loma Prieta Joint Union School District
CC:     Board of Trustees, Loma Prieta Joint Union School District

Subject:   RESPONSE TO LETTER DATED 18 OCTOBER, 2018

Encl:      (1) Detailed response to letter, by paragraph

1.  The following is submitted as a response to the letter which is to be placed in my file, dated 18 October, 2018, and as discussed with Lisa Fraser and Deana Arnold on October 3, and during a follow up conversation with Lisa on October 23rd.

2.  The contents of this disciplinary letter are the result of a personal character attack perpetrated by anonymous cowards who sought retribution for my stance in the March 14th, 2018 walkout. I am surprised that the district would like to go on record here that it is giving credence to an anonymous letter full of false and unsubstantiated accusations. Does the timing of such allegations, the unprincipled broadening of the district's investigation, and now this disciplinary letter not show evidence of retaliation for my position during the school-sponsored political walkout?

    This investigation was conducted without any regard to the stated scope (the walkout and the anonymous letter), and pursued lines of questioning that were completely irrelevant to the matters at hand. These issues included my classroom bathroom procedures, personal stories I have shared in class for years, and math and science problems I have used for years. In addition, the school district investigated recreational activities I conduct with youth and families outside of school, my faith and science-based beliefs about the origins of life, my Marine Corps career, and other completely irrelevant subjects.

    This free-wheeling investigation of every aspect of my personal life and how I perform my professional responsibilities is the very definition of a witch-hunt – a campaign against a person holding unpopular views. It is both unethical and illegal to retaliate against an employee in this way.

    It is telling that an investigation of this breadth failed to discover any noteworthy evidence of wrong-doing. As such, this letter makes note of a number of "significant concerns" which lack specific detail and describe situations that are completely innocuous, while implying that something nefarious is going on. It is disingenuous, and betrays an effort to lay the groundwork for future disciplinary action, seeing as none is possible from the walkout controversy.

3.  I am saddened by the fact that the district leadership has apparently joined in the same nasty, personal, divisive political fray that consumes our nation in this era. A different view in a political discourse does not merit an invasive assault on a person's character and life. To use baseless accusations leveled by anonymous cowards in the heat of a political conflict as a pretense for a limitless investigation into a person's life and work is shameful. To then take the empty results of said investigation and craft a disciplinary letter that insinuates that there is some merit to the accusations is all the more shameful. To direct these attacks against someone who has proven over years to be a tireless servant of kids and families in the community is reprehensible.

David Kissner
Teacher, CT English Middle School

PL000815

PL000816

Enclosure (1):   Detailed response to letter, by paragraph

1.  Paragraph 1.  *"It was determined that you knowingly, and admittedly, provided alcohol to a minor during a non-school sponsored camping trip."*  This is true.  It is worth noting that this took place some years ago, and that when brought up at the time, I acknowledged it openly and honestly and it was dealt with appropriately.  The matter was considered closed by all parties at the time.  It is also worth noting that the incident involved a single sip of an alcoholic beverage as a toast after a significant outdoor achievement, with a high school aged person.  It is also worth noting that these allegations were brought forward anonymously, over two years after the fact, in the immediate aftermath of a huge political conflict on campus and in our community where I was a central figure.  It is further worth noting that the offense in question is the legal equivalent of a traffic ticket – at most - but that law enforcement agencies would generally decline to pursue such a minor issue.

    While I acknowledge that my decision years ago to share a toast with a teenager was poorly considered, I must point out that this most certainly does not make me a villain or a threat to children.  Emphatically, it does not make me a sexual predator as is implied elsewhere in this letter.

2.  Paragraph 2.  *"Maintaining professional boundaries."*  As is well known, I wear many hats in the community.  I am not simply a teacher and coach for some students.  I am active in the church and in youth ministry.  I lead outdoor adventures for kids and families all the time.  My family vacations with other families in the community who have or have had students in my class or at school.  We go to each other's homes for meals.  We worship and recreate together.  There are appropriate boundaries and relationships in all of these contexts, which – while certainly outside of the norm for a simple classroom teacher – can be tough to define.  Nonetheless, I can say with confidence that I work within these appropriate boundaries in these contexts.

    This letter does not cite any specific conversation or instance of supposed failure to maintain appropriate boundaries, and so it is difficult to defend myself or to know exactly what is being referred to.  However, the letter states that *"Contacting students via private text message late in the evening is ill-advised."*  I am not in the habit of contacting students via text message.  If the student is someone where I have a relationship established outside of school, it is possible that we would communicate via text message.  If I were to be contacted in the late evening by a young person with a need, I may engage in conversation, depending on the context.  I go out of my way to be a trusted adult that can be contacted in times of need, and aim to continue to do so.  That is part of ministry.  There is nothing wrong with this, and I intend to continue to be an ally for young people or their parents when they are struggling.

    *"While it is true that sharing personal stories can help establish connections with students, the content must be age-appropriate and must not cause any student to feel uncomfortable."*  I have shared the same set of stories, generally in the same order, every year that I have been employed by the district.  My stories have been much shared by students to their families and siblings and have been the subject of overwhelming positive feedback.  Yes, they help to establish connections with students.  Yes, that connection results in greater engagement with the content and with school in general.  My stories are age-appropriate and educational in themselves and I do not believe that they make any student feel overly uncomfortable.  It is worth noting here again that this complaint comes from anonymous detractors in the immediate aftermath of a huge political conflict on campus and in our community where I was a central figure.  It is further worth noting that the directive *"must not make any student feel uncomfortable"* is incredibly subjective and cannot be measured on any scale.  It is also a sad reflection of our educational system, where educational leaders apparently want to avoid any topics that might make a student "uncomfortable."  Topics in literature, history, pop-culture, science, government, current events, and politics cannot be touched without making some students uncomfortable.  I cannot imagine that

PL000817

PL000818

educators, passionate about a rich, meaningful, and relevant education for their students, would ever insist that students be always "comfortable."

*"Word Problems."* I often write word problems for math and science classes that are uniquely edgy. They are not graphic. I have used many of the same problems for seven years. They are posted on my website publicly every day. They go home to parents on the tests and homework assignments. Board member's kids have been in my classes and taken the same assignments home. They are talked about often and have been mentioned in valedictorian addresses at graduation. They have also been the subject of much positive feedback from parents, who have commented about how their kids (and they) love the problems and that they engage with the math in a deeper and more enthusiastic way. I have never received a complaint. It is worth noting here again that this complaint comes from anonymous detractors in the immediate aftermath of a huge political conflict on campus and in our community where I was a central figure. Here again, there is no specific word problem described in this letter, and the broad suggestions could be interpreted very subjectively, making them of little value. I intend to use the same word problems that I have used for years now – quite openly – in my classes.

*"Inappropriate Humor."* The letter references a single instance in which a student asked to use the restroom and I offered him a small binder clip. There were no words – just subtle innuendo. It is worth noting that this student is someone who I have an extensive relationship with outside of class and was not intended – nor taken – personally. It is also worth noting that this student did not complain, but that the complaint was brought anonymously by non-involved detractors in the immediate aftermath of a huge political conflict on campus and in our community where I was a central figure. This one event most certainly does not establish a pattern of humor. Further, this subtle joke does not make me a villain, nor does it make me a sexual predator as is implied elsewhere in this letter. I would absolutely use this line again in a different context (not in the classroom) with any number of people, young or old. It is not a remarkable or particularly offensive joke.

*"The use of sarcasm with middle school aged students can have significant negative repercussions and is therefore ill-advised."* I am unclear in this letter if this comment is directly connected to the joke referenced above, or is general corrective guidance. Since sarcasm is generally defined as being a "sharp, bitter, or cutting expression or remark," and is "largely context dependent," I would say that the above humor was not sarcastic and that I am not sarcastic. I would not engage with a student in a sharp or bitter way. Perhaps ironic or witty would be a better way to describe my humor. Because there are no specific examples here of my inappropriate use of sarcasm, and since sarcasm is hard to define, this note is of limited value.

*"Grooming Behavior."* This is the most offensive paragraph in this letter. First of all, I find it to be insulting, cowardly, and dishonorable to verbally state that *the district* is not accusing me of anything, but to then refer in this letter to completely unsubstantiated "parental concerns" that accuse me of such. Any allegations of the sort are false and slanderous, and should not be mentioned or alluded to in this letter. If there is evidence to this point, it needs to be included here. Instead of evidence, this letter takes great pains to take completely innocuous behavior and throw a shadow of doubt on them.

I have never asked a youth about sex and/or sexual encounters. There have been many times when a young person has broached the subject with me, and I am happy to engage with them on that topic. I am in youth ministry - it comes up. It is worth noting that the curriculum that our own district uses to teach sex education encourages students to find a trusted adult – which explicitly might include a teacher – to discuss these difficult topics with. I have been that trusted adult for many, and I aim to continue to be just that. There is nothing here, and it should not be used in a paragraph about "grooming behavior" to "substantiate" that concern.

PL000820

The comment referencing that I post images of youth on our ministry website is laughable and ridiculous, and has no place here. I have taken many hundreds of young people and families on trips all over the western US over the last 11 years. Multiple kids and parents take pictures and video. I compile and edit them into videos that commemorate the trips and are the central event for celebratory gatherings for families after trips and are available on youtube for the participants. There could not be anything more innocent about it. The fact that teenage boys are in the videos swimming without shirts on is the most normal thing you would expect from a video about a camping trip at lakes and hot springs. It is worth noting that our middle school makes twice annual trips to the beach, where almost all the middle school boys run around with their shirts off and the year book team takes pictures which are included in our year book. It is absurd to make an issue of this. The original version of this letter also mentioned that there was video of me "bracing" children who were shooting firearms, as potential evidence of "grooming behavior." This is equally absurd, as it is a common-sense safety issue to physically brace a young, new shooter handling a lethal weapon. This example, while removed from the current version of the letter after my objections, shows the lengths that are being gone through to paint a misleading picture of ill-intent.

The original letter says that *"While these examples have not risen to the level of criminal activity, they certainly have the potential of becoming problematic should these behaviors continue."* This is outrageous. Of course they have not risen to the level of criminal activity. They haven't risen to anything. But by framing this statement this way, it implies that somehow these examples are on a spectrum on the way toward criminal or unethical behavior. They are not. There will be other camping trips. I fully intend to create videos for the participants and their families. There will be water and swimming and there will be boys with shirts off. I fully intend to continue to introduce young people to firearms safety and marksmanship, as I have been trained professionally to do. I will absolutely brace them from behind when they shoot for the first time, because it is the safe and right thing to do. And there will be video – because there is nothing to hide. I absolutely intend to continue to be a safe, trusted adult that young people can talk with about any challenging topic, including sex. I make no apologies for it, and point to the district's own curriculum that advocates for it.

It is completely inappropriate for this letter to reference, in any way, completely unsubstantiated allegations of "grooming behavior." It also begs the question: If the district is concerned that I may be a threat to children and potentially engaging in "grooming behavior," why did the district bring me back to the classroom in May, with an investigation into said allegations still outstanding? Why does the district currently have me in the classroom? More to the point, why does the district have me employed as the wrestling coach, if they are concerned about me being a safety threat to kids? Coaching wrestling is physical, it involves physical contact with kids, and sometimes, I am the only adult in the gym. It would be reckless and grossly negligent for the district to have a person in that position where they have documented concerns of potential "grooming behavior." Just having that coach in place would be a lawsuit waiting to happen.

I cannot believe that anyone in a leadership role at this school district would allow me to continue in that role if there were real concerns that I was grooming children for inappropriate relationships. So then, why is this a subject of this disciplinary letter? It is a character smear and a set-up for future disciplinary action and should be removed in its entirety.

PL000822

EXHIBIT 4

PL000823

**\*\*\*Bates Nos. PL000824-936 Redacted\*\*\***

EXHIBIT 5

PL000937



**Loma Prieta**
JOINT UNION SCHOOL DISTRICT
*23800 Summit Road, Los Gatos California 95033*
*Phone: (408) 353-1101    Fax: (408) 353-8051*
*www.loma.k12.ca.us*
*Corey Q. Kidwell, Superintendent/Principal*
*Rebecca Carino, Assistant Principal/Curriculum Coordinator*

PERSONAL AND CONFIDENTIAL

April 30, 2018

David Kissner
25059 Skyland Road
Los Gatos, CA  95033

Dear David:

I am writing to provide you with formal notice that the District has been made aware that you may have engaged in conduct that violates the District's policies and procedures with respect to your interactions with minors. The District takes such allegations seriously and is adding these issues into the already pending investigation. The investigator will be contacting you shortly to schedule a time to meet to allow you to respond to the allegations.

In conducting investigations the District will, to the extent reasonably possible, protect the confidentiality of information provided to the District. The District cannot guarantee complete confidentiality, because it cannot conduct an effective investigation without revealing certain information to the alleged victim(s) and potential witnesses. This obligation of confidentiality applies to you, as well. You have an obligation to maintain the confidentiality of both the fact of and information concerning an investigation, and to not disclose such information to others, including employees, parents, and students of the District (with the exception of Patricia Elliott, Board President Deana Arnold, and your representative should you elect to have one). Violations of this policy may result in appropriate disciplinary action.

While these concerns are being investigated, the District is placing you on paid administrative leave effective May 1, pending the completion of the investigation. You will continue to receive full pay and benefits during this time; however, you have been relieved of your duties during this period unless otherwise notified by Corey Kidwell, Superintendent, or me.  Furthermore, effective immediately, unless otherwise directed by me or Mrs. Kidwell, you are directed not to go to the District or any other District site. Although you are on administrative leave, you are to remain available to be contacted by

*Board of Trustees:*
*Deana A. Arnold, President    Shannon Hickok, Vice-President*
*Ron Bourque, Member    Marco V. Menéndez, Member    Kerrie Mills, Member*

David Kissner letter
Dated April 30, 2018
Page 2 of 2

the District during regular work hours, which is between 8 a.m. and 4 p.m., Monday through Friday, and must be available to meet in person within two hours of phone contact. To that end, please provide me with a telephone number either at home or cellular where you may be reached.

As we move through this process, please understand the District prohibits and will not tolerate retaliation against individuals for filing a complaint or participating in the investigation of a complaint. Failure to comply with this policy will result in the District taking appropriate disciplinary action.

Sincerely,

Rebecca Carino
Assistant Principal/Curriculum Coordinator

EXHIBIT 6

PL000940

djmkissner@hotmail.com

On Sun, May 6, 2018 at 9:54 PM, Ruth Van Sciver <ruthvansciver@gmail.com> wrote:

---------- Forwarded message ----------
From: David Kissner <djmkissner@hotmail.com>
Date: Sun, May 6, 2018 at 9:44 PM
Subject: Fwd:
To: David Kissner <djmkissner@hotmail.com>

**Subject:** Support Mr. Kissner--Our voices are stronger together!

Hi Everyone,

This email group is intended to bring together the families who support Mr. Kissner so we can act together to get our children's teacher back. You are included here as you have expressed interest in supporting Mr. Kissner. If you do not want to be included, please let me know and I will remove you from any further communications. If you know of additional families that would like to be included, let me know and/or forward. Please do not "Reply All" unnecessarily :-)

**Mr. Kissner was involuntarily placed on leave on May 1.** It is generally understood that Mr. Kissner did not choose take a leave of absence but rather the leave was imposed on him by the District. There is a lot of concern that his removal is a direct result of the March walkout debacle. For those of you unfamiliar with the full scope of the events related to the March walkout, there are links below to the news articles and related events.

**Without question, our children have been greatly impacted by his removal from the classroom.** Last week, our kids had multiple *unqualified* substitutes coming in to teach their math and science classes (art teacher teaching science, english teacher teaching math, subs coming late and unprepared to teach these difficult subjects). As it stands now, the district has secured 2 substitute teachers to cover Mr. Kissner's classes through the end of the year. These substitutes will be alternating days so that our kids will not have continuity in the classroom. I do not know the qualifications of one of the teachers (Ms. Samaan) to teach math and science, but I do know that the other substitute, Ms. Nora Kim (a well-respected CTE parent with an engineering background), is not a trained educator but rather is coming in with an "emergency credential" that anyone with a college degree can get. She has no training to teach math and science. Clearly, this is not "quality education" as promised by our soon to be departed Superintendent in her May 2 email.

