William J. Becker, Jr., Esq. (SBN: 134545)
Bill@FreedomXLaw.com
**FREEDOM X**
11500 Olympic Blvd., Suite 400
Los Angeles, California 90064
Telephone: (310) 636-1018

Counsel for Plaintiff, *David M. Kissner*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID M. KISSNER**,<br><br>Plaintiff,<br><br>vs.<br><br>**LOMA PRIETA JOINT UNION SCHOOL DISTRICT, et al.,**<br><br>Defendants. | Case No. 22-CV-00949-CRB<br><br>Hon. Charles R. Breyer<br><br>**DECLARATION OF WILLIAM J. BECKER, JR., IN SUPPORT OF PLAINTIFF DAVID M. KISSNER'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT; EXHIBITS**<br><br>**Date:** January 26, 2024<br>**Time:** 10:00 a.m.<br>**Ctrm.:** 6<br><br>**Compl. Filed:** February 16, 2022<br>**SAC Filed:** March 20, 2022<br>**Trial Date:** None set |

I, William J. Becker, Jr., declare as follows:

1. I am an attorney admitted to practice before all the courts in the State of California and counsel of record for David M. Kissner, Plaintiff herein ("Kissner"). The following facts and circumstances are personally known to me, and if called upon to do so, I could and would competently testify as to them.

2. This declaration is submitted in support of Kissner's Opposition to Defendants' second Motion for Summary Judgment.

3. Attached hereto and incorporated by reference as Exh. 1 is a true and correct copy of the initial statement of charges served on Kissner on February 12, 2021.

1

4.	Attached hereto and incorporated by reference as Exh. 2 is a true and correct copy of a letter written by Kissner on October 28, 2018, to Lisa Fraser denying the allegations of grooming.

5.	Attached hereto and incorporated by reference as Exh. 3 is a true and correct copy of relevant excerpts from a deposition I took of defendant Lisa Fraser on August 9, 2021.

6.	Attached hereto and incorporated by reference as Exh. 4 is a true and correct copy of relevant excerpts from a deposition I took of the District's investigator, Patricia Elliot, on August 11, 2021.

7.	Attached hereto and incorporated by reference as Exh. 5 is a true and correct copy of a letter I sent to Brian Bock ("Bock"), counsel for the Loma Prieta Joint Union School District, demanding that the District remove the stigmatizing grooming allegations from the statement of charges. Neither Bock nor District officials responded to this demand.

8.	Attached hereto and incorporated herein as Exh. 6 is a true and correct copy of the request made by Dan Dale for a copy of the charges against Kissner. Neither I nor my client were informed that the District had been sent this request.

9.	Attached hereto and incorporated herein as Exh. 7 is a true and correct copy of the District's response to Dale's request.

10.	Attached hereto and incorporated herein as Exh. 8 is a true and correct copy of a letter I wrote to Bock on May 26, 2021, requesting a name-clearing hearing and citing relevant case law supporting the request. Neither Bock nor District officials responded to this demand.

11.	Attached hereto and incorporated herein as Exh. 9 is a true and correct copy of defendant Kevin Grier's response to Alan Hessenflow's request for a copy of the amended statement of charges and the District's response.

12.	Lacking evidence in support of the grooming allegations, during the dismissal hearings, the District ultimately offered into evidence a version of the amended statement of charges with the allegations redacted. Attached hereto and incorporated herein as Exh. 10 is a true and correct copy of redacted charges.

13.	Hessenflow appears to be the creator of a website featuring a link to the unredacted amended statement of charges. Attached hereto and incorporated herein as Exh. 11 is a true and correct copy of a screenshot of the website, which can also be found at https://davidmichaelkissner.wordpress.com/ as of December 21, 2023.

14. Attached hereto and incorporated herein as Exh. 12 is a true and correct copy of a screenshot of a Bloomberg story concerning these proceedings with a subheading that states: "Termination document contained allegations of 'grooming.'" The entire story is accessible through a paywall only but the introduction was accessed on December 21, 2023, at:

https://news.bloomberglaw.com/daily-labor-report/school-district-must-face-former-teachers-defamation-claim

I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct. Executed this 22nd day of December, 2023, at Scottsdale, Arizona.

/s/ William J. Becker, Jr.
William J. Becker, Jr., Declarant