William J. Becker, Jr., Esq. (SBN: 134545)
Bill@FreedomXLaw.com
**FREEDOM X**
11500 Olympic Blvd., Suite 400
Los Angeles, California 90064
Telephone: (310) 636-1018

Counsel for Plaintiff, *David M. Kissner*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID M. KISSNER**, <br><br> Plaintiff, <br><br> vs. <br><br> **LOMA PRIETA JOINT UNION SCHOOL DISTRICT, et al.,** <br><br> Defendants. | Case No. 22-CV-00949-CRB <br><br> Hon. Charles R. Breyer <br><br> **DECLARATION OF DAVID M. KISSNER IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** <br><br> **Date:** January 26, 2024 <br> **Time:** 10:00 a.m. <br> **Ctrm.:** 6 <br><br> **Compl. Filed:** February 16, 2022 <br> **SAC Filed:** March 20, 2022 <br> **Trial Date:** None set |

I, David M. Kissner., declare as follows:

    1.    I am the plaintiff in this action. The following facts and circumstances are personally known to me, and if called upon to do so, I could and would competently testify as to them.

    2.    This declaration is submitted in support of my Opposition to Defendants' second Motion for Summary Judgment.

    3.    On April 16, 2021, I accessed the original statement of charges online from a link posted by Dan Dale online. The link is included in his request in Exh. 6 to my attorneys declaration filed concurrently with my opposition to the motion.. The post received critical attention from the community. Attached hereto and incorporated herein as Exh. 1 is a true and correct copy of online

discussions concerning it. Hessenflow reposted it on Facebook Attached hereto and incorporated herein as Exh. 2 is a true and correct copy of Hessenflow's post, which I accessed on April 16, 2021.

4. On September 14, 2022, I entered into a contract with Elevate Inc. to provide online math instructional services to students at Blue Horizons School, in the Liberty Elementary School District, Buckeye, AZ.

5. The public disclosure of the stigmatizing grooming allegations has made it difficult for me to obtain suitable employment opportunities. In September, 2022, I was hired by Elevate, Inc. ("Elevate") to provide online math instruction to students at Liberty Elementary School District ("Liberty"), a public school district in Buckeye, Arizona. After eight weeks in the position, students and/or staff at the Liberty school accessed newspaper or internet articles about Loma Prieta District's allegations against me, and students asked me about it in class. Attached hereto and incorporated herein as Exh. 3 is a true and correct copy of an email I sent the following day to my attorney, Bill Becker, memorializing what was said to me.

6. I was promptly notified by phone and then email that I was being removed from the program at Liberty and that my employment with Elevate would be terminated. Attached hereto and incorporated herein as Exh. 4 are contemporaneous notes taken during a November 21, 2022, phone call with Elevate HR. Attached hereto and incorporated herein as Exh. 5 is a true and correct copy of Elevate's correspondence which terminated my employment.

7. I gave sworn testimony concerning the incident at a deposition taken on June 9, 2023. Attached hereto and incorporated herein as Exh. 6 is a true and correct copy of the relevant testimony I gave.

8. Since then, I have applied for work with numerous online and in-person education employers, both with private companies and public school districts, and have had limited success, even in a climate of extreme teacher shortage.

I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct. Executed this 22nd day of December, 2023, at Worland, Wyoming.

s/ David M. Kissner
David M. Kissner, Declarant