BECKER DECL. EXHIBIT 4

```
 1         BEFORE A COMMISSION ON PROFESSIONAL COMPETENCE
 2            LOMA PRIETA JOINT UNION SCHOOL DISTRICT
 3          COUNTY OF SANTA CLARA - STATE OF CALIFORNIA
 4     _____
 5     In the Matter of:
 6
 7     David Kissner,                              Case No.
 8     A permanent certificated employee,       2021050291
 9           Respondent.
10     _____
11                  VIDEOCONFERENCE DEPOSITION OF
12                         PATRICIA ELLIOT
13     DATE:           Wednesday, August 11, 2021
14     TIME:           9:02 a.m.
15     LOCATION:       Remote Proceeding
16                     Los Angeles, CA 90017
17     REPORTED BY:    Nicole Beaudoin, Notary Public
18     JOB No.:        4731126
19
20
21
22
23
24
25
                                                      Page 1
```

```
 1        finding on grooming.
 2   BY MR. BECKER:
 3        Q    So the answer is no?
 4        A    I did not make a specific finding on grooming.
 5        Q    Is that yes or no?
 6             MR. BOCK:  Asked and answered.
 7   BY MR. BECKER:
 8        Q    You don't know?
 9        A    I did not make a specific finding on grooming.
10   That's what I understand you were asking me about.
11   That's my answer.
12        Q    I asked you a yes or no question, and I'd like
13   the record to reflect yes or no.
14             MR. BOCK:  Now, you're being harassing.
15             THE WITNESS:  The answer is: I did not
16   make a specific finding on grooming, no.
17   BY MR. BECKER:
18        Q    Thank you.  Now, you have a different
19   understanding of the term grooming.  Isn't that correct?
20        A    Different from whom?
21        Q    The Wikipedia definition.
22        A    I -- I'm not -- I wasn't aware of the
23   Wikipedia definition.  I was and am generally aware of
24   the term grooming as it relates to abuse of another
25   person.
```

Page 162

```
 1   you have been put on notice of this person in your
 2   employ, you must do your due diligence to protect your
 3   students from a potential predator."  Did you develop
 4   any evidence to establish that Mr. Kissner is either a
 5   predator or a potential predator?
 6        A    I don't -- I don't know what "a potential
 7   predator" means.  The evidence that I uncovered was that
 8   he provided alcohol on one confirmed occasion and one
 9   likely occasion, a second likely occasion, that he texts
10   late at night with boys, and sometimes had conversations
11   with boys about their sexual activity.
12        Q    So you concluded that he's a predator?
13        A    I did not.
14        Q    And you said you don't know what a potential
15   predator is, so you drew no conclusion on that
16   allegation.  Right?
17        A    I did not.
18        Q    Why didn't you state in the report, in your
19   factual conclusions, that your investigation failed to
20   turn up any evidence that Kissner was either an actual
21   or potential predator?
22        A    I -- I was focused on the facts, not -- not
23   identifying, specifically, a name of something like
24   that.  I wasn't focused on, you know, a definition of
25   predator or grooming or anything like that.  I was
```