BECKER DECL. EXHIBIT 6

## [95033talk] Request for public records pursuant to PRA

| | |
|---|---|
| From: | dan dale (danieldale95033@gmail.com) |
| To: | 95033talk@groups.io |
| Date: | Friday, April 16, 2021, 11:06 AM PDT |

Sean said: Please post your request and respond from school. This is the ultimate transparency.

Experiment proven. Please see below. Sean - what say you now? Ready to back down from your claims or will you pivot to a new one (we all know the answer. It is called obfuscation. Change the subject. Do something called whataboutism).

As to people who said that I was over the line. I quote - The accusations of alcohol and other misconduct because the writer heard it are of concern.   No citations.  Is that slander?

No attorney here either but here is what I read: Slander is the oral communication of false statements that are harmful to a person's reputation. If the statements are proven to be true, it is a complete defense to a charge of slander. Oral opinions that don't contain statements of fact don't constitute slander.

Citations and receipts are in the attached. I will wait for the apologies.

---------- Forwarded message ---------
From: **e.bevans@loma.k12.ca.us** <e.bevans@loma.k12.ca.us>
Date: Fri, Apr 16, 2021 at 10:43 AM
Subject: Re: Request for public records pursuant to PRA
To: dan dale <danieldale95033@gmail.com>


Good morning Mr. Dale,


Attached please find the response to your public records request.  Please do not hesitate to contact me with any questions you may have.


Sincerely,

Eileen Bevans-Franks

Administrative Assistant to the Superintendent

Loma Prieta Joint Union School District

23800 Summit Road

Los Gatos, CA  95033

408/353-1101 – p

408/353-8051 - f

**Exhibit 0030**

RESP000317
004298

**From:** dan dale <danieldale95033@gmail.com>
**Date:** Friday, April 16, 2021 at 9:49 AM
**To:** Eileen Bevans-Franks <e.bevans@loma.k12.ca.us>
**Subject:** Request for public records pursuant to PRA


Hello Eileen-


Pursuant to the California Public Requests Act, I am requesting the charges for Mr. Kissner's dismissal. I understand you can share with me non-exempt, non-privileged, disclosable records.


Thank you,

Daniel Dale

Attachments:

- Dale PRA April 2021.pdf

---

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112569) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

---

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]