BECKER DECL. EXHIBIT 8



www.FreedomXLaw.com

May 26, 2021

**Via E-Mail Only**
brian@proactiveblg.com

Brian Bock, Esq.
THE BOCK LAW GROUP, P.C.
31610 Railroad Canyon Road, Suite 2
Canyon Lake, CA  92587

    Re:    **Confidential** Settlement Demand
           Client: David Kissner
           Your Clients: Loma Prieta Joint Union School District, its employees and trustees

Dear Brian:

This letter supplements our May 6, 2021, correspondence demanding the dismissal proceedings be terminated and confirms that we never received a response from you to that correspondence. This letter addresses our client's willingness to resolve the litigation in the above matter in exchange for certain consideration as set forth herein. Both this offer of settlement and its enclosure are strictly confidential and may not be shared to third parties.

Next week, we are required to exchange initial disclosures in the dismissal proceedings. Discovery will likely commence shortly thereafter. The facts in this matter are ample so discovery is likely to be substantial. Now is the time to begin the process of working toward a mutual good faith effort to foreclose both the dismissal proceedings and additional costly litigation.

The facts are set forth in the confidential draft courtesy copy of the Complaint included as an attached as an enclosure to our cover email.[1] The extensive number of attorney hours that have gone into its preparation, defending the layoff proceedings, preparing the forthcoming writ petition challenging the ALJ layoff decision, defending the most recent alcohol-related investigation, preparing for dismissal hearings and other matters are a strong indicator that David is being zealously represented and will continue to be until he has been vindicated and his reputation has been restored to him.

The courtesy copy sets forth our current liability theories. In order to avoid what could reasonably turn out to be several years of costly litigation, and in exchange for a promise not to file the Complaint, we make demand on the District under the following terms:

---

[1] We are continuing to revise and augment the Complaint. Non-District parties and allegations have yet to be added. This draft should not be construed to be a final version.

11500 Olympic Blvd., Suite 400, Los Angeles, CA 90064
310 . 636 . 1018    Toll Free  866 . 649 . 6057    Fax  310 . 765 . 6328

**FREEDOM X**

Brian Bock, Esq.
THE BOCK LAW GROUP, P.C.
May 26, 2021
Page 2 of 2

_____

1. Termination of dismissal proceedings;
2. A name-clearing hearing due to the deprivation of David's liberty interest. As you know, the right to a name-clearing hearing may be triggered if the employee is disciplined based on a charge of misconduct that stigmatizes the employee's reputation or seriously impairs the employee's reputation to earn a living, or might seriously damage the employee's standing or association in the community. *Gray v. Union County Intermediate Education Dist.* 520 F.2d 803, 806 (9th Cir. 1975). At minimum, notice and an opportunity to be heard prior to the termination must be provided. *Board of Regents v. Roth*, 408 U.S. 564, 570, n. 7, 573, n. 12 (1972). The opportunity to be heard must be at a reasonable time and in a reasonable manner. *Murden v. County of Sacramento* (1984) Cal.App.3d 302, 311.
3. A public statement acknowledging the District has no evidence of immoral conduct, specifically disavowing any charge of "grooming" minors or having a pattern of sharing alcohol with minors;
4. A lump sum payment of $5,000,000 (FIVE MILLION DOLLARS) made payable to David M. Kissner and his attorneys, Freedom X.

This settlement offer shall remain open until the commencement of oral depositions at which time it will be revoked and withdrawn. Should we be required to conduct discovery, including but not limited to depositions, our demand will increase to $6 million. Should we prevail in the dismissal hearings, it will increase to $10 million.

Because initial disclosures are due on June 7, 2021, we request acknowledgement of receipt and written acceptance of this settlement no later than June 1, 2021.

        **FREEDOM X**

        Sincerely,

        */s/*

        William J. Becker, Jr., Esq.

cc:    David Kissner
        Jeremiah D. Graham, Esq.
        Amanda Giorgino, Esq.