BECKER DECL. EXHIBIT 11

David Michael Kissner                                                    Home   Contact Us

DOB: possibly 1980-08-21

Amended Dismissal Charges    [Download]

Kissner O&H Decision    [Download]

David Kissner was a teacher at C. T. English Middle School, in the Loma Prieta Joint Union School District, located in the Santa Cruz Mountains, serving portions of Santa Clara County and Santa Cruz County, California. He was dismissed in Dec 2021 due to unfitness of service.

---

Update Dec 7, 2021: By order of the office of administrative hearings, David Kissner's dismissal was upheld due to evident unfitness of service. The entire judgment can be downloaded and read at this link. As stated by the commission, under point 25, "The totality of evidence in this matter does not establish an effort by the Board or by District administrators to discipline or to dismiss respondent because of his opinions or his political activity. To the contrary, all evidence in this matter shows that after significant conflict within the District in March and April 2018, the District in October 2018 offered respondent the opportunity to save face and move on. Respondent emphatically rejected this opportunity. Instead, between October 2018 and the hearing, respondent made repeated efforts to reopen and revisit the 2018 conflicts. He also responded to new potential and minor conflicts by amplifying them into major conflicts; he became increasingly insubordinate and uncommunicative regarding school activities, even during the novelty and uncertainty of the COVID-19 pandemic; and he continued to exercise very poor judgment outside school in circumstances involving his supervision of teenagers."

---

Update: Fall 2021: As of this writing David Kissner is undergoing dismissal proceedings. He has been attempting to have the public apply pressure on the school by presenting his defense, knowing the administration will not comment even to correct misleading or false statements. One community member responded that David Kissner had provided alcohol to minors, and described this (the alcohol and the circumstances) as predatory tendencies. David Kissner responded, denying any predatory behavior, but also categorically stating that the district had not accused him of anything of the sort. A concerned community member submitted a public records act request and obtained the above dismissal charges which clearly counter David Kissner's claim.

---

## Background

During David Kissner's tenure at C. T. English he was applauded by some who saw him as a positive influence on their children. However he was not without controversy. He gained notoriety over his handling of the March 14 2018 school walkout. In 2020 he was a vocal opponent of Proposition N, a measure that would have extended a parcel tax used to fund the school.

As part of his "No on N" campaign, David Kissner made use of pseudonyms, apparently to make it appear that the campaign had more public supporters than it actually did. One of these was Robert H, who was linked to in a paypal donation button on the "No on N" website. That alias has been linked to Stacy Hall, David Kissner's wife. A "Robert H" also sent complaints via email to the school board in the same time period.

Another pseudonym employed by David Kissner is Jennifer Thompson. This alias was used to send unsolicited emails to school staff and parents – a contact list that seems highly likely to have been stolen from the school. Those emails linked to PDFs that contained metadata showing they were created by David Kissner very shortly before the emails were sent. Most of those PDFs appear to be documents he created as his defense against the dismissal charges. This one stands out as it is clearly intended to appear to be written by someone else – he refers to himself in the third person and says that Mr. Kissner cannot comment. Prior to those emails, a Jennifer Thompson facebook profile was created and joined a local group. That profile posted a single political message on the local Facebook group, attacking the school, before being discovered to be fake due to its profile photo being of someone else taken from the web.

David Kissner also created the Loma Prieta Taxpayers Association website at https://www.lpta95033.com. That website lists Transparency, Accountability and Integrity as their main ideals. Many people in the community would say that the group, which by all indications is David Kissner by himself, have demonstrated the exact opposite.

---

Another item of note: while arguing against continuing to fund the school district he worked for (his "No on N" campaign), David Kissner stated that he was paid enough. It has been reported that in another forum he said he was overpaid. Yet, only a few years earlier, while working for the same school, he filed bankruptcy.

---

### One thought on "Home"

**Allan Hessenflow**                                           2021-08-20 at 4:51 pm

On August 6 2021 David Kissner had a letter published in the Los Gatos Weekly Times about his efforts to force a special election for a school board seat. This is part of his continuing efforts to do as much damage as possible to the school district. I wrote a response and on August 20 they published an abbreviated version of it Here is my full response:

I am responding to the commentary published on August 6 2021 in the Los Gatos Weekly Times from David Kissner titled "Mountain residents have right to vote for school trustees."

This commentary is highly misleading. Loma Prieta Joint Union School District is small. The outrageous costs of a special election will constitute a large portion of the district's budget, likely necessitating reducing the programs offered.

There is no scandal involving the recently vacated school board seat. That trustee was a well respected member of the community who had to make a difficult decision to move away. The remaining four members of the board, all of whom won their current terms in contested elections and two of them were not incumbents, exercised their right to appoint an interim board member, avoiding the cost of a special election. The interim board member, if there is no special election, will only serve until the next election in November 2022. This was not a case of disenfranchising voters, it was our duly elected trustees doing what was best for the school district and community.

Mr. Kissner was not satisfied with this appointment. In fact it did not matter who the board selected, he and Mr. Rokni had announced their intention to try to force a special election before the selection process even began. They created a petition and collected 74 signatures. The superintendent of the Santa Clara County Office of Education rejected their petition for failing to fully disclose the estimated costs of a special election. Mr. Kissner and Mr. Rokni sued in the superior court to overturn the superintendent's decision. The court did rule in their favor. I have read the arguments and believe the court ruled incorrectly. The county Office of Education also believes this and has filed an appeal which is in process. I recommend reading the arguments for yourself; they are available at https://portal.scscourt.org/search case number 21CV381463.

Mr. Kissner also claims that it is "the community" that took action to force a special election. In fact Mr. Kissner and Mr. Rokni only obtained signatures from a tiny minority. I am confident that if a poll were to be conducted of residents in this school district, it would show that the majority by a large margin are opposed to their actions.

Mr. Kissner has made much of the effect of the word "incumbent" next to a candidate's name on a ballot. He points to some elections having being uncontested, as if people were afraid to run against an incumbent. The truth is that the board of trustees are unpaid volunteers and it is not always possible to find people willing to serve. It has been reported in local forums that the board appointed trustee offered to not run in 2022 so there would be no incumbent if they were to withdraw their petition. It is telling that they did not.

I believe that the cost to the school is the sole reason that Mr. Kissner and Mr. Rokni are fighting for a special election. For motivation look to Mr. Kissner's history with the school; it has been contentious, to say the least. He is currently undergoing dismissal proceedings. While there are still hearings pending the dismissal charges are public record. I have reviewed them and they are serious and disturbing.

★ Like

Reply

---

### Leave a Reply