BECKER DECL. EXHIBIT 12

**Daily Labor Report ®**



Photo: Bloomberg

Sept. 11, 2023, 5:41 PM MDT

# School District Must Face Former Teacher's Defamation Claim

We use cookies. Learn More    Accept

**John Woolley**
Reporter

- Termination document contained allegations of 'grooming'
- Officials beat First Amendment retaliation, layoff claims

A California school district must face a defamation claim brought by a former middle school teacher who alleged his termination was retaliatory.

Loma Prieta Joint Union School District terminated David Kissner's employment in 2021 over his alleged "increasingly insubordinate and uncommunicative" behavior, and "very poor judgment outside school in circumstances involving his supervision of teenagers." It also laid him off in connection to a budget shortfall.

In its statement of charges justifying Kissner's termination, the school board cited several incidents, including his knowingly providing alcohol to minors, making inappropriate comments to students about death and violence, physically wrestling with boys ...

Learn more about Bloomberg Law or Log In to keep reading:

**Learn About Bloomberg Law**

AI-powered legal analytics, workflow tools and premium legal & business news.

**Already a subscriber?**

Log in to keep reading or access research tools.

Print | Email | Share To: Facebook | LinkedIn | Twitter