**The Board of Trustees won't give us answers.** Yesterday about 10 families attended the public comment session of the Board of Trustees meeting to express their concerns about Mr. Kissner's unexplained removal. The Board President made it very clear that there is an ongoing investigation and they can't provide answers at this time. A reporter from the SJ Mercury News was present and published the following article: https://bayareane.ws/2r8ToEH

2

PL000941

The Superintendent is AWOL. By all accounts, Corey is nowhere to be seen, believed to be in Colorado. Mr. Arias is supervising/coordinating the substitutes.

**We need to take action and get Mr. Klssner back!** If you haven't done so already, please send emails expressing your concerns to all of the following: Cory (q.kidwell@loma.k12.ca.us), Rebecca (r.castino@loma.k12.ca.us), Tony (.arias@loma.k12.ca.us), Board of Trustees (board@loma.k12.ca.us). My kids have written letters as well so if yours have something to say, please have them write them as well!

We have not formulated a specific plan of action but we know we need to act together to make a greater impact. My family is planning to make signs tomorrow afternoon with the Jones/Turkaj family. These signs will be placed along Summit Road for Monday morning (Keep Klssner! Excellent Education Requires Excellent Teachers--Bring Klssner Back). If you are interested in coming over to help in the effort, let me know and we will get enough supplies. We would encourage you to make your own signs at home as well.

**Student Voices Matter!** On Monday, Marcella Jones (8th grade) and Rachel Stephens (6th grade) will have stickers available for the kids to wear requesting the return of their teacher. This is intended as a quiet yet powerful protest by the people most affected and cannot result in any repercussions from the administration so long as they do not disrupt class. We would like to also get a 7th grader involved in distributing the stickers so let me know if your 7th grader can help.

**Messages to Mr. Klssner.** If you or your child would like to contact Mr. Klssner, he can be reached at his personal email address: dmklssner@hotmail.com. He no longer has access to his Loma email address.

There are a lot of rumors swirling through our community about what's happening and why. If you want to share your personal comments, thoughts, stories, fact-based rumors or reliable hearsay, please go here: https://bit.ly/2FMUxyl . You will receive a separate email granting access. I know most of you have a lot to say and we all want to hear it but I think everyone will better appreciate the comments at their leisure and not in their inbox ;-) If you have problems accessing, please contact Malaina at creativemalaina@gmail.com.

We are hopeful that together we can bring back this outstanding teacher, mentor, coach, and overall valued member of our community.

Sincerely,
Mike and Cricket Stephens

Links:
News article and video regarding walkout where Richard Gerwe complains to media about his daughter getting an F after leaving class during PI quiz to participate in walkout: https://bit.ly/2If2VI6

Mr. Klssner's response to Richard Gerwe's accusations and District's inconsistent policy concerning the walkout: http://cjles.us/p/1rK3mfj

3

PL000942

PL000943

Letter written to Corey by attorney about how the District acted illegally in supporting walkout:
https://bit.ly/2FKpXws

--
Regards,

Ruth Van Sciver

--
Regards,

Ruth Van Sciver

EXHIBIT 7

PL000944



**Loma Prieta**
JOINT UNION SCHOOL DISTRICT
*23800 Summit Road, Los Gatos California 95033*
*Phone: (408) 353-1101    Fax: (408) 353-8051*
*www.loma.k12.ca.us*
*Lisa Fraser, Superintendent*
*Karren Zook, Principal*

To:      David Kissner
From:   Lisa Fraser, Superintendent   *L. Fraser*
Date:    March 31, 2020
Subj:    Warning of Unprofessional Conduct

On November 8, 2019, I was contacted by a parent of a student in your 8th grade Science class concerned about a discriminatory comment you allegedly made in the presence of several students in your classroom. The two students were joking with one another. Student A was laughing at Student B's skinny arms in a lighthearted fashion. Student B then turned to you, again joking around, and stated that "Student A is bullying me," to which you replied, "You should make fun of his slitty eyes." It should be noted that Student A is of Asian descent.

By request, I met with Student B's Mom the following week, wherein she recounted the incident above and expressed concern for the impact your discriminatory comment may have had on both her son and his friend. She indicated she had shared this information with Student A's parent who acknowledged that the comment was inappropriate but was concerned about possible negative repercussions for her son should she make a formal complaint.

In accordance with BP 1312.3 – Uniform Complaint Procedures, and given the complaint included allegations of discrimination, I met with Student A's parent on December 2, 2019 to discuss the complaint, the complaint process, and to ascertain the well-being of the student. The parent acknowledged the inappropriateness of your discriminatory comment but expressed that she was not sure she wanted to make waves or file a formal complaint due to the very close relationship her son has with you, his teacher and coach. She indicated she would discuss the situation with her husband and her son and would get back to me promptly.

I met with Student A's parent again on December 3, 2019. She said her husband was unwilling to make a complaint and did not want his son talked to, but she confirmed that the discriminatory comment had been made. Student A's parents agreed it shouldn't have been said, but they did not wish to make a formal complaint. As such, I indicated I would proceed with the fact-finding process absent their participation. She understood that I would still be meeting with you based upon Student B's parent's

*Board of Trustees:*
*Deana A. Arnold, President    Kerrie Mills, Vice-President*
*Ben Abeln, Member    Ron Bourque, Member    Alex Hall, Member*

complaint. A follow-up meeting with Student B and his parent(s) was scheduled for December 10, 2019. The meeting was cancelled by the parent(s) due to extenuating circumstances within the family.

On December 20, 2019, I requested an opportunity to meet with you regarding the complaint noted above such that I could hear your accounting of the events. In an email sent on January 6, 2020, you stated that you were not willing to meet with me for this purpose. I shared that as an employee of the district, you have a duty to cooperate with the fact-finding process and I scheduled a time for you, Staci Ljepava and I to meet on Thursday, February 13, 2020 at 2:00 p.m. You were additionally advised of your right to bring representation with you if you preferred. On February 11, 2020, you stated via email that you would not be attending this meeting.

Due to extenuating family circumstances, student privacy issues, and the employee's unwillingness to fully cooperate with the fact-finding process, it has not been practicable to complete the fact-finding process within customary timelines.

Nevertheless, based upon the information provided by both Student A and Student B, on November 4, 2019, which has not been refuted by you, I have concluded that you made a discriminatory comment in the presence of two students during your 8th grade science class. Your conduct violates the provisions of BP 4119.21 -- Professional Standards, which states that engaging in discriminatory behavior towards students represents inappropriate professional conduct.

Your conduct negatively impacted the safety and well-being of students inasmuch as the students were subjected to unprofessional, discriminatory comments within the classroom setting. You have an obligation to model professional behavior and to maintain a positive classroom learning environment at all times.

Effective immediately, you are directed to stop this conduct. Failure to do so will result in further corrective action up to and including a second letter of reprimand. It should also be noted that acts of discrimination are a violation of state and federal law and may be subject to more formal Uniform Complaint procedures. If you have any questions about these directives, please contact me.

A copy of this document will be placed in your personnel file after 10 days. You may prepare a response and have that response attached to this document.

3 April, 2020

From:   David Kissner, Teacher, CT English Middle School
To:     Lisa Fraser, Superintendent, Loma Prieta Joint Union School District
CC:     Board of Trustees, Loma Prieta Joint Union School District

Subject: RESPONSE TO LETTER DATED 31 MARCH, 2020

1. The following is submitted as a response to the letter which is to be placed in my file, dated 31 March, 2020.

2. The description of the incident in question is factually inaccurate.

3. As noted separately, Superintendent Fraser demonstrated a lack of regard for our Collective Bargaining Agreement in that she received a parent complaint and did not notify me for over 6 weeks while she secretly investigated the matter. This is not the first time this has happened.

4. Superintendent Fraser did not have the benefit of hearing from me on this matter because I refused to participate in her inquiry. I will not participate in any inquiry of any sort conducted by this district because of how the last inquiry was handled, and until the following issues are addressed:

   a. Following the walkout controversy of 2018, I was lied to about the nature of the "facilitation" that I agreed to. *(The district instead launched a secretive and invasive investigation).*

   b. The underlying premise for agreeing to the facilitation/investigation turned out to have been a lie (*student grades were supposed to be "no-grade," instead, they were secretly and artificially inflated*).

   c. I was lied to about the investigation concluding. (*I, the community, and the media were all told that the investigation had concluded – this was a lie. I was brought back into the classroom whilst still being investigated secretly*).

   d. I was lied to about the scope of the investigation. (*The district-hired investigator investigated irrelevant and inappropriate lines of questioning, such as my religious beliefs*).

   e. I was lied to about the district's willingness to share results of the investigation. (*The results of what was supposed to be a "facilitation" has been kept in complete secrecy*).

   f. I was lied to about the impartiality of the investigation.

PL000947

EXHIBIT 8

PL000948





**Loma Prieta**
JOINT UNION SCHOOL DISTRICT
*23800 Summit Road, Los Gatos California 95033*
*Phone: (408) 353-1101   Fax: (408) 353-8051*
*www.loma.k12.ca.us*
*Lisa Fraser, Superintendent*
*Karren Zook, Principal*

To:    David Kissner
From:  Karren Zook, Principal
Date:  April 2, 2020
Subj:  Warning of Unsatisfactory Performance

On Friday, March 6, 2020, you were engaged in the following conduct:

> During lunchtime, a student arrived late to a lunch detention assigned by you. Upon reporting, she stated that you were angry and "slammed your fist on the table." When the student exclaimed that "it was going to be a waste of time to come to your room first," she reports that you said, "No shit, Claire." This statement was made with several other students in the room.

On Friday, March 9, 2020, I received notice of the above incident. On Tuesday, March 10, 2020, I requested to meet with you on Friday, March 13, 2020 at 2:00 p.m. to discuss the incident. On Thursday, March 12, 2020, you replied via email, "Hi Karren, I'm sorry, but I will not be able to meet. Thanks, David."

On Friday, March 13, 2020, I sent the following clarifying email: "Please clarify, are you unable to make this meeting time, if so, I can reschedule, or are you unwilling to meet regarding this topic?" You responded the same day stating, "Hi Karen, I am not willing to meet regarding this topic. Thanks, David."

On Monday, March 9, 2020, a student present during the March 6, 2020 lunchtime interaction, was interviewed and confirmed that you used profanity directed at the student assigned detention.

Your conduct lacked good professional judgement, which requires that you refrain from using profane language in conversations with students. Your conduct caused embarrassment to the student and had a negative impact on the student's sense of safety in your classroom.

Effective immediately, you are to refrain from using profanity as a method of managing student behavior. Failure to do so will result in further corrective action up to and including a formal letter of reprimand. If you have any questions about this directive, please contact me.

A copy of this document will be placed in your personnel file after 10 days. You may prepare a response and have that response attached to this document.

*Board of Trustees:*
*Deana A. Arnold, President    Kerrie Mills, Vice-President*
*Ben Abeln, Member    Ron Bourque, Member    Alex Hall, Member*

PL000949

3 April, 2020

From:   David Kissner, Teacher, CT English Middle School
To:     Karren Zook, Loma Prieta Joint Union School District
CC:     Lisa Fraser, Superintendent, Loma Prieta Joint Union School District

Subject: RESPONSE TO LETTER DATED 2 APRIL, 2020

1.  The following is submitted as a response to the letter (Warning of Unsatisfactory Performance) which is to be placed in my file, dated 2 April, 2020.

2.  The description of the incident in question is factually inaccurate and lacks context.

3.  Principal Zook did not have the benefit of hearing from me on this matter because I refused to meet with her to discuss it. I will not participate in any inquiry of any sort conducted by this district because of how the last inquiry was handled, and until the following issues are addressed:

    a.  Following the walkout controversy of 2018, I was lied to about the nature of the "facilitation" that I agreed to. *(The district instead launched a secretive and invasive investigation).*

    b.  The underlying premise for agreeing to the facilitation/investigation turned out to have been a lie *(student grades were supposed to be "no-grade," instead, they were secretly and artificially inflated).*

    c.  I was lied to about the investigation concluding. *(I, the community, and the media were all told that the investigation had concluded – this was a lie. I was brought back into the classroom whilst still being investigated secretly).*

    d.  I was lied to about the scope of the investigation. *(The district-hired investigator investigated irrelevant and inappropriate lines of questioning, such as my religious beliefs).*

    e.  I was lied to about the district's willingness to share results of the investigation. *(The results of what was supposed to be a "facilitation" has been kept in complete secrecy).*

    f.  I was lied to about the impartiality of the investigation.
        i.  *(The investigator, chosen and hired by the district leadership without my input, had access to all of my emails, but no others).*
        ii. *(Pages of the investigation that I was allowed to view concluded that I was wrong and Superintendent Kidwell was in the right. Yet the district has been forced to concede that all of my concerns will be corrected for next time, completely vindicating my position in the walkout mess. This*

PL000950

*indicates a flawed, worthless, and skewed investigation. I still have no answer as to why the report that costs tens of thousands of dollars concluded that I was in the wrong, but the superintendent has indicated that every one of my concerns will be corrected for next time.)*

g. District leadership has made it clear on numerous occasions that they are looking for damaging information on me and will twist innocuous situations to make them appear problematic. The district is also clearly trying to create a document trail to be used against me in the future.

h. The district refuses to communicate directly with me about any of those issues. (*The board and superintendent have refused multiple attempts at communication at various levels*).

David M. Kissner

PL000951

EXHIBIT 9

PL000952

Thursday, February 11, 2021 at 11:15:25 AM Pacific Standard Time

**Subject:** Request for Information regarding Remote Wilderness School Camps

**Date:** Thursday, August 27, 2020 at 1:47:52 PM Pacific Daylight Time

**From:** Lisa Fraser

**To:** d.kissner@loma.k12.ca.us

**Priority:** High

Dear David,

I have been contacted by a member of our school community who expressed concern about three proposed trip(s) you may be planning for the fall. The trips were referred to as "Remote Wilderness School Camps" and the associated dates noted appear to be in conflict with regular school hours for kids and contracted hours of employment for you, which could pose a variety of complex issues if this is accurate.

Without a full description of what is being proposed, it is difficult for me to fully assess the potential liability risks involved for you personally, and for the district. At first glance, without having the benefit of specific details, your alleged activities could be unlawful and/or a violation of Public Health regulations. No later than Friday at 12:30 p.m. I am requesting that you provide a description of the proposed activities you have planned during school hours such that we can properly evaluate the legality of your proposition from a district standpoint and to provide you with advice and counsel such that you are protected from personal liability as well.

Thank you for your cooperation.

Sincerely,
Lisa Fraser
Superintendent
Loma Prieta Joint Union School District
23800 Summit Road
Los Gatos, CA 95033
408/353-1101 – p
408/353-8051 – f

CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

PL000953

EXHIBIT 10

PL000954

August 28, 2020

To:     David Kissner

From:  Lisa Fraser, Superintendent

Re:     Remote Wilderness School Camps

On August 27, 2020, I requested that you provide a description of your plans to conduct Remote Wilderness School Camps during your contracted work day. You responded that you do not share details of your private life with school administrators and requested clarity as to district concerns. Based upon your response please consider the following:

1]      If your planned activities during contracted  hours are "private" and/or of a personal nature then you will need to request an unpaid leave of absence for any school days impacted.

2]      If you have messaged your planned activities as being school-sponsored and supervised by you as a district employee, please note that the district has not approved nor authorized a school-sponsored trip as required in Board Policy 6153. The district will not assume liability for an unsanctioned trip. According to ASCIP, our school insurance group, you may be held personally liable for an unsanctioned trip that violates board policy.

3]      Based upon Santa Clara County Public Health Guidance and Governor Newsom's Executive Order, Santa Clara County schools are **mandated** to adhere to a full distance learning model until removed from the state's watch list. Accordingly, the LPJUSD Board of Trustees approved a School Reopening Plan for full distance learning in July. As an employee of the district, you must comply with this plan. You have no permission nor the authority to conduct an out-of-area, in-person learning cohort which violates state and public health department regulations.

4]      LPJUSD teachers were given the option of teaching from their classroom or teaching from their **home** if the home setting is an appropriate classroom setting. Teachers and staff are expected to remain in the vicinity of the school campus during remote learning, as he/she may be needed on campus for a variety of reasons during contracted hours and must be able to report to school, if requested. In a memo to all staff dated 3-17-20, teachers were directed to work remotely, but the directive also stated that **you may be asked to report at any time**. That being said, if an employee has a personal emergency that requires them to leave the area, a request for an exemption can be made. A wilderness trip during school hours would not constitute a personal emergency. As such, please be advised that you are expected to be in the vicinity of the school campus when being paid to teach remotely from home. As an aside, public school employees are declared by law to be disaster service workers and could be called

PL000955

to service at any time during this pandemic or during any other emergency.
(Government Code 3100-3102)

5]     As a district teacher, you are obligated to provide an equitable learning experience for **all** of the students under your charge while employed by the district. Taking **some** students out of the state during school hours for unsanctioned learning activities that are clearly inaccessible to your other students creates a whole host of instructional inequities that the district will not endorse.

6]     If there is any fee being charged to a student, or indeed, any cost associated with any unsanctioned learning activities, then BP 4136 would come into play, as well as other potential conflict of interest laws or regulations.

In summary, please be advised that any violation(s) of LPJUSD Board Policy, regulations, and/or CA State Executive Orders could result in disciplinary action. Feel free to contact me if you have questions or need any further clarification.

PL000956

EXHIBIT 11

PL000957

From: ████████████████████████
Subject: Concern
Date: September 8, 2020 at 7:42 PM
To: Billy Martin b.martin@loma.k12.ca.us

Hi Dr. Martin,

I attended your Cohort 1 CTE call today. Thank you for hosting this. I asked the question about this Math Support help sent today by David Kissner (full email below) " B) There is a new community initiative with volunteers ready and anxious to help your child in math with an online after school homework center. Starts at 4 today and offers grade-specific help 1-4 times per week, depending on the grade/subject. Students can complete their homework there - live - while support is on hand, they can check-in briefly for a quick question, or they can get remedial help on missing skill-sets."

While I appreciate the sentiment and support, I am concerned by your response to my question as principal that this is not a school sanctioned group. This email from Kissner went out not only to me as a parent, but it also went directly to my 11 year old son on his school gmail account. I don't know anything about this group, who it is run by, and even if these people are vetted. I don't want my child being invited to a non-sanctioned school outlet via their school account, however well intended.

I am concerned about this as school policy.

Thanks for clarifying or changing this.

Thanks- ████

████████████████████████

*"We cannot play ostrich. Democracy cannot flourish amid fear. Liberty cannot bloom amid hate. Justice cannot take root amid rage. America must get to work...We must dissent from the poverty of vision and the absence of moral leadership. We must dissent because America CAN DO BETTER...Take a chance, won't you? Knock down the fences that divide. Tear apart the walls that imprison. Reach out; freedom lies just on the other side. We should have liberty for ALL."*

*—Supreme Court Justice, Thurgood Marshall, 1992 in his acceptance of the Liberty Medal.*

Begin forwarded message:

From: "d.kissner@loma.k12.ca.us" <d.kissner@loma.k12.ca.us>
Date: September 8, 2020 at 2:49:11 PM PDT
To: "d.kissner@loma.k12.ca.us" <d.kissner@loma.k12.ca.us>
Subject: A note on grades and extra math help

Hi All! While I will address grading practices at this week's Back to School Night, a few questions have come up repeatedly and I want to provide some clarity on.

1. Powerschool is the actual grade record for your child, not Google Classroom. Because certain situations have required students to submit work via email, Google Classroom will not always reflect what I currently have (although it should be close if your child is using google classroom correctly).

2. I never assign a zero unless the assignment is completely missing. Even partial incorrect work will get some points, so as to have a record of it being submitted.

PL000958

3. When you look at google classroom and see that assignments have been "submitted," please also look to see that there is something attached. It is possible (and not uncommon) for students to "submit" blank assignments into Google Classroom, and they look complete until I go and grade them and have no work to review.

4. Powerschool will always lag behind Google Classroom, because I allow time for assignments to come in before I enter grades into powerschool.

5. All assignments assigned prior to Back to School Night (this Thursday) can be made up at any time with no penalty. Beginning on Friday, there will be a ~30% penalty for unexcused late work.

Hope this is helpful from the grading perspective.

Extra help:
A) I am always willing to meet with your child in the afternoon to go over any math assignments. They can contact me to set up a time. I will also occasionally set aside Wednesdays during their class period just for this purpose.

B) There is a new community initiative with volunteers ready and anxious to help your child in math with an online after school homework center. Starts at 4 today and offers grade-specific help 1-4 times per week, depending on the grade/subject. Students can complete their homework there - live - while support is on hand, they can check-in briefly for a quick question, or they can get remedial help on missing skill-sets.

David Kissner

PL000959

EXHIBIT 12

PL000960

From: d.kissner@loma.k12.ca.us
Subject: Re: MMI Clarification
Date: September 14, 2020 at 1:29 PM
To: Billy Martin  b.martin@loma.k12.ca.us

Thanks Billy,

Tomorrow afternoon anytime works for me - let me know.  I will sit on my overly frustrated and sarcastic email reply for now (said frustration and sarcasm not at all directed towards you). ☺
David

---

**From:** Billy Martin <b.martin@loma.k12.ca.us>
**Sent:** Monday, September 14, 2020 12:48 PM
**To:** d.kissner@loma.k12.ca.us <d.kissner@loma.k12.ca.us>
**Subject:** Re: MMI Clarification

Thanks David,

I hear and agree with your frustration. Am always happy for a phone call or zoom meet. I am tightly packed today with  1pm,  2pm,  3pm, 5:30 and 6:30 meetings already planned. Will sometime tomorrow work for you? The only time I am not available tomorrow is 1-3.

Billy J Martin, Ed.D.
Principal
CT English Middle School
Loma Prieta Elementary School
23800 Summit Road
Los Gatos, CA 95033
408.353.1106—p

CONFIDENTIALITY NOTICE:  This electronic message is intended to be viewed only by the individual or entity to whom it is addressed.  It may contain information that is privileged, confidential and exempt from disclosure under applicable law.  Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

On Sep 14, 2020, at 12:13 PM, d.kissner@loma.k12.ca.us wrote:

Hi Billy,

I am happy to email you back with answers to your questions.  I would like to have a short meeting or phone call at your earliest convenience - I am getting a bit frustrated now with how this is playing out.
David

---

**From:** Billy Martin <b.martin@loma.k12.ca.us>
**Sent:** Monday, September 14, 2020 9:43 AM
**To:** d.kissner@loma.k12.ca.us <d.kissner@loma.k12.ca.us>
**Subject:** MMI Clarification

Morning David,

More MMI questions found their way to my inbox last week. Sorry to bombard you with these, but need your help so I know how to proceed. Thanks for the help clarifying the following:

1. A parent contacted me upset that notification/advertisement was emailed to her child's school email address. Are school provided student email addresses being shared with MMI to solicit participation in MMI? Were students notified by you or other MMI employees/volunteers using school provided student email addresses? If so, were these targeted to specific

PL000961

students or sent out as a mass emailing to solicit participation?

2. A different parent contacted me last week concerned that promotion of MMI was being done with students during their CT class time. Is MMI being promoted by you to students during CT work day and class time? Is it announced to whole classes or to specific students?

3. A parent contacted me concerned that their student was told they do not have to attend their CT class if they are participating in the MMI program. You and I talked in person about this. I just wanted to make sure this isn't a reoccurring issue.

4. It was brought to my attention that you suggested MMI to the family of a special needs student during a recent meeting. Can you give me some details about this meeting and how it came up to suggest MMI as the support/resource for the student? In what context was it suggested? Was it suggested to the student directly or to their parents?


Billy J Martin, Ed.D.
Principal
CT English Middle School
Loma Prieta Elementary School
23800 Summit Road
Los Gatos, CA 95033
408.353.1106—p


CONFIDENTIALITY NOTICE:  This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.  It
may contain information that is privileged, confidential and exempt
from disclosure under applicable law.  Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission.  If the reader of this message is not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us immediately by
return e-mail and delete the original message and any copies of it
from your computer system.

EXHIBIT 13

PL000963

David,

In my previous email I requested a list of students with whom attendance at CTE has been communicated as optional or who believe participation in Mountain Math Initiative counts as attendance/participation for their CTE classes. I am unable to tell from your previous response if you are refusing to provide me the requested information or if you need additional time to do so.

Additionally, I sent a message regarding continuing our conversation about differentiation for your Math 7 students and to get your thoughts on Edgenuity as a possible solution. I am available to dialogue further about this and invite you to send me some day/time options to meet to discuss.

Billy J Martin, Ed.D.
Principal
CT English Middle School
Loma Prieta Elementary School
23800 Summit Road
Los Gatos, CA 95033
408.353.1106—p

CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

On Oct 8, 2020, at 4:52 PM, d.kissner@loma.k12.ca.us wrote:

Billy,

I was previously brought up to speed by the parents you met with. I might suggest that a smoother way to address any concerns would be directly with the teacher who works at the school and is the teacher of record for these students. But by continuing to avoid meeting with me to discuss how we can best serve these students, and then to be upset when I find a way to serve their needs – completely within CDE and school guidelines – is a backwards way to deal with this. Billy, as I mentioned to you the other day, a history of leaving me out of the team means that I will make some decisions in a vacuum. But those decisions will always be in the interest of what is best for kids.

1.  Your email today – just four hours before this one – where you ask if I have any ideas to serve these kids, and after not addressing the needs of these students all school year, most certainly does not qualify as district leadership seeking to meet the needs of these students. To answer your previous email, YES I have an idea of how to best meet the educational needs of these students. I am currently doing just that. With absolutely no thanks at all to district leadership. Parents let me know that in your meeting earlier today you represented that you have been actively engaged in discussion with me about using different resources to serve these kids. That is not the case. To send this email "engaging with me" on the subject just 4 hours prior to this one (and after your meeting with these parents), is silly and disingenuous.

2.  CDE Guidelines have been made clear to us. You have told us what the attendance policy is. I have on record several detailed emails to you and to Julie for clarification on attendance policy, without written response. We all had an attendance meeting with the entire CT staff where it was obvious that the staff was unclear on attendance. You made clear that ANY interaction with a student during the day qualifies as being present. You specifically acknowledged that this goes to the point of a student just emailing "hi" later in the day after missing a zoom meeting and completing no work. My students – ALL of my students – are accounted for in the same way. If they interact in any way, they are marked present, whether they are in the zoom meeting or not. That is the guidance you gave to the entire school. Now in this particular case, these

students are not just saying hi – they are engaging in almost 3 times as much live instruction and work than their peers. And I am most certainly marking them present.

If you would like to change how you presented your attendance policy to the entire CT staff, please feel free to do so, as long as it is within CDE guidelines as communicated and as long as it applies to everyone. And be sure that any appearance that you are changing policies to single out these kids and their parents and me, will be met with a great deal of resistance. Can you explain why you think that this particular group of kids has to abide by different attendance policies than everyone else?

3.  I am the teacher of record for these students. I am assigning them coursework that is different from the regular class. This is normal. It is the precedent at our school. It is good educational practice. It serves kids.

The school district did exactly this with this same group of kids in their 5th grade year – they attended a different class (with me), had completely different assignments, and their 5th grade teacher gave them a grade in 5th grade math. I did this last year with them. In class, they had different assignments and were graded on those, but I assigned them a grade as their 6th grade math teacher of record. Once we went to distance learning, I created an entire new section for them, and taught an additional class ON MY OWN TIME to meet the special needs of these students. And gave them a grade as their 6th grade math teacher of record.

To be very clear, the math work that these students are doing is what I AM ASSIGNING TO THEM AS THEIR 7TH GRADE CT TEACHER OF RECORD. You had brainstormed before school started that they do edgenuity. Or Khan. Or some extension activities. That is still assignments different from their peers, and I would still be grading them on their work and assigning a grade for their 7th grade math class. In this case, I have assigned them coursework that is being covered in an organized fashion following an Algebra 1 curriculum – which is appropriate for them. I am accounting for their work AS THEIR CT 7TH GRADE MATH TEACHER OF RECORD. I will give them a grade as their CT 7th grade math teacher of record.

Every student has been clearly told that they are welcome to complete the grade level classwork as well, if they so choose. But they do not have to so long as they complete the more challenging content that I have assigned. Some do. Some don't.

4.  I believe edcode is pretty straight forward: The classroom teacher assigns the grade for a student, and the administration does not get to change that grade. If you want to change the grade for a student in my class, there must be a hearing convened with parents and a principal. Parents and/or teacher can appeal to the superintendent and the board. This pretty much only happens when a parent feels that their child's grade is too low. If my students complete the work that I have assigned them and do it well, I will give them an A. You are welcome to challenge that in an edcode hearing, knowing that it will be appealed to the board – but... why would you do that?

To threaten parents that their child's coursework – which I assigned to them as their CT math teacher of record – won't count towards their 7th grade transcripts, and that the school would consider them then unqualified for a geometry course is
a) a disregard for edcode.
b) a disregard for established practices at our own district.
c) a disregard for accepted educational practices.
d) an attempt to bully and harass.
e) completely divorced from what is good for these kids.

I get that the superintendent is upset with me and the parents about the math initiative. She said no to Algebra 1 in 7th grade – even though kids from Fisher (where she was the principal) have access to this - and the community and one of her teachers found a solution, and she isn't happy. Seems to me like a pride thing, rather than a "what's good for kids" thing. She said in a previous meeting with attorneys that I was "circumventing" the algebra program. I don't understand. But how could I? I'm not included in any math-related programmatic planning meetings or discussions... So, I don't know what is going on.

If you would like to reply in writing with how anything that I am currently doing with my math students is a violation of CDE attendance policy as you have communicated clearly to the entire school, please do so. If you would like to clarify how YOUR specific alternative algebra assignments

are ok for these kids, but MINE somehow are not, please put that into writing as well. And definitely please explain how you think that I have somehow lost my right as a teacher – under California Law – to assign a grade to the students in my class.

If you would like to continue this conversation, I propose that we have a meeting. I will be represented by an attorney, and I suspect that parents will be represented as well.

Your email below lists lots of things... but you know what is conspicuously missing? Any mention of what is actually good for these kids. It's clearly not even a consideration. If you want to make any headway with me, maybe you could start with an explanation of how we are best serving the needs of my actual students.


David

---

**From:** Billy Martin <b.martin@loma.k12.ca.us>
**Sent:** Thursday, October 8, 2020 3:37 PM
**To:** d.kissner@loma.k12.ca.us <d.kissner@loma.k12.ca.us>
**Subject:** Update & Action Needed

Afternoon David,

I wanted to update you on a recent meeting regarding math pathways with some of the Math 7 parents. Lisa Fraser and I met with parents of Math 7 students as a continuation of the dialogue we started at the beginning of the year. This meeting was to also provide clarity regarding current attendance/participation concerns. You and I have already spoken about most of these, but want to keep you in the loop as a few new topics were brought up by parents today.

As a result of today's meeting, I made clear the following topics with parents today:
1. All students are required to attend the CTE courses in which they are enrolled following current CDE guidelines;
2. All students are required to complete the work assigned to them by their CTE teachers during the course of their CTE classes;
3. Only work and assessments assigned through the course of CTE classes may count toward grades received at CTE;
4. Students intending to enroll in Geometry 8 are still required to receive an A/A- in Math 7 as a prerequisite;
5. Mountain Math Initiative is enrichment and cannot in any way supplant/replace CTE math courses;
6. Attendance in Mountain Math Initiative does not count as attendance for a student's CTE courses;

What I need from you is a list of students with whom attendance at CTE may have been communicated as optional or who believe participation in Mountain Math Initiative counts as attendance/participation for their CTE classes. I want to make sure those families get the same message as the ones with whom I met today.

Hope all is well and thanks for the help with this,

Billy J Martin, Ed.D.
Principal
CT English Middle School
Loma Prieta Elementary School
23800 Summit Road
Los Gatos, CA 95033
408.353.1106—p


CONFIDENTIALITY NOTICE:  This electronic message is intended to be viewed only by the individual or entity to whom it is addressed.  It may contain information that is privileged, confidential and exempt from disclosure under applicable law.  Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

PL000966

PL000967

.

EXHIBIT 14

PL000968

David,

In my previous email I requested a list of students with whom attendance at CTE has been communicated as optional or who believe participation in Mountain Math Initiative counts as attendance/participation for their CTE classes. I am unable to tell from your previous response if you are refusing to provide me the requested information or if you need additional time to do so.

Additionally, I sent a message regarding continuing our conversation about differentiation for your Math 7 students and to get your thoughts on Edgenuity as a possible solution. I am available to dialogue further about this and invite you to send me some day/time options to meet to discuss.

Billy J Martin, Ed.D.
Principal
CT English Middle School
Loma Prieta Elementary School
23800 Summit Road
Los Gatos, CA 95033
408.353.1106—p

CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

On Oct 8, 2020, at 4:52 PM, d.kissner@loma.k12.ca.us wrote:

Billy,

I was previously brought up to speed by the parents you met with. I might suggest that a smoother way to address any concerns would be directly with the teacher who works at the school and is the teacher of record for these students. But by continuing to avoid meeting with me to discuss how we can best serve these students, and then to be upset when I find a way to serve their needs — completely within CDE and school guidelines — is a backwards way to deal with this. Billy, as I mentioned to you the other day, a history of leaving me out of the team means that I will make some decisions in a vacuum. But those decisions will always be in the interest of what is best for kids.

1. Your email today — just four hours before this one — where you ask if I have any ideas to serve these kids, and after not addressing the needs of these students all school year, most certainly does not qualify as district leadership seeking to meet the needs of these students. To answer your previous email, YES I have an idea of how to best meet the educational needs of these students. I am currently doing just that. With absolutely no thanks at all to district leadership. Parents let me know that in your meeting earlier today you represented that you have been actively engaged in discussion with me about using different resources to serve these kids. That is not the case. To send this email "engaging with me" on the subject just 4 hours prior to this one (and after your meeting with these parents), is silly and disingenuous.

2. CDE Guidelines have been made clear to us. You have told us what the attendance policy is. I have on record several detailed emails to you and to Julie for clarification on attendance policy, without written response. We all had an attendance meeting with the entire CT staff where it was obvious that the staff was unclear on attendance. You made clear that ANY interaction with a student during the day qualifies as being present. You specifically acknowledged that this goes to the point of a student just emailing "hi" later in the day after missing a zoom meeting and completing no work. My students — ALL of my students — are accounted for in the same way. If they interact in any way, they are marked present, whether they are in the zoom meeting or not. That is the guidance you gave to the entire school. Now in this particular case, these

EXHIBIT 15

PL000970

From: d.kissner@loma.k12.ca.us
Subject: Re: Update & Action Needed
Date: October 14, 2020 at 2:39 PM
To: Billy Martin  b.martin@loma.k12.ca.us

Hi Billy,

Thank you for the genuine and frank conversation today.  On further reflection, there are three proposed solutions that make the most sense to me - in order of my preference:

1. Rearranging the scheduling to group the accelerated students and the grade-level students so that they can receive instruction at a level appropriate to them within the regular school schedule.
2. Placing the 7th grade algebra students in the current 8th grade algebra classes during the same periods.
3. Adding a 6th period "elective" for students to receive algebra instruction.  They could then use the grade level math class period to complete assignments from that 6th period instruction the day before.  They should not be required to complete the grade level class also - it is not common practice to ask students to complete two math classes at one time (and is not helpful to kids), and the 7th grade pre-algebra course is completely covered by the algebra class.

A main concern that I have with the "algebra club" idea, is that it does not fit within the school schedule.  That would seem to work now, during covid distance learning.  I wonder where in the day that would fit in once school resumes?  When school or outside sports and after school activities resume (including my own volunteer wrestling coaching responsibilities), this would be problematic.

I did let the affected parents of the 20+ kids know that you and I had a constructive conversation today and that you asked me to not share any details of ideas - which I have committed to for now.  And that you are not ready to commit to a timeframe for a solution, but that you understand that it is time sensitive.  I also let them know that I passed along their pressing concerns that their children have been unjustly threatened, and that they are anxious to know that their child's grades and opportunities for geometry will not be impacted.

David

**From:** Billy Martin <b.martin@loma.k12.ca.us>
**Sent:** Wednesday, October 14, 2020 11:46 AM
**To:** d.kissner@loma.k12.ca.us <d.kissner@loma.k12.ca.us>
**Cc:** Lisa Fraser <l.fraser@loma.k12.ca.us>
**Subject:** Re: Update & Action Needed

David,

Yes, you are missing something. As was clearly communicated in the Monday Memo dated 9/31/2020, a qualifying attendance event must be completed by the end of the school day for the day the attendance is to count. A qualifying attendance event must happen within the school day; after school hours do not count toward positive attendance. The text of the Monday Memo communication is below:

## Attendance,
## Engagement & Participation
The first news on
this front is that you will continue to take attendance in PowerSchool attendance codes you always have.  You must complete your attendance for all classes, cohorts, and periods no later than 3pm each school day. Remember that positive attendance is given
to students if they meet any one of these criteria:

- Are present for any portion of a synchronous

PL000971

Zoom;

- Complete any work by the end of the
  school day (2:30) on the day the work is assigned;

- Student or his/her family engage in
  any communication with any school employee (including email, phone, text, or direct
  messaging through a school learning management system).

Furthermore, I have been informed by several parents that their child has been told by you that they are not required to attend their CT math course if they are participating in Mountain Math initiative and that the work done and the grade earned for that after school enrichment course will be applied to their CT math course. This clearly indicates an intention of supplanting that after school activity for their CT math course. This is the action I need to make clear is not acceptable practice. Simply providing me your complete student roster does not provide me with the names of families who have been explicitly told their child does not have to attend your CT math course and instead can attend Mountain Math.

Billy J Martin, Ed.D.
Principal
CT English Middle School
Loma Prieta Elementary School
23800 Summit Road
Los Gatos, CA 95033
408.353.1106—p

CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

On Oct 13, 2020, at 11:57 AM, d.kissner@loma.k12.ca.us wrote:

Hi Billy,

I have attached a list of all of the students with whom it has been communicated that any interaction whatsoever with a teacher during that day qualifies as being present in class for attendance purposes. This was your message to the entire CT staff at our staff meeting, 9/17. I take attendance for all of my students in the same way. Please let me know if I am missing something.

As you and I have discussed, I have not yet had the time to figure out edgenuity. Happy to dialogue further with you about ways to best serve these 7th grade students. To be clear, differentiation is a method I use to serve students at various levels and with various learning styles - within a specific set of standards. These students are working with different standards altogether, so we will need strategies other than differentiation.

Do you have any ideas to share with me about how you think we might do this best for these motivated and talented math students? Thanks so much in advance.

David

---

**From:** Billy Martin <b.martin@loma.k12.ca.us>
**Sent:** Tuesday, October 13, 2020 9:53 AM
**To:** d.kissner@loma.k12.ca.us <d.kissner@loma.k12.ca.us>
**Cc:** Lisa Fraser <l.fraser@loma.k12.ca.us>
**Subject:** Re: Update & Action Needed

PL000972

EXHIBIT 16

PL000973

From: ███████████
Subject: Powerschool and timely feedback is important
Date: October 18, 2020 at 3:42 PM
To: d.kissner@loma.k12.ca.us
Cc: Billy Martin b.martin@loma.k12.ca.us

Mr. Kissner,

I was quite alarmed today to find my Son, ██████ math grade dropping from A-/B+ all the way through C- today, on what looks to be the very last day of the quarter.  On review he has now received low marks for several assignments a full month ago because he did not show his work.  I can't be sure if the grade was previously high and was lowered today, or these were not graded until close of quarter. I can tell you that I have been reviewing his work on powerschool every few days to make sure he kept on top of his work, and there was no sign of problems until now.

I would like to express my deepest frustration with your tardy grading efforts. Simply put, I can not do my job of making sure that ██████ work is satisfactory, if you do not report problems soon enough in powerschool that I have time to do something about it.  Normally, I would not hesitate to have ██████ repeat an assignment, and I may yet still, but since it is now "too late" he will view it as a punishment rather than a honest learning effort.  Please work harder on communicating with students and parents in a timely fashion when you do not believe their work to be satisfactory.  As it stands my reluctant student will find that his policy of stall and fib to be well rewarded this quarter with as many as 5 math assignments on which he could avoid doing his best work.

Poorly donell





PL000975

EXHIBIT 17

PL000976

From: **Billy Martin** b.martin@loma.k12.ca.us
Subject: Re: Powerschool and timely feedback is important
Date: October 27, 2020 at 8:59 AM
To: d.kissner@loma.k12.ca.us

David,

I'd like to meet to discuss your reasons for being unable to stay on top of this, see what I can do to support you in your commitment to "endeavor to do better", and touch base on challenges in responding to IEP input requests that have been reported to me. Let me know when you are next available to talk.

Billy J Martin, Ed.D.
Principal
CT English Middle School
Loma Prieta Elementary School
23800 Summit Road
Los Gatos, CA 95033
408.353.1106—p

CONFIDENTIALITY NOTICE:  This electronic message is intended to be viewed only by the individual or entity to whom it is addressed.  It may contain information that is privileged, confidential and exempt from disclosure under applicable law.  Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

On Oct 18, 2020, at 3:53 PM, d.kissner@loma.k12.ca.us wrote:

Dear Ian,

I readily confess that I am tardy in migrating the work from google classroom over to powerschool.  I can assure you that this is not for lack of time spent lesson planning, delivering instruction, meeting with students who need help, answering insane amounts of emails, and other time-consuming admin tasks like attendance that take all day.

That being said, Ross's low scores are consistently due to not showing work at all.  He knows better.  I had him in class last year, where that was the expectation.  I have reiterated that expectation over and over this year as well - both verbally and in written instructions in assignments.  Every math teacher expects work to be shown, and that will be expected of him all the way through high school and beyond.  Truly, I reiterate it 2 to 3 times per week.  All of his assignments are visible on google classroom and have been.  He has access to that and the feedback, as do you.

On many of these assignments, I include an answer key, so that a student can check their work - after they work through the steps.  He is just writing down the answers, presumably directly off of the key or a calculator (some assignments need worked out arithmetic, percent problems and such are fine with a calculator).  I often say in my class, "no work, no credit."  Ross knows this very well.

I apologize for the tardy nature of moving grades over to powerschool - I will certainly endeavor to do better in that regard.

**PL000977**

Sincerely,
David Kissner

---

**From:** Ian Ollmann <iano@apple.com>
**Sent:** Sunday, October 18, 2020 3:42 PM
**To:** d.kissner@loma.k12.ca.us <d.kissner@loma.k12.ca.us>
**Cc:** Billy Martin <b.martin@loma.k12.ca.us>
**Subject:** Powerschool and timely feedback is important

Mr. Kissner,

I was quite alarmed today to find my Son, Ross', math grade dropping from A-/B+ all the way through C-today, on what looks to be the very last day of the quarter.  On review he has now received low marks for several assignments a full month ago because he did not show his work.  I can't be sure if the grade was previously high and was lowered today, or these were not  graded until close of quarter. I can tell you that I have been reviewing his work on powerschool every few days to make sure he kept on top of his work, and there was no sign of problems until now.

I would like to express my deepest frustration with your tardy grading efforts. Simply put, I can not do my job of making sure that Ross' work is satisfactory, if you do not report problems soon enough in powerschool that I have time to do something about it.  Normally, I would not hesitate to have Ross repeat an assignment, and I may yet still, but since it is now "too late" he will view it as a punishment rather than a honest learning effort.  Please work harder on communicating with students and parents in a timely fashion when you do not believe their work to be satisfactory.  As it stands my reluctant student will find that his policy of stall and fib to be well rewarded this quarter with as many as 5 math assignments on which he could avoid doing his best work.

Poorly done!!

Ian Ollmann, Ph.D.

<Screenshot 2020-10-18 at 3.09.43 PM.png>
<Screenshot 2020-10-18 at 3.40.12 PM.png>

PL000978

EXHIBIT 18

PL000979

From: dkissner@son3l.c⸱ ⸱ ⸱
Subject: 7th Grade Math End of Quarter 1 Update
Date: October 18, 2020 at 7:07 PM
To: ⸱⸱⸱⸱⸱⸱⸱⸱⸱⸱⸱⸱⸱⸱⸱⸱

Dear 7th Grade Students and Parents,

I have completed migrating the data from Google Classroom over to powerschool for quarter 1 for 7th grade math classes. I apologize for being behind on that this quarter - this has been a "try to keep my head above water" type of quarter. I will accept late work through Friday, which is when I finalize my grades. Students should communicate with me directly if they intend to complete any further late work.

We are on track right now in our curriculum to address all of the 7th grade standards by the end of the year, even if we stay in this learning format. Because of our reduced instructional time, we are moving quickly in order to keep this pace. I am foregoing the normal labs and multi-day hands-on learning activities that I ordinarily use - partly for time reasons - but also because the distance learning format is not as conducive to those types of learning activities.

At the end of quarter 1, our median score is a 94% and our mean score is an 88%, which I am pleased with. That being said, we are asking a lot from our students in terms of being independent learners and taking responsibility for their own learning in this format. Assignments are often self-corrected, and assessments are on the honor system. Students are responsible to a greater degree than normal for taking the initiative to get help. But the work I see on a regular basis and the students' interaction in class bodes well going forward.

We are getting now into linear equations and solving multi-step equations - the central component of pre-algebra. Fun!

A fresh start for quarter 2 - an opportunity for each student to reassess their student habits, and make some changes if needed. Please let me know of any feedback, concerns, or questions as we head into quarter 2. Have a great week!

Sincerely,
David Kissner

PL000980

8th Grade Physical Science End of Quarter Update
October 22, 2020 at 1:49 AM

Dear 8th Grade Physical Science Students and Parents,

I have completed migrating the data from Google Classroom over to powerschool for quarter 1 for 7th grade math classes.  I apologize for being behind on that this quarter - this has been a "try to keep my head above water" type of quarter.  I will accept late work through Sunday 5pm, which is when I will finalize my grades.  Students should communicate with me directly if they intend to complete any further late work.

We are on track right now in our curriculum to address all of the 8th grade Physical Science standards by the end of the year, even if we stay in this learning format.  Because of our reduced instructional time, we are moving quickly in order to keep this pace.  I am foregoing the normal labs and multi-day hands-on learning activities that I ordinarily use - partly for time reasons - but also because the distance learning format is not as conducive to those types of learning activities.

At the end of quarter 1, our median score is a 91% and our mean score is an 86%, which I am pleased with.  That being said, we are asking a lot from our students in terms of being independent learners and taking responsibility for their own learning in this format.  Assignments are often self-corrected, and assessments are on the honor system.  Students are responsible to a greater degree than normal for taking the initiative to ask for help.  But the work I see on a regular basis and the students' interaction in class bodes well going forward.

We have just started a short chemistry unit on atomic structure, the periodic table, and an introduction to chemical bonding.  This will be followed by a short unit on matter, states of matter, and the gas laws.  2nd semester will be dedicated to Energy, Forces, and Motion.

A fresh start for quarter 2 - an opportunity for each student to reassess their student habits, and make some changes if needed.  Please let me know of any feedback, concerns, or questions as we head into quarter 2.  Have a great week!

Sincerely,
David Kissner

PL000981

6th Grade Math End of Quarter Update
October 26, 2020 at 12:39 AM

Dear 6th Grade Students and Parents,

I have completed migrating the data from Google Classroom over to powerschool for quarter 1 for 6th grade math classes. I apologize for being behind on that this quarter - this has been a "try to keep my head above water" type of quarter. I will accept late work through Tuesday, which is when I finalize my grades. Students should communicate with me directly if they intend to complete any further late work. I will do my best to update powerschool weekly moving forward. But please remember that google classroom is your best real-time view of any missing assignments.

We are on track right now in our curriculum to address all of the 6th grade standards by the end of the year, even if we stay in this learning format. Because of our reduced instructional time, we are moving quickly in order to keep this pace. I am foregoing the normal labs and multi-day hands-on learning activities that I ordinarily use - partly for time reasons - but also because the distance learning format is not as conducive to those types of learning activities.

At the end of quarter 1, our median score is a 96% and our mean score is an 88%, which I am pleased with. That being said, we are asking a lot from our students in terms of being independent learners and taking responsibility for their own learning in this format. Assignments are often self-corrected, and assessments are on the honor system. Quarter 1 grades reflect student skills as much as they do math skills. Students are responsible to a greater degree than normal for taking the initiative to make sure that they understand the content and seek help when they need it. But the work I see on a regular basis and the students' interaction in class bodes well going forward.

We are getting now into integer operations (working with negative numbers) - a notoriously difficult topic for many 6th graders. But it is also an essential skill moving forward. On the horizon: order of operations and number properties and then we get into some algebra! Basic expressions, solving one and two step equations, and then solving equations with many steps. Fun!

A fresh start for quarter 2 - an opportunity for each student to reassess their student habits and to make some changes if needed. Please let me know of any feedback, concerns, or questions as we head into quarter 2. Have a great week!

Sincerely,
David Kissner

PL000982

EXHIBIT 19

PL000983

I hope this helps.  Let me know what further questions I can help with.


David


**From:** Staci Ljepava <s.ljepava@loma.k12.ca.us>
**Sent:** Tuesday, October 27, 2020 5:16 PM
**To:** d.kissner@loma.k12.ca.us <d.kissner@loma.k12.ca.us>
**Cc:** Billy Martin <b.martin@loma.k12.ca.us>
**Subject:** Goal Report Progress Update

Hello David,

Re: Goal Progress Reporting Compliance

I was contacting you to see if you have been able to update the grades in Power School as requested by Randy Cohen on 10/19/20 for the purposes of him providing IEP goal updates that are due at grade reports for IEP students.  It is my understanding that you had indicated that the information would be entered in Power School the following day.  Randy had allotted time to complete the necessary grade reports on Friday 10/23/20, in the hopes that all teachers would have up to date grades in Power School so he could gather his necessary data.  As of Friday, 10/23/20 the 6th grade Math scores had not been updated since 9/11, 42 days ago.  This is insufficient data for a current progress update for this reporting period and requires immediate action.  In the future, if you need more time please communicate this with the case manager so they can plan accordingly to try and accommodate your and their schedule in an effort to remain in IEP compliance.  This effort requires a tremendous amount of collaboration.  Please update myself and the case manager on the status of your grade updates, so I can respond accordingly to the team with next steps.

Thank you in advance for your cooperation,


Staci Ljepava
Director of Student Services and Special Education
Loma Prieta Joint Union School District
408-353-1106 x 5504
Email: s.ljepava@loma.k12.ca.us
Website: https://www.loma.k12.ca.us/

CONFIDENTIALITY NOTICE:  This electronic message is intended to be viewed only by the individual or entity to whom it is addressed.  It may contain information that is privileged, confidential and exempt from disclosure under applicable law.  Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission.  If the reader of

EXHIBIT 20

PL000985

From: **Cristina Werdebaugh** :  :
Subject:    Fwd: 6th Grade Math End of Quarter Update
Date:   November 3, 2020 at 10:15 AM
To: Lisa Fraser : : : : , Billy Martin : : : : : :
Bcc: Chris Werdebaugh : : : : :

Hi Lisa and Billy,

I debated writing to you for the last several weeks as I don't want to get in the middle of some of the politics that are happening. We've been really disappointed with Kissner's approach with his 6th grade class. There were several zoom meetings the last couple of weeks (while he was away in Tahoe) ending after just a few minutes or just cancelled out right. He has also had the kids grade their own tests, which doesn't sit well with us because we'd rather have the kids understand and learn what steps were wrong/missing rather than just check for the 'right answer.' He sent this note to parents saying he is "trying to keep my head above water."

I know he has been providing educational sessions for kids during his camping trips, but it seems this is causing him issues in keeping up with his teaching position at CT. He is planning another lengthy (3 week) trip in November - is there a way to have someone in the administration join Shyla's classes to make sure he is providing the lessons for kids in his CT classes?

Thanks,
Cristina

---------- Forwarded message ----------
From: d.kissner@loma.k12.ca.us <d.kissner@loma.k12.ca.us>
Date: Mon, Oct 26, 2020 at 12:39 AM
Subject: 6th Grade Math End of Quarter Update
To: d.kissner@loma.k12.ca.us <d.kissner@loma.k12.ca.us>

Dear 6th Grade Students and Parents,

I have completed migrating the data from Google Classroom over to powerschool for quarter 1 for 6th grade math classes. I apologize for being behind on that this quarter - this has been a "try to keep my head above water" type of quarter. I will accept late work through Tuesday, which is when I finalize my grades. Students should communicate with me directly if they intend to complete any further late work. I will do my best to update powerschool weekly moving forward. But please remember that google classroom is your best real-time view of any missing assignments.

We are on track right now in our curriculum to address all of the 6th grade standards by the end of the year, even if we stay in this learning format. Because of our reduced instructional time, we are moving quickly in order to keep this pace. I am foregoing the normal labs and multi-day hands-on learning activities that I ordinarily use - partly for time reasons - but also because the distance learning format is not as conducive to those types of learning activities.

At the end of quarter 1, our median score is a 96% and our mean score is an 88%, which I am pleased with. That being said, we are asking a lot from our students in terms of being independent learners and taking responsibility for their own learning in this format. Assignments are often self-corrected, and assessments are on the honor system. Quarter 1 grades reflect student skills as much as they do math skills. Students are responsible to a greater degree than normal for taking the initiative to make sure that they understand the content and seek help when they need it. But the work I see on a regular basis and the students' interaction in class bodes well going forward.

We are getting now into integer operations (working with negative numbers) - a notoriously

PL000986

difficult topic for many 6th graders. But it is also an essential skill moving forward. On the horizon: order of operations and number properties and then we get into some algebra! Basic expressions, solving one and two step equations, and then solving equations with many steps. Fun!

A fresh start for quarter 2 - an opportunity for each student to reassess their student habits and to make some changes if needed. Please let me know of any feedback, concerns, or questions as we head into quarter 2. Have a great week!

Sincerely,
David Kissner

EXHIBIT 21

PL000988

From: *David Kissner* ‹d.kissner@loma.k12.ca.us›
Subject: Re: Information Needed
Date: November 19, 2020 at 2:14 PM
To: Billy Martin ‹b.martin@loma.k12.ca.us›

Thank you, Billy,

The description you provided of the parent complaint was not very detailed. I am left to assume from your questions that a parent believes that I cancelled a scheduled zoom meeting? Could you please provide me with the specific complaint as to what the concern is and any specific times/dates/incidents are alleged? Of course, I would appreciate a summary of your findings regardless of the outcome.

Thank you,
David

**From:** Billy Martin ‹b.martin@loma.k12.ca.us›
**Sent:** Thursday, November 19, 2020 1:18 PM
**To:** d.kissner@loma.k12.ca.us ‹d.kissner@loma.k12.ca.us›
**Subject:** Re: Information Needed

Thanks David,

I appreciate your prompt and willing response to my inquiry. This is helpful information in addressing the parent concern that was raised. As previously communicated, please keep me informed of any alterations needed to your Monday, Tuesday, Thursday, & Friday schedules.

Billy J Martin, Ed.D.
Principal
CT English Middle School
Loma Prieta Elementary School
23800 Summit Road
Los Gatos, CA 95033
408.353.1100—p

CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

On Nov 12, 2020, at 9:36 PM, d.kissner@loma.k12.ca.us wrote:

Hi Billy,

In general, I do not participate in any investigation or inquiry being conducted by the school district because of previous experiences. In this case, however, I can let you know that I have never skipped or cancelled a zoom meeting. I have started every single zoom meeting on time since the first day of school. The only time that I have not utilized near the full scheduled zoom time were the few days where there were power outages on the mountain or evacuations and I kept our classes brief and mostly asynchronous so as to not adversely affect the students who were unable to attend my class. Appropriate assignments were posted however.

David

**From:** Billy Martin ‹b.martin@loma.k12.ca.us›
**Sent:** Thursday, November 12, 2020 10:21 AM
**To:** d.kissner@loma.k12.ca.us ‹d.kissner@loma.k12.ca.us›
**Subject:** Information Needed

David,

To follow up on the recently received parent compliant, I need some information from you:

1. To date, have you canceled any synchronous Zoom classes that are regularly planned for Mondays, Tuesday, Thursdays, or Fridays?
2. If yes, what days and/or what classes were canceled?
3. If a class was canceled what was the reason for the cancellation?

PL000989

4. How far in advance are students notified of cancellations?
5. How do you notify students of the cancellation?
6. Did you assign to students of any canceled classes work or other instruction equal to 35 minutes?

Thanks,

Billy J Martin, Ed.D.
Principal
CT English Middle School
Loma Prieta Elementary School
23800 Summit Road
Los Gatos, CA 95033
408.353.1106 ...p

CONFIDENTIALITY NOTICE:  This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.  It
may contain information that is privileged, confidential and exempt
from disclosure under applicable law.  Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission.  If the reader of this message is not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us immediately by
return e-mail and delete the original message and any copies of it
from your computer system.

PL000990

EXHIBIT 22

PL000991



**Loma Prieta**
JOINT UNION SCHOOL DISTRICT

*23800 Summit Road, Los Gatos California 95033*
*Phone: (408) 353-1101    Fax: (408) 353-8051*
*www.loma.k12.ca.us*
*Lisa Fraser, Superintendent*
*Dr. Billy Martin, Principal*

November 5, 2020

To:     David Kissner
From:  Lisa Fraser, Superintendent
Re:     Remote Wilderness School Camps

As a result of a recent parent complaint we received which you've been made aware of earlier this week under separate cover as required by the collective bargaining agreement, it has come to the District's attention that you will be hosting another Remote Wilderness School Camp (or similar type of event) on or about November 7, 2020 or otherwise in the near future. It is our further understanding that, once again, you will be taking a number of District students with you and that you will be conducting distance learning classes for District students that are not physically present with you while you are away on the trip. In addition, the District students present with you will be attending their own classes remotely as well. Although the District has challenges and concerns with this approach, at present under law and as we have expressed in the past, we are not requiring you to cease such activities, but rather to closely review and provide written responses to the issues raised herein and otherwise follow all applicable local, State and Federal laws, District policies, procedures, and other requirements, including internal directives discussed herein and previously provided, during these events. Moreover, because you will be conducting official District business during, at least part of, the time that you are away at the camp, and District students will be accompanying you during this time, you must comply with all applicable laws and regulations which would apply to the District, as well as to you/the attendees individually.

As you may or may not be aware, the California Department of Public Health issued new mandates on October 9, 2020, with regard to Covid-19 restrictions on group gatherings for Californians. The County of Santa Clara has adopted these policies as law per County Ordinances A1-28 and NS-9.291 (Order Dated October 5, 2020). These policies apply to all activities of the District and are applicable to student and teacher activities carried out during the school day by teaching staff.

*Board of Trustees:*
*Deana A. Arnold, President    Kerrie Mills, Vice-President*
*Ben Abeln, Member    Ron Bourque, Member    Alex Hall, Member*

**PL000992**

The mandates of the State of California can be found at:
https://www.cdph.ca.gov/Programs/CID/DCDC/Pages/COVID-19/CDPH-Guidance-for-the-Prevention-of-COVID-19-Transmission-for-Gatherings-10-09.aspx

In addition, we now believe you are traveling to another state, including the state of Utah, and as such you and your attendees must be compliant with any other state's rules and regulations as well.

As part of the District's responsibilities owed to all students, and for the safety and security of all students and staff, we are directing you to promptly provide us with information concerning the following areas of concern:

1.   Please identify all District students who will be joining you at the wilderness camp.

2.   What efforts are being made to demonstrate that you will comply with the latest California mandates (CDE. Cal-OSHA, Ca Department of Public Health, and Santa Clara County) for multi-household and District academic (whether hybrid or in-person) activities while you are away at the camp?

3.   When was the last time that you were tested for Covid-19 and what were the results?  Will you be tested before leaving for the remote camp along with District students?

4.   Will students, who will be coming into extended close proximity or contact with each other, be tested prior to the camp for Covid-19 exposure?  If so, how will test results be communicated in the event of a positive result for any student or yourself?  Will you be advising the District in the event of the need for self-quarantine?  What social distancing policies will be in place for any indoor and outdoor activities during the camp?

5.   What testing regimens will be in place while you are participating in in-person activities with District students or otherwise in close proximity to them? How will you be reporting any test results to the District?

6.   How will any remote learning student cohorts meet any out-of-state Covid-19 safety requirements for in-person learning activities which may take place (i.e. students present while you are providing distance learning to students at home or otherwise not with you)?  Please provide us with any regulations applicable to the locale where you intend on conducting official teaching activities in your capacity as a District employee and where District students will be in attendance.

7. If the State of California has more restrictive safety regulations and guidelines concerning possible Covid-19 exposure, will you be abiding by those while engaged in any activities affecting in-person activities with District students?  If not, why not?

8. What efforts are being undertaken with regard to CDE-compliant attendance requirements and documentation of attendance for in-person student learning experiences being offered through your camp program?

9. What insurance coverage is provided for students and yourself for general liability, travel, workers' compensation, or other possible insurance coverage, since any such potential claims or losses are not covered by the District's existing protection. This is an issue that was previously raised with you back in August and we have not received a sufficient response.  Please provide proof of coverage, policy limits information, declaration pages, and any other information which shows that the nature and scope of activities taking place at the wilderness camp are fully covered for any potential losses which may occur during camp activities, including travel to and from the same.

10. Are permission slips required for student participation in any in-person learning activities while you are conducting official teaching activities on behalf of the District?  What efforts have you made to comply with any existing district policies and regulations concerning permission slips and parental consent for such activities?

11. How are students being transported to the wilderness camp? What efforts have you made to comply with any existing district policies and regulations concerning parental consent for student travel overnight and out-of-state?

12. How will you make yourself physically available to any parent, student or supervisor who requests your attendance for an in-person meeting, for official District business, while you are attending to the remote camp?

13. What efforts have you taken to ensure that any privacy requirements are being met with regard to FERPA compliance during any camp activities?

14. What methods of advertisement or solicitation did you use for inviting District students or parents to participate in your remote wilderness camp experience (which is to involve time where you will be providing distance learning for District students)?  Please provide copies of all e-mails, informational materials, or communications made to students, parents, district personnel about participation in the wilderness camp.

PL000994

15. Will you be using any District issued equipment during the course and scope of your camp activities? If so, which equipment? Does this include any District-approved PPE for use during the school day?

16. Which other District staff have you collaborated with in terms of ensuring that your distance learning pedagogy is consistent with the learning objectives, goals, uniform standards, feedback opportunities, and other measures of fair and equal education for all students being served in similar classes or learning environments?

17. Will you be available by phone as necessary each day of instruction in the event that the District needs to reach you during normal office hours?

18. In the event that you become ill or unable to attend to your duties, what, if any, policy do you have in place to provide for a substitute to provide instruction to all students in your classes during the days that the remote camp activities are taking place?

19. Are any other adults acting in participation or sponsorship of the wilderness camp? Are they trained in mandatory abuse reporting laws, basic first aid, and CPR? Have they been finger-printed and cleared to work with district students?

20. What methods do you have in place to ensure that at all times, the students, are properly supervised and not allowed to partake or otherwise be exposed to any unsafe, hazardous, unlawful, or otherwise inappropriate activities for minors, such as, but not exclusively, alcohol being served.

Thus far, you have not been responsive to the District's concerns raised in the past under similar circumstances (see prior Memo from Superintendent dated August 28, 2020, attached), but it is critically important that you understand the gravity of the situation since your anticipated course of conduct potentially creates a serious risk of harm to students and perhaps even yourself – and can thereby subject the District to tremendous liability exposure, among other repercussions.

The District will be placed in a situation whereby it has no practical ability to supervise academic activities taking place during the school day, whether the learning is taking place in person or remotely. You have been advised of the applicable state law, county mandates, District rules and regulations concerning your responsibilities under the present circumstances as well as those that applied to your previous activities.

Please understand that following directives, previously provided to you in writing on August 28, 2020, remain in full force and effect:

1. If your planned activities during contracted hours are "private" and/or of a personal nature, then you will need to request an unpaid leave of absence for any school days impacted.

2. If you have messaged your planned activities as being school-sponsored and supervised by you as a district employee, please note that the district has not approved nor authorized a school-sponsored trip as required in Board Policy 6153. The district will not assume liability for an unsanctioned trip. According to ASCIP, our school insurance group, you may be held personally liable for an unsanctioned trip that violates board policy.

3. Based upon Santa Clara County Public Health Guidance and Governor Newsom's Executive Order, Santa Clara County schools are mandated to adhere to a full distance learning model until removed from the state's watch list. Accordingly, the LPJUSD Board of Trustees approved a School Reopening Plan for full distance learning in July. As an employee of the district, you must comply with this plan. You have no permission nor the authority to conduct an out-of-area, in-person learning cohort which violates state and public health department regulations.

4. LPJUSD teachers were given the option of teaching from their classroom or teaching from their home if the home setting is an appropriate classroom setting. Teachers and staff are expected to remain in the vicinity of the school campus during remote learning, as he/she may be needed on campus for a variety of reasons during contracted hours and must be able to report to school, if requested. In a memo to all staff dated 3-17-20, teachers were directed to work remotely, but the directive also stated that you may be asked to report at any time. That being said, if an employee has a personal emergency that requires them to leave the area, a request for an exemption can be made. A wilderness trip during school hours would not constitute a personal emergency. As such, please be advised that you are expected to be in the vicinity of the school campus when being paid to teach remotely from home. As an aside, public school employees are declared by law to be disaster service workers and could be called to service at any time during this pandemic or during any other emergency. (Government Code 3100-3102).

5. As a district teacher, you are obligated to provide an equitable learning experience for all of the students under your charge while employed by the district. Taking some students out of the state during school hours for unsanctioned learning activities that are clearly inaccessible to your other students creates a whole host of instructional inequities that the district will not endorse.

6. If there is any fee being charged to a student, or indeed, any cost associated with any unsanctioned learning activities, then BP 4136 would come into play, as well as other potential conflict of interest laws or regulations.

We are respectfully instructing you to carefully consider your responsibilities to the District, to its students, and the community we all serve together, and provide the information that the District needs in order to fulfill its obligations to the community. If

you are unable or unwilling to do so promptly, completely, and in writing, before you depart, please advise the undersigned immediately and appropriate action will be taken as permitted by the circumstances. This may include appropriate disciplinary and/or other actions based on the circumstances. We all have an obligation to comply with existing health and safety laws during this time, along with longstanding standards for remote learning opportunities and education law requirements. It is trusted that you understand the importance of meeting our respective obligations.

Thank you, in advance, for your anticipated cooperation and proper response forthwith. If you have any questions, please contact my office immediately.

PL000997

EXHIBIT 23

PL000998

**From:** d.kissner@loma.k12.ca.us
**Date:** November 7, 2020 at 8:00:31 AM PST
**To:** Lisa Fraser <l.fraser@loma.k12.ca.us>
**Subject: Fw: Important Time-Sensitive Information**


Dear Lisa,


Thank you for your email outlining your concerns.  I am confident that

- I have been - and will continue to - fully meet (and exceed) my professional obligations equitably to all of my students.
- Nothing about my physical location or the people that happen to be in my vicinity have any impact on my performance of my professional duties.
- There is nothing about my physical location or the people that happen to be in my vicinity that has anything to do with the district.
- I am not in violation of any laws or district policies.


Sincerely,

David Kissner



**From:** e.bevans@loma.k12.ca.us <e.bevans@loma.k12.ca.us>
**Sent:** Thursday, November 5, 2020 12:36 PM
**To:** d.kissner@loma.k12.ca.us <d.kissner@loma.k12.ca.us>
**Subject:** Important Time-Sensitive Information

Dear David,

I am sending the attached time-sensitive correspondence to you on behalf of Lisa Fraser.

Sincerely,
Eileen Bevans-Franks
Administrative Assistant to the Superintendent
Loma Prieta Joint Union School District
23800 Summit Road
Los Gatos, CA 95033

PL000999

EXHIBIT 24

PL001000

From: █████████████████████
Subject: Grading backlog
Date: December 11, 2020 at 9:22 AM
To: ████████████████████
Cc: Billy Martin ██████████████████

Mr Kissner,

I find myself once again in the uncomfortable position of not knowing what ████ math grade will be for end of semester.  We have not had any homework grades posted to powerschool since before Halloween. I looked at the note of apology regarding the grades delay for last semester, wherein it was indicated that the grades were in Google classroom. However, there appear to be no grades posted in google classroom either.

I would like to remind you once again of the importance of parent involvement in the remote schooling process. I am not able to do my job to make sure ████ lives up to school requirements unless his performance is visible to me.  Please do see that grades are current. I am not looking forward to another anguished week wherein ████ must do a dozen or more missing math assignments to become current.

Best Regards,

████████

EXHIBIT 25

PL001002

**From:** ███████████████████████████
**Sent:** Friday, December 11, 2020 7:38 PM
**To:** d.kissner@loma.k12.ca.us <d.kissner@loma.k12.ca.us>
**Cc:** Billy Martin <b.martin@loma.k12.ca.us>
**Subject:** ███ 2nd quarter grade

Good evening,
I am emailing again this quarter as I am concerned again, about the lack of knowledge we as parents are getting regarding the progress our student is doing in your class. Powerschool has none, but one grade/assignment posted since 10/28. This one assignment is a test from 11/16 in which ███ received a D. No assignments just prior or even after have been posted. When I emailed about this last quarter, I was told that we can look up our childs progress in Google Classroom, however all I can see in Google classroom is that she submitted an assignment. It does not list how well she is doing with her assignments. I see no feedback or grades there. With no viable feedback, I am unable to get ███ the help she will need to succeed in her class. I expressed my concerns about this last quarter, was assured that ███ was doing fine (which she was at the time), and was told that you would be more vigilant in posting grades in Powerschool for parents to access and see progress of their child. Thus far, this has not happened. At this point in the 2nd quarter, seeing the minimal amount of grades posted, I can only assume that ███ is struggling based on the D she received on the test posted. We are very near the end of the quarter and at this point, it would be very difficult to improve this grade (assuming it is still a C overall grade). I am thoroughly disappointed in the lack of information from you and I know of many other families that have expressed the same frustrations and concerns.
I am hoping that we can get some more up to date feedback regarding our childs progress and grade in your class.
Sincerely,
██████████████████

EXHIBIT 26

PL001004

From:
Subject: Math Assignments
Date: December 14, 2020 at 11:04 AM
To: Billy Martin b.martin@loma.k12.ca.us
Cc:

Billy,

Here is feedback after we spoke 2 weeks ago, regarding Math assignment grading.

You can see photo showing that the old assignments are still not graded and posted.  A few (4) assignments were graded from 11/16 and 12/1-4.  No assignments graded since 12/4.

I am actually now VERY UNHAPPY and I am formally making a compliant.  This is entirely unacceptable, and must be fixed.  This is a complete dis-service to his students and our children.

I am hearing many parents complaining about this.

Our friends son has an F.  He has worked hard per his parents, and is waiting for his grades to see his improvement.  Of course he is still waiting.  Imagine what can occur if grades come back and he still has not done well, and still has a low grade.  He has fewer assignments left, to rebound his grade. You know this, but this is why teachers should keep up with grading.

What will be done?

Thank you.

EXHIBIT 27

PL001006

From:
Subject: Problems with Math Teacher
Date: December 14, 2020 at 11:44 AM
To: h martin@loma.k12.ca.us,  l.fraser@loma.k12.ca.us
Cc:

Hello,

We have been hesitant to interfere with the teacher/student dynamic with our            in the spirit of     learning to do more of     own outreach to     teachers, and problem solving. In that spirit, we have been monitoring           overall grades in PowerSchool, not individual assignment grades, and verifying           turns in     assignments on time.  Other than that, we have been encouraging        to be an independent learner.

Throughout the quarter,     has been maintaining A's and B's in     class grades.     turns in assignments on time, and does what is asked of him.  Including Math.

It turns out, though, that the math grade was not only NOT current, but Mr. Kissner hasn't even been grading or checking his homework ALL quarter.

It looks like David is starting to grade the kid's papers now – at the END of the quarter. I've checked in Google Classroom, and at NO point has     gotten ANY feedback on     progress. How in the world has     been expected to improve     math skills, or course correct throughout the quarter, if     doesn't know when     homework is right or wrong?  We are at the end of the quarter, and there doesn't seem to be a way to turn this around.

We have been very patient giving consideration to the 'new norm' of distance learning, but it seems that grading the kids homework AS THEY GO would be at least the bare minimum requirement.  We are all trying to work in this new distance format, myself included, but at some point personal accountability is still required. In our communications with David, we have not found that.

    has worked hard this quarter to be an independent learner, but     teacher is not putting the same effort forward.  All of our children deserve more than that.

We are willing to put in the effort to come up with a solution, how are we going to fix this moving forward?

Sincerely,

| Course | Teacher | Expression | Final Grade |
|---|---|---|---|
|  | Kissner, David |  | B+  67.5% |

Teacher Comments:
Section Description:

Assignments

PL001007

EXHIBIT 28

PL001008



*23800 Summit Road, Los Gatos California 95033*
*Phone: (408) 353-1101    Fax: (408) 353-8051*
*www.loma.k12.ca.us*
*Lisa Fraser, Superintendent*
*Dr. Billy Martin, Principal*

To: David Kissner
From: Dr. Billy Martin, Principal
Date: December 16, 2020
Subject: Letter of Reprimand-Failure of duties & unprofessional email response

On December 11, 2020 I was made aware of your continued inability to provide timely progress reports regarding grades to your students and families. You were contacted via email, with me being cc'd, on December 11, 2020 by a parent concerned that there had not been adequate information provided to determine her child's math grade. Furthermore, I received an additional parent complaint along the same vein reporting that you had not made updates to grades since mid-October 2020. Lastly, I am in receipt of two additional complaints via email on December 14, 2020 by two other families indicating this behavior is a disservice to students and families. Upon review of PowerSchool and of your Google Classroom on December 14, 2020 at 11:30am it is confirmed that you have not fulfilled your professional obligation of reporting student grades and progress. For example, during the period of October 30, 2020 to November 30, 2020 only one grade had been posted for your students in your period 2 Math 6 course. This negatively impacts the learning of students in that they are not provided accurate and timely feedback related to their completed assignments.  This failure on your part hinders the ability of students to take corrective measures to seek assistance when needed.

This behavior occurred during the first quarter of the 2020 school year wherein you received at least one email from a parent concerned by the lack of clear progress and grade reporting. At that time, you noted you were behind, trying to keep your head above water, and that it was something you were committed to working on. During a phone conversation with me on October 28, 2020 we discussed the topic of grading and feedback. You indicated to me that you were aware of this being an issue and stated you would rectify the situation for quarter 2. At that time, I encouraged you to reach out to me if you needed additional support to be able to report grades and provide feedback in a timely manner.

Providing feedback, grades, and progress reports is a basic and important function of teaching.  Your inability to clearly and regularly communicate student progress and grades to students and families demonstrates a failure to perform the functions of your position as a classroom teacher. This behavior negatively impacts student performance and the ability of families to provide adequate support for their child.

Furthermore, on December 12, 2020 you sent an inappropriate, disrespectful, and unprofessional email response to a parent after she provided to you her recurring concern about your ongoing failure to properly and in a timely manner communicate

*Board of Trustees:*
*Deana A. Arnold, President    Kerrie Mills, Vice-President*
*Ben Abeln, Member    Ron Bourque, Member    Alex Hall, Member*

grades and performance with students and families. Incredibly, your response did not address her concerns, and instead was laced with sarcasm and disrespect for her issues. Responding in this manner adversely affects the professional relationship with the parent that is necessary for student success - and frankly makes a bad situation even worse.

This is not the type of professional communication expected of you in the performance of your duties. You are expected to respond to parent inquiries in a professional, courteous and supportive manner. Your responses should directly address the question or concern only, without the inclusion of sarcasm, excuses, or other inappropriate discussion.

Please be advised that effective immediately, and until further notice you are required to:

1. Update PowerTeacher Pro at least one time each week in a manner that clearly communicates student grade progress; and otherwise not allow yourself to continue to fall behind on PowerSchool and/or timely providing parents/students with grades and progress.
2. Send responses to parent complaints and/or concerns to me, as your Principal, for review and approval *prior* to sending the response to any parent/student.
3. Always communicate with parents/students and others in a professional manner.

Per Article 15 of the collective bargaining agreement, a copy of this document will be placed in your personnel file after 10 days. Within these 10 days, you may prepare a response and have that response attached to this document.

Billy J Martin, Ed.D.
Principal
CT English Middle School
Loma Prieta Elementary School

PL001010

EXHIBIT 29

PL001011

**From:** Billy Martin <b.martin@loma.k12.ca.us>
**Subject: Response Requested-Alleged Algebra Course**
**Date:** December 17, 2020 at 3:00:02 PM PST
**To:** "d.kissner@loma.k12.ca.us" <d.kissner@loma.k12.ca.us>

David,

It was recently brought to my attention that you may be hosting an unapproved Algebra course for a select group of students during the time designated as "office hours and student support" from 1pm to 2:30. To help me better understand this situation so I can also determine what, if anything needs to be done further, please provide answers to the each of the questions below, in writing, to me by Friday December 18, 2020 at 3 p.m..

1. Are you currently conducting a class on Mondays, Tuesdays, and Thursdays at 1pm for algebra instruction?

2. Are you hosting this class using a non-school provided platform or a personal Zoom account?

3. If this class is occurring, are the students attending the course currently enrolled in any of your CT math courses?

4. If you are conducting this class, how have the students participating in this class been chosen?

5. If this class is occurring, is it open to any student at any grade who wishes to participate?

6. If this class is occurring, what arrangements have you made for students enrolled in your CT courses to access you for help and support during the office hours that are impacted by this class?

7. If this class is occurring, what arrangements have you made for students participating in this class to access office hours and supports offered by other teachers?

8. If this class is occurring, the students participating are receiving an additional 90+ minutes of instruction per week. What plans have you made to provide supplemental instructional minutes to other students, particularly any students in your 1-6 period classes who are struggling?

9. If this class is occurring, how have you communicated the logistics of this class to participants and parents?

10. If this class is occurring, what steps did you take to seek parent permission for students to participate in this class?

Billy J Martin, Ed.D.
Principal
CT English Middle School
Loma Prieta Elementary School
23800 Summit Road
Los Gatos, CA 95033
408.353.1106—p

PL001012

EXHIBIT 30

PL001013

**From:** ████████████████████████████
**Date:** Thursday, January 28, 2021 at 8:18 PM
**To:** Billy Martin <b.martin@loma.k12.ca.us>, "d.kissner@loma.k12.ca.us"
<d.kissner@loma.k12.ca.us>, Lisa Fraser <l.fraser@loma.k12.ca.us>
**Subject:** Fwd: Class Discussions


Ms. Fraser, Dr. Martin, Mr. Kissner,

Hope this finds you all well among the steady chaos!  At risk of adding to your
unbelievably full plates I wanted to just make sure you were aware that ███████████,
my son, is now coping with saying goodbye to his dad for the 6th time in his life as I
head to Afghanistan again.  I just wanted to make sure that the applicable staff/faculty
mitigated any unnecessary stress for ████ during my time away.  As I'm sure Mr. Kissner
can imagine, it's our families that end up serving far more than the troops they say
goodbye to...

I had a great conversation with Mr. Kissner back in October requesting that he stop
sharing stories of his personal experience with Afghanistan combat fatalities in the
classroom (████ had shared some examples that concerned me).  Mr. Kissner was very
receptive and shared that he had never had a student from a military family so it was the
first time he had heard the feedback.  He agreed to not use any further combat fatality
stories during the school year.  We ended the phone call on agreeable terms.

But, I know sometimes it's easier to mitigate risk when all echelons have identified it.  So
I am sending this to all three of you now that the deployment is under way:

I do not want any discussions about Afghanistan, combat, or the military to occur
between Mr. Kissner and my son.

I have no reason to believe Mr. Kissner would do so after our talk in October, but this
message is the best chance I have of guaranteeing that any of his engagement as a fellow
veteran (albeit well intentioned) is not inadvertently harmful to my son.  My wife and I
will help ████ navigate through the stress of growing up in a military family.

On that final note, ███████ is an amazing woman.  You guys know this!  I specifically
left her out of the traffic here for a variety of reasons, the most important of which being
that she wants to remain objective as a teacher and teammate at Loma.  She is aware of
my intent to engage this issue but is hands off the details.

Conversely, I want to remain objective as a father that is not motivated by parent
politics.  I am aware of general friction surrounding Mr. Kissner and the district over the
last couple years but I have none of the details (largely because ███████ avoids

involvement with it).  I apologize to all three of you in advance if this message may add friction to an already strained relationship.

I am engaging this issue on behalf of our family, for the mental well being of my son.  ▮▮▮ is my only motive.

Thank you for your time.  I may not be immediately available for any replies as I'm currently traveling and pop in and out of wifi but I should be back up with reliable comms in a few days.  All the best.  ▮▮▮

v/r
▮▮▮▮▮▮▮▮, Lt Col, USAF
Commander, ▮▮▮ RQS

---------- Forwarded message ---------
From: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>
Date: Tue, Oct 20, 2020 at 00:20
Subject: Re: Class Discussions
To: d.kissner@loma.k12.ca.us <d.kissner@loma.k12.ca.us>

Thanks again for taking the time today to talk it through.  All the best on your continuous covid adventure.  ▮▮▮

On Mon, Oct 19, 2020 at 09:14 ▮▮▮▮▮▮▮▮▮▮▮▮> wrote:

Great.  I'm available today after 1600.

On Mon, Oct 19, 2020 at 08:55 d.kissner@loma.k12.ca.us <d.kissner@loma.k12.ca.us> wrote:

Hi ▮▮▮

We are doing well - thank you!  It would be great to talk together.  I wish I could in person, but I've been out of state since March - taking remote teaching to new levels of remote ☺  But it would be nice to sit down together at some point and get to know each other better.  Always good to connect with another vet - not many in our age range on the mountain...  I'll give you a phone call this week - looking forward to it.  Any preferred days/times?

David

---

**From:** ██████████████████████████ >
**Sent:** Monday, October 19, 2020 6:39 AM
**To:** d.kissner@loma.k12.ca.us <d.kissner@loma.k12.ca.us>
**Subject:** Class Discussions

Mr. Kissner

Hope you and your family are doing well.

I was hoping to talk to you about some combat stories you're sharing in class.  Just looking for some clarification and context so that I can better understand what's being said.  I also have some concerns that I'd like to share as we move forward through the school year ref ██ and his service as the oldest child in a military family.

Happy to meet in person, this week if possible, my cell is below.  If nothing else it would be good to spend some time with another vet on the mountain...

██████████

██████████

--

PL001016

EXHIBIT 31

PL001017

From: j.bourque@loma.k12.ca.us
Subject: Fwd: Power outage 1/25
Date: January 29, 2021 at 10:27 AM
To: Billy Martin  b.martin@loma.k12.ca.us

Julie Bourque
Secretary
CT English Middle School
408-353-1123
j.bourque@loma.k12.ca.us

Begin forwarded message:

**From:** Julie Bourque <j.bourque@loma.k12.ca.us>
**Subject: Re: Power outage 1/25**
**Date:** Januar  29, 2021 at 8:52:16 AM PST
**To:** ██████████████████████████>

Thank you ██████

Julie Bourque
Secretary
CT English Middle School
408-353-1123
j.bourque@loma.k12.ca.us

On Jan 28, 2021, at 4:53 PM, ████████████████████> wrote:

Hi Julie,

Sorry, for my confusion. I just spoke with ████████ and she told me that it was the after school math class with Mr Kissner at 1 pm.

Best,

██████

Sent from my iPhone

On Jan 28, 2021, at 2:59 PM, j.bourque@loma.k12.ca.us wrote:

Hi ██████,

I'm just sorting out attendance for this week and re-read your email. CT English does not have a 1pm Math class for 7th graders? Was this Mr. Kissner's After School Math Class or his office hours?
Which class did ████████ miss at 1pm on Monday 1/25/2021?

Thank you,

Julie Bourque
Secretary
CT English Middle School
408-353-1123
j.bourque@loma.k12.ca.us

**PL001018**

On Jan 25, 2021, at 3:10 PM, ██████████████████████ > wrote:

Hi Julie,

PL001019

EXHIBIT 32

PL001020

**From:** Billy Martin <b.martin@loma.k12.ca.us>
**Date:** Friday, January 29, 2021 at 1:54 PM
**To:** Lisa Fraser <l.fraser@loma.k12.ca.us>
**Subject:** dk algebra class

One more update on the DK algebra class. I just met with ███████████████ to discuss moving from math 7 to math 8 now that there is room. ████ stated that he attends a 1pm advanced math class with Mr. Kissner. He also asked if Mrs. Nefian would be sending the connection information for the math 8 class to his school email or personal email address. He said that Mr. Kissner communicates with him about the after school advanced class through ████s personal email address.

Seems a bit inappropriate and shady to me.

Billy J Martin, Ed.D.
Principal
CT English Middle School

Loma Prieta Elementary School
23800 Summit Road

Los Gatos, CA 95033

408.353.1106—p

CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

PL001021

EXHIBIT 33

PL001022



PL001023

EXHIBIT 34

PL001024

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Aug 14, 2020 10:11 AM | 11:01 AM | 00:50:02 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Aug 14, 2020 09:29 AM | 10:11 AM | 00:41:35 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Aug 14, 2020 08:59 AM | 09:29 AM | 00:29:42 |
| Physical Science | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Aug 14, 2020 08:25 AM | 08:57 AM | 00:32:16 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Aug 17, 2020 10:56 AM | 11:47 AM | 00:50:40 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Aug 17, 2020 10:13 AM | 10:56 AM | 00:43:00 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Aug 17, 2020 09:42 AM | 10:08 AM | 00:26:46 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Aug 17, 2020 09:05 AM | 09:42 AM | 00:36:42 |
| Physical Science | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Aug 17, 2020 08:27 AM | 08:53 AM | 00:25:26 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Aug 18, 2020 11:04 AM | 11:56 AM | 00:51:46 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Aug 18, 2020 10:27 AM | 11:03 AM | 00:36:04 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Aug 18, 2020 09:40 AM | 10:08 AM | 00:28:27 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Aug 18, 2020 09:02 AM | 09:40 AM | 00:37:57 |
| Physical Science | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Aug 18, 2020 08:23 AM | 09:00 AM | 00:36:31 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Aug 19, 2020 11:10 AM | 11:31 AM | 00:21:18 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Aug 20, 2020 01:16 PM | 01:29 PM | 00:12:43 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Aug 20, 2020 12:59 PM | 01:02 PM | 00:02:15 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Aug 20, 2020 11:07 AM | 11:26 AM | 00:18:35 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Aug 20, 2020 10:28 AM | 10:51 AM | 00:22:42 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Aug 20, 2020 09:40 AM | 10:04 AM | 00:23:33 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Aug 20, 2020 09:04 AM | 09:22 AM | 00:17:43 |
| Physical Science | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Aug 20, 2020 08:24 AM | 08:45 AM | 00:20:26 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Aug 21, 2020 11:10 AM | 11:33 AM | 00:23:18 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Aug 21, 2020 10:32 AM | 10:53 AM | 00:20:22 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Aug 21, 2020 09:37 AM | 10:04 AM | 00:27:49 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Aug 21, 2020 09:06 AM | 09:28 AM | 00:21:52 |
| Physical Science | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Aug 21, 2020 08:20 AM | 08:46 AM | 00:25:53 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Aug 24, 2020 12:35 PM | 12:44 PM | 00:08:54 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Aug 24, 2020 11:13 AM | 11:51 AM | 00:38:51 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Aug 24, 2020 10:27 AM | 11:04 AM | 00:37:02 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Aug 24, 2020 09:46 AM | 10:15 AM | 00:29:03 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Aug 24, 2020 09:07 AM | 09:42 AM | 00:35:35 |
| Physical Science | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Aug 24, 2020 08:23 AM | 09:05 AM | 00:42:02 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Aug 25, 2020 11:12 AM | 11:51 AM | 00:39:23 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Aug 25, 2020 10:26 AM | 11:02 AM | 00:36:10 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Aug 25, 2020 09:44 AM | 10:16 AM | 00:32:43 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Aug 25, 2020 09:06 AM | 09:42 AM | 00:35:55 |
| Physical Science | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Aug 25, 2020 08:17 AM | 09:05 AM | 00:48:07 |

PL001025

| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 01, 2020 10:27 AM | 11:02 AM | 00:34:30 |
|---|---|---|---|---|---|---|---|
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 01, 2020 09:46 AM | 10:16 AM | 00:30:11 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 01, 2020 09:05 AM | 09:39 AM | 00:34:05 |
| Physical Science | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 01, 2020 08:24 AM | 09:04 AM | 00:40:28 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 02, 2020 11:16 AM | 12:04 PM | 00:47:48 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 02, 2020 09:47 AM | 11:11 AM | 01:23:46 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 02, 2020 09:02 AM | 09:47 AM | 00:44:44 |
| Physical Science | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 02, 2020 08:23 AM | 09:02 AM | 00:38:57 |
| Meeting | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 03, 2020 12:25 PM | 12:46 PM | 00:20:33 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 03, 2020 11:14 AM | 11:53 AM | 00:39:16 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 03, 2020 10:25 AM | 11:14 AM | 00:48:46 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 03, 2020 09:48 AM | 10:23 AM | 00:34:59 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 03, 2020 08:59 AM | 09:50 AM | 00:50:50 |
| Physical Science | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 03, 2020 08:18 AM | 08:57 AM | 00:38:58 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 04, 2020 11:09 AM | 11:31 AM | 00:22:24 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 04, 2020 10:28 AM | 10:40 AM | 00:11:19 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 04, 2020 09:44 AM | 09:54 AM | 00:10:00 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 04, 2020 09:03 AM | 09:15 AM | 00:12:03 |
| Physical Science | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 04, 2020 08:28 AM | 08:35 AM | 00:06:25 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 08, 2020 11:10 AM | 11:52 AM | 00:42:04 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 08, 2020 10:33 AM | 11:08 AM | 00:35:16 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 08, 2020 09:48 AM | 10:19 AM | 00:31:22 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 08, 2020 09:06 AM | 09:48 AM | 00:41:23 |
| Physical Science | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 08, 2020 08:29 AM | 08:49 AM | 00:19:18 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 09, 2020 02:58 PM | 03:22 PM | 00:23:56 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 09, 2020 01:24 PM | 01:48 PM | 00:23:58 |
| Physical Science | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 09, 2020 12:37 PM | 12:53 PM | 00:15:51 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 09, 2020 11:04 AM | 11:54 AM | 00:49:16 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 09, 2020 08:58 AM | 09:51 AM | 00:52:11 |
| Physical Science | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 09, 2020 08:20 AM | 08:46 AM | 00:25:58 |
| Physical Science | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 10, 2020 01:01 PM | 01:28 PM | 00:26:59 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 10, 2020 11:14 AM | 11:41 AM | 00:27:08 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 10, 2020 10:21 AM | 11:14 AM | 00:53:22 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 10, 2020 09:40 AM | 10:23 AM | 00:42:51 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 10, 2020 09:05 AM | 09:30 AM | 00:25:13 |
| Physical Science | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 10, 2020 08:22 AM | 08:43 AM | 00:20:18 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 11, 2020 11:12 AM | 11:48 AM | 00:36:26 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 11, 2020 10:24 AM | 11:11 AM | 00:47:28 |

PL001026

| Physical Science | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 17, 2020 08:26 AM | 09:04 AM | 00:38:36 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 18, 2020 12:28 PM | 12:42 PM | 00:14:07 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 18, 2020 11:11 AM | 11:42 AM | 00:31:02 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 18, 2020 10:23 AM | 11:11 AM | 00:47:49 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 18, 2020 09:36 AM | 10:22 AM | 00:45:19 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 18, 2020 09:09 AM | 09:36 AM | 00:27:16 |
| Physical Science | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 18, 2020 08:24 AM | 09:08 AM | 00:43:59 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 21, 2020 10:59 AM | 11:53 AM | 00:53:35 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 21, 2020 10:32 AM | 10:58 AM | 00:26:06 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 21, 2020 09:44 AM | 10:16 AM | 00:31:22 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 21, 2020 09:08 AM | 09:44 AM | 00:36:21 |
| Physical Science | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 21, 2020 08:29 AM | 09:05 AM | 00:35:42 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 22, 2020 10:58 AM | 11:53 AM | 00:54:40 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 22, 2020 10:32 AM | 10:58 AM | 00:25:42 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 22, 2020 09:47 AM | 10:11 AM | 00:23:27 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 22, 2020 09:05 AM | 09:47 AM | 00:42:04 |
| Physical Science | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 22, 2020 08:27 AM | 09:05 AM | 00:38:24 |
| Physical Science | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 23, 2020 08:27 AM | 09:09 AM | 00:42:21 |
| Physical Science | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 24, 2020 12:27 PM | 12:44 PM | 00:17:17 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 24, 2020 11:02 AM | 11:38 AM | 00:36:02 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 24, 2020 10:27 AM | 11:02 AM | 00:35:26 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 24, 2020 09:33 AM | 10:21 AM | 00:47:26 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 24, 2020 09:04 AM | 09:36 AM | 00:31:42 |
| Physical Science | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 24, 2020 08:24 AM | 09:07 AM | 00:43:01 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 25, 2020 11:10 AM | 11:41 AM | 00:31:29 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 25, 2020 10:16 AM | 11:04 AM | 00:47:15 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 25, 2020 09:47 AM | 10:16 AM | 00:29:03 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 25, 2020 09:06 AM | 09:33 AM | 00:27:28 |
| Physical Science | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 25, 2020 08:28 AM | 09:03 AM | 00:35:06 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 28, 2020 11:11 AM | 11:41 AM | 00:30:16 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 28, 2020 10:20 AM | 11:11 AM | 00:51:15 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 28, 2020 09:35 AM | 10:19 AM | 00:44:02 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 28, 2020 09:08 AM | 09:35 AM | 00:26:52 |
| Physical Science | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 28, 2020 08:29 AM | 09:02 AM | 00:32:40 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 29, 2020 11:09 AM | 11:38 AM | 00:29:16 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 29, 2020 10:21 AM | 11:09 AM | 00:48:08 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 29, 2020 09:34 AM | 10:20 AM | 00:46:56 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Sep 29, 2020 09:02 AM | 09:36 AM | 00:33:18 |

PL001027

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Oct 08, 2020 09:49 AM | 10:20 AM | 00:30:42 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Oct 08, 2020 09:09 AM | 09:51 AM | 00:41:23 |
| Physical Science | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Oct 08, 2020 08:25 AM | 09:09 AM | 00:43:43 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Oct 09, 2020 11:08 AM | 11:37 AM | 00:29:04 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Oct 09, 2020 10:32 AM | 11:01 AM | 00:29:47 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Oct 09, 2020 09:47 AM | 10:14 AM | 00:27:31 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Oct 09, 2020 09:01 AM | 09:29 AM | 00:28:16 |
| Physical Science | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Oct 09, 2020 08:26 AM | 08:59 AM | 00:33:28 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Oct 12, 2020 11:07 AM | 11:49 AM | 00:42:30 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Oct 12, 2020 10:23 AM | 11:07 AM | 00:43:47 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Oct 12, 2020 09:50 AM | 10:23 AM | 00:32:38 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Oct 12, 2020 08:58 AM | 09:50 AM | 00:51:32 |
| Physical Science | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Oct 12, 2020 08:27 AM | 08:58 AM | 00:31:09 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Oct 13, 2020 11:05 AM | 11:49 AM | 00:44:08 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Oct 13, 2020 10:14 AM | 11:02 AM | 00:47:51 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Oct 13, 2020 09:44 AM | 10:14 AM | 00:30:21 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Oct 13, 2020 09:03 AM | 09:46 AM | 00:43:21 |
| Physical Science | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Oct 13, 2020 08:26 AM | 09:03 AM | 00:36:34 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Oct 14, 2020 10:59 AM | 11:55 AM | 00:55:50 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Oct 14, 2020 10:31 AM | 10:59 AM | 00:27:18 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Oct 14, 2020 09:47 AM | 10:12 AM | 00:25:16 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Oct 14, 2020 09:06 AM | 09:47 AM | 00:41:21 |
| Physical Science | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Oct 14, 2020 08:26 AM | 09:06 AM | 00:40:06 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Oct 15, 2020 09:46 AM | 09:54 AM | 00:08:16 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Oct 15, 2020 09:07 AM | 09:17 AM | 00:10:36 |
| Physical Science | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Oct 15, 2020 08:27 AM | 08:34 AM | 00:06:52 |
| | | | | | | | |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Oct 16, 2020 11:13 AM | 11:30 AM | 00:17:20 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Oct 16, 2020 10:31 AM | 10:39 AM | 00:08:24 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Oct 16, 2020 09:19 AM | 09:54 AM | 00:34:46 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Oct 16, 2020 09:08 AM | 09:19 AM | 00:11:20 |
| Physical Science | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Oct 16, 2020 08:22 AM | 08:39 AM | 00:16:23 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Oct 19, 2020 11:14 AM | 11:54 AM | 00:40:00 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Oct 19, 2020 10:35 AM | 11:02 AM | 00:26:25 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Oct 19, 2020 09:50 AM | 10:06 AM | 00:16:12 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Oct 19, 2020 08:51 AM | 09:52 AM | 01:00:54 |
| Physical Science | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Oct 19, 2020 08:24 AM | 08:51 AM | 00:26:45 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Oct 20, 2020 11:01 AM | 11:54 AM | 00:52:53 |

PL001028

| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Oct 27, 2020 10:28 AM | 10:50 AM | 00:21:23 |
|------|---------------|--------------------------|----------|---------|------------------------|----------|----------|
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Oct 27, 2020 09:47 AM | 10:04 AM | 00:16:59 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Oct 27, 2020 08:57 AM | 09:31 AM | 00:33:54 |
| Physical Science | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Oct 27, 2020 08:25 AM | 08:57 AM | 00:31:38 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Oct 29, 2020 11:07 AM | 11:54 AM | 00:46:27 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Oct 29, 2020 10:34 AM | 11:10 AM | 00:35:57 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Oct 29, 2020 09:45 AM | 10:22 AM | 00:37:17 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Oct 29, 2020 08:55 AM | 09:42 AM | 00:47:01 |
| Physical Science | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Oct 29, 2020 08:27 AM | 08:55 AM | 00:28:16 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Oct 30, 2020 01:27 PM | 01:57 PM | 00:30:46 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Oct 30, 2020 11:07 AM | 11:35 AM | 00:27:49 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Oct 30, 2020 10:34 AM | 11:07 AM | 00:32:54 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Oct 30, 2020 09:25 AM | 10:19 AM | 00:53:28 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Oct 30, 2020 09:08 AM | 09:28 AM | 00:20:28 |
| Physical Science | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Oct 30, 2020 08:28 AM | 08:58 AM | 00:30:01 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Nov 02, 2020 11:00 AM | 11:51 AM | 00:51:09 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Nov 02, 2020 10:14 AM | 11:00 AM | 00:45:35 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Nov 02, 2020 09:48 AM | 10:14 AM | 00:26:38 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Nov 02, 2020 09:11 AM | 09:47 AM | 00:35:48 |
| Physical Science | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Nov 02, 2020 08:28 AM | 08:51 AM | 00:22:32 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Nov 03, 2020 11:00 AM | 11:52 AM | 00:52:26 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Nov 03, 2020 10:31 AM | 11:00 AM | 00:29:31 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Nov 03, 2020 09:48 AM | 10:13 AM | 00:25:11 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Nov 03, 2020 09:08 AM | 09:43 AM | 00:34:50 |
| Physical Science | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Nov 03, 2020 08:23 AM | 08:57 AM | 00:34:09 |
| Physical Science | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Nov 04, 2020 12:28 PM | 12:37 PM | 00:09:22 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Nov 05, 2020 11:13 AM | 11:53 AM | 00:39:15 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Nov 05, 2020 10:20 AM | 11:03 AM | 00:42:49 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Nov 05, 2020 09:50 AM | 10:23 AM | 00:33:02 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Nov 05, 2020 09:01 AM | 09:46 AM | 00:44:25 |
| Physical Science | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Nov 05, 2020 08:28 AM | 09:01 AM | 00:32:30 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Nov 06, 2020 10:58 AM | 11:54 AM | 00:56:24 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Nov 06, 2020 10:34 AM | 10:58 AM | 00:24:05 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Nov 06, 2020 09:43 AM | 10:14 AM | 00:30:35 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Nov 06, 2020 09:06 AM | 09:43 AM | 00:37:00 |
| Physical Science | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Nov 06, 2020 08:30 AM | 09:06 AM | 00:35:33 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Nov 09, 2020 11:09 AM | 11:50 AM | 00:40:29 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Nov 09, 2020 10:31 AM | 11:09 AM | 00:37:22 |

PL001029

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Nov 16, 2020 09:46 AM | 10:26 AM | 00:40:23 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Nov 16, 2020 09:09 AM | 09:50 AM | 00:40:48 |
| Physical Science | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Nov 16, 2020 08:29 AM | 08:53 AM | 00:24:31 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Nov 17, 2020 11:10 AM | 11:22 AM | 00:11:29 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Nov 17, 2020 10:34 AM | 11:10 AM | 00:36:06 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Nov 17, 2020 09:45 AM | 10:25 AM | 00:39:46 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Nov 17, 2020 09:09 AM | 09:17 AM | 00:07:26 |
| Physical Science | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Nov 17, 2020 08:29 AM | 08:49 AM | 00:19:56 |
| Physical Science | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Nov 18, 2020 12:59 PM | 01:09 PM | 00:10:12 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Nov 19, 2020 11:08 AM | 11:51 AM | 00:42:50 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Nov 19, 2020 10:33 AM | 11:08 AM | 00:35:16 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Nov 19, 2020 09:50 AM | 10:20 AM | 00:30:04 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Nov 19, 2020 09:05 AM | 09:47 AM | 00:42:43 |
| Physical Science | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Nov 19, 2020 08:27 AM | 09:04 AM | 00:37:18 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Nov 20, 2020 12:58 PM | 01:17 PM | 00:19:00 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Nov 20, 2020 11:10 AM | 11:56 AM | 00:45:37 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Nov 20, 2020 10:33 AM | 11:10 AM | 00:36:51 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Nov 20, 2020 09:48 AM | 10:23 AM | 00:34:58 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Nov 20, 2020 09:00 AM | 09:50 AM | 00:50:39 |
| Physical Science | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Nov 20, 2020 08:27 AM | 09:02 AM | 00:35:05 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Nov 30, 2020 11:03 AM | 11:55 AM | 00:51:17 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Nov 30, 2020 10:32 AM | 11:03 AM | 00:31:10 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Nov 30, 2020 09:44 AM | 10:14 AM | 00:29:42 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Nov 30, 2020 08:57 AM | 09:44 AM | 00:46:52 |
| Physical Science | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Nov 30, 2020 08:25 AM | 08:57 AM | 00:31:50 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Dec 01, 2020 10:57 AM | 11:52 AM | 00:54:12 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Dec 01, 2020 10:33 AM | 10:57 AM | 00:23:53 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Dec 01, 2020 09:45 AM | 10:08 AM | 00:23:00 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Dec 01, 2020 09:09 AM | 09:45 AM | 00:35:27 |
| Physical Science | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Dec 01, 2020 08:28 AM | 08:57 AM | 00:29:43 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Dec 03, 2020 11:07 AM | 11:52 AM | 00:45:29 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Dec 03, 2020 10:23 AM | 11:06 AM | 00:43:13 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Dec 03, 2020 09:51 AM | 10:18 AM | 00:27:42 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Dec 03, 2020 08:58 AM | 09:52 AM | 00:53:23 |
| Physical Science | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Dec 03, 2020 08:28 AM | 08:57 AM | 00:28:58 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Dec 04, 2020 11:14 AM | 11:54 AM | 00:39:16 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Dec 04, 2020 10:32 AM | 11:00 AM | 00:28:24 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Dec 04, 2020 09:45 AM | 10:10 AM | 00:20:16 |

PL001030

| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Dec 10, 2020 09:49 AM | 10:24 AM | 00:34:55 |
|------|---------------|--------------------------|----------|---------|-----------------------|----------|----------|
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Dec 10, 2020 09:10 AM | 09:52 AM | 00:41:36 |
| Physical Science | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Dec 10, 2020 08:29 AM | 09:01 AM | 00:32:05 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Dec 11, 2020 11:13 AM | 11:53 AM | 00:40:36 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Dec 11, 2020 10:34 AM | 11:11 AM | 00:36:51 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Dec 11, 2020 09:47 AM | 10:28 AM | 00:40:47 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Dec 11, 2020 09:07 AM | 09:47 AM | 00:39:20 |
| Physical Science | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Dec 11, 2020 08:30 AM | 09:07 AM | 00:37:33 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Dec 14, 2020 11:14 AM | 11:53 AM | 00:38:28 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Dec 14, 2020 10:35 AM | 11:09 AM | 00:34:31 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Dec 14, 2020 09:50 AM | 10:27 AM | 00:36:55 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Dec 14, 2020 09:09 AM | 09:48 AM | 00:38:29 |
| Physical Science | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Dec 14, 2020 08:29 AM | 08:58 AM | 00:28:46 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Dec 15, 2020 11:13 AM | 11:53 AM | 00:40:08 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Dec 15, 2020 10:34 AM | 11:13 AM | 00:38:46 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Dec 15, 2020 09:45 AM | 10:26 AM | 00:40:36 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Dec 15, 2020 09:09 AM | 09:45 AM | 00:35:48 |
| Physical Science | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Dec 15, 2020 08:29 AM | 09:01 AM | 00:31:56 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Dec 16, 2020 02:28 PM | 02:53 PM | 00:25:07 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Dec 16, 2020 10:29 AM | 10:54 AM | 00:24:33 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Dec 17, 2020 11:14 AM | 11:52 AM | 00:38:03 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Dec 17, 2020 10:35 AM | 11:08 AM | 00:33:35 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Dec 17, 2020 09:48 AM | 10:23 AM | 00:34:59 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Dec 17, 2020 09:10 AM | 09:48 AM | 00:38:01 |
| Physical Science | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Dec 17, 2020 08:29 AM | 08:54 AM | 00:25:17 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Dec 18, 2020 11:14 AM | 11:46 AM | 00:32:12 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Dec 18, 2020 10:36 AM | 11:12 AM | 00:36:37 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Dec 18, 2020 09:09 AM | 09:45 AM | 00:35:54 |
| Physical Science | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Dec 18, 2020 08:29 AM | 09:03 AM | 00:34:25 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Jan 04, 2021 11:14 AM | 11:48 AM | 00:34:14 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Jan 04, 2021 10:35 AM | 11:10 AM | 00:35:38 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Jan 04, 2021 09:44 AM | 10:26 AM | 00:41:55 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Jan 04, 2021 09:09 AM | 09:44 AM | 00:34:57 |
| Physical Science | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Jan 04, 2021 08:29 AM | 09:02 AM | 00:32:18 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Jan 05, 2021 11:09 AM | 11:51 AM | 00:42:30 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Jan 05, 2021 10:34 AM | 11:09 AM | 00:35:03 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Jan 05, 2021 09:47 AM | 10:24 AM | 00:36:50 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Jan 05, 2021 | | 00:35:00 |

PL001031

| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Jan 11, 2021 09:10 AM | 09:47 AM | 00:37:14 |
|---|---|---|---|---|---|---|---|
| Physical Science | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Jan 11, 2021 08:28 AM | 09:03 AM | 00:35:15 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Jan 12, 2021 11:08 AM | 11:54 AM | 00:45:58 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Jan 12, 2021 10:34 AM | 11:08 AM | 00:33:55 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Jan 12, 2021 09:50 AM | 10:22 AM | 00:32:04 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Jan 12, 2021 09:10 AM | 09:45 AM | 00:35:00 |
| Physical Science | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Jan 12, 2021 08:28 AM | 09:03 AM | 00:34:44 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Jan 13, 2021 12:58 PM | 01:59 PM | 01:00:17 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Jan 14, 2021 11:14 AM | 11:50 AM | 00:35:26 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Jan 14, 2021 10:35 AM | 11:10 AM | 00:35:38 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Jan 14, 2021 09:50 AM | 10:27 AM | 00:37:38 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Jan 14, 2021 09:09 AM | 09:50 AM | 00:41:22 |
| Physical Science | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Jan 14, 2021 08:27 AM | 09:04 AM | 00:37:02 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Jan 13, 2021 04:58 PM | 05:13 PM | 00:15:36 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Jan 15, 2021 11:14 AM | 11:48 AM | 00:33:19 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Jan 15, 2021 10:35 AM | 11:08 AM | 00:33:00 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Jan 15, 2021 09:49 AM | 10:24 AM | 00:34:27 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Jan 15, 2021 09:09 AM | 09:42 AM | 00:33:13 |
| Physical Science | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Jan 15, 2021 08:29 AM | 09:03 AM | 00:34:19 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Jan 19, 2021 11:13 AM | 11:56 AM | 00:42:13 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Jan 19, 2021 10:32 AM | 11:13 AM | 00:40:47 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Jan 19, 2021 09:52 AM | 10:34 AM | 00:41:20 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Jan 19, 2021 09:07 AM | 09:52 AM | 00:44:22 |
| Physical Science | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Jan 19, 2021 07:47 AM | 09:07 AM | 01:19:55 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Jan 21, 2021 11:15 AM | 11:50 AM | 00:34:44 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Jan 21, 2021 10:34 AM | 11:10 AM | 00:35:29 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Jan 21, 2021 09:50 AM | 10:26 AM | 00:36:22 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Jan 21, 2021 09:04 AM | 09:43 AM | 00:39:00 |
| Physical Science | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Jan 21, 2021 08:29 AM | 08:56 AM | 00:27:24 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Jan 22, 2021 12:59 PM | 01:45 PM | 00:45:43 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Jan 22, 2021 11:14 AM | 11:52 AM | 00:37:20 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Jan 22, 2021 10:34 AM | 11:08 AM | 00:34:35 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Jan 22, 2021 09:50 AM | 10:26 AM | 00:36:00 |
| Math | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Jan 22, 2021 09:09 AM | 09:43 AM | 00:34:26 |
| Physical Science | David Kissner | d.kissner@loma.k12.ca.us | Licensed | teacher | Jan 22, 2021 08:30 AM | 09:06 AM | 00:35:45 |