KISSNER DECL. EXHIBIT 1

## Re: [95033talk] Can we have a discussion about real community issues?

From:   AJ via groups.io (wasawiller=aol.com@groups.io)

To:     tinaplautz@gmail.com; 95033talk@groups.io

Date:   Saturday, March 27, 2021, 10:15 AM PDT

I lived on the mountain for 23 years, my boys attended LPE, CT, and LGHS, and I fully support the school board's decision regarding Mr. Kissner. The May 2018 headline from the Mercury News, "Teacher Controversy Splits Mountain Community," speaks volumes. This has nothing to do with Mr. Kissner's political or religious beliefs, or his stance on Measure N. It has everything to do with Mr. Kisssner's own actions, and the consequences thereof. I know Mr. Kissner was very supportive of the wrestling program and did many things to promote math education on the mountain. But in my personal opinion, these good acts do not mean we should turn a blind eye to everything else.

Tina Plautz, I have long considered you to be a friend, and I respect your opinion. I also know your family is very involved with school wrestling. I understand Mr. Kissner was a big part of that, and you would naturally be very sorry to see him go. But why do you "assume" you will no longer have wrestling at CT or a wrestling club or a math initiative? If these things are important enough, folks on the hill will step up in the true volunteer spirit of the mountain to carry on the torch. There is no grand conspiracy to "control the narrative" or "restrict your opinion." The sheer number of responses to your post proves that point. You believe that dismissing Mr. Kissner will "negatively affect our children." I happen to disagree. See, neither of our opinions have been "restricted."

I also know that you were one of the candidates for the open school board position which was awarded to Charlotte Khandelwal. You are both wonderful people with a lot to offer in terms of intelligence and experience. But in light of the fact that Char was selected, this smacks of sour grapes.

Then there is the matter of your husband's (Scott Plautz's) comments to Sanjay Khandelwal, who is a moderator for this group and Char's husband. Sanjay often interjects on various discussion threads to remind folks to be civil, stay on topic, and refrain from spreading misinformation. My definition of "irony" must be very different from Scott's, as I do not think the fact that Char previously ran for school board years ago in anyway makes it "obvious" that "the community does not support her candidacy" today. And if you knew anything of the disgusting racist verbal abuse that both Char and Sanjay have suffered at the hands of some mountain neighbors, you would understand why I find Scott's comments not just disingenuous, but borderline threatening.
--Amy Kemp
_-_-_-_-_-_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111585) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_-_-_-_-_-_

Re: [95033talk] Can we have a discussion about real community issues?

From: Amy Ramsay (amorrisseyr@gmail.com)

To: 95033talk@groups.io; lisa.o.sullivan@hotmail.com

Date: Sunday, March 28, 2021, 11:04 AM PDT

Thank you Lisa. I couldn't agree more and am proud to be your colleague.
Enjoy your Sunday.
Amy Ramsay

On Mar 28, 2021, at 10:27 AM, lisa.osullivan83 <lisa.o.sullivan@hotmail.com> wrote:

I have desperately wanted to stay out of this but I feel like it's time to point out various factors that I know for sure many are thinking.

The hypocrisy here is absolutely maddening.

This post, along with the one made on the facebook forum, calls for an honest and open discussion but that just isn't possible. People are allowed to sing the highest praises they like of someone, but if anyone were to give a truthful account of that same person (whoever it may be) that was negative and specific, it would be considered offensive, hate speech or slander, and would subsequently be removed. Therefore we only really hear one side.

On the flip side, people seem to be able to say whatever they choose to about "the board", "admin", "the district", "the staff", and that is not viewed in the same way. They are people too and yet negativity against these groups is allowed. Note: this is not a criticism of the moderators here, this is just how it goes on social media.

We now have "feelings are facts". I could state how I feel but it would be labeled as opinion.

We have negativity being cast on a new teacher who has stepped up to an incredibly challenging task in a difficult and stressful environment. Things said against her in a recent board meeting were appalling...but I guess that's ok?

We have issues being dragged up from 3 years ago that don't even involve the current administration.

We have "staff" being grouped together and accused of ostracizing a team member, something that is offensive and untrue. We also have someone slamming "the teachers" with untruths and yet that is allowed. Now it even seems we can name-drop other teachers, who aren't even on these forums to defend themselves, and that's ok?

We have speculation as to why the teacher in question was dismissed which is none of our business and is damaging to that teacher. Let's grant him, his family and everyone else involved the privacy they deserve.

We have suggestions of how a different board member appointee could possibly have avoided a special election. Surely the decision of the board should be to appoint the strongest candidate for the position, not play a strategic move to appease certain community members?

We have mention of how community members feel like they haven't been heard by the board - have these people tried reaching out to the board directly?

We have suggestions of wrong doing due to "gut feelings", leading to fundraising attempts.

Behind the scenes we have also accusations made of individuals including myself that could be damaging, or worse.

We now have spam emails being sent to the community again, something that many don't appreciate and "stirs the pot" even more.

I have heard "Ed Code" more times over the past 6 months than I care to remember and yet it hasn't been brought up once on this subject. In the board meeting of Thursday night, Ed Code 44932 was cited. I looked it up and it seems very clear to me and I have copied it below for reference. A tenured teacher CANNOT be dismissed because they are "different", because of their political viewpoint or because they campaigned against a parcel tax. To suggest they can is ludicrous.

Can we please give all parties the respect and privacy they deserve and stop the bombardment of one sided information. None of us have all the facts and none of us are entitled to them even if we want them.

**44932.**

(a) A permanent employee shall not be dismissed except for one or more of the following causes:

(1) Immoral conduct, including, but not limited to, egregious misconduct. For purposes of this chapter, "egregious misconduct" is defined exclusively as immoral conduct that is the basis for an offense described in Section 44010 or 44011 of this code, or in Sections 11165.2 to 11165.6, inclusive, of the Penal Code.

(2) Unprofessional conduct.

(3) Commission, aiding, or advocating the commission of acts of criminal syndicalism, as prohibited by Chapter 188 of the Statutes of 1919, or in any amendment to that chapter.

(4) Dishonesty.

(5) Unsatisfactory performance.

(6) Evident unfitness for service.

(7) Physical or mental condition unfitting him or her to instruct or associate with children.

(8) Persistent violation of or refusal to obey the school laws of the state or reasonable regulations prescribed for the government of the public schools by the state board or by the governing board of the school district employing him or her.

(9) Conviction of a felony or of any crime involving moral turpitude.

(10) Violation of Section 51530 or conduct specified in Section 1028 of the Government Code, added by Chapter 1418 of the Statutes of 1947.

(11) Alcoholism or other drug abuse that makes the employee unfit to instruct or associate with children.

(b) The governing board of a school district may suspend without pay for a specific period of time on grounds of unprofessional conduct a permanent certificated employee or, in a school district with an average daily attendance of less than 250 pupils, a probationary employee, pursuant to the procedures specified in Sections 44933, 44934, 44934.1, 44935, 44936, 44937, 44943, and 44944. This authorization

4/16/2021                    95033talk Re: [95033talk] Can we have a discussion about real community issues?

Case 3:22-cv-00949-CRB  Document 117-15  Filed 12/22/23  Page 5 of 491

does not apply to a school district that has adopted a collective bargaining agreement pursuant to subdivision (b) of Section 3543.2 of the Government Code.

*(Amended by Stats. 2015, Ch. 303, Sec. 86. (AB 731) Effective January 1, 2016.)*

_·_·_·_·_

---

Groups.io Links:

You receive all messages sent to this group.

[View/Reply Online (#111611)](#) | [Reply To Group](#) | [Reply To Sender](#) | [Mute This Topic](#) | [New Topic](#)

---

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_·_·_·_·_

## Re: [95033talk] Can we have a discussion about real community issues?

| | |
|---|---|
| From: | Becky Yoder via groups.io (becky_55=yahoo.com@groups.io) |
| To: | 95033talk@groups.io; tinaplautz@gmail.com |
| Date: | Friday, March 26, 2021, 08:43 AM PDT |

I completely agree with both of these letters. There is obvious corruption in government at all levels, including education.

Sent from Yahoo Mail for iPad

On Friday, March 26, 2021, 8:34 AM, tina plautz <tinaplautz@gmail.com> wrote:

> I saw this post on Facebook this morning and couldn't help but share that the admin removed the post
> What is going on with controlling the narrative in our community and restricting opinions and
> discussions??  We need to be able to share our thoughts and views to have an open discussion.  I am
> saddened by the decision to remove David as he has been an inspirational leader to our students and
> community.  Our district has been embroiled in a battle with him for a number of years and continue to
> make decisions that negatively affect our children.  Not only are we losing one of the best math teachers
> our children have, I have to assume we will no longer have the CT wrestling program, the volunteer run
> Mountain Mayhem wrestling club and the Mountain Math Initiative that our students have been benefiting
> from.  With all that being said, I have to include our personal experience during this matter.
> The moment he was placed on leave, the district brought in a Math Specialist to replace him and with
> agreeance from our principal, they decided to change all Math students grades to an A in the name of a
> "fresh start".  Ironically, 2 days prior my child received his honor roll certificates commending his hard
> work to earn such a privilege.  Well, which one is it?  Are grades real or not? Last I checked it was the
> measurement tool to gauge how our children are doing. Have we forgotten what it means to provide
> excellent education to our students?   Is this politically driven?  I just do not see how this behavior is
> acceptable.  Unfortunately, this isn't the first time our district has been known for changing grades at will
> as Corey Kidwell deviated from her own policies after the walkout.  We the community deserve to know
> what is really going on.    See letter below that was shared.........
> Sincerely a concerned mom... Tina
>
> Dear Neighbors,
>
> We as a group formed over six months ago to oppose a funding measure in our school district.  At the
> face value, it should have been a routine exercise in our rights to express ourselves and vote.
> Unfortunately, it turned out to be anything but a democratic exercise. Reluctantly, David Kissner and I
> became the face of measure N opposition and all that came with it. At the outset, we were both told by
> school board members and community leaders that we will pay a heavy price for it.
> Five months after the election, David Kissner paid that price today. In a clear case of retaliation, the
> board voted 5-0 to dismiss David as a teacher in our Loma Prieta school district.
> I just wanted to share my sense of outrage and my personal commitment to provide David with any
> means required to clear his name and return back to school teaching math, where he belongs.
>
> Best Regards,
> Shahryar Rokni
>
>
> --
> Tina Plautz

_-_-_-_-_-

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111505) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_._,_._,_._

## Re: [95033talk] Can we have a discussion about real community issues?

| | |
|---|---|
| From: | Becky Yoder via groups.io (becky_55=yahoo.com@groups.io) |
| To: | 95033talk@groups.io; tinaplautz@gmail.com; lm@mcvoy.com |
| Date: | Friday, March 26, 2021, 09:24 AM PDT |

This is no longer about the children.  It is about personal agendas and vendettas.  If it was up to the children, he would still be in the classroom and everyone else would be replaced. And everyone knows that.

On Friday, March 26, 2021, 09:17:46 AM PDT, Larry McVoy <lm@mcvoy.com> wrote:


We got sick of the school nonsense and pulled our kids and sent them to
Kirby. It's expensive, I believe they may have some scholarships, but
spendy if not. If you can afford it, it was *WAY* better than CT or
LG High. I regret not doing it earlier.

I don't know the details of the CT drama (thankfully) but the optics of
firing a teacher who opposed a school bond measure aren't great. Don't
they have a union that protects them?

On Fri, Mar 26, 2021 at 08:34:47AM -0700, tina plautz wrote:

> I saw this post on Facebook this morning and couldn't help but share that
> the admin removed the post What is going on with controlling the narrative
> in our community and restricting opinions and discussions?? We need to be
> able to share our thoughts and views to have an open discussion. I am
> saddened by the decision to remove David as he has been an inspirational
> leader to our students and community. Our district has been embroiled in a
> battle with him for a number of years and continue to make decisions that
> negatively affect our children. Not only are we losing one of the best
> math teachers our children have, I have to assume we will no longer have
> the CT wrestling program, the volunteer run Mountain Mayhem wrestling club
> and the Mountain Math Initiative that our students have been benefiting
> from. With all that being said, I have to include our personal experience
> during this matter.
> The moment he was placed on leave, the district brought in a Math
> Specialist to replace him and with agreeance from our principal, they
> decided to change all Math students grades to an A in the name of a ???fresh
> start???. Ironically, 2 days prior my child received his honor roll
> certificates commending his hard work to earn such a privilege. Well,
> which one is it? Are grades real or not? Last I checked it was the
> measurement tool to gauge how our children are doing. Have we forgotten
> what it means to provide excellent education to our students? Is this
> politically driven? I just do not see how this behavior is acceptable.
> Unfortunately, this isn???t the first time our district has been known for
> changing grades at will as Corey Kidwell deviated from her own policies
> after the walkout. We the community deserve to know what is really going
> on. See letter below that was shared.........
> Sincerely a concerned mom... Tina
>
> Dear Neighbors,
> We as a group formed over six months ago to oppose a funding measure in our
> school district. At the face value, it should have been a routine exercise

4/16/2021   Yahoo Mail - Re: [95033talk] Can we have a discussion about real community issue?

in our rights to express ourselves and vote. Unfortunately, it turned out
to be anything but a democratic exercise. Reluctantly, David Kissner and I
became the face of measure N opposition and all that came with it. At the
outset, we were both told by school board members and community leaders
that we will pay a heavy price for it.
Five months after the election, David Kissner paid that price today. In a
clear case of retaliation, the board voted 5-0 to dismiss David as a
teacher in our Loma Prieta school district.
I just wanted to share my sense of outrage and my personal commitment to
provide David with any means required to clear his name and return back to
school teaching math, where he belongs.
Best Regards,
Shahryar Rokni


--

Tina Plautz




--
---
Larry McVoy lm at mcvoy.com http://www.mcvoy.com/lm
_-_-_-_-_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111510) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_-_-_-_-_

About web Re: [95033talk] Can we have a discussion about real community issues?

## Re: [95033talk] Can we have a discussion about real community issues?

From: Carmen Diaz (cagdiaz@gmail.com)

To: 95033talk@groups.io; rlmajones@verizon.net

Date: Sunday, March 28, 2021, 12:07 PM PDT

Hi Lila
I rarely post on public forums so this isn't easy but we have crossed paths before and even worked towards common goals so I'm hoping you'll see this as it is intended.

We all have our opinions and have the right to express them. I like reading them and see it as a positive experience when i encounter different points of view. That's how I challenge myself and try to be better. Thank you for sharing them. That being said, there are two issues i have trouble with:

Facts vs speculation. You asked caution about forming opinions based on hearsay and stick to facts but at the same time speculate about them. The only fact we have is that there have been issues the school considers actionable and there have been complaints from parents. We don't know what they are or why it has taken time to address them. Dismissing them or minimizing them without factual evidence is just as bad.

Trust on the board. There are privacy laws enacted to protect the vulnerable on both sides of these kind of situations. We can't not pick and choose when to follow them and when to break them. They are safeguards enacted so individuals are not unfairly burdened with public opinion. If you don't trust the board there are ways to change that but can't fault them for following the laws. We just don't have the right to know all the information.

I wish you well and I'm sorry your kids have had to deal with additional challenges to an already difficult situation.

Carmen

On Sun, Mar 28, 2021, 11:12 AM Lila Turkalj Jones via groups.io <rlmajones=verizon.net@groups.io> wrote:
My apologies if you read anything negative into what I said about Mr. Arias. Please note that I said I am thankful for the experience that my child had in his class and Mr. Kissners. I know other parents that appreciate the fact that many kids got to experience the diversity of thought amongst their educators. There is nothing in there that Mr. Arias or Mr. Kissner would need to defend.

As for the math transition, it has been hard and I think it is important for the Board and Administration to hear about the children's perspective so that they understand the feelings and thoughts that they share at home. As a parent, it is my job to be my children's advocate and sometimes that might shine a negative light on their experience, but it is their truth.

I have volunteered countless hours for the LPEF Gala, Art in Action, School Site Council, CTE and Loma HSC's, Loma Library, Reopening Task Force, Measure H Oversight Committee, etc. I also ran for the school board in 2018. Our family also chooses to donate monthly to LPEF. Our dedication is all in for the District. I am a constituent, community member and parent to 4 kids that have attended or are attending the district, so I feel I have a fair amount of skin in the game and have the ability to share my thoughts, be they negative or positive.

_-_-_-_-_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111625) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

_____

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!
_____

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_·_·_·_·_·_

Re: [95033talk] Can we have a discussion about real community issues?

From:   Caroline Haskin (cmhaskin@gmail.com)

To:     95033talk@groups.io; scrippsmom@gmail.com

Date:   Friday, March 26, 2021, 11:18 AM PDT

I strongly suggest a large contingency of concerned community members voice their opinions at the open session of the board meeting at 12:00 pm on Sunday, March 28, 2021.   After the open session the meeting is closed to discuss "personnel issues".

> On Mar 26, 2021, at 11:01 AM, nancy maynard <scrippsmom@gmail.com> wrote:

> I just posted a comment on this and it is gone????

_._,_._,_._

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111530) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_._,_._,_._

Case 3:22-cv-00949-CRB Document 117-15 Filed 12/22/23 Page 13 of 491

## Re: [95033talk] Can we have a discussion about real community issues?

From:   Caroline Haskin (cmhaskin@gmail.com)

To:     95033talk@groups.io; tinaplautz@gmail.com

Cc:     oxtopus@gmail.com

Date:   Friday, March 26, 2021, 11:30 AM PDT

To join the meeting, use this link: https://us02web.zoom.us/j/87510356148?pwd=N1lCMDlNVEFNUFJoUi83T3FjekRNUT09

Meeting ID: 875 1035 6148   Passcode: 333115 and/or watch live on the Loma Prieta School District YouTube channel "Loma Prieta School District March 28, 2021 Board Meeting" or via telephone: 408-335-5226.

**Public Concerns**:

Members of the public may submit concerns regarding the item described on the agenda by email to:e.bevans@loma.k12.ca.us or via telephone to 408-335-5226. Public concerns is limited to three minutes per person. **The chat feature has been disabled on this YouTube channel due to inappropriate postings intercepted by YouTube at the September 23, 2020 meeting.**

> On Mar 26, 2021, at 10:39 AM, tina plautz <tinaplautz@gmail.com> wrote:

> This has nothing to do with the budget cut situation. He was dismissed.

> On Fri, Mar 26, 2021, 10:24 AM <oxtopus@gmail.com> wrote:
>> Let me get this straight. Someone campaigned in a democratic process to deprive the school of the funds necessary to operate, succeeded, and now they have to cut costs, which are dominated by labor. Is that right? What am I missing?

_-_-_-_-_-_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111531) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's

Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_-_-_-_-_-_

Re: [95033talk] Can we have a discussion about real community issues?

From: Caroline Haskin (cmhaskin@gmail.com)
To: 95033talk@groups.io; tinaplautz@gmail.com
Cc: oxtopus@gmail.com
Date: Friday, March 26, 2021, 11:35 AM PDT

Special Board Meeting
AGENDA
1. ROLL CALL TO ORDER – 12:00 p.m.
1.1 Roll Call
1.2 Flag Salute
1.3 Approval of Agenda
1.4 Public Concerns (An opportunity for the public to comment or address the Board on issues to be discussed in Closed Session)
2. RECESS TO CLOSED SESSION – Personnel, Negotiations, Legal Matters
(Pursuant to Gov't Code Section 54954.2, closed sessions are not open to the public and may only be held for negotiations discussion, employment or dismissal of an employee, disciplinary matters relative to student(s) or employee(s), meeting with legal counsel on pending or anticipated litigation, emergency situations and other exceptions as provided by the law, including Government Code sections 54957 and 54957.6.)
2.1 Public Employee Employment: Superintendent
The Board will interview candidates for the position.
 3. FUTURE MEETING DATES
3.1 Monday, March 29, 2021
3.2 Saturday, April 3, 2021
3.3 Wednesday, April 14, 2021
4:00 p.m. – Speci

On Mar 26, 2021, at 10:39 AM, tina plautz <tinaplautz@gmail.com> wrote:

This has nothing to do with the budget cut situation.  He was dismissed.

On Fri, Mar 26, 2021, 10:24 AM <oxtopus@gmail.com> wrote:
Let me get this straight. Someone campaigned in a democratic process to deprive the school of the funds necessary to operate, succeeded, and now they have to cut costs, which are dominated by labor. Is that right? What am I missing?

_._,_._,_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111532) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ

1/2

Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

_____

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_-_-_-_-_-_

Case 3:22-cv-00949-CRB   Document 117-15   Filed 12/22/23   Page 17 of 491

## Re: [95033talk] Can we have a discussion about real community issues?

From:   Casey Lelake (clelake@gmail.com)

To:       95033talk@groups.io; rlmajones@verizon.net

Cc:      tinaplautz@gmail.com

Date:   Sunday, March 28, 2021, 09:55 AM PDT

I wonder if it is possible to be in support of one teacher without bringing the names of other teachers who are not here to defend themselves into it? First the math replacement at the board meeting? Honestly I have never heard such negativity for someone who was asked to step up for our students - regardless if you like the reason why. Now Mr. Arias? Leave the other teachers out of it. We already have our hands full serving the students as best we can during these difficult times. ☮
- Casey Lelake

On Sun, Mar 28, 2021 at 9:17 AM Lila Turkalj Jones via groups.io <rlmajones=verizon.net@groups.io> wrote:
It is my understanding that neither the district nor Mr. Kissner are directly commenting on the details of his dismissal process, so I am concerned that there are folks that are sharing information "behind the scenes" that can't possibly have come the from the board or Mr. Kissner or the Board's recent closed session as those details should be private. I would caution folks from forming opinions based on hearsay and stick to information that was rightfully received as part of this process and publicly released by either party since that is the information that both the Board and Mr. Kissner are acting upon.

There have been a lot of vague accusations out there that cause harm to both the Board and Mr. Kissner. I know folks have made mention of Mr. Kissner's Science teaching. He has never taught a Science class wherein evolution was a part of the curriculum (i.e. life science). I might not agree with Mr. Kissner on this topic so I am thankful that he has not had that as part of his curriculum. What I am thankful for is that my kids have had the opportunity to see and hear his thoughts on a variety of issues, just as they have had the opportunity to hear opposing political and religious values from other teachers, like Mr. Arias, etc. I know it can be a slippery slope when politics or personal values or morals enter the classroom, such as the what the administration did during the 2018 walkout by changing their original stance of remaining non political to then making a 180 and adjusting the bell schedule and grading. The decision that former Superintendent Kidwell made at that time still haunts the District today. I do know that having our kids see that folks in their lives can have different opinions and be a part of the fabric of our community, is positive. We can't and shouldn't all think alike on everything, but we should learn to respect that there are differences.

The optics on this situation are not great. If Mr. Kissner has done something so egregious as what some community members are very vaguely professing, then I am not sure why the board did not address it before. The board has been directly asked about this in the past with no response or action so I can only assume he is not the menace that some are attempting to paint him as. In essence, upholding the "innocent until proven guilty" stance. The unfortunate part is that the board/administration has moved towards dismissal after battling with him over teaching a leveled math program. Additionally, he voiced his opposition to Measure N publicly, so the timing of this dismissal looks retaliatory in nature. While Measure N's failure is devastating to the budget, each and every taxpayer/constituent should be able to address the board to ask for answers about the budget. As a voter and community member of our district, Mr. Kissner joined 1 in 3 voters in voting No. Likewise, each constituent should be able to campaign as they see fit. In this case, all teachers were allowed to campaign to their preference, either for or against Measure N. They were able to do so as private citizens or teachers, the same as we were told that the board members could do by taking off their " board member hats" and actively campaigning or endorsing one board candidate over another. Additionally, as a constituent and taxpayer,folks are allowed to demand that the democratic process be followed. Mr. Kissner's service in the Marines assisted in defending democracy and constitutional rights including the one that I am exercising as I type this note.

In my opinion, the Board has put themselves in a tough spot. As they have said numerous times, they leave the day to day tasks of running the school up to the administration, and they make higher level decisions that stear the district agenda into the future. Now that the board has voted to move forward with the dismissal, it will be very

[95033talk] Re: Breaking: Can we have a discussion about board community issues

important that there is clear evidence that points to behavior that is commensurate with the administration's pursuit of dismissal. I have seen a list of items that were a part of the Skelly hearing on this dismissal. It included items such as typographical errors, grading during Covid, etc that are a part of the grounds for dismissal. Those seem like such minor things that I would be worried that they will use that as a way to dismiss other valued and tenured teachers by setting the precedent with Mr. Kissner. There was mention of other items such as an investigation of allegations from 2018. Have we, as taxpayers, really been paying for an investigation all the way from that time to the present? Or, if those concerns were valid back at the time of the 2018 investigation, enough to be grounds for dismissal, why would the board wait so long and leave other children exposed to any evils found in that investigation? It feels like a slippery slope for sure. Hopefully, the grounds for dismissal have not been conflated with frustrations over the more recent aforementioned items. The community is watching closely and I fear that the rumblings of years of board distrust will only grow in light of the limited information that we have at this time. Being in HR, I know that dismissal is a tough course of action on all parties involved and in this case it is affecting the kids as they are watching, too.

In the meantime, I hope the Board is confident in their decision as it stands to cost the district untold thousands of dollars, at a time that we can't afford it, in addition to further damage to community trust. I am appreciative of their time and efforts in serving on the board and I hope I can also be appreciative of their actions.

As for Mr. Kissner, I continue to recognize him as an outstanding teacher to his students, coach to the wrestling team and community leader fostering leadership and community involvement opportunities for the kids. He always gives more than 100% percent. I thank him and his wife for the countless hours they have put forth to show kids that they care even attending sports game of former pupils to show their support. They have created programs to enrich families in our community and at-risk communities with amazing trips that build an appreciation for the outdoors along with confidence and grit. I wish only the best for them.

_._._._._._

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111609) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_._._._._._

Re: [95033talk] Can we have a discussion about real community issues?

From:   Casey Lelake (clelake@gmail.com)

To:     95033talk@groups.io; rlmajones@verizon.net

Cc:     tinaplautz@gmail.com

Date:   Sunday, March 28, 2021, 11:34 AM PDT

Hi Lila. I am well aware of your involvement with the school and community and I think that is great. I know and adore your kids and have taught all of them.

That being said, I was still appalled with what I heard at the board meeting after the replacement teacher had been teaching for less than two and half school weeks at best?  If I was taking over for a teacher, I would also want to start with a clean slate, like the beginning of a grading period.. not for me to look good, but I would think of it like the beginning of a grading term. It would be a fresh start for them AND me and I think that would be helpful for many of the kids (especially during Zoom teaching) who might be struggling with the content area.  To make it seem like it was a false controversy or a political move was sad to me and dangerous. . I guess we will have to agree to disagree on this one.

On Sun, Mar 28, 2021 at 11:12 AM Lila Turkalj Jones via groups.io <rlmajones=verizon.net@groups.io> wrote:

My apologies if you read anything negative into what I said about Mr. Arias. Please note that I said I am thankful for the experience that my child had in his class and Mr. Kissners. I know other parents that appreciate the fact that many kids got to experience the diversity of thought amongst their educators. There is nothing in there that Mr. Arias or Mr. Kissner would need to defend.

As for the math transition, it has been hard and I think it is important for the Board and Administration to hear about the children's perspective so that they understand the feelings and thoughts that they share at home. As a parent, it is my job to be my children's advocate and sometimes that might shine a negative light on their experience, but it is their truth.

I have volunteered countless hours for the LPEF Gala, Art in Action, School Site Council, CTE and Loma HSC's, Loma Library, Reopening Task Force, Measure H Oversight Committee, etc. I also ran for the school board in 2018. Our family also chooses to donate monthly to LPEF. Our dedication is all in for the District. I am a constituent, community member and parent to 4 kids that have attended or are attending the district, so I feel I have a fair amount of skin in the game and have the ability to share my thoughts, be they negative or positive.

_-_-_-_-_-

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111619) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_-_-_-_-_-

Re: [95033talk] Can we have a discussion about real community issues?

From: Deb Erba via groups.io (deberba=yahoo.com@groups.io)

To: Jmartinloh@gmail.com; 95033talk@groups.io

Date: Friday, March 26, 2021, 08:08 PM PDT

I have no beef in this. Yet I'm still concerned enough about fairness to comment. I was born in California, and am gen X, don't give two squats about cancel culture which, to be honest, was initiated by boomers so take this as you will.

1)  I have no idea what "post" was "supposedly" deleted but Ms Plautz was able to substantially repeat her post shown above (which has been commented on many times) in the FB version of this community.

2) the teacher in question was a tenured teacher working for a public school.  There are many things that can be said that would fall under freedom of speech, politics and public criticism of publicly appointed superiors is one of them.  If you get fired for calling out your superiors for wrong doing, there is, in fact, a whistleblower statute that will protect you EVEN if you are in private employment.  I know of this firsthand. There are also many things that don't fall under that but there is a difference between private and public. Public employees have much greater protection.
3) I have seen comments about Mr Kissner's wonderful teaching to some children. I have also seen comments about Mr Kissner's position as the science teacher stating his opposition to evolution. If my "children" attended school, I would have a serious problem with the mixing of religion with science in a public school. In a private religious school, I would expect it. Just as I would expect an opposition to homosexuality or any thing else that was against Christian teaching.

feel free to cancel me out. Peace dudes. X

_-_-_-_-_-

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111559) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_-_-_-_-_-

Case 3:22-cv-00949-CRB   Document 117-15   Filed 12/22/23   Page 21 of 491

## Re: [95033talk] Can we have a discussion about real community issues?

From:   Deb Erba via groups.io (deberba=yahoo.com@groups.io)

To:     95033talk@groups.io; scottplautz@gmail.com

Date:   Friday, March 26, 2021, 10:23 PM PDT

To Scott Plautz

I can only assume you're related to Tina Sabic Plautz who started this particular thread on both google talk and the FB thread in support of Mr Kissner without any actual knowledge around the facts of his termination or I'm quite sure we would now be aware of them at this point. As an example, for all I know, he could have called some student a "homo who would burn in hell". Maybe that would have made the news, maybe not. But we don't know. And that's my point unless you have actual facts to support his now lack of tenure. It is pure conjecture.

I'm going to take this opportunity to "speak" my mind about your specific comments since you decided to shame one of the moderators by attacking his credibility through his wife's apparently previously failed attempt to serve the community through the ballot box, which as we all know is influenced by money and Russia (hopefully not during her previous run but no guarantee). I find your attack incredibly offensive and demeaning to both his wife and to Sanjay. You easily could have pointed out a "conflict of interest" with his wife serving on the board. But that's not what you choose to do. No... it apparently wasn't enough to serve your purpose.

If you had an issue with his wife being appointed or her application, you should have brought this to the board when she applied to the position. You will obviously have an opportunity to vote in the next election they hold. Perhaps you should run if you're up to it. Or perhaps Tina should (regardless of any connection she may have to you). Then perhaps we can gauge who is more qualified(?) to the position by percentage of votes? At least Char ran (and applied too). More than we can say for some.

Associating Sanjay's comments about monitoring the discussion (which Is not unusual) to censoring opinions is a huge stretch. The monitors have always strived to keep community respect in the talk forum as our baseline for community discourse. Your comments, sir, attacking his wife, and the moderators (although maybe you were excluding Scott Green?) were anything but respectful. And no, I don't find it ironic that Char previously ran (and is persistent) and that Sanjay is a moderator of this forum doing what he volunteered to do and has thanklessly (maybe occasionally thanked) done for years.

As you pointed out, one of the moderators (Scott Green) participated in this discussion. No one is looking to censor you but ALL of us in the community expect the moderators to ensure respectful conversations occur on this forum. Your comments are anything but respectful. They personally attacked. Regardless of what Sanjay followed up with. Because he and his wife (obviously since she's not commenting) are respectful. Unless, of course, I am to infer from your comments that you believe spouses do not have independent thought and action from each other.

Respect. The basis of so much to do with relationships and yet so infrequently demonstrated unless there is accountability to boundaries given. Pity.

Thanks! Deb
Sent from my iPhone, please excuse typos or odd word substitutions curtesy of Apple
_·_·_·_·_

Groups.io Links:

You receive all messages sent to this group.

[View/Reply Online (#111564)](#) | [Reply To Group](#) | [Reply To Sender](#) | [Mute This Topic](#) | [New Topic](#)

4/16/2021 Yahoo Mail - Re: [95033talk] Can we have a discussion about our/each community issues?

Case 3:22-cv-00949-CRB Document 147-15 Filed 12/22/23 Page 22 of 491

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!
_____

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_._,_._,_._,_

Re: [95033talk] Can we have a discussion about real community issues?

From:  Deb Erba via groups.io (deberba=yahoo.com@groups.io)

To:    95033talk@groups.io; rebeccasmithrealtor@yahoo.com

Date:  Saturday, March 27, 2021, 09:22 AM PDT

Rebecca, thanks for helping me understand the personal attack on Char a little better, if, in fact, Scott Plautz is related to Tina. It helps provide perspective of his comments around Char's appointment. It doesn't however excuse his comments or the personal attack. I'm guessing the most recent candidates were not the same that she ran against in the election she did not win in.

You did make a comment  " Actually Tina Plautz did apply … her appointment might have given us a better chance of avoiding the cost of a special election."

Why do you think that?  Obviously the Kissner issue was initiated way before the appointment so unless the board discussion on kissner was made public (and given the speculation on his termination, my guess is no) there is no way to know if the new appointment had any impact one way or the other or if Tina had won, and been privy to the same information, that her vote would have been a deciding factor or even different.  Obviously she wouldn't be initiating posts on the topic though.

Is it because Tina was the candidate of choice for those wanting  an election? If so, essentially that is a segment of parents blackmailing the board into appointing who they want on the board and kudos to the board for hiring the person they felt was most qualified (I am assuming that was their criteria).

I understand that the interviews were public. I've been told Char's interviews were also very good (I did not watch personally) and that she was even threatened for running along with being the target racist comments which make me quite concerned about the motivations behind the parents who made them (not that I know who did). Were the boards candidate discussion also made public?  If so, then we'd know why one candidate won over another. Perhaps that would have allowed acceptance by those evidentially opposed to Char's appointment although if the info I was given above is true, qualifications were not the concern and it would have made little difference.

100% agree that all candidates deserve kudos for even putting their hat in the ring. In the end, the board is still an elected body. They can be voted out if all the parents disagree with the decisions being made.

Thanks! Deb
, please excuse typos or odd word substitutions curtesy of Apple

_._,_._,_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111583) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_._,_._,_

Yahoo Mail - Re: [95033talk] Can we have a discussion about real community issues?

## Re: [95033talk] Can we have a discussion about real community issues?

| | |
|---|---|
| From: | Deb Erba via groups.io (deberba=yahoo.com@groups.io) |
| To: | rebeccasmithrealtor@yahoo.com; 95033talk@groups.io |
| Date: | Sunday, March 28, 2021, 09:34 AM PDT |

Thanks Rebecca. Very helpful.

I'd agree that healing starts with listening, something that desperately needs to happen in this community. That listening needs to happen on both sides. What I saw in the FB posts labeled as "fact" to justify and influence decisions was refuted and shown to not be "fact" as presented. This leads me to believe that there will always be some are not open to understanding data (or others views) in a different way than how they want to see it. It requires an open mind. A WILLINGNESS to have an open mind.  And therein lies the challenge. Anyone with an agenda needs to put them aside. Unless that agenda is healing and listening.

The board may be up to the challenge but we may also be setting the board up for failure. So how do we overcome that?

_·_·_·_·_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111607) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_·_·_·_·_

## Re: [95033talk] Can we have a discussion about real community issues?

From:   Jonathan Grant-Richards (imlittlejon@gmail.com)

To:     lovemyredjeep@yahoo.com; 95033talk@groups.io

Date:   Saturday, March 27, 2021, 07:52 AM PDT

Maria,

I wonder where you got the impression that the staff at CT treated Mr. Kissner "terribly". This is just not true. I teach at CT and have for the past 14 years.  We embraced David when he came on board.  We knew his religious and political beliefs, and they were not so different from other staff members.  We have  devout Christians and other political conservatives amongst us.  We were thrilled when he met his wife, and many of us attended his wedding.  We held a baby shower for them. On a personal level, my husband and I thought it was enriching and valuable for our son to be taught by and close to someone with some different views than our own. As a staff we embrace diversity.

Sincerely,
Wendy Grant-Richards (yes, I am related to Jonathan)
_·_·_·_·_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111576) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

_____

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!
_____

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_·_·_·_·_

Yahoo Mail - Re: [95033talk] Can we have a discussion about real community issues?

## Re: [95033talk] Can we have a discussion about real community issues?

From: Jana McBurney-Lin (jmcburneylin@msn.com)

To: 95033talk@groups.io; tinaplautz@gmail.com; cmhaskin@gmail.com

Cc: oxtopus@gmail.com

Date: Friday, March 26, 2021, 11:48 AM PDT

It's good of you to let us know about this meeting.  But all the chatter--some of it bordering on conspiracy--is concerning. In this litigious society, in this heavily-unionized profession, it is mind-boggling to assume that Mr. Kissner is being let go without strong cause.
Sounds like some parents like him. My children all had Mrs. Nefian (who is still there and has seniority over Mr. Kissner.) They loved her, and I've heard other parents on this thread still singing her praises as well. So, it's not as if the students will be suffering.
The School Board is an elected body, by all of us, and a pretty thankless job.  Voicing concerns is nice.  But voicing concerns and assuming the worst of the board, without actually knowing all the facts, sounds really unhelpful.
My two cents,
Jana

---

**From:** 95033talk@groups.io <95033talk@groups.io> on behalf of Caroline Haskin <cmhaskin@gmail.com>
**Sent:** Friday, March 26, 2021 11:35 AM
**To:** 95033talk@groups.io <95033talk@groups.io>; tinaplautz@gmail.com <tinaplautz@gmail.com>
**Cc:** oxtopus@gmail.com <oxtopus@gmail.com>
**Subject:** Re: [95033talk] Can we have a discussion about real community issues?

Special Board Meeting
AGENDA
1. ROLL CALL TO ORDER – 12:00 p.m.
1.1 Roll Call
1.2 Flag Salute
1.3 Approval of Agenda
1.4 Public Concerns (An opportunity for the public to comment or address the Board on issues to be discussed in Closed Session)
2. RECESS TO CLOSED SESSION – Personnel, Negotiations, Legal Matters
(Pursuant to Gov't Code Section 54954.2, closed sessions are not open to the public and may only be held for negotiations discussion, employment or dismissal of an employee, disciplinary matters relative to student(s) or employee(s), meeting with legal counsel on pending or anticipated litigation, emergency situations and other exceptions as provided by the law, including Government Code sections 54957 and 54957.6.)
2.1 Public Employee Employment: Superintendent
The Board will interview candidates for the position.
 3. FUTURE MEETING DATES
3.1 Monday, March 29, 2021
3.2 Saturday, April 3, 2021
3.3 Wednesday, April 14, 2021
4:00 p.m. – Speci

On Mar 26, 2021, at 10:39 AM, tina plautz <tinaplautz@gmail.com> wrote:

This has nothing to do with the budget cut situation.  He was dismissed.

Case 3:22-cv-00949-CRB   Document 147-15   Filed 12/22/23   Page 27 of 491

> On Fri, Mar 26, 2021, 10:24 AM <oxtopus@gmail.com> wrote:
>> Let me get this straight. Someone campaigned in a democratic process to deprive the school of the
>> funds necessary to operate, succeeded, and now they have to cut costs, which are dominated by
>> labor. Is that right? What am I missing?

_·_·_·_·_

Groups.io Links:
You receive all messages sent to this group.
View/Reply Online (#111535) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

_____

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!
_____

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_·_·_·_·_

About Mail Re: [95033talk] Can we have a discussion about real community issues?

## Re: [95033talk] Can we have a discussion about real community issues?

From:   Jean Anne Bryant-Green (jfaith1@hotmail.com)

To:     95033talk@groups.io; cramcram@gmail.com

Date:   Friday, March 26, 2021, 12:05 PM PDT

I/we are thankful and grateful for
Mr. Kissner. He is a dedicated, passionate and excellent teacher and coach. He served our country to protect our freedom and freedom of speech. He lost brothers, had near death experiences and sacrificed more than we will ever know.
Forever grateful..
Thank you Mr. Kissner!!!

On Mar 26, 2021, at 9:47 AM, Marc Howard <cramcram@gmail.com> wrote:

Cancel culture is getting out of hand. Why can't a person express their opinion without being fired?

Marc Howard

On Fri, Mar 26, 2021 at 9:37 AM Larry McVoy <lm@mcvoy.com> wrote:
> So I am part of the everyone that doesn't know it so I asked my younger
> son and this is what he said:

> I really liked him, I thought he was a good teacher and a good guy

> That's just one kid but if the majority of kids feel like that, this
> stinks.

> On Fri, Mar 26, 2021 at 04:24:19PM +0000, Becky Yoder wrote:

>> This is no longer about the children. ??It is about personal agendas and vendettas. ??If it
>> was up to the children, he would still be in the classroom and everyone else would be
>> replaced. And everyone knows that.
>> On Friday, March 26, 2021, 09:17:46 AM PDT, Larry McVoy <lm@mcvoy.com> wrote:

>> We got sick of the school nonsense and pulled our kids and sent them to
>> Kirby. It's expensive, I believe they may have some scholarships, but
>> spendy if not. If you can afford it, it was *WAY* better than CT or
>> LG High. I regret not doing it earlier.

>> I don't know the details of the CT drama (thankfully) but the optics of
>> firing a teacher who opposed a school bond measure aren't great. Don't
>> they have a union that protects them?

>> On Fri, Mar 26, 2021 at 08:34:47AM -0700, tina plautz wrote:

>> I saw this post on Facebook this morning and couldn't help but share that
>> the admin removed the post What is going on with controlling the narrative
>> in our community and restricting opinions and discussions?? We need to be

About Mail - Re: [sccs-math] Can we have a discussion about our community issues

able to share our thoughts and views to have an open discussion. I am
saddened by the decision to remove David as he has been an inspirational
leader to our students and community. Our district has been embroiled in a
battle with him for a number of years and continue to make decisions that
negatively affect our children. Not only are we losing one of the best
math teachers our children have, I have to assume we will no longer have
the CT wrestling program, the volunteer run Mountain Mayhem wrestling club
and the Mountain Math Initiative that our students have been benefiting
from. With all that being said, I have to include our personal experience
during this matter.

The moment he was placed on leave, the district brought in a Math
Specialist to replace him and with agreeance from our principal, they
decided to change all Math students grades to an A in the name of a ???fresh
start???. Ironically, 2 days prior my child received his honor roll
certificates commending his hard work to earn such a privilege. Well,
which one is it? Are grades real or not? Last I checked it was the
measurement tool to gauge how our children are doing. Have we forgotten
what it means to provide excellent education to our students? Is this
politically driven? I just do not see how this behavior is acceptable.
Unfortunately, this isn???t the first time our district has been known for
changing grades at will as Corey Kidwell deviated from her own policies
after the walkout. We the community deserve to know what is really going
on. See letter below that was shared.........

Sincerely a concerned mom... Tina

Dear Neighbors,

We as a group formed over six months ago to oppose a funding measure in our
school district. At the face value, it should have been a routine exercise
in our rights to express ourselves and vote. Unfortunately, it turned out
to be anything but a democratic exercise. Reluctantly, David Kissner and I
became the face of measure N opposition and all that came with it. At the
outset, we were both told by school board members and community leaders
that we will pay a heavy price for it.

Five months after the election, David Kissner paid that price today. In a
clear case of retaliation, the board voted 5-0 to dismiss David as a
teacher in our Loma Prieta school district.

I just wanted to share my sense of outrage and my personal commitment to
provide David with any means required to clear his name and return back to
school teaching math, where he belongs.

Best Regards,
Shahryar Rokni

--
Tina Plautz

--
---
Larry McVoy lm at mcvoy.com http://www.mcvoy.com/lm

--
---
Larry McVoy lm at mcvoy.com http://www.mcvoy.com/lm

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111536) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_._,_._,_._

Case 3:22-cv-00949-CRB Document 117-15 Filed 12/22/23 Page 31 of 491

## Re: [95033talk] Can we have a discussion about real community issues?

| | |
|---|---|
| From: | Jennifer Martin (jmartinloh@gmail.com) |
| To: | 95033talk@groups.io; scottplautz@gmail.com |
| Cc: | sanj95033@gmail.com |
| Date: | Friday, March 26, 2021, 07:09 PM PDT |

Trying not to chime in here but that was really below the belt.  Sanjay has done nothing to deserve a personal attack on him and his family. He's always maintained neutrality on this forum and to insinuate something nefarious about his motives or his tireless work for this community forum, is reprehensible.

I also really wish members of this community would educate themselves on the 1st Amendment (and the 2nd and a few others) before spouting off on 1st Amendment rights.

Speaking of the 1st Amendment, a large population of this "community" believes Kissner is not only a total hypocrite about the 1st Amendment, but a menace and a liability to our school - it's about time the Board protects the school and the kids who are forced to listen to his f**ked up attempts to indoctrinate and manipulate children and their parents. I was dumbfounded that it wasn't done before this.
Thanks Char and the rest of the Board for doing your jobs and taking the brunt for all of us.

On Fri, Mar 26, 2021 at 9:55 PM Scott Plautz <scottplautz@gmail.com> wrote:
> Hi Sanjay,
>
> I hope you, Char and the family are well...
>
> I believe one of the moderators of this list, Scott Green, commented on the post and supports this healthy, honest, community discussion and the ability for people with different opinions to voice their concerns. So, I hope you're not saying the moderators while meaning, you, singularly?
>
> The other issue which makes this challenging for you to shut down this conversation, and a conflict of interest for you, is that your wife, Char, was just appointed to the school board and one of the individuals who voted to release Mr. Kissner.
>
> The irony is, Char ran for a school board seat several years ago, and within a democratic voting process, the community only granted her approximately 12% of the vote and she lost by a large margin and never had the opportunity to serve, by choice of the people and democracy, which our school district rarely provides...which I'm happy to elaborate on if you so choose.
>
> So, I find it ironic that you want to shut down this healthy discussion while your wife could only attain a board seat by being appointed, because obviously, the community does not support her candidacy.
>
> I recommend you allow the process of free speech and democracy to rule again. This community is fed up with the "moderators" and being marginalized by you and the school leadership, both board and administration!
>
> Looking forward to your response to the community on this issue of "moderating" and yes, we are monitoring YOUR action on this list as you stated you are monitoring us...and BTW, I am NOT the normal list of "characters" you stated, as I watch your actions in silence...but I am part of the silent majority who are monitoring you...
>
> Have a great evening and best to you, Char and your kids!
>
> Take Care,

Scott Plautz

> On Mar 26, 2021, at 5:19 PM, sanjay k <sanj95033@gmail.com> wrote:
>
>
> All-
>
> The moderators are watching this. While we currently don't have any reason to shut this down, we will if need be (and yes, que up the normal list of characters who will complain and say how they disagree. Yup. It's been 10 years for this list and those arguments never get old... so thankful to be reminded about them).
>
> I'll also use this occasion to remind folks this is an HR matter. Facts are usually not that easy to come out - the board (which is indeed made up of humans who are community members) cannot comment. That may lead some to conspiracy theories - the truth may well be different.
>
> Thanks for continuing to be civil here. I'm told the Facebook group is the place to be to vent.
>
> Thanks,
> Sanjay
> (Moderator of this private group; if you believe the first amendment applies here, suggest you read up on what the first amendment actually means)

_-_-_-_-_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111556) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_-_-_-_-_

Re: [95033talk] Can we have a discussion about real community issues?

From:  Jennifer Martin (jmartinloh@gmail.com)

To:  ralph_susan@comcast.net

Cc:  95033talk@groups.io

Date:  Saturday, March 27, 2021, 07:40 AM PDT

The fact that Kissner was a good math teacher does not excuse other inappropriate behavior in a public school context. As I desist, he presented a significant risk of liability to the school and it is the job of a Board - any Board - to mitigate risk as appropriate. They did their job.

And I find it hilarious that anyone would be offended by words with asterisks in them after the dangerous and immoral political discourse of the last several years.  I'll stand by my adjective, but if it helps, I'll repeat it in your vocabulary:  It is TOTALLY OUT OF BOUNDS for a public school teacher to indoctrinate children, exploit our public school grounds for his own ulterior motives, and manipulate our entire community.

It has nothing to do with my politics or values, about which you haven't a clue.

On Sat, Mar 27, 2021 at 1:49 AM <ralph_susan@comcast.net> wrote:
> Obviously, by the use of profanity you don't have much to offer on this subject.  TOTALLY OUT OF BOUNDS.  I do
> believe Mr Kissner has a lot to offer our children and perhaps not your political point of view.
> Susan Z
_-_-_-_-_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111575) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_-_-_-_-_

## Re: [95033talk] Can we have a discussion about real community issues?

From: Judy Dutil via groups.io (seagirldrive=yahoo.com@groups.io)

To: 95033talk@groups.io

Date: Saturday, March 27, 2021, 11:05 AM PDT

OMG has it come to this?   Personal attacks on folks serving our Community are so way outta line here.

So sorry Sanjay,  please know (and I'm sure you do) than we really appreciate what you deal with!!

Judy

On Friday, March 26, 2021, 7:52:56 PM PDT, Sarah Puckett <sarahpuckett@gmail.com> wrote:

Woofah!  Time to bow out and act according to my convictions.  This discussion seems to have taken a turn.

On Fri, Mar 26, 2021, 7:09 PM Jennifer Martin <Jmartinloh@gmail.com> wrote:
> Trying not to chime in here but that was really below the belt.  Sanjay has done nothing to deserve a personal attack on him and his family. He's always maintained neutrality on this forum and to insinuate something nefarious about his motives or his tireless work for this community forum, is reprehensible.
>
> I also really wish members of this community would educate themselves on the 1st Amendment (and the 2nd and a few others) before spouting off on 1st Amendment rights.
>
> Speaking of the 1st Amendment, a large population of this "community" believes Kissner is not only a total hypocrite about the 1st Amendment, but a menace and a liability to our school - it's about time the Board protects the school and the kids who are forced to listen to his f**ked up attempts to indoctrinate and manipulate children and their parents. I was dumbfounded that it wasn't done before this.
> Thanks Char and the rest of the Board for doing your jobs and taking the brunt for all of us.
>
>
>
> On Fri, Mar 26, 2021 at 9:55 PM Scott Plautz <scottplautz@gmail.com> wrote:
>> Hi Sanjay,
>>
>> I hope you, Char and the family are well...
>>
>> I believe one of the moderators of this list, Scott Green, commented on the post and supports this healthy, honest, community discussion and the ability for people with different opinions to voice their concerns. So, I hope you're not saying the moderators while meaning, you, singularly?
>>
>> The other issue which makes this challenging for you to shut down this conversation, and a conflict of interest for you, is that your wife, Char, was just appointed to the school board and one of the individuals who voted to release Mr. Kissner.
>>
>> The irony is, Char ran for a school board seat several years ago, and within a democratic voting process, the community only granted her approximately 12% of the vote and she lost by a large margin and never had the opportunity to serve, by choice of the people and democracy, which our school district rarely provides...which I'm happy to elaborate on if you so choose.

1/3

So, I find it ironic that you want to shut down this healthy discussion while your wife could only attain a board seat by being appointed, because obviously, the community does not support her candidacy.

I recommend you allow the process of free speech and democracy to rule again. This community is fed up with the "moderators" and being marginalized by you and the school leadership, both board and administration!

Looking forward to your response to the community on this issue of "moderating" and yes, we are monitoring YOUR action on this list as you stated you are monitoring us…and BTW, I am NOT the normal list of "characters" you stated, as I watch your actions in silence…but I am part of the silent majority who are monitoring you…

Have a great evening and best to you, Char and your kids!

Take Care,

Scott Plautz

> On Mar 26, 2021, at 5:19 PM, sanjay k <sanj95033@gmail.com> wrote:
>
>
> All-
>
> The moderators are watching this. While we currently don't have any reason to shut this down, we will if need be (and yes, que up the normal list of characters who will complain and say how they disagree. Yup. It's been 10 years for this list and those arguments never get old… so thankful to be reminded about them).
>
> I'll also use this occasion to remind folks this is an HR matter. Facts are usually not that easy to come out - the board (which is indeed made up of humans who are community members) cannot comment. That may lead some to conspiracy theories - the truth may well be different.
>
> Thanks for continuing to be civil here. I'm told the Facebook group is the place to be to vent.
>
> Thanks,
> Sanjay
> (Moderator of this private group; if you believe the first amendment applies here, suggest you read up on what the first amendment actually means)

_-_-_-_-_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111591) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_._._._._

Re: [95033talk] Can we have a discussion about real community issues?

| | |
|---|---|
| From: | julielane2002 (julielane2002@gmail.com) |
| To: | 95033talk@groups.io; Sarahpuckett@gmail.com |
| Cc: | jmartinloh@gmail.com |
| Date: | Friday, March 26, 2021, 08:27 PM PDT |

A school board cannot dismiss a teacher unless there are severe reasons. Let's trust our school board, not cite things from prior boards and administrations, and believe that as much as he was beloved, they made a decision that was likely difficult, but necessary. Both of my kids enjoyed being taught and coached by him but I know that we as a community do not know all of the facts. We have a process and I choose to believe it was followed. Let's trust.  Thx..j

On Mar 26, 2021, at 7:52 PM, Sarah Puckett <Sarahpuckett@gmail.com> wrote:

Woofah!  Time to bow out and act according to my convictions.  This discussion seems to have taken a turn.

On Fri, Mar 26, 2021, 7:09 PM Jennifer Martin <Jmartinloh@gmail.com> wrote:
> Trying not to chime in here but that was really below the belt.  Sanjay has done nothing to deserve a personal attack on him and his family. He's always maintained neutrality on this forum and to insinuate something nefarious about his motives or his tireless work for this community forum, is reprehensible.
>
> I also really wish members of this community would educate themselves on the 1st Amendment (and the 2nd and a few others) before spouting off on 1st Amendment rights.
>
> Speaking of the 1st Amendment, a large population of this "community" believes Kissner is not only a total hypocrite about the 1st Amendment, but a menace and a liability to our school - it's about time the Board protects the school and the kids who are forced to listen to his f**ked up attempts to indoctrinate and manipulate children and their parents. I was dumbfounded that it wasn't done before this.
> Thanks Char and the rest of the Board for doing your jobs and taking the brunt for all of us.
>
>
>
> On Fri, Mar 26, 2021 at 9:55 PM Scott Plautz <scottplautz@gmail.com> wrote:
>> Hi Sanjay,
>>
>> I hope you, Char and the family are well…
>>
>> I believe one of the moderators of this list, Scott Green, commented on the post and supports this healthy, honest, community discussion and the ability for people with different opinions to voice their concerns. So, I hope you're not saying the moderators while meaning, you, singularly?
>>
>> The other issue which makes this challenging for you to shut down this conversation, and a conflict of interest for you, is that your wife, Char, was just appointed to the school board and one of the individuals who voted to release Mr. Kissner.
>>
>> The irony is, Char ran for a school board seat several years ago, and within a democratic voting process, the community only granted her approximately 12% of the vote and she lost by a large

Case 3:22-cv-00949-CRB Document 147-15 Filed 12/22/23 Page 38 of 491

margin and never had the opportunity to serve, by choice of the people and democracy, which our school district rarely provides…which I'm happy to elaborate on if you so choose.

So, I find it ironic that you want to shut down this healthy discussion while your wife could only attain a board seat by being appointed, because obviously, the community does not support her candidacy.

I recommend you allow the process of free speech and democracy to rule again. This community is fed up with the "moderators" and being marginalized by you and the school leadership, both board and administration!

Looking forward to your response to the community on this issue of "moderating" and yes, we are monitoring YOUR action on this list as you stated you are monitoring us…and BTW, I am NOT the normal list of "characters" you stated, as I watch your actions in silence…but I am part of the silent majority who are monitoring you…

Have a great evening and best to you, Char and your kids!

Take Care,

Scott Plautz

> On Mar 26, 2021, at 5:19 PM, sanjay k <sanj95033@gmail.com> wrote:

> All-

> The moderators are watching this. While we currently don't have any reason to shut this down, we will if need be (and yes, que up the normal list of characters who will complain and say how they disagree. Yup. It's been 10 years for this list and those arguments never get old… so thankful to be reminded about them).

> I'll also use this occasion to remind folks this is an HR matter. Facts are usually not that easy to come out - the board (which is indeed made up of humans who are community members) cannot comment. That may lead some to conspiracy theories - the truth may well be different.

> Thanks for continuing to be civil here. I'm told the Facebook group is the place to be to vent.

> Thanks,
> Sanjay
> (Moderator of this private group; if you believe the first amendment applies here, suggest you read up on what the first amendment actually means)

_._,_._,_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111563) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_._,_._,_

[95033talk] Can we have a discussion about real community issues?

Re: [95033talk] Can we have a discussion about real community issues?

From: Kim Kooyers via groups.io (kjkooyers=icloud.com@groups.io)

To: 95033talk@groups.io

Date: Friday, March 26, 2021, 10:03 AM PDT

Mr. Kissner is the best math teacher my now 9th grader has ever had and he has done a lot for the community, so that is a loss. That being said, I do not know the reasons why he has been dismissed and the school is likely bound by confidentiality. I don't think it's fair or productive to conjecture.

On Mar 26, 2021, at 9:55 AM, Ricardo David <ricardo.x.david@gmail.com> wrote:

Something feels very wrong here. I can only judge Mr Kissner based upon my own interactions with him and positive feedback my two boys who attended CT.  He had a positive impact on both of them and served the community well with his numerous outreach programs.  This is a loss for our community.

Ricardo

On Fri, Mar 26, 2021 at 9:52 AM Yusuf Akca < yusuf.akca@gmail.com> wrote:
He's one of the best teachers, if not the best,  we've ever known. That includes me, my wife, and my two kids' teachers. It should have been totally out of discussion, but for the record I voted in favor of the school's view on measure N. Now seeing how the school administration handled the situation and went for retaliation, I don't know if I would do the same again.

On Fri, Mar 26, 2021 at 9:37 AM Larry McVoy <lm@mcvoy.com> wrote:
So I am part of the everyone that doesn't know it so I asked my younger son and this is what he said:

I really liked him, I thought he was a good teacher and a good guy

That's just one kid but if the majority of kids feel like that, this stinks.

On Fri, Mar 26, 2021 at 04:24:19PM +0000, Becky Yoder wrote:

This is no longer about the children. ??It is about personal agendas and vendettas. ??If it was up to the children, he would still be in the classroom and everyone else would be replaced. And everyone knows that.
On Friday, March 26, 2021, 09:17:46 AM PDT, Larry McVoy <lm@mcvoy.com> wrote:

We got sick of the school nonsense and pulled our kids and sent them to Kirby. It's expensive, I believe they may have some scholarships, but spendy if not. If you can afford it, it was *WAY* better than CT or LG High. I regret not doing it earlier.

I don't know the details of the CT drama (thankfully) but the optics of firing a teacher who opposed a school bond measure aren't great. Don't they have a union that protects them?

On Fri, Mar 26, 2021 at 08:34:47AM -0700, tina plautz wrote:

I saw this post on Facebook this morning and couldn't help but share that

the admin removed the post What is going on with controlling the narrative in my community and restricting opinions and discussions?? We need to be able to share our thoughts and views to have an open discussion. I am saddened by the decision to remove David as he has been an inspirational leader to our students and community. Our district has been embroiled in a battle with him for a number of years and continue to make decisions that negatively affect our children. Not only are we losing one of the best math teachers our children have, I have to assume we will no longer have the CT wrestling program, the volunteer run Mountain Mayhem wrestling club and the Mountain Math Initiative that our students have been benefiting from. With all that being said, I have to include our personal experience during this matter.

The moment he was placed on leave, the district brought in a Math Specialist to replace him and with agreeance from our principal, they decided to change all Math students grades to an A in the name of a ???fresh start???. Ironically, 2 days prior my child received his honor roll certificates commending his hard work to earn such a privilege. Well, which one is it? Are grades real or not? Last I checked it was the measurement tool to gauge how our children are doing. Have we forgotten what it means to provide excellent education to our students? Is this politically driven? I just do not see how this behavior is acceptable. Unfortunately, this isn???t the first time our district has been known for changing grades at will as Corey Kidwell deviated from her own policies after the walkout. We the community deserve to know what is really going on. See letter below that was shared.........

Sincerely a concerned mom... Tina

Dear Neighbors,

We as a group formed over six months ago to oppose a funding measure in our school district. At the face value, it should have been a routine exercise in our rights to express ourselves and vote. Unfortunately, it turned out to be anything but a democratic exercise. Reluctantly, David Kissner and I became the face of measure N opposition and all that came with it. At the outset, we were both told by school board members and community leaders that we will pay a heavy price for it.

Five months after the election, David Kissner paid that price today. In a clear case of retaliation, the board voted 5-0 to dismiss David as a teacher in our Loma Prieta school district.

I just wanted to share my sense of outrage and my personal commitment to provide David with any means required to clear his name and return back to school teaching math, where he belongs.

Best Regards,
Shahryar Rokni

--
Tina Plautz

--
---
Larry McVoy lm at mcvoy.com http://www.mcvoy.com/lm

--
---
Larry McVoy lm at mcvoy.com http://www.mcvoy.com/lm

_–_–_–_–_–

---

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111517) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

---

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

---

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_–_–_–_–_–

4bocdVifB'5Re DOscdméqt Can1deThaVea disciesio/a0/a22/eaBcomrnage is4des?

## Re: [95033talk] Can we have a discussion about real community issues?

From: Larry McVoy (lm@mcvoy.com)

To: 95033talk@groups.io; tinaplautz@gmail.com

Date: Friday, March 26, 2021, 09:17 AM PDT

We got sick of the school nonsense and pulled our kids and sent them to
Kirby. It's expensive, I believe they may have some scholarships, but
spendy if not. If you can afford it, it was *WAY* better than CT or
LG High. I regret not doing it earlier.

I don't know the details of the CT drama (thankfully) but the optics of
firing a teacher who opposed a school bond measure aren't great. Don't
they have a union that protects them?

On Fri, Mar 26, 2021 at 08:34:47AM -0700, tina plautz wrote:

> I saw this post on Facebook this morning and couldn't help but share that
> the admin removed the post What is going on with controlling the narrative
> in our community and restricting opinions and discussions?? We need to be
> able to share our thoughts and views to have an open discussion. I am
> saddened by the decision to remove David as he has been an inspirational
> leader to our students and community. Our district has been embroiled in a
> battle with him for a number of years and continue to make decisions that
> negatively affect our children. Not only are we losing one of the best
> math teachers our children have, I have to assume we will no longer have
> the CT wrestling program, the volunteer run Mountain Mayhem wrestling club
> and the Mountain Math Initiative that our students have been benefiting
> from. With all that being said, I have to include our personal experience
> during this matter.
> The moment he was placed on leave, the district brought in a Math
> Specialist to replace him and with agreeance from our principal, they
> decided to change all Math students grades to an A in the name of a ???fresh
> start???. Ironically, 2 days prior my child received his honor roll
> certificates commending his hard work to earn such a privilege. Well,
> which one is it? Are grades real or not? Last I checked it was the
> measurement tool to gauge how our children are doing. Have we forgotten
> what it means to provide excellent education to our students? Is this
> politically driven? I just do not see how this behavior is acceptable.
> Unfortunately, this isn???t the first time our district has been known for
> changing grades at will as Corey Kidwell deviated from her own policies
> after the walkout. We the community deserve to know what is really going
> on. See letter below that was shared.........
> Sincerely a concerned mom... Tina
>
> Dear Neighbors,
> We as a group formed over six months ago to oppose a funding measure in our
> school district. At the face value, it should have been a routine exercise
> in our rights to express ourselves and vote. Unfortunately, it turned out
> to be anything but a democratic exercise. Reluctantly, David Kissner and I
> became the face of measure N opposition and all that came with it. At the
> outset, we were both told by school board members and community leaders
> that we will pay a heavy price for it.
> Five months after the election, David Kissner paid that price today. In a

clear case of retaliation, the board voted 5-0 to dismiss David as a
teacher in our Loma Prieta school district.
I just wanted to share my sense of outrage and my personal commitment to
provide David with any means required to clear his name and return back to
school teaching math, where he belongs.
Best Regards,
Shahryar Rokni

--
Tina Plautz


--
---
Larry McVoy lm at mcvoy.com http://www.mcvoy.com/lm
_._,_._,_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111508) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

---

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_._,_._,_

Case 3:22-cv-00949-CRB Document 17-15 Filed 12/22/23 Page 45 of 491

## Re: [95033talk] Can we have a discussion about real community issues?

From: Larry McVoy (lm@mcvoy.com)

To: becky_55@yahoo.com

Cc: 95033talk@groups.io; tinaplautz@gmail.com; lm@mcvoy.com

Date: Friday, March 26, 2021, 09:37 AM PDT

So I am part of the everyone that doesn't know it so I asked my younger
son and this is what he said:

> I really liked him, I thought he was a good teacher and a good guy

That's just one kid but if the majority of kids feel like that, this
stinks.

On Fri, Mar 26, 2021 at 04:24:19PM +0000, Becky Yoder wrote:

> This is no longer about the children. ??It is about personal agendas and vendettas. ??If it was up to the
> children, he would still be in the classroom and everyone else would be replaced. And everyone knows
> that.
> On Friday, March 26, 2021, 09:17:46 AM PDT, Larry McVoy <lm@mcvoy.com> wrote:
>
> We got sick of the school nonsense and pulled our kids and sent them to
> Kirby. It's expensive, I believe they may have some scholarships, but
> spendy if not. If you can afford it, it was *WAY* better than CT or
> LG High. I regret not doing it earlier.
>
> I don't know the details of the CT drama (thankfully) but the optics of
> firing a teacher who opposed a school bond measure aren't great. Don't
> they have a union that protects them?
>
> On Fri, Mar 26, 2021 at 08:34:47AM -0700, tina plautz wrote:
>
> I saw this post on Facebook this morning and couldn't help but share that
> the admin removed the post What is going on with controlling the narrative
> in our community and restricting opinions and discussions?? We need to be
> able to share our thoughts and views to have an open discussion. I am
> saddened by the decision to remove David as he has been an inspirational
> leader to our students and community. Our district has been embroiled in a
> battle with him for a number of years and continue to make decisions that
> negatively affect our children. Not only are we losing one of the best
> math teachers our children have, I have to assume we will no longer have
> the CT wrestling program, the volunteer run Mountain Mayhem wrestling club
> and the Mountain Math Initiative that our students have been benefiting
> from. With all that being said, I have to include our personal experience
> during this matter.
> The moment he was placed on leave, the district brought in a Math
> Specialist to replace him and with agreeance from our principal, they
> decided to change all Math students grades to an A in the name of a ???fresh
> start???. Ironically, 2 days prior my child received his honor roll
> certificates commending his hard work to earn such a privilege. Well,
> which one is it? Are grades real or not? Last I checked it was the
> measurement tool to gauge how our children are doing. Have we forgotten

what it means to provide excellent education to our students? Is this
politically driven? I just do not see how this behavior is acceptable.
Unfortunately, this isn???t the first time our district has been known for
changing grades at will as Corey Kidwell deviated from her own policies
after the walkout. We the community deserve to know what is really going
on. See letter below that was shared.........
Sincerely a concerned mom... Tina

Dear Neighbors,
We as a group formed over six months ago to oppose a funding measure in our
school district. At the face value, it should have been a routine exercise
in our rights to express ourselves and vote. Unfortunately, it turned out
to be anything but a democratic exercise. Reluctantly, David Kissner and I
became the face of measure N opposition and all that came with it. At the
outset, we were both told by school board members and community leaders
that we will pay a heavy price for it.
Five months after the election, David Kissner paid that price today. In a
clear case of retaliation, the board voted 5-0 to dismiss David as a
teacher in our Loma Prieta school district.
I just wanted to share my sense of outrage and my personal commitment to
provide David with any means required to clear his name and return back to
school teaching math, where he belongs.
Best Regards,
Shahryar Rokni

--
Tina Plautz

--
---
Larry McVoy lm at mcvoy.com http://www.mcvoy.com/lm

--
---
Larry McVoy lm at mcvoy.com http://www.mcvoy.com/lm
_-_-_-_-_-_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111511) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_-_-_-_-_-_

Re: [95033talk] Can we have a discussion about real community issues?

From: Larry McVoy (lm@mcvoy.com)

To: 95033talk@groups.io; scottplautz@gmail.com

Cc: sanj95033@gmail.com

Date: Saturday, March 27, 2021, 06:12 AM PDT

Scott, I know you, like you, but this post does not show you in the best light.

I also know Char and she works incredibly hard for the community, her work is all over every gala. There were multiple people who stepped forward to take Alex's spot, Char had a plan for fixing things so they picked her. We should support her.

Sanjay did not say he was shutting down the topic (though at this point I'd support that move), he said that they were watching it to make sure it did not go off the rails.

For what it is worth, I read the first message in this thread yesterday morning and was 100% in support of Mr Kissner. After a bunch of behind the scene phone calls, I'm less sure. I'm now in the "they don't fire people unless there is cause" camp. I'm sure I don't know everything but I've heard enough that I think the school board made the right call.

The whole thing is depressing but Tiffany is right, the kids are who matter. We, as a community, need to do what is best for them.

On Fri, Mar 26, 2021 at 06:54:44PM -0700, Scott Plautz wrote:

> Hi Sanjay,

> I hope you, Char and the family are well…

> I believe one of the moderators of this list, Scott Green, commented on the post and supports this healthy, honest, community discussion and the ability for people with different opinions to voice their concerns. So, I hope you???re not saying the moderators while meaning, you, singularly?

> The other issue which makes this challenging for you to shut down this conversation, and a conflict of interest for you, is that your wife, Char, was just appointed to the school board and one of the individuals who voted to release Mr. Kissner.

> The irony is, Char ran for a school board seat several years ago, and within a democratic voting process, the community only granted her approximately 12% of the vote and she lost by a large margin and never had the opportunity to serve, by choice of the people and democracy, which our school district rarely provides…which I???m happy to elaborate on if you so choose.

> So, I find it ironic that you want to shut down this healthy discussion while your wife could only attain a board seat by being appointed, because obviously, the community does not support her candidacy.

> I recommend you allow the process of free speech and democracy to rule again. This community is fed up with the ???moderators??? and being marginalized by you and the school leadership, both board and administration!

Case 3:22-cv-00949-CRB Document 117-15 Filed 12/22/23 Page 48 of 491

Looking forward to your response to the community on this issue of ???moderating??? and yes, we are monitoring YOUR action on this list as you stated you are monitoring us...and BTW, I am NOT the normal list of ???characters??? you stated, as I watch your actions in silence...but I am part of the silent majority who are monitoring you...

Have a great evening and best to you, Char and your kids!

Take Care,

Scott Plautz

> On Mar 26, 2021, at 5:19 PM, sanjay k <sanj95033@gmail.com> wrote:
>
> ???
> All-
>
> The moderators are watching this. While we currently don???t have any reason to shut this down, we will if need be (and yes, que up the normal list of characters who will complain and say how they disagree. Yup. It???s been 10 years for this list and those arguments never get old... so thankful to be reminded about them).
>
> I???ll also use this occasion to remind folks this is an HR matter. Facts are usually not that easy to come out - the board (which is indeed made up of humans who are community members) cannot comment. That may lead some to conspiracy theories - the truth may well be different.
>
> Thanks for continuing to be civil here. I???m told the Facebook group is the place to be to vent.
>
> Thanks,
> Sanjay
> (Moderator of this private group; if you believe the first amendment applies here, suggest you read up on what the first amendment actually means)

--
---
Larry McVoy lm at mcvoy.com http://www.mcvoy.com/lm
_._,_._,_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111574) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

About Web Re [95033talk] Can we have a discussion about real community issues?

## Re: [95033talk] Can we have a discussion about real community issues?

From: Les Niles (les@2pi.org)

To: 95033talk@groups.io

Date: Friday, March 26, 2021, 10:11 AM PDT

We've known David Kissner since he came to CT in early 2013 — two of my kids had him for math that year. He's been a great teacher, role model, and personal influence, both in and outside of the classroom. (A couple of nights ago, our now-college-sophomore made a lasagna that he learned from Dave.)

He pushed a major improvement in the math program, to allow kids to progress at their own rates and not be held back by grade-level straightjacketing. His loss is a great loss to the school and a disservice to the students.

 -Les

On Mar 26, 2021, at 9:52 AM, Yusuf Akca <yusuf.akca@gmail.com> wrote:

He's one of the best teachers, if not the best, we've ever known. That includes me, my wife, and my two kids' teachers. It should have been totally out of discussion, but for the record I voted in favor of the school's view on measure N. Now seeing how the school administration handled the situation and went for retaliation, I don't know if I would do the same again.

On Fri, Mar 26, 2021 at 9:37 AM Larry McVoy <lm@mcvoy.com> wrote:
> So I am part of the everyone that doesn't know it so I asked my younger
> son and this is what he said:
>
>
>      I really liked him, I thought he was a good teacher and a good guy
>
> That's just one kid but if the majority of kids feel like that, this
> stinks.
>
> On Fri, Mar 26, 2021 at 04:24:19PM +0000, Becky Yoder wrote:
>> This is no longer about the children. ??It is about personal agendas and vendettas. ??If it
>> was up to the children, he would still be in the classroom and everyone else would be
>> replaced. And everyone knows that.
>> On Friday, March 26, 2021, 09:17:46 AM PDT, Larry McVoy <lm@mcvoy.com> wrote:
>>
>> We got sick of the school nonsense and pulled our kids and sent them to
>> Kirby. It's expensive, I believe they may have some scholarships, but
>> spendy if not. If you can afford it, it was *WAY* better than CT or
>> LG High. I regret not doing it earlier.
>>
>> I don't know the details of the CT drama (thankfully) but the optics of
>> firing a teacher who opposed a school bond measure aren't great. Don't
>> they have a union that protects them?
>>
>> On Fri, Mar 26, 2021 at 08:34:47AM -0700, tina plautz wrote:
>>> I saw this post on Facebook this morning and couldn't help but share that

the admin removed the post What is going on with controlling the narrative in our community and restricting opinions and discussions?? We need to be able to share our thoughts and views to have an open discussion. I am saddened by the decision to remove David as he has been an inspirational leader to our students and community. Our district has been embroiled in a battle with him for a number of years and continue to make decisions that negatively affect our children. Not only are we losing one of the best math teachers our children have, I have to assume we will no longer have the CT wrestling program, the volunteer run Mountain Mayhem wrestling club and the Mountain Math Initiative that our students have been benefiting from. With all that being said, I have to include our personal experience during this matter.

The moment he was placed on leave, the district brought in a Math Specialist to replace him and with agreeance from our principal, they decided to change all Math students grades to an A in the name of a ???fresh start???. Ironically, 2 days prior my child received his honor roll certificates commending his hard work to earn such a privilege. Well, which one is it? Are grades real or not? Last I checked it was the measurement tool to gauge how our children are doing. Have we forgotten what it means to provide excellent education to our students? Is this politically driven? I just do not see how this behavior is acceptable. Unfortunately, this isn???t the first time our district has been known for changing grades at will as Corey Kidwell deviated from her own policies after the walkout. We the community deserve to know what is really going on. See letter below that was shared.........

Sincerely a concerned mom... Tina

Dear Neighbors,
We as a group formed over six months ago to oppose a funding measure in our school district. At the face value, it should have been a routine exercise in our rights to express ourselves and vote. Unfortunately, it turned out to be anything but a democratic exercise. Reluctantly, David Kissner and I became the face of measure N opposition and all that came with it. At the outset, we were both told by school board members and community leaders that we will pay a heavy price for it.

Five months after the election, David Kissner paid that price today. In a clear case of retaliation, the board voted 5-0 to dismiss David as a teacher in our Loma Prieta school district.

I just wanted to share my sense of outrage and my personal commitment to provide David with any means required to clear his name and return back to school teaching math, where he belongs.

Best Regards,
Shahryar Rokni

--
Tina Plautz

--
---
Larry McVoy lm at mcvoy.com http://www.mcvoy.com/lm

--
---
Larry McVoy lm at mcvoy.com http://www.mcvoy.com/lm

_,_,_,_,_

---

Groups.io Links:

You receive all messages sent to this group.

[View/Reply Online (#111518)](#) | [Reply To Group](#) | [Reply To Sender](#) | [Mute This Topic](#) | [New Topic](#)

---

Moderator reminders:
Please read the FAQ! It is at [https://groups.io/g/95033talk/wiki/95033talk-FAQ](https://groups.io/g/95033talk/wiki/95033talk-FAQ)
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

---

[Your Subscription](#) | [Contact Group Owner](#) | [Unsubscribe](#) [Stacylynhall@yahoo.com]

_,_,_,_,_

About Mail   Re: [95033talk] Can we have a discussion about real community issues?

## Re: [95033talk] Can we have a discussion about real community issues?

From:   Lila Turkalj Jones via groups.io (rlmajones=verizon.net@groups.io)

To:    tinaplautz@gmail.com; 95033talk@groups.io

Date:   Sunday, March 28, 2021, 09:17 AM PDT

It is my understanding that neither the district nor Mr. Kissner are directly commenting on the details of his dismissal process, so I am concerned that there are folks that are sharing information "behind the scenes" that can't possibly have come the from the board or Mr. Kissner or the Board's recent closed session as those details should be private. I would caution folks from forming opinions based on hearsay and stick to information that was rightfully received as part of this process and publicly released by either party since that is the information that both the Board and Mr. Kissner are acting upon.

There have been a lot of vague accusations out there that cause harm to both the Board and Mr. Kissner. I know folks have made mention of Mr. Kissner's Science teaching. He has never taught a Science class wherein evolution was a part of the curriculum (i.e. life science). I might not agree with Mr. Kissner on this topic so I am thankful that he has not had that as part of his curriculum. What I am thankful for is that my kids have had the opportunity to see and hear his thoughts on a variety of issues, just as they have had the opportunity to hear opposing political and religious values from other teachers, like Mr. Arias, etc. I know it can be a slippery slope when politics or personal values or morals enter the classroom, such as the what the administration did during the 2018 walkout by changing their original stance of remaining non political to then making a 180 and adjusting the bell schedule and grading. The decision that former Superintendent Kidwell made at that time still haunts the District today. I do know that having our kids see that folks in their lives can have different opinions and be a part of the fabric of our community, is positive. We can't and shouldn't all think alike on everything, but we should learn to respect that there are differences.

The optics on this situation are not great. If Mr. Kissner has done something so egregious as what some community members are very vaguely professing, then I am not sure why the board did not address it before. The board has been directly asked about this in the past with no response or action so I can only assume he is not the menace that some are attempting to paint him as. In essence, upholding the "innocent until proven guilty" stance. The unfortunate part is that the board/administration has moved towards dismissal after battling with him over teaching a leveled math program. Additionally, he voiced his opposition to Measure N publicly, so the timing of this dismissal looks retaliatory in nature. While Measure N's failure is devastating to the budget, each and every taxpayer/constituent should be able to address the board to ask for answers about the budget. As a voter and community member of our district, Mr. Kissner joined 1 in 3 voters in voting No. Likewise, each constituent should be able to campaign as they see fit. In this case, all teachers were allowed to campaign to their preference, either for or against Measure N. They were able to do so as private citizens or teachers, the same as we were told that the board members could do by taking off their " board member hats" and actively campaigning or endorsing one board candidate over another. Additionally, as a constituent and taxpayer,folks are allowed to demand that the democratic process be followed. Mr. Kissner's service in the Marines assisted in defending democracy and constitutional rights including the one that I am exercising as I type this note.

In my opinion, the Board has put themselves in a tough spot. As they have said numerous times, they leave the day to day tasks of running the school up to the administration, and they make higher level decisions that stear the district agenda into the future. Now that the board has voted to move forward with the dismissal, it will be very important that there is clear evidence that points to behavior that is commensurate with the administration's pursuit of dismissal. I have seen a list of items that were a part of the Skelly hearing on this dismissal. It included items such as typographical errors, grading during Covid, etc that are a part of the grounds for dismissal. Those seem like such minor things that I would be worried that they will use that as a way to dismiss other valued and tenured teachers by setting the precedent with Mr. Kissner. There was mention of other items such as an investigation of allegations from 2018. Have we, as taxpayers, really been paying for an investigation all the way from that time to the present? Or, if those concerns were valid back at the time of the 2018 investigation, enough to be grounds for dismissal, why would the board wait so long and leave other children exposed to any evils found in that investigation? It feels like a slippery slope for sure. Hopefully, the grounds for dismissal have not been conflated with frustrations over the more recent aforementioned items. The community is watching closely and I fear that the rumblings of years of board distrust will

only grow in light of the limited information that we have at this time. Being in HR, I know that dismissal is a tough course of action on all parties involved and in this case it is affecting the kids as they are watching, too.

In the meantime, I hope the Board is confident in their decision as it stands to cost the district untold thousands of dollars, at a time that we can't afford it, in addition to further damage to community trust. I am appreciative of their time and efforts in serving on the board and I hope I can also be appreciative of their actions.

As for Mr. Kissner, I continue to recognize him as an outstanding teacher to his students, coach to the wrestling team and community leader fostering leadership and community involvement opportunities for the kids. He always gives more than 100% percent. I thank him and his wife for the countless hours they have put forth to show kids that they care even attending sports game of former pupils to show their support. They have created programs to enrich families in our community and at-risk communities with amazing trips that build an appreciation for the outdoors along with confidence and grit. I wish only the best for them.

_-_-_-_-_-_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111606) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_-_-_-_-_-_

4/16/2021
Case 3:22-cv-00949-CRB Document 117-15 Filed 12/22/23 Page 55 of 491
Yahoo Mail - Re: [95033talk] Can we have a discussion about real community issues?

## Re: [95033talk] Can we have a discussion about real community issues?

From: Lila Turkalj Jones via groups.io (rlmajones=verizon.net@groups.io)

To: tinaplautz@gmail.com; 95033talk@groups.io

Date: Sunday, March 28, 2021, 11:11 AM PDT

My apologies if you read anything negative into what I said about Mr. Arias. Please note that I said I am thankful for the experience that my child had in his class and Mr. Kissners. I know other parents that appreciate the fact that many kids got to experience the diversity of thought amongst their educators. There is nothing in there that Mr. Arias or Mr. Kissner would need to defend.

As for the math transition, it has been hard and I think it is important for the Board and Administration to hear about the children's perspective so that they understand the feelings and thoughts that they share at home. As a parent, it is my job to be my children's advocate and sometimes that might shine a negative light on their experience, but it is their truth.

I have volunteered countless hours for the LPEF Gala, Art in Action, School Site Council, CTE and Loma HSC's, Loma Library, Reopening Task Force, Measure H Oversight Committee, etc. I also ran for the school board in 2018. Our family also chooses to donate monthly to LPEF. Our dedication is all in for the District. I am a constituent, community member and parent to 4 kids that have attended or are attending the district, so I feel I have a fair amount of skin in the game and have the ability to share my thoughts, be they negative or positive.

_-_-_-_-_-_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111616) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_-_-_-_-_-_

Yahoo Mail - Re: [95033talk] Can we have a discussion about real community issues?

Re: [95033talk] Can we have a discussion about real community issues?

From:  lisa.osullivan83 (lisa.o.sullivan@hotmail.com)

To:    deberba@yahoo.com; 95033talk@groups.io

Date:  Sunday, March 28, 2021, 10:27 AM PDT

I have desperately wanted to stay out of this but I feel like it's time to point out various factors that I know for sure many are thinking.

The hypocrisy here is absolutely maddening.

This post, along with the one made on the facebook forum, calls for an honest and open discussion but that just isn't possible. People are allowed to sing the highest praises they like of someone, but if anyone were to give a truthful account of that same person (whoever it may be) that was negative and specific, it would be considered offensive, hate speech or slander, and would subsequently be removed. Therefore we only really hear one side.

On the flip side, people seem to be able to say whatever they choose to about "the board", "admin", "the district", "the staff", and that is not viewed in the same way. They are people too and yet negativity against these groups is allowed. Note: this is not a criticism of the moderators here, this is just how it goes on social media.

We now have "feelings are facts". I could state how I feel but it would be labeled as opinion.

We have negativity being cast on a new teacher who has stepped up to an incredibly challenging task in a difficult and stressful environment. Things said against her in a recent board meeting were appalling...but I guess that's ok?

We have issues being dragged up from 3 years ago that don't even involve the current administration.

We have "staff" being grouped together and accused of ostracizing a team member, something that is offensive and untrue. We also have someone slamming "the teachers" with untruths and yet that is allowed. Now it even seems we can name-drop other teachers, who aren't even on these forums to defend themselves, and that's ok?

We have speculation as to why the teacher in question was dismissed which is none of our business and is damaging to that teacher. Let's grant him, his family and everyone else involved the privacy they deserve.

We have suggestions of how a different board member appointee could possibly have avoided a special election. Surely the decision of the board should be to appoint the strongest candidate for the position, not play a strategic move to appease certain community members?

We have mention of how community members feel like they haven't been heard by the board - have these people tried reaching out to the board directly?

We have suggestions of wrong doing due to "gut feelings", leading to fundraising attempts.

Behind the scenes we have also accusations made of individuals including myself that could be damaging, or worse.

We now have spam emails being sent to the community again, something that many don't appreciate and "stirs the pot" even more.

I have heard "Ed Code" more times over the past 6 months than I care to remember and yet it hasn't been brought up once on this subject. In the board meeting of Thursday night, Ed Code 44932 was cited. I looked it up and it seems very clear to me and I have copied it below for reference. A tenured teacher CANNOT be dismissed because they are "different", because of their political viewpoint or because they campaigned against a parcel tax. To suggest they can is ludicrous.

Case 3:22-cv-00949-CRB Document 117-15 Filed 12/22/23 Page 57 of 491

Can we please give all parties the respect and privacy they deserve and stop the bombardment of one sided information. None of us have all the facts and none of us are entitled to them even if we want them.

**44932.**

(a) A permanent employee shall not be dismissed except for one or more of the following causes:

(1) Immoral conduct, including, but not limited to, egregious misconduct. For purposes of this chapter, "egregious misconduct" is defined exclusively as immoral conduct that is the basis for an offense described in Section 44010 or 44011 of this code, or in Sections 11165.2 to 11165.6, inclusive, of the Penal Code.

(2) Unprofessional conduct.

(3) Commission, aiding, or advocating the commission of acts of criminal syndicalism, as prohibited by Chapter 188 of the Statutes of 1919, or in any amendment to that chapter.

(4) Dishonesty.

(5) Unsatisfactory performance.

(6) Evident unfitness for service.

(7) Physical or mental condition unfitting him or her to instruct or associate with children.

(8) Persistent violation of or refusal to obey the school laws of the state or reasonable regulations prescribed for the government of the public schools by the state board or by the governing board of the school district employing him or her.

(9) Conviction of a felony or of any crime involving moral turpitude.

(10) Violation of Section 51530 or conduct specified in Section 1028 of the Government Code, added by Chapter 1418 of the Statutes of 1947.

(11) Alcoholism or other drug abuse that makes the employee unfit to instruct or associate with children.

(b) The governing board of a school district may suspend without pay for a specific period of time on grounds of unprofessional conduct a permanent certificated employee or, in a school district with an average daily attendance of less than 250 pupils, a probationary employee, pursuant to the procedures specified in Sections 44933, 44934, 44934.1, 44935, 44936, 44937, 44943, and 44944. This authorization does not apply to a school district that has adopted a collective bargaining agreement pursuant to subdivision (b) of Section 3543.2 of the Government Code.

*(Amended by Stats. 2015, Ch. 303, Sec. 86. (AB 731) Effective January 1, 2016.)*

_._._._._._

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111610) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

_____

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's

Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_-_-_-_-_

# Re: [95033talk] Can we have a discussion about real community issues?

From: Marc Howard (cramcram@gmail.com)

To: 95033talk@groups.io

Date: Friday, March 26, 2021, 09:47 AM PDT

Cancel culture is getting out of hand. Why can't a person express their opinion without being fired?

Marc Howard

On Fri, Mar 26, 2021 at 9:37 AM Larry McVoy <lm@mcvoy.com> wrote:
> So I am part of the everyone that doesn't know it so I asked my younger
> son and this is what he said:

> I really liked him, I thought he was a good teacher and a good guy

> That's just one kid but if the majority of kids feel like that, this
> stinks.

> On Fri, Mar 26, 2021 at 04:24:19PM +0000, Becky Yoder wrote:

>> This is no longer about the children. ??It is about personal agendas and vendettas. ??If it was up to the
>> children, he would still be in the classroom and everyone else would be replaced. And everyone knows
>> that.
>> On Friday, March 26, 2021, 09:17:46 AM PDT, Larry McVoy <lm@mcvoy.com> wrote:

>> We got sick of the school nonsense and pulled our kids and sent them to
>> Kirby. It's expensive, I believe they may have some scholarships, but
>> spendy if not. If you can afford it, it was *WAY* better than CT or
>> LG High. I regret not doing it earlier.

>> I don't know the details of the CT drama (thankfully) but the optics of
>> firing a teacher who opposed a school bond measure aren't great. Don't
>> they have a union that protects them?

>> On Fri, Mar 26, 2021 at 08:34:47AM -0700, tina plautz wrote:

>> I saw this post on Facebook this morning and couldn't help but share that
>> the admin removed the post What is going on with controlling the narrative
>> in our community and restricting opinions and discussions?? We need to be
>> able to share our thoughts and views to have an open discussion. I am
>> saddened by the decision to remove David as he has been an inspirational
>> leader to our students and community. Our district has been embroiled in a
>> battle with him for a number of years and continue to make decisions that
>> negatively affect our children. Not only are we losing one of the best
>> math teachers our children have, I have to assume we will no longer have
>> the CT wrestling program, the volunteer run Mountain Mayhem wrestling club
>> and the Mountain Math Initiative that our students have been benefiting
>> from. With all that being said, I have to include our personal experience
>> during this matter.
>> The moment he was placed on leave, the district brought in a Math
>> Specialist to replace him and with agreeance from our principal, they
>> decided to change all Math students grades to an A in the name of a ???fresh
>> start???. Ironically, 2 days prior my child received his honor roll

certificates commending his hard work to earn such a privilege. Well,
which one is it? Are grades real or not? Last I checked it was the
measurement tool to gauge how our children are doing. Have we forgotten
what it means to provide excellent education to our students? Is this
politically driven? I just do not see how this behavior is acceptable.
Unfortunately, this isn???t the first time our district has been known for
changing grades at will as Corey Kidwell deviated from her own policies
after the walkout. We the community deserve to know what is really going
on. See letter below that was shared.........
Sincerely a concerned mom... Tina

Dear Neighbors,
We as a group formed over six months ago to oppose a funding measure in our
school district. At the face value, it should have been a routine exercise
in our rights to express ourselves and vote. Unfortunately, it turned out
to be anything but a democratic exercise. Reluctantly, David Kissner and I
became the face of measure N opposition and all that came with it. At the
outset, we were both told by school board members and community leaders
that we will pay a heavy price for it.
Five months after the election, David Kissner paid that price today. In a
clear case of retaliation, the board voted 5-0 to dismiss David as a
teacher in our Loma Prieta school district.
I just wanted to share my sense of outrage and my personal commitment to
provide David with any means required to clear his name and return back to
school teaching math, where he belongs.
Best Regards,
Shahryar Rokni


--
Tina Plautz




--
---
Larry McVoy lm at mcvoy.com http://www.mcvoy.com/lm

--
---
Larry McVoy lm at mcvoy.com http://www.mcvoy.com/lm

_-_-_-_-_-_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111513) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_·_·_·_·_

## Re: [95033talk] Can we have a discussion about real community issues?

| | |
|---|---|
| From: | maria via groups.io (lovemyredjeep=yahoo.com@groups.io) |
| To: | 95033talk@groups.io; julielane2002@gmail.com |
| Cc: | Sarahpuckett@gmail.com; jmartinloh@gmail.com |
| Date: | Friday, March 26, 2021, 10:35 PM PDT |

Seems to me that part of diversity is diversity of thought. It should be a great thing for our children to see people, including teachers, have different beliefs and information.

I know that there are staff at CT who treated Kissner terribly because some  his views were different, including that he is conservative. It's great that kids got to experience those viewpoints, ideas, and debate from a non liberal. Indoctrination shouldn't be in the public schools at all, and our kids are getting marinated in liberal teachings everyday. Why do liberals think that's ok but go ballistic about exposing kids to a conservative individual?

I distinctly remember in 2008 when Obama was running for President that there were flyers on the table in the teachers lounge encouraging a vote for him, and there were no flyers for Obama's opponent. I'm sure no one complained. Knowing the staff, they would have gone ballistic if there were a pro-Trump flyer in the lounge. That would not have been allowed!

That tells you everything.

On Mar 26, 2021, at 8:27 PM, julielane2002 <julielane2002@gmail.com> wrote:


A school board cannot dismiss a teacher unless there are severe reasons. Let's trust our school board, not cite things from prior boards and administrations, and believe that as much as he was beloved, they made a decision that was likely difficult, but necessary. Both of my kids enjoyed being taught and coached by him but I know that we as a community do not know all of the facts. We have a process and I choose to believe it was followed. Let's trust.  Thx..j


On Mar 26, 2021, at 7:52 PM, Sarah Puckett <Sarahpuckett@gmail.com> wrote:


Woofah!  Time to bow out and act according to my convictions.  This discussion seems to have taken a turn.

On Fri, Mar 26, 2021, 7:09 PM Jennifer Martin <Jmartinloh@gmail.com> wrote:
Trying not to chime in here but that was really below the belt. Sanjay has done nothing to deserve a personal attack on him and his family. He's always maintained neutrality on this forum and to insinuate something nefarious about his motives or his tireless work for this community forum, is reprehensible.

I also really wish members of this community would educate themselves on the 1st Amendment (and the 2nd and a few others) before spouting off on 1st Amendment rights.

Speaking of the 1st Amendment, a large population of this "community" believes Kissner is not only a total hypocrite about the 1st Amendment, but a menace and a liability to our school - it's about time the Board protects the school and the kids who are forced to listen to his f**ked up attempts to indoctrinate and manipulate children and their parents. I was dumbfounded that it wasn't done before this.
Thanks Char and the rest of the Board for doing your jobs and taking the brunt for all of us.

On Fri, Mar 26, 2021 at 9:55 PM Scott Plautz <scottplautz@gmail.com> wrote:
> Hi Sanjay,
>
> I hope you, Char and the family are well…
>
> I believe one of the moderators of this list, Scott Green, commented on the post and supports this
> healthy, honest, community discussion and the ability for people with different opinions to voice their
> concerns. So, I hope you're not saying the moderators while meaning, you, singularly?
>
> The other issue which makes this challenging for you to shut down this conversation, and a conflict
> of interest for you, is that your wife, Char, was just appointed to the school board and one of the
> individuals who voted to release Mr. Kissner.
>
> The irony is, Char ran for a school board seat several years ago, and within a democratic voting
> process, the community only granted her approximately 12% of the vote and she lost by a large
> margin and never had the opportunity to serve, by choice of the people and democracy, which our
> school district rarely provides…which I'm happy to elaborate on if you so choose.
>
> So, I find it ironic that you want to shut down this healthy discussion while your wife could only attain
> a board seat by being appointed, because obviously, the community does not support her candidacy.
>
> I recommend you allow the process of free speech and democracy to rule again. This community is
> fed up with the "moderators" and being marginalized by you and the school leadership, both board
> and administration!
>
> Looking forward to your response to the community on this issue of "moderating" and yes, we are
> monitoring YOUR action on this list as you stated you are monitoring us…and BTW, I am NOT the
> normal list of "characters" you stated, as I watch your actions in silence…but I am part of the silent
> majority who are monitoring you…
>
> Have a great evening and best to you, Char and your kids!
>
> Take Care,
>
> Scott Plautz
>
>
>
>> On Mar 26, 2021, at 5:19 PM, sanjay k <sanj95033@gmail.com> wrote:
>>
>>
>> All-
>>
>> The moderators are watching this. While we currently don't have any reason to shut
>> this down, we will if need be (and yes, que up the normal list of characters who will
>> complain and say how they disagree. Yup. It's been 10 years for this list and those
>> arguments never get old… so thankful to be reminded about them).
>>
>> I'll also use this occasion to remind folks this is an HR matter. Facts are usually not
>> that easy to come out - the board (which is indeed made up of humans who are
>> community members) cannot comment. That may lead some to conspiracy theories -
>> the truth may well be different.

Thanks for continuing to be civil here. I'm told the Facebook group is the place to be to vent.

Thanks,
Sanjay
(Moderator of this private group; if you believe the first amendment applies here, suggest you read up on what the first amendment actually means)

_._._._._

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111565) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_._._._._

Re: [95033talk] Can we have a discussion about real community issues?

From: maria via groups.io (lovemyredjeep=yahoo.com@groups.io)

To: 95033talk@groups.io; nili@lmi.net

Cc: melaniee@verizon.net

Date: Saturday, March 27, 2021, 10:01 AM PDT

Nilimor,

Respectfully, you are incorrect. It is political. The school conflict with Kissner began a couple of years ago when the school decided to engage in politics and indoctrinate the children and he took a stand against that in his classroom. The school had chosen to allow the kids to miss school so that they could engage in a protest based on nonlocal events in this country. Kissner had a policy about when it is ok to miss class, and political protests isn't one of them, although I believe he did make some type of accommodatiion that a child did not meet regarding that particular protest. A parent complained, and the long battle to keep his job began.

The school violated its own policies in choosing what political battles the kids can miss class to support. What if the kids wanted to have a protest to support pro-life? Or support police? Or anti-illegal immigration so that school funds are not diluted to spend on the extra education services non-English speakers need?

The school started down a slippery slope, which was just fine to 90 percent of the administration and staff because it was causes they personally believe in. But Kissner was chastised for running his class differently in that his policy was largely that protests should not be on campus during school hours, disrupting kids from learning.

People claim that teachers care about the kids and that we are mountain strong and care as a community. If that were the case, the school would value that Kissner is the most engaged teacher, maybe ever, at CTE, with all of the programs he runs and donating his own time and money to spend with the kids after school hours and weekends. The school proved that politics matters more than the kids.

On Mar 27, 2021, at 8:40 AM, nilimor1 <nili@lmi.net> wrote:

> I totally understand the frustration of parents who need to explain to their kids the loss of a teacher and have a hard time doing so.
>
> I do however support the board in their decision. The reasons for termination are confidential and if anybody assumes the reasons are political, they're probably wrong.
> our school board is compiled of people who have worked tirelessly to make our community better. I have been fortunate to work with most of them on many school events, volunteer activities and I believe they all are driven by community interests and not personal ones.
>
> As for school finances - times are extremely hard right now. With the measure R not passing in addition to many school fundraisers being canceled because of Covid, our school district is facing the termination of teachers and support staff in the coming school year. If you care about our schools, our kids education, our community and the value of your house that goes along with the strength of our schools, please consider supporting the school with a donation instead of calling the community to stop their support.
>
> thank you

_._,_._,_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111584) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_._,_._,_._

Re: [95033talk] Can we have a discussion about real community issues?

From:  Mark Vande Pol (groundcover@wildergarten.com)

To:  95033talk@groups.io; les@2pi.org

Date:  Friday, March 26, 2021, 10:20 AM PDT

*He pushed a major improvement in the math program, to allow kids to progress at their own rates and not be held back by grade-level straightjacketing.*

OMG, a math teacher who doesn't believe all math students are equal!

(as if all will ever have an equal interest in math)

I guess the powers the be never noticed that without inequality, there is no diversity.

M

---

**From:** 95033talk@groups.io [mailto:95033talk@groups.io] **On Behalf Of** Les Niles
**Sent:** Friday, March 26, 2021 10:11 AM
**To:** 95033talk@groups.io
**Subject:** Re: [95033talk] Can we have a discussion about real community issues?

We've known David Kissner since he came to CT in early 2013 — two of my kids had him for math that year. He's been a great teacher, role model, and personal influence, both in and outside of the classroom. (A couple of nights ago, our now-college-sophomore made a lasagna that he learned from Dave.)

He pushed a major improvement in the math program, to allow kids to progress at their own rates and not be held back by grade-level straightjacketing. His loss is a great loss to the school and a disservice to the students.

  -Les

On Mar 26, 2021, at 9:52 AM, Yusuf Akca <yusuf.akca@gmail.com> wrote:

About Mail - Reposting CT Letter - has a discussion about community issues

He's one of the best teachers, if not the best, we've ever known. That includes me, my wife, and my two kids' teachers. It should have been totally out of discussion, but for the record I voted in favor of the school's view on measure N. Now seeing how the school administration handled the situation and went for retaliation, I don't know if I would do the same again.


On Fri, Mar 26, 2021 at 9:37 AM Larry McVoy <lm@mcvoy.com> wrote:

> So I am part of the everyone that doesn't know it so I asked my younger
> son and this is what he said:
>
> I really liked him, I thought he was a good teacher and a good guy
>
> That's just one kid but if the majority of kids feel like that, this
> stinks.
>
> On Fri, Mar 26, 2021 at 04:24:19PM +0000, Becky Yoder wrote:
>
> This is no longer about the children. ??It is about personal agendas and vendettas. ??
> If it was up to the children, he would still be in the classroom and everyone else
> would be replaced. And everyone knows that.
> On Friday, March 26, 2021, 09:17:46 AM PDT, Larry McVoy <lm@mcvoy.com>
> wrote:
>
> We got sick of the school nonsense and pulled our kids and sent them to
> Kirby. It's expensive, I believe they may have some scholarships, but
> spendy if not. If you can afford it, it was *WAY* better than CT or
> LG High. I regret not doing it earlier.
>
> I don't know the details of the CT drama (thankfully) but the optics of
> firing a teacher who opposed a school bond measure aren't great. Don't
> they have a union that protects them?
>
> On Fri, Mar 26, 2021 at 08:34:47AM -0700, tina plautz wrote:
>
> I saw this post on Facebook this morning and couldn't help but share that
> the admin removed the post What is going on with controlling the narrative
> in our community and restricting opinions and discussions?? We need to be
> able to share our thoughts and views to have an open discussion. I am
> saddened by the decision to remove David as he has been an inspirational
> leader to our students and community. Our district has been embroiled in a
> battle with him for a number of years and continue to make decisions that
> negatively affect our children. Not only are we losing one of the best
> math teachers our children have, I have to assume we will no longer have
> the CT wrestling program, the volunteer run Mountain Mayhem wrestling club
> and the Mountain Math Initiative that our students have been benefiting
> from. With all that being said, I have to include our personal experience

during this matter.

The moment he was placed on leave, the district brought in a Math
Specialist to replace him and with agreeance from our principal, they
decided to change all Math students grades to an A in the name of a ???fresh
start???. Ironically, 2 days prior my child received his honor roll
certificates commending his hard work to earn such a privilege. Well,
which one is it? Are grades real or not? Last I checked it was the
measurement tool to gauge how our children are doing. Have we forgotten
what it means to provide excellent education to our students? Is this
politically driven? I just do not see how this behavior is acceptable.
Unfortunately, this isn???t the first time our district has been known for
changing grades at will as Corey Kidwell deviated from her own policies
after the walkout. We the community deserve to know what is really going
on. See letter below that was shared.........

Sincerely a concerned mom... Tina

Dear Neighbors,

We as a group formed over six months ago to oppose a funding measure in our
school district. At the face value, it should have been a routine exercise
in our rights to express ourselves and vote. Unfortunately, it turned out
to be anything but a democratic exercise. Reluctantly, David Kissner and I
became the face of measure N opposition and all that came with it. At the
outset, we were both told by school board members and community leaders
that we will pay a heavy price for it.

Five months after the election, David Kissner paid that price today. In a
clear case of retaliation, the board voted 5-0 to dismiss David as a
teacher in our Loma Prieta school district.

I just wanted to share my sense of outrage and my personal commitment to
provide David with any means required to clear his name and return back to
school teaching math, where he belongs.

Best Regards,
Shahryar Rokni

--
Tina Plautz

--
---
Larry McVoy lm at mcvoy.com http://www.mcvoy.com/lm

--
---
Larry McVoy lm at mcvoy.com http://www.mcvoy.com/lm

_-_-_-_-_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111520) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_-_-_-_-_

## Re: [95033talk] Can we have a discussion about real community issues?

From:　Melanie Earhart via groups.io (melaniee=verizon.net@groups.io)

To:　95033talk@groups.io; deberba@yahoo.com

Cc:　scottplautz@gmail.com

Date:　Saturday, March 27, 2021, 12:39 AM PDT

Deb, very well said. Thank you.

On Mar 26, 2021, at 10:23 PM, Deb Erba via groups.io <deberba=yahoo.com@groups.io> wrote:

To Scott Plautz

I can only assume you're related to Tina Sabic Plautz who started this particular thread on both google talk and the FB thread in support of Mr Kissner without any actual knowledge around the facts of his termination or I'm quite sure we would now be aware of them at this point. As an example, for all I know, he could have called some student a "homo who would burn in hell". Maybe that would have made the news, maybe not. But we don't know. And that's my point unless you have actual facts to support his now lack of tenure. It is pure conjecture.

I'm going to take this opportunity to "speak" my mind about your specific comments since you decided to shame one of the moderators by attacking his credibility through his wife's apparently previously failed attempt to serve the community through the ballot box, which as we all know is influenced by money and Russia (hopefully not during her previous run but no guarantee). I find your attack incredibly offensive and demeaning to both his wife and to Sanjay. You easily could have pointed out a "conflict of interest" with his wife serving on the board. But that's not what you choose to do. No… it apparently wasn't enough to serve your purpose.

If you had an issue with his wife being appointed or her application, you should have brought this to the board when she applied to the position. You will obviously have an opportunity to vote in the next election they hold. Perhaps you should run if you're up to it. Or perhaps Tina should (regardless of any connection she may have to you). Then perhaps we can gauge who is more qualified(?) to the position by percentage of votes? At least Char ran (and applied too). More than we can say for some.

Associating Sanjay's comments about monitoring the discussion (which Is not unusual) to censoring opinions is a huge stretch. The monitors have always strived to keep community respect in the talk forum as our baseline for community discourse. Your comments, sir, attacking his wife, and the moderators (although maybe you were excluding Scott Green?) were anything but respectful. And no, I don't find it ironic that Char previously ran (and is persistent) and that Sanjay is a moderator of this forum doing what he volunteered to do and has thanklessly (maybe occasionally thanked) done for years.

As you pointed out, one of the moderators (Scott Green) participated in this discussion. No one is looking to censor you but ALL of us in the community expect the moderators to ensure respectful conversations occur on this forum. Your comments are anything but respectful. They personally attacked. Regardless of what Sanjay followed up with. Because he and his wife (obviously since she's not commenting) are respectful. Unless, of course, I am to infer from your comments that you believe spouses do not have independent thought and action from each other.

Respect. The basis of so much to do with relationships and yet so infrequently demonstrated unless there is accountability to boundaries given. Pity.

Thanks! Deb
, please excuse typos or odd word substitutions curtesy of Apple

_-_-_-_-_-_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111569) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_-_-_-_-_-_

Yahoo Mail - Re: [95033talk] Can we have a discussion about real community issues?

## Re: [95033talk] Can we have a discussion about real community issues?

From:  nancy maynard (scrippsmom@gmail.com)

To:  95033talk@groups.io

Date:  Friday, March 26, 2021, 10:58 AM PDT

When I taught there I saw the Dist. breaking laws… no one spoke up… When someone does, they are gone.  How could a teacher who picked a student up by the neck and shook him be allowed to continue. The parents accepted the apology and that was the end of it. Giving out all A's is like giving all players in t-ball a trophy….  If you check the Dist. has been at fault by the Grand Jury several times.  The District has settled with parents with nondisclosure by them several times.  They are good at keeping a secret.  They want teachers and parents to keep a secret too.

    There is a dark side to the organization… One way for them to listen is to the community to stop donating dollars… Many great teachers were forced out or left because they were "not team players"… They were team players…. for the kids and parents!!!

I heard Admin comment on the fact that trouble maker parents would be gone in a couple of years…. Trouble makers were those who would have legitimate questions…. they wanted to strengthen the school, not harm it.

_–_–_–_–_–

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111526) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

---

Moderator reminders:

Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ

Search archives at groups.io; directions are in the FAQ's

Questions? Email the moderators at 95033talk+owner@groups.io

Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_–_–_–_–_–

## Re: [95033talk] Can we have a discussion about real community issues?

From: nancy maynard (scrippsmom@gmail.com)

To: 95033talk@groups.io

Date: Friday, March 26, 2021, 11:01 AM PDT

I just posted a comment on this and it is gone????

_-'_-'_-'_-'_—

Groups.io Links:

You receive all messages sent to this group.

[View/Reply Online (#111529)](#) | [Reply To Group](#) | [Reply To Sender](#) | [Mute This Topic](#) | [New Topic](#)

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

[Your Subscription](#) | [Contact Group Owner](#) | [Unsubscribe](#) [Stacylynhall@yahoo.com]

_-'_-'_-'_-'_—

## Re: [95033talk] Can we have a discussion about real community issues?

From:  Nanette Barber via groups.io (nanettebarber=yahoo.com@groups.io)

To:    95033talk@groups.io; wasawiller@aol.com

Cc:    tinaplautz@gmail.com

Date:  Saturday, March 27, 2021, 12:07 PM PDT


Good morning to all. So much to say here. Apologies for the lengthiness  I struggle with keeping things short.

First, I just wanted to say thank you to Wendy, and Larry for chiming in here when so many are posting rather angrily and without all the facts of the situation. I am so irritated by all the posts being made by those that know nothing of the actual situation and are continuing to paint the board and the school in a negative light. Some here have been doing so with misinformation or manipulation of data for the last six months and based on what I have been reading the last two days, they have sadly achieved their goal of making the broader community question the board's motives and honesty. Might I remind everybody as others have attempted to do so, this school board is made up of elected regular people from within our community that truly do not have ulterior motive's. They are friends, parents, neighbors, and our fellow humans, who are trying to make the best decisions they can with the information they have, information we may not have. They legally CANNOT comment as has been stated multiple times, even to defend their actions.

 They cannot comment even in the face of being smeared publicly by those who know not of the situation except what they hear from the one "side". I see many level headed individuals on here asking for the community to trust the board, but after the smear campaign against them for the last six months, is it surprising so many are not willing to do so? Also, it is easy not to trust people when all you see is a title like "the board".  Again, "the board" is made of real people with real names and real lives. They are not making any money from their actions on the board. They are not motivated by greed or any other corrupt force as they are VOLUNTEERS from our community doing the best they can. This is not a Hollywood production with sneaky players. Personally, I'm surprised anybody is willing to hold a seat at all with the constant unwarranted mudslinging going around lately.  I have posted regularly over the last 6 months on Facebook in support of our board and school,  because there have been the same voices regularly raging against the board's efficacy and reliability over a disagreement of how they have chosen to build up our schools' programs and services. It is still mind blowing to me that there are people that dislike that the school has provided extra programs and services  to the kids that were not previously available through government funding alone. They have done no wrong as has been pointed out multiple times through repeated evidence backed posts on Facebook's 95033 Neighbors forums. It is so frustrating to me that the district's hands are in fact tied by what they legally can and cannot divulge to the public. Silence from the board is being made to appear that there is something nefarious when in reality it is purely their inability to respond. It sure is easy to bully someone when a person cannot comment back. I know that many of you have been exhausted by this whole thing and have not wanted to speak out in support of the board publicly, but your voice IS important.

 Further, while it saddens me that Mr. Kissner may not have gotten along  well with a few teachers, that is unfortunately how life plays out. We do not always get along with everybody. But, because a couple teachers did not get along with Mr. Kissner and likely vice versa, this does not make him the victim of recurring abuse from "all the staff and administration" as is being claimed publicly, repeatedly. I'm so sick of it.
We were friends with him. My husband coached with him. My son wrestled in his program. We have no personal reason to be against him. I defended him repeatedly a few years back after the noise over the walk out. But, I also truly believe no situation is black and white and thus, I feel poor choices and actions were made on both "sides" regarding that whole situation. However, inability to find closure and move on is not helpful here (to people on both "sides.") We are so saddened and disappointed that this great division within our usually supportive community seems to keep coming up and his and a few others' public actions over these last 6 months have continued widening that divide. We can no longer support him based on this. Actions have consequences. It's not about cancel culture. That isn't actually a thing in this situation. That is just a temper tantrum slogan lately slung at anyone who demands accountability for a person's poorly chosen actions. Demanding accountability should not be painted as a bad thing and yet here we are. That said, we wish him no ill will and wish he and his family healing as he moves forward.
But, the constant false equivalencies and false damaging narratives MUST STOP. I'm over it as are many others.

Aboot Mr. Kissner. I can't believe I have a discussion about race on my screen...

Those of you that are truly frustrated by Mr. Kissner's removal are more than welcome to contact the District directly or better yet, write a nice note to the family and let them know that you appreciated his positive impact on your children. But stop spewing conspiracy theories over politics here. Also stop basing your own experience with him as an indication that he is 100% infallible. The board clearly has solid reason for their actions. They would not embark upon this path lightly knowing the dire consequences if they did so without solid reasons, and definitely not in politically motivated retaliation as some have outright stated. Those believing or pushing this narrative as the only reason for his dismissal have not taken the time to learn what is involved in this process.

Also, to all those that are claiming the school has gone downhill and is no longer credible because of their dismissal of Mr. Kissner and that their kids will no longer be exposed to great educators nor diversity of thought... I say this: Please. One educator does not define an entire school. We still have MANY excellent teachers between the two schools, many who have been physically sick over all of the controversy as of late. They too are doing the best they can during these crazy times. And lately, they have unfortunately been the objects of ridicule more than of praise. Again, they too are real people within our community. They are not some evil overbearing force "steeping our kids in liberalism". Sheesh. Many of them are also our friends and neighbors. And most of them are very much assets to our schools and community. Our schools HAVE NOT "gone down hill" these last years. Again, please. If those of you that truly believe this can cite specific tangibans reasons why you think this (other than Mr.Kissner's dismissal since again, the facts are not all stated) I would be more than happy to hear and consider them, as that is what civil people do. We should be able to look at facts (not here-say) from all sides and have critical thinking skills to then formulate opinions. My own opinions are not unchanging. Like I said, we used to support Mr. Kissner because of all that he has done for the community through sports programs and through education, and again, as a fellow human and community member we wish him luck, but we also support the board's decision based on what we have learned.

 Finally, I'm sorry some are frustrated that the replacement math teacher chose to start fresh with their own grading system by starting kids out with As. While that is not ideal, nor is any of this situation. BUT it is NOT indicative of teacher incompetence nor "false praise" for students. Let's gain some perspective, please. We are talking about an unusual situation and this teacher felt this was the best way for them to step in. The process of beginning students with an A is not a completely unknown tactic. It is one I learned in my masters in education program years ago while learning positive and uplifting teaching styles. The idea is that instead of starting the students with zero points and then slowly working up, or jumping straight to an F if a student forgets to turn in one assignment in the beginning, It could have the potential to build confidence in a student that may not normally get A's and inspire them to maintain the A by completing assignments as opposed to trying to climb to it. Whether you agree with this method or not is not the point. The point is that it IS a taught practice not without reason. Ultimately, if a student does nothing to maintain their grade it will not remain an A. So complaining that "everyone just got A's so where is the value?" is not exactly accurate. It just begins at the top instead of the bottom. The fact that she came into the position close to the end of the quarter does influence the final standings I'm sure, but just because somebody else's kid gets an A that normally wouldn't does not mean your kid did any less work for their A or that they are of any less value. And, since it's middle school, it's not like they are in a direct competition that will impact their college placement. AND grades have been weird this last year with most education occurring over zoom and some kids really struggling with the format so really, this discussion seems silly to me anyhow. Plus it's one class. So I say be happy for those kids that may have gotten a higher grade than usual this one time or stop worrying about the others entirely and focus on your pride for your own. Further, thus far, my daughter, who also liked Mr. Kissner as a teacher, has stated repeatedly this last month that her new math teacher is her best teacher she has ever had. Based on this and what I've heard through zoom, I feel the school has not been crippled through this reassignment. In fact, she is "a highly qualified mathematics instructor who holds a Master of Education in Curriculum and Instruction. In addition to being an outstanding teacher, she has served for several years as a math curriculum specialist and math coach supporting teachers in improving mathematics instruction and supporting students in improving access and outcomes in math." (This is from the administration.) So, its not like the school has simply replaced Mr. Kissner with a "new, less expensive, less qualified, or effective" teacher lowering the quality of education at CT as some here have implied.
Use this to forum to express your sadness at the loss of Mr. Kissner if you like, but leave the unsupported conspiracy theories against the schools' board, administration, and teachers out of it. Peace.

-Nanette


On Mar 27, 2021, at 10:15 AM, AJ via groups.io <wasawiller=aol.com@groups.io> wrote:

4/16/2021                    95033talk@groups.io | Re: Passionate and uncivil - have a discussion about real community issues?

Case 3:22-cv-00949-CRB   Document 117-15   Filed 12/22/23   Page 77 of 491

I lived on the mountain for 23 years, my boys attended LPE, CT, and LGHS, and I fully support the school board's decision regarding Mr. Kissner.  The May 2018 headline from the Mercury News, "Teacher Controversy Splits Mountain Community," speaks volumes.  This has nothing to do with Mr. Kissner's political or religious beliefs, or his stance on Measure N.  It has everything to do with Mr. Kisssner's own actions, and the consequences thereof.  I know Mr. Kissner was very supportive of the wrestling program and did many things to promote math education on the mountain.  But in my personal opinion, these good acts do not mean we should turn a blind eye to everything else.

Tina Plautz, I have long considered you to be a friend, and I respect your opinion.  I also know your family is very involved with school wrestling.  I understand Mr. Kissner was a big part of that, and you would naturally be very sorry to see him go.  But why do you "assume" you will no longer have wrestling at CT or a wrestling club or a math initiative?  If these things are important enough, folks on the hill will step up in the true volunteer spirit of the mountain to carry on the torch.  There is no grand conspiracy to "control the narrative" or "restrict your opinion."  The sheer number of responses to your post proves that point.  You believe that dismissing Mr. Kissner will "negatively affect our children."  I happen to disagree.  See, neither of our opinions have been "restricted."

I also know that you were one of the candidates for the open school board position which was awarded to Charlotte Khandelwal.  You are both wonderful people with a lot to offer in terms of intelligence and experience.  But in light of the fact that Char was selected, this smacks of sour grapes.

Then there is the matter of  your husband's (Scott Plautz's) comments to Sanjay Khandelwal, who is a moderator for this group and Char's husband.  Sanjay often interjects on various discussion threads to remind folks to be civil, stay on topic, and refrain from spreading misinformation.  My definition of "irony" must be very different from Scott's, as I do not think the fact that Char previously ran for school board years ago in anyway makes it "obvious" that "the community does not support her candidacy" today.  And if you knew anything of the disgusting racist verbal abuse that both Char and Sanjay have suffered at the hands of some mountain neighbors, you would understand why I find Scott's comments not just disingenuous, but borderline threatening.
--Amy Kemp

_–_–_–_–_–

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111594) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

_____

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

_____

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_–_–_–_–_–

Case 3:22-cv-00949-CRB   Document 147-15   Filed 12/22/23   Page 79 of 491

## Re: [95033talk] Can we have a discussion about real community issues?

From:   Nell Griscom (griscom.nell@gmail.com)

To:     95033talk@groups.io; sanj95033@gmail.com

Date:   Friday, March 26, 2021, 06:11 PM PDT

---

Hi Sanjay.  I keep muting this topic (3 times now) and it keeps reappearing.  When I try to mute it again, it says "already muted." Help!
Nell

On Fri, Mar 26, 2021 at 5:19 PM sanjay k <sanj95033@gmail.com> wrote:

> All-
>
> The moderators are watching this. While we currently don't have any reason to shut this down, we will if need be (and yes, que up the normal list of characters who will complain and say how they disagree. Yup. It's been 10 years for this list and those arguments never get old... so thankful to be reminded about them).
>
> I'll also use this occasion to remind folks this is an HR matter. Facts are usually not that easy to come out - the board (which is indeed made up of humans who are community members) cannot comment. That may lead some to conspiracy theories - the truth may well be different.
>
> Thanks for continuing to be civil here. I'm told the Facebook group is the place to be to vent.
>
> Thanks,
> Sanjay
> (Moderator of this private group; if you believe the first amendment applies here, suggest you read up on what the first amendment actually means)


--
Nell Griscom
Summit Woods

Be kind!
_·_·_·_·_

---

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111553) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_·_·_·_·_

Yahoo Mail - Re: [95033talk] Can we have a discussion about real community issues?

Re: [95033talk] Can we have a discussion about real community issues?

| | |
|---|---|
| From: | nilimor1 (nili@lmi.net) |
| To: | melaniee@verizon.net; 95033talk@groups.io |
| Date: | Saturday, March 27, 2021, 08:40 AM PDT |

I totally understand the frustration of parents who need to explain to their kids the loss of a teacher and have a hard time doing so.

I do however support the board in their decision. The reasons for termination are confidential and if anybody assumes the reasons are political, they're probably wrong.
our school board is compiled of people who have worked tirelessly to make our community better. I have been fortunate to work with most of them on many school events, volunteer activities and I believe they all are driven by community interests and not personal ones.

As for school finances - times are extremely hard right now. With the measure R not passing in addition to many school fundraisers being canceled because of Covid, our school district is facing the termination of teachers and support staff in the coming school year. If you care about our schools, our kids education, our community and the value of your house that goes along with the strength of our schools, please consider supporting the school with a donation instead of calling the community to stop their support.

thank you

–·–·–·–·–

Groups.io Links:

You receive all messages sent to this group.

<u>View/Reply Online (#111579)</u> | <u>Reply To Group</u> | <u>Reply To Sender</u> | <u>Mute This Topic</u> | <u>New Topic</u>

Moderator reminders:
Please read the FAQ! It is at <u>https://groups.io/g/95033talk/wiki/95033talk-FAQ</u>
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

<u>Your Subscription</u> | <u>Contact Group Owner</u> | <u>Unsubscribe</u> [Stacylynhall@yahoo.com]
–·–·–·–·–

Case 3:22-cv-00949-CRB Document 147-15 Filed 12/22/23 Page 80 of 491

## Re: [95033talk] Can we have a discussion about real community issues?

From:   nilimor1 (nili@lmi.net)

To:     lovemyredjeep@yahoo.com; 95033talk@groups.io

Date:   Saturday, March 27, 2021, 12:26 PM PDT

Hi Maria
Many of us know the details of what happened with the walkout several years ago, it was in the newspapers.
However, assuming that Kissner's termination is political and is about the walkout might be wrong.

Nili Mor
_·_·_·_·_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111595) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

_____

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!
_____

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_·_·_·_·_

Re: [95033talk] Can we have a discussion about real community issues?

| | |
|---|---|
| From: | oxtopus@gmail.com |
| To: | tinaplautz@gmail.com; 95033talk@groups.io |
| Date: | Friday, March 26, 2021, 10:24 AM PDT |

Let me get this straight. Someone campaigned in a democratic process to deprive the school of the funds necessary to operate, succeeded, and now they have to cut costs, which are dominated by labor. Is that right? What am I missing?

_-_-_-_-_-_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111522) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_-_-_-_-_-_

Case 3:22-cv-00949-CRB  Document 147-15  Filed 12/22/23  Page 82 of 491

## Re: [95033talk] Can we have a discussion about real community issues?

From:  ralph_susan@comcast.net

To:      Jmartinloh@gmail.com; 95033talk@groups.io

Date:   Friday, March 26, 2021, 10:49 PM PDT

---

Obviously, by the use of profanity you don't have much to offer on this subject.  TOTALLY OUT OF BOUNDS.  I do believe Mr Kissner has a lot to offer our children and perhaps not your political point of view.
Susan Z
_-'_-'_-'_-'_-

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111566) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_-'_-'_-'_-'_-

Case 3:22-cv-00949-CRB   Document 117-15   Filed 12/22/23   Page 83 of 491

## Re: [95033talk] Can we have a discussion about real community issues?

From:   Rebecca Smith via groups.io (rebeccasmithrealtor=yahoo.com@groups.io)

To:     95033talk@groups.io

Date:   Sunday, March 28, 2021, 01:03 AM PDT

Yes, the board candidate interviews and board discussion about each candidate were all public. Charlotte did indeed interview well, as expected, since she was a very strong candidate, and has many have already said she has a long history of serving this community in many different capacities, and a ton of relevant experience. I personally like and respect Charlotte a lot and wasnt trying to justify Scotts comments. I was merely responding to your comment that he or Tina should have applied.

The appointment of 1 board member had no bearing on the outcome of the Kissner dismissal, assuming it did not have to be unanimous. But there is a bigger picture...

As you know, if you follow the Facebook debates, there is a sizeable segment of the community that distrusts the board and the administration, who feel the budget has been mismanaged and current board have been ineffective in turning things around. That is ultimately why Measure N failed.

I have taken the time to talk to community members who voted against the Measure and they are not all simply 'anti-tax' as many seem to assume. In fact a lot of these people are Loma district parents who did vote for Measure H, but who have become disenfranchised in the 7 years that have since passed, and feel the board isn't representing their interests.

My own opinion is that we MUST pass a future parcel tax, but that $164 isnt nearly enough....we were already running a deficit in recent years and deep cuts would have been necessary even if it passed (and that is before we factor in pensions inflation and other increasing costs over the next 7 years). The Yes on N campaign didn't explain what the $164 would and would not pay for. I do watch the board meetings and budget studies and it seems to me that will need a parcel tax in the $300 to $350 range to retain all the staff and programs we would like for our school district to remain competitive for the foreseeable future, and to support our home values.

But that is going to be impossible until we take steps to heal the divide that is absolutely tearing our mountain apart. The board and administration should be reaching out to those who campaigned and voted against Measure N to understand how we might earn their support for a future tax. But to my knowledge that hasn't happened (aside from unsupported efforts by individual community heroes like Tiffaney Gallup). There were a number of very highly qualified board candidates. And given what was at stake (special election for $200-600k and any chance of putting a new, higher parcel tax on the ballot in the next couple of years) I do think they might have considered making a strategic appointment. There were other strong candidates that might have helped us avert further financial catastrophe.

I try very hard to stay out of politics, I don't have a vote anyway, I consider myself neither a liberal or a conservative (I guess somewhere in the middle) and I rarely take 'sides' in mountain politics unless I'm absolutely sure that it's clearly for the greater good of this community...my friends, clients, our school district, kids, and all of our home values. But I do listen to what the concerns are and its hard to stay silent when I see decisions being made that just keep adding fuel to this dumpster fire.

The budget issues and the Kissner dismissal are unrelated (or at least they should be), but many in the community do believe this is all political, and thats understandable when you look at the context. It doesnt sit well with me either.

In the interest of full disclosure I should state that David Kissner and his wife Stacy have had an incredibly positive influence on all of my kids, through his math teaching, wrestling coaching, mountain biking, camping, backcountry backpacking trips etc. etc. I mean truly inspirational and life changing stuff, both in and out of school. We have little in common in terms of religion and politics, but they are generous people who continually go above and beyond for the sake of the kids in this community.

Case 3:22-cv-00949-CRB   Document 117-15   Filed 12/22/23   Page 84 of 491

I have also witnessed first hand some of the harrassment and interfence into his personal efforts to keep bringing math help to kids at all different levels, and Ive heard from parents who told me how they were encouraged to make written complaints about Mr Kissner. Im devastated by his dismissal, however I agree that we dont know everything since neither he nor the board/admin can talk about it and that we should keep an open mind. Ive heard David will be requesting an open hearing so I look forward to seeing what evidence the school has that warrants him being fired. Since I also care about our budget situation, I hope they have a super solid case because they have already hired a replacement at additional cost while putting him on paid leave, I assume they've engaged a legal team, and I expect that at some point there will be a settlement. We can all afford any of this right now. On personal note Im deeply saddened by the loss of a great teacher that was much loved by the majority of kids.

I guess ultimately what Im getting at is that we need to stop with the 'us and them'. The people who voted against N, many of the same families who are now giving their KEEP donations to Kissners legal fund...these are our mountain neighbors, have kids at the school... or used to, maybe even went to CT and Loma themselves, some are 2nd or 3rd generation mountain families. They're not being heard, they feel unrepresented by the board (have for many years), and so they're using the democratic process to make their stand. Maybe its time to stop judging, stop fighting and start listening. In this same spirit Id like to ask those with grievances against the current board and admin to step out of the shadows and speak up. I know there is fear of retaliation but we do need to hear all points of view because part of the issue is that nobody on the 'other side' gets it, they're sure you're out to destroy our schools. They need to hear where you're coming from.

I like to think that most of us have the same long term goals for our district....but we can't fix anything until we start pulling together.


On Sat, Mar 27, 2021 at 9:22 AM, Deb Erba via groups.io <deberba=yahoo.com@groups.io> wrote:

> Rebecca, thanks for helping me understand the personal attack on Char a little better, if, in fact, Scott Plautz is related to Tina. It helps provide perspective of his comments around Char's appointment. It doesn't however excuse his comments or the personal attack. I'm guessing the most recent candidates were not the same that she ran against in the election she did not win in.
>
> You did make a comment "Actually Tina Plautz did apply … her appointment might have given us a better chance of avoiding the cost of a special election."
>
> Why do you think that?  Obviously the Kissner issue was initiated way before the appointment so unless the board discussion on kissner was made public (and given the speculation on his termination, my guess is no) there is no way to know if the new appointment had any impact one way or the other or if Tina had won, and been privy to the same information, that her vote would have been a deciding factor or even different.  Obviously she wouldn't be initiating posts on the topic though.
>
> Is it because Tina was the candidate of choice for those wanting  an election? If so, essentially that is a segment of parents blackmailing the board into appointing who they want on the board and kudos to the board for hiring the person they felt was most qualified (I am assuming that was their criteria).
>
> I understand that the interviews were public. I've been told Char's interviews were also very good (I did not watch personally) and that she was even threatened for running along with being the target racist comments which make me quite concerned about the motivations behind the parents who made them (not that I know who did). Were the boards candidate discussion also made public?  If so, then we'd know why one candidate won over another. Perhaps that would have allowed acceptance by those evidentially opposed to Char's appointment although if the info I was given above is true, qualifications were not the concern and it would have made little difference.
>
> 100% agree that all candidates deserve kudos for even putting their hat in the ring. In the end, the board is still an elected body. They can be voted out if all the parents disagree with the decisions being made.
>
> Thanks! Deb
> , please excuse typos or odd word substitutions curtesy of Apple

|

_–_–_–_–_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111601) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_–_–_–_–_

## Re: [95033talk] Can we have a discussion about real community issues?

From: Rebecca Smith via groups.io (rebeccasmithrealtor=yahoo.com@groups.io)

To: 95033talk@groups.io

Date: Sunday, March 28, 2021, 01:03 AM PDT

Yes, the board candidate interviews and board discussion about each candidate were all public. Charlotte did indeed interview well, as expected, since she was a very strong candidate and has many have already said she has a long history of serving this community in many different capacities, and a ton of relevant experience. I personally like and respect Charlotte a lot and wasnt trying to justify Scotts comments. I was merely responding to your comment that he or Tina should have applied.

The appointment of 1 board member had no bearing on the outcome of the Kissner dismissal, assuming it did not have to be unanimous. But there is a bigger picture...

As you know, if you follow the Facebook debates, there is a sizeable segment of the community that distrusts the board and the administration, who feel the budget has been mismanaged and current board have been ineffective in turning things around. That is ultimately why Measure N failed.

I have taken the time to talk to community members who voted against the Measure and they are not all simply 'anti-tax' as many seem to assume. In fact a lot of these people are Loma district parents who did vote for Measure H, but who have become disenfranchised in the 7 years that have since passed, and feel the board isn't representing their interests.

My own opinion is that we MUST pass a future parcel tax, but that $164 isnt nearly enough....we were already running a deficit in recent years and deep cuts would have been necessary even if it passed (and that is before we factor in pensions inflation and other increasing costs over the next 7 years). The Yes on N campaign didn't explain what the $164 would and would not pay for. I do watch the board meetings and budget studies and it seems to me that will need a parcel tax in the $300 to $350 range to retain all the staff and programs we would like for our school district to remain competitive for the foreseeable future, and to support our home values.

But that is going to be impossible until we take steps to heal the divide that is absolutely tearing our mountain apart. The board and administration should be reaching out to those who campaigned and voted against Measure N to understand how we might earn their support for a future tax. But to my knowledge that hasn't happened (aside from unsupported efforts by individual community heroes like Tiffaney Gallup). There were a number of very highly qualified board candidates. And given what was at stake (special election for $200-600k and any chance of putting a new, higher parcel tax on the ballot in the next couple of years) I do think they might have considered making a strategic appointment. There were other strong candidates that might have helped us avert further financial catastrophe.

I try very hard to stay out of politics, I don't have a vote anyway, I consider myself neither a liberal or a conservative (I guess somewhere in the middle) and I rarely take 'sides' in mountain politics unless I'm absolutely sure that it's clearly for the greater good of this community...my friends, clients, our school district, kids, and all of our home values. But I do listen to what the concerns are and its hard to stay silent when I see decisions being made that just keep adding fuel to this dumpster fire.

The budget issues and the Kissner dismissal are unrelated (or at least they should be), but many in the community do believe this is all political, and thats understandable when you look at the context. It doesnt sit well with me either.

In the interest of full disclosure I should state that David Kissner and his wife Stacy have had an incredibly positive influence on all of my kids, through his math teaching, wrestling coaching, mountain biking, camping, backcountry backpacking trips etc. etc. I mean truly inspirational and life changing stuff, both in and out of school. We have little in common in terms of religion and politics, but they are generous people who continually go above and beyond for the sake of the kids in this community.

About Mr. Kissner Continued - have a discussion about communtiy issues

I have also witnessed first hand some of the harrassment and interfence into his personal efforts to keep bringing math help to kids at all different levels, and Ive heard from parents who told me how they were encouraged to make written complaints about Mr Kissner. Im devastated by his dismissal, however I agree that we dont know everything since neither he nor the board/admin can talk about it and that we should keep an open mind. Ive heard David will be requesting an open hearing so I look forward to seeing what evidence the school has that warrants him being fired. Since I also care about our budget situation, I hope they have a super solid case because they have already hired a replacement at additional cost while putting him on paid leave, I assume they've engaged a legal team, and I expect that at some point there will be a settlement. We can all afford any of this right now. On personal note Im deeply saddened by the loss of a great teacher that was much loved by the majority of kids.

I guess ultimately what Im getting at is that we need to stop with the 'us and them'. The people who voted against N, many of the same families who are now giving their KEEP donations to Kissners legal fund...these are our mountain neighbors, have kids at the school... or used to, maybe even went to CT and Loma themselves, some are 2nd or 3rd generation mountain families. They're not being heard, they feel unrepresented by the board (have for many years), and so they're using the democratic process to make their stand. Maybe its time to stop judging, stop fighting and start listening. In this same spirit Id like to ask those with grievances against the current board and admin to step out of the shadows and speak up. I know there is fear of retaliation but we do need to hear all points of view because part of the issue is that nobody on the 'other side' gets it, they're sure you're out to destroy our schools. They need to hear where you're coming from.

I like to think that most of us have the same long term goals for our district....but we can't fix anything until we start pulling together.

On Sat, Mar 27, 2021 at 9:22 AM, Deb Erba via groups.io
<deberba=yahoo.com@groups.io> wrote:

> Rebecca, thanks for helping me understand the personal attack on Char a little better, if, in fact, Scott Plautz is related to Tina. It helps provide perspective of his comments around Char's appointment. It doesn't however excuse his comments or the personal attack. I'm guessing the most recent candidates were not the same that she ran against in the election she did not win in.
>
> You did make a comment " Actually Tina Plautz did apply ... her appointment might have given us a better chance of avoiding the cost of a special election."
>
> Why do you think that? Obviously the Kissner issue was initiated way before the appointment so unless the board discussion on kissner was made public (and given the speculation on his termination, my guess is no) there is no way to know if the new appointment had any impact one way or the other or if Tina had won, and been privy to the same information, that her vote would have been a deciding factor or even different. Obviously she wouldn't be initiating posts on the topic though.
>
> Is it because Tina was the candidate of choice for those wanting an election? If so, essentially that is a segment of parents blackmailing the board into appointing who they want on the board and kudos to the board for hiring the person they felt was most qualified (I am assuming that was their criteria).
>
> I understand that the interviews were public. I've been told Char's interviews were also very good (I did not watch personally) and that she was even threatened for running along with being the target racist comments which make me quite concerned about the motivations behind the parents who made them (not that I know who did). Were the boards candidate discussion also made public? If so, then we'd know why one candidate won over another. Perhaps that would have allowed acceptance by those evidentially opposed to Char's appointment although if the info I was given above is true, qualifications were not the concern and it would have made little difference.
>
> 100% agree that all candidates deserve kudos for even putting their hat in the ring. In the end, the board is still an elected body. They can be voted out if all the parents disagree with the decisions being made.
>
> Thanks! Deb
> , please excuse typos or odd word substitutions curtesy of Apple

4/16/2021                    95033talk@groups.io | Re: Can we have a discussion about our community issues?

Case 3:22-cv-00949-CRB   Document 147-15   Filed 12/22/23   Page 88 of 491

\_–\_–\_–\_–

Groups.io Links:

You receive all messages sent to this group.

[View/Reply Online (#111601)](#) | [Reply To Group](#) | [Reply To Sender](#) | [Mute This Topic](#) | [New Topic](#)

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

[Your Subscription](#) | [Contact Group Owner](#) | [Unsubscribe](#) [Stacylynhall@yahoo.com]

\_–\_–\_–\_–

Re: [95033talk] Can we have a discussion about real community issues?

From:   Ricardo David (ricardo.x.david@gmail.com)
To:     95033talk@groups.io; yusuf.akca@gmail.com
Cc:     becky_55@yahoo.com; lm@mcvoy.com; tinaplautz@gmail.com
Date:   Friday, March 26, 2021, 09:56 AM PDT

Something feels very wrong here. I can only judge Mr Kissner based upon my own interactions with him and positive feedback my two boys who attended CT.  He had a positive impact on both of them and served the community well with his numerous outreach programs.  This is a loss for our community.

Ricardo

On Fri, Mar 26, 2021 at 9:52 AM Yusuf Akca < yusuf.akca@gmail.com> wrote:
> He's one of the best teachers, if not the best,  we've ever known. That includes me, my wife, and my two kids' teachers. It should have been totally out of discussion, but for the record I voted in favor of the school's view on measure N. Now seeing how the school administration handled the situation and went for retaliation, I don't know if I would do the same again.

> On Fri, Mar 26, 2021 at 9:37 AM Larry McVoy <lm@mcvoy.com> wrote:
>> So I am part of the everyone that doesn't know it so I asked my younger
>> son and this is what he said:
>>
>>
>>      I really liked him, I thought he was a good teacher and a good guy
>>
>> That's just one kid but if the majority of kids feel like that, this
>> stinks.
>>
>> On Fri, Mar 26, 2021 at 04:24:19PM +0000, Becky Yoder wrote:
>>> This is no longer about the children. ??It is about personal agendas and vendettas. ??If it was up to
>>> the children, he would still be in the classroom and everyone else would be replaced. And everyone
>>> knows that.
>>> On Friday, March 26, 2021, 09:17:46 AM PDT, Larry McVoy <lm@mcvoy.com> wrote:
>>>
>>> We got sick of the school nonsense and pulled our kids and sent them to
>>> Kirby. It's expensive, I believe they may have some scholarships, but
>>> spendy if not. If you can afford it, it was *WAY* better than CT or
>>> LG High. I regret not doing it earlier.
>>>
>>> I don't know the details of the CT drama (thankfully) but the optics of
>>> firing a teacher who opposed a school bond measure aren't great. Don't
>>> they have a union that protects them?
>>>
>>> On Fri, Mar 26, 2021 at 08:34:47AM -0700, tina plautz wrote:
>>>> I saw this post on Facebook this morning and couldn't help but share that
>>>> the admin removed the post What is going on with controlling the narrative
>>>> in our community and restricting opinions and discussions?? We need to be
>>>> able to share our thoughts and views to have an open discussion. I am
>>>> saddened by the decision to remove David as he has been an inspirational
>>>> leader to our students and community. Our district has been embroiled in a
>>>> battle with him for a number of years and continue to make decisions that

negatively affect our children. Not only are we losing one of the best
math teachers our children have, I have to assume we will no longer have
the CT wrestling program, the volunteer run Mountain Mayhem wrestling club
and the Mountain Math Initiative that our students have been benefiting
from. With all that being said, I have to include our personal experience
during this matter.
The moment he was placed on leave, the district brought in a Math
Specialist to replace him and with agreeance from our principal, they
decided to change all Math students grades to an A in the name of a ???fresh
start???. Ironically, 2 days prior my child received his honor roll
certificates commending his hard work to earn such a privilege. Well,
which one is it? Are grades real or not? Last I checked it was the
measurement tool to gauge how our children are doing. Have we forgotten
what it means to provide excellent education to our students? Is this
politically driven? I just do not see how this behavior is acceptable.
Unfortunately, this isn???t the first time our district has been known for
changing grades at will as Corey Kidwell deviated from her own policies
after the walkout. We the community deserve to know what is really going
on. See letter below that was shared.........
Sincerely a concerned mom... Tina

Dear Neighbors,
We as a group formed over six months ago to oppose a funding measure in our
school district. At the face value, it should have been a routine exercise
in our rights to express ourselves and vote. Unfortunately, it turned out
to be anything but a democratic exercise. Reluctantly, David Kissner and I
became the face of measure N opposition and all that came with it. At the
outset, we were both told by school board members and community leaders
that we will pay a heavy price for it.
Five months after the election, David Kissner paid that price today. In a
clear case of retaliation, the board voted 5-0 to dismiss David as a
teacher in our Loma Prieta school district.
I just wanted to share my sense of outrage and my personal commitment to
provide David with any means required to clear his name and return back to
school teaching math, where he belongs.
Best Regards,
Shahryar Rokni

--
Tina Plautz

--
---
Larry McVoy lm at mcvoy.com http://www.mcvoy.com/lm

--
---
Larry McVoy lm at mcvoy.com http://www.mcvoy.com/lm

_·_·_·_·_·_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111516) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

---

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_._,_._,_

Re: [95033talk] Can we have a discussion about real community issues?

## Re: [95033talk] Can we have a discussion about real community issues?

From:   richard atkinson (atkinson.richard.w@gmail.com)

To:     95033talk@groups.io; lovemyredjeep@yahoo.com

Cc:     nili@lmi.net; melaniee@verizon.net

Date:   Saturday, March 27, 2021, 10:41 AM PDT

I feel a need to finally weigh in here, as the concerns with David started earlier than that protest. My daughter had him for both Science (yes, he taught science at the time) and math. Sure, he was engaged, and that was great. BUT, he also brought his religion and other views on guns, military, and other issues <u>directly</u> into the classroom and into the things and ways he taught (or refused to teach, in one particular example he refused to teach evolution, claiming that he does not teach "theories"). Well, the reality is when he chose to be a Teacher in a Public School System, he also signed on to participate and support and TEACH defined curriculums that - good or bad - are not his personal choice. And I, as a parent, chose to send my child to a Public school just so I would not have what I would call "personal distortions" of the curriculum (and just so you know my bias, I sent my oldest daughter to Private school, where I got exposed to what can and does happen in those environments..good and bad. But no panacea for those arguing that Private is the only way to go).

This "personal agenda" was enough of an issue that my assumption is that David was removed from teaching Science, where there were just too many issues with his agenda, and keep him focused on Math where at least the topic tends to be pretty objective. But he still dragged his politics and religion directly into the classroom...and not as alternative thinking but rather as a position...in a classroom of highly impressionable children that are not yet really ready to objectively discount a teachers views as being "personal" and able to look at things in a broader context. If David wanted to teach upper High School or College and bring his agenda, it might be more tolerated or in some cases and subjects even encouraged (Philosophy, Poly Sci). Or, as others have raised, he could teach at a private school where he was allowed or even encouraged to cross these lines. But this was the bed HE chose, and therefore if he chooses not to follow the rules and guidelines, then he is choosing to be held accountable.

Yes, there was broad recognition of David's passion for teaching, and I do not think anyone ever had an issue with that. But, he also created issues that many of us felt were completely inappropriate....which, as far as I know, he would not stop doing (and I am not talking about being a consevative).

I have no idea what the specifics were for his termination, and trust that the Board did not take this decision at all lightly. I also trust that they were not political, but rather grounded in tangible conditions and process where he was terminated for cause (in today's legal environment, it would have to be). I understand the frustration of losing one of the most passionate teachers at CT that connected with so many students, and that is a loss. But, there were things that he was doing while my daughter was there, that clearly created issues for the Board (including his refusal to allow the student to participate in the protest mentioned...which was again HIS arbitrary decision) that have ways of eventually catching up with you.

Lastly, the attacks on our forum moderators are despicable. We all agreed to certain rules when we joined this forum, and I have yet to ever feel that our moderators are being political or inappropriate. There are many other places where we can plead out cases. But I look at this forum as a place to help bring us together as a community...and where we ALL can bring facts and perspectives to issues (like this one) so we can be more informed and collective as a community.

Regards,
Richard Atkinson


On Sat, Mar 27, 2021 at 10:01 AM maria via groups.io <lovemyredjeep=yahoo.com@groups.io> wrote:
> Nilimor:

Respectfully, you are incorrect. It is political. The school conflict with Kissner began a couple of years ago when the school decided to engage in politics and indoctrinate the children and he took a stand against that in his classroom. The school had chosen to allow the kids to miss school so that they could engage in a protest based on nonlocal events in this country. Kissner had a policy about when it is ok to miss class, and political protests isn't one of them, although I believe he did make some type of accommodatiion that a child did not meet regarding that particular protest. A parent complained, and the long battle to keep his job began.

The school violated its own policies in choosing what political battles the kids can miss class to support. What if the kids wanted to have a protest to support pro-life? Or support police? Or anti-illegal immigration so that school funds are not diluted to spend on the extra education services non-English speakers need?

The school started down a slippery slope, which was just fine to 90 percent of the administration and staff because it was causes they personally believe in. But Kissner was chastised for running his class differently in that his policy was largely that protests should not be on campus during school hours, disrupting kids from learning.

People claim that teachers care about the kids and that we are mountain strong and care as a community. If that were the case, the school would value that Kissner is the most engaged teacher, maybe ever, at CTE, with all of the programs he runs and donating his own time and money to spend with the kids after school hours and weekends. The school proved that politics matters more than the kids.

On Mar 27, 2021, at 8:40 AM, nilimor1 <nili@lmi.net> wrote:

> I totally understand the frustration of parents who need to explain to their kids the loss of a teacher and have a hard time doing so.
>
> I do however support the board in their decision. The reasons for termination are confidential and if anybody assumes the reasons are political, they're probably wrong.
> our school board is compiled of people who have worked tirelessly to make our community better. I have been fortunate to work with most of them on many school events, volunteer activities and I believe they all are driven by community interests and not personal ones.
>
> As for school finances - times are extremely hard right now. With the measure R not passing in addition to many school fundraisers being canceled because of Covid, our school district is facing the termination of teachers and support staff in the coming school year. If you care about our schools, our kids education, our community and the value of your house that goes along with the strength of our schools, please consider supporting the school with a donation instead of calling the community to stop their support.
>
> thank you

_-_-_-_-_-

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111588) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_._._._._

## Re: [95033talk] Can we have a discussion about real community issues?

From: Robin Porter (portersan@mindspring.com)

To: 95033talk@groups.io; Sarahpuckett@gmail.com

Date: Saturday, March 27, 2021, 11:59 AM PDT

People don't understand the privacy laws and the reason for them. They protect the EMPLOYEE.

Imagine you're working for Google and Google has just taken over Moscone Center in SF for a world wide extravaganza - huge jumbotrons and the press and all your family and friends and all of Google's competition are joining in virtually on the internet. The CEO swaggers onto the stage, because if he doesn't swagger, the stock goes down 3% right there. He pauses, the whole room is silenced. His eyes scan over the crowd and land on you.

"You! You made our last product launch 3 months late, you're fired!" and two security people whisk you out of the auditorium - in front of the whole world!

Your family knows, your friends know, you colleagues know, anyplace you might apply for a new job knows and you are the definition of cancelled in your career.

But, in real life, the executive staff/Board doesn't work that way. They have a process they must follow to make sure they were as complete as possible before the dismissal. Maybe the software guys were the cause of the late launch? But, with privacy laws, if you are let go, nobody is notified by the company what the circumstances are. It is private. The company can only give the dates of employment and confirm you worked there. That gives you a way to apply to other companies. You just say you're looking for more responsibility or a new challenge in the interview. "The head of your department was never going to leave, so you have to leave the company to grow your career" is something you might say. Or, "I had a dream of creating this product and it didn't fall into budget."

There are lot of teachers/administrators from other districts living up here and they are on 95033talk. Personally, I am worried this spreads further down the hill to other districts that would have snapped Kissner up in a minute. But by escalating the whole thing, speculation will become fact in the minds of some and it could really ruin Kissner to have a reputation not based on facts, only crowd sourced speculation.  I don't know Kissner, so I have no skin in this game, but if you really care for Kissner, don't ruin his chance to make a living by creating this outrage/lurry, etc. because, in the long run, Kissner will be the one who bears the brunt of all this speculation.

If you don't like the Board, make an appointment to talk with them, or meet with a few members. They can't crack their confidentiality, but you'd come closer to understanding who they are as people. Then you can make your own decision on your vote.

Best,

— Robin

On Mar 26, 2021, at 9:15 AM, Sarah Puckett <Sarahpuckett@gmail.com> wrote:

Is this the result of a poor performance of a teacher in the classroom, a moral or morale issue, or some other offense? I know it cannot be any of these.   We are witnessing rampant uproar and division in  school districts from Watsonville to San Francisco with board members being silenced or removed resulting in community uproar and students left unserved.  Because of privacy laws we will not know the reason for this dismissal and are left with the court of public opinion.  Is this a case of not towing the line by an employee?  In this case it is the students who will suffer from the loss of David Kissner.  David Kissner is a fine man and teacher who contributes greatly to this community.  We are poorer for it.  I am outraged.

Sarah Puckett

On Fri, Mar 26, 2021, 8:43 AM Becky Yoder via groups.io <becky_55=yahoo.com@groups.io> wrote:
I completely agree with both of these letters. There is obvious corruption in government at all levels, including education.

Sent from Yahoo Mail for iPad

On Friday, March 26, 2021, 8:34 AM, tina plautz <tinaplautz@gmail.com> wrote:

I saw this post on Facebook this morning and couldn't help but share that the admin removed the post What is going on with controlling the narrative in our community and restricting opinions and discussions??  We need to be able to share our thoughts and views to have an open discussion.  I am saddened by the decision to remove David as he has been an inspirational leader to our students and community.  Our district has been embroiled in a battle with him for a number of years and continue to make decisions that negatively affect our children.  Not only are we losing one of the best math teachers our children have, I have to assume we will no longer have the CT wrestling program, the volunteer run Mountain Mayhem wrestling club and the Mountain Math Initiative that our students have been benefiting from.  With all that being said, I have to include our personal experience during this matter.
The moment he was placed on leave, the district brought in a Math Specialist to replace him and with agreeance from our principal, they decided to change all Math students grades to an A in the name of a "fresh start".  Ironically, 2 days prior my child received his honor roll certificates commending his hard work to earn such a privilege.  Well, which one is it?  Are grades real or not? Last I checked it was the measurement tool to gauge how our children are doing. Have we forgotten what it means to provide excellent education to our students?   Is this politically driven?  I just do not see how this behavior is acceptable.  Unfortunately, this isn't the first time our district has been known for changing grades at will as Corey Kidwell deviated from her own policies after the walkout.  We the community deserve to know what is really going on.    See letter below that was shared.........
Sincerely a concerned mom... Tina

Dear Neighbors,

We as a group formed over six months ago to oppose a funding measure in our school district.  At the face value, it should have been a routine exercise in our rights to express ourselves and vote.  Unfortunately, it turned out to be anything but a democratic exercise. Reluctantly, David Kissner and I became the face of measure N opposition and all that came with it. At the outset, we were both told by school board members and community leaders that we will pay a heavy price for it.
Five months after the election, David Kissner paid that price today. In a clear case of retaliation, the board voted 5-0 to dismiss David as a teacher in our Loma Prieta school district.
I just wanted to share my sense of outrage and my personal commitment to provide David with any means required to clear his name and return back to school teaching math, where he belongs.

Best Regards,
Shahryar Rokni

--
Tina Plautz

_._,_._,_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111593) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

_____

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_-_-_-_-_-_

Case 3:22-cv-00949-CRB Document 117-15 Filed 12/22/23 Page 98 of 491

## Re: [95033talk] Can we have a discussion about real community issues?

From:    Shahryar (shahryarrokni@hotmail.com)

To:      nili@lmi.net; 95033talk@groups.io

Date:    Sunday, March 28, 2021, 11:06 AM PDT

I am new to this site, so I will do my best to be as factual as I can. First of all, Mr Kissner has not been dismissed yet, but the board has started the process to dismiss him. In California, there is a prescribed process that affords the teachers due process. I am confident that Mr. Kissner will exhaust all legal avenues to clear his name. Within this process, we will reach a stage that the case will be brought to court and both parties will have a chance to present their case and introduce evidence and first hand witnesses. At that time, without a doubt all the questions about the case of Loma board against Mr. Kissner will come to light and litigated. We all can be for Mr. Kissner or the board, but the facts will speak for themselves. The truth will be revealed at the end of this road. I know Mr. Kissner is welcoming the opportunity to clear his name. This case will provide an excellent litmus test for all of us to gauge how much trust we should afford our board members.

_-_-_-_-_-_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111614) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_-_-_-_-_-_

4/16/2021                                     [95033talk] Can we have a discussion about real community issues?

Case 3:22-cv-00949-CRB Document 117-15  Filed 12/22/23  Page 99 of 491

## Re: [95033talk] Can we have a discussion about real community issues?

| | |
|---|---|
| From: | sanjay k (sanj95033@gmail.com) |
| To: | 95033talk@groups.io |
| Date: | Friday, March 26, 2021, 05:19 PM PDT |

All-

The moderators are watching this. While we currently don't have any reason to shut this down, we will if need be (and yes, que up the normal list of characters who will complain and say how they disagree. Yup. It's been 10 years for this list and those arguments never get old… so thankful to be reminded about them).

I'll also use this occasion to remind folks this is an HR matter. Facts are usually not that easy to come out - the board (which is indeed made up of humans who are community members) cannot comment. That may lead some to conspiracy theories - the truth may well be different.

Thanks for continuing to be civil here. I'm told the Facebook group is the place to be to vent.

Thanks,
Sanjay
(Moderator of this private group; if you believe the first amendment applies here, suggest you read up on what the first amendment actually means)

_._,_._,_

Groups.io Links:

You receive all messages sent to this group.

[View/Reply Online (#111549)](#) | [Reply To Group](#) | [Reply To Sender](#) | [Mute This Topic](#) | [New Topic](#)

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

[Your Subscription](#) | [Contact Group Owner](#) | [Unsubscribe](#) [Stacylynhall@yahoo.com]

_._,_._,_

## Re: [95033talk] Can we have a discussion about real community issues?

From:   sanjay k (sanj95033@gmail.com)

To:      scottplautz@gmail.com; 95033talk@groups.io

Date:   Friday, March 26, 2021, 07:06 PM PDT

Hi Scott-

I stand by what I said. Thanks for the message and glad you are watching me - I need it and appreciate that people like you care enough to do that.

Hope you and family are well and doing what you can to build community.

Sanjay

**From:** scottplautz@gmail.com <scottplautz@gmail.com>
**Sent:** Friday, March 26, 2021 6:54:44 PM
**To:** 95033talk@groups.io <95033talk@groups.io>; sanj95033@gmail.com <sanj95033@gmail.com>
**Subject:** Re: [95033talk] Can we have a discussion about real community issues?

Hi Sanjay,

I hope you, Char and the family are well...

I believe one of the moderators of this list, Scott Green, commented on the post and supports this healthy, honest, community discussion and the ability for people with different opinions to voice their concerns. So, I hope you're not saying the moderators while meaning, you, singularly?

The other issue which makes this challenging for you to shut down this conversation, and a conflict of interest for you, is that your wife, Char, was just appointed to the school board and one of the individuals who voted to release Mr. Kissner.

The irony is, Char ran for a school board seat several years ago, and within a democratic voting process, the community only granted her approximately 12% of the vote and she lost by a large margin and never had the opportunity to serve, by choice of the people and democracy, which our school district rarely provides...which I'm happy to elaborate on if you so choose.

So, I find it ironic that you want to shut down this healthy discussion while your wife could only attain a board seat by being appointed, because obviously, the community does not support her candidacy.

I recommend you allow the process of free speech and democracy to rule again. This community is fed up with the "moderators" and being marginalized by you and the school leadership, both board and administration!

Looking forward to your response to the community on this issue of "moderating" and yes, we are monitoring YOUR action on this list as you stated you are monitoring us...and BTW, I am NOT the normal list of "characters" you stated, as I watch your actions in silence...but I am part of the silent majority who are monitoring you...

Have a great evening and best to you, Char and your kids!

Take Care,

Scott Plautz

On Mar 26, 2021, at 5:19 PM, sanjay k <sanj95033@gmail.com> wrote:


All-

The moderators are watching this. While we currently don't have any reason to shut this down, we will if need be (and yes, que up the normal list of characters who will complain and say how they disagree. Yup. It's been 10 years for this list and those arguments never get old... so thankful to be reminded about them).

I'll also use this occasion to remind folks this is an HR matter. Facts are usually not that easy to come out - the board (which is indeed made up of humans who are community members) cannot comment. That may lead some to conspiracy theories - the truth may well be different.

Thanks for continuing to be civil here. I'm told the Facebook group is the place to be to vent.

Thanks,
Sanjay
(Moderator of this private group; if you believe the first amendment applies here, suggest you read up on what the first amendment actually means)

–˙–˙–˙–˙–

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111555) | Reply To Group | Reply To Sender | Mute This Topic | New Topic


_____

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!
_____

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

–˙–˙–˙–˙–

Re: [95033talk] Can we have a discussion about real community issues?

From:   Sarah Puckett (sarahpuckett@gmail.com)

To:     95033talk@groups.io; becky_55@yahoo.com

Cc:     tinaplautz@gmail.com

Date:   Friday, March 26, 2021, 09:15 AM PDT

Is this the result of a poor performance of a teacher in the classroom, a moral or morale issue, or some other offense? I know it cannot be any of these.  We are witnessing rampant uproar and division in  school districts from Watsonville to San Francisco with board members being silenced or removed resulting in community uproar and students left unserved.  Because of privacy laws we will not know the reason for this dismissal and are left with the court of public opinion.  Is this a case of not towing the line by an employee?  In this case it is the students who will suffer from the loss of David Kissner.  David Kissner is a fine man and teacher who contributes greatly to this community.  We are poorer for it.  I am outraged.

Sarah Puckett

On Fri, Mar 26, 2021, 8:43 AM Becky Yoder via groups.io <becky_55=yahoo.com@groups.io> wrote:
> I completely agree with both of these letters. There is obvious corruption in government at all levels, including education.

> Sent from Yahoo Mail for iPad

> On Friday, March 26, 2021, 8:34 AM, tina plautz <tinaplautz@gmail.com> wrote:

>> I saw this post on Facebook this morning and couldn't help but share that the admin removed the post What is going on with controlling the narrative in our community and restricting opinions and discussions??  We need to be able to share our thoughts and views to have an open discussion.  I am saddened by the decision to remove David as he has been an inspirational leader to our students and community.  Our district has been embroiled in a battle with him for a number of years and continue to make decisions that negatively affect our children.  Not only are we losing one of the best math teachers our children have, I have to assume we will no longer have the CT wrestling program, the volunteer run Mountain Mayhem wrestling club and the Mountain Math Initiative that our students have been benefiting from.  With all that being said, I have to include our personal experience during this matter.
>> The moment he was placed on leave, the district brought in a Math Specialist to replace him and with agreeance from our principal, they decided to change all Math students grades to an A in the name of a "fresh start".  Ironically, 2 days prior my child received his honor roll certificates commending his hard work to earn such a privilege.  Well, which one is it?  Are grades real or not? Last I checked it was the measurement tool to gauge how our children are doing. Have we forgotten what it means to provide excellent education to our students?   Is this politically driven?  I just do not see how this behavior is acceptable.  Unfortunately, this isn't the first time our district has been known for changing grades at will as Corey Kidwell deviated from her own policies after the walkout.  We the community deserve to know what is really going on.    See letter below that was shared.........
>> Sincerely a concerned mom... Tina

>> Dear Neighbors,

>> We as a group formed over six months ago to oppose a funding measure in our school district.  At the face value, it should have been a routine exercise in our rights to express ourselves and vote. Unfortunately, it turned out to be anything but a democratic exercise. Reluctantly, David Kissner and I

95033talk · Responding to what have a professional and a community leader is

became the face of measure N opposition and all that came with it. At the outset, we were both told by school board members and community leaders that we will pay a heavy price for it.

Five months after the election, David Kissner paid that price today. In a clear case of retaliation, the board voted 5-0 to dismiss David as a teacher in our Loma Prieta school district.

I just wanted to share my sense of outrage and my personal commitment to provide David with any means required to clear his name and return back to school teaching math, where he belongs.

Best Regards,
Shahryar Rokni


--

Tina Plautz


_._,_._,_._

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111507) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

_____

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_._,_._,_._

## Re: [95033talk] Can we have a discussion about real community issues?

From: Sarah Puckett (sarahpuckett@gmail.com)

To: 95033talk@groups.io; cramcram@gmail.com

Date: Friday, March 26, 2021, 09:50 AM PDT

If this has nothing to do with Mr. Kissner's teaching ability then the board must answer for it.  The community should respond in the negative in the loss of a gifted teacher.

On Fri, Mar 26, 2021, 9:47 AM Marc Howard <cramcram@gmail.com> wrote:
  Cancel culture is getting out of hand.  Why can't a person express their opinion without being fired?

  Marc Howard

On Fri, Mar 26, 2021 at 9:37 AM Larry McVoy <lm@mcvoy.com> wrote:
  So I am part of the everyone that doesn't know it so I asked my younger
  son and this is what he said:


    I really liked him, I thought he was a good teacher and a good guy

  That's just one kid but if the majority of kids feel like that, this
  stinks.

On Fri, Mar 26, 2021 at 04:24:19PM +0000, Becky Yoder wrote:

    This is no longer about the children. ??It is about personal agendas and vendettas. ??If it was up to
    the children, he would still be in the classroom and everyone else would be replaced. And everyone
    knows that.
    On Friday, March 26, 2021, 09:17:46 AM PDT, Larry McVoy <lm@mcvoy.com> wrote:

    We got sick of the school nonsense and pulled our kids and sent them to
    Kirby. It's expensive, I believe they may have some scholarships, but
    spendy if not. If you can afford it, it was *WAY* better than CT or
    LG High. I regret not doing it earlier.

    I don't know the details of the CT drama (thankfully) but the optics of
    firing a teacher who opposed a school bond measure aren't great. Don't
    they have a union that protects them?

    On Fri, Mar 26, 2021 at 08:34:47AM -0700, tina plautz wrote:

    I saw this post on Facebook this morning and couldn't help but share that
    the admin removed the post What is going on with controlling the narrative
    in our community and restricting opinions and discussions?? We need to be
    able to share our thoughts and views to have an open discussion. I am
    saddened by the decision to remove David as he has been an inspirational
    leader to our students and community. Our district has been embroiled in a
    battle with him for a number of years and continue to make decisions that
    negatively affect our children. Not only are we losing one of the best
    math teachers our children have, I have to assume we will no longer have
    the CT wrestling program, the volunteer run Mountain Mayhem wrestling club
    and the Mountain Math Initiative that our students have been benefiting
    from. With all that being said, I have to include our personal experience
    during this matter.

The moment he was placed on leave, the district brought in a Math
Specialist to replace him and with agreeance from our principal, they
decided to change all Math students grades to an A in the name of a ???fresh
start???. Ironically, 2 days prior my child received his honor roll
certificates commending his hard work to earn such a privilege. Well,
which one is it? Are grades real or not? Last I checked it was the
measurement tool to gauge how our children are doing. Have we forgotten
what it means to provide excellent education to our students? Is this
politically driven? I just do not see how this behavior is acceptable.
Unfortunately, this isn???t the first time our district has been known for
changing grades at will as Corey Kidwell deviated from her own policies
after the walkout. We the community deserve to know what is really going
on. See letter below that was shared.........
Sincerely a concerned mom... Tina

Dear Neighbors,
We as a group formed over six months ago to oppose a funding measure in our
school district. At the face value, it should have been a routine exercise
in our rights to express ourselves and vote. Unfortunately, it turned out
to be anything but a democratic exercise. Reluctantly, David Kissner and I
became the face of measure N opposition and all that came with it. At the
outset, we were both told by school board members and community leaders
that we will pay a heavy price for it.
Five months after the election, David Kissner paid that price today. In a
clear case of retaliation, the board voted 5-0 to dismiss David as a
teacher in our Loma Prieta school district.
I just wanted to share my sense of outrage and my personal commitment to
provide David with any means required to clear his name and return back to
school teaching math, where he belongs.
Best Regards,
Shahryar Rokni

--
Tina Plautz

--
---
Larry McVoy lm at mcvoy.com http://www.mcvoy.com/lm

--
---
Larry McVoy lm at mcvoy.com http://www.mcvoy.com/lm

_-_-_-_-_

---

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111514) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_._,_._,_._

4/16/2021    Case 3:22-cv-00949-CRB    Document 17-15    Filed 12/22/23    Page 107 of 491

Yahoo Mail - Re: [95033talk] Can we have a discussion about real community issues?

Re: [95033talk] Can we have a discussion about real community issues?

| | |
|---|---|
| From: | Sarah Puckett (sarahpuckett@gmail.com) |
| To: | 95033talk@groups.io; mottdesign@yahoo.com |
| Cc: | jmcburneylin@msn.com |
| Date: | Friday, March 26, 2021, 04:02 PM PDT |

My children were in CT when the board dismissed the principal. Of course, due to privacy laws, we parents did not know the reason. This was a long term educator and member of the LG
decision and were in total support of the principal. The board heard us as well as we would use the privilege of the ballot to vote them out at the next election. The principal was reinstated

On Fri, Mar 26, 2021, 1:24 PM Nancy via groups.io <mottdesign=yahoo.com@groups.io> wrote:
Brava, Jana. 👏

> On Mar 26, 2021, at 11:48 AM, Jana McBurney-Lin <jmcburneylin@msn.com> wrote:

It's good of you to let us know about this meeting. But all the chatter--some of it bordering on conspiracy--is concerning. In this litigious society, in this heavily-unionized profession, it is
Sounds like some parents like him. My children all had Mrs. Nefian (who is still there and has seniority over Mr. Kissner.) They loved her, and I've heard other parents on this thread still s
The School Board is an elected body, by all of us, and a pretty thankless job. Voicing concerns is nice. But voicing concerns and assuming the worst of the board, without actually know
My two cents,
Jana

**From:** 95033talk@groups.io <95033talk@groups.io> on behalf of Caroline Haskin <cmhaskin@gmail.com>
**Sent:** Friday, March 26, 2021 11:35 AM
**To:** 95033talk@groups.io <95033talk@groups.io>; tinaplautz@gmail.com <tinaplautz@gmail.com>
**Cc:** oxtopus@gmail.com <oxtopus@gmail.com>
**Subject:** Re: [95033talk] Can we have a discussion about real community issues?

Special Board Meeting
AGENDA
1. ROLL CALL TO ORDER – 12:00 p.m.
1.1 Roll Call
1.2 Flag Salute
1.3 Approval of Agenda
1.4 Public Concerns (An opportunity for the public to comment or address the Board on issues to be discussed in
Closed Session)
2. RECESS TO CLOSED SESSION – Personnel, Negotiations, Legal Matters
(Pursuant to Gov't Code Section 54954.2, closed sessions are not open to the public and may only be held for negotiations discussion, employment or dismissal of an employee, discipli
pending or anticipated litigation, emergency situations and other exceptions as provided by the law, including Government Code sections 54957 and 54957.6.)
2.1 Public Employee Employment: Superintendent
The Board will interview candidates for the position.
  3. FUTURE MEETING DATES
3.1 Monday, March 29, 2021
3.2 Saturday, April 3, 2021
3.3 Wednesday, April 14, 2021
4:00 p.m. – Speci

> On Mar 26, 2021, at 10:39 AM, tina plautz <tinaplautz@gmail.com> wrote:

> This has nothing to do with the budget cut situation. He was dismissed.

> On Fri, Mar 26, 2021, 10:24 AM <oxtopus@gmail.com> wrote:
>> Let me get this straight. Someone campaigned in a democratic process to deprive the school of the funds necessary to operate, succeeded, and now they have to cut costs, wh

-'-'-'-'-

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111545) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
-'-'-'-'-

## Re: [95033talk] Can we have a discussion about real community issues?

From:   Sarah Puckett (sarahpuckett@gmail.com)

To:     95033talk@groups.io; Jmartinloh@gmail.com

Date:   Friday, March 26, 2021, 07:52 PM PDT

Woofah! Time to bow out and act according to my convictions. This discussion seems to have taken a turn.

On Fri, Mar 26, 2021, 7:09 PM Jennifer Martin <Jmartinloh@gmail.com> wrote:
> Trying not to chime in here but that was really below the belt. Sanjay has done nothing to deserve a personal attack on him and his family. He's always maintained neutrality on this forum and to insinuate something nefarious about his motives or his tireless work for this community forum, is reprehensible.
>
> I also really wish members of this community would educate themselves on the 1st Amendment (and the 2nd and a few others) before spouting off on 1st Amendment rights.
>
> Speaking of the 1st Amendment, a large population of this "community" believes Kissner is not only a total hypocrite about the 1st Amendment, but a menace and a liability to our school - it's about time the Board protects the school and the kids who are forced to listen to his f**ked up attempts to indoctrinate and manipulate children and their parents. I was dumbfounded that it wasn't done before this.
> Thanks Char and the rest of the Board for doing your jobs and taking the brunt for all of us.
>
>
>
> On Fri, Mar 26, 2021 at 9:55 PM Scott Plautz <scottplautz@gmail.com> wrote:
>> Hi Sanjay,
>>
>> I hope you, Char and the family are well...
>>
>> I believe one of the moderators of this list, Scott Green, commented on the post and supports this healthy, honest, community discussion and the ability for people with different opinions to voice their concerns. So, I hope you're not saying the moderators while meaning, you, singularly?
>>
>> The other issue which makes this challenging for you to shut down this conversation, and a conflict of interest for you, is that your wife, Char, was just appointed to the school board and one of the individuals who voted to release Mr. Kissner.
>>
>> The irony is, Char ran for a school board seat several years ago, and within a democratic voting process, the community only granted her approximately 12% of the vote and she lost by a large margin and never had the opportunity to serve, by choice of the people and democracy, which our school district rarely provides...which I'm happy to elaborate on if you so choose.
>>
>> So, I find it ironic that you want to shut down this healthy discussion while your wife could only attain a board seat by being appointed, because obviously, the community does not support her candidacy.
>>
>> I recommend you allow the process of free speech and democracy to rule again. This community is fed up with the "moderators" and being marginalized by you and the school leadership, both board and administration!
>>
>> Looking forward to your response to the community on this issue of "moderating" and yes, we are monitoring YOUR action on this list as you stated you are monitoring us...and BTW, I am NOT the normal list of "characters" you stated, as I watch your actions in silence...but I am part of the silent majority who are monitoring you...
>>
>> Have a great evening and best to you, Char and your kids!

Take Care,

Scott Plautz

On Mar 26, 2021, at 5:19 PM, sanjay k <sanj95033@gmail.com> wrote:

All-

The moderators are watching this. While we currently don't have any reason to shut this down, we will if need be (and yes, que up the normal list of characters who will complain and say how they disagree. Yup. It's been 10 years for this list and those arguments never get old... so thankful to be reminded about them).

I'll also use this occasion to remind folks this is an HR matter. Facts are usually not that easy to come out - the board (which is indeed made up of humans who are community members) cannot comment. That may lead some to conspiracy theories - the truth may well be different.

Thanks for continuing to be civil here. I'm told the Facebook group is the place to be to vent.

Thanks,
Sanjay
(Moderator of this private group; if you believe the first amendment applies here, suggest you read up on what the first amendment actually means)

_._,_._,_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111558) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_._,_._,_

## Re: [95033talk] Can we have a discussion about real community issues?

From:   Scott Plautz (scottplautz@gmail.com)

To:      95033talk@groups.io; sanj95033@gmail.com

Date:   Friday, March 26, 2021, 06:55 PM PDT

Hi Sanjay,

I hope you, Char and the family are well...

I believe one of the moderators of this list, Scott Green, commented on the post and supports this healthy, honest, community discussion and the ability for people with different opinions to voice their concerns. So, I hope you're not saying the moderators while meaning, you, singularly?

The other issue which makes this challenging for you to shut down this conversation, and a conflict of interest for you, is that your wife, Char, was just appointed to the school board and one of the individuals who voted to release Mr. Kissner.

The irony is, Char ran for a school board seat several years ago, and within a democratic voting process, the community only granted her approximately 12% of the vote and she lost by a large margin and never had the opportunity to serve, by choice of the people and democracy, which our school district rarely provides...which I'm happy to elaborate on if you so choose.

So, I find it ironic that you want to shut down this healthy discussion while your wife could only attain a board seat by being appointed, because obviously, the community does not support her candidacy.

I recommend you allow the process of free speech and democracy to rule again. This community is fed up with the "moderators" and being marginalized by you and the school leadership, both board and administration!

Looking forward to your response to the community on this issue of "moderating" and yes, we are monitoring YOUR action on this list as you stated you are monitoring us...and BTW, I am NOT the normal list of "characters" you stated, as I watch your actions in silence...but I am part of the silent majority who are monitoring you...

Have a great evening and best to you, Char and your kids!

Take Care,

Scott Plautz

On Mar 26, 2021, at 5:19 PM, sanjay k <sanj95033@gmail.com> wrote:

All-

The moderators are watching this. While we currently don't have any reason to shut this down, we will if need be (and yes, que up the normal list of characters who will complain and say how they disagree. Yup. It's been 10 years for this list and those arguments never get old... so thankful to be reminded about them).

4/16/2021                    95033talk - Re: [95033talk] Can we have a discussion about real community issues?

Case 3:22-cv-00949-CRB   Document 117-15   Filed 12/22/23   Page 111 of 491

I'll also use this occasion to remind folks this is an HR matter. Facts are usually not that easy to come out - the board (which is indeed made up of humans who are community members) cannot comment. That may lead some to conspiracy theories - the truth may well be different.

Thanks for continuing to be civil here. I'm told the Facebook group is the place to be to vent.

Thanks,
Sanjay
(Moderator of this private group; if you believe the first amendment applies here, suggest you read up on what the first amendment actually means)

_·_·_·_·_·_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111554) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_·_·_·_·_·_

Re: [95033talk] Can we have a discussion about real community issues?

From: Scott Green (scottgreen315@gmail.com)

To: 95033talk@groups.io; kjkooyers@icloud.com

Date: Friday, March 26, 2021, 10:25 AM PDT

Mr. Kissner is a great teacher and a coach. He was always there for the kids and put them first. This is looking and smelling like retaliation against him for taking a different position and questioning the spending and budgets as more people should have. More people should question just how long it will take to balance a budget and begin to spend responsibly.

When a lawsuit is filed against the school district, it will cost a lot of money for our school just to be part of cancel culture. I would like to know more about a post on the subject being deleted on Facebook, is this true? Very sad!

I hope we can rally for Mr. Kissner and donate if he needs help for a defense fund. I hope Mr. Kissner fights hard and many of us back him.

Scott Green

On Mar 26, 2021, at 10:02 AM, Kim Kooyers via groups.io <kjkooyers=icloud.com@groups.io> wrote:

Mr. Kissner is the best math teacher my now 9th grader has ever had and he has done a lot for the community, so that is a loss. That being said, I do not know the reasons why he has been dismissed and the school is likely bound by confidentiality. I don't think it's fair or productive to conjecture.

On Mar 26, 2021, at 9:55 AM, Ricardo David <ricardo.x.david@gmail.com> wrote:

Something feels very wrong here. I can only judge Mr Kissner based upon my own interactions with him and positive feedback my two boys who attended CT. He had a positive impact on both of them and served the community well with his numerous outreach programs. This is a loss for our community.

Ricardo

On Fri, Mar 26, 2021 at 9:52 AM Yusuf Akca <yusuf.akca@gmail.com> wrote:
He's one of the best teachers, if not the best, we've ever known. That includes me, my wife, and my two kids' teachers. It should have been totally out of discussion, but for the record I voted in favor of the school's view on measure N. Now seeing how the school administration handled the situation and went for retaliation, I don't know if I would do the same again.

On Fri, Mar 26, 2021 at 9:37 AM Larry McVoy <lm@mcvoy.com> wrote:
So I am part of the everyone that doesn't know it so I asked my younger son and this is what he said:

I really liked him, I thought he was a good teacher and a good guy

That's just one kid but if the majority of kids feel like that, this stinks.

On Fri, Mar 26, 2021 at 04:24:19PM +0000, Becky Yoder wrote:

This is no longer about the children. ??It is about personal agendas and vendettas. ??If it was up to the children, he would still be in the classroom and everyone else would be replaced. And everyone knows that.

On Friday, March 26, 2021, 09:17:46 AM PDT, Larry McVoy <lm@mcvoy.com> wrote:

We got sick of the school nonsense and pulled our kids and sent them to Kirby. It's expensive, I believe they may have some scholarships, but spendy if not. If you can afford it, it was *WAY* better than CT or LG High. I regret not doing it earlier.

I don't know the details of the CT drama (thankfully) but the optics of firing a teacher who opposed a school bond measure aren't great. Don't they have a union that protects them?

On Fri, Mar 26, 2021 at 08:34:47AM -0700, tina plautz wrote:

I saw this post on Facebook this morning and couldn't help but share that the admin removed the post What is going on with controlling the narrative in our community and restricting opinions and discussions?? We need to be able to share our thoughts and views to have an open discussion. I am saddened by the decision to remove David as he has been an inspirational leader to our students and community. Our district has been embroiled in a battle with him for a number of years and continue to make decisions that negatively affect our children. Not only are we losing one of the best math teachers our children have, I have to assume we will no longer have the CT wrestling program, the volunteer run Mountain Mayhem wrestling club and the Mountain Math Initiative that our students have been benefiting from. With all that being said, I have to include our personal experience during this matter.

The moment he was placed on leave, the district brought in a Math Specialist to replace him and with agreeance from our principal, they decided to change all Math students grades to an A in the name of a ???fresh start???. Ironically, 2 days prior my child received his honor roll certificates commending his hard work to earn such a privilege. Well, which one is it? Are grades real or not? Last I checked it was the measurement tool to gauge how our children are doing. Have we forgotten what it means to provide excellent education to our students? Is this politically driven? I just do not see how this behavior is acceptable. Unfortunately, this isn???t the first time our district has been known for changing grades at will as Corey Kidwell deviated from her own policies after the walkout. We the community deserve to know what is really going on. See letter below that was shared.........

Sincerely a concerned mom... Tina

Dear Neighbors,

We as a group formed over six months ago to oppose a funding measure in our school district. At the face value, it should have been a routine exercise in our rights to express ourselves and vote. Unfortunately, it turned out to be anything but a democratic exercise. Reluctantly, David Kissner and I became the face of measure N opposition and all that came with it. At the outset, we were both told by school board members and community leaders that we will pay a heavy price for it.

Five months after the election, David Kissner paid that price today. In a clear case of retaliation, the board voted 5-0 to dismiss David as a teacher in our Loma Prieta school district.

I just wanted to share my sense of outrage and my personal commitment to

provide David with any means required to clear his name and return back to
school teaching math, where he belongs.
Best Regards,
Shahryar Rokni

--
Tina Plautz

--
---
Larry McVoy lm at mcvoy.com http://www.mcvoy.com/lm

--
---
Larry McVoy lm at mcvoy.com http://www.mcvoy.com/lm

_-_-_-_-_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111523) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_-_-_-_-_

4/16/2021     95033talk | Re: [95033talk] Can we have a discussion about real community issues?

Case 3:22-cv-00949-CRB   Document 117-15   Filed 12/22/23   Page 115 of 491

## Re: [95033talk] Can we have a discussion about real community issues?

| | |
|---|---|
| From: | Scott Green (scottgreen315@gmail.com) |
| To: | 95033talk@groups.io; tinaplautz@gmail.com |
| Date: | Friday, March 26, 2021, 10:59 AM PDT |

Even if it were budget cuts, Mr. Kissner should have much more seniority and someone with the least seniority would most likely be cut.

Scott Green

> On Mar 26, 2021, at 10:39 AM, tina plautz <tinaplautz@gmail.com> wrote:
>
>
> This has nothing to do with the budget cut situation. He was dismissed.
>
> On Fri, Mar 26, 2021, 10:24 AM <oxtopus@gmail.com> wrote:
>> Let me get this straight. Someone campaigned in a democratic process to deprive the school of the funds necessary to operate, succeeded, and now they have to cut costs, which are dominated by labor. Is that right? What am I missing?

_._._._._

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111527) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

---

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

---

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_._._._._

## [95033talk] Can we have a discussion about real community issues?

From:   tina plautz (tinaplautz@gmail.com)

To:     95033talk@groups.io

Date:   Friday, March 26, 2021, 08:35 AM PDT

I saw this post on Facebook this morning and couldn't help but share that the admin removed the post  What is going on with controlling the narrative in our community and restricting opinions and discussions??  We need to be able to share our thoughts and views to have an open discussion.  I am saddened by the decision to remove David as he has been an inspirational leader to our students and community.  Our district has been embroiled in a battle with him for a number of years and continue to make decisions that negatively affect our children.  Not only are we losing one of the best math teachers our children have, I have to assume we will no longer have the CT wrestling program, the volunteer run Mountain Mayhem wrestling club and the Mountain Math Initiative that our students have been benefiting from. With all that being said, I have to include our personal experience during this matter.

The moment he was placed on leave, the district brought in a Math Specialist to replace him and with agreeance from our principal, they decided to change all Math students grades to an A in the name of a "fresh start".  Ironically, 2 days prior my child received his honor roll certificates commending his hard work to earn such a privilege.  Well, which one is it?  Are grades real or not? Last I checked it was the measurement tool to gauge how our children are doing. Have we forgotten what it means to provide excellent education to our students?   Is this politically driven?  I just do not see how this behavior is acceptable.  Unfortunately, this isn't the first time our district has been known for changing grades at will as Corey Kidwell deviated from her own policies after the walkout.  We the community deserve to know what is really going on.     See letter below that was shared.........

Sincerely a concerned mom... Tina

Dear Neighbors,

We as a group formed over six months ago to oppose a funding measure in our school district.  At the face value, it should have been a routine exercise in our rights to express ourselves and vote. Unfortunately, it turned out to be anything but a democratic exercise. Reluctantly, David Kissner and I became the face of measure N opposition and all that came with it. At the outset, we were both told by school board members and community leaders that we will pay a heavy price for it.

Five months after the election, David Kissner paid that price today. In a clear case of retaliation, the board voted 5-0 to dismiss David as a teacher in our Loma Prieta school district.

I just wanted to share my sense of outrage and my personal commitment to provide David with any means required to clear his name and return back to school teaching math, where he belongs.

Best Regards,
Shahryar Rokni

--
Tina Plautz

_·_·_·_·_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111504) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

4/16/2021 Yahoo Mail - Do we want to have a discussion about zaz community issues?

Case 3:22-cv-00949-CRB Document 117-15 Filed 12/22/23 Page 117 of 491

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_-_-_-_-_

## Re: [95033talk] Can we have a discussion about real community issues?

From: tina plautz (tinaplautz@gmail.com)

To: 95033talk@groups.io; les@2pi.org

Date: Friday, March 26, 2021, 10:20 AM PDT

Kim, I agree and understand the confidentiality concerns.  The purpose of my post was to raise concern about what is happening. After learning about his dismissal and coupling that with the experience with the grade change, (mind you we parents were told about this and had to learn this through our children,) had upset me and is leaving me unsettled.

It has been a very difficult year with distance learning and now our children are losing a great teacher.  I want to know that our district came to this conclusion with the best interest of the students in mind and not some personal vendetta.

I care about whether my son is getting the education he needs to be successful next year and I can say hands down when it comes to Math, Mr. Kissner has kept him on that path.

On Fri, Mar 26, 2021 at 10:10 AM Les Niles <les@2pi.org> wrote:
> We've known David Kissner since he came to CT in early 2013 — two of my kids had him for math that year. He's been a great teacher, role model, and personal influence, both in and outside of the classroom. (A couple of nights ago, our now-college-sophomore made a lasagna that he learned from Dave.)
>
> He pushed a major improvement in the math program, to allow kids to progress at their own rates and not be held back by grade-level straightjacketing. His loss is a great loss to the school and a disservice to the students.
>
>   -Les
>
>
>> On Mar 26, 2021, at 9:52 AM, Yusuf Akca <yusuf.akca@gmail.com> wrote:
>>
>>
>> He's one of the best teachers, if not the best,  we've ever known. That includes me, my wife, and my two kids' teachers. It should have been totally out of discussion, but for the record I voted in favor of the school's view on measure N. Now seeing how the school administration handled the situation and went for retaliation, I don't know if I would do the same again.
>>
>> On Fri, Mar 26, 2021 at 9:37 AM Larry McVoy <lm@mcvoy.com> wrote:
>> So I am part of the everyone that doesn't know it so I asked my younger son and this is what he said:
>>
>>
>>     I really liked him, I thought he was a good teacher and a good guy
>>
>> That's just one kid but if the majority of kids feel like that, this stinks.
>>
>> On Fri, Mar 26, 2021 at 04:24:19PM +0000, Becky Yoder wrote:
>>     This is no longer about the children. ??It is about personal agendas and vendettas. ??If it was up to the children, he would still be in the classroom and everyone else would be replaced. And everyone knows that.
>>     On Friday, March 26, 2021, 09:17:46 AM PDT, Larry McVoy <lm@mcvoy.com> wrote:

1/3

We got sick of the school nonsense and pulled our kids and sent them to
Kirby. It's expensive, I believe they may have some scholarships, but
spendy if not. If you can afford it, it was *WAY* better than CT or
LG High. I regret not doing it earlier.

I don't know the details of the CT drama (thankfully) but the optics of
firing a teacher who opposed a school bond measure aren't great. Don't
they have a union that protects them?

On Fri, Mar 26, 2021 at 08:34:47AM -0700, tina plautz wrote:

I saw this post on Facebook this morning and couldn't help but share that
the admin removed the post What is going on with controlling the narrative
in our community and restricting opinions and discussions?? We need to be
able to share our thoughts and views to have an open discussion. I am
saddened by the decision to remove David as he has been an inspirational
leader to our students and community. Our district has been embroiled in a
battle with him for a number of years and continue to make decisions that
negatively affect our children. Not only are we losing one of the best
math teachers our children have, I have to assume we will no longer have
the CT wrestling program, the volunteer run Mountain Mayhem wrestling club
and the Mountain Math Initiative that our students have been benefiting
from. With all that being said, I have to include our personal experience
during this matter.
The moment he was placed on leave, the district brought in a Math
Specialist to replace him and with agreeance from our principal, they
decided to change all Math students grades to an A in the name of a ???fresh
start???. Ironically, 2 days prior my child received his honor roll
certificates commending his hard work to earn such a privilege. Well,
which one is it? Are grades real or not? Last I checked it was the
measurement tool to gauge how our children are doing. Have we forgotten
what it means to provide excellent education to our students? Is this
politically driven? I just do not see how this behavior is acceptable.
Unfortunately, this isn???t the first time our district has been known for
changing grades at will as Corey Kidwell deviated from her own policies
after the walkout. We the community deserve to know what is really going
on. See letter below that was shared.........
Sincerely a concerned mom... Tina

Dear Neighbors,
We as a group formed over six months ago to oppose a funding measure in our
school district. At the face value, it should have been a routine exercise
in our rights to express ourselves and vote. Unfortunately, it turned out
to be anything but a democratic exercise. Reluctantly, David Kissner and I
became the face of measure N opposition and all that came with it. At the
outset, we were both told by school board members and community leaders
that we will pay a heavy price for it.
Five months after the election, David Kissner paid that price today. In a
clear case of retaliation, the board voted 5-0 to dismiss David as a
teacher in our Loma Prieta school district.
I just wanted to share my sense of outrage and my personal commitment to
provide David with any means required to clear his name and return back to
school teaching math, where he belongs.
Best Regards,
Shahryar Rokni

--
Tina Plautz

--
---
Larry McVoy lm at [mcvoy.com](http://mcvoy.com) [http://www.mcvoy.com/lm](http://www.mcvoy.com/lm)

--
---
Larry McVoy lm at [mcvoy.com](http://mcvoy.com) [http://www.mcvoy.com/lm](http://www.mcvoy.com/lm)

--
Tina Plautz

_–_–_–_–_

---

Groups.io Links:

You receive all messages sent to this group.

[View/Reply Online (#111521)](#) | [Reply To Group](#) | [Reply To Sender](#) | [Mute This Topic](#) | [New Topic](#)

---

Moderator reminders:
Please read the FAQ! It is at [https://groups.io/g/95033talk/wiki/95033talk-FAQ](https://groups.io/g/95033talk/wiki/95033talk-FAQ)
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

---

[Your Subscription](#) | [Contact Group Owner](#) | [Unsubscribe](#) [Stacylynhall@yahoo.com]

_–_–_–_–_

Re: [95033talk] Can we have a discussion about real community issues?

---

From:  tina plautz (tinaplautz@gmail.com)

To:       oxtopus@gmail.com

Cc:       95033talk@groups.io

Date:    Friday, March 26, 2021, 10:39 AM PDT

---

This has nothing to do with the budget cut situation.  He was dismissed.

On Fri, Mar 26, 2021, 10:24 AM <oxtopus@gmail.com> wrote:

> Let me get this straight. Someone campaigned in a democratic process to deprive the school of the funds necessary to operate, succeeded, and now they have to cut costs, which are dominated by labor. Is that right? What am I missing?

_·_·_·_·_

---

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111524) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

_____

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!
_____

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_·_·_·_·_

4/16/2021                                          95033talk · Re: [95033talk] Can we have a discussion about real community issues?

Case 3:22-cv-00949-CRB   Document 117-15   Filed 12/22/23   Page 122 of 491

Re: [95033talk] Can we have a discussion about real community issues?

| | |
|---|---|
| From: | tina plautz (tinaplautz@gmail.com) |
| To: | scrippsmom@gmail.com; 95033talk@groups.io |
| Date: | Friday, March 26, 2021, 11:47 AM PDT |

This hurts my heart on so many levels!!!

_._._._._

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111534) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

_____

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!
_____

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_._._._._

Re: [95033talk] Can we have a discussion about real community issues?

From: Yusuf Akca (yusuf.akca@gmail.com)

To: 95033talk@groups.io; lm@mcvoy.com

Cc: becky_55@yahoo.com; tinaplautz@gmail.com

Date: Friday, March 26, 2021, 09:52 AM PDT

He's one of the best teachers, if not the best, we've ever known. That includes me, my wife, and my two kids' teachers. It should have been totally out of discussion, but for the record I voted in favor of the school's view on measure N. Now seeing how the school administration handled the situation and went for retaliation, I don't know if I would do the same again.

On Fri, Mar 26, 2021 at 9:37 AM Larry McVoy <lm@mcvoy.com> wrote:
> So I am part of the everyone that doesn't know it so I asked my younger
> son and this is what he said:
>
>
>     I really liked him, I thought he was a good teacher and a good guy
>
> That's just one kid but if the majority of kids feel like that, this
> stinks.
>
> On Fri, Mar 26, 2021 at 04:24:19PM +0000, Becky Yoder wrote:
>> This is no longer about the children. ??It is about personal agendas and vendettas. ??If it was up to the
>> children, he would still be in the classroom and everyone else would be replaced. And everyone knows
>> that.
>> On Friday, March 26, 2021, 09:17:46 AM PDT, Larry McVoy <lm@mcvoy.com> wrote:
>>
>> We got sick of the school nonsense and pulled our kids and sent them to
>> Kirby. It's expensive, I believe they may have some scholarships, but
>> spendy if not. If you can afford it, it was *WAY* better than CT or
>> LG High. I regret not doing it earlier.
>>
>> I don't know the details of the CT drama (thankfully) but the optics of
>> firing a teacher who opposed a school bond measure aren't great. Don't
>> they have a union that protects them?
>>
>> On Fri, Mar 26, 2021 at 08:34:47AM -0700, tina plautz wrote:
>>
>> I saw this post on Facebook this morning and couldn't help but share that
>> the admin removed the post What is going on with controlling the narrative
>> in our community and restricting opinions and discussions?? We need to be
>> able to share our thoughts and views to have an open discussion. I am
>> saddened by the decision to remove David as he has been an inspirational
>> leader to our students and community. Our district has been embroiled in a
>> battle with him for a number of years and continue to make decisions that
>> negatively affect our children. Not only are we losing one of the best
>> math teachers our children have, I have to assume we will no longer have
>> the CT wrestling program, the volunteer run Mountain Mayhem wrestling club
>> and the Mountain Math Initiative that our students have been benefiting
>> from. With all that being said, I have to include our personal experience
>> during this matter.
>> The moment he was placed on leave, the district brought in a Math

Specialist to replace him and with agreeance from our principal, they decided to change all Math students grades to an A in the name of a ???fresh start???. Ironically, 2 days prior my child received his honor roll certificates commending his hard work to earn such a privilege. Well, which one is it? Are grades real or not? Last I checked it was the measurement tool to gauge how our children are doing. Have we forgotten what it means to provide excellent education to our students? Is this politically driven? I just do not see how this behavior is acceptable. Unfortunately, this isn???t the first time our district has been known for changing grades at will as Corey Kidwell deviated from her own policies after the walkout. We the community deserve to know what is really going on. See letter below that was shared.........
Sincerely a concerned mom... Tina

Dear Neighbors,
We as a group formed over six months ago to oppose a funding measure in our school district. At the face value, it should have been a routine exercise in our rights to express ourselves and vote. Unfortunately, it turned out to be anything but a democratic exercise. Reluctantly, David Kissner and I became the face of measure N opposition and all that came with it. At the outset, we were both told by school board members and community leaders that we will pay a heavy price for it.
Five months after the election, David Kissner paid that price today. In a clear case of retaliation, the board voted 5-0 to dismiss David as a teacher in our Loma Prieta school district.
I just wanted to share my sense of outrage and my personal commitment to provide David with any means required to clear his name and return back to school teaching math, where he belongs.
Best Regards,
Shahryar Rokni


--
Tina Plautz




--
---
Larry McVoy lm at mcvoy.com http://www.mcvoy.com/lm

--
---
Larry McVoy lm at mcvoy.com http://www.mcvoy.com/lm

_-_-_-_-_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111515) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ

Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

---

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_·_·_·_·_

## Re: [95033talk] Can we have a discussion about real community issues?

From:   Yusuf Akca (yusuf.akca@gmail.com)

To:     95033talk@groups.io; jmcburneylin@msn.com

Date:   Friday, March 26, 2021, 05:04 PM PDT

Yes, other teachers are also great, and they also deserve singing praises. That's not the point here.

It's not just math-although we can argue the unique value Mr. Kissner brought to the school, what about wrestling? It's the only sport CT takes seriously and does well as far as I can tell. Due to Mr.Kissner's efforts. So kids will suffer.

You're right we don't know all the facts, but the facts we know do not give us any reasonable motives for his dismissal. And that is mind-boggling, concerning for parents and very hard to explain to kids.

On Fri, Mar 26, 2021 at 11:48 AM Jana McBurney-Lin <jmcburneylin@msn.com> wrote:
> It's good of you to let us know about this meeting. But all the chatter--some of it bordering on conspiracy--is concerning. In this litigious society, in this heavily-unionized profession, it is mind-boggling to assume that Mr. Kissner is being let go without strong cause.
> Sounds like some parents like him. My children all had Mrs. Nefian (who is still there and has seniority over Mr. Kissner.) They loved her, and I've heard other parents on this thread still singing her praises as well. So, it's not as if the students will be suffering.
> The School Board is an elected body, by all of us, and a pretty thankless job. Voicing concerns is nice. But voicing concerns and assuming the worst of the board, without actually knowing all the facts, sounds really unhelpful.
> My two cents,
> Jana

**From:** 95033talk@groups.io <95033talk@groups.io> on behalf of Caroline Haskin <cmhaskin@gmail.com>
**Sent:** Friday, March 26, 2021 11:35 AM
**To:** 95033talk@groups.io <95033talk@groups.io>; tinaplautz@gmail.com <tinaplautz@gmail.com>
**Cc:** oxtopus@gmail.com <oxtopus@gmail.com>
**Subject:** Re: [95033talk] Can we have a discussion about real community issues?

Special Board Meeting
AGENDA
1. ROLL CALL TO ORDER – 12:00 p.m.
1.1 Roll Call
1.2 Flag Salute
1.3 Approval of Agenda
1.4 Public Concerns (An opportunity for the public to comment or address the Board on issues to be discussed in Closed Session)
2. RECESS TO CLOSED SESSION – Personnel, Negotiations, Legal Matters
(Pursuant to Gov't Code Section 54954.2, closed sessions are not open to the public and may only be held for negotiations discussion, employment or dismissal of an employee, disciplinary matters relative to student(s) or employee(s), meeting with legal counsel on pending or anticipated litigation, emergency situations and other exceptions as provided by the law, including Government Code sections 54957 and 54957.6.)
2.1 Public Employee Employment: Superintendent
The Board will interview candidates for the position.
3. FUTURE MEETING DATES
3.1 Monday, March 29, 2021
3.2 Saturday, April 3, 2021
3.3 Wednesday, April 14, 2021
4:00 p.m. – Speci

> On Mar 26, 2021, at 10:39 AM, tina plautz <tinaplautz@gmail.com> wrote:
>
>
> This has nothing to do with the budget cut situation.  He was dismissed.
>
> On Fri, Mar 26, 2021, 10:24 AM < oxtopus@gmail.com> wrote:
>> Let me get this straight. Someone campaigned in a democratic process to deprive the school of the funds necessary to operate, succeeded, and now they have to cut costs, which are dominated by labor. Is that right? What am I missing?

_._._._._

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111547) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_._._._._

# [95033talk] Kissner

From:   Scott G (scotty95033@gmail.com)

To:     95033talk@groups.io

Date:   Sunday, March 28, 2021, 11:06 AM PDT

Many think of Mr. Kissner as a hero. He was mine, a conservative in a sea of liberals, standing up for what is right. He believed, as do I, in true Christian beliefs such as the importance of teaching evolution and true religious values. Snowflakes hated him and that made me and my friends like him even more.

We sent our kids with him to camp for all these reasons. It was with horror when I was told that he plied them with alcohol on the trip. He got friendly. I refused to believe it.

He is such a good math teacher.
He is a conservative hero.
He's white and has the same values as us (unlike these other people)
He served in the military
He teaches kids to shoot guns (and that pisses off some liberals; yay)
All my friends like him.
He is our hero.

And he is a person who showed predatory tendencies. He plied 13-15 year old boys with alcohol. Some say he got handy with them or did worse, not mine.

Reconcile these 2 things for me. Please. Someone.

My family has hired a lawyer and we are looking for others to join us. We believe we have a case against Mr Kissner and against the school. The school continued to allow Mr. Kissner to teach the kids and basically supplied him with new victims.

Question for all my right-wing friends and Kissner supporters - are you okay being enablers? Many of you know about this and are choosing to look the other way, including my namesakes.


_·_·_·_·_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111613) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_·_·_·_·_

## Re: [95033talk] Kissner

From:  Larry McVoy (lm@mcvoy.com)

To:     95033talk@groups.io; scotty95033@gmail.com

Date:   Sunday, March 28, 2021, 12:32 PM PDT

I think we should let this play out between the school and Mr Kissner.
Everything I've heard has been heresay, perhaps it is better to wait
for the actual facts to come out?

On Sat, Mar 27, 2021 at 01:17:00PM -0700, Scott G wrote:

> Many think of Mr. Kissner as a hero. He was mine, a conservative in a sea
> of liberals, standing up for what is right. He believed, as do I, in true
> Christian beliefs such as the importance of teaching evolution and true
> religious values. Snowflakes hated him and that made me and my friends like
> him even more.
>
> We sent our kids with him to camp for all these reasons. It was with horror
> when I was told that he plied them with alcohol on the trip. He got
> friendly. I refused to believe it.
>
> He is such a good math teacher.
> He is a conservative hero.
> He???s white and has the same values as us (unlike these other people)
> He served in the military
> He teaches kids to shoot guns (and that pisses off some liberals; yay)
> All my friends like him.
> He is our hero.
>
> And he is a person who showed predatory tendencies. He plied 13-15 year old
> boys with alcohol. Some say he got handy with them or did worse, not mine.
>
> Reconcile these 2 things for me. Please. Someone.
>
> My family has hired a lawyer and we are looking for others to join us. We
> believe we have a case against Mr Kissner and against the school. The
> school continued to allow Mr. Kissner to teach the kids and basically
> supplied him with new victims.
>
> Question for all my right-wing friends and Kissner supporters - are you
> okay being enablers? Many of you know about this and are choosing to look
> the other way, including my namesakes.

--
---
Larry McVoy lm at mcvoy.com http://www.mcvoy.com/lm
--_-_-_-_-_

Groups.io Links:

You receive all messages sent to this group.

<u>View/Reply Online (#111631)</u> | <u>Reply To Group</u> | <u>Reply To Sender</u> | <u>Mute This Topic</u> | <u>New Topic</u>

Moderator reminders:
Please read the FAQ! It is at <u>https://groups.io/g/95033talk/wiki/95033talk-FAQ</u>
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

<u>Your Subscription</u> | <u>Contact Group Owner</u> | <u>Unsubscribe</u> [Stacylynhall@yahoo.com]
_._,_._,_._

# [95033talk] Kissner

From:  Scott G (scotty95033@gmail.com)

To:      95033talk@groups.io

Date:  Sunday, March 28, 2021, 11:06 AM PDT

Many think of Mr. Kissner as a hero. He was mine, a conservative in a sea of liberals, standing up for what is right. He believed, as do I, in true Christian beliefs such as the importance of teaching evolution and true religious values. Snowflakes hated him and that made me and my friends like him even more.

We sent our kids with him to camp for all these reasons. It was with horror when I was told that he plied them with alcohol on the trip. He got friendly. I refused to believe it.

He is such a good math teacher.
He is a conservative hero.
He's white and has the same values as us (unlike these other people)
He served in the military
He teaches kids to shoot guns (and that pisses off some liberals; yay)
All my friends like him.
He is our hero.

And he is a person who showed predatory tendencies. He plied 13-15 year old boys with alcohol. Some say he got handy with them or did worse, not mine.

Reconcile these 2 things for me. Please. Someone.

My family has hired a lawyer and we are looking for others to join us. We believe we have a case against Mr Kissner and against the school. The school continued to allow Mr. Kissner to teach the kids and basically supplied him with new victims.

Question for all my right-wing friends and Kissner supporters - are you okay being enablers? Many of you know about this and are choosing to look the other way, including my namesakes.


_._._._._

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111613) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_._._._._

## Re: [95033talk] Kissner

From:   Thomas Petersen via groups.io (thomasgpetersen=yahoo.com@groups.io)

To:     scotty95033@gmail.com; 95033talk@groups.io

Date:   Sunday, March 28, 2021, 12:32 PM PDT

Good grief, that's really a lot to unpack. Sorry, I know you were only looking for responses from conservatives/your friends. Thanks for the info. Cheers!

_·_·_·_·_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111630) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

_____

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

_____

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_·_·_·_·_

Re: [95033talk] Kissner

From:  Barry via groups.io (laguna_b1=yahoo.com@groups.io)

To:  95033talk@groups.io

Date:  Sunday, March 28, 2021, 12:37 PM PDT

As one who would probably be considered more of a liberal "snowflake", I think the airing of accusations of alcohol and worse, sexual misconduct with students, untried in court, is incredibly damaging both to the process and to the person accused. Like a Scarlet Letter, these accusations last longer than even possible vindication, especially for a teacher.

On Sunday, March 28, 2021, 12:32:44 PM PDT, Larry McVoy <lm@mcvoy.com> wrote:

I think we should let this play out between the school and Mr Kissner.
Everything I've heard has been heresay, perhaps it is better to wait
for the actual facts to come out?

On Sat, Mar 27, 2021 at 01:17:00PM -0700, Scott G wrote:

> Many think of Mr. Kissner as a hero. He was mine, a conservative in a sea
> of liberals, standing up for what is right. He believed, as do I, in true
> Christian beliefs such as the importance of teaching evolution and true
> religious values. Snowflakes hated him and that made me and my friends like
> him even more.
>
> We sent our kids with him to camp for all these reasons. It was with horror
> when I was told that he plied them with alcohol on the trip. He got
> friendly. I refused to believe it.
>
> He is such a good math teacher.
> He is a conservative hero.
> He???s white and has the same values as us (unlike these other people)
> He served in the military
> He teaches kids to shoot guns (and that pisses off some liberals; yay)
> All my friends like him.
> He is our hero.
>
> And he is a person who showed predatory tendencies. He plied 13-15 year old
> boys with alcohol. Some say he got handy with them or did worse, not mine.
>
> Reconcile these 2 things for me. Please. Someone.
>
> My family has hired a lawyer and we are looking for others to join us. We
> believe we have a case against Mr Kissner and against the school. The
> school continued to allow Mr. Kissner to teach the kids and basically
> supplied him with new victims.
>
> Question for all my right-wing friends and Kissner supporters - are you
> okay being enablers? Many of you know about this and are choosing to look
> the other way, including my namesakes.

--

---

Larry McVoy lm at mcvoy.com http://www.mcvoy.com/lm

_·_·_·_·_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111632) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_·_·_·_·_

## Re: [95033talk] Gofundme David Kissner Defense Fund

From:   Azadeh via groups.io (azzalu=yahoo.com@groups.io)

To:     95033talk@groups.io; lm@mcvoy.com; robin.porter@lagolomita.com; becky_55@yahoo.com

Date:   Thursday, April 1, 2021, 10:14 PM PDT

Sorry Becky, Would you rather the district ignore accusation(s) from children to avoid spending money on investigating it?

If it were your child, would you let the board dismiss such claims or would you like to see them investigate and give both Mr. Kissner and the child/their family the fair due diligence it requires?

Best,
Azadeh


On Thursday, April 1, 2021, 09:55:38 PM PDT, Becky Yoder via groups.io <becky_55=yahoo.com@groups.io> wrote:


How much is the shameful lawsuit against Mr. Kissner costing the district? How much of the district's money was spent on a private investigator looking for anything they might be able to use against him? I would imagine these are large numbers.




On Thursday, April 1, 2021, 8:48 PM, Larry McVoy <lm@mcvoy.com> wrote:

> If 25 (or 87, whatever it was) can cost the school district hundreds
> of thousands of dollars, perhaps they should have to pay that back.
> Seems kind of crazy that a few people can force that much cost onto the
> school district with impunity.

> On Thu, Apr 01, 2021 at 08:44:18PM -0700, Robin Porter wrote:

>> What is your proof of that? If you are going to do all this damage to the people of this
>> mountain, what is your proof and how does this being a retaliatory dismissal affect the
>> Board seat?

>> Because right now, I???m writing down every person that is ???for??? this $200,000 attack
>> and I am going to ask them why they signed up for this. And did they know they signed up
>> to submarine the school because an employee (with DUE PROCESS available to him) is
>> able to fight his dismissal WITHOUT asking for a special school board election.

>> What is your proof?

>> Best,

>> Robin


>> On Apr 1, 2021, at 8:18 PM, Shahryar Rokni <shahryarrokni@hotmail.com> wrote:

>> I donated because David Kissner is entitled to a full representation to defend himself

against this potentially retaliatory dismissal process. David is a valued member of our community and a cherished teacher. This is an issue that is worth standing up for what you believe in.

--
---
Larry McVoy lm at mcvoy.com http://www.mcvoy.com/lm

_·_·_·_·_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111882) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_·_·_·_·_

## Re: [95033talk] Gofundme David Kissner Defense Fund

| | |
|---|---|
| From: | Barry via groups.io (laguna_b1=yahoo.com@groups.io) |
| To: | 95033talk@groups.io; deberba@yahoo.com |
| Date: | Friday, April 2, 2021, 02:05 PM PDT |

@Deb - Given the timeline one might surmise that the retaliation was what was done to fight measure N. Not the other way around.

11 Pro

> On Apr 2, 2021, at 1:55 PM, Deb Erba via groups.io <deberba=yahoo.com@groups.io> wrote:
>
>
> I'm not clear what "retaliation" the board is directing toward Mr Kissner. It's my understanding (according the I the documents he shared) that it was based off his actions in class during the walkout. He was provided the findings from the investigation but was restricted from copying.  That's not retaliation, that's due process.
>
> They can't be retaliating by the district because of his position on N because all of this predates N.  However, Mr Kissner position on N now makes a whole lot more sense though. While I understand why he chose not to share at the time, he obviously doesn't have a prob sharing now, after N was defeated, with his help. Of course, he may have disclosed this to the voters he was trying to influence and I am just not privy to that.

_·_·_·_·_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111976) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_·_·_·_·_

## Re: [95033talk] Gofundme David Kissner Defense Fund

| | |
|---|---|
| From: | Deb Erba via groups.io (deberba=yahoo.com@groups.io) |
| To: | shahryarrokni@hotmail.com; 95033talk@groups.io |
| Date: | Sunday, April 4, 2021, 02:53 PM PDT |

Rokni, do you know for a fact that the investigation post Kissners return after a week was an extension of the same investigation that returned him to the classroom? It's not unheard of to get more than one complaint. And sometimes they aren't even at the same time. Which, if it was a different investigation would make your either/or non-binary.

_-_-_-_-_-_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112059) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_-_-_-_-_-_

## Re: [95033talk] Gofundme David Kissner Defense Fund

From:   Deb Erba via groups.io (deberba=yahoo.com@groups.io)

To:     shahryarrokni@hotmail.com; 95033talk@groups.io

Date:   Sunday, April 4, 2021, 02:53 PM PDT

Rokni, do you know for a fact that the investigation post Kissners return after a week was an extension of the same investigation that returned him to the classroom? It's not unheard of to get more than one complaint. And sometimes they aren't even at the same time. Which, if it was a different investigation would make your either/or non-binary.

_-_-_-_-_-

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112059) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_-_-_-_-_-

# Re: [95033talk] Gofundme David Kissner Defense Fund

From: Deb Erba via groups.io (deberba=yahoo.com@groups.io)

To: shahryarrokni@hotmail.com; 95033talk@groups.io

Date: Friday, April 2, 2021, 01:55 PM PDT

I'm not clear what "retaliation" the board is directing toward Mr Kissner. It's my understanding (according the I the documents he shared) that it was based off his actions in class during the walkout. He was provided the findings from the investigation but was restricted from copying. That's not retaliation, that's due process.

They can't be retaliating by the district because of his position on N because all of this predates N. However, Mr Kissner position on N now makes a whole lot more sense though. While I understand why he chose not to share at the time, he obviously doesn't have a prob sharing now, after N was defeated, with his help. Of course, he may have disclosed this to the voters he was trying to influence and I am just not privy to that.

_–ˈ–ˈ–ˈ–ˈ–

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111975) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_–ˈ–ˈ–ˈ–ˈ–

## Re: [95033talk] Gofundme David Kissner Defense Fund

From:　Azadeh via groups.io (azzalu=yahoo.com@groups.io)

To:　　95033talk@groups.io; shahryarrokni@hotmail.com

Date:　Thursday, April 1, 2021, 10:39 PM PDT

Mr. Rokni,

The only people that are privy to that info are the board and investigators. Nor you or I or anyone not involved have the right to ask why or want details. These are private and delicate matters. Let's let the pros do their jobs,

Funny you should bring it up, b/c the Board most certainly wouldn't take such major steps, without substantiating information.

Cheers,

Azadeh

On Thursday, April 1, 2021, 10:33:44 PM PDT, Shahryar Rokni <shahryarrokni@hotmail.com> wrote:

Azadeh,

Since your brought children into the conversation, I feel compelled to response.
The board received an unsigned letter, without any names , in the mail right after the 2018 walkout making similar accusations. Mr. Kissner was put on leave. After one week he was reinstated with no substantiation established by the board or super. He was back in class room. The investigation that cost the district money took place after the board cleared him to return to school. Now, if the school was not sure, why did they let him back in the class room. And if they had completed their investigation, why did they spend money for another year. I have asked these questions from the Super with no satisfactory respond.
Seems like you are raising the same accusation that was in the unsigned letter. Did you get a better response from the Super? Which one is it? Was he cleared or school was negligent in returning him to class? You cannot have it both ways.
And if you have any information that remotely suggests what you have put in writing, why wait three years? Why?
_·_·_·_·_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111887) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_·_·_·_·_

## Re: [95033talk] Gofundme David Kissner Defense Fund

From:  Hillary Kanter (hillarykanter@hotmail.com)

To:  95033talk@groups.io; rebeccasmithrealtor@yahoo.com

Date:  Friday, April 2, 2021, 09:13 AM PDT

In 2010 there was an 8-1 ruling by the US Supreme Court in favor in making petition signatures public record with a few exceptions.

So I would think petitioner names CAN be made public by calling the Santa Clara Superintendent because they aren't private in a way a vote would be. I've put in a call to the Santa Clara Superintendent to confirm this.

Hillary Kanter

_·_·_·_·_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111925) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_·_·_·_·_

# Re: [95033talk] Gofundme David Kissner Defense Fund

From:   Hillary Kanter (hillarykanter@hotmail.com)

To:      95033talk@groups.io; rebeccasmithrealtor@yahoo.com

Date:   Friday, April 2, 2021, 09:13 AM PDT

In 2010 there was an 8-1 ruling by the US Supreme Court in favor in making petition signatures public record with a few exceptions.

So I would think petitioner names CAN be made public by calling the Santa Clara Superintendent because they aren't private in a way a vote would be. I've put in a call to the Santa Clara Superintendent to confirm this.

Hillary Kanter

_·_·_·_·_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111925) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_·_·_·_·_

# Re: [95033talk] Gofundme David Kissner Defense Fund

From:   Barry via groups.io (laguna_b1=yahoo.com@groups.io)

To:     95033talk@groups.io; deberba@yahoo.com

Date:   Friday, April 2, 2021, 02:05 PM PDT

@Deb - Given the timeline one might surmise that the retaliation was what was done to fight measure N. Not the other way around.

11 Pro

> On Apr 2, 2021, at 1:55 PM, Deb Erba via groups.io <deberba=yahoo.com@groups.io> wrote:
>
>
> I'm not clear what "retaliation" the board is directing toward Mr Kissner. It's my understanding (according the I the documents he shared) that it was based off his actions in class during the walkout. He was provided the findings from the investigation but was restricted from copying.  That's not retaliation, that's due process.
>
> They can't be retaliating by the district because of his position on N because all of this predates N.  However, Mr Kissner position on N now makes a whole lot more sense though. While I understand why he chose not to share at the time, he obviously doesn't have a prob sharing now, after N was defeated, with his help. Of course, he may have disclosed this to the voters he was trying to influence and I am just not privy to that.

_·_·_·_·_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111976) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_·_·_·_·_

## Re: [95033talk] Gofundme David Kissner Defense Fund

From: Becky Yoder via groups.io (becky_55=yahoo.com@groups.io)

To: 95033talk@groups.io; lm@mcvoy.com; robin.porter@lagolomita.com

Date: Thursday, April 1, 2021, 09:55 PM PDT

How much is the shameful lawsuit against Mr. Kissner costing the district? How much of the district's money was spent on a private investigator looking for anything they might be able to use against him? I would imagine these are large numbers.

On Thursday, April 1, 2021, 8:48 PM, Larry McVoy <lm@mcvoy.com> wrote:

If 25 (or 87, whatever it was) can cost the school district hundreds of thousands of dollars, perhaps they should have to pay that back. Seems kind of crazy that a few people can force that much cost onto the school district with impunity.

On Thu, Apr 01, 2021 at 08:44:18PM -0700, Robin Porter wrote:

What is your proof of that? If you are going to do all this damage to the people of this mountain, what is your proof and how does this being a retaliatory dismissal affect the Board seat?

Because right now, I???m writing down every person that is ???for??? this $200,000 attack and I am going to ask them why they signed up for this. And did they know they signed up to submarine the school because an employee (with DUE PROCESS available to him) is able to fight his dismissal WITHOUT asking for a special school board election.

What is your proof?

Best,

Robin

On Apr 1, 2021, at 8:18 PM, Shahryar Rokni <shahryarrokni@hotmail.com> wrote:

I donated because David Kissner is entitled to a full representation to defend himself against this potentially retaliatory dismissal process. David is a valued member of our community and a cherished teacher. This is an issue that is worth standing up for what you believe in.

--
---
Larry McVoy lm at mcvoy.com http://www.mcvoy.com/lm

—'—'—'—'—

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111877) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

—'—'—'—'—

## Re: [95033talk] Gofundme David Kissner Defense Fund

From:   Hillary Kanter (hillarykanter@hotmail.com)

To:    95033talk@groups.io; shahryarrokni@hotmail.com

Date:   Friday, April 2, 2021, 10:26 AM PDT

Shahryar,

I'm sure you'd agree that transparency is a good thing. What if one of those who signed the petition for a special election at great cost to the school and our children ran for a seat on the school board? I'd want to know that before voting.

Hillary Kanter

_·_·_·_·_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111944) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_·_·_·_·_

# Re: [95033talk] Gofundme David Kissner Defense Fund

From:   James Volpe (jvo206@gmail.com)

To:      95033talk@groups.io; shahryarrokni@hotmail.com

Cc:      rebeccasmithrealtor@yahoo.com; hillarykanter@hotmail.com

Date:   Friday, April 2, 2021, 11:37 AM PDT

Hi Shahryar,

While your question was directed at Hillary, I assume you're open to responses from the rest of us…

If the list of signatories is indeed already public information, perhaps it could be more widely distributed in hopes that those who personally know the signatories might engage with them in a reasonable discussion of the pros and cons of a special election, and the potential cost to our school and community. Some folks might change their decision to support the petition if given additional points of view to consider.

Best,
James

On Fri, Apr 2, 2021 at 10:07 AM Shahryar Rokni < shahryarrokni@hotmail.com> wrote:
> Hi Hillary,
> Would you tell us what you would do with that list, if you could get the names?
> I am on the list and I was a signatory.
> I must say we had lots of folks that wanted to sign but they were afraid of retaliation. It did not make sense to me at the time, but maybe you can tell us what you like to do with the list? It will be educational for me too.
> Thanks.
> Shahryar
>
> **From:** 95033talk@groups.io <95033talk@groups.io> on behalf of Hillary Kanter <hillarykanter@hotmail.com>
> **Sent:** Friday, April 2, 2021 9:12 AM
> **To:** 95033talk@groups.io <95033talk@groups.io>; rebeccasmithrealtor@yahoo.com <rebeccasmithrealtor@yahoo.com>
> **Subject:** Re: [95033talk] Gofundme David Kissner Defense Fund
>
> In 2010 there was an 8-1 ruling by the US Supreme Court in favor in making petition signatures public record with a few exceptions.
>
> So I would think petitioner names CAN be made public by calling the Santa Clara Superintendent because they aren't private in a way a vote would be. I've put in a call to the Santa Clara Superintendent to confirm this.
>
> Hillary Kanter

_·_·_·_·_·_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111958) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_·_·_·_·_

# Re: [95033talk] Gofundme David Kissner Defense Fund

From:  Barry via groups.io (laguna_b1=yahoo.com@groups.io)

To:  95033talk@groups.io; becky_55@yahoo.com

Date:  Thursday, April 1, 2021, 10:00 PM PDT

Could you educate us on this alleged lawsuit against him. What is that about?

11 Pro

> On Apr 1, 2021, at 9:55 PM, Becky Yoder via groups.io <becky_55=yahoo.com@groups.io> wrote:
>
> How much is the shameful lawsuit against Mr. Kissner costing the district? How much of the district's money was spent on a private investigator looking for anything they might be able to use against him? I would imagine these are large numbers.

>> On Thursday, April 1, 2021, 8:48 PM, Larry McVoy <lm@mcvoy.com> wrote:
>>
>> If 25 (or 87, whatever it was) can cost the school district hundreds of thousands of dollars, perhaps they should have to pay that back. Seems kind of crazy that a few people can force that much cost onto the school district with impunity.

>>> On Thu, Apr 01, 2021 at 08:44:18PM -0700, Robin Porter wrote:
>>>
>>> What is your proof of that? If you are going to do all this damage to the people of this mountain, what is your proof and how does this being a retaliatory dismissal affect the Board seat?
>>>
>>> Because right now, I???m writing down every person that is ???for??? this $200,000 attack and I am going to ask them why they signed up for this. And did they know they signed up to submarine the school because an employee (with DUE PROCESS available to him) is able to fight his dismissal WITHOUT asking for a special school board election.
>>>
>>> What is your proof?
>>>
>>> Best,
>>>
>>> Robin

>>>> On Apr 1, 2021, at 8:18 PM, Shahryar Rokni <shahryarrokni@hotmail.com> wrote:
>>>>
>>>> I donated because David Kissner is entitled to a full representation to defend himself against this potentially retaliatory dismissal process. David is a valued member of our community and a cherished teacher. This is an issue

that is worth standing up for what you believe in.

--
---
Larry McVoy lm at mcvoy.com [http://www.mcvoy.com/lm](http://www.mcvoy.com/lm)

_-_-_-_-_-

Groups.io Links:

You receive all messages sent to this group.

[View/Reply Online (#111878)](#) | [Reply To Group](#) | [Reply To Sender](#) | [Mute This Topic](#) | [New Topic](#)

_____

Moderator reminders:
Please read the FAQ! It is at [https://groups.io/g/95033talk/wiki/95033talk-FAQ](https://groups.io/g/95033talk/wiki/95033talk-FAQ)
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!
_____

[Your Subscription](#) | [Contact Group Owner](#) | [Unsubscribe](#) [Stacylynhall@yahoo.com]

_-_-_-_-_-

## Re: [95033talk] Gofundme David Kissner Defense Fund

From: Larry McVoy (lm@mcvoy.com)

To: 95033talk@groups.io; shahryarrokni@hotmail.com

Cc: hillarykanter@hotmail.com

Date: Friday, April 2, 2021, 11:42 AM PDT

Do you really think that someone who signed on to cost the district an extra $200K is going to willingly make that info public when they run for school board?

That's why transparency is a good thing. If it is legal to get the list, lets get it.

On Fri, Apr 02, 2021 at 05:56:29PM +0000, Shahryar Rokni wrote:

> I would hope anyone who runs for the board is transparent with the public on their own
> And it is a valid question to ask from a candidate

>> On Apr 2, 2021, at 10:26 AM, Hillary Kanter <hillarykanter@hotmail.com> wrote:
>>
>> ???Shahryar,
>>
>> I???m sure you???d agree that transparency is a good thing. What if one of those who
>> signed the petition for a special election at great cost to the school and our children ran for
>> a seat on the school board? I???d want to know that before voting.
>>
>> Hillary Kanter
>>
>> Sent from my iPhone

--
---
Larry McVoy lm at mcvoy.com http://www.mcvoy.com/lm
_._._._._

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111959) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

## Re: [95033talk] Gofundme David Kissner Defense Fund

From: Larry McVoy (lm@mcvoy.com)

To: becky_55@yahoo.com

Cc: 95033talk@groups.io; lm@mcvoy.com; robin.porter@lagolomita.com

Date: Thursday, April 1, 2021, 10:05 PM PDT

So far as I know there is no lawsuit against Mr Kissner. And if there is,
I really don't want to know about it until all of that has gone through
the process.

As for numbers, what we've heard for a special election, which is what
the petition forces, is $200,000-$600,000. I'm not sure I believe the
higher number but it is possible. The lower number was years ago.

Who amongst us thinks it is a good idea to force a school district that
is $650,000 short this year, to spend another $200,000-$600,000 for a
special election? When less than 2 years from now, 4 board seats will
be open and any of the people who want a seat now could get one then.

Anyone who is forcing this special election doesn't deserve to be on
the board because they have no fiscal compass.

On Fri, Apr 02, 2021 at 04:55:25AM +0000, Becky Yoder wrote:

> How much is the shameful lawsuit against Mr. Kissner costing the district? How much of the district???s
> money was spent on a private investigator looking for anything they might be able to use against him? I
> would imagine these are large numbers.

> Sent from Yahoo Mail for iPhone

> On Thursday, April 1, 2021, 8:48 PM, Larry McVoy <lm@mcvoy.com> wrote:

> If 25 (or 87, whatever it was) can cost the school district hundreds
> of thousands of dollars, perhaps they should have to pay that back.
> Seems kind of crazy that a few people can force that much cost onto the
> school district with impunity.

> On Thu, Apr 01, 2021 at 08:44:18PM -0700, Robin Porter wrote:

> What is your proof of that? If you are going to do all this damage to the people of this mountain, what is
> your proof and how does this being a retaliatory dismissal affect the Board seat?

> Because right now, I???m writing down every person that is ???for??? this $200,000 attack and I am
> going to ask them why they signed up for this. And did they know they signed up to submarine the school
> because an employee (with DUE PROCESS available to him) is able to fight his dismissal WITHOUT
> asking for a special school board election.

> What is your proof?

> Best,

Robin

On Apr 1, 2021, at 8:18 PM, Shahryar Rokni <shahryarrokni@hotmail.com> wrote:

I donated because David Kissner is entitled to a full representation to defend himself against this
potentially retaliatory dismissal process. David is a valued member of our community and a cherished
teacher. This is an issue that is worth standing up for what you believe in.

--
---
Larry McVoy lm at mcvoy.com http://www.mcvoy.com/lm

--
---
Larry McVoy lm at mcvoy.com http://www.mcvoy.com/lm
_–_–_–_–_–_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111879) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_–_–_–_–_–_

## Re: [95033talk] Gofundme David Kissner Defense Fund

From: Rebecca Smith via groups.io (rebeccasmithrealtor=yahoo.com@groups.io)

To: 95033talk@groups.io; portersan@mindspring.com

Date: Friday, April 2, 2021, 02:08 AM PDT

>>>>>>right now, I'm writing down every person that is "for" this $200,000 attack and I am going to ask them why they signed up for this. And did they know they signed up to submarine the school because an employee (with DUE PROCESS available to him) is able to fight his dismissal WITHOUT asking for a special school board election. <<<<<<<<

Where do you hope to find a list of people that petitioned for the special election? Those names are confidential, in the same way that your vote is confidential. The only way we can know if someone signed the petition is if they volunteer that information.

The list of donors to the gofundme for David Kissners legal fund (the subject of this thread) isn't the same as the special election petitioners, we should not mix these 2 things up. It's not logical or reasonable to assume that everyone who supports David Kissner must have also petitioned for special election.

Nor is it fair to assume that all his supporters voted No on N, or that they won't also be donating to LPEF/KEEP.

It is possible to want to ensure a teacher you respect and like gets a fair hearing and competent legal representation during his 'due process', while also actively fundraising/donating to save programs, teachers and staff from deep cuts in 21/22, and disapproving the petition and additional cost for special election. These things are not mutually exclusive.

So please don't harrass or judge unkindly all the people who are donating here. It doesn't necessarily mean they all share in Mr Kissners political views and actions. Maybe he just had a positive impact on their kid(s)...

Incidentally I did watch the board interviews and Mark did a great job, I'm sure he would be an asset to the board and I hope he will run again in 2022 (and/or special election). I hope all of the top 4/5 will, the interviews were impressive...I found myself wishing we could add more seats to the board!

On Thu, Apr 1, 2021 at 10:41 PM, Shahryar Rokni
<shahryarrokni@hotmail.com> wrote:

> Azadeh,
> Since your brought children into the conversation, I feel compelled to response.
> The board received an unsigned letter, without any names , in the mail right after the 2018 walkout making similar accusations. Mr. Kissner was put on leave. After one week he was reinstated with no substantiation established by the board or super. He was back in class room. The investigation that cost the district money took place after the board cleared him to return to school. Now, if the school was not sure, why did they let him back in the class room. And if they had completed their investigation, why did they spend money for another year. I have asked these questions from the Super with no satisfactory respond.
> Seems like you are raising the same accusation that was in the unsigned letter. Did you get a better response from the Super? Which one is it? Was he cleared or school was negligent in returning him to class? You cannot have it both ways.
> And if you have any information that remotely suggests what you have put in writing, why wait three years? Why?

_._,_._,_._

Groups.io Links:

You receive all messages sent to this group.

<u>View/Reply Online (#111898)</u> | <u>Reply To Group</u> | <u>Reply To Sender</u> | <u>Mute This Topic</u> | <u>New Topic</u>

―――――――――――――――――

Moderator reminders:
Please read the FAQ! It is at <u>https://groups.io/g/95033talk/wiki/95033talk-FAQ</u>
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!
―――――――――――――――――

<u>Your Subscription</u> | <u>Contact Group Owner</u> | <u>Unsubscribe</u> [Stacylynhall@yahoo.com]
_._,_._,_._

# Re: [95033talk] Gofundme David Kissner Defense Fund

From:    Robin Porter (robin.porter@lagolomita.com)

To:      95033talk@groups.io; shahryarrokni@hotmail.com

Cc:      allanh@kallisti.com

Date:    Thursday, April 1, 2021, 08:36 PM PDT

So are our kids. You're going to take down the school board for an empty school board seat to fight a potentially bad dismissal that there is a separate process to fight?

Shame, Shame, Shame.

Best,

Robin

On Apr 1, 2021, at 8:18 PM, Shahryar Rokni <shahryarrokni@hotmail.com> wrote:

I donated because David Kissner is entitled to a full representation to defend himself against this potentially retaliatory dismissal process. David is a valued member of our community and a cherished teacher. This is an issue that is worth standing up for what you believe in.

_-_-_-_-_-_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111857) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

_____

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!
_____

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_-_-_-_-_-_

## Re: [95033talk] Gofundme David Kissner Defense Fund

From:   Shahryar Rokni (shahryarrokni@hotmail.com)

To:     95033talk@groups.io; rebeccasmithrealtor@yahoo.com; hillarykanter@hotmail.com

Date:   Friday, April 2, 2021, 10:07 AM PDT

Hi Hillary,
Would you tell us what you would do with that list, if you could get the names?
I am on the list and I was a signatory.
I must say we had lots of folks that wanted to sign but they were afraid of retaliation. It did not make sense to me at the time, but maybe you can tell us what you like to do with the list? It will be educational for me too.
Thanks.
Shahryar

**From:** 95033talk@groups.io <95033talk@groups.io> on behalf of Hillary Kanter <hillarykanter@hotmail.com>
**Sent:** Friday, April 2, 2021 9:12 AM
**To:** 95033talk@groups.io <95033talk@groups.io>; rebeccasmithrealtor@yahoo.com <rebeccasmithrealtor@yahoo.com>
**Subject:** Re: [95033talk] Gofundme David Kissner Defense Fund

In 2010 there was an 8-1 ruling by the US Supreme Court in favor in making petition signatures public record with a few exceptions.

So I would think petitioner names CAN be made public by calling the Santa Clara Superintendent because they aren't private in a way a vote would be. I've put in a call to the Santa Clara Superintendent to confirm this.

Hillary Kanter
_-_-_-_-_-_

Groups.io Links:
You receive all messages sent to this group.
View/Reply Online (#111941) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

_____

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

_____

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_-_-_-_-_-_

Case 3:22-cv-00949-CRB Document 117-15 Filed 12/22/23 Page 161 of 491

## Re: [95033talk] Gofundme David Kissner Defense Fund

From:   Shahryar Rokni (shahryarrokni@hotmail.com)

To:      azzalu@yahoo.com; 95033talk@groups.io

Date:   Thursday, April 1, 2021, 10:41 PM PDT

Azadeh,
Since your brought children into the conversation, I feel compelled to response.
The board received an unsigned letter, without any names , in the mail right after the 2018 walkout making similar
accusations. Mr. Kissner was put on leave. After one week he was reinstated with no substantiation established by the
board or super. He was back in class room. The investigation that cost the district money took place after the board
cleared him to return to school. Now, if the school was not sure, why did they let him back in the class room. And if
they had completed their investigation, why did they spend money for another year. I have asked these questions from
the Super with no satisfactory respond.
Seems like you are raising the same accusation that was in the unsigned letter. Did you get a better response from the
Super? Which one is it? Was he cleared or school was negligent in returning him to class? You cannot have it both
ways.
And if you have any information that remotely suggests what you have put in writing, why wait three years? Why?

_·_·_·_·_

Groups.io Links:

You receive all messages sent to this group.

[View/Reply Online (#111888)](#) | [Reply To Group](#) | [Reply To Sender](#) | [Mute This Topic](#) | [New Topic](#)

—————————————————

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

—————————————————

[Your Subscription](#) | [Contact Group Owner](#) | [Unsubscribe](#) [Stacylynhall@yahoo.com]

_·_·_·_·_

## Re: [95033talk] Gofundme David Kissner Defense Fund

From: Robin Porter (robin.porter@lagolomita.com)

To: 95033talk@groups.io; shahryarrokni@hotmail.com

Date: Thursday, April 1, 2021, 08:44 PM PDT

What is your proof of that? If you are going to do all this damage to the people of this mountain, what is your proof and how does this being a retaliatory dismissal affect the Board seat?

Because right now, I'm writing down every person that is "for" this $200,000 attack and I am going to ask them why they signed up for this. And did they know they signed up to submarine the school because an employee (with DUE PROCESS available to him) is able to fight his dismissal WITHOUT asking for a special school board election.

What is your proof?

Best,

Robin

On Apr 1, 2021, at 8:18 PM, Shahryar Rokni <shahryarrokni@hotmail.com> wrote:

I donated because David Kissner is entitled to a full representation to defend himself against this potentially retaliatory dismissal process. David is a valued member of our community and a cherished teacher. This is an issue that is worth standing up for what you believe in.

_-_-_-_-_-

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111864) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_-_-_-_-_-

# Re: [95033talk] Gofundme David Kissner Defense Fund

From:   Robin Porter (robin.porter@lagolomita.com)

To:     95033talk@groups.io; robin.porter@lagolomita.com

Date:   Thursday, April 1, 2021, 08:45 PM PDT

Oh, I forgot -

PLEASE SEND YOUR PROOF TO ALL OF US,

SHAME, SHAME, SHAME,

BEST,

ROBIN

On Apr 1, 2021, at 8:44 PM, Robin Porter via groups.io <robin.porter=lagolomita.com@groups.io> wrote:

What is your proof of that? If you are going to do all this damage to the people of this mountain, what is your proof and how does this being a retaliatory dismissal affect the Board seat?

Because right now, I'm writing down every person that is "for" this $200,000 attack and I am going to ask them why they signed up for this. And did they know they signed up to submarine the school because an employee (with DUE PROCESS available to him) is able to fight his dismissal WITHOUT asking for a special school board election.

What is your proof?

Best,

Robin

On Apr 1, 2021, at 8:18 PM, Shahryar Rokni <shahryarrokni@hotmail.com> wrote:

I donated because David Kissner is entitled to a full representation to defend himself against this potentially retaliatory dismissal process. David is a valued member of our community and a cherished teacher. This is an issue that is worth standing up for what you believe in.

_._._._._._

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111867) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_-_-_-_-_

# Re: [95033talk] Gofundme David Kissner Defense Fund

From:   Rebecca Smith via groups.io (rebeccasmithrealtor=yahoo.com@groups.io)

To:     95033talk@groups.io; portersan@mindspring.com

Date:   Friday, April 2, 2021, 02:08 AM PDT

>>>>>>right now, I'm writing down every person that is "for" this $200,000 attack and I am going to ask them why they signed up for this. And did they know they signed up to submarine the school because an employee (with DUE PROCESS available to him) is able to fight his dismissal WITHOUT asking for a special school board election. <<<<<<<<

Where do you hope to find a list of people that petitioned for the special election? Those names are confidential, in the same way that your vote is confidential. The only way we can know if someone signed the petition is if they volunteer that information.

The list of donors to the gofundme for David Kissners legal fund (the subject of this thread) isn't the same as the special election petitioners, we should not mix these 2 things up. It's not logical or reasonable to assume that everyone who supports David Kissner must have also petitioned for special election.

Nor is it fair to assume that all his supporters voted No on N, or that they won't also be donating to LPEF/KEEP.

It is possible to want to ensure a teacher you respect and like gets a fair hearing and competent legal representation during his 'due process', while also actively fundraising/donating to save programs, teachers and staff from deep cuts in 21/22, and disapproving the petition and additional cost for special election. These things are not mutually exclusive.

So please don't harrass or judge unkindly all the people who are donating here. It doesn't necessarily mean they all share in Mr Kissners political views and actions. Maybe he just had a positive impact on their kid(s)...

Incidentally I did watch the board interviews and Mark did a great job, I'm sure he would be an asset to the board and I hope he will run again in 2022 (and/or special election). I hope all of the top 4/5 will, the interviews were impressive...I found myself wishing we could add more seats to the board!

On Thu, Apr 1, 2021 at 10:41 PM, Shahryar Rokni
<shahryarrokni@hotmail.com> wrote:

> Azadeh,
> Since your brought children into the conversation, I feel compelled to response.
> The board received an unsigned letter, without any names , in the mail right after the 2018 walkout making similar accusations. Mr. Kissner was put on leave. After one week he was reinstated with no substantiation established by the board or super. He was back in class room. The investigation that cost the district money took place after the board cleared him to return to school. Now, if the school was not sure, why did they let him back in the class room. And if they had completed their investigation, why did they spend money for another year. I have asked these questions from the Super with no satisfactory respond.
> Seems like you are raising the same accusation that was in the unsigned letter. Did you get a better response from the Super? Which one is it? Was he cleared or school was negligent in returning him to class? You cannot have it both ways.
> And if you have any information that remotely suggests what you have put in writing, why wait three years? Why?

_–_–_–_–_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111898) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

---

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

---

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_-_-_-_-_-_

# Re: [95033talk] Gofundme David Kissner Defense Fund

From:  Larry McVoy (lm@mcvoy.com)

To:     95033talk@groups.io; robin.porter@lagolomita.com

Date:  Thursday, April 1, 2021, 08:48 PM PDT

If 25 (or 87, whatever it was) can cost the school district hundreds
of thousands of dollars, perhaps they should have to pay that back.
Seems kind of crazy that a few people can force that much cost onto the
school district with impunity.

On Thu, Apr 01, 2021 at 08:44:18PM -0700, Robin Porter wrote:

> What is your proof of that? If you are going to do all this damage to the people of this mountain, what is
> your proof and how does this being a retaliatory dismissal affect the Board seat?
>
> Because right now, I???m writing down every person that is ???for??? this $200,000 attack and I am
> going to ask them why they signed up for this. And did they know they signed up to submarine the school
> because an employee (with DUE PROCESS available to him) is able to fight his dismissal WITHOUT
> asking for a special school board election.
>
> What is your proof?
>
> Best,
>
> Robin
>
>
> On Apr 1, 2021, at 8:18 PM, Shahryar Rokni <shahryarrokni@hotmail.com> wrote:
>
> I donated because David Kissner is entitled to a full representation to defend himself against this
> potentially retaliatory dismissal process. David is a valued member of our community and a cherished
> teacher. This is an issue that is worth standing up for what you believe in.

--
---
Larry McVoy lm at mcvoy.com http://www.mcvoy.com/lm
_-_-_-_-_-

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111868) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_._,_._,_

## Re: [95033talk] Gofundme David Kissner Defense Fund

From: Shahryar Rokni (shahryarrokni@hotmail.com)

To: 95033talk@groups.io; rebeccasmithrealtor@yahoo.com; hillarykanter@hotmail.com

Date: Friday, April 2, 2021, 10:07 AM PDT

Hi Hillary,
Would you tell us what you would do with that list, if you could get the names?
I am on the list and I was a signatory.
I must say we had lots of folks that wanted to sign but they were afraid of retaliation. It did not make sense to me at the time, but maybe you can tell us what you like to do with the list? It will be educational for me too.
Thanks.
Shahryar

**From:** 95033talk@groups.io <95033talk@groups.io> on behalf of Hillary Kanter <hillarykanter@hotmail.com>
**Sent:** Friday, April 2, 2021 9:12 AM
**To:** 95033talk@groups.io <95033talk@groups.io>; rebeccasmithrealtor@yahoo.com
<rebeccasmithrealtor@yahoo.com>
**Subject:** Re: [95033talk] Gofundme David Kissner Defense Fund

In 2010 there was an 8-1 ruling by the US Supreme Court in favor in making petition signatures public record with a few exceptions.

So I would think petitioner names CAN be made public by calling the Santa Clara Superintendent because they aren't private in a way a vote would be. I've put in a call to the Santa Clara Superintendent to confirm this.

Hillary Kanter
_–_–_–_–_–

Groups.io Links:
You receive all messages sent to this group.
View/Reply Online (#111941) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

_____

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

_____

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_–_–_–_–_–

## Re: [95033talk] Gofundme David Kissner Defense Fund

From: Robin Porter (robin.porter@lagolomita.com)

To: becky_55@yahoo.com; 95033talk@groups.io

Date: Thursday, April 1, 2021, 10:13 PM PDT

I'd like to see Proof if someone says anything. We've cited everything. Please post this to the group.

Best,

Robin

On Apr 1, 2021, at 9:55 PM, Becky Yoder <becky_55@yahoo.com> wrote:

How much is the shameful lawsuit against Mr. Kissner costing the district? How much of the district's money was spent on a private investigator looking for anything they might be able to use against him? I would imagine these are large numbers.

On Thursday, April 1, 2021, 8:48 PM, Larry McVoy <lm@mcvoy.com> wrote:

If 25 (or 87, whatever it was) can cost the school district hundreds of thousands of dollars, perhaps they should have to pay that back. Seems kind of crazy that a few people can force that much cost onto the school district with impunity.

On Thu, Apr 01, 2021 at 08:44:18PM -0700, Robin Porter wrote:

What is your proof of that? If you are going to do all this damage to the people of this mountain, what is your proof and how does this being a retaliatory dismissal affect the Board seat?

Because right now, I???m writing down every person that is ???for??? this $200,000 attack and I am going to ask them why they signed up for this. And did they know they signed up to submarine the school because an employee (with DUE PROCESS available to him) is able to fight his dismissal WITHOUT asking for a special school board election.

What is your proof?

Best,

Robin

On Apr 1, 2021, at 8:18 PM, Shahryar Rokni <shahryarrokni@hotmail.com> wrote:

I donated because David Kissner is entitled to a full representation to defend himself against this potentially retaliatory dismissal process. David is a valued member of our community and a cherished teacher. This is an issue that is worth standing up for what you believe in.

--
---
Larry McVoy lm at [mcvoy.com](mcvoy.com) [http://www.mcvoy.com/lm](http://www.mcvoy.com/lm)

_·_·_·_·_

Groups.io Links:

You receive all messages sent to this group.

[View/Reply Online (#111881)](#) | [Reply To Group](#) | [Reply To Sender](#) | [Mute This Topic](#) | [New Topic](#)

_____

Moderator reminders:
Please read the FAQ! It is at [https://groups.io/g/95033talk/wiki/95033talk-FAQ](https://groups.io/g/95033talk/wiki/95033talk-FAQ)
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!
_____

[Your Subscription](#) | [Contact Group Owner](#) | [Unsubscribe](#) [Stacylynhall@yahoo.com]

_·_·_·_·_

# Re: [95033talk] Gofundme David Kissner Defense Fund

From:  Shahryar Rokni (shahryarrokni@hotmail.com)

To:  hillarykanter@hotmail.com

Cc:  95033talk@groups.io

Date:  Friday, April 2, 2021, 11:05 AM PDT

I would hope anyone who runs for the board is transparent with the public on their own
And it is a valid question to ask from a candidate

> On Apr 2, 2021, at 10:26 AM, Hillary Kanter <hillarykanter@hotmail.com> wrote:
>
> Shahryar,
>
> I'm sure you'd agree that transparency is a good thing. What if one of those who signed the petition for a special election at great cost to the school and our children ran for a seat on the school board? I'd want to know that before voting.
>
> Hillary Kanter

_·_–_·_–_·_–

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111950) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

_____

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!
_____

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_·_–_·_–_·_–

## Re: [95033talk] Gofundme David Kissner Defense Fund

From: Barry via groups.io (laguna_b1=yahoo.com@groups.io)

To:     95033talk@groups.io; deberba@yahoo.com

Date:   Friday, April 2, 2021, 02:05 PM PDT

@Deb - Given the timeline one might surmise that the retaliation was what was done to fight measure N. Not the other way around.

11 Pro

> On Apr 2, 2021, at 1:55 PM, Deb Erba via groups.io <deberba=yahoo.com@groups.io> wrote:
>
> I'm not clear what "retaliation" the board is directing toward Mr Kissner. It's my understanding (according the I the documents he shared) that it was based off his actions in class during the walkout. He was provided the findings from the investigation but was restricted from copying. That's not retaliation, that's due process.
>
> They can't be retaliating by the district because of his position on N because all of this predates N. However, Mr Kissner position on N now makes a whole lot more sense though. While I understand why he chose not to share at the time, he obviously doesn't have a prob sharing now, after N was defeated, with his help. Of course, he may have disclosed this to the voters he was trying to influence and I am just not privy to that.

_·_·_·_·_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111976) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_·_·_·_·_

## Re: [95033talk] Gofundme David Kissner Defense Fund

| | |
|---|---|
| From: | Shahryar Rokni (shahryarrokni@hotmail.com) |
| To: | allanh@kallisti.com; 95033talk@groups.io |
| Date: | Thursday, April 1, 2021, 08:30 PM PDT |

I donated because David Kissner is entitled to a full representation to defend himself against this potentially retaliatory dismissal process. David is a valued member of our community and a cherished teacher. This is an issue that is worth standing up for what you believe in.

_-'-_-'-_-'-_-

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111854) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

---

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

---

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_-'-_-'-_-'-_-

## Re: [95033talk] Gofundme David Kissner Defense Fund

From:   Shahryar Rokni (shahryarrokni@hotmail.com)

To:     jvo206@gmail.com; 95033talk@groups.io

Cc:     rebeccasmithrealtor@yahoo.com; hillarykanter@hotmail.com

Date:   Friday, April 2, 2021, 01:03 PM PDT

---

James,
(a) Notwithstanding Sections 6252 and 6253, statewide, county, city, and district initiative, referendum, and recall petitions, petitions circulated pursuant to Section 5091 of the Education Code, petitions for the reorganization of school districts submitted pursuant to Article 1 (commencing with Section 35700) of Chapter 4 of Part 21 of the Education Code, petitions for the reorganization of community college districts submitted pursuant to Part 46 (commencing with Section 74000) of the Education Code and all memoranda prepared by the county elections officials in the examination of the petitions indicating which registered voters have signed particular petitions shall not be deemed to be public records and shall not be open to inspection except by the public officer or public employees who have the duty of receiving, examining or preserving the petitions or who are responsible for the preparation of that memoranda and, if the petition is found to be insufficient, by the proponents of the petition and the representatives of the proponents as may be designated by the proponents in writing in order to determine which signatures were disqualified and the reasons therefor. However, the Attorney General, the Secretary of State, the Fair Political Practices Commission, a district attorney, a school district or a community college district attorney, and a city attorney shall be permitted to examine the material upon approval of the appropriate superior court.
https://leginfo.legislature.ca.gov/faces/codes_displaySection.xhtml?lawCode=GOV&sectionNum=6253.5

I do not believe the list is a public record and open to public inspection.

We made great effort to open the discussion about the intent to call for a special election starting in January. We engaged the community and a great deal of discussion took place publicly. We wanted to make sure there was sufficient time for discussion. We informed the board of our intention. The board had ample time to engage the community as they did. They posted on MNN making the case for why one should not sign the petition. The same message was also communicated through school weekly messages. The cost of the election is included in the petition material and evident to all signatories. This was not a covert or overnight effort. I hope the community can respect the difficult decision the signatories had to make to begin the process of changing the course of board to ensure a more viable school district.

---

**From:** James Volpe <jvo206@gmail.com>
**Sent:** Friday, April 2, 2021 11:36 AM
**To:** 95033talk@groups.io <95033talk@groups.io>; shahryarrokni@hotmail.com <shahryarrokni@hotmail.com>
**Cc:** rebeccasmithrealtor@yahoo.com <rebeccasmithrealtor@yahoo.com>; hillarykanter@hotmail.com <hillarykanter@hotmail.com>
**Subject:** Re: [95033talk] Gofundme David Kissner Defense Fund

Hi Shahryar,

While your question was directed at Hillary, I assume you're open to responses from the rest of us...

If the list of signatories is indeed already public information, perhaps it could be more widely distributed in hopes that those who personally know the signatories might engage with them in a reasonable discussion of the pros and cons of a special election, and the potential cost to our school and community. Some folks might change their decision to support the petition if given additional points of view to consider.

Best,
James

On Fri, Apr 2, 2021 at 10:07 AM Shahryar Rokni < shahryarrokni@hotmail.com> wrote:
Hi Hillary,
Would you tell us what you would do with that list, if you could get the names?
I am on the list and I was a signatory.
I must say we had lots of folks that wanted to sign but they were afraid of retaliation. It did not make sense to me at the time, but maybe you can tell us what you like to do with the list? It will be educational for me too.
Thanks.
Shahryar

**From:** 95033talk@groups.io <95033talk@groups.io> on behalf of Hillary Kanter <hillarykanter@hotmail.com>
**Sent:** Friday, April 2, 2021 9:12 AM
**To:** 95033talk@groups.io <95033talk@groups.io>; rebeccasmithrealtor@yahoo.com <rebeccasmithrealtor@yahoo.com>
**Subject:** Re: [95033talk] Gofundme David Kissner Defense Fund

In 2010 there was an 8-1 ruling by the US Supreme Court in favor in making petition signatures public record with a few exceptions.

So I would think petitioner names CAN be made public by calling the Santa Clara Superintendent because they aren't private in a way a vote would be. I've put in a call to the Santa Clara Superintendent to confirm this.

Hillary Kanter

_·_·_·_·_—

Groups.io Links:
You receive all messages sent to this group.
View/Reply Online (#111970) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_·_·_·_·_—

## Re: [95033talk] Gofundme David Kissner Defense Fund

From: sanjay k (sanj95033@gmail.com)

To: 95033talk@groups.io; lynnmitch46@yahoo.com; becky_55@yahoo.com

Date: Thursday, April 1, 2021, 11:29 AM PDT

Folks-

We've had lots of gofundme's posted here. This is along the same lines so I don't see a problem with it and that is why we approved it.

We will shut down posts with opinions and vitriol on this topic if that starts up again (again, if people have info / facts and a need to share, contact the mods and we can discuss and decide).

Thanks,
Sanjay

**From:** 95033talk@groups.io <95033talk@groups.io> on behalf of Lynn Mitchell via groups.io <lynnmitch46=yahoo.com@groups.io>
**Sent:** Thursday, April 1, 2021 11:14:30 AM
**To:** 95033talk@groups.io <95033talk@groups.io>; becky_55@yahoo.com <becky_55@yahoo.com>
**Subject:** Re: [95033talk] Gofundme David Kissner Defense Fund

Sanjay- is this an appropriate request for "95033talk?"

On Apr 1, 2021, at 9:46 AM, Becky Yoder via groups.io <becky_55=yahoo.com@groups.io> wrote:

Thank you Shahryar.

On Thursday, April 1, 2021, 9:20 AM, Barry via groups.io <laguna_b1=yahoo.com@groups.io> wrote:

Moderators, I thought this topic was forbidden.

On Thursday, April 1, 2021, 09:19:47 AM PDT, Shahryar Rokni <shahryarrokni@hotmail.com> wrote:

https://www.gofundme.com/f/help-david-defend-against-dismissal-attempt?utm_source=facebook&utm_medium=social&utm_campaign=p_cp%20share-sheet&fbclid=IwAR1uz-2aefj-kYy1wJ6jG1nkNePkdToouW2gtmQed7SmGwU7JxvCZfu9QHk

_-_-_-_-_-

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#111792) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

_____

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_._,_._,_._

## Re: [95033talk] Term of elected member

From:   Allan Hessenflow (allanh@kallisti.com)

To:     sanj95033@gmail.com; 95033talk@groups.io

Date:   Sunday, April 11, 2021, 11:54 AM PDT

On Sun, Apr 11, 2021 at 11:41 AM, sanjay k wrote:

> My gut says that you are asking a leading question here; one that I am
> certain you have researched extensively. So, how about you enlighten us all
> - why do you think that the board member elected in the special election
> will serve until 2024?
>
> Can you please cite the relevant ed code?

I'm not going to try to guess the purpose of his question, but here's California
Education Code 5091(e):

A person appointed to fill a vacancy shall hold office only until the next regularly scheduled
election for district governing board members that is scheduled 130 or more days after the
effective date of the vacancy, whereupon an election shall be held to fill the vacancy for the
remainder of the unexpired term. A person elected at an election to fill the vacancy shall
hold office for the remainder of the term in which the vacancy occurs or will occur.

Allan

_-_-_-_-_-_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112350) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

_____

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_-_-_-_-_-_

## Re: [95033talk] Term of elected member

From:   Allan Hessenflow (allanh@kallisti.com)

To:      allanh@kallisti.com; 95033talk@groups.io

Date:   Sunday, April 11, 2021, 12:21 PM PDT

Oops, ignore me, I misread the question.

Allan

On Sun, Apr 11, 2021 at 11:54 AM, Allan Hessenflow wrote:

> On Sun, Apr 11, 2021 at 11:41 AM, sanjay k wrote:
>
>> My gut says that you are asking a leading question here; one that I am
>> certain you have researched extensively. So, how about you enlighten us all
>> - why do you think that the board member elected in the special election
>> will serve until 2024?
>>
>> Can you please cite the relevant ed code?
>
> I'm not going to try to guess the purpose of his question, but here's
> California
> Education Code 5091(e):
>
> A person appointed to fill a vacancy shall hold office only until the next
> regularly scheduled
> election for district governing board members that is scheduled 130 or more
> days after the
> effective date of the vacancy, whereupon an election shall be held to fill the
> vacancy for the
> remainder of the unexpired term. A person elected at an election to fill the
> vacancy shall
> hold office for the remainder of the term in which the vacancy occurs or will
> occur.
>
> Allan

_·_·_·_·_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112353) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_-_-_-_-_

## Re: [95033talk] Term of elected member

From: dan dale (danieldale95033@gmail.com)

To: 95033talk@groups.io

Date: Thursday, April 15, 2021, 11:54 AM PDT

This is so hypocritical that I don't even know where to start.

This whole thing, this whole thread, this whole angst in the community, is being caused by 1 person.

Sean Rokni.

He is doing this, and willing to cause the harm so he can, and I quote, would "highlight the anti democratic practices of the Santa Clara county and try to influence change in their cost structure."

He, on purpose, will have the Loma Prieta School District spend $200k of tax payer money, NOT his money, so he can highlight something. Aint that special?

This is for his ego.

One person. Can cause so much harm.
One person. Can be so full of himself to cause others harm and divide a whole community.
One person. Can be so oblivious and make it all about himself. Over and over again.
One person and his enablers.

Mr. Rokni is bombarding this list with his emails.
Mr. Rokni is bombarding the Facebook list with his posts.
Mr. Rokni is bombarding the Santa Clara County office of elections to ensure that the special election is held.
Mr, Rokni has nothing better to do than ensure that he gets his way.

All for his ego.

I will also note that the petition can be withdrawn by the people who filed it. It is not too late for Sean Rokni to do the right thing.

I doubt he will.

On Thu, Apr 15, 2021 at 11:42 AM Shahryar Rokni < shahryarrokni@hotmail.com> wrote:
The following is my understanding:
If and when the petition signatures are validated and all requirements are met:
School district is instructed to plan for a special election.
Appointed board membership is invalidated.
If no one submits an application: Election is cancelled. Failure to elect. Board will go through the process of appointment.
If one person submits an application: Election cancelled. Appoint in-lieu of election. The sole candidate will be seated.
If two or more candidates submit an application, then we shall have an election.
In case of cancelled election, No ballot would have been printed. The cost will be limited to both counties incurred cost up to that time. School has plenty of data in regards to this cost with our previous cancelled elections. The cost is fairly limited.
In my opinion, the main point of concern should be the cost of election, not the fact that we are following the democratic process of asking for an elected position to be elected.
The cost from Santa cruz county is fairly reasonable. For 80% of the voting block they will charge less than $20K.
The cost from Santa Clara county for 20% of the voting block is communicated to us to be around $180K.

The travesty is the Santa Clara charge that promotes voter suppression. As we see on this board, we promote no election because of the cost.

As it was mentioned by one Lakeside X-board member, the actual cost can be negotiated to 50% of the projected cost. Even then it is still unreasonable.

I for one, rather than take away the right to vote from the community, plan to highlight the anti democratic practices of the Santa Clara county and try to influence change in their cost structure.

Our school district will also have power in negotiations with the counties.

_-_-_-_-_-_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112504) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_-_-_-_-_-_

## Re: [95033talk] Term of elected member

From: dan dale (danieldale95033@gmail.com)

To: shahryarrokni@hotmail.com

Cc: 95033talk@groups.io

Date: Thursday, April 15, 2021, 01:53 PM PDT

Sean. Speaking lots of words and writing lots of words doesn't make it so. One in 3 people means 33%. I will bet you that I can get 20-33% of people to be against anything. Cutting down redwoods to clear for fire danger. 1/3rd will be against it. Awarding Mother Teresa sainthood. 1 in 3 were against it.
The intimidation card is so old and so often used by people that it is laughable. It is used by anyone who wants to play victim. Very well done on using that here, Your friend, Kissner, is using that even more. Using the victim card and intimidation card while slowly and methodically doing the opposite. Saying I cannot say anything because I cannot. And then using fake names to get his side out. Well done. You both have indeed mastered the art of political spin. You used it to your advantage to defeat Measure N. Well done indeed.
Let's be super clear. You have no intent on doing anything good for the school or for the community. If you did, withdraw the petition. I dare you. Are you man enough to do that or will you continue to play the victim card?

On Thu, Apr 15, 2021 at 1:03 PM Shahryar Rokni <shahryarrokni@hotmail.com> wrote:
> Dan,
> It will be a fundamental mis-characterization or misjudgment to correlate the sentiments of dissatisfaction with the direction of our school district to a single person. It will handicap you in understanding the root-cause and making any attempts to remedy the underline dissent.
> On the eve of measure N, the projection for measure passage was at close to 80% yes. It failed. A simple reason was a miscalculation by the board to elaborate on the state of our finances and the vision beyond extension of measure H. They misjudged the dissenting voices.
> Next time you walk around the community, go to the store or go to the school, one in three people you see voted NO. They are your neighbors and hopefully your friends. If you are willing to completely dismiss them, then I would question the value you have for the whole community.
> A valid question to ask is, how come we do not hear from the rest of the community who might be in dissent and hold alternate opinions.. A simple answer is intimidation. From the beginning of Measure N campaign, we received lots of background support but not public. Folks were uneasy about the backlash and personal attacks. As it turned out, their fears were not unfounded. Anyone who voiced opposition faced personal attacks. I have stoped counting the times I was asked to move out of the mountain or pull my kids out of school, if I do not support measure N and now the petition.
> On this board or anywhere else, you can continue to attack folks personally. The best you can achieve is to push them to the shadows. What you will achieve is to ensure not to get to a YES on the next measure. Lets be super clear, it is inevitable that the school will come back with another measure. And the next time will have to be for a far greater dollar.  If you cannot respect different point of views, then surely you are not giving any chance to the next measure to pass.
> _-_-_-_-_-

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112511) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's

Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_·_·_·_·_

## Re: [95033talk] Term of elected member

From:  Eric Horton via groups.io (eric=erichorton.com@groups.io)

To:  95033talk@groups.io

Date:  Wednesday, April 14, 2021, 10:17 AM PDT

+1 for what you are saying Scott.  100% agreed.

---

**From:** 95033talk@groups.io <95033talk@groups.io> **On Behalf Of** Scott Green
**Sent:** Wednesday, April 14, 2021 7:06 AM
**To:** 95033talk@groups.io; sanj95033@gmail.com
**Subject:** Re: [95033talk] Term of elected member

Here is a likely possibility on how I see this playing out:
If a special election is granted at the cost of $200,000 or more, a candidate in support of this special election will face such opposition and scrutiny that the majority of voters will vote for the other person if they are already not voting for someone who is opposed to such special election as that person would most likely be a well-qualified candidate.

For a person(s) who runs and is in support of such special election, we would see anti-campaigns like we have never seen before, similar to national elections.

This special election would only replace the vacant seat until the next election in 2022, money we can't afford to spend. From Sanjay's research to date (Thank You Sanjay!), our district resides in the Santa Clara County jurisdiction and they seem to think it would be a 2 year term and the seat would then open up again in 2022. Even if it were a 4 year term, we have 3 seats open in 2022 anyway. This is a complete waste of money. Even if we had a surplus, it would not be financially responsible to spend such funds. If people are not happy with the current board, they have a perfect opportunity to have the ultimate voice and vote.

The group supporting a special election had a perfect opportunity to state their position and then state in interest of the district finances, they will support filling board seats in 2022. I think there would have been more reception to that and they would have had an excellent opportunity to see their supported candidates possibly elected.

As this point, the party punch bowl is tainted and if this process continues, it will just deter great candidates from running in the future. Really, who would want this job now that pays $0.00?

We now are going on two missed LPEF Golf tournaments and possibly 2 Galas. If we have to pay thousands or more for a special election, I can say it won't feel the same when I make 300 Chocolate covered strawberries at 4am the day of the golf tournament for my sponsor table to help enhance the experience of golfers when they come out to play and support. It's not the same feeling knowing money raised is going to pay a debt vs. continuing great programs, retain teachers and/or make additions to our schools.

It has been reported that factitious names have been used by posters of websites and email senders. This just discredits any messages and/information. Why not attach your name to it? So ad a result, it is meaningless.

I think the petition for a special election should be withdrawn and we move on. There is an open opportunity for new board members in 2022 should people feel there is a need for a change. More damage will be done now vs. waiting for the next election.

My opinion as a mountain resident of 53 years, business owner and a parent.

Scott Green

---

**From:** 95033talk@groups.io <95033talk@groups.io> **On Behalf Of** sanjay k
**Sent:** Monday, April 12, 2021 8:26 PM
**To:** 95033Talk <95033talk@groups.io>
**Subject:** Re: [95033talk] Term of elected member

Just wanted to close this one out.

Mr. Rokni sent me a message from Tricia Webber, Santa Cruz County Clerk that stated that if there is a special election, then the term would end in 2024.

In parallel, I was sent messages that showed that the question was asked multiple times to the Santa Clara Registrar of voters. The answer from them was that the special election would only  elect someone to finish the now-2-year term held by the appointee. It didn't matter whether the appointee was retained or if there was a special election. Because the incumbent left in the first half of her term, the term was shortened to two years whether or not there was an appointment or a special election. "If a vacancy occurs in the first half of a term then it creates a short-term (2-year) until the next general election to fill the remainder of the 4-year term."

So, we have 2 interpretations of the law - which is, surprise surprise, somewhat subject to interpretation.

I contacted Ms. Webber today to get some clarification. She responded with, "I am not a lawyer, nor is my office able to give legal advice, we can only look at the code and make an interpretation.  As I indicated in my original email to David Kissner, which is what appears to be what you have included below, I would again advise checking with the district counsel to ensure they have the same or a different interpretation."  She also did clarify for me that Santa Clara has jurisdiction since the school district is under the Santa Clara County Board of Education.

We will find out the answer soon enough. As Mr. Rokni said, "This issue will self-resolve. If the petition is successful and special election is held, the term of the board member will be clearly highlighted in the ballot."

 If I was a betting man, I would say that the term will be through 2022.

IMO, even if the term was until 2024, spending hundreds of thousands of dollars to elect one person to the board when multiple positions are open next year doesn't seem prudent. Not how I would spend my money. But, that is probably only me.

Sanjay

On Sun, Apr 11, 2021 at 12:07 PM Shahryar <shahryarrokni@hotmail.com> wrote:

The only reason I posed it in terms of a questions is because the board and school have indicated that even after the special election, the elected member will only serve until 2022. My understanding per code is different, as also supported by Santa Cruz County. I did encourage the school to make the correction, but maybe they truly believe it expires in 2022. This issue will self-resolve. If the petition is successful and special election is held, the term of the board member will be clearly highlighted in the ballot.

https://leginfo.legislature.ca.gov/faces/codes_displaySection.xhtml?sectionNum=5091,&lawCode=EDC#:~:text=(c)%20(1)%20If,election%20to%20fill%20the%20vacancy.

https://lavote.net/documents/election_guides/HOW_TO_FILL_A_VACANCY_SCH_DISTRICT_OFFICE.pdf

---

2014 HOW TO FILL A SCHOOL VACANCY A

HOW TO FILL A VACANCY Pursuant to Government Code Section § 1770 an office becomes vacant on the happening of any of the following events before the expiration of the term: The death of the incumbent. Incumbent is adjudicated in a quo warrantor proceeding to be physically or mentally

lavote.net

---

**From:** sanjay <sanj95033@gmail.com>
**Sent:** Sunday, April 11, 2021 11:40 AM
**To:** 95033Talk <95033talk@groups.io>; Shahryar <shahryarrokni@hotmail.com>
**Subject:** Term of elected member

Hello Sean-

My gut says that you are asking a leading question here; one that I am certain you have researched extensively. So, how about you enlighten us all - why do you think that the board member elected in the special election will serve until 2024?

Can you please cite the relevant ed code?

Facts would be good here.

Thanks for helping me understand this. I honestly do not have any info... and am guessing that is the case for most on this group.

Sanjay

On Sun, Apr 11, 2021 at 10:35 AM Shahryar Rokni < shahryarrokni@hotmail.com> wrote:

Dear Robin,

Are you sure about the 14 months term? Are you sure that the elected board member in the special election will not serve the remainder of the vacant position (2024)?

---

**From:** Robin Porter <robin.porter@lagolomita.com>
**Sent:** Sunday, April 11, 2021 8:54 AM
**To:** Talk 95033 <95033talk@groups.io>; Shahryar <shahryarrokni@hotmail.com>
**Subject:** Re: [95033talk] The Board - who is this bad bad Board?

Shahryar Rokni,

Your 15 minutes are up. You filed for a special election that will cost around $200,000 to replace a board seat that will last only 14 or so months when 4 more boards seats are soon available. I was talking to my son about this. Out of the mouths of babes… he said:

"Tell him to pay it back"

You're a molecular biologist raking in the big bucks - so, if you care so much about our schools and what you have done,

Pay it back!

Shame, shame, shame,

Best,

— Robin

On Apr 11, 2021, at 7:52 AM, Shahryar Rokni < shahryarrokni@hotmail.com> wrote:

Dear Les, Thank you for your contribution to this discussion. You framed the concept of the board and its existence an entity, far better than I could ever.

In all of the discussions and criticism of the board, it has always been around their decisions, indecisions, and vision. It has never been about the individuals and personalities. I think Sanjay's introduction of the board members to the community is valuable, in case people did not know them, but the assertion that it is about individuals is without merit. I certainly hope, regardless of how one might view the current line of discussions, we all do agree that the board is the elected body that we entrust to their hands short and long term management of our school district. As such, for anyone who takes on the challenge and join the board, they must accept the awesome responsibility that it carries. The burden of this responsibility is not diminished by the size of our school or the thankless nature of the position. The ability of the public to question and even criticize the decision and the outcome of their decisions is a fundamental cornerstone of democracy. Please do not believe otherwise.

The board has been in charge of setting the vision and the course of executing that vision. The super is hired by the board to execute the day to day activities of that vision. When the school district sets a path under the direction of the board to deficit spend for years without even communicating the long term financial vision, it is appropriate to question their decision. When the board takes no action to even reach their soft targets of reserve and balanced budget, it is appropriate to question their decision. When the board puts a measure on the ballot and fails to elaborate to the public why we are in the current dire financial situation and what is the long terms vision, it is appropriate to question their decision and even vote NO.

When a voter sees enough divergence from their own vision of school and the board, it is appropriate to lose trust in the board body as a whole and not trust their future decisions. And if enough people care and feel strongly about the misdirection of the school vision, it is appropriate to call for a special election for a seat that is meant to be elected by nature. What is hoped to be gained is changing the current path and bringing clarity and direction to our school district's future financial health. Now some might not feel any of that about the decisions of the board and they be willing to afford them complete trust. That is okay. This is how democracy works. Muffling the voice of the opposition is not part of democracy. The sad truth is that does not matter how one in this community looks at the board, it is an indisputable fact that we are in financial trouble and it is not because of one specific expense, it has been a long persistent decline.

_._._._._._

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112449) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_._._._._._

## Re: [95033talk] Term of elected member

From:   Eric Horton via groups.io (eric=erichorton.com@groups.io)

To:     95033talk@groups.io; wheimsoth@aol.com; julielane2002@gmail.com; scottgreen315@gmail.com

Cc:     sanj95033@gmail.com

Date:   Thursday, April 15, 2021, 11:43 AM PDT

I believe you are correct. Hopefully if nobody steps up, the petitioners would have the opportunity to withdraw the request before spending $200K or more.

---

**From:** 95033talk@groups.io <95033talk@groups.io> **On Behalf Of** Wayne Heimsoth via groups.io
**Sent:** Thursday, April 15, 2021 10:25 AM
**To:** julielane2002@gmail.com; 95033talk@groups.io; Scottgreen315@gmail.com
**Cc:** sanj95033@gmail.com
**Subject:** Re: [95033talk] Term of elected member

That might not save the cost of the election. The county would still have to print it in the ballet (for write ins) even though no one filed, I believe

Think positive, test negative

Wayne

I finally got eight hours of sleep. It took me three days, but whatever.

In a message dated 4/14/2021 11:37:57 AM Pacific Standard Time, julielane2002@gmail.com writes:

> Scott - If the petition is NOT withdrawn, but no candidates submit their application, does the appointed seat remain intact until the next election in 2022? My hope is that NOBODY submits to run and we can have the qualified candidate that was appointed and save the $200K-$600K and the petition was a waste of time for those that completed it.
>
> thx..j
>
> On Wed, Apr 14, 2021 at 7:05 AM Scott Green < Scottgreen315@gmail.com> wrote:
>> Here is a likely possibility on how I see this playing out:
>> If a special election is granted at the cost of $200,000 or more, a candidate in

support of this special election will face such opposition and scrutiny that the majority of voters will vote for the other person if they are already not voting for someone who is opposed to such special election as that person would most likely be a well-qualified candidate.

For a person(s) who runs and is in support of such special election, we would see anti-campaigns like we have never seen before, similar to national elections.

This special election would only replace the vacant seat until the next election in 2022, money we can't afford to spend. From Sanjay's research to date (Thank You Sanjay!), our district resides in the Santa Clara County jurisdiction and they seem to think it would be a 2 year term and the seat would then open up again in 2022. Even if it were a 4 year term, we have 3 seats open in 2022 anyway. This is a complete waste of money. Even if we had a surplus, it would not be financially responsible to spend such funds. If people are not happy with the current board, they have a perfect opportunity to have the ultimate voice and vote.

The group supporting a special election had a perfect opportunity to state their position and then state in interest of the district finances, they will support filling board seats in 2022. I think there would have been more reception to that and they would have had an excellent opportunity to see their supported candidates possibly elected.

As this point, the party punch bowl is tainted and if this process continues, it will just deter great candidates from running in the future. Really, who would want this job now that pays $0.00?

We now are going on two missed LPEF Golf tournaments and possibly 2 Galas. If we have to pay thousands or more for a special election, I can say it won't feel the same when I make 300 Chocolate covered strawberries at 4am the day of the golf tournament for my sponsor table to help enhance the experience of golfers when they come out to play and support. It's not the same feeling knowing money raised is going to pay a debt vs. continuing great programs, retain teachers and/or make additions to our schools.

It has been reported that factitious names have been used by posters of websites and email senders. This just discredits any messages and/information. Why not attach your name to it? So ad a result, it is meaningless.

I think the petition for a special election should be withdrawn and we move on. There is an open opportunity for new board members in 2022 should people feel there is a need for a change. More damage will be done now vs. waiting for the next election.

My opinion as a mountain resident of 53 years, business owner and a parent.

Scott Green

**From:** 95033talk@groups.io <95033talk@groups.io> **On Behalf Of** sanjay k
**Sent:** Monday, April 12, 2021 8:26 PM
**To:** 95033Talk <95033talk@groups.io>
**Subject:** Re: [95033talk] Term of elected member

Just wanted to close this one out.

Mr. Rokni sent me a message from Tricia Webber, Santa Cruz County Clerk that stated that if there is a special election, then the term would end in 2024.

In parallel, I was sent messages that showed that the question was asked multiple times to the Santa Clara Registrar of voters. The answer from them was that the special election would only elect someone to finish the now-2-year term held by the appointee. It didn't matter whether the appointee was retained or if there was a special election. Because the incumbent left in the first half of her term, the term was shortened to two years whether or not there was an appointment or a special election. "If a vacancy occurs in the first half of a term then it creates a short-term (2-year) until the next general election to fill the remainder of the 4-year term."

So, we have 2 interpretations of the law - which is, surprise surprise, somewhat subject to interpretation.

I contacted Ms. Webber today to get some clarification. She responded with, "I am not a lawyer, nor is my office able to give legal advice, we can only look at the code and make an interpretation. As I indicated in my original email to David Kissner, which is what appears to be what you have included below, I would again advise checking with the district counsel to ensure they have the same or a different interpretation." She also did clarify for me that Santa Clara has jurisdiction since the school district is under the Santa Clara County Board of Education.

We will find out the answer soon enough. As Mr. Rokni said, "This issue will self-resolve. If the petition is successful and special election is held, the term of the board member will be clearly highlighted in the ballot."

If I was a betting man, I would say that the term will be through 2022.

IMO, even if the term was until 2024, spending hundreds of thousands of dollars to elect one person to the board when multiple positions are open next year doesn't seem prudent. Not how I would spend my money. But, that is probably only me.

Sanjay

On Sun, Apr 11, 2021 at 12:07 PM Shahryar <shahryarrokni@hotmail.com> wrote:

> The only reason I posed it in terms of a questions is because the board and school have indicated that even after the special election, the elected member will only serve until 2022. My understanding per code is different, as also supported by Santa Cruz County. I did encourage the school to make the correction, but maybe they truly believe it expires in 2022. This issue will self-resolve. If the petition is successful and special election is held, the term of the board member will be clearly highlighted in the ballot.
> https://leginfo.legislature.ca.gov/faces/codes_displaySection.xhtml?sectionNum=5091.&lawCode=EDC#:~:text=(c)%20(1)%20If,election%20to%20fill%20the%20vacancy.
> https://lavote.net/documents/election_guides/HOW_TO_FILL_A_VACANCY_SCH_DISTRICT_OFFICE.pdf
> 2014 HOW TO FILL A SCHOOL VACANCY A

> HOW TO FILL A VACANCY Pursuant to Government Code Section
> § 1770 an office becomes vacant on the happening of any of the
> following events before the expiration of the term: The death of the
> incumbent. Incumbent is adjudicated in a quo warrantor proceeding
> to be physically or mentally
> lavote.net

---

**From:** sanjay <sanj95033@gmail.com>
**Sent:** Sunday, April 11, 2021 11:40 AM
**To:** 95033Talk <95033talk@groups.io>; Shahryar
<shahryarrokni@hotmail.com>
**Subject:** Term of elected member

Hello Sean-

My gut says that you are asking a leading question here; one that I
am certain you have researched extensively. So, how about you
enlighten us all - why do you think that the board member elected in
the special election will serve until 2024?

Can you please cite the relevant ed code?

Facts would be good here.

Thanks for helping me understand this. I honestly do not have any
info... and am guessing that is the case for most on this group.

Sanjay

On Sun, Apr 11, 2021 at 10:35 AM Shahryar Rokni
<shahryarrokni@hotmail.com> wrote:

> Dear Robin,
> Are you sure about the 14 months term? Are you sure
> that the elected board member in the special election will
> not serve the remainder of the vacant position (2024)?

---

> **From:** Robin Porter <robin.porter@lagolomita.com>
> **Sent:** Sunday, April 11, 2021 8:54 AM
> **To:** Talk 95033 <95033talk@groups.io>; Shahryar
> <shahryarrokni@hotmail.com>
> **Subject:** Re: [95033talk] The Board - who is this bad bad
> Board?
>
> Shahryar Rokni,
>
> Your 15 minutes are up. You filed for a special election
> that will cost around $200,000 to replace a board seat
> that will last only 14 or so months when 4 more boards
> seats are soon available. I was talking to my son about
> this. Out of the mouths of babes... he said:

"Tell him to pay it back"

You're a molecular biologist raking in the big bucks - so, if you care so much about our schools and what you have done,

Pay it back!

Shame, shame, shame,

Best,

— Robin


On Apr 11, 2021, at 7:52 AM, Shahryar Rokni <shahryarrokni@hotmail.com> wrote:

Dear Les, Thank you for your contribution to this discussion. You framed the concept of the board and its existence an entity, far better than I could ever.
In all of the discussions and criticism of the board, it has always been around their decisions, indecisions, and vision. It has never been about the individuals and personalities. I think Sanjay's introduction of the board members to the community is valuable, in case people did not know them, but the assertion that it is about individuals is without merit. I certainly hope, regardless of how one might view the current line of discussions, we all do agree that the board is the elected body that we entrust to their hands short and long term management of our school district. As such, for anyone who takes on the challenge and join the board, they must accept the awesome responsibility that it carries. The burden of this responsibility is not diminished by the size of our school or the thankless nature of the position. The ability of the public to question and even criticize the decision and the outcome of their decisions is a fundamental cornerstone of democracy. Please do not believe otherwise.
The board has been in charge of setting the vision and the course of executing that vision. The super is hired by the board to execute the day to day activities of that vision. When the school district sets a path under the direction of the board to deficit spend for years without even communicating the long term financial vision, it is appropriate to question their decision. When the board takes no action to even reach their soft targets of reserve and balanced budget, it is appropriate to question their decision, When the board puts a measure on the ballot and fails to elaborate to the public why we are in the current dire financial situation and what is the long terms vision, it is appropriate to question their decision and even vote NO.

When a voter sees enough divergence from their own vision of school and the board, it is appropriate to lose trust in the board body as a whole and not trust their future decisions. And if enough people care and feel strongly about the misdirection of the school vision, it is appropriate to call for a special election for a seat that is meant to be elected by nature. What is hoped to be gained is changing the current path and bringing clarity and direction to our school district's future financial health. Now some might not feel any of that about the decisions of the board and they be willing to afford them complete trust. That is okay. This is how democracy works. Muffling the voice of the opposition is not part of democracy. The sad truth is that does not matter how one in this community looks at the board, it is an indisputable fact that we are in financial trouble and it is not because of one specific expense, it has been a long persistent decline.

_-_-_-_-_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112503) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_-_-_-_-_

## Re: [95033talk] Term of elected member

From:  Johnathan Tal (johnathantal@gmail.com)

To:     95033talk@groups.io; sanj95033@gmail.com

Date:  Monday, April 12, 2021, 08:56 PM PDT

No Sanjay. Not only you, we all feel that way...

On Mon, Apr 12, 2021 at 8:26 PM sanjay k <sanj95033@gmail.com> wrote:
  Just wanted to close this one out.

  Mr. Rokni sent me a message from Tricia Webber, Santa Cruz County Clerk that stated that if there is a special election, then the term would end in 2024.

  In parallel, I was sent messages that showed that the question was asked multiple times to the Santa Clara Registrar of voters. The answer from them was that the special election would only  elect someone to finish the now-2-year term held by the appointee. It didn't matter whether the appointee was retained or if there was a special election. Because the incumbent left in the first half of her term, the term was shortened to two years whether or not there was an appointment or a special election. "If a vacancy occurs in the first half of a term then it creates a short-term (2-year) until the next general election to fill the remainder of the 4-year term."

  So, we have 2 interpretations of the law - which is, surprise surprise, somewhat subject to interpretation.

  I contacted Ms. Webber today to get some clarification. She responded with, "I am not a lawyer, nor is my office able to give legal advice, we can only look at the code and make an interpretation.  As I indicated in my original email to David Kissner, which is what appears to be what you have included below, I would again advise checking with the district counsel to ensure they have the same or a different interpretation."  She also did clarify for me that Santa Clara has jurisdiction since the school district is under the Santa Clara County Board of Education.

  We will find out the answer soon enough. As Mr. Rokni said, "This issue will self-resolve. If the petition is successful and special election is held, the term of the board member will be clearly highlighted in the ballot."

   If I was a betting man, I would say that the term will be through 2022.

  IMO, even if the term was until 2024, spending hundreds of thousands of dollars to elect one person to the board when multiple positions are open next year doesn't seem prudent. Not how I would spend my money. But, that is probably only me.

  Sanjay

  On Sun, Apr 11, 2021 at 12:07 PM Shahryar <shahryarrokni@hotmail.com> wrote:
    The only reason I posed it in terms of a questions is because the board and school have indicated that even after the special election, the elected member will only serve until 2022. My understanding per code is different, as also supported by Santa Cruz County. I did encourage the school to make the correction, but maybe they truly believe it expires in 2022. This issue will self-resolve. If the petition is successful and special election is held, the term of the board member will be clearly highlighted in the ballot.
    https://leginfo.legislature.ca.gov/faces/codes_displaySection.xhtml?sectionNum=5091.&lawCode=EDC#:~:text=(c)%20(1)%20If,election%20to%20fill%20the%20vacancy.
    https://lavote.net/documents/election_guides/HOW_TO_FILL_A_VACANCY_SCH_DISTRICT_OFFICE.pdf

    2014 HOW TO FILL A SCHOOL VACANCY A

1/3

HOW TO FILL A VACANCY Pursuant to Government Code Section § 1770 an office becomes vacant on the happening of any of the following events before the expiration of the term: The death of the incumbent. Incumbent is adjudicated in a quo warrantor proceeding to be physically or mentally

lavote.net

---

**From:** sanjay <sanj95033@gmail.com>
**Sent:** Sunday, April 11, 2021 11:40 AM
**To:** 95033Talk <95033talk@groups.io>; Shahryar <shahryarrokni@hotmail.com>
**Subject:** Term of elected member

Hello Sean-

My gut says that you are asking a leading question here; one that I am certain you have researched extensively. So, how about you enlighten us all - why do you think that the board member elected in the special election will serve until 2024?

Can you please cite the relevant ed code?

Facts would be good here.

Thanks for helping me understand this. I honestly do not have any info... and am guessing that is the case for most on this group.

Sanjay

On Sun, Apr 11, 2021 at 10:35 AM Shahryar Rokni <shahryarrokni@hotmail.com> wrote:
Dear Robin,
Are you sure about the 14 months term? Are you sure that the elected board member in the special election will not serve the remainder of the vacant position (2024)?

---

**From:** Robin Porter <robin.porter@lagolomita.com>
**Sent:** Sunday, April 11, 2021 8:54 AM
**To:** Talk 95033 <95033talk@groups.io>; Shahryar <shahryarrokni@hotmail.com>
**Subject:** Re: [95033talk] The Board - who is this bad bad Board?

Shahryar Rokni,

Your 15 minutes are up. You filed for a special election that will cost around $200,000 to replace a board seat that will last only 14 or so months when 4 more boards seats are soon available. I was talking to my son about this. Out of the mouths of babes... he said:

"Tell him to pay it back"

You're a molecular biologist raking in the big bucks - so, if you care so much about our schools and what you have done,

Pay it back!

Shame, shame, shame,

Best,

— Robin


On Apr 11, 2021, at 7:52 AM, Shahryar Rokni < shahryarrokni@hotmail.com> wrote:

Dear Les, Thank you for your contribution to this discussion. You framed the concept of the board and its existence an entity, far better than I could ever.

In all of the discussions and criticism of the board, it has always been around their decisions, indecisions, and vision. It has never been about the individuals and personalities. I think Sanjay's  introduction of the board members to the community is valuable, in case people did not know them, but the assertion that it is about individuals is without merit. I certainly hope, regardless of how one might view the current line of discussions, we all do agree that the board is the elected body that we  entrust  to their hands short and long term management of our school district. As such, for anyone who takes on the challenge and join the board, they must accept the awesome responsibility that it carries. The burden of this responsibility is not diminished by the size of our school or the thanksless nature of the position. The ability of the public to question and even criticize the decision and the outcome of their decisions is a fundamental cornerstone of democracy.  Please do not believe otherwise.

The board has been in charge of setting the vision and the course of executing that vision. The super is hired by the board to execute the day to day activities of that vision. When the school district sets a path under the direction of the board to deficit spend for years without even communicating the long term financial vision, it is appropriate to question their decision. When the board takes no action to even reach their soft targets of reserve and balanced budget, it is appropriate to question their decision, When the board puts a measure on the ballot and fails to elaborate  to the public why we are in the current dire financial situation and what is the long terms vision, it is appropriate to question their decision and even vote NO.

When a voter sees enough divergence from their own vision of school and the board, it is appropriate to lose trust in the board body as a whole and not trust their future decisions. And if enough people care and feel strongly about the misdirection of the school vision, it is appropriate to call for a special election for a seat that is meant to be elected by nature. What is hoped to be gained is changing the current path and bringing clarity and direction to our school district's future financial health. Now some might not feel any of that about the decisions of the board and they be willing to afford them complete trust. That is okay. This is how democracy works. Muffling the voice of the opposition is not part of democracy. The sad truth is that does not matter how one in this community looks at the board, it is an indisputable fact that we are in financial trouble and it is not because of one specific expense, it has been a long persistent decline.

–.–.–.–.–.–

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112383) | Reply To Group | Reply To Sender | Mute This Topic | New Topic


Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
–.–.–.–.–.–

## Re: [95033talk] Term of elected member

From: julielane2002 (julielane2002@gmail.com)

To: 95033talk@groups.io; scottgreen315@gmail.com

Cc: sanj95033@gmail.com

Date: Wednesday, April 14, 2021, 11:37 AM PDT

Scott - If the petition is NOT withdrawn, but no candidates submit their application, does the appointed seat remain intact until the next election in 2022? My hope is that NOBODY submits to run and we can have the qualified candidate that was appointed and save the $200K-$600K and the petition was a waste of time for those that completed it.

thx..j

On Wed, Apr 14, 2021 at 7:05 AM Scott Green < Scottgreen315@gmail.com> wrote:

Here is a likely possibility on how I see this playing out:
If a special election is granted at the cost of $200,000 or more, a candidate in support of this special election will face such opposition and scrutiny that the majority of voters will vote for the other person if they are already not voting for someone who is opposed to such special election as that person would most likely be a well-qualified candidate.

For a person(s) who runs and is in support of such special election, we would see anti-campaigns like we have never seen before, similar to national elections.

This special election would only replace the vacant seat until the next election in 2022, money we can't afford to spend. From Sanjay's research to date (Thank You Sanjay!), our district resides in the Santa Clara County jurisdiction and they seem to think it would be a 2 year term and the seat would then open up again in 2022. Even if it were a 4 year term, we have 3 seats open in 2022 anyway. This is a complete waste of money. Even if we had a surplus, it would not be financially responsible to spend such funds. If people are not happy with the current board, they have a perfect opportunity to have the ultimate voice and vote.

The group supporting a special election had a perfect opportunity to state their position and then state in interest of the district finances, they will support filling board seats in 2022. I think there would have been more reception to that and they would have had an excellent opportunity to see their supported candidates possibly elected.

As this point, the party punch bowl is tainted and if this process continues, it will just deter great candidates from running in the future. Really, who would want this job now that pays $0.00?

We now are going on two missed LPEF Golf tournaments and possibly 2 Galas. If we have to pay thousands or more for a special election, I can say it won't feel the same when I make 300 Chocolate covered strawberries at 4am the day of the golf tournament for my sponsor table to help enhance the experience of golfers when they come out to play and support. It's not the same feeling knowing money raised is going to pay a debt vs. continuing great programs, retain teachers and/or make additions to our schools.

It has been reported that factitious names have been used by posters of websites and email senders. This just discredits any messages and/information. Why not attach your name to it? So ad a result, it is meaningless.

I think the petition for a special election should be withdrawn and we move on. There is an open opportunity for new board members in 2022 should people feel there is a need for a change. More damage will be done now vs. waiting for the next election.

My opinion as a mountain resident of 53 years, business owner and a parent.

Scott Green

---

**From:** 95033talk@groups.io <95033talk@groups.io> **On Behalf Of** sanjay k
**Sent:** Monday, April 12, 2021 8:26 PM
**To:** 95033Talk <95033talk@groups.io>
**Subject:** Re: [95033talk] Term of elected member

Just wanted to close this one out.

Mr. Rokni sent me a message from Tricia Webber, Santa Cruz County Clerk that stated that if there is a special election, then the term would end in 2024.

In parallel, I was sent messages that showed that the question was asked multiple times to the Santa Clara Registrar of voters. The answer from them was that the special election would only elect someone to finish the now-2-year term held by the appointee. It didn't matter whether the appointee was retained or if there was a special election. Because the incumbent left in the first half of her term, the term was shortened to two years whether or not there was an appointment or a special election. "If a vacancy occurs in the first half of a term then it creates a short-term (2-year) until the next general election to fill the remainder of the 4-year term."

So, we have 2 interpretations of the law - which is, surprise surprise, somewhat subject to interpretation.

I contacted Ms. Webber today to get some clarification. She responded with, "I am not a lawyer, nor is my office able to give legal advice, we can only look at the code and make an interpretation. As I indicated in my original email to David Kissner, which is what appears to be what you have included below, I would again advise checking with the district counsel to ensure they have the same or a different interpretation." She also did clarify for me that Santa Clara has jurisdiction since the school district is under the Santa Clara County Board of Education.

We will find out the answer soon enough. As Mr. Rokni said, "This issue will self-resolve. If the petition is successful and special election is held, the term of the board member will be clearly highlighted in the ballot."

If I was a betting man, I would say that the term will be through 2022.

IMO, even if the term was until 2024, spending hundreds of thousands of dollars to elect one person to the board when multiple positions are open next year doesn't seem prudent. Not how I would spend my money. But, that is probably only me.

Sanjay

On Sun, Apr 11, 2021 at 12:07 PM Shahryar <shahryarrokni@hotmail.com> wrote:

The only reason I posed it in terms of a questions is because the board and school have indicated that even after the special election, the elected member will only serve until 2022. My understanding per code is different, as also supported by Santa Cruz County. I did encourage the school to make the correction, but maybe they truly believe it expires in 2022. This issue will self-resolve. If the petition is successful and special election is held, the term of the board member will be clearly highlighted in the ballot.

https://leginfo.legislature.ca.gov/faces/codes_displaySection.xhtml?sectionNum=5091,&lawCode=EDC#:~:text=(c)%20(1)%20If,election%20to%20fill%20the%20vacancy.

https://lavote.net/documents/election_guides/HOW_TO_FILL_A_VACANCY_SCH_DISTRICT_OFFICE.pdf

---

### 2014 HOW TO FILL A SCHOOL VACANCY A

HOW TO FILL A VACANCY Pursuant to Government Code Section § 1770 an office becomes vacant on the happening of any of the following events before the expiration of the term: The death of the incumbent. Incumbent is adjudicated in a quo warrantor proceeding to be physically or mentally

lavote.net

---

**From:** sanjay <sanj95033@gmail.com>
**Sent:** Sunday, April 11, 2021 11:40 AM
**To:** 95033Talk <95033talk@groups.io>; Shahryar <shahryarrokni@hotmail.com>
**Subject:** Term of elected member

Hello Sean-

My gut says that you are asking a leading question here; one that I am certain you have researched extensively. So, how about you enlighten us all - why do you think that the board member elected in the special election will serve until 2024?

Can you please cite the relevant ed code?

Facts would be good here.

Thanks for helping me understand this. I honestly do not have any info... and am guessing that is the case for most on this group.

Sanjay

On Sun, Apr 11, 2021 at 10:35 AM Shahryar Rokni <shahryarrokni@hotmail.com> wrote:

Dear Robin,

Are you sure about the 14 months term? Are you sure that the elected board member in the special election will not serve the remainder of the vacant position (2024)?

---

**From:** Robin Porter <robin.porter@lagolomita.com>
**Sent:** Sunday, April 11, 2021 8:54 AM
**To:** Talk 95033 <95033talk@groups.io>; Shahryar <shahryarrokni@hotmail.com>
**Subject:** Re: [95033talk] The Board - who is this bad bad Board?

Shahryar Rokni,

Your 15 minutes are up. You filed for a special election that will cost around $200,000 to replace a board seat that will last only 14 or so months when 4 more boards seats are soon available. I was talking to my son about this. Out of the mouths of babes… he said:

"Tell him to pay it back"

You're a molecular biologist raking in the big bucks - so, if you care so much about our schools and what you have done,

Pay it back!

Shame, shame, shame,

Best,

— Robin

On Apr 11, 2021, at 7:52 AM, Shahryar Rokni <shahryarrokni@hotmail.com> wrote:

Dear Les, Thank you for your contribution to this discussion. You framed the concept of the board and its existence an entity, far better than I could ever.

In all of the discussions and criticism of the board, it has always been around their decisions, indecisions, and vision. It has never been about the individuals and personalities. I think Sanjay's introduction of the board members to the community is valuable, in case people did not know them, but the assertion that it is about individuals is without merit. I certainly hope, regardless of how one might view the current line of discussions, we all do agree that the board is the elected body that we entrust to their hands short and long term management of our school district. As such, for anyone who takes on the challenge and join the board, they must accept the awesome responsibility that it carries. The burden of this responsibility is not diminished by the size of our school or the thankless nature of the position. The ability of the public to question and even criticize the decision and the outcome of their decisions is a fundamental cornerstone of democracy. Please do not believe otherwise.

The board has been in charge of setting the vision and the course of executing that vision. The super is hired by the board to execute the day to day activities of that vision. When the school district sets a path under the direction of the board to deficit spend for years without even communicating the long term financial vision, it is appropriate to question their decision. When the board takes no action to even reach their soft targets of reserve and balanced budget, it is appropriate to question their decision, When the board puts a measure on the ballot and fails to elaborate to the public why we are in the current dire financial situation and what is the long terms vision, it is appropriate to question their decision and even vote NO.

When a voter sees enough divergence from their own vision of school and the board, it is appropriate to lose trust in the board body as a whole and not trust their future decisions. And if enough people care and feel strongly about the misdirection of the school vision, it is appropriate to call for a special election for a seat that is meant to be elected by nature. What is hoped to be gained is changing the current path and bringing clarity and direction to our school district's future financial health. Now some might not feel any of that about the decisions of the board and they be willing to afford them complete trust. That is okay. This is how democracy works. Muffling the voice of the opposition is not part of democracy. The sad truth is that does not matter how one in this community looks at the board, it is an indisputable fact that we are in financial trouble and it is not because of one specific expense, it has been a long persistent decline.

_-_-_-_-_-

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112461) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_-_-_-_-_-

## Re: [95033talk] Term of elected member

From:   julielane2002 (julielane2002@gmail.com)

To:     95033talk@groups.io; shahryarrokni@hotmail.com

Cc:     wheimsoth@aol.com

Date:   Thursday, April 15, 2021, 12:33 PM PDT

The amount of money that Santa Clara County charges for a special election is absurd.  But I take offense to you using that as if it's a shiny object you are holding up to distract us from the fact that you have filed the petition for a special election in the first place.  Our democratic process of having elected officials follow a detailed process and ultimately appoint in lieu of an election is still a satisfactory way to fill a seat.  I don't care if Santa Clara County charged us $5,000.  It's still a waste of money.  Your candidate of choice didn't win in November, didn't get appointed in March, and if you endorse a person in a special election, will likely not win.

If your petition does force a special election, I hope nobody files and the appointment process, which is satisfactory, fills the seat until the next election.

On Thu, Apr 15, 2021 at 11:42 AM Shahryar Rokni < shahryarrokni@hotmail.com > wrote:
> The following is my understanding:
> If and when the petition signatures are validated and all requirements are met:
> School district is instructed to plan for a special election.
> Appointed board membership is invalidated.
> If no one submits an application: Election is cancelled. Failure to elect. Board will go through the process of appointment.
> If one person submits an application: Election cancelled. Appoint in-lieu of election. The sole candidate will be seated.
> If two or more candidates submit an application, then we shall have an election.
> In case of cancelled election, No ballot would have been printed. The cost will be limited to both counties incurred cost up to that time. School has plenty of data in regards to this cost with our previous cancelled elections. The cost is fairly limited.
> In my opinion, the main point of concern should be the cost of election, not the fact that we are following the democratic process of asking for an elected position to be elected.
> The cost from Santa cruz county is fairly reasonable. For 80% of the voting block they will charge less than $20K.
> The cost from Santa Clara county for 20% of the voting block is communicated to us to be around $180K.
> The travesty is the Santa Clara charge that promotes voter suppression. As we see on this board, we promote no election because of the cost.
> As it was mentioned by one Lakeside X-board member, the actual cost can be negotiated to 50% of the projected cost. Even then it is still unreasonable.
> I for one, rather than take away the right to vote from the community, plan to highlight the anti democratic practices of the Santa Clara county and try to influence change in their cost structure.
> Our school district will also have power in negotiations with the counties.

_·_·_·_·_·_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112505) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_._,_._,_

## Re: [95033talk] Term of elected member

From: Larry McVoy (lm@mcvoy.com)

To: 95033talk@groups.io; scottgreen315@gmail.com

Cc: sanj95033@gmail.com

Date: Wednesday, April 14, 2021, 08:07 AM PDT

Well said, Scott, couldn't agree more.

On Wed, Apr 14, 2021 at 07:05:47AM -0700, Scott Green wrote:

Here is a likely possibility on how I see this playing out:
If a special election is granted at the cost of $200,000 or more, a candidate in support of this special election will face such opposition and scrutiny that the majority of voters will vote for the other person if they are already not voting for someone who is opposed to such special election as that person would most likely be a well-qualified candidate.

For a person(s) who runs and is in support of such special election, we would see anti-campaigns like we have never seen before, similar to national elections.

This special election would only replace the vacant seat until the next election in 2022, money we can???t afford to spend. From Sanjay???s research to date (Thank You Sanjay!), our district resides in the Santa Clara County jurisdiction and they seem to think it would be a 2 year term and the seat would then open up again in 2022. Even if it were a 4 year term, we have 3 seats open in 2022 anyway. This is a complete waste of money. Even if we had a surplus, it would not be financially responsible to spend such funds. If people are not happy with the current board, they have a perfect opportunity to have the ultimate voice and vote.

The group supporting a special election had a perfect opportunity to state their position and then state in interest of the district finances, they will support filling board seats in 2022. I think there would have been more reception to that and they would have had an excellent opportunity to see their supported candidates possibly elected.

As this point, the party punch bowl is tainted and if this process continues, it will just deter great candidates from running in the future. Really, who would want this job now that pays $0.00?

We now are going on two missed LPEF Golf tournaments and possibly 2 Galas. If we have to pay thousands or more for a special election, I can say it won???t feel the same when I make 300 Chocolate covered strawberries at 4am the day of the golf tournament for my sponsor table to help enhance the experience of golfers when they come out to play and support. It???s not the same feeling knowing money raised is going to pay a debt vs. continuing great programs, retain teachers and/or make additions to our schools.

It has been reported that factitious names have been used by posters of websites and email senders. This just discredits any messages and/information. Why not attach your name to it? So ad a result, it is meaningless.

I think the petition for a special election should be withdrawn and we move on. There is an open opportunity for new board members in 2022 should people feel there is a need for a change. More damage will be done now vs. waiting for the next election.

My opinion as a mountain resident of 53 years, business owner and a parent.

Scott Green

From: 95033talk@groups.io <95033talk@groups.io> On Behalf Of sanjay k
Sent: Monday, April 12, 2021 8:26 PM
To: 95033Talk <95033talk@groups.io>
Subject: Re: [95033talk] Term of elected member

Just wanted to close this one out.

Mr. Rokni sent me a message from Tricia Webber, Santa Cruz County Clerk that stated that if there is a special election, then the term would end in 2024.

In parallel, I was sent messages that showed that the question was asked multiple times to the Santa Clara Registrar of voters. The answer from them was that the special election would only elect someone to finish the now-2-year term held by the appointee. It didn???t matter whether the appointee was retained or if there was a special election. Because the incumbent left in the first half of her term, the term was shortened to two years whether or not there was an appointment or a special election. "If a vacancy occurs in the first half of a term then it creates a short-term (2-year) until the next general election to fill the remainder of the 4-year term."

So, we have 2 interpretations of the law - which is, surprise surprise, somewhat subject to interpretation.

I contacted Ms. Webber today to get some clarification. She responded with, "I am not a lawyer, nor is my office able to give legal advice, we can only look at the code and make an interpretation. As I indicated in my original email to David Kissner, which is what appears to be what you have included below, I would again advise checking with the district counsel to ensure they have the same or a different interpretation." She also did clarify for me that Santa Clara has jurisdiction since the school district is under the Santa Clara County Board of Education.

We will find out the answer soon enough. As Mr. Rokni said, "This issue will self-resolve. If the petition is successful and special election is held, the term of the board member will be clearly highlighted in the ballot."

If I was a betting man, I would say that the term will be through 2022.

IMO, even if the term was until 2024, spending hundreds of thousands of dollars to elect one person to the board when multiple positions are open next year doesn't seem prudent. Not how I would spend my money. But, that is probably only me.

Sanjay


On Sun, Apr 11, 2021 at 12:07 PM Shahryar <shahryarrokni@hotmail.com <mailto:shahryarrokni@hotmail.com> > wrote:

The only reason I posed it in terms of a questions is because the board and school have indicated that even after the special election, the elected member will only serve until 2022. My understanding per code is different, as also supported by Santa Cruz County. I did encourage the school to make the correction, but maybe they truly believe it expires in 2022. This issue will self-resolve. If the petition is successful and special election is held, the term of the board member will be clearly highlighted in the ballot.

https://leginfo.legislature.ca.gov/faces/codes_displaySection.xhtml?sectionNum=5091. <https://leginfo.legislature.ca.gov/faces/codes_displaySection.xhtml? sectionNum=5091.&lawCode=EDC#:~:text=(c)%20(1)%20If,election%20to%20fill%20the%20vacancy.> &lawCode=EDC#:~:text=(c)%20(1)%20If,election%20to%20fill%20the%20vacancy.

https://lavote.net/documents/election_guides/HOW_TO_FILL_A_VACANCY_SCH_DISTRICT_OFFICE.pdf

<https://lavote.net/documents/election_guides/HOW_TO_FILL_A_VACANCY_SCH_DISTRICT_OFFICE.pdf> 2014 HOW TO FILL A SCHOOL VACANCY A

HOW TO FILL A VACANCY Pursuant to Government Code Section ?? 1770 an office becomes vacant on the happening of any of the following events before the expiration of the term: The death of the incumbent. Incumbent is adjudicated in a quo warrantor proceeding to be physically or mentally

lavote.net <http://lavote.net>


_____

From: sanjay <sanj95033@gmail.com <mailto:sanj95033@gmail.com> >
Sent: Sunday, April 11, 2021 11:40 AM
To: 95033Talk <95033talk@groups.io <mailto:95033talk@groups.io> >; Shahryar <shahryarrokni@hotmail.com <mailto:shahryarrokni@hotmail.com> >
Subject: Term of elected member


Hello Sean-


My gut says that you are asking a leading question here; one that I am certain you have researched extensively. So, how about you enlighten us all - why do you think that the board member elected in the special election will serve until 2024?


Can you please cite the relevant ed code?

Facts would be good here.

Thanks for helping me understand this. I honestly do not have any info... and am guessing that is the case for most on this group.

Sanjay

On Sun, Apr 11, 2021 at 10:35 AM Shahryar Rokni <shahryarrokni@hotmail.com <mailto:shahryarrokni@hotmail.com> > wrote:

Dear Robin,

Are you sure about the 14 months term? Are you sure that the elected board member in the special election will not serve the remainder of the vacant position (2024)?

_____

From: Robin Porter <robin.porter@lagolomita.com <mailto:robin.porter@lagolomita.com> >
Sent: Sunday, April 11, 2021 8:54 AM
To: Talk 95033 <95033talk@groups.io <mailto:95033talk@groups.io> >; Shahryar <shahryarrokni@hotmail.com <mailto:shahryarrokni@hotmail.com> >
Subject: Re: [95033talk] The Board - who is this bad bad Board?

Shahryar Rokni,

Your 15 minutes are up. You filed for a special election that will cost around $200,000 to replace a board seat that will last only 14 or so months when 4 more boards seats are soon available. I was talking to my son about this. Out of the mouths of babes??? he said:

"Tell him to pay it back???

You???re a molecular biologist raking in the big bucks - so, if you care so much about our schools and what you have done,

Pay it back!

Shame, shame, shame,


Best,


??? Robin




On Apr 11, 2021, at 7:52 AM, Shahryar Rokni <shahryarrokni@hotmail.com
<mailto:shahryarrokni@hotmail.com> > wrote:


Dear Les, Thank you for your contribution to this discussion. You framed the concept of the board and its
existence an entity, far better than I could ever.
In all of the discussions and criticism of the board, it has always been around their decisions,
indecisions, and vision. It has never been about the individuals and personalities. I think Sanjay's
introduction of the board members to the community is valuable, in case people did not know them, but
the assertion that it is about individuals is without merit. I certainly hope, regardless of how one might
view the current line of discussions, we all do agree that the board is the elected body that we entrust to
their hands short and long term management of our school district. As such, for anyone who takes on the
challenge and join the board, they must accept the awesome responsibility that it carries. The burden of
this responsibility is not diminished by the size of our school or the thankless nature of the position. The
ability of the public to question and even criticize the decision and the outcome of their decisions is a
fundamental cornerstone of democracy. Please do not believe otherwise.
The board has been in charge of setting the vision and the course of executing that vision. The super is
hired by the board to execute the day to day activities of that vision. When the school district sets a path
under the direction of the board to deficit spend for years without even communicating the long term
financial vision, it is appropriate to question their decision. When the board takes no action to even reach
their soft targets of reserve and balanced budget, it is appropriate to question their decision, When the
board puts a measure on the ballot and fails to elaborate to the public why we are in the current dire
financial situation and what is the long terms vision, it is appropriate to question their decision and even
vote NO.
When a voter sees enough divergence from their own vision of school and the board, it is appropriate to
lose trust in the board body as a whole and not trust their future decisions. And if enough people care and
feel strongly about the misdirection of the school vision, it is appropriate to call for a special election for a
seat that is meant to be elected by nature. What is hoped to be gained is changing the current path and
bringing clarity and direction to our school district's future financial health. Now some might not feel any
of that about the decisions of the board and they be willing to afford them complete trust. That is okay,
This is how democracy works. Muffling the voice of the opposition is not part of democracy. The sad truth
is that does not matter how one in this community looks at the board, it is an indisputable fact that we are
in financial trouble and it is not because of one specific expense, it has been a long persistent decline.

--
---
Larry McVoy lm at mcvoy.com http://www.mcvoy.com/lm

_-_-_-_-_-

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112444) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_-_-_-_-_-

## Re: [95033talk] Term of elected member

From: Les Niles (les@2pi.org)

To: 95033talk@groups.io

Date: Thursday, April 15, 2021, 11:23 AM PDT

If no one files for the election, it falls back to the board to make an appointment to fill the vacant position.

If only one person files, that person will be "appointed in lieu of election" and there won't be a ballot or associated expenses.

At least that's how it works for the regular school board elections, and I've seen nothing in the laws to indicate that this one would be treated differently.

 -Les

> On Apr 15, 2021, at 10:24 AM, Wayne Heimsoth via groups.io <wheimsoth=aol.com@groups.io> wrote:
>
> That might not save the cost of the election.  The county would still have to print it in the ballet (for write ins) even though no one filed, I believe
>
> Think positive, test negative
> Wayne
>
> I finally got eight hours of sleep.  It took me three days, but whatever.
>
> In a message dated 4/14/2021 11:37:57 AM Pacific Standard Time, julielane2002@gmail.com writes:
>
>> Scott - If the petition is NOT withdrawn, but no candidates submit their application, does the appointed seat remain intact until the next election in 2022?  My hope is that NOBODY submits to run and we can have the qualified candidate that was appointed and save the $200K-$600K and the petition was a waste of time for those that completed it.
>>
>> thx..j
>>
>> On Wed, Apr 14, 2021 at 7:05 AM Scott Green <Scottgreen315@gmail.com> wrote:
>>
>>> Here is a likely possibility on how I see this playing out:
>>> If a special election is granted at the cost of $200,000 or more, a candidate in support of this special election will face such opposition and scrutiny that the majority of voters will vote for the other person if they are already not voting for someone who is opposed to such special election as that person would most likely be a well-qualified candidate.
>>>
>>> For a person(s) who runs and is in support of such special election, we would see anti-campaigns like we have never seen before, similar to national elections.
>>>
>>> This special election would only replace the vacant seat until the next election in 2022, money we can't afford to spend. From Sanjay's research to date (Thank You Sanjay!), our district resides in the Santa Clara County jurisdiction and they seem to think it would be a 2 year term

and the seat would then open up again in 2022. Even if it were a 4 year term, we have 3 seats open in 2022 anyway. This is a complete waste of money. Even if we had a surplus, it would not be financially responsible to spend such funds. If people are not happy with the current board, they have a perfect opportunity to have the ultimate voice and vote.

The group supporting a special election had a perfect opportunity to state their position and then state in interest of the district finances, they will support filling board seats in 2022. I think there would have been more reception to that and they would have had an excellent opportunity to see their supported candidates possibly elected.

As this point, the party punch bowl is tainted and if this process continues, it will just deter great candidates from running in the future. Really, who would want this job now that pays $0.00?

We now are going on two missed LPEF Golf tournaments and possibly 2 Galas. If we have to pay thousands or more for a special election, I can say it won't feel the same when I make 300 Chocolate covered strawberries at 4am the day of the golf tournament for my sponsor table to help enhance the experience of golfers when they come out to play and support. It's not the same feeling knowing money raised is going to pay a debt vs. continuing great programs, retain teachers and/or make additions to our schools.

It has been reported that factitious names have been used by posters of websites and email senders. This just discredits any messages and/information. Why not attach your name to it? So ad a result, it is meaningless.

I think the petition for a special election should be withdrawn and we move on. There is an open opportunity for new board members in 2022 should people feel there is a need for a change. More damage will be done now vs. waiting for the next election.

My opinion as a mountain resident of 53 years, business owner and a parent.


Scott Green


---

**From:** 95033talk@groups.io <95033talk@groups.io> **On Behalf Of** sanjay k
**Sent:** Monday, April 12, 2021 8:26 PM
**To:** 95033Talk <95033talk@groups.io>
**Subject:** Re: [95033talk] Term of elected member


Just wanted to close this one out.


Mr. Rokni sent me a message from Tricia Webber, Santa Cruz County Clerk that stated that if there is a special election, then the term would end in 2024.


In parallel, I was sent messages that showed that the question was asked multiple times to the Santa Clara Registrar of voters. The answer from them was that the special election would only elect someone to finish the now-2-year term held by the appointee. It didn't matter whether the appointee was retained or if there was a special election. Because the incumbent left in the first half of her term, the term was shortened to two years whether or not there was an appointment or a special election. "If a vacancy occurs in the first half of a term then it

creates a short-term (2-year) until the next general election to fill the remainder of the 4-year term."

So, we have 2 interpretations of the law - which is, surprise surprise, somewhat subject to interpretation.

I contacted Ms. Webber today to get some clarification. She responded with, "I am not a lawyer, nor is my office able to give legal advice, we can only look at the code and make an interpretation. As I indicated in my original email to David Kissner, which is what appears to be what you have included below, I would again advise checking with the district counsel to ensure they have the same or a different interpretation." She also did clarify for me that Santa Clara has jurisdiction since the school district is under the Santa Clara County Board of Education.

We will find out the answer soon enough. As Mr. Rokni said, "This issue will self-resolve. If the petition is successful and special election is held, the term of the board member will be clearly highlighted in the ballot."

If I was a betting man, I would say that the term will be through 2022.

IMO, even if the term was until 2024, spending hundreds of thousands of dollars to elect one person to the board when multiple positions are open next year doesn't seem prudent. Not how I would spend my money. But, that is probably only me.

Sanjay

On Sun, Apr 11, 2021 at 12:07 PM Shahryar <shahryarrokni@hotmail.com> wrote:

> The only reason I posed it in terms of a questions is because the board and school have indicated that even after the special election, the elected member will only serve until 2022. My understanding per code is different, as also supported by Santa Cruz County. I did encourage the school to make the correction, but maybe they truly believe it expires in 2022. This issue will self-resolve. If the petition is successful and special election is held, the term of the board member will be clearly highlighted in the ballot.
>
> https://leginfo.legislature.ca.gov/faces/codes_displaySection.xhtml?sectionNum=5091,&lawCode=EDC#:~:text=(c)%20(1)%20If,election%20to%20fill%20the%20vacancy,
>
> https://lavote.net/documents/election_guides/HOW_TO_FILL_A_VACANCY_SCH_DISTRICT_OFFICE.pdf
>
> 2014 HOW TO FILL A SCHOOL VACANCY A

HOW TO FILL A VACANCY Pursuant to Government Code Section § 1770 an office becomes vacant on the happening of any of the following events before the expiration of the term: The death of the incumbent. Incumbent is adjudicated in a quo warrantor proceeding to be physically or mentally

lavote.net

**From:** sanjay <sanj95033@gmail.com>
**Sent:** Sunday, April 11, 2021 11:40 AM
**To:** 95033Talk <95033talk@groups.io>; Shahryar <shahryarrokni@hotmail.com>
**Subject:** Term of elected member

Hello Sean-

My gut says that you are asking a leading question here; one that I am certain you have researched extensively. So, how about you enlighten us all - why do you think that the board member elected in the special election will serve until 2024?

Can you please cite the relevant ed code?

Facts would be good here.

Thanks for helping me understand this. I honestly do not have any info... and am guessing that is the case for most on this group.

Sanjay

On Sun, Apr 11, 2021 at 10:35 AM Shahryar Rokni <shahryarrokni@hotmail.com> wrote:

> Dear Robin,
>
> Are you sure about the 14 months term? Are you sure that the elected board member in the special election will not serve the remainder of the vacant position (2024)?

**From:** Robin Porter <robin.porter@lagolomita.com>
**Sent:** Sunday, April 11, 2021 8:54 AM
**To:** Talk 95033 <95033talk@groups.io>; Shahryar <shahryar.rokni@hotmail.com>
**Subject:** Re: [95033talk] The Board - who is this bad bad Board?

Shahryar Rokni,

Your 15 minutes are up. You filed for a special election that will cost around $200,000 to replace a board seat that will last only 14 or so months when 4 more boards seats are soon available. I was talking to my son about this. Out of the mouths of babes… he said:

"Tell him to pay it back"

You're a molecular biologist raking in the big bucks - so, if you care so much about our schools and what you have done,

Pay it back!

Shame, shame, shame,

Best,

— Robin

On Apr 11, 2021, at 7:52 AM, Shahryar Rokni <shahryar.rokni@hotmail.com> wrote:

Dear Les, Thank you for your contribution to this discussion. You framed the concept of the board and its existence an entity, far better than I could ever.
In all of the discussions and criticism of the board, it has always been around their decisions, indecisions, and vision. It has never been about the individuals and personalities. I think Sanjay's introduction of the board members to the community is valuable, in case people did not know them, but the assertion that it is about individuals is without merit. I certainly hope, regardless of how one might view the current line of discussions, we all do agree that the board is the elected body that we entrust to their hands short and long term management of our school district. As such, for anyone who takes on the challenge and join the board, they must accept the awesome responsibility that it carries. The burden of this responsibility is not diminished by the size of our school or the thankless nature of the position. The ability of the public to question and

even criticize the decision and the outcome of their decisions is a fundamental cornerstone of democracy. Please do not believe otherwise.

The board has been in charge of setting the vision and the course of executing that vision. The super is hired by the board to execute the day to day activities of that vision. When the school district sets a path under the direction of the board spend for years without even communicating the long term financial vision, it is appropriate to question their decision. When the board takes no action to even reach their soft targets of reserve and balanced budget, it is appropriate to question their decision, When the board puts a measure on the ballot and fails to elaborate to the public why we are in the current dire financial situation and what is the long terms vision, it is appropriate to question their decision and even vote NO.

When a voter sees enough divergence from their own vision of school and the board, it is appropriate to lose trust in the board body as a whole and not trust their future decisions. And if enough people care and feel strongly about the misdirection of the school vision, it is appropriate to call for a special election for a seat that is meant to be elected by nature. What is hoped to be gained is changing the current path and bringing clarity and direction to our school district's future financial health. Now some might not feel any of that about the decisions of the board and they be willing to afford them complete trust. That is okay. This is how democracy works. Muffling the voice of the opposition is not part of democracy. The sad truth is that does not matter how one in this community looks at the board, it is an indisputable fact that we are in financial trouble and it is not because of one specific expense, it has been a long persistent decline.

_._._._._

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112501) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_._._._._

## Re: [95033talk] Term of elected member

From:  Les Niles (les@2pi.org)

To:      95033talk@groups.io

Date:  Thursday, April 15, 2021, 02:32 PM PDT

You raise an interesting point.  If this election does happen, it may be time to make an appeal to the Santa Clara County board of supervisors regarding the fee, the burden it places on small districts (and I would think the burden would be about the same, proportionally, for large districts), and the chilling effect this has on voting.  The ridiculous charges don't just impact these rare challenged-appointment elections; they also affect parcel tax and bond elections, and to a lesser extent the regular trustee elections.

   -Les

On 15 Apr 2021, at 11:06, Shahryar Rokni <shahryarrokni@hotmail.com> wrote:

The following is my understanding:
If and when the petition signatures are validated and all requirements are met:
School district is instructed to plan for a special election.
Appointed board membership is invalidated.
If no one submits an application: Election is cancelled. Failure to elect. Board will go through the process of appointment.
If one person submits an application: Election cancelled. Appoint in-lieu of election. The sole candidate will be seated.
If two or more candidates submit an application, then we shall have an election.
In case of cancelled election, No ballot would have been printed. The cost will be limited to both counties incurred cost up to that time. School has plenty of data in regards to this cost with our previous cancelled elections. The cost is fairly limited.
In my opinion, the main point of concern should be the cost of election, not the fact that we are following the democratic process of asking for an elected position to be elected.
The cost from Santa cruz county is fairly reasonable. For 80% of the voting block they will charge less than $20K.
The cost from Santa Clara county for 20% of the voting block is communicated to us to be around $180K.
The travesty is the Santa Clara charge that promotes voter suppression. As we see on this board, we promote no election because of the cost.
As it was mentioned by one Lakeside X-board member, the actual cost can be negotiated to 50% of the projected cost. Even then it is still unreasonable.
I for one, rather than take away the right to vote from the community, plan to highlight the anti democratic practices of the Santa Clara county and try to influence change in their cost structure.
Our school district will also have power in negotiations with the counties.

_._,_._,_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112512) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_._._._._._

## Re: [95033talk] Term of elected member

From:  Nanette Barber via groups.io (nanettebarber=yahoo.com@groups.io)

To:  95033talk@groups.io; steveusoz@gmail.com

Date:  Tuesday, April 13, 2021, 12:12 PM PDT

I'm sure Sanjay will answer later, but I felt I needed to jump in…

Just because a person has a legal right to do something doesn't mean they should do that thing under any and all circumstances.

You are looking at this very black-and-white. In this particular situation, the cons outweigh the pros via costing the school money when those same people can exercise their legal right to run in less than two years at no cost to the district. This is a case of common sense and decency, not a question of devaluing legal rights. Period. Anybody with critical thinking skills and decency should be able to see this. Peace.

-Nanette

> On Apr 13, 2021, at 7:43 AM, Stephen Usoz <steveusoz@gmail.com> wrote:
>
>
> Sanjay,
>
> Have read this post with interest. To clarify your last paragraph, you aren't suggesting that those seeking the election give up their legal right to so, are you? If that is not the message but only one of comment, then it is a sound analysis and opinion from a moderator.
>
> regards.

_·_·_·_·_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112406) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_·_·_·_·_

## Re: [95033talk] Term of elected member

From:  Nanette Barber via groups.io (nanettebarber=yahoo.com@groups.io)

To:  95033talk@groups.io; allanh@kallisti.com

Date:  Sunday, April 11, 2021, 12:41 PM PDT


Sean, I believe Robin is referring to the fact that the appointed position only lasts "14 months or so", not an elected position (as per Ed code that Allan posted, whenever the next regular election would be.) That is the point here which has been stated over and over and seemed pretty clear. I do not believe she was implying nor have I heard implication that an elected official would only be seated for 14 months.

I too would love to hear what you have to say in response to Barry's questions.

-Nanette

> On Apr 11, 2021, at 12:21 PM, Allan Hessenflow <allanh@kallisti.com> wrote:
>
> Oops, ignore me, I misread the question.
>
> Allan
>
>
> On Sun, Apr 11, 2021 at 11:54 AM, Allan Hessenflow wrote:
>
>
>> On Sun, Apr 11, 2021 at 11:41 AM, sanjay k wrote:
>>
>>> My gut says that you are asking a leading question here; one that I am certain you have researched extensively. So, how about you enlighten us all - why do you think that the board member elected in the special election will serve until 2024?
>>>
>>> Can you please cite the relevant ed code?
>>
>> I'm not going to try to guess the purpose of his question, but here's California
>> Education Code 5091(e):
>>
>> A person appointed to fill a vacancy shall hold office only until the next regularly scheduled
>> election for district governing board members that is scheduled 130 or more days after the
>> effective date of the vacancy, whereupon an election shall be held to fill the vacancy for the
>> remainder of the unexpired term. A person elected at an election to fill the vacancy shall
>> hold office for the remainder of the term in which the vacancy occurs or will occur.
>>
>> Allan

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112354) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_._,_._,_._

Re: [95033talk] Term of elected member

From:  Robin Porter (robin.porter@lagolomita.com)

To:  95033talk@groups.io; shahryarrokni@hotmail.com

Date:  Sunday, April 11, 2021, 12:42 PM PDT

Shahryar,

It doesn't matter what happens after Dec2022. All seats in the board will be filled with elected officials of some term.

What the TERRIBLE ACT that has happened is, for this ONE YEAR, do you call a $200,000 election to toss the appointed seat that was filled with due process.

That petition cost us $200,000 for one freakin' year. How many teachers did that just cost?

Don't keep changing the subject. You're just doing the ring-and-run. Pay it back.

Best,

Robin

On Apr 11, 2021, at 12:07 PM, Shahryar Rokni <shahryarrokni@hotmail.com> wrote:

The only reason I posed it in terms of a questions is because the board and school have indicated that even after the special election, the elected member will only serve until 2022. My understanding per code is different, as also supported by Santa Cruz County. I did encourage the school to make the correction, but maybe they truly believe it expires in 2022. This issue will self-resolve. If the petition is successful and special election is held, the term of the board member will be clearly highlighted in the ballot.
https://leginfo.legislature.ca.gov/faces/codes_displaySection.xhtml?sectionNum=5091.&lawCode=EDC#:~:text=(c)%20(1)%20If,election%20to%20fill%20the%20vacancy.
https://lavote.net/documents/election_guides/HOW_TO_FILL_A_VACANCY_SCH_DISTRICT_OFFICE.pdf

---

2014 HOW TO FILL A SCHOOL VACANCY A

HOW TO FILL A VACANCY Pursuant to Government Code Section § 1770 an office becomes vacant on the happening of any of the following events before the expiration of the term: The death of the incumbent. Incumbent is adjudicated in a quo warrantor proceeding to be physically or mentally

lavote.net

---

**From:** sanjay <sanj95033@gmail.com>
**Sent:** Sunday, April 11, 2021 11:40 AM
**To:** 95033Talk <95033talk@groups.io>; Shahryar <shahryarrokni@hotmail.com>
**Subject:** Term of elected member

Hello Sean-

My gut says that you are asking a leading question here; one that I am certain you have researched extensively. So, how about you enlighten us all - why do you think that the board member elected in the special election will serve until 2024?

Can you please cite the relevant ed code?

Facts would be good here.

Thanks for helping me understand this. I honestly do not have any info... and am guessing that is the case for most on this group.

Sanjay

On Sun, Apr 11, 2021 at 10:35 AM Shahryar Rokni < shahryarrokni@hotmail.com > wrote:
> Dear Robin,
> Are you sure about the 14 months term? Are you sure that the elected board member in the special election will not serve the remainder of the vacant position (2024)?

**From:** Robin Porter < robin.porter@lagolomita.com >
**Sent:** Sunday, April 11, 2021 8:54 AM
**To:** Talk 95033 < 95033talk@groups.io >; Shahryar < shahryarrokni@hotmail.com >
**Subject:** Re: [95033talk] The Board - who is this bad bad Board?

Shahryar Rokni,

Your 15 minutes are up. You filed for a special election that will cost around $200,000 to replace a board seat that will last only 14 or so months when 4 more boards seats are soon available. I was talking to my son about this. Out of the mouths of babes... he said:

"Tell him to pay it back"

You're a molecular biologist raking in the big bucks - so, if you care so much about our schools and what you have done,

Pay it back!

Shame, shame, shame,

Best,

— Robin

On Apr 11, 2021, at 7:52 AM, Shahryar Rokni < shahryarrokni@hotmail.com > wrote:

Dear Les, Thank you for your contribution to this discussion. You framed the concept of the board and its existence an entity, far better than I could ever.
In all of the discussions and criticism of the board, it has always been around their decisions, indecisions, and vision. It has never been about the individuals and personalities. I think Sanjay's  introduction of the board members to the community is valuable, in case people did not know them, but the assertion that it is about individuals is without merit. I certainly hope, regardless of how one might view the current line of discussions, we all do agree that the board is the elected body that we  entrust  to their hands short and long term management of our school district. As such, for anyone who takes on the challenge and join the board, they must accept the awesome responsibility that it carries. The burden of this responsibility is not diminished by the size of our school or the thankless nature of the position. The ability of the public to question and even criticize the decision and the outcome of their decisions is

a fundamental cornerstone of democracy.  Please do not believe otherwise.

The board has been in charge of setting the vision and the course of executing that vision. The super is hired by the board to execute the day to day activities of that vision. When the school district sets a path under the direction of the board to deficit spend for years without even communicating the long term financial vision, it is appropriate to question their decision. When the board takes no action to even reach their soft targets of reserve and balanced budget, it is appropriate to question their decision, When the board puts a measure on the ballot and fails to elaborate  to the public why we are in the current dire financial situation and what is the long terms vision, it is appropriate to question their decision and even vote NO.

When a voter sees enough divergence from their own vision of school and the board, it is appropriate to lose trust in the board body as a whole and not trust their future decisions. And if enough people care and feel strongly about the misdirection of the school vision, it is appropriate to call for a special election for a seat that is meant to be elected by nature. What is hoped to be gained is changing the current path and bringing clarity and direction to our school district's future financial health. Now some might not feel any of that about the decisions of the board and they are willing to afford them complete trust. That is okay. This is how democracy works. Muffling the voice of the opposition is not part of democracy. The sad truth is that does not matter how one in this community looks at the board, it is an indisputable fact that we are in financial trouble and it is not because of one specific expense, it has been a long persistent decline.

_-_-_-_-_

Groups.io Links:
You receive all messages sent to this group.
View/Reply Online (#112355) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_-_-_-_-_

## Re: [95033talk] Term of elected member

From: Robin Porter (robin.porter@lagolomita.com)

To: 95033talk@groups.io; nanettebarber@yahoo.com

Date: Sunday, April 11, 2021, 12:43 PM PDT

Exactly.

Best,

Robin


On Apr 11, 2021, at 12:41 PM, Nanette Barber via groups.io <nanettebarber=yahoo.com@groups.io> wrote:

Sean, I believe Robin is referring to the fact that the appointed position only lasts "14 months or so", not an elected position (as per Ed code that Allan posted, whenever the next regular election would be.) That is the point here which has been stated over and over and seemed pretty clear. I do not believe she was implying nor have I heard implication that an elected official would only be seated for 14 months.

I too would love to hear what you have to say in response to Barry's questions.

-Nanette

> On Apr 11, 2021, at 12:21 PM, Allan Hessenflow <allanh@kallisti.com> wrote:
>
> Oops, ignore me, I misread the question.
>
> Allan
>
>
> On Sun, Apr 11, 2021 at 11:54 AM, Allan Hessenflow wrote:
>
>
> > On Sun, Apr 11, 2021 at 11:41 AM, sanjay k wrote:
> >
> > > My gut says that you are asking a leading question here; one that I am
> > > certain you have researched extensively. So, how about you enlighten us all
> > > - why do you think that the board member elected in the special election
> > > will serve until 2024?
> > >
> > > Can you please cite the relevant ed code?
> >
> > I'm not going to try to guess the purpose of his question, but here's
> > California
> > Education Code 5091(e):
> >
> > A person appointed to fill a vacancy shall hold office only until the next
> > regularly scheduled
> > election for district governing board members that is scheduled 130 or more
> > days after the
> > effective date of the vacancy, whereupon an election shall be held to fill the

vacancy for the
remainder of the unexpired term. A person elected at an election to fill the
vacancy shall
hold office for the remainder of the term in which the vacancy occurs or will
occur.

Allan


_-_-_-_-_-


Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112356) | Reply To Group | Reply To Sender | Mute This Topic | New Topic


Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_-_-_-_-_

## Re: [95033talk] Term of elected member

From:   Robin Porter (robin.porter@lagolomita.com)

To:      95033talk@groups.io; sanj95033@gmail.com

Date:   Monday, April 12, 2021, 11:47 PM PDT

Funny thing, it doesn't matter. If it extends to 2022 or 2024, either way, from 2022 all 5 seats on the board would be elected seats of some term.

The question is what happens from 2021 to 2022. There was a vacancy. The Board has a process to fill vacancies. You open it up to all the citizens of the land (check) and give them ample - months - time to put in their application (check), you hold a PUBLIC interview for hours, in this case over 4 hours, (check), you discover you have great candidates (check, 'cause we mountain people rock and serve) you publicly deliberate (check) you vote (check) and you fill the vacancy (check). Otherwise you have wasted the board's time, the all the applicants time and the public's time because someone wanted to take somewhere between $200-600k from our kids because that apparently isn't good enough for them.

All this "does it last until 2022 or 2024" is something we need to verify but doesn't change the fact of the money it costs. How many teachers does $200,000 to $600,000 cover for this year? We could have used that for smaller class sizes, more electives, etc. but it only took as many people as fit in the Summit Store to sign a stupid piece of paper to really hurt the kids.

As soon as you hear from the county, a simple post will do. Don't take the focus off the fact that these people hurt kids and they are not allowed to breath mountain air without knowing that we know what they did and are holding them accountable.

Best,

—Robin

On Apr 12, 2021, at 8:26 PM, sanjay k <sanj95033@gmail.com> wrote:

Just wanted to close this one out.

Mr. Rokni sent me a message from Tricia Webber, Santa Cruz County Clerk that stated that if there is a special election, then the term would end in 2024.

In parallel, I was sent messages that showed that the question was asked multiple times to the Santa Clara Registrar of voters. The answer from them was that the special election would only elect someone to finish the now-2-year term held by the appointee. It didn't matter whether the appointee was retained or if there was a special election. Because the incumbent left in the first half of her term, the term was shortened to two years whether or not there was an appointment or a special election. "If a vacancy occurs in the first half of a term then it creates a short-term (2-year) until the next general election to fill the remainder of the 4-year term."

So, we have 2 interpretations of the law - which is, surprise surprise, somewhat subject to interpretation.

I contacted Ms. Webber today to get some clarification. She responded with, "I am not a lawyer, nor is my office able to give legal advice, we can only look at the code and make an interpretation. As I indicated in my original email to David Kissner, which is what appears to be what you have included below, I would again advise checking with the district counsel to ensure they have the same or a different interpretation." She also did clarify for me that Santa Clara has jurisdiction since the school district is under the Santa Clara County Board of Education.

We will find out the answer soon enough. As Mr. Rokni said, "This issue will self-resolve. If the petition is successful and special election is held, the term of the board member will be clearly highlighted in the ballot."

If I was a betting man, I would say that the term will be through 2022.

IMO, even if the term was until 2024, spending hundreds of thousands of dollars to elect one person to the board when multiple positions are open next year doesn't seem prudent. Not how I would spend my money. But, that is probably only me.

Sanjay

On Sun, Apr 11, 2021 at 12:07 PM Shahryar <shahryarrokni@hotmail.com> wrote:
> The only reason I posed it in terms of a questions is because the board and school have indicated that even after the special election, the elected member will only serve until 2022. My understanding per code is different, as also supported by Santa Cruz County. I did encourage the school to make the correction, but maybe they truly believe it expires in 2022. This issue will self-resolve. If the petition is successful and special election is held, the term of the board member will be clearly highlighted in the ballot.
> https://leginfo.legislature.ca.gov/faces/codes_displaySection.xhtml?sectionNum=5091,&lawCode=EDC#:~:text=(c)%20(1)%20If,election%20to%20fill%20the%20vacancy.
> https://lavote.net/documents/election_guides/HOW_TO_FILL_A_VACANCY_SCH_DISTRICT_OFFICE.pdf

> 2014 HOW TO FILL A SCHOOL VACANCY A
>
> HOW TO FILL A VACANCY Pursuant to Government Code Section § 1770 an office becomes vacant on the happening of any of the following events before the expiration of the term: The death of the incumbent. Incumbent is adjudicated in a quo warrantor proceeding to be physically or mentally
>
> lavote.net

---

**From:** sanjay <sanj95033@gmail.com>
**Sent:** Sunday, April 11, 2021 11:40 AM
**To:** 95033Talk <95033talk@groups.io>; Shahryar <shahryarrokni@hotmail.com>
**Subject:** Term of elected member

Hello Sean-

My gut says that you are asking a leading question here; one that I am certain you have researched extensively. So, how about you enlighten us all - why do you think that the board member elected in the special election will serve until 2024?

Can you please cite the relevant ed code?

Facts would be good here.

Thanks for helping me understand this. I honestly do not have any info... and am guessing that is the case for most on this group.

Sanjay

On Sun, Apr 11, 2021 at 10:35 AM Shahryar Rokni <shahryarrokni@hotmail.com> wrote:
> Dear Robin,

Are you sure about the 14 months term? Are you sure that the elected board member in the special election will not serve the remainder of the vacant position (2024)?

---

**From:** Robin Porter <robin.porter@lagolomita.com>
**Sent:** Sunday, April 11, 2021 8:54 AM
**To:** Talk 95033 <95033talk@groups.io>; Shahryar <shahryarrokni@hotmail.com>
**Subject:** Re: [95033talk] The Board - who is this bad bad Board?

Shahryar Rokni,

Your 15 minutes are up. You filed for a special election that will cost around $200,000 to replace a board seat that will last only 14 or so months when 4 more boards seats are soon available. I was talking to my son about this. Out of the mouths of babes… he said:

"Tell him to pay it back"

You're a molecular biologist raking in the big bucks - so, if you care so much about our schools and what you have done,

Pay it back!

Shame, shame, shame,

Best,

— Robin

On Apr 11, 2021, at 7:52 AM, Shahryar Rokni < shahryarrokni@hotmail.com> wrote:

Dear Les, Thank you for your contribution to this discussion. You framed the concept of the board and its existence an entity, far better than I could ever.
In all of the discussions and criticism of the board, it has always been around their decisions, indecisions, and vision. It has never been about the individuals and personalities. I think Sanjay's introduction of the board members to the community is valuable, in case people did not know them, but the assertion that it is about individuals is without merit. I certainly hope, regardless of how one might view the current line of discussions, we all do agree that the board is the elected body that we entrust to their hands short and long term management of our school district. As such, for anyone who takes on the challenge and join the board, they must accept the awesome responsibility that it carries. The burden of this responsibility is not diminished by the size of our school or the thankless nature of the position. The ability of the public to question and even criticize the decision and the outcome of their decisions is a fundamental cornerstone of democracy. Please do not believe otherwise.
The board has been in charge of setting the vision and the course of executing that vision. The super is hired by the board to execute the day to day activities of that vision. When the school district sets a path under the direction of the board to deficit spend for years without even communicating the long term financial vision, it is appropriate to question their decision. When the board takes no action to even reach their soft targets of reserve and balanced budget, it is appropriate to question their decision, When the board puts a measure on the ballot and fails to elaborate to the public why we are in the current dire financial situation and what is the long terms vision, it is appropriate to question their decision and even vote NO.
When a voter sees enough divergence from their own vision of school and the board, it is appropriate to lose trust in the board body as a whole and not trust their future decisions. And if enough people care and feel strongly about the misdirection of the school vision, it is appropriate to call for a special election for a seat that is meant to be elected by nature. What is hoped to be gained is changing the current path and bringing clarity and direction to our school district's future financial health. Now some might not feel any of that about the decisions of the board and they be willing to afford them complete trust. That is okay. This is how democracy works. Muffling the voice of the opposition is not part of democracy. The sad truth is that does not matter how one in this community looks at the

board, it is an indisputable fact that we are in financial trouble and it is not because of one specific expense, it has been a long persistent decline.

_._._._._

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112387) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_._._._._

## Re: [95033talk] Term of elected member

From:  Robin Porter (robin.porter@lagolomita.com)

To:       95033talk@groups.io; steveusoz@gmail.com

Date:   Tuesday, April 13, 2021, 09:51 AM PDT

I'm not Sanjay but I can answer your question from my point of view.

Everyone has the legal right to start a petition, stand with a clipboard in front of the Summit Store and ask people to sign it. For whatever your cause. It's a great part of being an American. But with great power comes great responsibility.

What if some idiot did this every year? For really just sour grapes or some self serving fun of meeting people at the Summit Store? It's his right. But it's also our right to call FOUL. It's our right to use our voices to say "that was a really stupid, terrible thing you did, so stop. Pay it back."

Best,

—Robin

On Apr 13, 2021, at 7:40 AM, Stephen Usoz <steveusoz@gmail.com> wrote:

Sanjay,

Have read this post with interest. To clarify your last paragraph, you aren't suggesting that those seeking the election give up their legal right to so, are you? If that is not the message but only one of comment, then it is a sound analysis and opinion from a moderator.

regards.

_·_·_·_·_·_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112393) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_·_·_·_·_·_

## Re: [95033talk] Term of elected member

From: Robin Porter (robin.porter@lagolomita.com)

To: steveusoz@gmail.com; 95033talk@groups.io

Date: Tuesday, April 13, 2021, 10:39 AM PDT

Steve,

If I cost the kids of this mountain $200,000 to $600,000 for a board seat that was filled by due process and it only lasts until 2022, I would feel pretty bad. I was offering up a possibility to make it right again for the kids. If he can stand and collect signatures, then he can stand and collect donations for the kids to right the wrong.

Best,

Robin

On Apr 13, 2021, at 10:09 AM, Steve < steveusoz@gmail.com> wrote:

Robin,

We both know that they have a legal right to start a petition. Thank you for solidifying that understanding. It is important to ensure that there is no bad information disseminated on this list no matter what their relationship to the group.
You also realize that there is no current statute requiring the persons starting a petition to "Pay it back." (At least to my understanding on this type of petition). Not sure why you would suggest that they have to do that. If you different information on this reimbursement position please share so that we all can be aware of the ramifications when starting a petition?

Best regards.

Sent from Mail for Windows 10

**From:** Robin Porter
**Sent:** Tuesday, April 13, 2021 9:51 AM
**To:** 95033talk@groups.io; steveusoz@gmail.com
**Subject:** Re: [95033talk] Term of elected member

I'm not Sanjay but I can answer your question from my point of view.

Everyone has the legal right to start a petition, stand with a clipboard in front of the Summit Store and ask people to sign it. For whatever your cause. It's a great part of being an American. But with great power comes great responsibility.

What if some idiot did this every year? For really just sour grapes or some self serving fun of meeting people at the Summit Store? It's his right. But it's also our right to call FOUL. It's our right to use our voices to say "that was a really stupid, terrible thing you did, so stop. Pay it back."

Best,

—Robin

On Apr 13, 2021, at 7:40 AM, Stephen Usoz < steveusoz@gmail.com> wrote:

Sanjay,

Have read this post with interest. To clarify your last paragraph, you aren't suggesting that those seeking the election give up their legal right to so, are you? If that is not the message but only one of comment, then it is a sound analysis and opinion from a moderator.

regards.

_._._._._

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112396) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_._._._._

## Re: [95033talk] Term of elected member

From: Robin Porter (robin.porter@lagolomita.com)

To:     95033talk@groups.io; allanh@kallisti.com

Date: Tuesday, April 13, 2021, 01:07 PM PDT

He likes to mansplain stuff to me? 😊

Best,

Robin

On Apr 13, 2021, at 1:01 PM, Allan Hessenflow < allanh@kallisti.com> wrote:

For whatever it's worth, I thought it was very clear that you were offering an opinion, just as I thought it was very clear that Robin never suggested there was any legal requirement that petitioners pay back the costs. As I also believe the vast majority of readers must have read them the same way, I have to wonder what the real intent was behind either of Stephen's messages.

Allan

On Tue, Apr 13, 2021 at 12:41 PM, sanjay k wrote:

I actually was not going to reply but now feel compelled to.

As Steve said - "If that is not the message but only one of comment, then it is a sound analysis and opinion from a moderator." My response is Thank you, Steve. Appreciate the compliment.

By the way, I will agree with what Nanette said - just because someone has legal rights is not a good reason to do things. Or not do things. I would love if someone can point out a statute that says that a moderator cannot suggest that someone seeking an election should not give up their legal rights. Or, even broader, the statute of what a moderator can and cannot do. I'll wait. :-).

And before someone jumps on me for trolling... this is sarcasm, folks. Please chill.

Thanks,
Sanjay

_-_-_-_-_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112415) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_._._._._._

## Re: [95033talk] Term of elected member

From:  Robin Porter (robin.porter@lagolomita.com)

To:    95033talk@groups.io; eric@erichorton.com

Date:  Wednesday, April 14, 2021, 10:46 AM PDT

I usually hate +1s but Eric, I loved this one!!! Add mine to the list! Scott, thanks for saying this.

+1

Best,

Robin

On Apr 14, 2021, at 10:17 AM, Eric Horton via groups.io <eric=erichorton.com@groups.io> wrote:

+1 for what you are saying Scott.  100% agreed.

**From:** 95033talk@groups.io <95033talk@groups.io> **On Behalf Of** Scott Green
**Sent:** Wednesday, April 14, 2021 7:06 AM
**To:** 95033talk@groups.io; sanj95033@gmail.com
**Subject:** Re: [95033talk] Term of elected member

Here is a likely possibility on how I see this playing out:
If a special election is granted at the cost of $200,000 or more, a candidate in support of this special election will face such opposition and scrutiny that the majority of voters will vote for the other person if they are already not voting for someone who is opposed to such special election as that person would most likely be a well-qualified candidate.

For a person(s) who runs and is in support of such special election, we would see anti-campaigns like we have never seen before, similar to national elections.

This special election would only replace the vacant seat until the next election in 2022, money we can't afford to spend. From Sanjay's research to date (Thank You Sanjay!), our district resides in the Santa Clara County jurisdiction and they seem to think it would be a 2 year term and the seat would then open up again in 2022. Even if it were a 4 year term, we have 3 seats open in 2022 anyway. This is a complete waste of money. Even if we had a surplus, it would not be financially responsible to spend such funds. If people are not happy with the current board, they have a perfect opportunity to have the ultimate voice and vote.

The group supporting a special election had a perfect opportunity to state their position and then state in interest of the district finances, they will support filling board seats in 2022. I think there would have been more reception to that and they would have had an excellent opportunity to see their supported candidates possibly elected.

As this point, the party punch bowl is tainted and if this process continues, it will just deter great candidates from running in the future. Really, who would want this job now that pays $0.00?

We now are going on two missed LPEF Golf tournaments and possibly 2 Galas. If we have to pay thousands or more for a special election, I can say it won't feel the same when I make 300 Chocolate covered strawberries at 4am the day of the golf tournament for my sponsor table to help enhance the experience of golfers when they come out to play and support. It's not the same feeling knowing money raised is going to pay a debt vs. continuing great programs, retain teachers and/or make additions to our schools.

It has been reported that factitious names have been used by posters of websites and email senders. This just discredits any messages and/information. Why not attach your name to it? So ad a result, it is meaningless.

I think the petition for a special election should be withdrawn and we move on. There is an open opportunity for new board members in 2022 should people feel there is a need for a change. More damage will be done now vs. waiting for the next election.

My opinion as a mountain resident of 53 years, business owner and a parent.

Scott Green

**From:** 95033talk@groups.io <95033talk@groups.io> **On Behalf Of** sanjay k
**Sent:** Monday, April 12, 2021 8:26 PM
**To:** 95033Talk <95033talk@groups.io>
**Subject:** Re: [95033talk] Term of elected member

Just wanted to close this one out.

Mr. Rokni sent me a message from Tricia Webber, Santa Cruz County Clerk that stated that if there is a special election, then the term would end in 2024.

In parallel, I was sent messages that showed that the question was asked multiple times to the Santa Clara Registrar of voters. The answer from them was that the special election would only  elect someone to finish the now-2-year term held by the appointee. It didn't matter whether the appointee was retained or if there was a special election. Because the incumbent left in the first half of her term, the term was shortened to two years whether or not there was an appointment or a special election. "If a vacancy occurs in the first half of a term then it creates a short-term (2-year) until the next general election to fill the remainder of the 4-year term."

So, we have 2 interpretations of the law - which is, surprise surprise, somewhat subject to interpretation.

I contacted Ms. Webber today to get some clarification. She responded with, "I am not a lawyer, nor is my office able to give legal advice, we can only look at the code and make an interpretation.  As I indicated in my original email to David Kissner, which is what appears to be what you have included below, I would again advise checking with the district counsel to ensure they have the same or a different interpretation."  She also did clarify for me that Santa Clara has jurisdiction since the school district is under the Santa Clara County Board of Education.

We will find out the answer soon enough. As Mr. Rokni said, "This issue will self-resolve. If the petition is successful and special election is held, the term of the board member will be clearly highlighted in the ballot."

 If I was a betting man, I would say that the term will be through 2022.

IMO, even if the term was until 2024, spending hundreds of thousands of dollars to elect one person to the board when multiple positions are open next year doesn't seem prudent. Not how I would spend my money. But, that is probably only me.

Sanjay

On Sun, Apr 11, 2021 at 12:07 PM Shahryar <shahryarrokni@hotmail.com> wrote:

> The only reason I posed it in terms of a questions is because the board and school have indicated that even after the special election, the elected member will only serve until 2022. My understanding per code is different, as also supported by Santa Cruz County. I did encourage the school to make the correction, but maybe they truly believe it expires in 2022. This issue will self-resolve. If the petition is successful and special election is held, the term of the board member will be clearly highlighted in the ballot.
> https://leginfo.legislature.ca.gov/faces/codes_displaySection.xhtml?sectionNum=5091.&lawCode=EDC#:~:text=(c)%20(1)%20If,election%20to%20fill%20the%20vacancy.
> https://lavote.net/documents/election_guides/HOW_TO_FILL_A_VACANCY_SCH_DISTRICT_OFFICE.pdf
>
> ---
> 2014 HOW TO FILL A SCHOOL VACANCY A
>
> HOW TO FILL A VACANCY Pursuant to Government Code Section § 1770 an office becomes vacant on the happening of any of the following events before the expiration of the term: The death of the incumbent. Incumbent is adjudicated in a quo warrantor proceeding to be physically or mentally
>
> lavote.net
> ---

**From:** sanjay <sanj95033@gmail.com>
**Sent:** Sunday, April 11, 2021 11:40 AM
**To:** 95033Talk <95033talk@groups.io>; Shahryar <shahryarrokni@hotmail.com>
**Subject:** Term of elected member

Hello Sean-

My gut says that you are asking a leading question here; one that I am certain you have researched extensively. So, how about you enlighten us all - why do you think that the board member elected in the special election will serve until 2024?

Can you please cite the relevant ed code?

Facts would be good here.

Thanks for helping me understand this. I honestly do not have any info… and am guessing that is the case for most on this group.

Sanjay

On Sun, Apr 11, 2021 at 10:35 AM Shahryar Rokni < shahryarrokni@hotmail.com> wrote:

> Dear Robin,
> Are you sure about the 14 months term? Are you sure that the elected board member in the special election will not serve the remainder of the vacant position (2024)?
>
> ---
>
> **From:** Robin Porter <robin.porter@lagolomita.com>
> **Sent:** Sunday, April 11, 2021 8:54 AM
> **To:** Talk 95033 <95033talk@groups.io>; Shahryar <shahryarrokni@hotmail.com>
> **Subject:** Re: [95033talk] The Board - who is this bad bad Board?
>
> Shahryar Rokni,
>
> Your 15 minutes are up. You filed for a special election that will cost around $200,000 to replace a board seat that will last only 14 or so months when 4 more boards seats are soon available. I was talking to my son about this. Out of the mouths of babes… he said:
>
> "Tell him to pay it back"
>
> You're a molecular biologist raking in the big bucks - so, if you care so much about our schools and what you have done,
>
> Pay it back!
>
> Shame, shame, shame,
>
> Best,
>
> — Robin
>
>
> On Apr 11, 2021, at 7:52 AM, Shahryar Rokni < shahryarrokni@hotmail.com> wrote:
>
> Dear Les, Thank you for your contribution to this discussion. You framed the concept of the board and its existence an entity, far better than I could ever.
> In all of the discussions and criticism of the board, it has always been around their decisions, indecisions, and vision. It has never been about the individuals and personalities. I think Sanjay's introduction of the board members to the community is valuable, in case people did not know them, but the assertion that it is about individuals is without merit. I certainly hope, regardless of how one might view the current line of discussions, we all do agree that the board is the elected body that we entrust to their hands short and long term management of our school district. As such, for anyone who takes on the challenge and join the board, they must accept the awesome responsibility that it carries. The burden of this responsibility is not diminished by the size of our school or the thankless nature of the position. The ability of the public to question and even criticize the decision and the outcome of their decisions is a fundamental cornerstone of democracy. Please do not believe otherwise.
> The board has been in charge of setting the vision and the course of executing that vision. The super is hired by the board to execute the day to day activities of that vision. When the school district sets a path under the direction of the board to deficit spend for years without even communicating the long term financial vision, it is appropriate to question their decision. When the board takes no action to even reach their soft targets of reserve and balanced budget, it is appropriate to question their

3/4

decision, When the board puts a measure on the ballot and fails to elaborate to the public why we are in the current dire financial situation and what is the long terms vision, it is appropriate to question their decision and even vote NO. When a voter sees enough divergence from their own vision of school and the board, it is appropriate to lose trust in the board body as a whole and not trust their future decisions. And if enough people care and feel strongly about the misdirection of the school vision, it is appropriate to call for a special election for a seat that is meant to be elected by nature. What is hoped to be gained is changing the current path and bringing clarity and direction to our school district's future financial health. Now some might not feel any of that about the decisions of the board and they be willing to afford them complete trust. That is okay. This is how democracy works. Muffling the voice of the opposition is not part of democracy. The sad truth is that does not matter how one in this community looks at the board, it is an indisputable fact that we are in financial trouble and it is not because of one specific expense, it has been a long persistent decline.

_._._._._

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112454) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_._._._._

## Re: [95033talk] Term of elected member

From:   Shahryar Rokni (shahryarrokni@hotmail.com)

To:     sanj95033@gmail.com; 95033talk@groups.io

Date:   Sunday, April 11, 2021, 12:16 PM PDT

The only reason I posed it in terms of a questions is because the board and school have indicated that even after the special election, the elected member will only serve until 2022. My understanding per code is different, as also supported by Santa Cruz County. I did encourage the school to make the correction, but maybe they truly believe it expires in 2022. This issue will self-resolve. If the petition is successful and special election is held, the term of the board member will be clearly highlighted in the ballot.

https://leginfo.legislature.ca.gov/faces/codes_displaySection.xhtml?sectionNum=5091.&lawCode=EDC#:~:text=(c)%20(1)%20If,election%20to%20fill%20the%20vacancy.

https://lavote.net/documents/election_guides/HOW_TO_FILL_A_VACANCY_SCH_DISTRICT_OFFICE.pdf

---

2014 HOW TO FILL A SCHOOL VACANCY A

HOW TO FILL A VACANCY Pursuant to Government Code Section § 1770 an office becomes vacant on the happening of any of the following events before the expiration of the term: The death of the incumbent. Incumbent is adjudicated in a quo warrantor proceeding to be physically or mentally

lavote.net

---

**From:** sanjay <sanj95033@gmail.com>
**Sent:** Sunday, April 11, 2021 11:40 AM
**To:** 95033Talk <95033talk@groups.io>; Shahryar <shahryarrokni@hotmail.com>
**Subject:** Term of elected member

Hello Sean-

My gut says that you are asking a leading question here; one that I am certain you have researched extensively. So, how about you enlighten us all - why do you think that the board member elected in the special election will serve until 2024?

Can you please cite the relevant ed code?

Facts would be good here.

Thanks for helping me understand this. I honestly do not have any info... and am guessing that is the case for most on this group.

Sanjay

On Sun, Apr 11, 2021 at 10:35 AM Shahryar Rokni < shahryarrokni@hotmail.com> wrote:
> Dear Robin,
> Are you sure about the 14 months term? Are you sure that the elected board member in the special election will not
> serve the remainder of the vacant position (2024)?

**From:** Robin Porter <robin.porter@lagolomita.com>
**Sent:** Sunday, April 11, 2021 8:54 AM
**To:** Talk 95033 <95033talk@groups.io>; Shahryar <shahryarrokni@hotmail.com>
**Subject:** Re: [95033talk] The Board **-** who is this bad bad Board?

Shahryar Rokni,

Your 15 minutes are up. You filed for a special election that will cost around $200,000 to replace a board seat that will last only 14 or so months when 4 more boards seats are soon available. I was talking to my son about this. Out of the mouths of babes… he said:

"Tell him to pay it back"

You're a molecular biologist raking in the big bucks **-** so, if you care so much about our schools and what you have done,

Pay it back!

Shame, shame, shame,

Best,

— Robin


On Apr 11, 2021, at 7:52 AM, Shahryar Rokni <shahryarrokni@hotmail.com> wrote:

Dear Les, Thank you for your contribution to this discussion. You framed the concept of the board and its existence an entity, far better than I could ever.
In all of the discussions and criticism of the board, it has always been around their decisions, indecisions, and vision. It has never been about the individuals and personalities. I think Sanjay's introduction of the board members to the community is valuable, in case people did not know them, but the assertion that it is about individuals is without merit. I certainly hope, regardless of how one might view the current line of discussions, we all do agree that the board is the elected body that we entrust to their hands short and long term management of our school district. As such, for anyone who takes on the challenge and join the board, they must accept the awesome responsibility that it carries. The burden of this responsibility is not diminished by the size of our school or the thankless nature of the position. The ability of the public to question and even criticize the decision and the outcome of their decisions is a fundamental cornerstone of democracy. Please do not believe otherwise.
The board has been in charge of setting the vision and the course of executing that vision. The super is hired by the board to execute the day to day activities of that vision. When the school district sets a path under the direction of the board to deficit spend for years without even communicating the long term financial vision, it is appropriate to question their decision. When the board takes no action to even reach their soft targets of reserve and balanced budget, it is appropriate to question their decision, When the board puts a measure on the ballot and fails to elaborate to the public why we are in the current dire financial situation and what is the long terms vision, it is appropriate to question their decision and even vote NO.
When a voter sees enough divergence from their own vision of school and the board, it is appropriate to lose trust in the board body as a whole and not trust their future decisions. And if enough people care and feel strongly about the misdirection of the school vision, it is appropriate to call for a special election for a seat that is meant to be elected by nature. What is hoped to be gained is changing the current path and bringing clarity and direction to our school district's future financial health. Now some might not feel any of that about the decisions of the board and they be willing to afford them complete trust. That is okay. This is how democracy works. Muffling the voice of the opposition is not part of democracy. The sad truth is that does not matter how one in this community looks at the board, it is an indisputable fact that we are in financial trouble and it is not because of one specific expense, it has been a long persistent decline.

Groups.io Links:
You receive all messages sent to this group.

<u>View/Reply Online (#112351)</u> | <u>Reply To Group</u> | <u>Reply To Sender</u> | <u>Mute This Topic</u> | <u>New Topic</u>

Moderator reminders:
Please read the FAQ! It is at <u>https://groups.io/g/95033talk/wiki/95033talk-FAQ</u>
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

<u>Your Subscription</u> | <u>Contact Group Owner</u> | <u>Unsubscribe</u> [Stacylynhall@yahoo.com]

_._,_._,_

## Re: [95033talk] Term of elected member

From:   Shahryar Rokni (shahryarrokni@hotmail.com)

To:     wheimsoth@aol.com; 95033talk@groups.io

Date:   Thursday, April 15, 2021, 11:42 AM PDT

The following is my understanding:
If and when the petition signatures are validated and all requirements are met:
School district is instructed to plan for a special election.
Appointed board membership is invalidated.
If no one submits an application: Election is cancelled. Failure to elect. Board will go through the process of appointment.
If one person submits an application: Election cancelled. Appoint in-lieu of election. The sole candidate will be seated.
If two or more candidates submit an application, then we shall have an election.
In case of cancelled election, No ballot would have been printed. The cost will be limited to both counties incurred cost up to that time. School has plenty of data in regards to this cost with our previous cancelled elections. The cost is fairly limited.
In my opinion, the main point of concern should be the cost of election, not the fact that we are following the democratic process of asking for an elected position to be elected.
The cost from Santa cruz county is fairly reasonable. For 80% of the voting block they will charge less than $20K.
The cost from Santa Clara county for 20% of the voting block is communicated to us to be around $180K.
The travesty is the Santa Clara charge that promotes voter suppression. As we see on this board, we promote no election because of the cost.
As it was mentioned by one Lakeside X-board member, the actual cost can be negotiated to 50% of the projected cost. Even then it is still unreasonable.
I for one, rather than take away the right to vote from the community, plan to highlight the anti democratic practices of the Santa Clara county and try to influence change in their cost structure.
Our school district will also have power in negotiations with the counties.
_._._._._._

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112502) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_._._._._._

## Re: [95033talk] Term of elected member

From:   Shahryar Rokni (shahryarrokni@hotmail.com)

To:     danieldale95033@gmail.com; 95033talk@groups.io

Date:   Thursday, April 15, 2021, 01:31 PM PDT

Dan,

It will be a fundamental mis-characterization or misjudgment to correlate the sentiments of dissatisfaction with the direction of our school district to a single person. It will handicap you in understanding the root-cause and making any attempts to remedy the underline dissent.

On the eve of measure N, the projection for measure passage was at close to 80% yes. It failed. A simple reason was a miscalculation by the board to elaborate on the state of our finances and the vision beyond extension of measure H. They misjudged the dissenting voices.

Next time you walk around the community, go to the store or go to the school, one in three people you see voted NO. They are your neighbors and hopefully your friends. If you are willing to completely dismiss them, then I would question the value you have for the whole community.

A valid question to ask is, how come we do not hear from the rest of the community who might be in dissent and hold alternate opinions.. A simple answer is intimidation. From the beginning of Measure N campaign, we received lots of background support but not public. Folks were uneasy about the backlash and personal attacks. As it turned out, their fears were not unfounded. Anyone who voiced opposition faced personal attacks. I have stoped counting the times I was asked to move out of the mountain or pull my kids out of school, if I do not support measure N and now the petition.

On this board or anywhere else, you can continue to attack folks personally. The best you can achieve is to push them to the shadows. What you will achieve is to ensure not to get to a YES on the next measure. Lets be super clear, it is inevitable that the school will come back with another measure. And the next time will have to be for a far greater dollar.  If you cannot respect different point of views, then surely you are not giving any chance to the next measure to pass.

_-_-_-_-_-_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112510) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_-_-_-_-_-_

## [95033talk] Term of elected member

From:  sanjay k (sanj95033@gmail.com)

To:  95033talk@groups.io; shahryarrokni@hotmail.com

Date:  Sunday, April 11, 2021, 11:41 AM PDT

Hello Sean-

My gut says that you are asking a leading question here; one that I am certain you have researched extensively. So, how about you enlighten us all - why do you think that the board member elected in the special election will serve until 2024?

Can you please cite the relevant ed code?

Facts would be good here.

Thanks for helping me understand this. I honestly do not have any info... and am guessing that is the case for most on this group.

Sanjay

On Sun, Apr 11, 2021 at 10:35 AM Shahryar Rokni < shahryarrokni@hotmail.com> wrote:
> Dear Robin,
> Are you sure about the 14 months term? Are you sure that the elected board member in the special election will not serve the remainder of the vacant position (2024)?

> **From:** Robin Porter <robin.porter@lagolomita.com>
> **Sent:** Sunday, April 11, 2021 8:54 AM
> **To:** Talk 95033 <95033talk@groups.io>; Shahryar <shahryarrokni@hotmail.com>
> **Subject:** Re: [95033talk] The Board - who is this bad bad Board?

> Shahryar Rokni,

> Your 15 minutes are up. You filed for a special election that will cost around $200,000 to replace a board seat that will last only 14 or so months when 4 more boards seats are soon available. I was talking to my son about this. Out of the mouths of babes... he said:

> "Tell him to pay it back"

> You're a molecular biologist raking in the big bucks - so, if you care so much about our schools and what you have done,

> Pay it back!

> Shame, shame, shame,

> Best,

> — Robin

On Apr 11, 2021, at 7:52 AM, Shahryar Rokni < shahryarrokni@hotmail.com> wrote:

Dear Les, Thank you for your contribution to this discussion. You framed the concept of the board and its existence an entity, far better than I could ever.

In all of the discussions and criticism of the board, it has always been around their decisions, indecisions, and vision. It has never been about the individuals and personalities. I think Sanjay's  introduction of the board members to the community is valuable, in case people did not know them, but the assertion that it is about individuals is without merit. I certainly hope, regardless of how one might view the current line of discussions, we all do agree that the board is the elected body that we  entrust  to their hands short and long term management of our school district. As such, for anyone who takes on the challenge and join the board, they must accept the awesome responsibility that it carries. The burden of this responsibility is not diminished by the size of our school or the thankless nature of the position. The ability of the public to question and even criticize the decision and the outcome of their decisions is a fundamental cornerstone of democracy.  Please do not believe otherwise.

The board has been in charge of setting the vision and the course of executing that vision. The super is hired by the board to execute the day to day activities of that vision. When the school district sets a path under the direction of the board to deficit spend for years without even communicating the long term financial vision, it is appropriate to question their decision. When the board takes no action to even reach their soft targets of reserve and balanced budget, it is appropriate to question their decision, When the board puts a measure on the ballot and fails to elaborate  to the public why we are in the current dire financial situation and what is the long terms vision, it is appropriate to question their decision and even vote NO,

When a voter sees enough divergence from their own vision of school and the board, it is appropriate to lose trust in the board body as a whole and not trust their future decisions. And if enough people care and feel strongly about the misdirection of the school vision, it is appropriate to call for a special election for a seat that is meant to be elected by nature. What is hoped to be gained is changing the current path and bringing clarity and direction to our school district's future financial health. Now some might not feel any of that about the decisions of the board and they be willing to afford them complete trust. That is okay. This is how democracy works. Muffling the voice of the opposition is not part of democracy. The sad truth is that does not matter how one in this community looks at the board, it is an indisputable fact that we are in financial trouble and it is not because of one specific expense, it has been a long persistent decline.

_-_-_-_-_-_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112349) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_-_-_-_-_-_

## Re: [95033talk] Term of elected member

From:   sanjay k (sanj95033@gmail.com)

To:     95033talk@groups.io

Date:   Monday, April 12, 2021, 08:27 PM PDT

Just wanted to close this one out.

Mr. Rokni sent me a message from Tricia Webber, Santa Cruz County Clerk that stated that if there is a special election, then the term would end in 2024.

In parallel, I was sent messages that showed that the question was asked multiple times to the Santa Clara Registrar of voters. The answer from them was that the special election would only  elect someone to finish the now-2-year term held by the appointee. It didn't matter whether the appointee was retained or if there was a special election. Because the incumbent left in the first half of her term, the term was shortened to two years whether or not there was an appointment or a special election. "If a vacancy occurs in the first half of a term then it creates a short-term (2-year) until the next general election to fill the remainder of the 4-year term."

So, we have 2 interpretations of the law - which is, surprise surprise, somewhat subject to interpretation.

I contacted Ms. Webber today to get some clarification. She responded with, "I am not a lawyer, nor is my office able to give legal advice, we can only look at the code and make an interpretation.  As I indicated in my original email to David Kissner, which is what appears to be what you have included below, I would again advise checking with the district counsel to ensure they have the same or a different interpretation."  She also did clarify for me that Santa Clara has jurisdiction since the school district is under the Santa Clara County Board of Education.

We will find out the answer soon enough. As Mr. Rokni said, "This issue will self-resolve. If the petition is successful and special election is held, the term of the board member will be clearly highlighted in the ballot."

 If I was a betting man, I would say that the term will be through 2022.

IMO, even if the term was until 2024, spending hundreds of thousands of dollars to elect one person to the board when multiple positions are open next year doesn't seem prudent. Not how I would spend my money. But, that is probably only me.

Sanjay

On Sun, Apr 11, 2021 at 12:07 PM Shahryar <shahryarrokni@hotmail.com> wrote:
> The only reason I posed it in terms of a questions is because the board and school have indicated that even after the special election, the elected member will only serve until 2022. My understanding per code is different, as also supported by Santa Cruz County. I did encourage the school to make the correction, but maybe they truly believe it expires in 2022. This issue will self-resolve. If the petition is successful and special election is held, the term of the board member will be clearly highlighted in the ballot.
> https://leginfo.legislature.ca.gov/faces/codes_displaySection.xhtml?sectionNum=5091.&lawCode=EDC#:~:text=(c)%20(1)%20If,election%20to%20fill%20the%20vacancy.
> https://lavote.net/documents/election_guides/HOW_TO_FILL_A_VACANCY_SCH_DISTRICT_OFFICE.pdf

2014 HOW TO FILL A SCHOOL VACANCY A

HOW TO FILL A VACANCY Pursuant to Government Code Section § 1770 an office becomes vacant on the happening of any of the following events before the expiration

of the term: The death of the incumbent. Incumbent is adjudicated in a quo warranto

lavote.net

---

**From:** sanjay <sanj95033@gmail.com>
**Sent:** Sunday, April 11, 2021 11:40 AM
**To:** 95033Talk <95033talk@groups.io>; Shahryar <shahryarrokni@hotmail.com>
**Subject:** Term of elected member

Hello Sean-

My gut says that you are asking a leading question here; one that I am certain you have researched extensively. So, how about you enlighten us all - why do you think that the board member elected in the special election will serve until 2024?

Can you please cite the relevant ed code?

Facts would be good here.

Thanks for helping me understand this. I honestly do not have any info... and am guessing that is the case for most on this group.

Sanjay

On Sun, Apr 11, 2021 at 10:35 AM Shahryar Rokni < shahryarrokni@hotmail.com> wrote:
> Dear Robin,
> Are you sure about the 14 months term? Are you sure that the elected board member in the special election will
> not serve the remainder of the vacant position (2024)?

---

**From:** Robin Porter <robin.porter@lagolomita.com>
**Sent:** Sunday, April 11, 2021 8:54 AM
**To:** Talk 95033 <95033talk@groups.io>; Shahryar <shahryarrokni@hotmail.com>
**Subject:** Re: [95033talk] The Board - who is this bad bad Board?

Shahryar Rokni,

Your 15 minutes are up. You filed for a special election that will cost around $200,000 to replace a board seat that will last only 14 or so months when 4 more boards seats are soon available. I was talking to my son about this. Out of the mouths of babes... he said:

"Tell him to pay it back"

You're a molecular biologist raking in the big bucks - so, if you care so much about our schools and what you have done,

Pay it back!

Shame, shame, shame,

Best,

— Robin

On Apr 11, 2021, at 7:52 AM, Shahryar Rokni <shahryarrokni@hotmail.com> wrote:

Dear Les, Thank you for your contribution to this discussion. You framed the concept of the board and its existence an entity, far better than I could ever.

In all of the discussions and criticism of the board, it has always been around their decisions, indecisions, and vision. It has never been about the individuals and personalities. I think Sanjay's  introduction of the board members to the community is valuable, in case people did not know them, but the assertion that it is about individuals is without merit. I certainly hope, regardless of how one might view the current line of discussions, we all do agree that the board is the elected body that we  entrust  to their hands short and long term management of our school district. As such, for anyone who takes on the challenge and join the board, they must accept the awesome responsibility that it carries. The burden of this responsibility is not diminished by the size of our school or the thankless nature of the position. The ability of the public to question and even criticize the decision and the outcome of their decisions is a fundamental cornerstone of democracy.  Please do not believe otherwise.

The board has been in charge of setting the vision and the course of executing that vision. The super is hired by the board to execute the day to day activities of that vision. When the school district sets a path under the direction of the board to deficit spend for years without even communicating the long term financial vision, it is appropriate to question their decision. When the board takes no action to even reach their soft targets of reserve and balanced budget, it is appropriate to question their decision, When the board puts a measure on the ballot and fails to elaborate  to the public why we are in the current dire financial situation and what is the long terms vision, it is appropriate to question their decision and even vote NO.

When a voter sees enough divergence from their own vision of school and the board, it is appropriate to lose trust in the board body as a whole and not trust their future decisions. And if enough people care and feel strongly about the misdirection of the school vision, it is appropriate to call for a special election for a seat that is meant to be elected by nature. What is hoped to be gained is changing the current path and bringing clarity and direction to our school district's future financial health. Now some might not feel any of that about the decisions of the board and they be willing to afford them complete trust. That is okay. This is how democracy works. Muffling the voice of the opposition is not part of democracy. The sad truth is that does not matter how one in this community looks at the board, it is an indisputable fact that we are in financial trouble and it is not because of one specific expense, it has been a long persistent decline.

_._._._._._

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112382) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_._._._._._

## Re: [95033talk] Term of elected member

From:  sanjay k (sanj95033@gmail.com)

To:    95033talk@groups.io; nanettebarber@yahoo.com

Cc:    steveusoz@gmail.com

Date:  Tuesday, April 13, 2021, 12:41 PM PDT

I actually was not going to reply but now feel compelled to.

As Steve said - "If that is not the message but only one of comment, then it is a sound analysis and opinion from a moderator." My response is Thank you, Steve. Appreciate the compliment.

By the way, I will agree with what Nanette said - just because someone has legal rights is not a good reason to do things. Or not do things. I would love if someone can point out a statute that says that a moderator cannot suggest that someone seeking an election should not give up their legal rights. Or, even broader, the statute of what a moderator can and cannot do.  I'll wait. :-).

And before someone jumps on me for trolling... this is sarcasm, folks. Please chill.

Thanks,
Sanjay

On Tue, Apr 13, 2021 at 12:12 PM Nanette Barber via groups.io <nanettebarber=yahoo.com@groups.io> wrote:
  I'm sure Sanjay will answer later, but I felt I needed to jump in…

  Just because a person has a legal right to do something doesn't mean they should do that thing under any and all circumstances.

  You are looking at this very black-and-white. In this particular situation, the cons outweigh the pros via costing the school money when those same people can exercise their legal right to run in less than two years at no cost to the district. This is a case of common sense and decency, not a question of devaluing legal rights. Period.  Anybody with critical thinking skills and decency should be able to see this. Peace.

  -Nanette


        On Apr 13, 2021, at 7:43 AM, Stephen Usoz < steveusoz@gmail.com> wrote:



        Sanjay,

        Have read this post with interest. To clarify your last paragraph, you aren't suggesting that those seeking the election give up their legal right to so, are you? If that is not the message but only one of comment, then it is a sound analysis and opinion from a moderator.

        regards.


_,_._,_

Groups.io Links:

You receive all messages sent to this group.

<u>View/Reply Online (#112409)</u> | <u>Reply To Group</u> | <u>Reply To Sender</u> | <u>Mute This Topic</u> | <u>New Topic</u>

Moderator reminders:
Please read the FAQ! It is at <u>https://groups.io/g/95033talk/wiki/95033talk-FAQ</u>
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

<u>Your Subscription</u> | <u>Contact Group Owner</u> | <u>Unsubscribe</u> [Stacylynhall@yahoo.com]

_-_-_-_-_-_

# Re: [95033talk] Term of elected member

From:  Scott Green (scottgreen315@gmail.com)

To:    95033talk@groups.io; sanj95033@gmail.com

Date:  Wednesday, April 14, 2021, 07:06 AM PDT

Here is a likely possibility on how I see this playing out:
If a special election is granted at the cost of $200,000 or more, a candidate in support of this special election will face such opposition and scrutiny that the majority of voters will vote for the other person if they are already not voting for someone who is opposed to such special election as that person would most likely be a well-qualified candidate.

For a person(s) who runs and is in support of such special election, we would see anti-campaigns like we have never seen before, similar to national elections.

This special election would only replace the vacant seat until the next election in 2022, money we can't afford to spend. From Sanjay's research to date (Thank You Sanjay!), our district resides in the Santa Clara County jurisdiction and they seem to think it would be a 2 year term and the seat would then open up again in 2022. Even if it were a 4 year term, we have 3 seats open in 2022 anyway. This is a complete waste of money. Even if we had a surplus, it would not be financially responsible to spend such funds. If people are not happy with the current board, they have a perfect opportunity to have the ultimate voice and vote.

The group supporting a special election had a perfect opportunity to state their position and then state in interest of the district finances, they will support filling board seats in 2022. I think there would have been more reception to that and they would have had an excellent opportunity to see their supported candidates possibly elected.

As this point, the party punch bowl is tainted and if this process continues, it will just deter great candidates from running in the future. Really, who would want this job now that pays $0.00?

We now are going on two missed LPEF Golf tournaments and possibly 2 Galas. If we have to pay thousands or more for a special election, I can say it won't feel the same when I make 300 Chocolate covered strawberries at 4am the day of the golf tournament for my sponsor table to help enhance the experience of golfers when they come out to play and support. It's not the same feeling knowing money raised is going to pay a debt vs. continuing great programs, retain teachers and/or make additions to our schools.

It has been reported that factitious names have been used by posters of websites and email senders. This just discredits any messages and/information. Why not attach your name to it? So ad a result, it is meaningless.

I think the petition for a special election should be withdrawn and we move on. There is an open opportunity for new board members in 2022 should people feel there is a need for a change. More damage will be done now vs. waiting for the next election.

My opinion as a mountain resident of 53 years, business owner and a parent.


Scott Green


**From:** 95033talk@groups.io <95033talk@groups.io> **On Behalf Of** sanjay k
**Sent:** Monday, April 12, 2021 8:26 PM
**To:** 95033Talk <95033talk@groups.io>
**Subject:** Re: [95033talk] Term of elected member

Just wanted to close this one out.

Mr. Rokni sent me a message from Tricia Webber, Santa Cruz County Clerk that stated that if there is a special election, then the term would end in 2024.

In parallel, I was sent messages that showed that the question was asked multiple times to the Santa Clara Registrar of voters. The answer from them was that the special election would only  elect someone to finish the now-2-year term held by the appointee. It didn't matter whether the appointee was retained or if there was a special election. Because the incumbent left in the first half of her term, the term was shortened to two years whether or not there was an appointment or a special election. "If a vacancy occurs in the first half of a term then it creates a short-term (2-year) until the next general election to fill the remainder of the 4-year term."

So, we have 2 interpretations of the law - which is, surprise surprise, somewhat subject to interpretation.

I contacted Ms. Webber today to get some clarification. She responded with, "I am not a lawyer, nor is my office able to give legal advice, we can only look at the code and make an interpretation.  As I indicated in my original email to David Kissner, which is what appears to be what you have included below, I would again advise checking with the district counsel to ensure they have the same or a different interpretation."  She also did clarify for me that Santa Clara has jurisdiction since the school district is under the Santa Clara County Board of Education.

We will find out the answer soon enough. As Mr. Rokni said, "This issue will self-resolve. If the petition is successful and special election is held, the term of the board member will be clearly highlighted in the ballot."

 If I was a betting man, I would say that the term will be through 2022.

IMO, even if the term was until 2024, spending hundreds of thousands of dollars to elect one person to the board when multiple positions are open next year doesn't seem prudent. Not how I would spend my money. But, that is probably only me.

Sanjay

On Sun, Apr 11, 2021 at 12:07 PM Shahryar <shahryarrokni@hotmail.com> wrote:

The only reason I posed it in terms of a questions is because the board and school have indicated that even after the special election, the elected member will only serve until 2022. My understanding per code is different, as also supported by Santa Cruz County. I did encourage the school to make the correction, but maybe they truly believe it expires in 2022. This issue will self-resolve. If the petition is successful and special election is held, the term of the board member will be clearly highlighted in the ballot.

https://leginfo.legislature.ca.gov/faces/codes_displaySection.xhtml?sectionNum=5091,&lawCode=EDC#:~:text=(c)%20(1)%20If,election%20to%20fill%20the%20vacancy.

https://lavote.net/documents/election_guides/HOW_TO_FILL_A_VACANCY_SCH_DISTRICT_OFFICE.pdf

## 2014 HOW TO FILL A SCHOOL VACANCY A

HOW TO FILL A VACANCY Pursuant to Government Code Section § 1770 an office becomes vacant on the happening of any of the following events before the expiration of the term: The death of the incumbent. Incumbent is adjudicated in a quo warrantor proceeding to be physically or mentally

lavote.net

---

**From:** sanjay <sanj95033@gmail.com>
**Sent:** Sunday, April 11, 2021 11:40 AM
**To:** 95033Talk <95033talk@groups.io>; Shahryar <shahryarrokni@hotmail.com>
**Subject:** Term of elected member

Hello Sean-

My gut says that you are asking a leading question here; one that I am certain you have researched extensively. So, how about you enlighten us all - why do you think that the board member elected in the special election will serve until 2024?

Can you please cite the relevant ed code?

Facts would be good here.

Thanks for helping me understand this. I honestly do not have any info... and am guessing that is the case for most on this group.

Sanjay

On Sun, Apr 11, 2021 at 10:35 AM Shahryar Rokni <shahryarrokni@hotmail.com> wrote:

> Dear Robin,
>
> Are you sure about the 14 months term? Are you sure that the elected board member in the special election will not serve the remainder of the vacant position (2024)?

**From:** Robin Porter <robin.porter@lagolomita.com>
**Sent:** Sunday, April 11, 2021 8:54 AM
**To:** Talk 95033 <95033talk@groups.io>; Shahryar <shahryarrokni@hotmail.com>
**Subject:** Re: [95033talk] The Board - who is this bad bad Board?


Shahryar Rokni,


Your 15 minutes are up. You filed for a special election that will cost around $200,000 to replace a board seat that will last only 14 or so months when 4 more boards seats are soon available. I was talking to my son about this. Out of the mouths of babes... he said:


"Tell him to pay it back"


You're a molecular biologist raking in the big bucks - so, if you care so much about our schools and what you have done,


Pay it back!


Shame, shame, shame,


Best,


— Robin




On Apr 11, 2021, at 7:52 AM, Shahyar Rokni < shahryarrokni@hotmail.com> wrote:


Dear Les, Thank you for your contribution to this discussion. You framed the concept of the board and its existence an entity, far better than I could ever.
In all of the discussions and criticism of the board, it has always been around their decisions, indecisions, and vision. It has never been about the individuals and personalities. I think Sanjay's  introduction of the board members to the community is valuable, in case people did not know them, but the assertion that it is about individuals is without merit. I certainly hope, regardless of how one might view the current line of discussions, we all do agree that the board is the elected body that we  entrust  to their hands short and long term management of our school district. As such, for anyone who takes on the challenge and join the board, they must accept the awesome responsibility that it carries. The burden of this responsibility is not diminished by the size of our school or the thankless nature of the position. The ability of the public to question and even criticize the decision and the outcome of their decisions is a fundamental cornerstone of democracy.  Please do not believe otherwise. The board has been in charge of setting the vision and the course of executing that vision. The super is hired by the board to execute the day to day activities of that vision. When the school district sets a path under the

direction of the board to deficit spend for years without even communicating the long term financial vision, it is appropriate to question their decision. When the board takes no action to even reach their soft targets of reserve and balanced budget, it is appropriate to question their decision, When the board puts a measure on the ballot and fails to elaborate to the public why we are in the current dire financial situation and what is the long terms vision, it is appropriate to question their decision and even vote NO.

When a voter sees enough divergence from their own vision of school and the board, it is appropriate to lose trust in the board body as a whole and not trust their future decisions. And if enough people care and feel strongly about the misdirection of the school vision, it is appropriate to call for a special election for a seat that is meant to be elected by nature. What is hoped to be gained is changing the current path and bringing clarity and direction to our school district's future financial health. Now some might not feel any of that about the decisions of the board and they be willing to afford them complete trust. That is okay. This is how democracy works. Muffling the voice of the opposition is not part of democracy. The sad truth is that does not matter how one in this community looks at the board, it is an indisputable fact that we are in financial trouble and it is not because of one specific expense, it has been a long persistent decline.

_-_-_-_-_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112440) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_-_-_-_-_

## Re: [95033talk] Term of elected member

From:  Stephen Usoz (steveusoz@gmail.com)

To:    95033talk@groups.io; sanj95033@gmail.com

Date:  Tuesday, April 13, 2021, 07:43 AM PDT

Sanjay,

Have read this post with interest. To clarify your last paragraph, you aren't suggesting that those seeking the election give up their legal right to so, are you? If that is not the message but only one of comment, then it is a sound analysis and opinion from a moderator.

regards.

_-_-_-_-_-

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112389) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_-_-_-_-_-

Re: [95033talk] Term of elected member

From:   Stephen Usoz (steveusoz@gmail.com)

To:     robin.porter@lagolomita.com; 95033talk@groups.io

Date:   Tuesday, April 13, 2021, 10:14 AM PDT

Robin,

We both know that they have a legal right to start a petition. Thank you for solidifying that understanding. It is important to ensure that there is no bad information disseminated on this list no matter what their relationship to the group.

You also realize that there is no current statute requiring the persons starting a petition to "Pay it back." (At least to my understanding on this type of petition). Not sure why you would suggest that they have to do that. If you different information on this reimbursement position please share so that we all can be aware of the ramifications when starting a petition?

Best regards.

Sent from Mail for Windows 10

---

**From:** Robin Porter
**Sent:** Tuesday, April 13, 2021 9:51 AM
**To:** 95033talk@groups.io; steveusoz@gmail.com
**Subject:** Re: [95033talk] Term of elected member

I'm not Sanjay but I can answer your question from my point of view.

Everyone has the legal right to start a petition, stand with a clipboard in front of the Summit Store and ask people to sign it. For whatever your cause. It's a great part of being an American. But with great power comes great responsibility.

What if some idiot did this every year? For really just sour grapes or some self serving fun of meeting people at the Summit Store? It's his right. But it's also our right to call FOUL. It's our right to use our voices to say "that was a really stupid, terrible thing you did, so stop. Pay it back."

Best,

—Robin

On Apr 13, 2021, at 7:40 AM, Stephen Usoz < steveusoz@gmail.com> wrote:


Sanjay,


Have read this post with interest. To clarify your last paragraph, you aren't suggesting that those seeking the election give up their legal right to so, are you? If that is not the message but only one of comment, then it is a sound analysis and opinion from a moderator.


regards.


_._._._._

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112394) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_._._._._

 44D86CA7E91B4D22957A123B23B3AEC9.png
151B

BADD64F22C544CC4AAC54E03CE5D7EA7.png
311B

# Re: [95033talk] Term of elected member

| | |
|---|---|
| From: | Sue (yland@juno.com) |
| To: | steveusoz@gmail.com; 95033talk@groups.io |
| Date: | Tuesday, April 13, 2021, 07:58 AM PDT |

It makes me wonder ... since I have only seen one person commenting on behalf of this special election.

How many people casually signed this petition without understanding the implications?

Did it narrowly meet the required signatures? Were the signatures audited?

Is there any venue for people to 'rescind' their signature? A petition to void a petition?

_-_-_-_-_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112391) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_-_-_-_-_

## Re: [95033talk] Term of elected member

From: Tiffaney Gallup (tiff@simplyremarkable.com)

To: scottgreen315@gmail.com; 95033talk@groups.io

Date: Wednesday, April 14, 2021, 10:43 AM PDT

Hi Scott,

Completely agree and wish those who wanted change on the board would have chosen a less expensive...and less divisive path.   If withdrawing the petition is a possibility - I join you in your plea  (my begging) for it to be withdrawn.

Short of that - you are correct that the majority will speak out against this at the ballot box in support of Charlotte Khandelwal who, I'm told, WILL run in the special election to rightfully reclaim her seat and right this horrible wrong not only to her - but to our whole community.

LPEF will not pay for (or raise money for) the special election.  LPEF grants are allocated specifically for programs and positions.

So - get making those yummy strawberries - because until we have a new parcel tax - we're going to need our whole communities support for programs and positions!

Tiffaney

_-_-_-_-_-_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112452) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_-_-_-_-_-_

## Re: [95033talk] Term of elected member

From: Wayne Heimsoth via groups.io (wheimsoth=aol.com@groups.io)

To: julielane2002@gmail.com; 95033talk@groups.io; scottgreen315@gmail.com

Cc: sanj95033@gmail.com

Date: Thursday, April 15, 2021, 10:24 AM PDT

That might not save the cost of the election. The county would still have to print it in the ballet (for write ins) even though no one filed, I believe

Think positive, test negative
Wayne

I finally got eight hours of sleep. It took me three days, but whatever.

In a message dated 4/14/2021 11:37:57 AM Pacific Standard Time, julielane2002@gmail.com writes:

> Scott - If the petition is NOT withdrawn, but no candidates submit their application, does the appointed seat remain intact until the next election in 2022? My hope is that NOBODY submits to run and we can have the qualified candidate that was appointed and save the $200K-$600K and the petition was a waste of time for those that completed it.
>
> thx..j
>
> On Wed, Apr 14, 2021 at 7:05 AM Scott Green <Scottgreen315@gmail.com> wrote:
>
>> Here is a likely possibility on how I see this playing out:
>> If a special election is granted at the cost of $200,000 or more, a candidate in support of this special election will face such opposition and scrutiny that the majority of voters will vote for the other person if they are already not voting for someone who is opposed to such special election as that person would most likely be a well-qualified candidate.
>>
>> For a person(s) who runs and is in support of such special election, we would see anti-campaigns like we have never seen before, similar to national elections.
>>
>> This special election would only replace the vacant seat until the next election in 2022, money we can't afford to spend. From Sanjay's research to date (Thank You Sanjay!), our district resides in the Santa Clara County jurisdiction and they seem to think it would be a 2 year term and the seat would then open up again in 2022. Even if it were a 4 year term, we have 3 seats open in 2022 anyway. This is a complete waste of money. Even if we had a surplus, it would not be financially responsible to spend such funds. If people are not happy with the current board, they have a perfect opportunity to have the ultimate voice and vote.
>>
>> The group supporting a special election had a perfect opportunity to state their position and then state in interest of the district finances, they will support filling board seats in 2022. I think there would have been more reception to that and they would have had an excellent opportunity to see their supported candidates possibly elected.
>>
>> As this point, the party punch bowl is tainted and if this process continues, it will just deter great candidates from running in the future. Really, who would want this job now that pays $0.00?
>>
>> We now are going on two missed LPEF Golf tournaments and possibly 2 Galas. If we have to pay thousands or more for a special election, I can say it won't feel the same when I make 300 Chocolate

covered strawberries at 4am the day of the golf tournament for my sponsor table to help enhance the experience of golfers when they come out to play and support. It's not the same feeling knowing money raised is going to pay a debt vs. continuing great programs, retain teachers and/or make additions to our schools.

It has been reported that factitious names have been used by posters of websites and email senders. This just discredits any messages and/information. Why not attach your name to it? So ad a result, it is meaningless.

I think the petition for a special election should be withdrawn and we move on. There is an open opportunity for new board members in 2022 should people feel there is a need for a change. More damage will be done now vs. waiting for the next election.

My opinion as a mountain resident of 53 years, business owner and a parent.


Scott Green


---

**From:** 95033talk@groups.io <95033talk@groups.io> **On Behalf Of** sanjay k
**Sent:** Monday, April 12, 2021 8:26 PM
**To:** 95033Talk <95033talk@groups.io>
**Subject:** Re: [95033talk] Term of elected member


Just wanted to close this one out.


Mr. Rokni sent me a message from Tricia Webber, Santa Cruz County Clerk that stated that if there is a special election, then the term would end in 2024.


In parallel, I was sent messages that showed that the question was asked multiple times to the Santa Clara Registrar of voters. The answer from them was that the special election would only  elect someone to finish the now-2-year term held by the appointee. It didn't matter whether the appointee was retained or if there was a special election. Because the incumbent left in the first half of her term, the term was shortened to two years whether or not there was an appointment or a special election. "If a vacancy occurs in the first half of a term then it creates a short-term (2-year) until the next general election to fill the remainder of the 4-year term."


So, we have 2 interpretations of the law - which is, surprise surprise, somewhat subject to interpretation.


I contacted Ms. Webber today to get some clarification. She responded with, "I am not a lawyer, nor is my office able to give legal advice, we can only look at the code and make an interpretation.  As I indicated in my original email to David Kissner, which is what appears to be what you have included below, I would again advise checking with the district counsel to ensure they have the same or a different interpretation."  She also did clarify for me that Santa Clara has jurisdiction since the school district is under the Santa Clara County Board of Education.

We will find out the answer soon enough. As Mr. Rokni said, "This issue will self-resolve. If the petition is successful and special election is held, the term of the board member will be clearly highlighted in the ballot."

If I was a betting man, I would say that the term will be through 2022.

IMO, even if the term was until 2024, spending hundreds of thousands of dollars to elect one person to the board when multiple positions are open next year doesn't seem prudent. Not how I would spend my money. But, that is probably only me.

Sanjay

On Sun, Apr 11, 2021 at 12:07 PM Shahryar <shahryarrokni@hotmail.com> wrote:

The only reason I posed it in terms of a questions is because the board and school have indicated that even after the special election, the elected member will only serve until 2022. My understanding per code is different, as also supported by Santa Cruz County. I did encourage the school to make the correction, but maybe they truly believe it expires in 2022. This issue will self-resolve. If the petition is successful and special election is held, the term of the board member will be clearly highlighted in the ballot.

https://leginfo.legislature.ca.gov/faces/codes_displaySection.xhtml?sectionNum=5091.&lawCode=EDC#:~:text=(c)%20(1)%20If,election%20to%20fill%20the%20vacancy.

https://lavote.net/documents/election_guides/HOW_TO_FILL_A_VACANCY_SCH_DISTRICT_OFFICE.pdf

> 2014 HOW TO FILL A SCHOOL VACANCY A
>
> HOW TO FILL A VACANCY Pursuant to Government Code Section § 1770 an office becomes vacant on the happening of any of the following events before the expiration of the term: The death of the incumbent. Incumbent is adjudicated in a quo warrantor proceeding to be physically or mentally
>
> lavote.net

**From:** sanjay <sanj95033@gmail.com>
**Sent:** Sunday, April 11, 2021 11:40 AM
**To:** 95033Talk <95033talk@groups.io>; Shahryar <shahryarrokni@hotmail.com>
**Subject:** Term of elected member

Hello Sean-

My gut says that you are asking a leading question here; one that I am certain you have researched extensively. So, how about you enlighten us all - why do you think that the board member elected in the special election will serve until 2024?

Can you please cite the relevant ed code?

Facts would be good here.

Thanks for helping me understand this. I honestly do not have any info... and am guessing that is the case for most on this group.

Sanjay

On Sun, Apr 11, 2021 at 10:35 AM Shahryar Rokni < shahryarrokni@hotmail.com> wrote:

> Dear Robin,
>
> Are you sure about the 14 months term? Are you sure that the elected board member in the special election will not serve the remainder of the vacant position (2024)?

---

**From:** Robin Porter <robin.porter@lagolomita.com>
**Sent:** Sunday, April 11, 2021 8:54 AM
**To:** Talk 95033 <95033talk@groups.io>; Shahryar <shahryarrokni@hotmail.com>
**Subject:** Re: [95033talk] The Board - who is this bad bad Board?

Shahryar Rokni,

Your 15 minutes are up. You filed for a special election that will cost around $200,000 to replace a board seat that will last only 14 or so months when 4 more boards seats are soon available. I was talking to my son about this. Out of the mouths of babes... he said:

"Tell him to pay it back"

You're a molecular biologist raking in the big bucks - so, if you care so much about our schools and what you have done,

Pay it back!


Shame, shame, shame,


Best,


— Robin




On Apr 11, 2021, at 7:52 AM, Shahryar Rokni <shahryarrokni@hotmail.com> wrote:


Dear Les, Thank you for your contribution to this discussion. You framed the concept of the board and its existence an entity, far better than I could ever.
In all of the discussions and criticism of the board, it has always been around their decisions, indecisions, and vision. It has never been about the individuals and personalities. I think Sanjay's introduction of the board members to the community is valuable, in case people did not know them, but the assertion that it is about individuals is without merit. I certainly hope, regardless of how one might view the current line of discussions, we all do agree that the board is the elected body that we entrust  to their hands short and long term management of our school district. As such, for anyone who takes on the challenge and join the board, they must accept the awesome responsibility that it carries. The burden of this responsibility is not diminished by the size of our school or the thankless nature of the position. The ability of the public to question and even criticize the decision and the outcome of their decisions is a fundamental cornerstone of democracy.  Please do not believe otherwise.
The board has been in charge of setting the vision and the course of executing that vision. The super is hired by the board to execute the day to day activities of that vision. When the school district sets a path under the direction of the board to deficit spend for years without even communicating the long term financial vision, it is appropriate to question their decision. When the board takes no action to even reach their soft targets of reserve and balanced budget, it is appropriate to question their decision, When the board puts a measure on the ballot and fails to elaborate  to the public why we are in the current dire financial situation and what is the long terms vision, it is appropriate to question their decision and even vote NO.
When a voter sees enough divergence from their own vision of school and the board, it is appropriate to lose trust in the board body as a whole and not trust their future decisions. And if enough people care and feel strongly about the misdirection of the school vision, it is appropriate to call for a special election for a seat that is meant to be elected by nature. What is hoped to be gained is changing the current path and bringing clarity and direction to our school district's future financial health. Now some might not feel any of that about the decisions of the board and they be willing to afford them complete trust. That is okay. This is how democracy works. Muffling the voice of the opposition is not part of democracy. The sad truth is that does not matter how one in this community looks at the board, it is an indisputable fact that we are in financial trouble and it is not because of one specific expense, it has been a long persistent decline.

_._._._._.

---

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112499) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_._._._._._

## Re: [95033talk] Term of elected member

From: julielane2002 (julielane2002@gmail.com)

To: 95033talk@groups.io; shahryarrokni@hotmail.com

Cc: wheimsoth@aol.com

Date: Thursday, April 15, 2021, 12:33 PM PDT

The amount of money that Santa Clara County charges for a special election is absurd.  But I take offense to you using that as if it's a shiny object you are holding up to distract us from the fact that you have filed the petition for a special election in the first place.  Our democratic process of having elected officials follow a detailed process and ultimately appoint in lieu of an election is still a satisfactory way to fill a seat.  I don't care if Santa Clara County charged us $5,000.  It's still a waste of money.  Your candidate of choice didn't win in November, didn't get appointed in March, and if you endorse a person in a special election, will likely not win.

If your petition does force a special election, I hope nobody files and the appointment process, which is satisfactory, fills the seat until the next election.

On Thu, Apr 15, 2021 at 11:42 AM Shahryar Rokni < shahryarrokni@hotmail.com > wrote:
> The following is my understanding:
> If and when the petition signatures are validated and all requirements are met:
> School district is instructed to plan for a special election.
> Appointed board membership is invalidated.
> If no one submits an application: Election is cancelled. Failure to elect. Board will go through the process of appointment.
> If one person submits an application: Election cancelled. Appoint in-lieu of election. The sole candidate will be seated.
> If two or more candidates submit an application, then we shall have an election.
> In case of cancelled election, No ballot would have been printed. The cost will be limited to both counties incurred cost up to that time. School has plenty of data in regards to this cost with our previous cancelled elections. The cost is fairly limited.
> In my opinion, the main point of concern should be the cost of election, not the fact that we are following the democratic process of asking for an elected position to be elected.
> The cost from Santa cruz county is fairly reasonable. For 80% of the voting block they will charge less than $20K.
> The cost from Santa Clara county for 20% of the voting block is communicated to us to be around $180K.
> The travesty is the Santa Clara charge that promotes voter suppression. As we see on this board, we promote no election because of the cost.
> As it was mentioned by one Lakeside X-board member, the actual cost can be negotiated to 50% of the projected cost. Even then it is still unreasonable.
> I for one, rather than take away the right to vote from the community, plan to highlight the anti democratic practices of the Santa Clara county and try to influence change in their cost structure.
> Our school district will also have power in negotiations with the counties.

_·_·_·_·_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112505) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_._,_._,_._

Re: [95033talk] The Board - who is this bad bad Board?

From: dan dale (danieldale95033@gmail.com)

To: 95033talk@groups.io

Date: Sunday, April 11, 2021, 10:52 AM PDT

People like me are moving to this area and the school system is one of the reasons. Loma Prieta School District has a fantastic reputation. Over the past many years, the school administration has focused on many many things to make this a stronger school. They have not always been perfect. But the results speak for themselves. Ask the students.

It is a falsehood, spoken without any proof, that the school district is declining. In fact, the opposite can be argued. People with an agenda and an axe to grind will beat their drum. Some people have a unique ability to spin things. Just because Sean Spicer said that the inauguration had the largest crowd in history did not make it so. Same applies to our own Sean.

This school district is highly ranked. It has a great reputation. Fantastic teachers. The administration and the board have shown good leadership and stewardship in the face of great adversity. It has been doing good for a while and with the support of the community, it will continue to get better.

On Sun, Apr 11, 2021 at 8:54 AM Robin Porter < robin.porter@lagolomita.com> wrote:
> Shahryar Rokni,
>
> Your 15 minutes are up. You filed for a special election that will cost around $200,000 to replace a board seat that will last only 14 or so months when 4 more boards seats are soon available. I was talking to my son about this. Out of the mouths of babes… he said:
>
> "Tell him to pay it back"
>
> You're a molecular biologist raking in the big bucks - so, if you care so much about our schools and what you have done,
>
> Pay it back!
>
> Shame, shame, shame,
>
> Best,
>
> — Robin
>
>
>
> On Apr 11, 2021, at 7:52 AM, Shahryar Rokni < shahryarrokni@hotmail.com> wrote:
>
> Dear Les, Thank you for your contribution to this discussion. You framed the concept of the board and its existence an entity, far better than I could ever.
> In all of the discussions and criticism of the board, it has always been around their decisions, indecisions, and vision. It has never been about the individuals and personalities. I think Sanjay's introduction of the board members to the community is valuable, in case people did not know them, but the assertion that it is about individuals is without merit. I certainly hope, regardless of how one might view the current line of discussions, we all do agree that the board is the elected body that we entrust to their hands short and long term management of our school district. As such, for anyone who takes on the challenge and join the board, they must accept the awesome responsibility that it carries. The burden of this responsibility is not diminished by the size of our school or the thankless nature of the position. The ability of the public to question and even criticize the decision and the outcome of their decisions is a fundamental cornerstone of democracy. Please do not believe otherwise.

The board has been in charge of setting the vision and the course of executing that vision. The super is hired by the board to execute the day to day activities of that vision. When the school district sets a path under the direction of the board to deficit spend for years without even communicating the long term financial vision, it is appropriate to question their decision. When the board takes no action to even reach their soft targets of reserve and balanced budget, it is appropriate to question their decision, When the board puts a measure on the ballot and fails to elaborate  to the public why we are in the current dire financial situation and what is the long terms vision, it is appropriate to question their decision and even vote NO.

When a voter sees enough divergence from their own vision of school and the board, it is appropriate to lose trust in the board body as a whole and not trust their future decisions. And if enough people care and feel strongly about the misdirection of the school vision, it is appropriate to call for a special election for a seat that is meant to be elected by nature. What is hoped to be gained is changing the current path and bringing clarity and direction to our school district's future financial health. Now some might not feel any of that about the decisions of the board and they be willing to afford them complete trust. That is okay. This is how democracy works. Muffling the voice of the opposition is not part of democracy. The sad truth is that does not matter how one in this community looks at the board, it is an indisputable fact that we are in financial trouble and it is not because of one specific expense, it has been a long persistent decline.

_-_-_-_-_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112348) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_-_-_-_-_

Re: [95033talk] The Board - who is this bad bad Board?

From: dan dale (danieldale95033@gmail.com)

To: 95033talk@groups.io

Date: Sunday, April 11, 2021, 06:02 PM PDT

StopTheStealLoma
The links that were provided show that the school is being transparent and accountable. Let us debunk that falsehood that is being spread.
The School Board is transparent, accountable and has integrity.
The information in the links, and the financials, show that the budgets are being managed.
The disclosure statements are what has to be put out there. In my job I have read multiple disclosure statements. Suggest Spicer and others read those of other districts. Read the disclosures in the Palo Alto District statements. That is also a Basic Aide district. https://www.pausd.org/about-us/funding/budget-book-fiscal-facts If you are an investor, you may know that all companies that go public have disclosure statements. If you took them for their word, you would never invest. This is what is called a Nothingburger. https://www.dictionary.com/browse/nothingburger

Read the Follow The Money thread again. Sean Spicer is proving the point made. He does love the limelight and will post and post and post. Anything to stay in the limelight. 15 minutes in the sun and he is loving it. David Kissner now seems to be the puppetmaster and chief arsonist. The only person in the LPTA group and he is doing a good job operating in the shadows. The person who makes up and sends out emails under various names and emails like Robert H and Jennifer. David also has moved out of the area already, per the information shared by him in the LPTA emails. So, he doesn't care if he burns it all down on his way out. 🤛

We recently moved up here and this community seems to be in the throws of a war between people who want to burn it all down and people who want to save the schools and community. The community destroyers and the community builders. In the destroyer camp is David Kissner and his spokesperson, Sean (spicer) Rokni. In the builders camp are people like Robin, Tiffaney, Azadeh, Larry, Barry and dozens and dozens more. Larry and Azadeh and Robin and Tiffaney and others all have reputations up here. Unless people on this list tell me otherwise, they are good people and good reputations. Sean Spicer has a reputation and so does Kissner. Sean was asked multiple times today about his motivation. He has no reply. Is it because as has been pointed out, he and Kissner just want to burn it all down? Throw out misinformation and see what sticks and say it over and over again. Without proof. Convince me otherwise.

It has also been pointed out that the reason they want someone on the board is to get insider information which will help David in his lawsuit and settlement and retirement plan. Rokni gets a cut. That alone is worth spending someone else's money. 💪

Who should we believe? Such a hard hard choice. 🤔 Surely the vast majority of people here believe that the builder group is bad and nefarious.

Another question for the group is whether someone here is a webmaster. I am thinking we need a StopTheStealLoma website. Post the factual information and counteract the LPTA / Kissner / Rokni misinformation.

On Sun, Apr 11, 2021 at 2:43 PM Larry McVoy <lm@mcvoy.com> wrote:
> Azadeh is pretty well liked, I know her, she puts up with me at parties,
> what's not to like?
>
> What to know how you get not well liked? Forcing a special election that
> will cost at least $200,000 for a 1 year school board seat. That will
> not win you any friends.
>
> On Sun, Apr 11, 2021 at 09:27:30PM +0000, Shahryar Rokni wrote:

Dear Azadeh

Thank you for posting another well thought out and intellectually provocative email from our very own self proclaimed community leader. I am afraid I have to live by the decency clause of the site and not get down to your level. Enjoy.

_-_-_-_-_-

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112365) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_-_-_-_-_-

## Re: [95033talk] The Board - who is this bad bad Board?

From: Azadeh via groups.io (azzalu=yahoo.com@groups.io)

To: 95033talk@groups.io

Date: Sunday, April 11, 2021, 01:43 PM PDT

Mr. Rokni,

God said "Love thy Neighbor" – can you please move, but leave your lovely wife, children & in-laws? We love them deeply.

It's either avoid the question and go into cricket mode because you got nothing, you never had anything real anyhow... :)

When there is a "response", I think something's wrong with your mic – because all we hear is "blah blah blah", gaslighting an entire community, cut and pasting cherry picked data or mansplaining (mia culpa Sanjay, mia culpa)


================================================================================ ====

Neighbors,

As Dan Dale said (WELCOME to the magical Mnt btw, I promise we are as you describe... mostly), we are so much better than this.

If any of you are as OVER this B.S. as most of us are... PLEASE JOIN US.... in our effort to show them what this Mnt is really made of, we stick together and together we can help by _donating to the KEEP campaign to Save Our Schools, S.O.S._ (https://www.lpef.org/donate)

Can't or don't want to donate, that's cool too... This is a marathon, not a sprint. When this special election rolls around and the next scheduled one that will seat 4 new members of the board... please do vote.

Make sure you know the candidates, their motives, intentions and affiliations... then VOTE. Even better... apply to sit on the board if you so desire and are willing to impact change. I admire, respect and am forever grateful to those brave, self sacrificing and smart enough to have ever sat on, sit or will sit on our school board. Thank you for your service.

DO NOT empower this passing through beast... We might feel at their mercy (and GOD KNOWS annoyed at the spam of utter hypocritical none-sense), but that's an illusion they created and feed off of at an attempt to make us question our realities (yup, gaslighting at its finest).

It's time we remember who WE are as a Mnt and stop letting these people have power over our minds and hearts. We've got to shut this down and take back control. We will. Through our vote, pocket books and staying focused on our True North, these kids, teacher and community.

Much Love to all... but a few... ;-P

Azadeh


On Sunday, April 11, 2021, 01:04:30 PM PDT, Barry via groups.io <laguna_b1=yahoo.com@groups.io> wrote:

@Shahryar - If the school finances are declining can you explain how sucking up $200k for a special election will help this.....especially give that the MOST votes you MIGHT get would be ONE of 5. I have been waiting for this answer for a while. The only thing I can see is another $200k deficit. That is a SURE thing.

On Sunday, April 11, 2021, 12:16:29 PM PDT, Shahryar Rokni <shahryarrokni@hotmail.com> wrote:


Dan,
My reference was to financial decline as it is clearly communicated by the school in every budget disclosure since at least 2017. No falsehood intended or communicated. Please review the disclosures for yourself without any undue influence.
https://www.loma.k12.ca.us/Page/110?
fbclid=IwAR1E7U09SitAMRIzwbV8e3PrlrRPNbPHIKIC98M9DManb0vnN2PkxBI16ko

_-_-_-_-_-_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112358) | Reply To Group | Reply To Sender | Mute This Topic | New Topic


Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_-_-_-_-_-_

## [95033talk] Moderator message: the school emails

From: sanjay k (sanj95033@gmail.com)

To: 95033talk@groups.io

Date: Friday, April 16, 2021, 01:26 PM PDT

All-

I have been contacted off-line by more than a few people about the recent flurry of posts about the school board, special election, Mr. Kissner, LPTA etc.

As I have told almost every one of them, and most of them have acknowledged, people who know me and have seen me on this board for the last 10 years, should know that if it was up to me, the topic would have been shut down long ago.

Here is what one person said:

> I really think that in almost any other situation, you would've shut the thread down long ago. (And I would've said it was too soon.)

Yup.

Now, I have been talking to many people (yes, in the middle of a work day and yes, it is a busy work day and yes, I do work) - via email, texts and even a couple of calls. Still not sure what to do.

The reason I haven't shut it down is that I don't want to be accused of stifling discussion on an important local topic. I can just see the emails on this list about that. That said, I feel like a few people are engaging in combat and the rest of us are watching helplessly. Some of us even feel like hostages. :-)

That does not mean that we are not doing anything. I am trying to figure it out. This is not easy.

I will also take this opportunity to let people know that I personally have contacted people who crossed the line over the last few weeks and told them that this is not ok. Warnings have been issued. I have receipts, as they say, if anyone does not believe me. The moderators have done this for years - we contact people when people cross the line and remind them of the rules. Civility. Empathy. Respect.

This is emotional for many. For many others, this is not what we live for. If anyone wants to start a groups.io discussion group called LomaPrietaSchoolComplaints or something like that, please contact me. Happy to help you set it up.

TL;DR: Not sure yet of what to do (yet). Feel free to send me a message with your thoughts. That said, close to the line on shutting down political and emotionally charged discussions. Gotta keep focus on facts and educating people. Not on riling people up (which some members seem loathe to do).

Thanks,
Sanjay

_._,_._,_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112576) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

---

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_·_·_·_·_

## Re: [95033talk] Moderator message: the school emails

From: Nell Griscom (griscom.nell@gmail.com)

To: 95033talk@groups.io; sarahpuckett@gmail.com

Cc: sanj95033@gmail.com

Date: Friday, April 16, 2021, 01:52 PM PDT

Thank you, Sanjay. We appreciate you.
Nell

On Fri, Apr 16, 2021 at 1:42 PM Sarah Puckett <Sarahpuckett@gmail.com> wrote:
Thank you for taking time out of your busy day for your insight.

Regards,

Sarah Puckett

On Fri, Apr 16, 2021, 1:26 PM sanjay k <sanj95033@gmail.com> wrote:
All-

I have been contacted off-line by more than a few people about the recent flurry of posts about the school board, special election, Mr. Kissner, LPTA etc.

As I have told almost every one of them, and most of them have acknowledged, people who know me and have seen me on this board for the last 10 years, should know that if it was up to me, the topic would have been shut down long ago.

Here is what one person said:
I really think that in almost any other situation, you would've shut the thread down long ago. (And I would've said it was too soon.)
Yup.

Now, I have been talking to many people (yes, in the middle of a work day and yes, it is a busy work day and yes, I do work) - via email, texts and even a couple of calls. Still not sure what to do.

The reason I haven't shut it down is that I don't want to be accused of stifling discussion on an important local topic. I can just see the emails on this list about that. That said, I feel like a few people are engaging in combat and the rest of us are watching helplessly. Some of us even feel like hostages. :-)

That does not mean that we are not doing anything. I am trying to figure it out. This is not easy.

I will also take this opportunity to let people know that I personally have contacted people who crossed the line over the last few weeks and told them that this is not ok. Warnings have been issued. I have receipts, as they say, if anyone does not believe me. The moderators have done this for years - we contact people when people cross the line and remind them of the rules. Civility. Empathy. Respect.

This is emotional for many. For many others, this is not what we live for. If anyone wants to start a groups.io discussion group called LomaPrietaSchoolComplaints or something like that, please contact me. Happy to help you set it up.

TL;DR: Not sure yet of what to do (yet). Feel free to send me a message with your thoughts. That said, close to the line on shutting down political and emotionally charged discussions. Gotta keep focus on facts and educating people. Not on riling people up (which some members seem loathe to do).

Thanks,
Sanjay

--
Nell Griscom
Summit Woods

Be kind!

_-_-_-_-_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112579) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_-_-_-_-_

## Re: [95033talk] Moderator message: the school emails

From: Sarah Puckett (sarahpuckett@gmail.com)

To:     95033talk@groups.io; sanj95033@gmail.com

Date:  Friday, April 16, 2021, 01:42 PM PDT

Thank you for taking time out of your busy day for your insight.

Regards,

Sarah Puckett

On Fri, Apr 16, 2021, 1:26 PM sanjay k <sanj95033@gmail.com> wrote:

> All-
>
> I have been contacted off-line by more than a few people about the recent flurry of posts about the school board, special election, Mr. Kissner, LPTA etc.
>
> As I have told almost every one of them, and most of them have acknowledged, people who know me and have seen me on this board for the last 10 years, should know that if it was up to me, the topic would have been shut down long ago.
>
> Here is what one person said:
>> I really think that in almost any other situation, you would've shut the thread down long ago.  (And I would've said it was too soon.)
> Yup.
>
> Now, I have been talking to many people (yes, in the middle of a work day and yes, it is a busy work day and yes, I do work) - via email, texts and even a couple of calls. Still not sure what to do.
>
> The reason I haven't shut it down is that I don't want to be accused of stifling discussion on an important local topic. I can just see the emails on this list about that. That said, I feel like a few people are engaging in combat and the rest of us are watching helplessly. Some of us even feel like hostages. :-)
>
> That does not mean that we are not doing anything. I am trying to figure it out. This is not easy.
>
> I will also take this opportunity to let people know that I personally have contacted people who crossed the line over the last few weeks and told them that this is not ok. Warnings have been issued. I have receipts, as they say, if anyone does not believe me. The moderators have done this for years - we contact people when people cross the line and remind them of the rules. Civility. Empathy. Respect.
>
> This is emotional for many. For many others, this is not what we live for. If anyone wants to start a groups.io discussion group called LomaPrietaSchoolComplaints or something like that, please contact me. Happy to help you set it up.
>
> TL;DR: Not sure yet of what to do (yet). Feel free to send me a message with your thoughts. That said, close to the line on shutting down political and emotionally charged discussions. Gotta keep focus on facts and educating people. Not on riling people up (which some members seem loathe to do).
>
> Thanks,
> Sanjay

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112577) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_._,_._,_._

# Re: [95033talk] Paul Harvey and the Rest of the Story....

From: Maire Howard via groups.io (maire_h=yahoo.com@groups.io)

To: stacylynhall@yahoo.com; 95033talk@groups.io

Date: Friday, April 16, 2021, 10:20 AM PDT

Hi Stacy,

I told this to your husband during the Nextdoor No On N discussion. The entire thread was taken down so I can only paraphrase.

"You have such a deep hurt in your heart that defeating proposition N will not heal your hurt."

I hope that you and your husband can heal.

take care,
Maire
_-_-_-_-_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112566) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

_____

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_-_-_-_-_

## [95033talk] Paul Harvey and the Rest of the Story....

From:  Robin Porter (robin.porter@lagolomita.com)

To:  95033talk@groups.io; shahryarrokni@hotmail.com

Date:  Friday, April 16, 2021, 09:52 AM PDT

RE: Kissner termination

The parents filing the complaints have seen us "fighting the good fight" and have contacted several of us personally. 1st person parent. Not one, several. No filter, no interpretation, their story. They've been protecting their families from further harm, they are their kids, after all. I can, from the whole of my heart, say had ANY of this happened to my kids… I can't say what I would do. And I'd bet you would be that mad, too. Every time I see a Kissner "follower" doing a +1, I think, "Oh, this is sad, he doesn't know yet…"

The thing is I would also first try and back my friend. I would believe what he said. He is, after all a friend. But is he REALLY a friend when he doesn't tell his own friends the WHOLE story? I don't know, maybe he has. So then, you're ok with this behavior?

So there are two paths for people

1. either you "know everything" and you think this behavior is "OK!"　- Wow. Seriously?

but I choose to believe the second:

2. that people are mostly good. And that friends that show loyalty are good people. But there are a LOT of parents who's stories you haven't heard. I have heard many. Enough to say, goodBoard/badBoard, whatever your belief, you cannot support this behavior towards our kids.

So maybe you don't know all the details yet. But they are all starting to leak out and soon you will have to face your own Honor. Not Who do you believe is right, but What do you believe is right? I would go in search of, as Paul Harvey used to say "the rest of the story" and then understand you might not have heard everything. And you've been hung out as a friend.

I'm sure Kissner has a copy of the termination document given to him when he was terminated. Every parent wrote a letter detailing their complaint. Ask him to let you read it. And check the page numbering to make sure you got all the sheets. Judging by all the parents who say they submitted their stories, there are MANY. Then you decide.

Best,
—Robin

On Apr 16, 2021, at 8:43 AM, Shahryar Rokni < shahryarrokni@hotmail.com> wrote:

Dan,
"Easy to prove. Be great if some people on this list can send a message to the district and ask for Kissner's dismissal package under the PRA. Post the answer here."
Please be that person and ask and post. I am equally eager to see the charges. You may contact:
Eileen Bevans-Franks
Administrative Assistant to the Superintendent
Loma Prieta Joint Union School District
23800 Summit Road
Los Gatos, CA  95033

408/353-1101 – p
408/353-8051 - f
At   e.bevans@loma.k12.ca.us
Please post your request and respond from school. This is the ultimate transparency.

---

**From:** 95033talk@groups.io <95033talk@groups.io> on behalf of dan dale <danieldale95033@gmail.com>
**Sent:** Friday, April 16, 2021 8:34 AM
**To:** stacylynhall@ <yahoo.com Stacylynhall@yahoo.com>; 95033talk@groups.io <95033talk@groups.io>
**Subject:** Re: [95033talk] Public Requests Act

I'm being that it is a lie about the District and the PRA requests. More obfuscation.

Easy to prove. Be great if some people on this list can send a message to the district and ask for Kissner's dismissal package under the PRA. Post the answer here.

My guess is that the District ignored Kissner's demands because they were out of line. He asked for stuff that he had no right to ask for. (Mr. Kissner, it would be the equivalent of me asking you to post your salary on here. Which, by the way is public info and your friend Sean Spicer already posted on social media gleefully)

Here is one from me, Mr. Kissner. How about you post on your El Gedi website the names of all board members, the names of officers and your financials. Put it out there. Most, if not all, reputable, 501(c)3 orgs do this. What do you have to hide?

Do the same for LPTA.

One more thing, as Steve Jobs used to say - this attack on 1 person for saying Sean should move off the mountain is interesting. Scott Plautz attacked Sanjay and his wife. Did I miss your message decrying that? Did I miss you standing up for what is right? Sanjay? Did Mr. Kissner reach out and hold himself to his high standards?

Stop the obfuscation.

_-_-_-_-_

---

Groups.io Links:
You receive all messages sent to this group.
View/Reply Online (#112560) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_-_-_-_-_

## Re: [95033talk] Paul Harvey and the Rest of the Story....

From:  stacylynhall@yahoo.com (stacylynhall@yahoo.com)

To:    95033talk@groups.io; robin.porter@lagolomita.com; robin.porter@lagolomita.com; 95033talk@groups.io;
       shahryarrokni@hotmail.com

Date:  Friday, April 16, 2021, 10:05 AM PDT

Robin,
YOU have no idea.  David will get his day in court!  And we can't wait!

Stacy

Sent from Yahoo Mail on Android

> On Fri, Apr 16, 2021 at 9:52 AM, Robin Porter
> <robin.porter@lagolomita.com> wrote:
>
>> RE: Kissner termination
>>
>> The parents filing the complaints have seen us "fighting the good fight" and have contacted several of us
>> personally. 1st person parent. Not one, several. No filter, no interpretation, their story. They've been protecting
>> their families from further harm, they are their kids, after all. I can, from the whole of my heart, say had ANY
>> of this happened to my kids… I can't say what I would do. And I'd bet you would be that mad, too. Every time
>> I see a Kissner "follower" doing a +1, I think, "Oh, this is sad, he doesn't know yet…"
>>
>> The thing is I would also first try and back my friend. I would believe what he said. He is, after all a friend. But
>> is he REALLY a friend when he doesn't tell his own friends the WHOLE story? I don't know, maybe he has. So
>> then, you're ok with this behavior?
>>
>> So there are two paths for people
>>
>> 1. either you "know everything" and you think this behavior is "OK!"  - Wow. Seriously?
>>
>> but I choose to believe the second:
>>
>> 2. that people are mostly good. And that friends that show loyalty are good people. But there are a LOT of
>> parents who's stories you haven't heard. I have heard many. Enough to say, goodBoard/badBoard, whatever
>> your belief, you cannot support this behavior towards our kids.
>>
>> So maybe you don't know all the details yet. But they are all starting to leak out and soon you will have to
>> face your own Honor. Not Who do you believe is right, but What do you believe is right? I would go in search
>> of, as Paul Harvey used to say "the rest of the story" and then understand you might not have heard
>> everything. And you've been hung out as a friend.
>>
>> I'm sure Kissner has a copy of the termination document given to him when he was terminated. Every parent
>> wrote a letter detailing their complaint. Ask him to let you read it. And check the page numbering to make sure
>> you got all the sheets. Judging by all the parents who say they submitted their stories, there are MANY. Then
>> you decide.
>>
>> Best,
>> ─Robin

On Apr 16, 2021, at 8:43 AM, Shahryar Rokni <shahryarrokni@hotmail.com> wrote:

Dan,
"Easy to prove. Be great if some people on this list can send a message to the district and ask for Kissner's dismissal package under the PRA. Post the answer here."
Please be that person and ask and post. I am equally eager to see the charges. You may contact:
Eileen Bevans-Franks
Administrative Assistant to the Superintendent
Loma Prieta Joint Union School District
23800 Summit Road
Los Gatos, CA  95033
408/353-1101 – p
408/353-8051 - f
At  e.bevans@loma.k12.ca.us
Please post your request and respond from school. This is the ultimate transparency.

---

**From:** 95033talk@groups.io <95033talk@groups.io> on behalf of dan dale <danieldale95033@gmail.com>
**Sent:** Friday, April 16, 2021 8:34 AM
**To:** stacylynhall@ <yahoo.com StacyJynhall@yahoo.com>; 95033talk@groups.io <95033talk@groups.io>
**Subject:** Re: [95033talk] Public Requests Act

I'm being that it is a lie about the District and the PRA requests. More obfuscation.

Easy to prove. Be great if some people on this list can send a message to the district and ask for Kissner's dismissal package under the PRA. Post the answer here.

My guess is that the District ignored Kissner's demands because they were out of line. He asked for stuff that he had no right to ask for. (Mr. Kissner, it would be the equivalent of me asking you to post your salary on here. Which, by the way is public info and your friend Sean Spicer already posted on social media gleefully)

Here is one from me, Mr. Kissner. How about you post on your El Gedi website the names of all board members, the names of officers and your financials. Put it out there. Most, if not all, reputable, 501(c)3 orgs do this. What do you have to hide?

Do the same for LPTA.

One more thing, as Steve Jobs used to say - this attack on 1 person for saying Sean should move off the mountain is interesting. Scott Plautz attacked Sanjay and his wife. Did I miss your message decrying that? Did I miss you standing up for what is right? Sanjay? Did Mr. Kissner reach out and hold himself to his high standards?

Stop the obfuscation.

_-_-_-_-_-_

Groups.io Links:
You receive all messages sent to this group.
View/Reply Online (#112560) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

---

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_._._._._

Re: [95033talk] Paul Harvey and the Rest of the Story....

From:  Robin Porter (robin.porter@lagolomita.com)

To:    stacylynhall@yahoo.com

Date:  Friday, April 16, 2021, 10:12 AM PDT

So will the parents…

Best,

—Robin

> On Apr 16, 2021, at 10:05 AM, stacylynhall@yahoo.com wrote:
>
> Robin,
> YOU have no idea.  David will get his day in court!  And we can't wait!
>
> Stacy
>
> Sent from Yahoo Mail on Android
>
> On Fri, Apr 16, 2021 at 9:52 AM, Robin Porter
> <robin.porter@lagolomita.com> wrote:
>
>> RE: Kissner termination
>>
>> The parents filing the complaints have seen us "fighting the good fight" and have contacted several of us personally.
>> 1st person parent. Not one, several. No filter, no interpretation, their story. They've been protecting their families from
>> further harm, they are their kids, after all. I can, from the whole of my heart, say had ANY of this happened to my
>> kids… I can't say what I would do. And I'd bet you would be that mad, too. Every time I see a Kissner "follower" doing
>> a +1, I think, "Oh, this is sad, he doesn't know yet…"
>>
>> The thing is I would also first try and back my friend. I would believe what he said. He is, after all a friend. But is he
>> REALLY a friend when he doesn't tell his own friends the WHOLE story? I don't know, maybe he has. So then, you're
>> ok with this behavior?
>>
>> So there are two paths for people
>>
>> 1. either you "know everything" and you think this behavior is "OK!"   - Wow. Seriously?
>>
>> but I choose to believe the second:
>>
>> 2. that people are mostly good. And that friends that show loyalty are good people. But there are a LOT of parents
>> who's stories you haven't heard. I have heard many. Enough to say, goodBoard/badBoard, whatever your belief, you
>> cannot support this behavior towards our kids.
>>
>> So maybe you don't know all the details yet. But they are all starting to leak out and soon you will have to face your
>> own Honor. Not Who do you believe is right, but What do you believe is right? I would go in search of, as Paul Harvey
>> used to say "the rest of the story" and then understand you might not have heard everything. And you've been hung
>> out as a friend.
>>
>> I'm sure Kissner has a copy of the termination document given to him when he was terminated. Every parent wrote a
>> letter detailing their complaint. Ask him to let you read it. And check the page numbering to make sure you got all the
>> sheets. Judging by all the parents who say they submitted their stories, there are MANY. Then you decide.
>>
>> Best,
>> —Robin

4/16/2021      Yahoo Mail - Re: [95033talk] Public Requests Act      Harvey and our Lora and other...

Case 3:22-cv-00949-CRB   Document 117-15   Filed 12/22/23   Page 291 of 491

On Apr 16, 2021, at 8:43 AM, Shahryar Rokni <shahryarrokni@hotmail.com> wrote:

Dan,
"Easy to prove. Be great if some people on this list can send a message to the district and ask for Kissner's dismissal package under the PRA. Post the answer here."
Please be that person and ask and post. I am equally eager to see the charges. You may contact:
Eileen Bevans-Franks
Administrative Assistant to the Superintendent
Loma Prieta Joint Union School District
23800 Summit Road
Los Gatos, CA  95033
408/353-1101 – p
408/353-8051 - f
At  e.bevans@loma.k12.ca.us
Please post your request and respond from school. This is the ultimate transparency.

---

**From:** 95033talk@groups.io <95033talk@groups.io> on behalf of dan dale <danieldale95033@gmail.com>
**Sent:** Friday, April 16, 2021 8:34 AM
**To:** stacylynhall@ <yahoo.com Stacylynhall@yahoo.com>; 95033talk@groups.io <95033talk@groups.io>
**Subject:** Re: [95033talk] Public Requests Act

I'm being that it is a lie about the District and the PRA requests. More obfuscation.

Easy to prove. Be great if some people on this list can send a message to the district and ask for Kissner's dismissal package under the PRA. Post the answer here.

My guess is that the District ignored Kissner's demands because they were out of line. He asked for stuff that he had no right to ask for. (Mr. Kissner, it would be the equivalent of me asking you to post your salary on here. Which, by the way is public info and your friend Sean Spicer already posted on social media gleefully)

Here is one from me, Mr. Kissner. How about you post on your El Gedi website the names of all board members, the names of officers and your financials. Put it out there. Most, if not all, reputable, 501(c)3 orgs do this. What do you have to hide?

Do the same for LPTA.

One more thing, as Steve Jobs used to say - this attack on 1 person for saying Sean should move off the mountain is interesting. Scott Plautz attacked Sanjay and his wife. Did I miss your message decrying that? Did I miss you standing up for what is right? Sanjay? Did Mr. Kissner reach out and hold himself to his high standards?

Stop the obfuscation.

_-'-_-'-_-'-

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112560) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

---

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's

Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_-_-_-_-_-

## Re: [95033talk] Public Requests Act

From:  Barry via groups.io (laguna_b1=yahoo.com@groups.io)

To:      95033talk@groups.io

Date:   Friday, April 16, 2021, 07:01 PM PDT

The Senate is a rare near unanimous vote said we are NOT a christian country: America Was Not Founded As A Christian Nation: John Adams and the Treaty of Tripoli - eNews Park Forest



America Was Not Founded As A Christian Nation:
John Adams and the Treaty...
With all we've heard through the years about
America being a so-called Christian nation, and
the more we will he...

On Friday, April 16, 2021, 06:56:39 PM PDT, Barry via groups.io <laguna_b1=yahoo.com@groups.io> wrote:

There is NOTHING in the US Constitution that makes reference to "christianity" or any other imaginary friend. It granted the right freedom of religion which means everyone from atheists to satanist to Islamists. It was written in direct contrast to the ludicrous "Divine Right of Kings" which said God put the king in place and you must obey. Why don't YOU read the constitution and more importantly the principle of separation of church and state. NO, you do not have the right  to proselytize with MY taxpayer funds....else I will personally fund some Satanists to proselytize their follies.

On Friday, April 16, 2021, 06:27:38 PM PDT, <ralph_susan@comcast.net> wrote:

I'm sorry, but this country was founded on Christian principles and all have a right to religious opinions without being forced to follow other views.  Read the Constitution.

_·_·_·_·_·_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112595) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_-_-_-_-_

## [95033talk] Public Requests Act

From: dan dale (danieldale95033@gmail.com)

To:      95033talk@groups.io

Date:   Thursday, April 15, 2021, 07:42 PM PDT

Does anyone know anything about the California Public Requests Act? https://www.ftb.ca.gov/your-rights/california-public-records-act.html

Can the school district be asked to release information about Kissner's dismissal under this act?
Can the FTB be asked to release information about the tax filings for Kissner's 501(c)3 under this?
_-_-_-_-_-_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112536) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_-_-_-_-_-_

## Re: [95033talk] Public Requests Act

From:   Maire Howard via groups.io (maire_h=yahoo.com@groups.io)

To:     shahryarrokni@hotmail.com; 95033talk@groups.io

Date:   Friday, April 16, 2021, 08:54 AM PDT

I was surprised that this request would even be legal - since it is not legal in the private sector. I just looked it up - and sure enough not legal.

https://leginfo.legislature.ca.gov/faces/codes_displaySection.xhtml?sectionNum=6254&lawCode=GOV

_-_-_-_-_-_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112553) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_-_-_-_-_-_

## Re: [95033talk] Public Requests Act

From:   Maire Howard via groups.io (maire_h=yahoo.com@groups.io)

To:        sarahpuckett@gmail.com; 95033talk@groups.io

Date:     Friday, April 16, 2021, 09:49 AM PDT

Thanks for the clarification Sarah. The alcohol accusation went over the line for me too.

_._._._._._

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112559) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_._._._._._

## Re: [95033talk] Public Requests Act

From: stacylynhall@yahoo.com (stacylynhall@yahoo.com)

To:     95033talk@groups.io

Date:   Thursday, April 15, 2021, 10:56 PM PDT

From David:  Hi Dan,

I feel compelled to respond, since I am probably well positioned to answer your questions.  I know quite a bit now about the California Public Records Act (CPRA) due to my efforts with the school after the 2018 walkout.  As to your question about what can be released, there are very few exceptions that will allow a government agency to release personnel information at any time - doing so can subject the government entity to severe liability exposure.  And a government agency is never required to release information that relates to pending litigation, as is the case here.

However, I wouldn't hold your breath with any Public Records Act Request to the District.  Some of my experiences trying to track down information that was promised to the public went completely disregarded.  You can follow the correspondence here: f12dad_305f475d7c5e4031bb7b9f1f8b578c99.pdf (filesusr.com) .  Bottom line, if you want to obtain information that the district is legally required to provide under the CPRA... get a lawyer.  In my experience, the district is much more apt to follow the law when you bring an attorney.

As for your question about the 501(c)3 that I am a part of, I am sure that you can find some information publicly available about tax returns.  I cannot imagine why you are interested in the financials, but I'm happy to get you in touch with our treasurer if you like.  Looking for general info?  How about the camping and outdoor recreation programs: Home | adventure (wixsite.com)

Or the community based free math program?  Math Support Mountain Math Initiative Los Gatos, CA (mtmath.org)

| | |
|---|---|
| **Math Support Mountain Math Initiative Los Gatos, CA** <br><br> Free online math homework help, enrichment activites, connect with a local tutor, and an Algebra 1 course |  |

Is there something in particular you would like to know about?  Or is this just the next new low in the efforts to publicly impugn those who have and express differing views?  Would you like now to try to tear down the volunteer work I have done with countless kids and families for many years of my life, without compensation?  What is your aim, exactly?

David

On Thursday, April 15, 2021, 07:42:00 PM PDT, dan dale <danieldale95033@gmail.com> wrote:

Does anyone know anything about the California Public Requests Act? https://www.ftb.ca.gov/your-rights/california-public-records-act.html

Can the school district be asked to release information about Kissner's dismissal under this act?
Can the FTB be asked to release information about the tax filings for Kissner's 501(c)3 under this?

_-_-_-_-_-_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112536) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_-_-_-_-_-_

## Re: [95033talk] Public Requests Act

From: Maire Howard via groups.io (maire_h=yahoo.com@groups.io)

To: sarahpuckett@gmail.com; 95033talk@groups.io

Date: Friday, April 16, 2021, 09:22 AM PDT

What line has been crossed?

I am not a lawyer - but both b and c seemed to apply to this case and neither is slanderous. I will copy them out for all to see.

(b) Records pertaining to pending litigation to which the public agency is a party, or to claims made pursuant to Division 3.6 (commencing with Section 810), until the pending litigation or claim has been finally adjudicated or otherwise settled.

(c) Personnel, medical, or similar files, the disclosure of which would constitute an unwarranted invasion of personal privacy.

_._._._._._

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112557) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_._._._._._

## Re: [95033talk] Public Requests Act

From: dan dale (danieldale95033@gmail.com)

To: stacylynhall@yahoo.com; 95033talk@groups.io

Date: Friday, April 16, 2021, 08:34 AM PDT

I'm being that it is a lie about the District and the PRA requests. More obfuscation.

Easy to prove. Be great if some people on this list can send a message to the district and ask for Kissner's dismissal package under the PRA. Post the answer here.

My guess is that the District ignored Kissner's demands because they were out of line. He asked for stuff that he had no right to ask for. (Mr. Kissner, it would be the equivalent of me asking you to post your salary on here. Which, by the way is public info and your friend Sean Spicer already posted on social media gleefully)

Here is one from me, Mr. Kissner. How about you post on your El Gedi website the names of all board members, the names of officers and your financials. Put it out there. Most, if not all, reputable, 501(c)3 orgs do this. What do you have to hide?

Do the same for LPTA.

One more thing, as Steve Jobs used to say - this attack on 1 person for saying Sean should move off the mountain is interesting. Scott Plautz attacked Sanjay and his wife. Did I miss your message decrying that? Did I miss you standing up for what is right? Sanjay? Did Mr. Kissner reach out and hold himself to his high standards?

Stop the obfuscation.

## Re: [95033talk] Public Requests Act

From:  Shahryar Rokni (shahryarrokni@hotmail.com)

To:      95033talk@groups.io; danieldale95033@gmail.com

Date:   Thursday, April 15, 2021, 07:51 PM PDT

For non-profit organizations, you can search IRS site for tax returns.
https://www.irs.gov/charities-non-profits/tax-exempt-organization-search

---

Tax Exempt Organization Search | Internal Revenue Service

Data Updates Delayed. Expect delays in data updates for the Tax-Exempt Organization Search tool. We are still processing 990 series received April 2020 and later.

www.irs.gov

---

**From:** 95033talk@groups.io <95033talk@groups.io> on behalf of dan dale <danieldale95033@gmail.com>
**Sent:** Thursday, April 15, 2021 7:41 PM
**To:** 95033Talk <95033talk@groups.io>
**Subject:** [95033talk] Public Requests Act

Does anyone know anything about the California Public Requests Act? https://www.ftb.ca.gov/your-rights/california-public-records-act.html

Can the school district be asked to release information about Kissner's dismissal under this act?
Can the FTB be asked to release information about the tax filings for Kissner's 501(c)3 under this?
_-_-_-_-_-_

Groups.io Links:
You receive all messages sent to this group.
View/Reply Online (#112538) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

---

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_-_-_-_-_-_

Re: [95033talk] Public Requests Act

From:　Shahryar Rokni (shahryarrokni@hotmail.com)

To:　95033talk@groups.io; danieldale95033@gmail.com

Date:　Friday, April 16, 2021, 08:45 AM PDT

Dan,
"Easy to prove. Be great if some people on this list can send a message to the district and ask for Kissner's dismissal package under the PRA. Post the answer here."
Please be that person and ask and post. I am equally eager to see the charges. You may contact:
Eileen Bevans-Franks
Administrative Assistant to the Superintendent
Loma Prieta Joint Union School District
23800 Summit Road
Los Gatos, CA  95033
408/353-1101 – p
408/353-8051 - f
At　e.bevans@loma.k12.ca.us
Please post your request and respond from school. This is the ultimate transparency.

---

**From:** 95033talk@groups.io <95033talk@groups.io> on behalf of dan dale <danieldale95033@gmail.com>
**Sent:** Friday, April 16, 2021 8:34 AM
**To:** stacylynhall@ <yahoo.com Stacylynhall@yahoo.com>; 95033talk@groups.io <95033talk@groups.io>
**Subject:** Re: [95033talk] Public Requests Act

I'm being that it is a lie about the District and the PRA requests. More obfuscation.

Easy to prove. Be great if some people on this list can send a message to the district and ask for Kissner's dismissal package under the PRA. Post the answer here.

My guess is that the District ignored Kissner's demands because they were out of line. He asked for stuff that he had no right to ask for. (Mr. Kissner, it would be the equivalent of me asking you to post your salary on here. Which, by the way is public info and your friend Sean Spicer already posted on social media gleefully)

Here is one from me, Mr. Kissner. How about you post on your El Gedi website the names of all board members, the names of officers and your financials. Put it out there. Most, if not all, reputable, 501(c)3 orgs do this. What do you have to hide?

Do the same for LPTA.

One more thing, as Steve Jobs used to say - this attack on 1 person for saying Sean should move off the mountain is interesting. Scott Plautz attacked Sanjay and his wife. Did I miss your message decrying that? Did I miss you standing up for what is right? Sanjay? Did Mr. Kissner reach out and hold himself to his high standards?

Stop the obfuscation.

_-_-_-_-_-_

Groups.io Links:

You receive all messages sent to this group.

<u>View/Reply Online (#112552)</u> | <u>Reply To Group</u> | <u>Reply To Sender</u> | <u>Mute This Topic</u> | <u>New Topic</u>

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_._._._._

## Re: [95033talk] Public Requests Act

From: Barry via groups.io (laguna_b1=yahoo.com@groups.io)

To: 95033talk@groups.io

Date: Friday, April 16, 2021, 06:56 PM PDT

There is NOTHING in the US Constitution that makes reference to "christianity" or any other imaginary friend. It granted the right freedom of religion which means everyone from atheists to satanist to Islamists. It was written in direct contrast to the ludicrous "Divine Right of Kings" which said God put the king in place and you must obey. Why don't YOU read the constitution and more importantly the principle of separation of church and state. NO, you do not have the right to proselytize with MY taxpayer funds....else I will personally fund some Satanists to proselytize their follies.

On Friday, April 16, 2021, 06:27:38 PM PDT, <ralph_susan@comcast.net> wrote:

I'm sorry, but this country was founded on Christian principles and all have a right to religious opinions without being forced to follow other views. Read the Constitution.

_.__._._._

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112594) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_.__._._._

## Re: [95033talk] Public Requests Act

From: Shahryar Rokni (shahryarrokni@hotmail.com)

To: 95033talk@groups.io; danieldale95033@gmail.com

Date: Thursday, April 15, 2021, 08:03 PM PDT

Non-profit tax returns are public information and available on IRS site. Non-profits are also obligated to provide already filed tax returns upon request . At least to my knowledge.

**From:** 95033talk@groups.io <95033talk@groups.io> on behalf of dan dale <danieldale95033@gmail.com>
**Sent:** Thursday, April 15, 2021 7:41 PM
**To:** 95033Talk <95033talk@groups.io>
**Subject:** [95033talk] Public Requests Act

Does anyone know anything about the California Public Requests Act? https://www.ftb.ca.gov/your-rights/california-public-records-act.html

Can the school district be asked to release information about Kissner's dismissal under this act?
Can the FTB be asked to release information about the tax filings for Kissner's 501(c)3 under this?
_-_-_-_-_-

Groups.io Links:
You receive all messages sent to this group.
View/Reply Online (#112539) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_-_-_-_-_-

## Re: [95033talk] Public Requests Act

From:  Sarah Puckett (sarahpuckett@gmail.com)

To:  95033talk@groups.io; maire_h@yahoo.com

Cc:  shahryarrokni@hotmail.com

Date:  Friday, April 16, 2021, 09:09 AM PDT

Dear Sanjay,

I have been ignoring the accusations without citations but am curious at this point where is the line for stopping this madness? Has it reach slanderous levels?

You are volunteering in a thankless position.  I would think you have the patience of Job.  Thank you.

Sarah Puckett

On Fri, Apr 16, 2021, 8:54 AM Maire Howard via groups.io <maire_h=yahoo.com@groups.io> wrote:
> I was surprised that this request would even be legal - since it is not legal in the private sector. I just looked it up - and use enough not legal.
>
> https://leginfo.legislature.ca.gov/faces/codes_displaySection.xhtml?sectionNum=6254&lawCode=GOV
>
> _._,_._,_._

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112556) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_._,_._,_._

Re: [95033talk] Public Requests Act

---

From:  Sarah Puckett (sarahpuckett@gmail.com)

To:    95033talk@groups.io; maire_h@yahoo.com

Date:  Friday, April 16, 2021, 09:40 AM PDT

---

Forgive me for not being clear.  The accusations of alcohol and other misconduct because the writer heard it are of concern.   No citations.  Is that slander?  I should ask an attorney but I find such things offensive and detrimental to an exchange of  positions.  Being tried in the media or the court of public opinion is prejudicial and does us all a disservice.  I generally find those on this forum to be fair minded.   This was not.

I have said my piece and counted to three.

Sarah Puckett

On Fri, Apr 16, 2021, 9:22 AM Maire Howard via  groups.io <maire_h=yahoo.com@groups.io> wrote:
> What line has been crossed?
>
> I am not a lawyer - but both b and c seemed to apply to this case and neither is slanderous. I will copy them out for all to see.
>
>
> (b) Records pertaining to pending litigation to which the public agency is a party, or to claims made pursuant to Division 3.6 (commencing with Section 810), until the pending litigation or claim has been finally adjudicated or otherwise settled.
>
> (c) Personnel, medical, or similar files, the disclosure of which would constitute an unwarranted invasion of personal privacy.
>
>
_-_-_-_-_-

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112558) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

---

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

---

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_-_-_-_-_-

## Re: [95033talk] Public Requests Act

From:   Jennifer Martin (jmartinloh@gmail.com)

To:     95033talk@groups.io; stacylynhall@yahoo.com

Date:   Friday, April 16, 2021, 10:03 AM PDT

Mr. Kissner,
I appreciate you are a good math teacher. But...
Stop playing the martyr by claiming you are being persecuted for your "views." Start acting like a responsible adult and accept some responsibility for your "actions" which are outside the bounds of behavior by teachers in a public school system. Perhaps look for a job in a religious school instead if you can't abide by constitutional guardrails and acceptable behavior imposed on public servants. We all work for organizations that don't allow us to do whatever the hell we want based on our personal/political agendas. Grow up.
Thanks.

On Thu, Apr 15, 2021 at 10:57 PM stacylynhall@yahoo.com via groups.io <Stacylynhall=yahoo.com@groups.io> wrote:

> From David:   Hi Dan,
>
> I feel compelled to respond, since I am probably well positioned to answer your questions. I know quite a bit now about the California Public Records Act (CPRA) due to my efforts with the school after the 2018 walkout. As to your question about what can be released, there are very few exceptions that will allow a government agency to release personnel information at any time - doing so can subject the government entity to severe liability exposure. And a government agency is never required to release information that relates to pending litigation, as is the case here.
>
> However, I wouldn't hold your breath with any Public Records Act Request to the District. Some of my experiences trying to track down information that was promised to the public went completely disregarded. You can follow the correspondence here: f12dad_305f475d7c5e4031bb7b9f1f8b578c99.pdf (filesusr.com) . Bottom line, if you want to obtain information that the district is legally required to provide under the CPRA... get a lawyer. In my experience, the district is much more apt to follow the law when you bring an attorney.
>
> As for your question about the 501(c)3 that I am a part of, I am sure that you can find some information publicly available about tax returns. I cannot imagine why you are interested in the financials, but I'm happy to get you in touch with our treasurer if you like. Looking for general info? How about the camping and outdoor recreation programs:
> Home | adventure (wixsite.com)
>
> Or the community based free math program? Math Support Mountain Math Initiative Los Gatos, CA (mtmath.org)
>
> > Math Support Mountain Math Initiative Los Gatos, CA
> > Free online math homework help, enrichment activites, connect with a local tutor, and an Algebra 1 course
>
> Is there something in particular you would like to know about? Or is this just the next new low in the efforts to publicly impugn those who have and express differing views? Would you like now to try to tear down the volunteer work I have done with countless kids and families for many years of my life, without compensation? What is your aim, exactly?
>
> David

On Thursday, April 15, 2021, 07:42:00 PM PDT, dan dale <danieldale95033@gmail.com> wrote:

Does anyone know anything about the California Public Requests Act? https://www.ftb.ca.gov/your-rights/california-public-records-act.html

Can the school district be asked to release information about Kissner's dismissal under this act?
Can the FTB be asked to release information about the tax filings for Kissner's 501(c)3 under this?
_,_,_,_,_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112542) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe
[Jmartinloh@gmail.com
]
_,_,_,_,_

Re: [95033talk] Request for public records pursuant to PRA

From: Chris Arns via groups.io (keenchris82=yahoo.com@groups.io)

To: 95033talk@groups.io; craig.tiller@gmail.com

Date: Saturday, April 17, 2021, 01:36 PM PDT

A relative of mine is becoming a teacher, and he has explained to me how powerful tenure is. I believe the fact that he was tenured made it very difficult to terminate him.

-Chris

On Apr 16, 2021, at 12:51 PM, Craig Tiller <craig.tiller@gmail.com> wrote:

Yes concerning. It also raises some questions for the school district about how Mr Kissner was allowed near minors after 2018 given this record.

On Fri, Apr 16, 2021, 12:13 PM Kim Kooyers via groups.io <kjkooyers=icloud.com@groups.io> wrote:
Impressive work Dan. And, yikes. This is so upsetting.

On Apr 16, 2021, at 11:06 AM, dan dale < danieldale95033@gmail.com> wrote:

Sean said: Please post your request and respond from school. This is the ultimate transparency.

Experiment proven. Please see below. Sean - what say you now? Ready to back down from your claims or will you pivot to a new one (we all know the answer. It is called obfuscation. Change the subject. Do something called whataboutism).

As to people who said that I was over the line. I quote - The accusations of alcohol and other misconduct because the writer heard it are of concern. No citations. Is that slander?

No attorney here either but here is what I read: Slander is the oral communication of false statements that are harmful to a person's reputation. If the statements are proven to be true, it is a complete defense to a charge of slander. Oral opinions that don't contain statements of fact don't constitute slander.

Citations and receipts are in the attached. I will wait for the apologies.

---------- Forwarded message ---------
From: e.bevans@loma.k12.ca.us <e.bevans@loma.k12.ca.us>
Date: Fri, Apr 16, 2021 at 10:43 AM
Subject: Re: Request for public records pursuant to PRA
To: dan dale <danieldale95033@gmail.com>


Good morning Mr. Dale,

Attached please find the response to your public records request.  Please do not hesitate to contact me with any questions you may have.


Sincerely,

Eileen Bevans-Franks

Administrative Assistant to the Superintendent

Loma Prieta Joint Union School District

23800 Summit Road

Los Gatos, CA  95033

408/353-1101 – p

408/353-8051 - f

---

**From:** dan dale <danieldale95033@gmail.com>
**Date:** Friday, April 16, 2021 at 9:49 AM
**To:** Eileen Bevans-Franks <e.bevans@loma.k12.ca.us>
**Subject:** Request for public records pursuant to PRA


Hello Eileen-


Pursuant to the California Public Requests Act, I am requesting the charges for Mr. Kissner's dismissal. I understand you can share with me non-exempt, non-privileged, disclosable records.


Thank you,

Daniel Dale

Attachments:

- Dale PRA April 2021.pdf


_·_·_·_·_·_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112626) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_._,_._,_

## Re: [95033talk] Request for public records pursuant to PRA

From:  Allan Hessenflow (allanh@kallisti.com)

To:    danieldale95033@gmail.com; 95033talk@groups.io

Date:  Friday, April 16, 2021, 04:36 PM PDT

That sure supports Scott G's (not Green) message from March 28. In David
Kissner's reply later that day, while denying any predatory behavior towards
children, he added "that the district has not accused me of or charged me with
anything of the sort." I don't think that claim can be reconciled with the actual
charges, sections 4(a) - 4(g) of specifics or omissions.

Allan


On Fri, Apr 16, 2021 at 11:06 AM, dan dale wrote:

>     Sean said: Please post your request and respond from school. This is the
>     ultimate transparency.
>
>     Experiment proven. Please see below. Sean - what say you now? Ready to back
>     down from your claims or will you pivot to a new one (we all know the
>     answer. It is called obfuscation. Change the subject. Do something called
>     whataboutism).
>
>     As to people who said that I was over the line. I quote - The accusations
>     of alcohol and other misconduct because the writer heard it are of
>     concern. No citations. Is that slander?
>
>     No attorney here either but here is what I read: Slander is the oral
>     communication of false statements that are harmful to a person's
>     reputation. If the statements are proven to be true, it is a complete
>     defense to a charge of slander. Oral opinions that don't contain statements
>     of fact don't constitute slander.
>
>     Citations and receipts are in the attached. I will wait for the apologies.
>
>     ---------- Forwarded message ---------
>     From: e.bevans@loma.k12.ca.us <e.bevans@loma.k12.ca.us>
>     Date: Fri, Apr 16, 2021 at 10:43 AM
>     Subject: Re: Request for public records pursuant to PRA
>     To: dan dale <danieldale95033@gmail.com>
>
>
>     Good morning Mr. Dale,
>
>
>
>     Attached please find the response to your public records request. Please
>     do not hesitate to contact me with any questions you may have.
>
>
>
>     Sincerely,

Eileen Bevans-Franks

Administrative Assistant to the Superintendent

Loma Prieta Joint Union School District

23800 Summit Road

Los Gatos, CA 95033

408/353-1101 – p

408/353-8051 - f

*From: *dan dale <danieldale95033@gmail.com>
*Date: *Friday, April 16, 2021 at 9:49 AM
*To: *Eileen Bevans-Franks <e.bevans@loma.k12.ca.us>
*Subject: *Request for public records pursuant to PRA

Hello Eileen-

Pursuant to the California Public Requests Act, I am requesting the charges for Mr. Kissner's dismissal. I understand you can share with me non-exempt, non-privileged, disclosable records.

Thank you,

Daniel Dale

_-_-_-_-_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112589) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_-_-_-_-_

## [95033talk] Request for public records pursuant to PRA

From:  dan dale (danieldale95033@gmail.com)

To:      95033talk@groups.io

Date:  Friday, April 16, 2021, 11:06 AM PDT

Sean said: Please post your request and respond from school. This is the ultimate transparency.

Experiment proven. Please see below. Sean - what say you now? Ready to back down from your claims or will you pivot to a new one (we all know the answer. It is called obfuscation. Change the subject. Do something called whataboutism).

As to people who said that I was over the line. I quote - The accusations of alcohol and other misconduct because the writer heard it are of concern.    No citations.   Is that slander?

No attorney here either but here is what I read: Slander is the oral communication of false statements that are harmful to a person's reputation. If the statements are proven to be true, it is a complete defense to a charge of slander. Oral opinions that don't contain statements of fact don't constitute slander.

Citations and receipts are in the attached. I will wait for the apologies.

---------- Forwarded message ---------
From: **e.bevans@loma.k12.ca.us** <e.bevans@loma.k12.ca.us>
Date: Fri, Apr 16, 2021 at 10:43 AM
Subject: Re: Request for public records pursuant to PRA
To: dan dale <danieldale95033@gmail.com>


Good morning Mr. Dale,


Attached please find the response to your public records request.   Please do not hesitate to contact me with any questions you may have.


Sincerely,

Eileen Bevans-Franks

Administrative Assistant to the Superintendent

Loma Prieta Joint Union School District

23800 Summit Road

Los Gatos, CA  95033

408/353-1101 – p

408/353-8051 - f

**From:** dan dale <<u>danieldale95033@gmail.com</u>>
**Date:** Friday, April 16, 2021 at 9:49 AM
**To:** Eileen Bevans-Franks <<u>e.bevans@loma.k12.ca.us</u>>
**Subject:** Request for public records pursuant to PRA

Hello Eileen-

Pursuant to the California Public Requests Act, I am requesting the charges for Mr. Kissner's dismissal. I understand you can share with me non-exempt, non-privileged, disclosable records.

Thank you,

Daniel Dale

Attachments:

- <u>Dale PRA April 2021.pdf</u>

_-_-_-_-_-_

Groups.io Links:

You receive all messages sent to this group.

<u>View/Reply Online (#112569)</u> | <u>Reply To Group</u> | <u>Reply To Sender</u> | <u>Mute This Topic</u> | <u>New Topic</u>

Moderator reminders:
Please read the FAQ! It is at <u>https://groups.io/g/95033talk/wiki/95033talk-FAQ</u>
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

<u>Your Subscription</u> | <u>Contact Group Owner</u> | <u>Unsubscribe</u> [Stacylynhall@yahoo.com]

_-_-_-_-_-_

## Re: [95033talk] Public Requests Act

From: Barry via groups.io (laguna_b1=yahoo.com@groups.io)

To: 95033talk@groups.io

Date: Friday, April 16, 2021, 06:56 PM PDT

There is NOTHING in the US Constitution that makes reference to "christianity" or any other imaginary friend. It granted the right freedom of religion which means everyone from atheists to satanist to Islamists. It was written in direct contrast to the ludicrous "Divine Right of Kings" which said God put the king in place and you must obey. Why don't YOU read the constitution and more importantly the principle of separation of church and state. NO, you do not have the right  to proselytize with MY taxpayer funds....else I will personally fund some Satanists to proselytize their follies.

On Friday, April 16, 2021, 06:27:38 PM PDT, <ralph_susan@comcast.net> wrote:


I'm sorry, but this country was founded on Christian principles and all have a right to religious opinions without being forced to follow other views.  Read the Constitution.

_._,_._,_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112594) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_._,_._,_

# Re: [95033talk] Request for public records pursuant to PRA

From: Deb Erba via groups.io (deberba=yahoo.com@groups.io)

To: keenchris82@yahoo.com; 95033talk@groups.io

Date: Saturday, April 17, 2021, 02:47 PM PDT

Chris,
And probably why he received a reprimand added to his file instead of firing. Not clear on what the impact was around it being a non school trip outside of working hours either.

_-_-_-_-_-_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112631) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_-_-_-_-_-_

Re: [95033talk] Request for public records pursuant to PRA

From: Craig Tiller (craig.tiller@gmail.com)

To: 95033talk@groups.io; kjkooyers@icloud.com

Cc: danieldale95033@gmail.com

Date: Friday, April 16, 2021, 12:51 PM PDT

---

Yes concerning. It also raises some questions for the school district about how Mr Kissner was allowed near minors after 2018 given this record.

On Fri, Apr 16, 2021, 12:13 PM Kim Kooyers via groups.io <kjkooyers=icloud.com@groups.io> wrote:
Impressive work Dan. And, yikes. This is so upsetting.

> On Apr 16, 2021, at 11:06 AM, dan dale <danieldale95033@gmail.com> wrote:
>
> Sean said: Please post your request and respond from school. This is the ultimate transparency.
>
> Experiment proven. Please see below. Sean - what say you now? Ready to back down from your claims or will you pivot to a new one (we all know the answer. It is called obfuscation. Change the subject. Do something called whataboutism).
>
> As to people who said that I was over the line. I quote - The accusations of alcohol and other misconduct because the writer heard it are of concern. No citations. Is that slander?
>
> No attorney here either but here is what I read: Slander is the oral communication of false statements that are harmful to a person's reputation. If the statements are proven to be true, it is a complete defense to a charge of slander. Oral opinions that don't contain statements of fact don't constitute slander.
>
> Citations and receipts are in the attached. I will wait for the apologies.
>
> ---------- Forwarded message ---------
> From: e.bevans@loma.k12.ca.us <e.bevans@loma.k12.ca.us>
> Date: Fri, Apr 16, 2021 at 10:43 AM
> Subject: Re: Request for public records pursuant to PRA
> To: dan dale <danieldale95033@gmail.com>
>
>
> Good morning Mr. Dale,
>
>
> Attached please find the response to your public records request. Please do not hesitate to contact me with any questions you may have.
>
>
> Sincerely,
>
> Eileen Bevans-Franks
>
> Administrative Assistant to the Superintendent

Loma Prieta Joint Union School District

23800 Summit Road

Los Gatos, CA  95033

408/353-1101 – p

408/353-8051 - f

---

**From:** dan dale <danieldale95033@gmail.com>
**Date:** Friday, April 16, 2021 at 9:49 AM
**To:** Eileen Bevans-Franks <e.bevans@loma.k12.ca.us>
**Subject:** Request for public records pursuant to PRA

Hello Eileen-

Pursuant to the California Public Requests Act, I am requesting the charges for Mr. Kissner's dismissal. I understand you can share with me non-exempt, non-privileged, disclosable records.

Thank you,

Daniel Dale

Attachments:

- Dale PRA April 2021.pdf

_._._._._._

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112574) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_._._._._._

Re: [95033talk] Request for public records pursuant to PRA

From:  Kim Kooyers via groups.io (kjkooyers=icloud.com@groups.io)

To:    95033talk@groups.io; danieldale95033@gmail.com

Date:  Friday, April 16, 2021, 12:13 PM PDT

Impressive work Dan. And, yikes. This is so upsetting.

> On Apr 16, 2021, at 11:06 AM, dan dale <danieldale95033@gmail.com> wrote:
>
> Sean said: Please post your request and respond from school. This is the ultimate transparency.
>
> Experiment proven. Please see below. Sean - what say you now? Ready to back down from your claims or will you pivot to a new one (we all know the answer. It is called obfuscation. Change the subject. Do something called whataboutism).
>
> As to people who said that I was over the line. I quote - The accusations of alcohol and other misconduct because the writer heard it are of concern.   No citations.  Is that slander?
>
> No attorney here either but here is what I read: Slander is the oral communication of false statements that are harmful to a person's reputation. If the statements are proven to be true, it is a complete defense to a charge of slander. Oral opinions that don't contain statements of fact don't constitute slander.
>
> Citations and receipts are in the attached. I will wait for the apologies.
>
> ---------- Forwarded message ---------
> From: e.bevans@loma.k12.ca.us <e.bevans@loma.k12.ca.us>
> Date: Fri, Apr 16, 2021 at 10:43 AM
> Subject: Re: Request for public records pursuant to PRA
> To: dan dale <danieldale95033@gmail.com>
>
>
> Good morning Mr. Dale,
>
>
> Attached please find the response to your public records request.  Please do not hesitate to contact me with any questions you may have.
>
>
> Sincerely,
>
> Eileen Bevans-Franks
>
> Administrative Assistant to the Superintendent
>
> Loma Prieta Joint Union School District
>
> 23800 Summit Road
>
> Los Gatos, CA  95033
>
> 408/353-1101 – p

408/353-8051 - f

---

**From:** dan dale <danieldale95033@gmail.com>
**Date:** Friday, April 16, 2021 at 9:49 AM
**To:** Eileen Bevans-Franks <e.bevans@lgma.k12.ca.us>
**Subject:** Request for public records pursuant to PRA

Hello Eileen-

Pursuant to the California Public Requests Act, I am requesting the charges for Mr. Kissner's dismissal. I understand you can share with me non-exempt, non-privileged, disclosable records.

Thank you,

Daniel Dale

Attachments:

- Dale PRA April 2021.pdf

_-_-_-_-_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112572) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_-_-_-_-_

# Re: [95033talk] Request for public records pursuant to PRA

From: Cynthia Pustelnik (steveandcy@gmail.com)

To: deberba@yahoo.com; 95033talk@groups.io

Date: Sunday, April 18, 2021, 12:07 AM PDT

I just want to put out to every group that my family is one of filed complaints. We stand by our complaint and have spoken to attorney's for the school and have NOT been told to not talk about it. And in terms of the concept of what is ok outside work hour, it's not ok inside work hours or outside work hours to give a minor alcohol. Wake up! Cynthia Ford-Pustelnik

_-_-_-_-_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112650) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_-_-_-_-_

## Re: [95033talk] Request for public records pursuant to PRA

From: Larry McVoy (lm@mcvoy.com)

To: 95033talk@groups.io

Date: Friday, April 16, 2021, 11:36 AM PDT

Well that was quite a read. If that stuff is true, any of it, I would
not want any kids anywhere near him. Some pretty disturbing stuff in
there. What a mess.

Dale PRA April 2021.pdf: https://groups.io/g/95033talk/attachment/112569/0

_-_-_-_-_-_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112571) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_-_-_-_-_-_

Re: [95033talk] Request for public records pursuant to PRA

From: Robin Porter (robin.porter@lagolomita.com)

To: 95033talk@groups.io; steveandcy@gmail.com

Date: Sunday, April 18, 2021, 12:27 AM PDT

My kid's grandfather was an alcoholic and did great damage to his family. As a result, we've always been watchful about our kids and they, as adults, have come to understand their risk may be higher. If a teacher - or any other adult for that matter - had given my kids ANY alcohol as a minor, I would be devastated. There is simply no excuse. Not to mention there is a law that prohibits it. Teachers especially have great power over their students. This is unacceptable.

It takes a lot of courage to stand up and hold a line. You are not alone. Behind you is a whole mountain supporting you.

Best,

—Robin


On Apr 18, 2021, at 12:03 AM, Cynthia Pustelnik < steveandcy@gmail.com> wrote:

I just want to put out to every group that my family is one of filed complaints. We stand by our complaint and have spoken to attorney's for the school and have NOT been told to not talk about it. And in terms of the concept of what is ok outside work hour, it's not ok inside work hours or outside work hours to give a minor alcohol. Wake up! Cynthia Ford-Pustelnik

_-_-_-_-_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112653) | Reply To Group | Reply To Sender | Mute This Topic | New Topic


Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_-_-_-_-_

## Re: [95033talk] Dear Petitioners and Signers of the Special Election,

From:   Allan Hessenflow (allanh@kallisti.com)

To:      altesta@gmail.com; 95033talk@groups.io

Date:   Friday, April 16, 2021, 10:45 PM PDT

On Fri, Apr 16, 2021 at 08:22 PM, Ashley Testa wrote:

> [...]
> The argument that in 14 months we get a community elected candidate is
> technically true, but in actuality false, as the incumbent always wins,
> meaning that as long as the appointed candidate runs, the outcome cannot be
> considered equivalent to an election without an incumbent.
> [...]

I don't understand how forcing a special election helps with that. The board
appointed candidate is still free to run in the special election, just as she would
be in a general election. If the "incumbent advantage" is the problem, maybe
they should be asking for term limits.

Allan

_-_-_-_-_-

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112603) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_-_-_-_-_-

## Re: [95033talk] Dear Petitioners and Signers of the Special Election,

From: dan dale (danieldale95033@gmail.com)

To: allanh@kallisti.com; 95033talk@groups.io

Date: Sunday, April 18, 2021, 09:06 AM PDT

+1 to what Alan said. Here is another opinion made out to be a fact.
Take the number of school board measures that have been put forth in just this district. Mr. Rokni has done the math and will tell you that almost all passed. Until Measure N. I read here that before he got involved, the measure had a 80% chance of passing. He posted and posted and posted. He put out signs. He made the school administration the villain. He and his boss, Kissner, tapped into partisan identity and grievances and made it work for them.

"In the United States, partisan identity is a tremendous force, such that for millions, the party they support is not merely an entity to which they lend their vote, but a lens through which they see the world—or, rather, in many cases, a way of being in the world, shaping political, social, and cultural beliefs, not to mention decision-making. In _Democracy for Realists_, perhaps the best contemporary study of partisan identity and (un)responsive government, political scientists Christopher Achen and Larry Bartels argue that _social identities_ and _partisan loyalties_ drive American political life. Individuals choose their side and then let it shape their world—even their assessment of facts—according to party and elite cues, rather than the choosing their side based on the track records and policy commitments of the parties. If you can capture a party – as Trump did with the Republican Party – you can then leverage partisan identity to mobilize and shape the worldview of millions of Americans."

Sean and Kissner understood this and made it work for them. The measure failed. Job well done.

Now they are saying that incumbency matters. I wonder why? Is it because they think the candidate is a good one and that they cannot tap into partisan politics here? Scott Plautz, a Kissner supporter and whose wife i have been told is the leading person to be the Kissner camp's candidate in the special election, did an early pre-emptive strike against the appointed candidate. His email was well crafted. It landed with a thud. Did they figure out that they cannot make her the villain? Is it therefore time to change the game and now start to make it incumbency advantage? What other tricks will they resort to?

Obfuscation. Deception. Redirection. Projection.

On Fri, Apr 16, 2021 at 08:22 PM, Ashley Testa wrote:

> [...]
> The argument that in 14 months we get a community elected candidate is
> technically true, but in actuality false, as the incumbent always wins,
> meaning that as long as the appointed candidate runs, the outcome cannot be
> considered equivalent to an election without an incumbent.
> [...]

I don't understand how forcing a special election helps with that. The board appointed candidate is still free to run in the special election, just as she would be in a general election. If the "incumbent advantage" is the problem, maybe they should be asking for term limits.

Allan

_._._._._._

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112664) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_._,_._,_._,_

Case 3:22-cv-00949-CRB Document 117-15 Filed 12/22/23 Page 331 of 491

Re: [95033talk] Dear Petitioners and Signers of the Special Election,

From: stacylynhall@yahoo.com (stacylynhall@yahoo.com)

To: 95033talk@groups.io

Date: Thursday, April 15, 2021, 11:44 PM PDT

From David:

Dear Tiffaney,

I have read your heartfelt post. I don't question your commitment to the community and the kids. I also don't think that you really get it. Or that you have really heard or listened or learned. You appeal to those who signed a petition, and ask them to step away from emotion. And yet every day, we witness unhinged personal and emotional attacks in this forum and others - against Sean, myself, and others who desire to have a vote in our representative system. Have you witnessed these personal and irrational attacks from Sean or other petition proponents? Has he ever strayed from a strict attention to the actual issues at hand?

You want to appeal to a substantial part of the community who are disillusioned with the leadership of the school for myriad reasons, and who feel disenfranchised by the system that has been entrenched for years. And you use soaring language to bring out the best in people. But at the same time, you - and everyone else on this forum - are content to let the bullying and personal attacks continue, unabated.

A self-proclaimed "community leader" used this forum to publicly tell Sean to move off the mountain. Sean and his views aren't welcome here. Where was your soaring language then? Where is the condemnation from you, or the moderator, or anyone else for that matter? What you don't seem to understand is that there are a LOT of people who aren't happy with the current school leadership. Measure N was, in no small part, a referendum on the current school leadership - it was supposed to pass easily with the extension of only $164. A petition rejecting the board's appointing a replacement for a resigned seat with 4 years remaining is a statement about a lack of trust in the board and being fed up with board leadership being manipulated. Sean speaks for many who are grateful for what he adds to the conversation and for his courage to do so in the face of unrelenting and hateful attacks. And so when a "community leader" publicly calls for him to leave the mountain, and you and nobody else speaks up to condemn that, you need to understand that this hateful message gets communicated directly to the countless others who may share some views with Sean. Or maybe they don't agree with Sean, but they also don't agree with the loud social media voices either. What's the message they hear? They aren't welcome here. If they speak up, they will be similarly harassed and drummed out.

Will you defend and honor those who have different views from you - even if they think an election is the right way to fill an elected seat - and worth the money? Or will you defend and honor only those who swing towards your point of view?

The talk of shadow organizations, puppet-masters, conspiracies, evil intent, telling people they aren't welcome on the mountain because of their views, flinging baseless and horrid accusations

and insinuations against fellow human beings, attacking even their volunteer work... it's all creating greater division. Maybe you can use some of your soaring words to encourage a higher standard of relating to fellow human beings? Maybe some of the comments should be condemned?

There are people who are not happy with the status quo and they would like to use the democratic system to express that and to seek change. These are not villains and they should not be villainized. These are caring people who want the ultimate best for the community and school and kids. Did the district's decision to try to dismiss the teacher who opposed the recent tax measure boost petition signatures? Absolutely. But you know what else boosted signatures? Disgust at the toxic hate-filled social media posts that have been allowed to dominate. I wonder if we could keep to the actual issues of cost/benefit, democratic principles and processes, representative systems, taxes and budgets, reopening considerations... all the valid concerns of a citizenry... and leave out the personal animus.... how much better off we all might be?

It amazes me that so many people who are directly connected with the school, and presumably buy into the Project Cornerstone philosophies, and the anti-bullying campaigns, and such... things we value for our kids, are so willing to participate in or silently observe the bullying and harassment and shameful treatment of people on here. By all means, be critical of points of view, the leadership direction of an elected body, debate issues, take positions, advocate for them, make your case, be involved. Don't attack people personally. Keep to the issues. Don't try to run people like Sean off the mountain. And use your platform, when you can, to appeal to the community to address these issues.

Tiffaney, you say that you will defend and honor those who rescind their signature - IF they do. What if you - and all of us - could defend and honor one another, even when we disagree?

David

On Thursday, April 15, 2021, 04:51:20 PM PDT, Lucy Freedman <ldf26060@gmail.com> wrote:


Dear Tiffaney,
Sending my appreciation to you for your heartfelt letter to the community.
Lucy Freedman



On Thu, Apr 15, 2021 at 4:01 PM Tiffaney Gallup <tiff@simplyremarkable.com> wrote:

I want to preface my post with a request for all who oppose the special election. If you can't say something nice, don't say it or post it on this thread.


Dear Petitioners and Signers of the Special Election,

I have talked with many of you over the last 6 months, and I want you to know that I do understand why you have chosen to sign the petition for a special election.

After years of feeling frustrated and unheard, I understand how that level of frustration builds to the point

that you would do anything to have your voice heard.  I've had situations in my own life where I felt my voice was being suppressed and been told not to speak out (recently actually as a result of trying to work with some of you).  I know the anger, the frustration, the stomp your foot, scream at the trees, fight for my rights at any cost, emotional reaction that suppression brings out in me...so I get it. I also know that personnel decisions by the administration and school board inflamed things further for many of you and the timing of the special election petition provided an opportunity to release that particular anger and frustration.

And I know, some of the social media postings, including some of my own, have shown we're still not listening....caused you to dig in your heals...made you want to send a big FU to all of us.  That has not helped and for my part in that, I am sorry.

The emotions are high - for everyone in this moment.

Yet, I really don't think you intended to blow things up ... at least not to this degree.   You wanted to be heard.  You wanted change.  You felt angry, frustrated, silenced,  and betrayed and this was the only weapon at your disposal to fight back.  I think when this started, you might have thought a special election was $30-40k - but by the time the real estimates came in, you might have already headed down that path and the more who joined in, whether they shared the same motivation or not, the harder it was to walk away.

I get that.  I really do.  I know my personal stubbornness gets the best of me often.

Yet as I've listened - and learned - the desire for a balanced budget, fiscal responsibility, transparency and the value of having a diverse perspectives in our leadership that consider all members of the community, being heard, being valued,  are all things we agree on.

If you can take the strong emotions out of it for just a minute and look at what we ALL want, I hope logically you can see the harmful impacts even "just" $200,000 could have on our schools (that's 2 1/2 teachers), our kids, and our property values....let alone $600,000 which represents about 8% of our operating budget and...well...

There are some pretty dire consequences being floated around.   While hopefully things like the state taking over, redistricting, trucking our kids off the mountain twice a day and plummeting property values might not be guaranteed - they are NOT outside the realm of possibility.

As imperfect as our community and our schools are, do we really want to risk the state taking over?  Has our government and state proven the ability to value and fund education?  Have they proven the ability to balance budgets?   Do we want them taking ownership of a central piece of real estate on our mountain?  Answer for me on that one is a resounding NO.

Look, I've had your emotions.   I validate your emotions.  I really and truly get it.  I have been so angry at the schools sometimes that I was ready to take drastic actions.  I get it more deeply and personally than you will ever know.

But if we separate the emotion for just a millisecond - could you possibly consider their may be a better path? If I want new leadership to be effective - I have to set them up for success and not cripple them out of the gate.

If I want a balanced budget - then I can't drain the budget.

If I want all the benefits of a private school for a public school price - I need to work together and find ways to increase our budget and use sweat equity.

If I want people to listen to me, to consider my voice, I must not threaten the things they hold most dear.

If the emotions can settle just a bit, perhaps you can consider that it's not too late.

**It appears the special election CAN be rescinded by the petitioner.**

**CA Election Code 9118.5. The proponent of an initiative may withdraw the initiative at any time before the 88th day before the election, whether or not the petition has already been found sufficient by the elections official.**

**So....**

**To all the signers...If you have even a tinge of regret or have considered since that there might be better ways, please consider contacting the petitioner(s) and rescinding your signature.   My understanding is there were 90+ signers - so if just half of you decide in your heads or your hearts that there is a better way, please do not delay.**

**To the petitioner(s)...I trust your integrity to honor the wishes of those who wish to withdraw from the petition.  If enough people contact you to remove their names that it drop below the 1 1/2% threshold, please listen to the voices of those asking to withdraw their names and honor their wishes by rescinding.   And remember, it is YOUR petition...so if YOU want to withdraw, that is within your power.**

**I will admit - I had almost given up hope - maybe it's a long shot...but maybe it's not too late.   It takes bravery and courage to do what I'm asking.  It takes courage and moral fiber to feel regret AND do something about it.**

**I know I'm asking a lot.   But I AM asking.**

**If you have had even a moment of regret or the consequences are too great and choose to rescind your signature - whether it works or not -  I will have your back.**

**If you rescind - whether you are the only one, or 45 or 90+ - I will consider you a local hero and defend and honor you.**

**I will work with you to have your voice heard...and if you haven't noticed...I have a pretty big mouth.**

**It's not too late.**

**Thank you for taking the time to consider my heartfelt thoughts.**

**Tiffaney**

_·_·_·_·_·_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112525) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_·_·_·_·_·_

## Re: [95033talk] Dear Petitioners and Signers of the Special Election,

From:  Cynthia Pustelnik (steveandcy@gmail.com)

To:  95033talk@groups.io; lm@mcvoy.com

Date:  Sunday, April 18, 2021, 07:01 PM PDT

And an additional thanks to Larry (new email) with Kim Steven, Sanjay and our community members, we so understand the changes that have affected and will continue to affect our community. The norms, values, relationships and banding together in times of trouble are what made us want to move back to this community 19 years ago. We have been sporadically involved in the community via the CERT group, LPEF and the mountain schools. So the things that affect one actually affect more than one. Being that group as more than one is what makes our community strong. Given the past year and this new brouhaha, in our opinion it is a necessary consideration for everyone in this group to be aware of. Put politics aside and what are everyone's concerns? Good schools, proper law enforcement and fire protection, INSURANCE? This latest fiasco has quite a bearing on our community and I am so sorry that people don't want to hear about it. It affected our family and opened again this past year with our last child entering middle school. It affected a child of a good friend of ours to a point that they can only discuss here. There are others whose children witnessed certain things circulating and were also not favored and placed under the thumb of someone who, with a grievance against the school district, helped devolve a positive measure for our schools and made the COMMUNITY less whole at its not passing! Everyone is due they're voice and redress in front of their peers, but our child didn't ask for what he was exposed to. Our friend's child, neither! So We ask, what is a community that allows dysfunction, irresponsibility, unaccountability for one's actions? We want to know if there is something wrong in our community as much as someone being upset about someone cutting all the daffodil's in front of Christ Child Church at Easter. It was a hard year and that person felt it necessary to do so QUITE POSSIBLY HELP AND PLEASE SOMEONE! There were plenty up the road just a 1/4 mile away but they chose blessed one's and will hopefully return to plant anew more for the remainder of their time on earth and in our COMMUNITY. A community is things we like and things we don't like. When you decide that something isn't necessary, please provide PROOF. When the community is aware, it is stronger. When it is vigilant, morseo. Let's keep the dialog open as even in this case Sean and DK are still part of our community. Let's keep what is forwarded real. If we've wronged either of them, then we are deeply sorry. But in the one case, we know what has transpired and hope the individual in question will actually complete their restitution to our community as would those that he follows. He has never apologized to our child and to our friend's child. I hope he can find in his religious piety, forgiveness and come clean to OUR COMMUNITY. At that point, we can see that this thread be dissolved. This was an unnatural disaster, exacerbated by a natural disaster. We will come out whole and a stronger community for telling the TRUTH! Let's also keep those wild turkey's in check, they are marvelous, abundant and also a part of the community...

On Sun, Apr 18, 2021 at 3:56 PM Larry McVoy <lm@mcvoy.com> wrote:
> How do you say this and also be the person behind a $200-600K special
> election? How are you not stealing that from the kids?
>
> If you think any of us will forget who did that, you are dead wrong.
>
> On Sun, Apr 18, 2021 at 12:56:17PM -0700, Shahryar Rokni wrote:
>> So, everyone's motives are tainted and we are all bunch of self serving adults hiding behind noble
>> causes. Is that the message? then lets apply your own logic. Follow the money.
>> By all measures the Golf Tournament that Paultz's family initiated and made super successful,
>> generated money for school. All kids. I hope you can see that.
>> By comparison, based on the latest line item returns from LPEF in 2017, Golf Tournament generated a
>> net revenue of $8025. A fraction of what was generated in early days. People matter. Dismissing
>> community members will have long term negative effect.
>> In 2017 LPEF donated $575,905 to school and the golf tournament was only 1.3% of that total.
>> Did Paultz family matter then and do they matter now? absolutely.
>> Start writing people off and you will end up standing in a corner on your own.
>> Lets stay with the issues, not personalities.

--
---
Larry McVoy lm at mcvoy.com http://www.mcvoy.com/lm

_._,_._,_._

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112687) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_._,_._,_._

## Re: [95033talk] Dear Petitioners and Signers of the Special Election,

From: dan dale (danieldale95033@gmail.com)

To: stacylynhall@yahoo.com; 95033talk@groups.io

Date: Friday, April 16, 2021, 07:19 AM PDT

Obfuscation & Deception. Mr. Kissner and Mr. Spicer are teaching a master class in that, here at Loma, here at the local level.

One of your go-to retorts is that the District is bad, the District is made up of bad bad people who have done so many bad things. That probably plays well to your followers (small group, and very loud). Great. That doesn't make it true. We saw this happen at the national level and you seem to have taken a few pages from there to apply it here. All Mexicans and immigrants are rapists and murderers. Say it over and over again. Doesn't make it so. But, who cares? The message stuck with 46% of the people (see, Sean... just because 46% of the people believe something, it doesn't make it so).

**Mr. Kissner - show us the receipts. Show us proof.**

Now, you will say that you would but you cannot due to ongoing litigation. How very convenient. I cannot speak to things I don't want to because of litigation. I can speak to everything I want to... litigation doesn't matter. Win-win.

The receipts have been shown on this forum and more are coming
You are LPTA. No one else is in that group.
You are posing as Jennifer Thompson
You and your wife sent messages posing as Robert H
You are sending messages saying you cannot comment, while commenting

I went and checked and re-checked. Not one word from you against these charges. Ignore them. Obfuscate.

And then there are more in the dismissal papers. I have been told that these include
There are charges against you for providing alcohol to minors
There are charges against you for making inappropriate remarks in front of kids that you were meant to teach
There are charges against you for insubordination (that one is funny... everyone will probably agree that that is you)
You have done and will do everything in your power to alienate, ostracize, attack and do whatever else to anyone who doesn't agree with you, including your co-workers

Stop the obfuscation. This message that Stacy sent on your behalf was good, it was really Kissnerish and Spicerish. Lots of words. Soaring. Calling on the greater while doing just the opposite. Decrying division while working to create it. I have seen your websites. You quote psalm. And yet you do the opposite. Matthew 7.15.

Scott Green said it well - the punch bowl is tainted. A few people - I dare anyone to prove that it is more than that - continue to fill that bowl with poison on a regular basis. Claiming they are doing it for the greater good. While doing the opposite. It is all about them and their fragile egos.

Some people will say you speak the truth. Excellent. You won them over. The reality is that you aren't saying much of anything. You are not saying that you will work to repair the harm that you are causing. You are not saying that what you have done is wrong, you are taking the words of 1 person, and twisting them to say that everyone on the other side is that way. While glossing over what you have done and claiming you are doing it because the District is bad.

Sean Spicer and you have this wonderful way of spinning things. Sending out messages that speak to what you want to while ignoring what anyone else is saying. Choose your own adventure.

District bad. Kissner good.

Make it about 2 sides. Black and white.
Claim the other side is deceptive and people are looking to publicly impugn you while doing exactly that.

Project.

Say it and do it over and over and over.
Get enough people to believe it.
Masterclass being taught.
Well done.

Obfuscation & Deception. Speak loudly while not saying anything.

## Re: [95033talk] Dear Petitioners and Signers of the Special Election,

From: Larry McVoy (lm@mcvoy.com)

To: 95033talk@groups.io

Date: Friday, April 16, 2021, 05:37 PM PDT

On Fri, Apr 16, 2021 at 04:56:57PM -0700, Nanette Barber via groups.io wrote:

> What I cannot, under any circumstance, get behind, is this forced special election costing an additional $200,000-$600,000 dollars.

It's $272K unless it is Nov 3, then it is $5?0K, I think close to $600K.

If anyone has any ideas on how to stop this, please speak up. If we need to lawyer up to fight it, I'll match donations 2:1 to some wife approved cap.

And I agree with Ashley Testa, this is the most divided I've seen the mountain in over 15 years (Scott has been here 53, be curious to know if he has seen it like this). Normally, we tend to pull together to take care of each other, we need more of that.

Sanjay said the same thing, we're divided and he is trying to imagine ways to pull us together. We all should be thinking along those lines.

_-_-_-_-_-_-

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112591) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_-_-_-_-_-_-

Re: [95033talk] Dear Petitioners and Signers of the Special Election,

From: Azadeh via groups.io (azzalu=yahoo.com@groups.io)

To: 95033talk@groups.io; tinaplautz@gmail.com; lm@mcvoy.com

Cc: shahryarrokni@hotmail.com; danieldale95033@gmail.com

Date: Sunday, April 18, 2021, 12:02 PM PDT

Thank you for this Tina!

THANK YOU for stepping up FORE the kids in applying to board seat, before that back when you all started the very successful golf tournament and everything in-between. I think you would have been a fabulous addition and most certainly qualified.

To all neighbors that don't personally know Tina and Scott Plautz:

I can tell you as someone that knows the Plautz's well enough, I concur that its ALWAYS been about this kids for them. We may not share all the same views and opinions, sure... but both Tina and Scott have been so very hands on over the many years of service and even when Ella (their oldest) aged out, she too got involved to help the schools and I always thought we are so lucky to have such outstanding and involved parents in our district.

The Plautzs' are good peeps and as Tina mentioned, it's always about and I am sure will continue to be about and FORE the kids. I personally have always respected their creativity, tenacity and Can Do attitude in favor of our kids. Being a Kissner fan doesn't mutually exclude them from pro-kids/school. Just like Kissner being an AMAZING math teacher, community volunteer and Marine veteran doesn't exclude him from any of the alleged actions and charges filed against him that resulted in his dismissal. Issues are complex, people are complex... it's not black and white.

So again, Thanks to Tina and Scott for all they've have done and will do for our kids and the schools and I too am sorry for how you were treated back then. That was a different administration and a very different time... I do hope we can all find our common ground again looking ahead as we did many times before and very soon at that, because as Tiffaney said in her message this morning... the past does not define our future and we are in an SOS stage FORE the kids right now. With out a special election we have a shortfall of $668K to bridge... with one, well... another $168K and up to $598K (the $273K upper amount is ONLY if election happens in August)

We can all make changes, but only if we all truly listen, compromise, put our own egos aside and try hard to allow the feature to define us, not the past. Truly working towards a real solution and along the way hoping for the saying... this too shall pass... to pass already so we can get back to being our MAGICAL Mnt and Loma Prieta Joint "UNIFIED" School District again...  :)

Cheers,
Azadeh

On Sunday, April 18, 2021, 11:16:56 AM PDT, Larry McVoy <lm@mcvoy.com> wrote:

On Sun, Apr 18, 2021 at 11:01:02AM -0700, tina plautz wrote:

> There was a lot of action and coordination by the previous administration
> to make sure this occurred. And a lot of disengagement from families that
> were surprised to see how we (Longstreth/Plautz) were treated through the
> process. We have had zero involvement with the Golf Tournament since the
> first 2 years.

I, for one, didn't like how all of that was handled. John and Scott did a great job, they pulled a lot of money up the hill from businesses. It's a shame that a working fund raiser was taken over.

_-_-_-_-_-_-

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112676) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_-_-_-_-_-_-

## Re: [95033talk] Dear Petitioners and Signers of the Special Election,

From: Larry McVoy (lm@mcvoy.com)

To: 95033talk@groups.io; shahryarrokni@hotmail.com

Cc: danieldale95033@gmail.com

Date: Sunday, April 18, 2021, 03:56 PM PDT

How do you say this and also be the person behind a $200-600K special election? How are you not stealing that from the kids?

If you think any of us will forget who did that, you are dead wrong.

On Sun, Apr 18, 2021 at 12:56:17PM -0700, Shahryar Rokni wrote:

> So, everyone's motives are tainted and we are all bunch of self serving adults hiding behind noble causes. Is that the message? then lets apply your own logic. Follow the money.
> By all measures the Golf Tournament that Paultz's family initiated and made super successful, generated money for school. All kids. I hope you can see that.
> By comparison, based on the latest line item returns from LPEF in 2017, Golf Tournament generated a net revenue of $8025. A fraction of what was generated in early days. People matter. Dismissing community members will have long term negative effect.
> In 2017 LPEF donated $575,905 to school and the golf tournament was only 1.3% of that total.
> Did Paultz family matter then and do they matter now? absolutely.
> Start writing people off and you will end up standing in a corner on your own.
> Lets stay with the issues, not personalities.

--
---
Larry McVoy lm at mcvoy.com http://www.mcvoy.com/lm
_._,_._,_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112686) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_._,_._,_

## Re: [95033talk] Dear Petitioners and Signers of the Special Election,

From: dan dale (danieldale95033@gmail.com)

To: tinaplautz@gmail.com

Cc: 95033talk@groups.io

Date: Sunday, April 18, 2021, 12:13 PM PDT

The facts, as you stated them:
Your grievances with the school district have nothing to do with Kissner. That seems interesting since your family's name and faces are all over the Kissner websites and you and your kids all have given written comments at School Board meetings in support of him. Are you saying that you only supported Kissner since it was a marriage of convenience / enemy of my enemy is my friend? a la Trump-McConnell?
Good on you that you keep donating and being involved. You did it for your own kids, right? That is not as noble as you are making it out to be.
You and your husband have a beef with Charlotte. Historical ones. Ones you have carried around for what seems like years. Good that you put it out. We now know your side of the story. It puts your husband's email in a new light. Both of you have dregged up old stories about her from what seems like 10+ years ago.
You and your husband did not like LPEF, which seems like it was more than one person, taking over the golf tournament. You wanted to be heroes and the fact that you were not rankles you. So, it is indeed, paraphrasing your own words, about your own ego.
**Tina, this is not healthy. Get some help. You have these long standing grievances that you still are angry about. This is not healthy.**
Good on you that you will not run in the special election. I will admit that my source was incorrect on that.

On Sun, Apr 18, 2021 at 11:01 AM tina plautz < tinaplautz@gmail.com > wrote:
And I will chime in since you brought my name up. I ran for the appointed seat strictly for the children. Your source clearly does not know me nor has spoken to me. My grievances with the district have nothing to do with Kissner. And although I do still think he is an amazing mentor for my children and an absolutely fantastic math teacher, it doesn't mean I am blinded or my judgement would be clouded. My intent on putting my name in the hat was to help bridge this gap that has made our community so dis-functional and keep the focus on the kids. Just because I know Kissner and like Kissner, it wouldn't have made me an unqualified board member or a threat to the board. I am only a voice of one.

My husbands' comments about Charlotte were probably moot points that did not need to be pointed out, but all the latest drama going on has brought out emotions of historical issues with the district and LPEF. When our district had to deal with a previous failed measure, we stepped up and started the golf tournament with zero support from LPEF and its leadership (Charlotte) at the time. We needed to run this tournament under a non-profit to be able to collect sponsorships and donations benefiting our school.
One person from LPEF (Kimiko) helped us tremendously to make this possible, but other than that, it was the Longstreth Family, and other community/ school members that supported us and made it possible.

After the second year there was a lot of push back that occurred with LPEF wanting to own and control this new fundraiser now that it has generated a lot of money. So in your style of own word comments

New Fundraiser. Risk. Makes Money. Take Credit. Screw Originators. Take Over. Heros.

There was a lot of action and coordination by the previous administration to make sure this occurred. And a lot of disengagement from families that were surprised to see how we (Longstreth/Plautz) were treated through the process. We have had zero involvement with the Golf Tournament since the first 2 years.

Though we have felt very slided by the district and many, many families on the mountain that contributed to this grievance, through it all my family still contributed to our district. Why? For The Kids!! We gave as much time as possible to ensure they had all the extra things that make our school fantastic. I was a part of Girls On The Run, Fall Mountain Soccer, Coaching Girls Soccer, Art In Action, Project Cornerstone. I always tried to be room mom and run

fun classroom parties for the kids. We also purchased football shirts for Coach Patino to support his 5th grade Lunch Bunch Football program. It is the parent contribution that makes our school a community and the great place it is. We still have friends with younger children and I do care about them enjoying the same benefits.

Now for the big ah hah!!

I have and always have had absolutely No intention of running if there were to be a special election. Since the appointment of the seat, I have moved on, back to my previously scheduled life.

So super sleuth...but keep searching for clues cause the Plautz family ain't part of some nefarious plan out there.

And P.S. we have friends on both sides of the many issues our district faces.

On Sun, Apr 18, 2021, 9:48 AM Shahryar Rokni < shahryarrokni@hotmail.com> wrote:
> Ms Dale, I had no intention of breaking the rhythm of your rhetoric, but since you ask me to provide data, I will do
> so. I will limit the data to the last 21 years.
> 2000 Measure A, Extend gann limits on 1996 measure D $150 parcel tax (required 50% pass and it is just for the
> ability to use the money, not collect) PASS
> 2001 Measure E, asked for a NEW parcel Tax for $150+3.5% compound over 9 years. FAILED
> 2002 Measure K, Almost $5M in bond for school reconstruction. PASSED
> 2004 Measure I, Extend gann limits on 1996 measure D $150 parcel tax (required 50% pass and it is just for the
> ability to use the money, not collect) PASS
> 2008 Measure G, Extend gann limits on 1996 measure D $150 parcel tax (required 50% pass and it is just for the
> ability to use the money, not collect) PASS
> 2010 Measure G, New Parcel tax $94 for four years. FAILED
> 2013 Measure H, Parcel tax for $164- 7 years. PASSED
> 2018 Measure R, School bond for $10M. Passed
> 2010 Measure N, extension of measure H for another 7 years. FAILED.
> So in summary, our district put forth 4 parcel tax measure in front of the voter in the last 21 years and only one
> passed. 25% pass rate. Measure N failure was not an anomaly.
> School put forth 2 bond measures on the ballot and both passed. 100% pass rate.
> Gann extension measures that are not asking for any money, they all passed with 50% requirement. 100% pass.
>
> And just for clarification, the 80% likelihood of pass was the number communicated to me by Yes on N on the Eve
> of election. It is not my number.
>
> Parcel tax requires 66.7% Yes
> Bond requires 55% Yes
> Gann extension required 50% Yes

_._._._._

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112677) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_._._._._

## Re: [95033talk] Dear Petitioners and Signers of the Special Election,

From: Larry McVoy (lm@mcvoy.com)

To:    95033talk@groups.io; tinaplautz@gmail.com

Cc:    shahryarrokni@hotmail.com; danieldale95033@gmail.com

Date: Sunday, April 18, 2021, 11:16 AM PDT

On Sun, Apr 18, 2021 at 11:01:02AM -0700, tina plautz wrote:

> There was a lot of action and coordination by the previous administration
> to make sure this occurred. And a lot of disengagement from families that
> were surprised to see how we (Longstreth/Plautz) were treated through the
> process. We have had zero involvement with the Golf Tournament since the
> first 2 years.

I, for one, didn't like how all of that was handled. John and Scott did a
great job, they pulled a lot of money up the hill from businesses. It's
a shame that a working fund raiser was taken over.
--'--'--'--

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112673) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
--'--'--'--

## Re: [95033talk] Dear Petitioners and Signers of the Special Election,

From: dan dale (danieldale95033@gmail.com)

To: tinaplautz@gmail.com

Cc: 95033talk@groups.io

Date: Sunday, April 18, 2021, 01:05 PM PDT

---

Tina. I crossed the line. You are right, I do not know you. I apologize. Will stick to pointing out facts.

On Sun, Apr 18, 2021 at 12:43 PM tina plautz <tinaplautz@gmail.com> wrote:
> You are correct… this, you, the Kissner concerns, the general issues in our community are not healthy. I do not need to justify myself or my family to anyone in this community. We do not seek accolades or recognition for anything. We believe when you help one kid, your child benefits. Service above self. Historical issues sucked but did not consume us. Clearly you are not someone that knows us.
>
> Your provactive email again is laced with poor assumptions and are quite pathetic. Twist information all you want. I really don't care….moving on.
>
> On Sun, Apr 18, 2021 at 12:13 PM dan dale <danieldale95033@gmail.com> wrote:
>> The facts, as you stated them:
>> Your grievances with the school district have nothing to do with Kissner. That seems interesting since your family's name and faces are all over the Kissner websites and you and your kids all have given written comments at School Board meetings in support of him. Are you saying that you only supported Kissner since it was a marriage of convenience / enemy of my enemy is my friend? a la Trump-McConnell?
>> Good on you that you keep donating and being involved. You did it for your own kids, right? That is not as noble as you are making it out to be.
>> You and your husband have a beef with Charlotte. Historical ones. Ones you have carried around for what seems like years. Good that you put it out. We now know your side of the story. It puts your husband's email in a new light. Both of you have dregged up old stories about her from what seems like 10+ years ago.
>> You and your husband did not like LPEF, which seems like it was more than one person, taking over the golf tournament. You wanted to be heroes and the fact that you were not rankles you. So, it is indeed, paraphrasing your own words, about your own ego.
>> **Tina, this is not healthy. Get some help. You have these long standing grievances that you still are angry about. This is not healthy.**
>> Good on you that you will not run in the special election. I will admit that my source was incorrect on that.
>>
>> On Sun, Apr 18, 2021 at 11:01 AM tina plautz <tinaplautz@gmail.com> wrote:
>>> And I will chime in since you brought my name up. I ran for the appointed seat strictly for the children. Your source clearly does not know me nor has spoken to me. My grievances with the district have nothing to do with Kissner. And although I do still think he is an amazing mentor for my children and an absolutely fantastic math teacher, it doesn't mean I am blinded or my judgement would be clouded. My intent on putting my name in the hat was to help bridge this gap that has made our community so dis-functional and keep the focus on the kids. Just because I know Kissner and like Kissner, it wouldn't have made me an unqualified board member or a threat to the board. I am only a voice of one.
>>>
>>> My husbands' comments about Charlotte were probably moot points that did not need to be pointed out, but all the latest drama going on has brought out emotions of historical issues with the district and LPEF. When our district had to deal with a previous failed measure, we stepped up and started the golf tournament with zero support from LPEF and its leadership (Charlotte) at the time. We needed to run this tournament under a non-profit to be able to collect sponsorships and donations benefiting our school.
>>> One person from LPEF (Kimiko) helped us tremendously to make this possible, but other than that, it was the Longstreth Family, and other community/ school members that supported us and made it possible.

After the second year there was a lot of push back that occurred with LPEF wanting to own and control this new fundraiser now that it has generated a lot of money. So in your style of own word comments

New Fundraiser. Risk. Makes Money. Take Credit. Screw Originators. Take Over. Heros.

There was a lot of action and coordination by the previous administration to make sure this occurred. And a lot of disengagement from families that were surprised to see how we (Longstreth/Plautz) were treated through the process. We have had zero involvement with the Golf Tournament since the first 2 years.

Though we have felt very slided by the district and many, many families on the mountain that contributed to this grievance, through it all my family still contributed to our district, Why? For The Kids!! We gave as much time as possible to ensure they had all the extra things that make our school fantastic. I was a part of Girls On The Run, Fall Mountain Soccer, Coaching Girls Soccer, Art In Action, Project Cornerstone. I always tried to be room mom and run fun classroom parties for the kids. We also purchased football shirts for Coach Patino to support his 5<sup>th</sup> grade Lunch Bunch Football program. It is the parent contribution that makes our school a community and the great place it is. We still have friends with younger children and I do care about them enjoying the same benefits.

Now for the big ah hah!!

I have and always have had absolutely No intention of running if there were to be a special election. Since the appointment of the seat, I have moved on, back to my previously scheduled life.

So super sleuth...but keep searching for clues cause the Plautz family ain't part of some nefarious plan out there.

And P.S. we have friends on both sides of the many issues our district faces.

On Sun, Apr 18, 2021, 9:48 AM Shahryar Rokni < shahryarrokni@hotmail.com > wrote:
   Ms Dale, I had no intention of breaking the rhythm of your rhetoric, but since you ask me to provide data, I will do so. I will limit the data to the last 21 years.
   2000 Measure A, Extend gann limits on 1996 measure D $150 parcel tax (required 50% pass and it is just for the ability to use the money, not collect) PASS
   2001 Measure E, asked for a NEW parcel Tax for $150+3.5% compound over 9 years. FAILED
   2002 Measure K, Almost $5M in bond for school reconstruction. PASSED
   2004 Measure I, Extend gann limits on 1996 measure D $150 parcel tax (required 50% pass and it is just for the ability to use the money, not collect) PASS
   2008 Measure G, Extend gann limits on 1996 measure D $150 parcel tax (required 50% pass and it is just for the ability to use the money, not collect) PASS
   2010 Measure G, New Parcel tax $94 for four years. FAILED
   2013 Measure H, Parcel tax for $164- 7 years. PASSED
   2018 Measure R, School bond for $10M. Passed
   2010 Measure N, extension of measure H for another 7 years. FAILED.
   So in summary, our district put forth 4 parcel tax measure in front of the voter in the last 21 years and only one passed. 25% pass rate. Measure N failure was not an anomaly.
   School put forth 2 bond measures on the ballot and both passed. 100% pass rate.
   Gann extension measures that are not asking for any money, they all passed with 50% requirement. 100% pass.

   And just for clarification, the 80% likelihood of pass was the number communicated to me by Yes on N on the Eve of election. It is not my number.

   Parcel tax requires 66.7% Yes
   Bond requires 55% Yes
   Gann extension required 50% Yes

--

Tina Plautz

_·_·_·_·_

---

Groups.io Links:

You receive all messages sent to this group.

<u>View/Reply Online (#112681)</u> | <u>Reply To Group</u> | <u>Reply To Sender</u> | <u>Mute This Topic</u> | <u>New Topic</u>

---

Moderator reminders:
Please read the FAQ! It is at <u>https://groups.io/g/95033talk/wiki/95033talk-FAQ</u>
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

---

<u>Your Subscription</u> | <u>Contact Group Owner</u> | <u>Unsubscribe</u> [Stacylynhall@yahoo.com]

_·_·_·_·_

## Re: [95033talk] Dear Petitioners and Signers of the Special Election,

From: Ashley Testa (altesta@gmail.com)

To: nanettebarber@yahoo.com

Cc: 95033talk@groups.io

Date: Friday, April 16, 2021, 08:22 PM PDT

Nanette,
Thank you for your support.  I'm really hoping we can calm down and start working on a solution, and I appreciate your supporting my call for unity.  And of course, I always appreciate you 😊

I don't support the petition, and I didn't say that anywhere in my email - it was a call for unity and solution oriented conversation.  I agree it's just too much money right now.  Gently I'm going to remind not to tie two positions together.

I do however understand the point of the petition.

If a group disagrees with the board's choices, it's natural that they will be uncomfortable
with their appointee, and want a community voted member.

The argument that in 14 months we get a community elected candidate is technically true, but in actuality false, as the incumbent always wins, meaning that as long as the appointed candidate runs, the outcome cannot be considered equivalent to an election without an incumbent.

I think we need to acknowledge that.  If we don't honestly acknowledge all the perspectives, the conversations are going to fall apart.

The absurd costs really are effectively acting as voter suppression.  Not only are many community members coming out against a democratic right, (for an understandable concern, but still suppressing a right), but I'm sure that there are many who are choosing not to sign because of the cost, also suppression.

What we really need to do is find common ground and a way to fund our schools and respect all members of our community.  Talk about solutions, figure out what might bring us together.  Ask is there anything that would make you feel comfortable enough to rescind the petition?  Ask what changes would you need to see to support a parcel tax.

Thanks for listening.
Ashley

On Fri, Apr 16, 2021, 4:57 PM Nanette Barber <nanettebarber@yahoo.com> wrote:
> Ashley, very well written and I agree on ALMOST all points. I can even understand why some chose not to support measure N. And MAYBE We can pass a slightly higher measure in the future that will make more of an impact. I can hope.
>
> What I cannot, under any circumstance, get behind, is this forced special election costing an additional $200,000-$600,000 dollars. Even IF you take all emotion out of it, it just absolutely makes no sense and is completely hypocritical of all of the criticisms against the district originally. Actions speak, and people that make poor decisions that hurt the community need to accept accountability. THEN maybe some can move on. But I do agree with your overall sentiment. What a mess this whole situation has become. 😞
>
> -Nanette
>
> On Apr 16, 2021, at 2:22 PM, Ashley Testa <altesta@gmail.com> wrote:

I feel compelled to point out that David called out the personal attacks against Sean, himself, and others, and since then there have been 2 more personal attacks. We need to stop.

We as a community are burning ourselves down. It's not just two people burning us down, it's the personal attacks, and the fact that we are being consumed by emotion and not responding to the actual issue and debating the positions with a goal of finding common ground.

But we can come out of this stronger, if we reframe our thinking and actions. Einstein said "We cannot solve our problems with the same thinking we used when we created them"

A History Lesson:
My oldest started Kindergarten in August of 2009. In spring of 2010, the then school board called a special election for a parcel tax of $94. It failed by about 4 votes. The board had hired a consultant that had advised this course of action to avoid the No vote.

August 2010 was grim. No more music pull-outs, no more art pull-outs, 4th and 5th grade classes were combined into 3, with over 34 students each. There was more. Perhaps Robin, your kids were at CT, and you can share the impacts there.

I didn't vote. I was HORRIFIED and I learned my vote really does matter. But there was no way to change it, so I got involved. The community came together. Corey held a Lemonade stand and raised $18K. Scott and Tina Plautz brought us the Golf tournament. The Home and School Club, which I joined the board of, brought enrichment after school classes and when they were successful beyond belief, donated those and other proceeds to KEEP. Over $90,000 over several years. Crickett Stephens organized the Jogathon, and took it from raising $12K a year to over $30K a year. The KEEP campaign raised more than ever before.

But something else happened. At the back of the room during the board meeting held after the results were in, a very optimistic woman I didn't know spoke up at the end of the meeting. She said something that was absolutely opposite to the tenor of the room, and turned out to be visionary. I'm paraphrasing 11 years later... She said "Shame on us. Shame on us for bringing a parcel tax of only $94, which was not enough, for fear of it failing. We need to bring another parcel tax for the real amount we need, and we need to make sure it passes."

The board at that time, I don't know who was on it, did their best to get what they thought possible passed, and it was the wrong choice. No attacks here. Facts.

We came together and came back stronger. Parents raised money to pay core teachers year after year on the back of donations, giving the school board time. The school board

went back, studied what they needed, and put Measure H on the ballot in 2013. I along with many, many of our community members, including Sean, campaigned hard for it, led by Christina Schwabecher, and it was a resounding success. When I say we campaigned, we took our kids to Skyland Church night after night, fed them dinner that others had donated, and made phone call after phone call. We marked the easy Yeses. But the Nos and the Undecideds we directed to the campaign website with the information about why the money was needed, we answered questions, we explained to those on a fixed income how they could opt out. We didn't force anyone's vote, but we made sure they understood. The community answered.

In hindsight, it's a blessing we lost that first parcel tax. We got the money we really needed. Parent volunteerism was high. Carolyn Dufort transferred from music to a full time classroom and was a great teacher, and we got Casey LeLake as our music teacher!! Art teachers were hired at CT. The after school enrichment classes in robotics, physics, Spanish, and art were amazing. Our school was stronger for those years of adversity. We made mistakes, we learned from them, and we came back Mountain Strong.

We need to block out our fear and do it again.   Understand our mistakes, learn from them, and try again.

Raise money for next year. Thank you Tiffaney Gallup and Jennifer Chen for your service on KEEP.   You rock. Everyone else, please donate!

Come TOGETHER as a community to understand the opposing position, hear it, and address it. I've talked to Sean. He indicated that there were conditions under which he believes the measure would have passed. That's something to work on.

Stop taking things personally and take a good look at the actual points. Listen. There's a very good chance there are a few nuggets in there that would make our future budgets stronger. Not because the school board is bad, or not doing a good job, but because we can almost always do a better job when we go back and look at it again. And because if we address those concerns we will have allies instead of opposition.

Emotion isn't going to change
minds. Bullying isn't going to change minds. Sean and David have stood up to very significant attacks and lost friends; that should be clear by now. We as a community can be better than that. And we need to.

There is common ground. Everyone wants strong schools and a balanced budget. Sean moved here FOR the schools.

Let's find that common ground, and start building a road on it in the direction we need to go. Adversity and challenge are so

often the crucible that makes us stronger. We have been
challenged to get better. Let's rise to the occasion.


On Fri, Apr 16, 2021, 12:07 AM Scott Plautz
<scottplautz@gmail.com> wrote:

> +1... 
>
>> On Apr 15, 2021, at 11:44 PM, stacylynhall@yahoo.com via groups.io
>> <Stacylynhall=yahoo.com@groups.io> wrote:
>>
>> From David:
>>
>> Dear Tiffaney,
>>
>> I have read your heartfelt post. I don't question your commitment to the community
>> and the kids. I also don't think that you really get it. Or that you have really heard or
>> listened or learned. You appeal to those who signed a petition, and ask them to step
>> away from emotion. And yet every day, we witness unhinged personal and emotional
>> attacks in this forum and others - against Sean, myself, and others who desire to have
>> a vote in our representative system. Have you witnessed these personal and irrational
>> attacks from Sean or other petition proponents? Has he ever strayed from a strict
>> attention to the actual issues at hand?
>>
>> You want to appeal to a substantial part of the community who are disillusioned with
>> the leadership of the school for myriad reasons, and who feel disenfranchised by the
>> system that has been entrenched for years. And you use soaring language to bring out
>> the best in people. But at the same time, you - and everyone else on this forum - are
>> content to let the bullying and personal attacks continue, unabated.
>>
>> A self-proclaimed "community leader" used this forum to publicly tell Sean to move off
>> the mountain. Sean and his views aren't welcome here. Where was your soaring
>> language then? Where is the condemnation from you, or the moderator, or anyone else
>> for that matter? What you don't seem to understand is that there are a LOT of people
>> who aren't happy with the current school leadership. Measure N was, in no small part,
>> a referendum on the current school leadership - it was supposed to pass easily with the
>> extension of only $164. A petition rejecting the board's appointing a replacement for a
>> resigned seat with 4 years remaining is a statement about a lack of trust in the board
>> and being fed up with board leadership being manipulated. Sean speaks for many who
>> are grateful for what he adds to the conversation and for his courage to do so in the
>> face of unrelenting and hateful attacks. And so when a "community leader" publicly
>> calls for him to leave the mountain, and you and nobody else speaks up to condemn
>> that, you need to understand that this hateful message gets communicated directly to
>> the countless others who may share some views with Sean. Or maybe they don't
>> agree with Sean, but they also don't agree with the loud social media voices either.
>> What's the message they hear? They aren't welcome here. If they speak up, they will
>> be similarly harassed and drummed out.
>>
>> Will you defend and honor those who have different views from you - even if they think
>> an election is the right way to fill an elected seat - and worth the money? Or will you
>> defend and honor only those who swing towards your point of view?
>>
>> The talk of shadow organizations, puppet-masters, conspiracies, evil intent, telling
>> people they aren't welcome on the mountain because of their views, flinging baseless

and horrid accusations and insinuations against fellow human beings, attacking even their volunteer work... it's all creating greater division. Maybe you can use some of your soaring words to encourage a higher standard of relating to fellow human beings? Maybe some of the comments should be condemned?

There are people who are not happy with the status quo and they would like to use the democratic system to express that and to seek change. These are not villains and they should not be villainized. These are caring people who want the ultimate best for the community and school and kids. Did the district's decision to try to dismiss the teacher who opposed the recent tax measure boost petition signatures? Absolutely. But you know what else boosted signatures? Disgust at the toxic hate-filled social media posts that have been allowed to dominate. I wonder if we could keep to the actual issues of cost/benefit, democratic principles and processes, representative systems, taxes and budgets, reopening considerations... all the valid concerns of a citizenry... and leave out the personal animus.... how much better off we all might be?

It amazes me that so many people who are directly connected with the school, and presumably buy into the Project Cornerstone philosophies, and the anti-bullying campaigns, and such... things we value for our kids, are so willing to participate in or silently observe the bullying and harassment and shameful treatment of people on here. By all means, be critical of points of view, the leadership direction of an elected body, debate issues, take positions, advocate for them, make your case, be involved. Don't attack people personally. Keep to the issues. Don't try to run people like Sean off the mountain. And use your platform, when you can, to appeal to the community to address these issues.

Tiffany, you say that you will defend and honor those who rescind their signature - IF they do. What if you - and all of us - could defend and honor one another, even when we disagree?

David
On Thursday, April 15, 2021, 04:51:20 PM PDT, Lucy Freedman <ldf26060@gmail.com> wrote:


Dear Tiffany,
Sending my appreciation to you for your heartfelt letter to the community.
Lucy Freedman




On Thu, Apr 15, 2021 at 4:01 PM Tiffany Gallup <tiff@simplyremarkable.com> wrote:

**I want to preface my post with a request for all who oppose the special election. If you can't say something nice, don't say it or post it on this thread.**


**Dear Petitioners and Signers of the Special Election,**

**I have talked with many of you over the last 6 months, and I want you to know that I do understand why you have chosen to sign the petition for a special election.**

**After years of feeling frustrated and unheard, I understand how that level of frustration builds to the point that you would do anything to have your voice**

heard.  I've had situations in my own life where I felt my voice was being suppressed and been told not to speak out (recently actually as a result of trying to work with some of you).   I know the anger, the frustration, the stomp your foot, scream at the trees, fight for my rights at any cost, emotional reaction that suppression brings out in me...so I get it. I also know that personnel decisions by the administration and school board inflamed things further for many of you and the timing of the special election petition provided an opportunity to release that particular anger and frustration.

And I know, some of the social media postings, including some of my own, have shown we're still not listening....caused you to dig in your heals...made you want to send a big FU to all of us.  That has not helped and for my part in that, I am sorry.

The emotions are high - for everyone in this moment.

Yet, I really don't think you intended to blow things up … at least not to this degree.   You wanted to be heard.  You wanted change.  You felt angry, frustrated, silenced,  and betrayed and this was the only weapon at your disposal to fight back.  I think when this started, you might have thought a special election was $30-40k - but by the time the real estimates came in, you might have already headed down that path and the more who joined in, whether they shared the same motivation or not, the harder it was to walk away.

I get that.  I really do.  I know my personal stubbornness gets the best of me often.

Yet as I've listened - and learned - the desire for a balanced budget, fiscal responsibility, transparency and the value of having a diverse perspectives in our leadership that consider all members of the community, being heard, being valued,  are all things we agree on.

If you can take the strong emotions out of it for just a minute and look at what we ALL want, I hope logically you can see the harmful impacts even "just" $200,000 could have on our schools (that's 2 1/2 teachers), our kids and our property values....let alone $600,000 which represents about 8% of our operating budget and...well...

There are some pretty dire consequences being floated around.   While hopefully things like the state taking over, redistricting, trucking our kids off the mountain twice a day and plummeting property values might not be guaranteed - they are NOT outside the realm of possibility.

As imperfect as our community and our schools are, do we really want to risk the state taking over?   Has our government and state proven the ability to value and fund education?  Have they proven the ability to balance budgets? Do we want them taking ownership of a central piece of real estate on our mountain?  Answer for me on that one is a resounding NO.

Look, I've had your emotions.   I validate your emotions.  I really and truly get it.  I have been so angry at the schools sometimes that I was ready to take drastic actions.  I get it more deeply and personally than you will ever know.

But if we separate the emotion for just a millisecond - could you possibly consider their may be a better path? If I want new leadership to be effective - I have to set them up for success and not cripple them out of the gate.

If I want a balanced budget - then I can't drain the budget.

If I want all the benefits of a private school for a public school price - I need to work together and find ways to increase our budget and use sweat equity.

If I want people to listen to me, to consider my voice, I must not threaten the things they hold most dear.

If the emotions can settle just a bit, perhaps you can consider that it's not too late.

It appears the special election CAN be rescinded by the petitioner.

CA Election Code 9118.5. The proponent of an initiative may withdraw the initiative at any time before the 88th day before the election, whether or not the petition has already been found sufficient by the elections official.

So....

To all the signers...If you have even a tinge of regret or have considered since that there might be better ways, please consider contacting the petitioner(s) and rescinding your signature.   My understanding is there were 90+ signers - so if just half of you decide in your heads or your hearts that there is a better way, please do not delay.

To the petitioner(s)...I trust your integrity to honor the wishes of those who wish to withdraw from the petition.  If enough people contact you to remove their names that it drop below the 1 1/2% threshold, please listen to the voices of those asking to withdraw their names and honor their wishes by rescinding.   And remember, it is YOUR petition...so if YOU want to withdraw, that is within your power.

I will admit - I had almost given up hope - maybe it's a long shot...but maybe it's not too late.   It takes bravery and courage to do what I'm asking.  It takes courage and moral fiber to feel regret AND do something about it.

I know I'm asking a lot.   But I AM asking.

If you have had even a moment of regret or the consequences are too great and choose to rescind your signature - whether it works or not -  I will have your back.

If you rescind - whether you are the only one, or 45 or 90+ - I will consider you a local hero and defend and honor you.

I will work with you to have your voice heard...and if you haven't noticed...I have a pretty big mouth.

It's not too late.

Thank you for taking the time to consider my heartfelt thoughts.

Tiffaney

Groups.io Links:

You receive all messages sent to this group.

<u>View/Reply Online (#112599)</u> | <u>Reply To Group</u> | <u>Reply To Sender</u> | <u>Mute This Topic</u> | <u>New Topic</u>

Moderator reminders:
Please read the FAQ! It is at <u>https://groups.io/g/95033talk/wiki/95033talk-FAQ</u>
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

<u>Your Subscription</u> | <u>Contact Group Owner</u> | <u>Unsubscribe</u> [Stacylynhall@yahoo.com]
_._,_._,_._

## Re: [95033talk] Dear Petitioners and Signers of the Special Election,

From:   Shahryar Rokni (shahryarrokni@hotmail.com)

To:     danieldale95033@gmail.com; 95033talk@groups.io

Date:   Sunday, April 18, 2021, 03:10 PM PDT

So, everyone's motives are tainted and we are all bunch of self serving adults hiding behind noble causes. Is that the message? then lets apply your own logic. Follow the money.
By all measures the Golf Tournament that Paultz's family initiated and made super successful, generated money for school. All kids. I hope you can see that.
By comparison, based on the latest line item returns from LPEF in 2017, Golf Tournament generated a net revenue of $8025. A fraction of what was generated in early days. People matter. Dismissing community members will have long term negative effect.
In 2017 LPEF donated $575,905 to school and the golf tournament was only 1.3% of that total.
Did Paultz family matter then and do they matter now? absolutely.
Start writing people off and you will end up standing in a corner on your own.
Lets stay with the issues, not personalities.
_·_·_·_·_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112685) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_·_·_·_·_

## Re: [95033talk] Dear Petitioners and Signers of the Special Election,

From: Robin Porter (robin.porter@lagolomita.com)

To: 95033talk@groups.io; stacylynhall@yahoo.com

Date: Friday, April 16, 2021, 12:15 AM PDT

David and Rokni,

I agree no one should be told to move off the mountain. I read that and was so very sad. I am sorry that even came up.

This special election takes $200k-$600K away from our kids to fill a board seat that will only serve until 2022. (Right now, it's 2021). Think of how many teachers you could pay for our kids if this money wasn't taken away. You also know in 2022 there will be multiple board seats up for election.

A special election for one board seat for approximately one year for approximately (spit the difference) $400k?

You did that to the kids and to this community.

Why?

Best,

—Robin

On Apr 15, 2021, at 11:44 PM, stacylynhall@yahoo.com via groups.io <Stacylynhall=yahoo.com@groups.io> wrote:

From David:

Dear Tiffaney,

I have read your heartfelt post. I don't question your commitment to the community and the kids. I also don't think that you really get it. Or that you have really heard or listened or learned. You appeal to those who signed a petition, and ask them to step away from emotion. And yet every day, we witness unhinged personal and emotional attacks in this forum and others - against Sean, myself, and others who desire to have a vote in our representative system. Have you witnessed these personal and irrational attacks from Sean or other petition proponents? Has he ever strayed from a strict attention to the actual issues at hand?

You want to appeal to a substantial part of the community who are disillusioned with the leadership of the school for myriad reasons, and who feel disenfranchised by the system that has been entrenched for years. And you use soaring language to bring out the best in people. But at the same time, you - and everyone else on this forum - are content to let the bullying and personal attacks continue, unabated.

A self-proclaimed "community leader" used this forum to publicly tell Sean to move off the mountain. Sean and his views aren't welcome here. Where was your soaring language then? Where is the condemnation from you, or the moderator, or anyone else for that matter? What you don't seem to understand is that there are a LOT of people who aren't happy with the current school leadership. Measure N was, in no small part, a referendum on the current school leadership - it was supposed to pass easily with the extension of $164. A petition rejecting the board's appointing a replacement for a resigned seat with 4 years remaining is a statement about a lack of trust in the board and being fed up with board leadership being manipulated. Sean speaks for many who are grateful for what he adds to the conversation and for his courage to do so in the face of unrelenting and hateful attacks. And so when a "community leader" publicly calls for him to leave the mountain, and you and nobody else speaks up to condemn that, you need to

understand that this hateful message gets communicated directly to the countless others who may share some views with Sean. Or maybe they don't agree with Sean, but they also don't agree with the loud social media voices either. What's the message they hear? They aren't welcome here. If they speak up, they will be similarly harassed and drummed out.

Will you defend and honor those who have different views from you - even if they think an election is the right way to fill an elected seat - and worth the money? Or will you defend and honor only those who swing towards your point of view?

The talk of shadow organizations, puppet-masters, conspiracies, evil intent, telling people they aren't welcome on the mountain because of their views, flinging baseless and horrid accusations and insinuations against fellow human beings, attacking even their volunteer work... it's all creating greater division. Maybe you can use some of your soaring words to encourage a higher standard of relating to fellow human beings? Maybe some of the comments should be condemned?

There are people who are not happy with the status quo and they would like to use the democratic system to express that and to seek change. These are not villains and they should not be villainized. These are caring people who want the ultimate best for the community and school and kids. Did the district's decision to try to dismiss the teacher who opposed the recent tax measure boost petition signatures? Absolutely. But you know what else boosted signatures? Disgust at the toxic hate-filled social media posts that have been allowed to dominate. I wonder if we could keep to the actual issues of cost/benefit, democratic principles and processes, representative systems, taxes and budgets, reopening considerations... all the valid concerns of a citizenry... and leave out the personal animus.... how much better off we all might be?

It amazes me that so many people who are directly connected with the school, and presumably buy into the Project Cornerstone philosophies, and the anti-bullying campaigns, and such... things we value for our kids, are so willing to participate in or silently observe the bullying and harassment and shameful treatment of people on here. By all means, be critical of points of view, the leadership direction of an elected body, debate issues, take positions, advocate for them, make your case, be involved. Don't attack people personally. Keep to the issues. Don't try to run people like Sean off the mountain. And use your platform, when you can, to appeal to the community to address these issues.

Tiffaney, you say that you will defend and honor those who rescind their signature - IF they do. What if you - and all of us - could defend and honor one another, even when we disagree?

David
On Thursday, April 15, 2021, 04:51:20 PM PDT, Lucy Freedman <ldf26060@gmail.com> wrote:


Dear Tiffaney,
Sending my appreciation to you for your heartfelt letter to the community.
Lucy Freedman



On Thu, Apr 15, 2021 at 4:01 PM Tiffaney Gallup <tiff@simplyremarkable.com> wrote:

> **I want to preface my post with a request for all who oppose the special election. If you can't say something nice, don't say it or post it on this thread.**
>
>
> **Dear Petitioners and Signers of the Special Election,**
>
> **I have talked with many of you over the last 6 months, and I want you to know that I do understand why you have chosen to sign the petition for a special election.**
>
> **After years of feeling frustrated and unheard, I understand how that level of frustration builds to the point that you would do anything to have your voice heard. I've had situations in my own life where I felt my voice was**

being suppressed and been told not to speak out (recently actually as a result of trying to work with some of you).  I know the anger, the frustration, the stomp your foot, scream at the trees, fight for my rights at any cost, emotional reaction that suppression brings out in me…so I get it. I also know that personnel decisions by the administration and school board inflamed things further for many of you and the timing of the special election petition provided an opportunity to release that particular anger and frustration.

And I know, some of the social media postings, including some of my own, have shown we're still not listening….caused you to dig in your heals…made you want to send a big FU to all of us.  That has not helped and for my part in that, I am sorry.

The emotions are high - for everyone in this moment.

Yet, I really don't think you intended to blow things up ... at least not to this degree.   You wanted to be heard.  You wanted change.  You felt angry, frustrated, silenced,  and betrayed and this was the only weapon at your disposal to fight back.  I think when this started, you might have thought a special election was $30-40k - but by the time the real estimates came in, you might have already headed down that path and the more who joined in, whether they shared the same motivation or not, the harder it was to walk away.

I get that.  I really do.  I know my personal stubbornness gets the best of me often.

Yet as I've listened - and learned - the desire for a balanced budget, fiscal responsibility, transparency and the value of having a diverse perspectives in our leadership that consider all members of the community, being heard, being valued,  are all things we agree on.

If you can take the strong emotions out of it for just a minute and look at what we ALL want, I hope logically you can see the harmful impacts even "just" $200,000 could have on our schools (that's 2 1/2 teachers), our kids, and our property values….let alone $600,000 which represents about 8% of our operating budget and…well…

There are some pretty dire consequences being floated around.   While hopefully things like the state taking over, redistricting, trucking our kids off the mountain twice a day and plummeting property values might not be guaranteed - they are NOT outside the realm of possibility.

As imperfect as our community and our schools are, do we really want to risk the state taking over?   Has our government and state proven the ability to value and fund education?  Have they proven the ability to balance budgets?  Do we want them taking ownership of a central piece of real estate on our mountain? Answer for me on that one is a resounding NO.

Look, I've had your emotions.   I validate your emotions.  I really and truly get it.  I have been so angry at the schools sometimes that I was ready to take drastic actions.  I get it more deeply and personally than you will ever know.

But if we separate the emotion for just a millisecond - could you possibly consider their may be a better path? If I want new leadership to be effective - I have to set them up for success and not cripple them out of the gate.

If I want a balanced budget - then I can't drain the budget.

If I want all the benefits of a private school for a public school price - I need to work together and find ways to increase our budget and use sweat equity.

If I want people to listen to me, to consider my voice, I must not threaten the things they hold most dear.


If the emotions can settle just a bit, perhaps you can consider that it's not too late.

It appears the special election CAN be rescinded by the petitioner.

CA Election Code 9118.5. The proponent of an initiative may withdraw the initiative at any time before the

88th day before the election, whether or not the petition has already been found sufficient by the elections official.

So....

To all the signers...If you have even a tinge of regret or have considered since that there might be better ways, please consider contacting the petitioner(s) and rescinding your signature.   My understanding is there were 90+ signers - so if just half of you decide in your heads or your hearts that there is a better way, please do not delay.

To the petitioner(s)...I trust your integrity to honor the wishes of those who wish to withdraw from the petition.  If enough people contact you to remove their names that it drop below the 1 1/2% threshold, please listen to the voices of those asking to withdraw their names and honor their wishes by rescinding.   And remember, it is YOUR petition...so if YOU want to withdraw, that is within your power.

I will admit - I had almost given up hope - maybe it's a long shot...but maybe it's not too late.   It takes bravery and courage to do what I'm asking.  It takes courage and moral fiber to feel regret AND do something about it.

I know I'm asking a lot.   But I AM asking.

If you have had even a moment of regret or the consequences are too great and choose to rescind your signature - whether it works or not -  I will have your back.

If you rescind - whether you are the only one, or 45 or 90+ - I will consider you a local hero and defend and honor you.

I will work with you to have your voice heard...and if you haven't noticed...I have a pretty big mouth.

It's not too late.

Thank you for taking the time to consider my heartfelt thoughts.

Tiffaney

_-_-_-_-_-

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112543) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe

[robin.porter@lagolomita.com

]

## Re: [95033talk] Dear Petitioners and Signers of the Special Election,

From: Shahryar Rokni (shahryarrokni@hotmail.com)

To: danieldale95033@gmail.com; 95033talk@groups.io

Date: Sunday, April 18, 2021, 09:48 AM PDT

Ms Dale, I had no intention of breaking the rhythm of your rhetoric, but since you ask me to provide data, I will do so. I will limit the data to the last 21 years.
2000 Measure A, Extend gann limits on 1996 measure D $150 parcel tax (required 50% pass and it is just for the ability to use the money, not collect) PASS
2001 Measure E, asked for a NEW parcel Tax for $150+3.5% compound over 9 years. FAILED
2002 Measure K, Almost $5M in bond for school reconstruction. PASSED
2004 Measure I, Extend gann limits on 1996 measure D $150 parcel tax (required 50% pass and it is just for the ability to use the money, not collect) PASS
2008 Measure G, Extend gann limits on 1996 measure D $150 parcel tax (required 50% pass and it is just for the ability to use the money, not collect) PASS
2010 Measure G, New Parcel tax $94 for four years. FAILED
2013 Measure H, Parcel tax for $164- 7 years. PASSED
2018 Measure R, School bond for $10M. Passed
2010 Measure N, extension of measure H for another 7 years. FAILED.
So in summary, our district put forth 4 parcel tax measure in front of the voter in the last 21 years and only one passed. 25% pass rate. Measure N failure was not an anomaly.
School put forth 2 bond measures on the ballot and both passed. 100% pass rate.
Gann extension measures that are not asking for any money, they all passed with 50% requirement. 100% pass.

And just for clarification, the 80% likelihood of pass was the number communicated to me by Yes on N on the Eve of election. It is not my number.

Parcel tax requires 66.7% Yes
Bond requires 55% Yes
Gann extension required 50% Yes

_·_·_·_·_·_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112668) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_·_·_·_·_·_

Re: [95033talk] Dear Petitioners and Signers of the Special Election,

From: Lucy Freedman (ldf26060@gmail.com)

To:     95033talk@groups.io; tiff@simplyremarkable.com

Date:   Thursday, April 15, 2021, 04:51 PM PDT

Dear Tiffaney,
Sending my appreciation to you for your heartfelt letter to the community.
Lucy Freedman

On Thu, Apr 15, 2021 at 4:01 PM Tiffaney Gallup <tiff@simplyremarkable.com> wrote:

**I want to preface my post with a request for all who oppose the special election. If you can't say something nice, don't say it or post it on this thread.**

**Dear Petitioners and Signers of the Special Election,**

**I have talked with many of you over the last 6 months, and I want you to know that I do understand why you have chosen to sign the petition for a special election.**

**After years of feeling frustrated and unheard, I understand how that level of frustration builds to the point that you would do anything to have your voice heard. I've had situations in my own life where I felt my voice was being suppressed and been told not to speak out (recently actually as a result of trying to work with some of you). I know the anger, the frustration, the stomp your foot, scream at the trees, fight for my rights at any cost, emotional reaction that suppression brings out in me...so I get it. I also know that personnel decisions by the administration and school board inflamed things further for many of you and the timing of the special election petition provided an opportunity to release that particular anger and frustration.**

**And I know, some of the social media postings, including some of my own, have shown we're still not listening....caused you to dig in your heals...made you want to send a big FU to all of us. That has not helped and for my part in that, I am sorry.**

**The emotions are high - for everyone in this moment.**

**Yet, I really don't think you intended to blow things up ... at least not to this degree. You wanted to be heard. You wanted change. You felt angry, frustrated, silenced, and betrayed and this was the only weapon at your disposal to fight back. I think when this started, you might have thought a special election was $30-40k - but by the time the real estimates came in, you might have already headed down that path and the more who joined in, whether they shared the same motivation or not, the harder it was to walk away.**

**I get that. I really do. I know my personal stubbornness gets the best of me often.**

**Yet as I've listened - and learned - the desire for a balanced budget, fiscal responsibility, transparency and the value of having a diverse perspectives in our leadership that consider all members of the community, being heard, being valued, are all things we agree on.**

**If you can take the strong emotions out of it for just a minute and look at what we ALL want, I hope logically you can see the harmful impacts even "just" $200,000 could have on our schools (that's 2 1/2 teachers), our**

kids, and our property values....let alone $600,000 which represents about 8% of our operating budget and...well...

There are some pretty dire consequences being floated around.   While hopefully things like the state taking over, redistricting, trucking our kids off the mountain twice a day and plummeting property values might not be guaranteed - they are NOT outside the realm of possibility.

As imperfect as our community and our schools are, do we really want to risk the state taking over?   Has our government and state proven the ability to value and fund education?  Have they proven the ability to balance budgets?   Do we want them taking ownership of a central piece of real estate on our mountain? Answer for me on that one is a resounding NO.

Look, I've had your emotions.   I validate your emotions.  I really and truly get it.  I have been so angry at the schools sometimes that I was ready to take drastic actions.  I get it more deeply and personally than you will ever know.

But if we separate the emotion for just a millisecond - could you possibly consider their may be a better path? If I want new leadership to be effective - I have to set them up for success and not cripple them out of the gate.

If I want a balanced budget - then I can't drain the budget.

If I want all the benefits of a private school for a public school price - I need to work together and find ways to increase our budget and use sweat equity.

If I want people to listen to me, to consider my voice, I must not threaten the things they hold most dear.


If the emotions can settle just a bit, perhaps you can consider that it's not too late.

It appears the special election CAN be rescinded by the petitioner.

CA Election Code 9118.5. The proponent of an initiative may withdraw the initiative at any time before the 88th day before the election, whether or not the petition has already been found sufficient by the elections official.

So....

To all the signers...If you have even a tinge of regret or have considered since that there might be better ways, please consider contacting the petitioner(s) and rescinding your signature.   My understanding is there were 90+ signers - so if just half of you decide in your heads or your hearts that there is a better way, please do not delay.

To the petitioner(s)...I trust your integrity to honor the wishes of those who wish to withdraw from the petition.  If enough people contact you to remove their names that it drop below the 1 1/2% threshold, please listen to the voices of those asking to withdraw their names and honor their wishes by rescinding.   And remember, it is YOUR petition...so if YOU want to withdraw, that is within your power.

I will admit - I had almost given up hope - maybe it's a long shot...but maybe it's not too late.   It takes bravery and courage to do what I'm asking.  It takes courage and moral fiber to feel regret AND do something about it.

I know I'm asking a lot.   But I AM asking.

If you have had even a moment of regret or the consequences are too great and choose to rescind your signature - whether it works or not -  I will have your back.

If you rescind - whether you are the only one, or 45 or 90+ - I will consider you a local hero and defend and honor you.

**I will work with you to have your voice heard...and if you haven't noticed...I have a pretty big mouth.**

**It's not too late.**

**Thank you for taking the time to consider my heartfelt thoughts.**

**Tiffaney**

_·_·_·_·_·_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112525) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_·_·_·_·_·_

## [95033talk] Dear Petitioners and Signers of the Special Election,

From: Tiffaney Gallup (tiff@simplyremarkable.com)

To: 95033talk@groups.io

Date: Thursday, April 15, 2021, 04:01 PM PDT

**I want to preface my post with a request for all who oppose the special election. If you can't say something nice, don't say it or post it on this thread.**

**Dear Petitioners and Signers of the Special Election,**

I have talked with many of you over the last 6 months, and I want you to know that I do understand why you have chosen to sign the petition for a special election.

After years of feeling frustrated and unheard, I understand how that level of frustration builds to the point that you would do anything to have your voice heard. I've had situations in my own life where I felt my voice was being suppressed and been told not to speak out (recently actually as a result of trying to work with some of you). I know the anger, the frustration, the stomp your foot, scream at the trees, fight for my rights at any cost, emotional reaction that suppression brings out in me...so I get it. I also know that personnel decisions by the administration and school board inflamed things further for many of you and the timing of the special election petition provided an opportunity to release that particular anger and frustration.

And I know, some of the social media postings, including some of my own, have shown we're still not listening....caused you to dig in your heals...made you want to send a big FU to all of us. That has not helped and for my part in that, I am sorry.

The emotions are high - for everyone in this moment.

Yet, I really don't think you intended to blow things up ... at least not to this degree. You wanted to be heard. You wanted change. You felt angry, frustrated, silenced, and betrayed and this was the only weapon at your disposal to fight back. I think when this started, you might have thought a special election was $30-40k - but by the time the real estimates came in, you might have already headed down that path and the more who joined in, whether they shared the same motivation or not, the harder it was to walk away.

I get that. I really do. I know my personal stubbornness gets the best of me often.

Yet as I've listened - and learned - the desire for a balanced budget, fiscal responsibility, transparency and the value of having a diverse perspectives in our leadership that consider all members of the community, being heard, being valued, are all things we agree on.

If you can take the strong emotions out of it for just a minute and look at what we ALL want, I hope logically you can see the harmful impacts even "just" $200,000 could have on our schools (that's 2 1/2 teachers), our kids, and our property values....let alone $600,000 which represents about 8% of our operating budget and...well...

There are some pretty dire consequences being floated around. While hopefully things like the state taking over, redistricting, trucking our kids off the mountain twice a day and plummeting property values might not be guaranteed - they are NOT outside the realm of possibility.

As imperfect as our community and our schools are, do we really want to risk the state taking over? Has our government and state proven the ability to value and fund education? Have they proven the ability to balance

budgets?   Do we want them taking ownership of a central piece of real estate on our mountain?  Answer for me on that one is a resounding NO.

Look, I've had your emotions.   I validate your emotions.  I really and truly get it.  I have been so angry at the schools sometimes that I was ready to take drastic actions.  I get it more deeply and personally than you will ever know.

But if we separate the emotion for just a millisecond - could you possibly consider their may be a better path?  If I want new leadership to be effective - I have to set them up for success and not cripple them out of the gate.

If I want a balanced budget - then I can't drain the budget.

If I want all the benefits of a private school for a public school price - I need to work together and find ways to increase our budget and use sweat equity.

If I want people to listen to me, to consider my voice, I must not threaten the things they hold most dear.

If the emotions can settle just a bit, perhaps you can consider that it's not too late.

<u>It appears the special election CAN be rescinded by the petitioner.</u>

CA Election Code 9118.5.  The proponent of an initiative may withdraw the initiative at any time before the 88th day before the election, whether or not the petition has already been found sufficient by the elections official.

So....

To all the signers...If you have even a tinge of regret or have considered since that there might be better ways, please consider contacting the petitioner(s) and rescinding your signature.   My understanding is there were 90+ signers - so if just half of you decide in your heads or your hearts that there is a better way, please do not delay.

To the petitioner(s)...I trust your integrity to honor the wishes of those who wish to withdraw from the petition.  If enough people contact you to remove their names that it drop below the 1 1/2% threshold, please listen to the voices of those asking to withdraw their names and honor their wishes by rescinding.   And remember, it is YOUR petition...so if YOU want to withdraw, that is within your power.

I will admit - I had almost given up hope - maybe it's a long shot...but maybe it's not too late.   It takes bravery and courage to do what I'm asking.  It takes courage and moral fiber to feel regret AND do something about it.

I know I'm asking a lot.   But I AM asking.

If you have had even a moment of regret or the consequences are too great and choose to rescind your signature - whether it works or not -  I will have your back.

If you rescind - whether you are the only one, or 45 or 90+ - I will consider you a local hero and defend and honor you.

I will work with you to have your voice heard...and if you haven't noticed...I have a pretty big mouth.

It's not too late.

Thank you for taking the time to consider my heartfelt thoughts.

Tiffaney

_·_·_·_·—

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112519) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

_____

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

_____

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_._,_._,_._

Re: [95033talk] Dear Petitioners and Signers of the Special Election,

From:   Nanette Barber via groups.io (nanettebarber=yahoo.com@groups.io)

To:     95033talk@groups.io; altesta@gmail.com

Cc:     scottplautz@gmail.com

Date:   Friday, April 16, 2021, 04:57 PM PDT

Ashley, very well written and I agree on ALMOST all points. I can even understand why some chose not to support measure N. And MAYBE We can pass a slightly higher measure in the future that will make more of an impact. I can hope.

What I cannot, under any circumstance, get behind, is this forced special election costing an additional $200,000-$600,000 dollars. Even IF you take all emotion out of it, it just absolutely makes no sense and is completely hypocritical of all of the criticisms against the district originally. Actions speak, and people that make poor decisions that hurt the community need to accept accountability. THEN maybe some can move on. But I do agree with your overall sentiment. What a mess this whole situation has become. 😞

-Nanette

On Apr 16, 2021, at 2:22 PM, Ashley Testa <altesta@gmail.com> wrote:

I feel compelled to point out that David called out the personal attacks against Sean, himself, and others, and since then there have been 2 more personal attacks. We need to stop.

We as a community are burning ourselves down. It's not just two people burning us down, it's the personal attacks, and the fact that we are being consumed by emotion and not responding to the actual issue and debating the positions with a goal of finding common ground.

But we can come out of this stronger, if we reframe our thinking and actions. Einstein said "We cannot solve our problems with the same thinking we used when we created them"

A History Lesson:
My oldest started Kindergarten in August of 2009. In spring of 2010, the then school board called a special election for a parcel tax of $94. It failed by about 4 votes. The board had hired a consultant that had advised this course of action to avoid the No vote.

August 2010 was grim. No more music pull-outs, no more art pull-outs, 4th and 5th grade classes were combined into 3, with over 34 students each. There was more. Perhaps Robin, your kids were at CT, and you can share the impacts there.

I didn't vote. I was HORRIFIED and I learned my vote really does matter. But there was no way to change it, so I got

involved. The community came together. Corey held a Lemonade stand and raised $18K. Scott and Tina Plautz brought us the Golf tournament. The Home and School Club, which I joined the board of, brought enrichment after school classes and when they were successful beyond belief, donated those and other proceeds to KEEP. Over $90,000 over several years. Crickett Stephens organized the Jogathon, and took it from raising $12K a year to over $30K a year. The KEEP campaign raised more than ever before.

But something else happened. At the back of the room during the board meeting held after the results were in, a very optimistic woman I didn't know spoke up at the end of the meeting. She said something that was absolutely opposite to the tenor of the room, and turned out to be visionary. I'm paraphrasing 11 years later… She said "Shame on us. Shame on us for bringing a parcel tax of only $94, which was not enough, for fear of it failing. We need to bring another parcel tax for the real amount we need, and we need to make sure it passes."

The board at that time, I don't know who was on it, did their best to get what they thought possible passed, and it was the wrong choice. No attacks here. Facts.

We came together and came back stronger. Parents raised money to pay core teachers year after year on the back of donations, giving the school board time. The school board went back, studied what they needed, and put Measure H on the ballot in 2013. I along with many, many of our community members, including Sean, campaigned hard for it, led by Christina Schwabecher, and it was a resounding success. When I say we campaigned, we took our kids to Skyland Church night after night, fed them dinner that others had donated, and made phone call after phone call. We marked the easy Yeses. But the Nos and the Undecideds we directed to the campaign website with the information about why the money was needed, we answered questions, we explained to those on a fixed income how they could opt out. We didn't force anyone's vote, but we made sure they understood. The community answered.

In hindsight, it's a blessing we lost that first parcel tax. We got the money we really needed. Parent volunteerism was high. Carolyn Dufort transferred from music to a full time classroom and was a great teacher, and we got Casey LeLake as our music teacher!! Art teachers were hired at CT. The after school enrichment classes in robotics, physics, Spanish, and art were amazing. Our school was stronger for those years of adversity. We made mistakes, we learned from them, and we came back Mountain Strong.

We need to block out our fear and do it again.   Understand our mistakes, learn from them, and try again.

Raise money for next year. Thank you Tiffaney Gallup and Jennifer Chen for your service on KEEP.   You rock. Everyone else, please donate!

Come TOGETHER as a community to understand the opposing position, hear it, and address it. I've talked to Sean. He indicated that there were conditions under which he believes the measure would have passed. That's something to work on.

Stop taking things personally and take a good look at the actual points. Listen. There's a very good chance there are a few nuggets in there that would make our future budgets stronger. Not because the school board is bad, or not doing a good job, but because we can almost always do a better job when we go back and look at it again. And because if we address those concerns we will have allies instead of opposition.

Emotion isn't going to change minds. Bullying isn't going to change minds. Sean and David have stood up to very significant attacks and lost friends; that should be clear by now. We as a community can be better than that. And we need to.

There is common ground. Everyone wants strong schools and a balanced budget. Sean moved here FOR the schools.

Let's find that common ground, and start building a road on it in the direction we need to go. Adversity and challenge are so often the crucible that makes us stronger. We have been challenged to get better. Let's rise to the occasion.

On Fri, Apr 16, 2021, 12:07 AM Scott Plautz <scottplautz@gmail.com> wrote:

> +1... 
>
>> On Apr 15, 2021, at 11:44 PM, stacylynhall@yahoo.com via groups.io
>> <Stacylynhall=yahoo.com@groups.io> wrote:
>>
>>
>> From David:
>>
>> Dear Tiffaney,
>>
>> I have read your heartfelt post.  I don't question your commitment to the community and the kids.  I also don't think that you really get it.  Or that you have really heard or listened or learned.  You appeal to those who signed a petition, and ask them to step away from emotion.  And yet every day, we witness unhinged personal and emotional attacks in this forum and others - against Sean, myself, and others who desire to have a vote in our representative system.  Have you witnessed these personal and irrational attacks from Sean or other petition proponents?  Has he ever strayed from a strict attention to the actual issues at hand?
>>
>> You want to appeal to a substantial part of the community who are disillusioned with the leadership of the school for myriad reasons, and who feel disenfranchised by the system that has been entrenched for years.  And you use soaring language to bring out the best

in people. But at the same time, you - and everyone else on this forum - are content to let the bullying and personal attacks continue, unabated.

A self-proclaimed "community leader" used this forum to publicly tell Sean to move off the mountain. Sean and his views aren't welcome here. Where was your soaring language then? Where is the condemnation from you, or the moderator, or anyone else for that matter? What you don't seem to understand is that there are a LOT of people who aren't happy with the current school leadership. Measure N was, in no small part, a referendum on the current school leadership - it was supposed to pass easily with the extension of only $164. A petition rejecting the board's appointing a replacement for a resigned seat with 4 years remaining is a statement about a lack of trust in the board and being fed up with board leadership being manipulated. Sean speaks for many who are grateful for what he adds to the conversation and for his courage to do so in the face of unrelenting and hateful attacks. And so when a "community leader" publicly calls for him to leave the mountain, and you and nobody else speaks up to condemn that, you need to understand that this hateful message gets communicated directly to the countless others who may share some views with Sean. Or maybe they don't agree with Sean, but they also don't agree with the loud social media voices either. What's the message they hear? They aren't welcome here. If they speak up, they will be similarly harassed and drummed out.

Will you defend and honor those who have different views from you - even if they think an election is the right way to fill an elected seat - and worth the money? Or will you defend and honor only those who swing towards your point of view?

The talk of shadow organizations, puppet-masters, conspiracies, evil intent, telling people they aren't welcome on the mountain because of their views, flinging baseless and horrid accusations and insinuations against fellow human beings, attacking even their volunteer work... it's all creating greater division. Maybe you can use some of your soaring words to encourage a higher standard of relating to fellow human beings? Maybe some of the comments should be condemned?

There are people who are not happy with the status quo and they would like to use the democratic system to express that and to seek change. These are not villains and they should not be villainized. These are caring people who want the ultimate best for the community and school and kids. Did the district's decision to try to dismiss the teacher who opposed the recent tax measure boost petition signatures? Absolutely. But you know what else boosted signatures? Disgust at the toxic hate-filled social media posts that have been allowed to dominate. I wonder if we could keep to the actual issues of cost/benefit, democratic principles and processes, representative systems, taxes and budgets, reopening considerations... all the valid concerns of a citizenry... and leave out the personal animus.... how much better off we all might be?

It amazes me that so many people who are directly connected with the school, and presumably buy into the Project Cornerstone philosophies, and the anti-bullying campaigns, and such... things we value for our kids, are so willing to participate in or silently observe the bullying and harassment and shameful treatment of people on here. By all means, be critical of points of view, the leadership direction of an elected body, debate issues, take positions, advocate for them, make your case, be involved. Don't attack people personally. Keep to the issues. Don't try to run people like Sean off the mountain. And use your platform, when you can, to appeal to the community to address these issues.

Tiffany, you say that you will defend and honor those who rescind their signature - IF they do. What if you - and all of us - could defend and honor one another, even when we disagree?

David

On Thursday, April 15, 2021, 04:51:20 PM PDT, Lucy Freedman <ldf26060@gmail.com> wrote:


Dear Tiffaney,
Sending my appreciation to you for your heartfelt letter to the community.
Lucy Freedman



On Thu, Apr 15, 2021 at 4:01 PM Tiffaney Gallup <tiff@simplyremarkable.com> wrote:

**I want to preface my post with a request for all who oppose the special election. If you can't say something nice, don't say it or post it on this thread.**


**Dear Petitioners and Signers of the Special Election,**

**I have talked with many of you over the last 6 months, and I want you to know that I do understand why you have chosen to sign the petition for a special election.**

**After years of feeling frustrated and unheard, I understand how that level of frustration builds to the point that you would do anything to have your voice heard. I've had situations in my own life where I felt my voice was being suppressed and been told not to speak out (recently actually as a result of trying to work with some of you). I know the anger, the frustration, the stomp your foot, scream at the trees, fight for my rights at any cost, emotional reaction that suppression brings out in me...so I get it. I also know that personnel decisions by the administration and school board inflamed things further for many of you and the timing of the special election petition provided an opportunity to release that particular anger and frustration.**

**And I know, some of the social media postings, including some of my own, have shown we're still not listening....caused you to dig in your heals...made you want to send a big FU to all of us. That has not helped and for my part in that, I am sorry.**

**The emotions are high - for everyone in this moment.**

**Yet, I really don't think you intended to blow things up ... at least not to this degree. You wanted to be heard. You wanted change. You felt angry, frustrated, silenced, and betrayed and this was the only weapon at your disposal to fight back. I think when this started, you might have thought a special election was $30-40k - but by the time the real estimates came in, you might have already headed down that path and the more who joined in, whether they shared the same motivation or not, the harder it was to walk away.**

**I get that. I really do. I know my personal stubbornness gets the best of me often.**

**Yet as I've listened - and learned - the desire for a balanced budget, fiscal responsibility, transparency and the value of having a diverse perspectives in our leadership that consider all members of the community, being heard, being valued, are all things we agree on.**

If you can take the strong emotions out of it for just a minute and look at what we ALL want, I hope logically you can see the harmful impacts even "just" $200,000 could have on our schools (that's 2 1/2 teachers), our kids, and our property values....let alone $600,000 which represents about 8% of our operating budget and...well...

There are some pretty dire consequences being floated around.   While hopefully things like the state taking over, redistricting, trucking our kids off the mountain twice a day and plummeting property values might not be guaranteed - they are NOT outside the realm of possibility.

As imperfect as our community and our schools are, do we really want to risk the state taking over?   Has our government and state proven the ability to value and fund education?  Have they proven the ability to balance budgets?   Do we want them taking ownership of a central piece of real estate on our mountain?  Answer for me on that one is a resounding NO.

Look, I've had your emotions.   I validate your emotions.  I really and truly get it. I have been so angry at the schools sometimes that I was ready to take drastic actions.  I get it more deeply and personally than you will ever know.

But if we separate the emotion for just a millisecond - could you possibly consider their may be a better path? If I want new leadership to be effective - I have to set them up for success and not cripple them out of the gate.

If I want a balanced budget - then I can't drain the budget.

If I want all the benefits of a private school for a public school price - I need to work together and find ways to increase our budget and use sweat equity.

If I want people to listen to me, to consider my voice, I must not threaten the things they hold most dear.


If the emotions can settle just a bit, perhaps you can consider that it's not too late.

It appears the special election CAN be rescinded by the petitioner.

CA Election Code 9118.5. The proponent of an initiative may withdraw the initiative at any time before the 88th day before the election, whether or not the petition has already been found sufficient by the elections official.

So....

To all the signers...If you have even a tinge of regret or have considered since that there might be better ways, please consider contacting the petitioner(s) and rescinding your signature.   My understanding is there were 90+ signers - so if just half of you decide in your heads or your hearts that there is a better way, please do not delay.

To the petitioner(s)...I trust your integrity to honor the wishes of those who wish to withdraw from the petition.  If enough people contact you to remove their names that it drop below the 1 1/2% threshold, please listen to the voices of those asking to withdraw their names and honor their wishes by rescinding. And remember, it is YOUR petition...so if YOU want to withdraw, that is within your power.

I will admit - I had almost given up hope - maybe it's a long shot...but maybe it's

not too late.   It takes bravery and courage to do what I'm asking.  It takes courage and moral fiber to feel regret AND do something about it.

I know I'm asking a lot.   But I AM asking.

If you have had even a moment of regret or the consequences are too great and choose to rescind your signature - whether it works or not -  I will have your back.

If you rescind - whether you are the only one, or 45 or 90+ - I will consider you a local hero and defend and honor you.

I will work with you to have your voice heard...and if you haven't noticed...I have a pretty big mouth.

It's not too late.

Thank you for taking the time to consider my heartfelt thoughts.

Tiffaney

&lt;icon.png&gt;

\_-\_-\_-\_-\_

Groups.io Links:

You receive all messages sent to this group.

<u>View/Reply Online (#112590)</u> | <u>Reply To Group</u> | <u>Reply To Sender</u> | <u>Mute This Topic</u> | <u>New Topic</u>

Moderator reminders:
Please read the FAQ! It is at <u>https://groups.io/g/95033talk/wiki/95033talk-FAQ</u>
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

<u>Your Subscription</u> | <u>Contact Group Owner</u> | <u>Unsubscribe</u> [Stacylynhall@yahoo.com]

\_-\_-\_-\_-\_

## Re: [95033talk] Dear Petitioners and Signers of the Special Election,

From:   Scott Plautz (scottplautz@gmail.com)

To:     95033talk@groups.io; altesta@gmail.com

Cc:     nanettebarber@yahoo.com

Date:   Friday, April 16, 2021, 11:28 PM PDT

Ashley Testa, nice work! +1...😎✌️🖤

> On Apr 16, 2021, at 8:22 PM, Ashley Testa <altesta@gmail.com> wrote:
>
> Nanette,
> Thank you for your support.   I'm really hoping we can calm down and start working on a solution, and I appreciate your supporting my call for unity. And of course, I always appreciate you 😊
>
> I don't support the petition, and I didn't say that anywhere in my email - it was a call for unity and solution oriented conversation. I agree it's just too much money right now.   Gently I'm going to remind not to tie two positions together.
>
> I do however understand the point of the petition.
>
> If a group disagrees with the board's choices, it's natural that they will be uncomfortable with their appointee, and want a community voted member.
>
> The argument that in 14 months we get a community elected candidate is technically true, but in actuality false, as the incumbent always wins, meaning that as long as the appointed candidate runs, the outcome cannot be considered equivalent to an election without an incumbent.
>
> I think we need to acknowledge that. If we don't honestly acknowledge all the perspectives, the conversations are going to fall apart.
>
> The absurd costs really are effectively acting as voter suppression.   Not only are many community members coming out against a democratic right, (for an understandable concern, but still suppressing a right), but I'm sure that there are many who are choosing not to sign because of the cost, also suppression.
>
> What we really need to do is find common ground and a way to fund our schools and respect all members of our community.   Talk about solutions, figure out what might bring us together.   Ask is there anything that would make you feel comfortable enough to rescind the petition?   Ask what changes would you need to see to support a parcel tax.
>
> Thanks for listening.
> Ashley
>
> On Fri, Apr 16, 2021, 4:57 PM Nanette Barber <nanettebarber@yahoo.com> wrote:
>> Ashley, very well written and I agree on ALMOST all points. I can even understand why some chose not to support measure N. And MAYBE We can pass a slightly higher measure in the future that will make more of an impact. I can hope.

What I cannot, under any circumstance, get behind, is this forced special election costing an additional $200,000-$600,000 dollars. Even IF you take all emotion out of it, it just absolutely makes no sense and is completely hypocritical of all of the criticisms against the district originally. Actions speak, and people that make poor decisions that hurt the community need to accept accountability. THEN maybe some can move on. But I do agree with your overall sentiment. What a mess this whole situation has become. 😞

-Nanette

> On Apr 16, 2021, at 2:22 PM, Ashley Testa <altesta@gmail.com> wrote:

> I feel compelled to point out that David called out the personal attacks against Sean, himself, and others, and since then there have been 2 more personal attacks. We need to stop.

> We as a community are burning ourselves down. It's not just two people burning us down, it's the personal attacks, and the fact that we are being consumed by emotion and not responding to the actual issue and debating the positions with a goal of finding common ground.

> But we can come out of this stronger, if we reframe our thinking and actions. Einstein said "We cannot solve our problems with the same thinking we used when we created them"

> A History Lesson:
> My oldest started Kindergarten in August of 2009. In spring of 2010, the then school board called a special election for a parcel tax of $94. It failed by about 4 votes. The board had hired a consultant that had advised this course of action to avoid the No vote.

> August 2010 was grim. No more music pull-outs, no more art pull-outs, 4th and 5th grade classes were combined into 3, with over 34 students each. There was more. Perhaps Robin, your kids were at CT, and you can share the impacts there.

> I didn't vote. I was HORRIFIED and I learned my vote really does matter. But there was no way to change it, so I got involved. The community came together. Corey held a Lemonade stand and raised $18K. Scott and Tina Plautz brought us the Golf tournament. The Home and School Club, which I joined the board of, brought enrichment after school classes and when they were successful beyond belief, donated those and other proceeds to KEEP. Over $90,000 over several years. Crickett Stephens organized the Jogathon, and took it from raising $12K a year to over $30K a year. The KEEP campaign raised more than ever before.

> But something else happened. At the back of the room during the board meeting held after the results were in, a very optimistic woman I didn't know spoke up at the end of the meeting. She said something that was absolutely opposite to the tenor of the room, and turned out to be visionary. I'm

paraphrasing 11 years later... She said "Shame on us. Shame on us for bringing a parcel tax of only $94, which was not enough, for fear of it failing. We need to bring another parcel tax for the real amount we need, and we need to make sure it passes."

The board at that time, I don't know who was on it, did their best to get what they thought possible passed, and it was the wrong choice. No attacks here. Facts.

We came together and came back stronger. Parents raised money to pay core teachers year after year on the back of donations, giving the school board time. The school board went back, studied what they needed, and put Measure H on the ballot in 2013. I along with many, many of our community members, including Sean, campaigned hard for it, led by Christina Schwabecher, and it was a resounding success. When I say we campaigned, we took our kids to Skyland Church night after night, fed them dinner that others had donated, and made phone call after phone call. We marked the easy Yeses. But the Nos and the Undecideds we directed to the campaign website with the information about why the money was needed, we answered questions, we explained to those on a fixed income how they could opt out. We didn't force anyone's vote, but we made sure they understood. The community answered.

In hindsight, it's a blessing we lost that first parcel tax. We got the money we really needed. Parent volunteerism was high. Carolyn Dufort transferred from music to a full time classroom and was a great teacher, and we got Casey LeLake as our music teacher!! Art teachers were hired at CT. The after school enrichment classes in robotics, physics, Spanish, and art were amazing. Our school was stronger for those years of adversity. We made mistakes, we learned from them, and we came back Mountain Strong.

We need to block out our fear and do it again.  Understand our mistakes, learn from them, and try again.

Raise money for next year. Thank you Tiffaney Gallup and Jennifer Chen for your service on KEEP.  You rock. Everyone else, please donate!

Come TOGETHER as a community to understand the opposing position, hear it, and address it. I've talked to Sean. He indicated that there were conditions under which he believes the measure would have passed. That's something to work on.

Stop taking things personally and take a good look at the actual points. Listen. There's a very good chance there are a few nuggets in there that would make our future budgets stronger. Not because the school board is bad, or not doing a good job, but because we can almost always do a better job when we go back and look at it again. And because if we address those concerns we will have allies instead of opposition.

Emotion isn't going to change
minds. Bullying isn't going to change minds. Sean and David
have stood up to very significant attacks and lost friends; that
should be clear by now. We as a community can be better
than that. And we need to.

There is common ground. Everyone wants strong schools and
a balanced budget. Sean moved here FOR the schools.

Let's find that common ground, and start building a road on it
in the direction we need to go. Adversity and challenge are so
often the crucible that makes us stronger. We have been
challenged to get better. Let's rise to the occasion.


On Fri, Apr 16, 2021, 12:07 AM Scott Plautz
<scottplautz@gmail.com> wrote:

> +1... 😎✌️🖤

>> On Apr 15, 2021, at 11:44 PM, stacylynhall@yahoo.com via groups.io
>> <Stacylynhall=yahoo.com@groups.io> wrote:

>> From David:

>> Dear Tiffaney,

>> I have read your heartfelt post.  I don't question your commitment to the
>> community and the kids.  I also don't think that you really get it.  Or that
>> you have really heard or listened or learned.  You appeal to those who
>> signed a petition, and ask them to step away from emotion.  And yet
>> every day, we witness unhinged personal and emotional attacks in this
>> forum and others - against Sean, myself, and others who desire to have
>> a vote in our representative system.  Have you witnessed these personal
>> and irrational attacks from Sean or other petition proponents?  Has he
>> ever strayed from a strict attention to the actual issues at hand?

>> You want to appeal to a substantial part of the community who are
>> disillusioned with the leadership of the school for myriad reasons, and
>> who feel disenfranchised by the system that has been entrenched for
>> years.  And you use soaring language to bring out the best in people.
>> But at the same time, you - and everyone else on this forum - are
>> content to let the bullying and personal attacks continue, unabated.

>> A self-proclaimed "community leader" used this forum to publicly tell
>> Sean to move off the mountain.  Sean and his views aren't welcome
>> here.  Where was your soaring language then?  Where is the
>> condemnation from you, or the moderator, or anyone else for that
>> matter?  What you don't seem to understand is that there are a LOT of
>> people who aren't happy with the current school leadership.  Measure N
>> was, in no small part, a referendum on the current school leadership - it
>> was supposed to pass easily with the extension of only $164.  A petition
>> rejecting the board's appointing a replacement for a resigned seat with 4
>> years remaining is a statement about a lack of trust in the board and

4/8

being fed up with board leadership being manipulated.  Sean speaks for
many who are grateful for what he adds to the conversation and for his
courage to do so in the face of unrelenting and hateful attacks.  And so
when a "community leader" publicly calls for him to leave the mountain,
and you and nobody else speaks up to condemn that, you need to
understand that this hateful message gets communicated directly to the
countless others who may share some views with Sean.  Or maybe they
don't agree with Sean, but they also don't agree with the loud social
media voices either.  What's the message they hear?  They aren't
welcome here.  If they speak up, they will be similarly harassed and
drummed out.

Will you defend and honor those who have different views from you -
even if they think an election is the right way to fill an elected seat - and
worth the money?  Or will you defend and honor only those who swing
towards your point of view?

The talk of shadow organizations, puppet-masters, conspiracies, evil
intent, telling people they aren't welcome on the mountain because of
their views, flinging baseless and horrid accusations and insinuations
against fellow human beings, attacking even their volunteer work... it's all
creating greater division.  Maybe you can use some of your soaring
words to encourage a higher standard of relating to fellow human
beings?  Maybe some of the comments should be condemned?

There are people who are not happy with the status quo and they would
like to use the democratic system to express that and to seek change.
These are not villains and they should not be villainized.  These are
caring people who want the ultimate best for the community and school
and kids.  Did the district's decision to try to dismiss the teacher who
opposed the recent tax measure boost petition signatures?  Absolutely.
But you know what else boosted signatures?  Disgust at the toxic hate-
filled social media posts that have been allowed to dominate.  I wonder if
we could keep to the actual issues of cost/benefit, democratic principles
and processes, representative systems, taxes and budgets, reopening
considerations... all the valid concerns of a citizenry...  and leave out the
personal animus....  how much better off we all might be?

It amazes me that so many people who are directly connected with the
school, and presumably buy into the Project Cornerstone philosophies,
and the anti-bullying campaigns, and such... things we value for our kids,
are so willing to participate in or silently observe the bullying and
harassment and shameful treatment of people on here.  By all means, be
critical of points of view, the leadership direction of an elected body,
debate issues, take positions, advocate for them, make your case, be
involved.  Don't attack people personally.  Keep to the issues.  Don't try
to run people like Sean off the mountain.  And use your platform, when
you can, to appeal to the community to address these issues.

Tiffany, you say that you will defend and honor those who rescind their
signature - IF they do.  What if you - and all of us - could defend and
honor one another, even when we disagree?

David
On Thursday, April 15, 2021, 04:51:20 PM PDT, Lucy Freedman
<ldf26060@gmail.com> wrote:


Dear Tiffany,

Sending my appreciation to you for your heartfelt letter to the community.
Lucy Freedman

On Thu, Apr 15, 2021 at 4:01 PM Tiffaney Gallup
<tiff@simplyremarkable.com> wrote:

> I want to preface my post with a request for all who oppose the
> special election. If you can't say something nice, don't say it or
> post it on this thread.
>
> Dear Petitioners and Signers of the Special Election,
>
> I have talked with many of you over the last 6 months, and I want
> you to know that I do understand why you have chosen to sign
> the petition for a special election.
>
> After years of feeling frustrated and unheard, I understand how
> that level of frustration builds to the point that you would do
> anything to have your voice heard. I've had situations in my own
> life where I felt my voice was being suppressed and been told not
> to speak out (recently actually as a result of trying to work with
> some of you). I know the anger, the frustration, the stomp your
> foot, scream at the trees, fight for my rights at any cost, emotional
> reaction that suppression brings out in me...so I get it. I also
> know that personnel decisions by the administration and school
> board inflamed things further for many of you and the timing of
> the special election petition provided an opportunity to release
> that particular anger and frustration.
>
> And I know, some of the social media postings, including some
> of my own, have shown we're still not listening....caused you to
> dig in your heals...made you want to send a big FU to all of us.
> That has not helped and for my part in that, I am sorry.
>
> The emotions are high - for everyone in this moment.
>
> Yet, I really don't think you intended to blow things up ... at least
> not to this degree. You wanted to be heard. You wanted
> change. You felt angry, frustrated, silenced, and betrayed and
> this was the only weapon at your disposal to fight back. I think
> when this started, you might have thought a special election was
> $30-40k - but by the time the real estimates came in, you might
> have already headed down that path and the more who joined in,
> whether they shared the same motivation or not, the harder it was
> to walk away.
>
> I get that. I really do. I know my personal stubbornness gets the
> best of me often.
>
> Yet as I've listened - and learned - the desire for a balanced
> budget, fiscal responsibility, transparency and the value of having
> a diverse perspectives in our leadership that consider all
> members of the community, being heard, being valued, are all

things we agree on.

If you can take the strong emotions out of it for just a minute and look at what we ALL want, I hope logically you can see the harmful impacts even "just" $200,000 could have on our schools (that's 2 1/2 teachers), our kids, and our property values....let alone $600,000 which represents about 8% of our operating budget and...well...

There are some pretty dire consequences being floated around. While hopefully things like the state taking over, redistricting, trucking our kids off the mountain twice a day and plummeting property values might not be guaranteed - they are NOT outside the realm of possibility.

As imperfect as our community and our schools are, do we really want to risk the state taking over?  Has our government and state proven the ability to value and fund education?  Have they proven the ability to balance budgets?   Do we want them taking ownership of a central piece of real estate on our mountain? Answer for me on that one is a resounding NO.

Look, I've had your emotions.   I validate your emotions.  I really and truly get it.  I have been so angry at the schools sometimes that I was ready to take drastic actions.  I get it more deeply and personally than you will ever know.

But if we separate the emotion for just a millisecond - could you possibly consider their may be a better path? If I want new leadership to be effective - I have to set them up for success and not cripple them out of the gate.

If I want a balanced budget - then I can't drain the budget.

If I want all the benefits of a private school for a public school price - I need to work together and find ways to increase our budget and use sweat equity.

If I want people to listen to me, to consider my voice, I must not threaten the things they hold most dear.


If the emotions can settle just a bit, perhaps you can consider that it's not too late.

It appears the special election CAN be rescinded by the petitioner.

CA Election Code 9118.5. The proponent of an initiative may withdraw the initiative at any time before the 88th day before the election, whether or not the petition has already been found sufficient by the elections official.

So....

To all the signers...If you have even a tinge of regret or have considered since that there might be better ways, please consider contacting the petitioner(s) and rescinding your signature.   My understanding is there were 90+ signers - so if just half of you decide in your heads or your hearts that there is a better way,

please do not delay.

To the petitioner(s)...I trust your integrity to honor the wishes of those who wish to withdraw from the petition.  If enough people contact you to remove their names that it drop below the 1 1/2% threshold, please listen to the voices of those asking to withdraw their names and honor their wishes by rescinding.   And remember, it is YOUR petition...so if YOU want to withdraw, that is within your power.

I will admit - I had almost given up hope - maybe it's a long shot...but maybe it's not too late.   It takes bravery and courage to do what I'm asking.  It takes courage and moral fiber to feel regret AND do something about it.

I know I'm asking a lot.   But I AM asking.

If you have had even a moment of regret or the consequences are too great and choose to rescind your signature - whether it works or not -  I will have your back.

If you rescind - whether you are the only one, or 45 or 90+ - I will consider you a local hero and defend and honor you.

I will work with you to have your voice heard...and if you haven't noticed...I have a pretty big mouth.

It's not too late.

Thank you for taking the time to consider my heartfelt thoughts.

Tiffaney

<icon.png>

_·_·_·_·_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112604) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_·_·_·_·_

Re: [95033talk] Dear Petitioners and Signers of the Special Election,

From:   tina plautz (tinaplautz@gmail.com)

To:      95033talk@groups.io; shahryarrokni@hotmail.com

Cc:      danieldale95033@gmail.com

Date:   Sunday, April 18, 2021, 11:01 AM PDT

And I will chime in since you brought my name up. I ran for the appointed seat strictly for the children. Your source clearly does not know me nor has spoken to me. My grievances with the district have nothing to do with Kissner. And although I do still think he is an amazing mentor for my children and an absolutely fantastic math teacher, it doesn't mean I am blinded or my judgement would be clouded. My intent on putting my name in the hat was to help bridge this gap that has made our community so dis-functional and keep the focus on the kids. Just because I know Kissner and like Kissner, it wouldn't have made me an unqualified board member or a threat to the board. I am only a voice of one.

My husbands' comments about Charlotte were probably moot points that did not need to be pointed out, but all the latest drama going on has brought out emotions of historical issues with the district and LPEF. When our district had to deal with a previous failed measure, we stepped up and started the golf tournament with zero support from LPEF and its leadership (Charlotte) at the time. We needed to run this tournament under a non-profit to be able to collect sponsorships and donations benefiting our school.
One person from LPEF (Kimiko) helped us tremendously to make this possible, but other than that, it was the Longstreth Family, and other community/ school members that supported us and made it possible.

After the second year there was a lot of push back that occurred with LPEF wanting to own and control this new fundraiser now that it has generated a lot of money. So in your style of own word comments

New Fundraiser. Risk. Makes Money. Take Credit. Screw Originators. Take Over. Heros.

There was a lot of action and coordination by the previous administration to make sure this occurred. And a lot of disengagement from families that were surprised to see how we (Longstreth/Plautz) were treated through the process. We have had zero involvement with the Golf Tournament since the first 2 years.

Though we have felt very slided by the district and many, many families on the mountain that contributed to this grievance, through it all my family still contributed to our district. Why? For The Kids!! We gave as much time as possible to ensure they had all the extra things that make our school fantastic. I was a part of Girls On The Run, Fall Mountain Soccer, Coaching Girls Soccer, Art In Action, Project Cornerstone. I always tried to be room mom and run fun classroom parties for the kids. We also purchased football shirts for Coach Patino to support his 5th grade Lunch Bunch Football program. It is the parent contribution that makes our school a community and the great place it is. We still have friends with younger children and I do care about them enjoying the same benefits.

Now for the big ah hah!!

I have and always have had absolutely No intention of running if there were to be a special election. Since the appointment of the seat, I have moved on, back to my previously scheduled life.

So super sleuth…but keep searching for clues cause the Plautz family ain't part of some nefarious plan out there.

And P.S. we have friends on both sides of the many issues our district faces.

On Sun, Apr 18, 2021, 9:48 AM Shahryar Rokni < shahryarrokni@hotmail.com> wrote:
    Ms Dale, I had no intention of breaking the rhythm of your rhetoric, but since you ask me to provide data, I will do so. I will limit the data to the last 21 years.
    2000 Measure A, Extend gann limits on 1996 measure D $150 parcel tax (required 50% pass and it is just for the ability to use the money, not collect) PASS

2001 Measure E, asked for a NEW parcel Tax for $150+3.5% compound over 9 years. FAILED

2002 Measure K, Almost $5M in bond for school reconstruction. PASSED

2004 Measure I, Extend gann limits on 1996 measure D $150 parcel tax (required 50% pass and it is just for the ability to use the money, not collect) PASS

2008 Measure G, Extend gann limits on 1996 measure D $150 parcel tax (required 50% pass and it is just for the ability to use the money, not collect) PASS

2010 Measure G, New Parcel tax $94 for four years. FAILED

2013 Measure H, Parcel tax for $164- 7 years. PASSED

2018 Measure R, School bond for $10M. Passed

2010 Measure N, extension of measure H for another 7 years. FAILED.

So in summary, our district put  forth 4 parcel tax  measure in front of the voter in the last 21 years and only one passed. 25% pass rate. Measure N failure was not an anomaly.

School put forth 2 bond measures on the ballot and both passed. 100% pass rate.

Gann extension measures that are not asking for any money, they all passed with 50% requirement. 100% pass.

And just for clarification, the 80% likelihood of pass was the number communicated to me by Yes on N on the Eve of election. It is not my number.

Parcel tax requires 66.7% Yes

Bond requires 55% Yes

Gann extension required 50% Yes

_-_-_-_-_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112672) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:

Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ

Search archives at groups.io; directions are in the FAQ's

Questions? Email the moderators at 95033talk+owner@groups.io

Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_-_-_-_-_

## Re: [95033talk] Dear Petitioners and Signers of the Special Election,

From: Tiffaney Gallup (tiff@simplyremarkable.com)

To: azzalu@yahoo.com; 95033talk@groups.io

Date: Sunday, April 18, 2021, 02:16 PM PDT

I wrote when I started this thread "I want to preface my post with a request for all who oppose the special election. If you can't say something nice, don't say it or post it on this thread."

Well - I guess this didn't work. We can't get through one thread without beating each other up.

Tina and Scott Plautz are amazing examples of engaged, involved, and dedicated members of our community. I personally encouraged Tina to apply for the school board position. I saw/see Tina as someone who might be able to help bridge the divide since she has <u>earned</u> the respect of people throughout our community in her families continuous efforts to go above and beyond.

Charlotte and Sanjay are amazing examples of engaged, involved, and dedicated members of our community. I personally encouraged Charlotte to apply for the school board position. I saw/see Charlotte as someone who might be able to help bridge the divide since she has <u>earned</u> the respect of people throughout our community in her families continuous efforts to go above and beyond.

Now - I didn't look around me and think "who has never made a mistake" or "who is perfect" cuz guess what people - that would leave us with no one. I looked for people who had given the most, done the most, done it with a pure heart and good intentions. I looked for people who cared about the whole...not just the sides.

Oh yeah - and I also looked for people strong enough to put up with this crap.

That is Tina. That is Charlotte.

How long do you think we can keep slinging mud and insults and accusations at our heroes before they fly away and use their talents and energy as far away from here as possible?

I'm far from the level of Tina and Charlotte, but I will tell you, galaxies far far away are looking pretty appealing right now.

I want to Save Our Schools - but I'm recognizing that SOS call may really be to Save Our Souls.

Please everyone. Please stop.


_-_-_-_-_-

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112682) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's

Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_·_·_·_·_

## Re: [95033talk] Dear Petitioners and Signers of the Special Election,

From:  scottplautz@gmail.com

To:    95033talk@groups.io; stacylynhall@yahoo.com

Date:  Friday, April 16, 2021, 12:07 AM PDT

+1... 

Sent from my iPhone

> On Apr 15, 2021, at 11:44 PM, stacylynhall@yahoo.com via groups.io
> <Stacylynhall=yahoo.com@groups.io> wrote:
>
> From David:
>
> Dear Tiffaney,
>
> I have read your heartfelt post.  I don't question your commitment to the community and the kids.  I also don't think that you really get it.  Or that you have really heard or listened or learned.  You appeal to those who signed a petition, and ask them to step away from emotion.  And yet every day, we witness unhinged personal and emotional attacks in this forum and others - against Sean, myself, and others who desire to have a vote in our representative system.  Have you witnessed these personal and irrational attacks from Sean or other petition proponents?  Has he ever strayed from a strict attention to the actual issues at hand?
>
> You want to appeal to a substantial part of the community who are disillusioned with the leadership of the school for myriad reasons, and who feel disenfranchised by the system that has been entrenched for years.  And you use soaring language to bring out the best in people.  But at the same time, you - and everyone else on this forum - are content to let the bullying and personal attacks continue, unabated.
>
> A self-proclaimed "community leader" used this forum to publicly tell Sean to move off the mountain.  Sean and his views aren't welcome here.  Where was your soaring language then?  Where is the condemnation from you, or the moderator, or anyone else for that matter?  What you don't seem to understand is that there are a LOT of people who aren't happy with the current school leadership.  Measure N was, in no small part, a referendum on the current school leadership - it was supposed to pass easily with the extension of only $164.  A petition rejecting the board's appointing a replacement for a resigned seat with 4 years remaining is a statement about a lack of trust in the board and being fed up with board leadership being manipulated.  Sean speaks for many who are grateful for what he adds to the conversation and for his courage to do so in the face of unrelenting and hateful attacks.  And so when a "community leader" publicly calls for him to leave the mountain, and you and nobody else speaks up to condemn that, you need to understand that this hateful message gets communicated directly to the countless others who may share some views with Sean.  Or maybe they don't agree with Sean, but they also don't agree with the loud social media voices either.  What's the message they hear?  They aren't welcome here.  If they speak up, they will be similarly harassed and drummed out.
>
> Will you defend and honor those who have different views from you - even if they think an election is the right way to fill an elected seat - and worth the money?  Or will you defend and honor only those who swing towards your point of view?
>
> The talk of shadow organizations, puppet-masters, conspiracies, evil intent, telling people they aren't welcome on the mountain because of their views, flinging baseless and horrid accusations and insinuations against fellow human beings, attacking even their volunteer work... it's all creating greater

division. Maybe you can use some of your soaring words to encourage a higher standard of relating to fellow human beings? Maybe some of the comments should be condemned?

There are people who are not happy with the status quo and they would like to use the democratic system to express that and to seek change. These are not villains and they should not be villainized. These are caring people who want the ultimate best for the community and school and kids. Did the district's decision to try to dismiss the teacher who opposed the recent tax measure boost petition signatures? Absolutely. But you know what else boosted signatures? Disgust at the toxic hate-filled social media posts that have been allowed to dominate. I wonder if we could keep to the actual issues of cost/benefit, democratic principles and processes, representative systems, taxes and budgets, reopening considerations... all the valid concerns of a citizenry... and leave out the personal animus.... how much better off we all might be?

It amazes me that so many people who are directly connected with the school, and presumably buy into the Project Cornerstone philosophies, and the anti-bullying campaigns, and such... things we value for our kids, are so willing to participate in or silently observe the bullying and harassment and shameful treatment of people on here. By all means, be critical of points of view, the leadership direction of an elected body, debate issues, take positions, advocate for them, make your case, be involved. Don't attack people personally. Keep to the issues. Don't try to run people like Sean off the mountain. And use your platform, when you can, to appeal to the community to address these issues.

Tiffany, you say that you will defend and honor those who rescind their signature - IF they do. What if you - and all of us - could defend and honor one another, even when we disagree?

David
On Thursday, April 15, 2021, 04:51:20 PM PDT, Lucy Freedman <ldf26060@gmail.com> wrote:


Dear Tiffaney,
Sending my appreciation to you for your heartfelt letter to the community.
Lucy Freedman



On Thu, Apr 15, 2021 at 4:01 PM Tiffaney Gallup <tiff@simplyremarkable.com> wrote:

**I want to preface my post with a request for all who oppose the special election. If you can't say something nice, don't say it or post it on this thread.**


**Dear Petitioners and Signers of the Special Election,**

**I have talked with many of you over the last 6 months, and I want you to know that I do understand why you have chosen to sign the petition for a special election.**

**After years of feeling frustrated and unheard, I understand how that level of frustration builds to the point that you would do anything to have your voice heard. I've had similar frustration that suppression brings out in me...so I get it. I also know that personnel decisions by the administration and school board inflamed things further for many of you and the timing of the special election petition provided an opportunity to release that particular anger and frustration.**

**And I know, some of the social media postings, including some of my own, have shown we're still not listening....caused you to dig in your heals...made you want to send a big FU to all of**

us. That has not helped and for my part in that, I am sorry.

The emotions are high - for everyone in this moment.

Yet, I really don't think you intended to blow things up … at least not to this degree. You wanted to be heard. You wanted change. You felt angry, frustrated, silenced, and betrayed and this was the only weapon at your disposal to fight back. I think when this started, you might have thought a special election was $30-40k - but by the time the real estimates came in, you might have already headed down that path and the more who joined in, whether they shared the same motivation or not, the harder it was to walk away.

I get that. I really do. I know my personal stubbornness gets the best of me often.

Yet as I've listened - and learned - the desire for a balanced budget, fiscal responsibility, transparency and the value of having a diverse perspectives in our leadership that consider all members of the community, being heard, being valued, are all things we agree on.

If you can take the strong emotions out of it for just a minute and look at what we ALL want, I hope logically you can see the harmful impacts even "just" $200,000 could have on our schools (that's 2 1/2 teachers), our kids, and our property values….let alone $600,000 which represents about 8% of our operating budget and…well…

There are some pretty dire consequences being floated around. While hopefully things like the state taking over, redistricting, trucking our kids off the mountain twice a day and plummeting property values might not be guaranteed - they are NOT outside the realm of possibility.

As imperfect as our community and our schools are, do we really want to risk the state taking over? Has our government and state proven the ability to value and fund education? Have they proven the ability to balance budgets? Do we want them taking ownership of a central piece of real estate on our mountain? Answer for me on that one is a resounding NO.

Look, I've had your emotions. I validate your emotions. I really and truly get it. I have been so angry at the schools sometimes that I was ready to take drastic actions. I get it more deeply and personally than you will ever know.

But if we separate the emotion for just a millisecond - could you possibly consider their may be a better path? If I want new leadership to be effective - I have to set them up for success and not cripple them out of the gate.

If I want a balanced budget - then I can't drain the budget.

If I want all the benefits of a private school for a public school price - I need to work together and find ways to increase our budget and use sweat equity.

If I want people to listen to me, to consider my voice, I must not threaten the things they hold most dear.


If the emotions can settle just a bit, perhaps you can consider that it's not too late.

It appears the special election CAN be rescinded by the petitioner.

CA Election Code 9118.5. The proponent of an initiative may withdraw the initiative at any time before the 88th day before the election, whether or not the petition has already been found sufficient by the elections official.

So….

To all the signers…If you have even a tinge of regret or have considered since that there might

be better ways, please consider contacting the petitioner(s) and rescinding your signature.   My understanding is there were 90+ signers - so if just half of you decide in your heads or your hearts that there is a better way, please do not delay.

To the petitioner(s)...I trust your integrity to honor the wishes of those who wish to withdraw from the petition.  If enough people contact you to remove their names that it drop below the 1 1/2% threshold, please listen to the voices of those asking to withdraw their names and honor their wishes by rescinding.   And remember, it is YOUR petition...so if YOU want to withdraw, that is within your power.

I will admit - I had almost given up hope - maybe it's a long shot...but maybe it's not too late.   It takes bravery and courage to do what I'm asking.  It takes courage and moral fiber to feel regret AND do something about it.

I know I'm asking a lot.   But I AM asking.

If you have had even a moment of regret or the consequences are too great and choose to rescind your signature - whether it works or not -  I will have your back.

If you rescind - whether you are the only one, or 45 or 90+ - I will consider you a local hero and defend and honor you.

I will work with you to have your voice heard...and if you haven't noticed...I have a pretty big mouth.

It's not too late.

Thank you for taking the time to consider my heartfelt thoughts.

Tiffaney

_._._._._._

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112543) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe

[scottplautz@gmail.com]

_._._._._._

## Re: [95033talk] Dear Petitioners and Signers of the Special Election,

From: Tiffaney Gallup (tiff@simplyremarkable.com)

To: shahryarrokni@hotmail.com; 95033talk@groups.io

Date: Sunday, April 18, 2021, 10:28 AM PDT

Thank you Sean for sharing the history.   I will admit being a bit sad seeing that only 1 out of 4 parcel tax measure for our schools were passed.

Yet here is the beautiful thing!  **History does not define us.  We WILL pass the next parcel tax whenever it comes with a resounding YES!**

Until then - we focus on what we can do now:

**Donate today to Save Our Schools -**  www.lpef.org/donate   (or use the remittance envelope in the MNN news). We'd love the 65% of our community who voted yes on N to donate the $164 that will not be collected next year! Donate more if you can - less if you need - anything and everything will help Save Our Schools.

Oh - and if you are a bit burned out on the negativity and want a smile...**watch our Coming Soon video** which was made by a wonderful 8th grade CT student (who also happens to be my daughter...so yeah...it's really great). https://www.facebook.com/lomaeducation/videos/278172754021152

**Our past does NOT have to be our future,** and we all have an opportunity not only to Save Our Schools, but to heal the divisiveness in our community.

**Please join me in moving forward in a positive direction.**

_-_-_-_-_-

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112669) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_-_-_-_-_-

## Re: [95033talk] Dear Petitioners and Signers of the Special Election,

From: Scott Plautz (scottplautz@gmail.com)

To: 95033talk@groups.io; danieldale95033@gmail.com

Cc: tinaplautz@gmail.com

Date: Sunday, April 18, 2021, 12:29 PM PDT

Azadeh...+1 Thanks! 😎✌️🖤🙏

On Apr 18, 2021, at 12:13 PM, dan dale <danieldale95033@gmail.com> wrote:

The facts, as you stated them:
Your grievances with the school district have nothing to do with Kissner. That seems interesting since your family's name and faces are all over the Kissner websites and you and your kids all have given written comments at School Board meetings in support of him. Are you saying that you only supported Kissner since it was a marriage of convenience / enemy of my enemy is my friend? a la Trump-McConnell?
Good on you that you keep donating and being involved. You did it for your own kids, right? That is not as noble as you are making it out to be.
You and your husband have a beef with Charlotte. Historical ones. Ones you have carried around for what seems like years. Good that you put it out. We now know your side of the story. It puts your husband's email in a new light. Both of you have dregged up old stories about her from what seems like 10+ years ago.
You and your husband did not like LPEF, which seems like it was more than one person, taking over the golf tournament. You wanted to be heroes and the fact that you were not rankles you. So, it is indeed, paraphrasing your own words, about your own ego.
**Tina, this is not healthy. Get some help. You have these long standing grievances that you still are angry about. This is not healthy.**
Good on you that you will not run in the special election. I will admit that my source was incorrect on that.

On Sun, Apr 18, 2021 at 11:01 AM tina plautz <tinaplautz@gmail.com> wrote:
And I will chime in since you brought my name up. I ran for the appointed seat strictly for the children. Your source clearly does not know me nor has spoken to me. My grievances with the district have nothing to do with Kissner. And although I do still think he is an amazing mentor for my children and an absolutely fantastic math teacher, it doesn't mean I am blinded or my judgement would be clouded. My intent on putting my name in the hat was to help bridge this gap that has made our community so dis-functional and keep the focus on the kids. Just because I know Kissner and like Kissner, it wouldn't have made me an unqualified board member or a threat to the board. I am only a voice of one.

My husbands' comments about Charlotte were probably moot points that did not need to be pointed out, but all the latest drama going on has brought out emotions of historical issues with the district and LPEF. When our district had to deal with a previous failed measure, we stepped up and started the golf tournament with zero support from LPEF and its leadership (Charlotte) at the time. We needed to run this tournament under a non-profit to be able to collect sponsorships and donations benefiting our school.
One person from LPEF (Kimiko) helped us tremendously to make this possible, but other than that, it was the Longstreth Family, and other community/ school members that supported us and made it possible.

After the second year there was a lot of push back that occurred with LPEF wanting to own and control this new fundraiser now that it has generated a lot of money. So in your style of own word comments

New Fundraiser. Risk. Makes Money. Take Credit. Screw Originators. Take Over. Heros.

There was a lot of action and coordination by the previous administration to make sure this occurred. And a lot of disengagement from families that were surprised to see how we (Longstreth/Plautz) were treated through the process. We have had zero involvement with the Golf Tournament since the first 2 years.

Though we have felt very slided by the district and many, many families on the mountain that contributed to this grievance, through it all my family still contributed to our district. Why? For The Kids!! We gave as much time as possible to ensure they had all the extra things that make our school fantastic. I was a part of Girls On The Run, Fall Mountain Soccer, Coaching Girls Soccer, Art In Action, Project Cornerstone. I always tried to be room mom and run fun classroom parties for the kids. We also purchased football shirts for Coach Patino to support his 5th grade Lunch Bunch Football program. It is the parent contribution that makes our school a community and the great place it is. We still have friends with younger children and I do care about them enjoying the same benefits.

Now for the big ah hah!!

I have and always have had absolutely No intention of running if there were to be a special election. Since the appointment of the seat, I have moved on, back to my previously scheduled life.

So super sleuth…but keep searching for clues cause the Plautz family ain't part of some nefarious plan out there.

And P.S. we have friends on both sides of the many issues our district faces.

On Sun, Apr 18, 2021, 9:48 AM Shahryar Rokni < shahryarrokni@hotmail.com > wrote:
　Ms Dale, I had no intention of breaking the rhythm of your rhetoric, but since you ask me to provide data, I will do so. I will limit the data to the last 21 years.
　2000 Measure A, Extend gann limits on 1996 measure D $150 parcel tax (required 50% pass and it is just for the ability to use the money, not collect) PASS
　2001 Measure E, asked for a NEW parcel Tax for $150+3.5% compound over 9 years. FAILED
　2002 Measure K, Almost $5M in bond for school reconstruction. PASSED
　2004 Measure I, Extend gann limits on 1996 measure D $150 parcel tax (required 50% pass and it is just for the ability to use the money, not collect) PASS
　2008 Measure G, Extend gann limits on 1996 measure D $150 parcel tax (required 50% pass and it is just for the ability to use the money, not collect) PASS
　2010 Measure G, New Parcel tax $94 for four years. FAILED
　2013 Measure H, Parcel tax for $164- 7 years. PASSED
　2018 Measure R, School bond for $10M. Passed
　2010 Measure N, extension of measure H for another 7 years. FAILED.
　So in summary, our district put forth 4 parcel tax measure in front of the voter in the last 21 years and only one passed. 25% pass rate. Measure N failure was not an anomaly.
　School put forth 2 bond measures on the ballot and both passed. 100% pass rate.
　Gann extension measures that are not asking for any money, they all passed with 50% requirement. 100% pass.

　And just for clarification, the 80% likelihood of pass was the number communicated to me by Yes on N on the Eve of election. It is not my number.

　Parcel tax requires 66.7% Yes
　Bond requires 55% Yes
　Gann extension required 50% Yes

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112678) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

<br>

―――――――――――――
Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_-_-_-_-_

## Re: [95033talk] Dear Petitioners and Signers of the Special Election,

From:   tina plautz (tinaplautz@gmail.com)

To:   danieldale95033@gmail.com

Cc:   95033talk@groups.io

Date:   Sunday, April 18, 2021, 12:43 PM PDT

---

You are correct… this, you, the Kissner concerns, the general issues in our community are not healthy. I do not need to justify myself or my family to anyone in this community. We do not seek accolades or recognition for anything. We believe when you help one kid, your child benefits. Service above self. Historical issues sucked but did not consume us. Clearly you are not someone that knows us.

Your provactive email again is laced with poor assumptions and are quite pathetic. Twist information all you want. I really don't care….moving on.

On Sun, Apr 18, 2021 at 12:13 PM dan dale <danieldale95033@gmail.com> wrote:
> The facts, as you stated them:
> Your grievances with the school district have nothing to do with Kissner. That seems interesting since your family's name and faces are all over the Kissner websites and you and your kids all have given written comments at School Board meetings in support of him. Are you saying that you only supported Kissner since it was a marriage of convenience / enemy of my enemy is my friend? a la Trump-McConnell?
> Good on you that you keep donating and being involved. You did it for your own kids, right? That is not as noble as you are making it out to be.
> You and your husband have a beef with Charlotte. Historical ones. Ones you have carried around for what seems like years. Good that you put it out. We now know your side of the story. It puts your husband's email in a new light. Both of you have dregged up old stories about her from what seems like 10+ years ago.
> You and your husband did not like LPEF, which seems like it was more than one person, taking over the golf tournament. You wanted to be heroes and the fact that you were not rankles you. So, it is indeed, paraphrasing your own words, about your own ego.
> **Tina, this is not healthy. Get some help. You have these long standing grievances that you still are angry about. This is not healthy.**
> Good on you that you will not run in the special election. I will admit that my source was incorrect on that.

> On Sun, Apr 18, 2021 at 11:01 AM tina plautz <tinaplautz@gmail.com> wrote:
>> And I will chime in since you brought my name up. I ran for the appointed seat strictly for the children. Your source clearly does not know me nor has spoken to me. My grievances with the district have nothing to do with Kissner. And although I do still think he is an amazing mentor for my children and an absolutely fantastic math teacher, it doesn't mean I am blinded or my judgement would be clouded. My intent on putting my name in the hat was to help bridge this gap that has made our community so dis-functional and keep the focus on the kids. Just because I know Kissner and like Kissner, it wouldn't have made me an unqualified board member or a threat to the board. I am only a voice of one.
>>
>> My husbands' comments about Charlotte were probably moot points that did not need to be pointed out, but all the latest drama going on has brought out emotions of historical issues with the district and LPEF. When our district had to deal with a previous failed measure, we stepped up and started the golf tournament with zero support from LPEF and its leadership (Charlotte) at the time. We needed to run this tournament under a non-profit to be able to collect sponsorships and donations benefiting our school.
>> One person from LPEF (Kimiko) helped us tremendously to make this possible, but other than that, it was the Longstreth Family, and other community/ school members that supported us and made it possible.
>>
>> After the second year there was a lot of push back that occurred with LPEF wanting to own and control this new fundraiser now that it has generated a lot of money. So in your style of own word comments
>>
>> New Fundraiser. Risk. Makes Money. Take Credit. Screw Originators. Take Over. Heros.

There was a lot of action and coordination by the previous administration to make sure this occurred. And a lot of disengagement from families that were surprised to see how we (Longstreth/Plautz) were treated through the process. We have had zero involvement with the Golf Tournament since the first 2 years.

Though we have felt very slided by the district and many, many families on the mountain that contributed to this grievance, through it all my family still contributed to our district. Why? For The Kids!! We gave as much time as possible to ensure they had all the extra things that make our school fantastic. I was a part of Girls On The Run, Fall Mountain Soccer, Coaching Girls Soccer, Art In Action, Project Cornerstone. I always tried to be room mom and run fun classroom parties for the kids. We also purchased football shirts for Coach Patino to support his 5th grade Lunch Bunch Football program. It is the parent contribution that makes our school a community and the great place it is. We still have friends with younger children and I do care about them enjoying the same benefits.

Now for the big ah hah!!

I have and always have had absolutely No intention of running if there were to be a special election. Since the appointment of the seat, I have moved on, back to my previously scheduled life.

So super sleuth…but keep searching for clues cause the Plautz family ain't part of some nefarious plan out there.

And P.S. we have friends on both sides of the many issues our district faces.

On Sun, Apr 18, 2021, 9:48 AM Shahryar Rokni < shahryarrokni@hotmail.com > wrote:
> Ms Dale, I had no intention of breaking the rhythm of your rhetoric, but since you ask me to provide data, I will do so. I will limit the data to the last 21 years.
> 2000 Measure A, Extend gann limits on 1996 measure D $150 parcel tax (required 50% pass and it is just for the ability to use the money, not collect) PASS
> 2001 Measure E, asked for a NEW parcel Tax for $150+3.5% compound over 9 years. FAILED
> 2002 Measure K, Almost $5M in bond for school reconstruction. PASSED
> 2004 Measure I, Extend gann limits on 1996 measure D $150 parcel tax (required 50% pass and it is just for the ability to use the money, not collect) PASS
> 2008 Measure G, Extend gann limits on 1996 measure D $150 parcel tax (required 50% pass and it is just for the ability to use the money, not collect) PASS
> 2010 Measure G, New Parcel tax $94 for four years. FAILED
> 2013 Measure H, Parcel tax for $164- 7 years. PASSED
> 2018 Measure R, School bond for $10M. Passed
> 2010 Measure N, extension of measure H for another 7 years. FAILED.
> So in summary, our district put forth 4 parcel tax measure in front of the voter in the last 21 years and only one passed. 25% pass rate. Measure N failure was not an anomaly.
> School put forth 2 bond measures on the ballot and both passed. 100% pass rate.
> Gann extension measures that are not asking for any money, they all passed with 50% requirement. 100% pass.
>
> And just for clarification, the 80% likelihood of pass was the number communicated to me by Yes on N on the Eve of election. It is not my number.
>
> Parcel tax requires 66.7% Yes
> Bond requires 55% Yes
> Gann extension required 50% Yes


--
Tina Plautz

_-_-_-_-_-

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112680) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_-_-_-_-_-_

## Re: [95033talk] Community Matters: A perspective

From: Cynthia Pustelnik (steveandcy@gmail.com)

To: 95033talk@groups.io; kjkooyers@icloud.com

Date: Sunday, April 18, 2021, 12:15 AM PDT

Hi, I'm not sure who I am replying to but I"m going to reply anyway, sorry-really I am if I'm spamming you, I'm just not sure how to respond to all the threads. Again, sorry if this is not your thread.
Anyway, I am responding as a mom to the PDF that was shared on multiple platforms about Mr. Kissner's dismissmal. My kid is one of the kids listed in the complaints against Mr. Kissner. Our complaint is documented along with documented disciplinary actions. I have emails detailing this. Unfortunately, Mr. Kissner's teaching "style" had long lasting effects on our child along with impacts on another child in our family. My husband and I are open to discussing this with anyone interested.

On Sat, Apr 17, 2021 at 12:42 PM Kim Kooyers via groups.io <kjkooyers=icloud.com@groups.io> wrote:
> Thanks Sanjay. I for one am done with this topic in the various forms. It's difficult to manage all the email and I like to subscribe to talk for emergencies and recommendations. We're going to need each other when a fire/mudslide/felon or other yet to be named incident comes up. Personally, I'd like to keep the airwaves open and relationships intact for that moment. Perhaps someone might want to start a new group for school district discussions and only post here significant news.

>> On Apr 17, 2021, at 10:03 AM, sanjay k <sanj95033@gmail.com> wrote:

>> Good Saturday morning, everyone. What a morning, right? Woke up to read all the emails posted here... and the private emails and texts sent to me. Fun fun fun.

>> I think it is time to put some things in perspective. Apologies for the long email. Bear with me please.

>> First, I still don't know what to do here w.r.t. the Loma special election / Kissner / LPTA kerfuffle. I've been warned that the Kissner's have their lawyers involved and have made threats on the Facebook group. And that I should shut things down here. Sigh. Maybe that is what we need to do. Let the fear of litigation drive us. More to come on that.

>> No matter what you think of it, it is my view that over the last 10 years we have built 95033Talk up to be a pretty good, some would say awesome, community forum. And that means it's about the community.

>> We built it over 10 years. 10 long years in Feb 2011, Alex Hall sent out the first message. That month we had 33 messages. Last month, we had 1132. Our high was 4649 in Feb 2017 and 2,936 in Jan 2017 (some people who think that there are too many messages... well... what can I say... fair warning - this forum has exploded before and will do so again).

>> In these 10 years we saw membership grow from the first dozen (most of whom are still here) to 50 to 500 to 1500 and 2471 today. That's a lot of people! People came for the local information - this is the place you come to get local references and recommendations. And, more importantly, this is the place you look to for local information in times of emergency, be it a bad rainstorm, local road closures, or information about fire. And.... people came for the sense of community.

>> Through it all there was a small determined band of folks, known as the moderators and supported by a few community members, who worked hard to set up the norms of what is acceptable and what is not. This took thought. This took work. I have receipts to prove it.

Like it or not, all organizations and groups, real or virtual, have a culture. They have norms. It is what people refer to when they talk about institutional norms and behaviors. Now, organization or group norms are hard to explain sometimes. They are not written in stone. They change over time. They are subject to interpretation. And they are confusing to people who are newcomers to any organization. Tons of literature out there about this. People notice this when they join a new company - it is sometimes difficult to figure out how to get things done. You ask around and get the answers. You pay attention and see how decisions are made. You see how people interact. And soon, you know how it works.

In this forum, some of our norms are written in our rules. I invite people to read them again - https://groups.io/g/95033talk/wiki/1655. As stated there, and as we have said in many messages - we value and promote civility. We value community. We focus on the local. A new one is that we promote civic discussions and discovery, and try to keep a focus on facts vs. opinions (gotta add that in the rules!).

BTW, that focus on facts is not new and has been reiterated here multiple times during emergencies - we have consistently asked people to only post what they know to be true, not what they heard. Especially in emergencies, it is important to focus on the real and verified.

There have been times when it was not easy. Last year we decided to ban discussions on Covid pretty early on and man, were there lots of people who were mad. It was absolutely the right thing to do. I still look back at some of those messages that were sent in disagreement with the decision, including some from long-standing members - they help me keep things in perspective. There are other topics that are verboten here, e.g. politics and mountain lions. Each and every one of them was banned after behind the scenes discussions between the moderators and input from other members of this community.

The reason to write all this is to remind people of what we have built here. A community, a group, an organization.

This group is made up of all of you, our members. Many members have been around since the beginning. They understand the norms and many times they will, on their own accord, remind people of them. They are the "95033Talk elders". They help keep things in check and in perspective. It is awesome. They understand the norms and they help keep this community group vibrant and on track. Makes life way easier for us mods; this group self-moderates. BTW, the same happens in real life, no? Mountain elders.....

This community, virtual and the real one, is a work in progress. It will always be. It's not perfect - trust me, it is not. We have our fair share of challenges. We need to do a lot more to become resilient (and I know some people who are working on that). We need to do a lot more to be more empathic, more civil and more trusting.

This whole kerfuffle, IMHO and only in my personal opinion, will blow over. Eventually. Before we get there, it will get worse - I am convinced of that - the protagonists have made it clear that they intend to fight as hard as they can. Lines are drawn. Lawyers are being involved. Time to sing the battle hymn of the republic.

Out of this, we will learn more about each other. One of my favorite quotes is, "A crisis shows you a person's soul. It shows you what they're made of. The weaknesses explode, and the strengths are, uh, emboldened" - Andrew Cuomo. I think this is a crisis for the community. We are getting a view to see what people are made of. I've had people tell me about how their opinions of others have changed over the past month. Pretty fascinating stuff.

That all said and keeping things in perspective, in the big scheme of things, this is a pretty darn great place to live. It will continue to be once this whole thing blows over. No matter how much some people want to make it not so.

Again, just my opinion.

We all need to work on building our community - making it better vs. tearing it apart. "Home is where the heart is" is a quote attributed to Pliny the Elder. This is home, folks. Let's work together to make it better.

Community matters.

Thanks,
Sanjay

_._._._._

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112651) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

_____

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!
_____

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_._._._._

Re: [95033talk] Community Matters: A perspective

From:   Kim Kooyers via groups.io (kjkooyers=icloud.com@groups.io)

To:     95033talk@groups.io; sanj95033@gmail.com

Date:   Saturday, April 17, 2021, 12:42 PM PDT

Thanks Sanjay. I for one am done with this topic in the various forms. It's difficult to manage all the email and I like to subscribe to talk for emergencies and recommendations.  We're going to need each other when a fire/mudslide/felon or other yet to be named incident comes up. Personally, I'd like to keep the airwaves open and relationships intact for that moment. Perhaps someone might want to start a new group for school district discussions and only post here significant news.


On Apr 17, 2021, at 10:03 AM, sanjay k <sanj95033@gmail.com> wrote:

Good Saturday morning, everyone. What a morning, right? Woke up to read all the emails posted here... and the private emails and texts sent to me. Fun fun fun.

I think it is time to put some things in perspective. Apologies for the long email. Bear with me please.

First, I still don't know what to do here w.r.t. the Loma special election / Kissner / LPTA kerfuffle. I've been warned that the Kissner's have their lawyers involved and have made threats on the Facebook group. And that I should shut things down here. Sigh. Maybe that is what we need to do. Let the fear of litigation drive us. More to come on that.

No matter what you think of it, it is my view that over the last 10 years we have built 95033Talk up to be a pretty good, some would say awesome, community forum. And that means it's about the community.

We built it over 10 years. 10 long years in Feb 2011, Alex Hall sent out the first message. That month we had 33 messages. Last month, we had 1132. Our high was 4649 in Feb 2017 and 2,936 in Jan 2017 (some people who think that there are too many messages... well... what can I say... fair warning - this forum has exploded before and will do so again).

In these 10 years we saw membership grow from the first dozen (most of whom are still here) to 50 to 500 to 1500 and 2471 today. That's a lot of people! People came for the local information - this is the place you come to get local references and recommendations. And, more importantly, this is the place you look to for local information in times of emergency, be it a bad rainstorm, local road closures, or information about fire. And.... people came for the sense of community.

Through it all there was a small determined band of folks, known as the moderators and supported by a few community members, who worked hard to set up the norms of what is acceptable and what is not. This took thought. This took work. I have receipts to prove it.

Like it or not, all organizations and groups, real or virtual, have a culture. They have norms. It is what people refer to when they talk about institutional norms and behaviors. Now, organization or group norms are hard to explain sometimes. They are not written in stone. They change over time. They are subject to interpretation. And they are confusing to people who are newcomers to any organization. Tons of literature out there about this. People notice this when they join a new company - it is sometimes difficult to figure out how to get things done. You ask around and get the answers. You pay attention and see how decisions are made. You see how people interact. And soon, you know how it works.

In this forum, some of our norms are written in our rules. I invite people to read them again - https://groups.io/g/95033talk/wiki/1655. As stated there, and as we have said in many messages - we

value and promote civility. We value community. We focus on the local. A new one is that we promote civic discussions and discovery, and try to keep a focus on facts vs. opinions (gotta add that in the rules!).

BTW, that focus on facts is not new and has been reiterated here multiple times during emergencies - we have consistently asked people to only post what they know to be true, not what they heard. Especially in emergencies, it is important to focus on the real and verified.

There have been times when it was not easy. Last year we decided to ban discussions on Covid pretty early on and man, were there lots of people who were mad. It was absolutely the right thing to do. I still look back at some of those messages that were sent in disagreement with the decision, including some from long-standing members - they help me keep things in perspective. There are other topics that are verboten here, e.g. politics and mountain lions. Each and every one of them was banned after behind the scenes discussions between the moderators and input from other members of this community.

The reason to write all this is to remind people of what we have built here. A community, a group, an organization.

This group is made up of all of you, our members. Many members have been around since the beginning. They understand the norms and many times they will, on their own accord, remind people of them. They are the "95033Talk elders". They help keep things in check and in perspective. It is awesome. They understand the norms and they help keep this community group vibrant and on track. Makes life way easier for us mods; this group self-moderates. BTW, the same happens in real life, no? Mountain elders…..

This community, virtual and the real one, is a work in progress. It will always be. It's not perfect - trust me, it is not. We have our fair share of challenges. We need to do a lot more to become resilient (and I know some people who are working on that). We need to do a lot more to be more empathic, more civil and more trusting.

This whole kerfuffle, IMHO and only in my personal opinion, will blow over. Eventually. Before we get there, it will get worse - I am convinced of that - the protagonists have made it clear that they intend to fight as hard as they can. Lines are drawn. Lawyers are being involved. Time to sing the battle hymn of the republic.

Out of this, we will learn more about each other. One of my favorite quotes is, "A crisis shows you a person's soul. It shows you what they're made of. The weaknesses explode, and the strengths are, uh, emboldened" - Andrew Cuomo. I think this is a crisis for the community. We are getting a view to see what people are made of. I've had people tell me about how their opinions of others have changed over the past month. Pretty fascinating stuff.

That all said and keeping things in perspective, in the big scheme of things, this is a pretty darn great place to live. It will continue to be once this whole thing blows over. No matter how much some people want to make it not so.

Again, just my opinion.

We all need to work on building our community - making it better vs. tearing it apart. "Home is where the heart is" is a quote attributed to Pliny the Elder. This is home, folks. Let's work together to make it better.

Community matters.

Thanks,
Sanjay

_-_-_-_-_

You receive all messages sent to this group.

View/Reply Online (#112625) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

_____

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!
_____

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_-_-_-_-_-_

## [95033talk] Community Matters: A perspective

From: sanjay k (sanj95033@gmail.com)

To: 95033talk@groups.io

Date: Saturday, April 17, 2021, 10:03 AM PDT

Good Saturday morning, everyone. What a morning, right? Woke up to read all the emails posted here… and the private emails and texts sent to me. Fun fun fun.

I think it is time to put some things in perspective. Apologies for the long email. Bear with me please.

First, I still don't know what to do here w.r.t. the Loma special election / Kissner / LPTA kerfuffle. I've been warned that the Kissner's have their lawyers involved and have made threats on the Facebook group. And that I should shut things down here. Sigh. Maybe that is what we need to do. Let the fear of litigation drive us. More to come on that.

No matter what you think of it, it is my view that over the last 10 years we have built 95033Talk up to be a pretty good, some would say awesome, community forum. And that means it's about the community.

We built it over 10 years. 10 long years in Feb 2011, Alex Hall sent out the first message. That month we had 33 messages. Last month, we had 1132. Our high was 4649 in Feb 2017 and 2,936 in Jan 2017 (some people who think that there are too many messages… well… what can I say… fair warning - this forum has exploded before and will do so again).

In these 10 years we saw membership grow from the first dozen (most of whom are still here) to 50 to 500 to 1500 and 2471 today. That's a lot of people! People came for the local information - this is the place you come to get local references and recommendations. And, more importantly, this is the place you look to for local information in times of emergency, be it a bad rainstorm, local road closures, or information about fire. And…. people came for the sense of community.

Through it all there was a small determined band of folks, known as the moderators and supported by a few community members, who worked hard to set up the norms of what is acceptable and what is not. This took thought. This took work. I have receipts to prove it.

Like it or not, all organizations and groups, real or virtual, have a culture. They have norms. It is what people refer to when they talk about institutional norms and behaviors. Now, organization or group norms are hard to explain sometimes. They are not written in stone. They change over time. They are subject to interpretation. And they are confusing to people who are newcomers to any organization. Tons of literature out there about this. People notice this when they join a new company - it is sometimes difficult to figure out how to get things done. You ask around and get the answers. You pay attention and see how decisions are made. You see how people interact. And soon, you know how it works.

In this forum, some of our norms are written in our rules. I invite people to read them again
- https://groups.io/g/95033talk/wiki/1655. As stated there, and as we have said in many messages - we value and promote civility. We value community. We focus on the local. A new one is that we promote civic discussions and discovery, and try to keep a focus on facts vs. opinions (gotta add that in the rules!).

BTW, that focus on facts is not new and has been reiterated here multiple times during emergencies - we have consistently asked people to only post what they know to be true, not what they heard. Especially in emergencies, it is important to focus on the real and verified.

There have been times when it was not easy. Last year we decided to ban discussions on Covid pretty early on and man, were there lots of people who were mad. It was absolutely the right thing to do. I still look back at some of those messages that were sent in disagreement with the decision, including some from long-standing members - they help me keep things in perspective. There are other topics that are verboten here, e.g. politics and mountain lions. Each and

every one of them was banned after behind the scenes discussions between the moderators and input from other members of this community.

The reason to write all this is to remind people of what we have built here. A community, a group, an organization.

This group is made up of all of you, our members. Many members have been around since the beginning. They understand the norms and many times they will, on their own accord, remind people of them. They are the "95033Talk elders". They help keep things in check and in perspective. It is awesome. They understand the norms and they help keep this community group vibrant and on track. Makes life way easier for us mods; this group self-moderates. BTW, the same happens in real life, no? Mountain elders.....

This community, virtual and the real one, is a work in progress. It will always be. It's not perfect - trust me, it is not. We have our fair share of challenges. We need to do a lot more to become resilient (and I know some people who are working on that). We need to do a lot more to be more empathic, more civil and more trusting.

This whole kerfuffle, IMHO and only in my personal opinion, will blow over. Eventually. Before we get there, it will get worse - I am convinced of that - the protagonists have made it clear that they intend to fight as hard as they can. Lines are drawn. Lawyers are being involved. Time to sing the battle hymn of the republic.

Out of this, we will learn more about each other. One of my favorite quotes is, "A crisis shows you a person's soul. It shows you what they're made of. The weaknesses explode, and the strengths are, uh, emboldened" - Andrew Cuomo. I think this is a crisis for the community. We are getting a view to see what people are made of. I've had people tell me about how their opinions of others have changed over the past month. Pretty fascinating stuff.

That all said and keeping things in perspective, in the big scheme of things, this is a pretty darn great place to live. It will continue to be once this whole thing blows over. No matter how much some people want to make it not so.

Again, just my opinion.

We all need to work on building our community - making it better vs. tearing it apart. "Home is where the heart is" is a quote attributed to Pliny the Elder. This is home, folks. Let's work together to make it better.

Community matters.

Thanks,
Sanjay
_-_-_-_-_-

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112614) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_-_-_-_-_-

## Re: [95033talk] Community Matters: A perspective

From:   Cynthia Pustelnik (steveandcy@gmail.com)

To:     95033talk@groups.io; kjkooyers@icloud.com

Date:   Sunday, April 18, 2021, 12:15 AM PDT

Hi, I'm not sure who I am replying to but I"m going to reply anyway, sorry-really I am if I'm spamming you, I'm just not sure how to respond to all the threads. Again, sorry if this is not your thread.

Anyway, I am responding as a mom to the PDF that was shared on multiple platforms about Mr. Kissner's dismissmal. My kid is one of the kids listed in the complaints against Mr. Kissner. Our complaint is documented along with documented disciplinary actions. I have emails detailing this. Unfortunately, Mr. Kissner's teaching "style" had long lasting effects on our child along with impacts on another child in our family. My husband and I are open to discussing this with anyone interested.

On Sat, Apr 17, 2021 at 12:42 PM Kim Kooyers via groups.io <kjkooyers=icloud.com@groups.io> wrote:

> Thanks Sanjay. I for one am done with this topic in the various forms. It's difficult to manage all the email and I like to subscribe to talk for emergencies and recommendations. We're going to need each other when a fire/mudslide/felon or other yet to be named incident comes up. Personally, I'd like to keep the airwaves open and relationships intact for that moment. Perhaps someone might want to start a new group for school district discussions and only post here significant news.
>
>> On Apr 17, 2021, at 10:03 AM, sanjay k <sanj95033@gmail.com> wrote:
>>
>> Good Saturday morning, everyone. What a morning, right? Woke up to read all the emails posted here... and the private emails and texts sent to me. Fun fun fun.
>>
>> I think it is time to put some things in perspective. Apologies for the long email. Bear with me please.
>>
>> First, I still don't know what to do here w.r.t. the Loma special election / Kissner / LPTA kerfuffle. I've been warned that the Kissner's have their lawyers involved and have made threats on the Facebook group. And that I should shut things down here. Sigh. Maybe that is what we need to do. Let the fear of litigation drive us. More to come on that.
>>
>> No matter what you think of it, it is my view that over the last 10 years we have built 95033Talk up to be a pretty good, some would say awesome, community forum. And that means it's about the community.
>>
>> We built it over 10 years. 10 long years in Feb 2011, Alex Hall sent out the first message. That month we had 33 messages. Last month, we had 1132. Our high was 4649 in Feb 2017 and 2,936 in Jan 2017 (some people who think that there are too many messages... well... what can I say... fair warning - this forum has exploded before and will do so again).
>>
>> In these 10 years we saw membership grow from the first dozen (most of whom are still here) to 50 to 500 to 1500 and 2471 today. That's a lot of people! People came for the local information - this is the place you come to get local references and recommendations. And, more importantly, this is the place you look to for local information in times of emergency, be it a bad rainstorm, local road closures, or information about fire. And.... people came for the sense of community.
>>
>> Through it all there was a small determined band of folks, known as the moderators and supported by a few community members, who worked hard to set up the norms of what is acceptable and what is not. This took thought. This took work. I have receipts to prove it.

Like it or not, all organizations and groups, real or virtual, have a culture. They have norms. It is what people refer to when they talk about institutional norms and behaviors. Now, organization or group norms are hard to explain sometimes. They are not written in stone. They change over time. They are subject to interpretation. And they are confusing to people who are newcomers to any organization. Tons of literature out there about this. People notice this when they join a new company - it is sometimes difficult to figure out how to get things done. You ask around and get the answers. You pay attention and see how decisions are made. You see how people interact. And soon, you know how it works.

In this forum, some of our norms are written in our rules. I invite people to read them again - https://groups.io/g/95033talk/wiki/1655. As stated there, and as we have said in many messages - we value and promote civility. We value community. We focus on the local. A new one is that we promote civic discussions and discovery, and try to keep a focus on facts vs. opinions (gotta add that in the rules!).

BTW, that focus on facts is not new and has been reiterated here multiple times during emergencies - we have consistently asked people to only post what they know to be true, not what they heard. Especially in emergencies, it is important to focus on the real and verified.

There have been times when it was not easy. Last year we decided to ban discussions on Covid pretty early on and man, were there lots of people who were mad. It was absolutely the right thing to do. I still look back at some of those messages that were sent in disagreement with the decision, including some from long-standing members - they help me keep things in perspective. There are other topics that are verboten here, e.g. politics and mountain lions. Each and every one of them was banned after behind the scenes discussions between the moderators and input from other members of this community.

The reason to write all this is to remind people of what we have built here. A community, a group, an organization.

This group is made up of all of you, our members.  Many members have been around since the beginning. They understand the norms and many times they will, on their own accord, remind people of them. They are the "95033Talk elders". They help keep things in check and in perspective. It is awesome. They understand the norms and they help keep this community group vibrant and on track. Makes life way easier for us mods; this group self-moderates. BTW, the same happens in real life, no? Mountain elders.....

This community, virtual and the real one, is a work in progress. It will always be. It's not perfect - trust me, it is not. We have our fair share of challenges. We need to do a lot more to become resilient (and I know some people who are working on that). We need to do a lot more to be more empathic, more civil and more trusting.

This whole kerfuffle, IMHO and only in my personal opinion, will blow over. Eventually. Before we get there, it will get worse - I am convinced of that - the protagonists have made it clear that they intend to fight as hard as they can. Lines are drawn. Lawyers are being involved. Time to sing the battle hymn of the republic.

Out of this, we will learn more about each other. One of my favorite quotes is, "A crisis shows you a person's soul. It shows you what they're made of. The weaknesses explode, and the strengths are, uh, emboldened" - Andrew Cuomo. I think this is a crisis for the community. We are getting a view to see what people are made of. I've had people tell me about how their opinions of others have changed over the past month. Pretty fascinating stuff.

That all said and keeping things in perspective, in the big scheme of things, this is a pretty darn great place to live. It will continue to be once this whole thing blows over. No matter how much some people want to make it not so.

Again, just my opinion.

We all need to work on building our community - making it better vs. tearing it apart. "Home is where the heart is" is a quote attributed to Pliny the Elder. This is home, folks. Let's work together to make it better.

Community matters.

Thanks,
Sanjay

_·_·_·_·_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112651) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_·_·_·_·_

4/18/2021     Yahoo Mail - Re: [95033talk] Obfuscation. Deception. Projection. Masterclass by Mr. Kissner

Case 3:22-cv-00949-CRB   Document 117-15   Filed 12/22/23   Page 412 of 491

## Re: [95033talk] Obfuscation. Deception. Projection. Masterclass by Mr. Kissner

From:   elizabeth bradley (candiebradley@gmail.com)

To:      95033talk@groups.io; 23.weldon@comcast.net

Date:   Saturday, April 17, 2021, 07:21 PM PDT

100% Agree

_._._._._._

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112642) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_._._._._._

## Re: [95033talk] Obfuscation. Deception. Projection. Masterclass by Mr. Kissner

From:   Tiffaney Gallup (tiff@simplyremarkable.com)

To:     shahryarrokni@hotmail.com; 95033talk@groups.io

Date:   Saturday, April 17, 2021, 10:05 AM PDT

Sean,

I absolutely commend you for putting your name on everything you have posted.   For a long time you have been the only real name in a sea of alias'...and as such...the direct target of a lot of rage because it's hard to make contact with ghosts.

As one of the few people who showed their faces over the last 6 months, I understand your frustration that people continue to use alias...but their use is based on Mr. Kissner's example over several long years and Mr. Kissner's direct threats of retaliation through his attorney making public threats of our neighbors and friends becoming defendants in law suits.

I was told long ago the "alias" were because of  "fear of retaliation".   Perhaps those who have hidden behind you for that reason, can empathize with those who choose to do it now due to a very clear and public threat of retaliation from Mr. Kisser's attorney?

Anyway Sean - I don't like what you are doing (as you know all too well from personal conversations), but I do respect that you have put your name out there for what you believe in.   I'm sure it's been very frustrating at times...and very lonely.

SOS
Save Our Schools

Tiffaney

www.lpef.org/donate

_-_-_-_-_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112615) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_-_-_-_-_-

Re: [95033talk] Obfuscation. Deception. Projection. Masterclass by Mr. Kissner

From:  Shahryar Rokni (shahryarrokni@hotmail.com)

To:    danieldale95033@gmail.com; 95033talk@groups.io

Date:  Tuesday, April 20, 2021, 09:31 AM PDT

Dear Dale,
Since you have already established a special relationship with school and your requests are promptly responded, will you take another one of my suggestions and ask the school the following:
What has the been the cost of many special elections school has called themselves? They just simply need to provide the numbers. Since our super has started floating $600K, it will be great to see how much we have paid in the past.
If you take the $600K assertion as fact, then you must agree that our school district can never ever entertain any election under any circumstances. Is that the message?
You can use the following measures:
2000 Measure A, Extend gann limits on 1996 measure D $150 parcel tax (required 50% pass and it is just for the ability to use the money, not collect) PASS
2001 Measure E, asked for a NEW parcel Tax for $150+3.5% compound over 9 years. FAILED
2002 Measure K, Almost $5M in bond for school reconstruction. PASSED
2004 Measure I, Extend gann limits on 1996 measure D $150 parcel tax (required 50% pass and it is just for the ability to use the money, not collect) PASS
2008 Measure G, Extend gann limits on 1996 measure D $150 parcel tax (required 50% pass and it is just for the ability to use the money, not collect) PASS
2010 Measure G, New Parcel tax $94 for four years. FAILED
2013 Measure H, Parcel tax for $164- 7 years. PASSED
2018 Measure R, School bond for $10M. Passed
2010 Measure N, extension of measure H for another 7 years. FAILED.
Let the numbers talk.
_-_-_-_-_-_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112739) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_-_-_-_-_-_

4/20/2021                                95033talk Re: [95033talk] Obfuscation. Deception. Projection. Masterclass by Mr. Kissner

Case 3:22-cv-00949-CRB   Document 117-15   Filed 12/22/23   Page 415 of 491

## Re: [95033talk] Obfuscation. Deception. Projection. Masterclass by Mr. Kissner

From:  Robin Porter (robin.porter@lagolomita.com)

To:  95033talk@groups.io; allanh@kallisti.com

Date:  Tuesday, April 20, 2021, 11:00 AM PDT


Rokni,

Where on you list does it say "election costing $200,000 to $600,000 called because:

1.  the FULLY ELECTED school board did it's due diligence (call for candidates where 7 applied, public interview, public deliberation, and appointment) following state guidelines on replacing a Board seat UNTIL the election NEXT YEAR.

2.  and that wasn't good enough…so let's just charge the school $200-600K for a SPECIAL ELECTION."

At a cost of $200,000 to $600,000, it doesn't feel that special. Especially when you can have it for free (bundled in with the other openings/board seats) NEXT YEAR.

Best,

—Robin



On Apr 20, 2021, at 9:54 AM, Allan Hessenflow < allanh@kallisti.com> wrote:

Is this some sort of attempt to justify what you've done? There's quite a difference between trying to raise funds and just wasting our taxpayer money with no possible upside. And I'm quite certain you're capable of asking the school yourself.

Allan


On Tue, Apr 20, 2021 at 09:20 AM, Shahryar Rokni wrote:

> Dear Dale,
> Since you have already established a special relationship with school and your
> requests are promptly responded, will you take another one of my suggestions
> and ask the school the following:
> What has the been the cost of many special elections school has called
> themselves? They just simply need to provide the numbers. Since our super has
> started floating $600K, it will be great to see how much we have paid in the
> past.
> If you take the $600K assertion as fact, then you must agree that our school
> district can never ever entertain any election under any circumstances. Is
> that the message?
> You can use the following measures:
> 2000 Measure A, Extend gann limits on 1996 measure D $150 parcel tax (required
> 50% pass and it is just for the ability to use the money, not collect) PASS
> 2001 Measure E, asked for a NEW parcel Tax for $150+3.5% compound over 9
> years. FAILED
> 2002 Measure K, Almost $5M in bond for school reconstruction. PASSED
> 2004 Measure I, Extend gann limits on 1996 measure D $150 parcel tax (required

50% pass and it is just for the ability to use the money, not collect) PASS
2008 Measure G, Extend gann limits on 1996 measure D $150 parcel tax (required
50% pass and it is just for the ability to use the money, not collect) PASS
2010 Measure G, New Parcel tax $94 for four years. FAILED
2013 Measure H, Parcel tax for $164- 7 years. PASSED
2018 Measure R, School bond for $10M. Passed
2010 Measure N, extension of measure H for another 7 years. FAILED.
Let the numbers talk.

_._._._._._

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112745) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_._._._._._

4/20/2021       Yahoo Mail - Re: [95033talk] Obfuscation. Deception. Projection. Masterclass by Mr. Kissner

Case 3:22-cv-00949-CRB   Document 17-15   Filed 12/22/23   Page 417 of 491

## Re: [95033talk] Obfuscation. Deception. Projection. Masterclass by Mr. Kissner

From:   julielane2002 (julielane2002@gmail.com)

To:      95033talk@groups.io; shahryarrokni@hotmail.com

Date:   Tuesday, April 20, 2021, 01:21 PM PDT

Are you trying to say that all that you list below were special elections?  They were not.

And spending money to get money is not uncommon.  Spending money to replace an appointed official that will serve for 14 months is ridiculous.

On Tue, Apr 20, 2021 at 9:31 AM Shahryar Rokni < shahryarrokni@hotmail.com > wrote:

> Dear Dale,
> Since you have already established a special relationship with school and your requests are promptly responded, will you take another one of my suggestions and ask the school the following:
> What has the been the cost of many special elections school has called themselves? They just simply need to provide the numbers. Since our super has started floating $600K, it will be great to see how much we have paid in the past.
> If you take the $600K assertion as fact, then you must agree that our school district can never ever entertain any election under any circumstances. Is that the message?
> You can use the following measures:
> 2000 Measure A, Extend gann limits on 1996 measure D $150 parcel tax (required 50% pass and it is just for the ability to use the money, not collect) PASS
> 2001 Measure E, asked for a NEW parcel Tax for $150+3.5% compound over 9 years. FAILED
> 2002 Measure K, Almost $5M in bond for school reconstruction. PASSED
> 2004 Measure I, Extend gann limits on 1996 measure D $150 parcel tax (required 50% pass and it is just for the ability to use the money, not collect) PASS
> 2008 Measure G, Extend gann limits on 1996 measure D $150 parcel tax (required 50% pass and it is just for the ability to use the money, not collect) PASS
> 2010 Measure G, New Parcel tax $94 for four years. FAILED
> 2013 Measure H, Parcel tax for $164- 7 years. PASSED
> 2018 Measure R, School bond for $10M. Passed
> 2010 Measure N, extension of measure H for another 7 years. FAILED.
> Let the numbers talk.

_._,_._,_._

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112764) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_._,_._,_._

## Re: [95033talk] Obfuscation. Deception. Projection. Masterclass by Mr. Kissner

From:   dan dale (danieldale95033@gmail.com)

To:     shahryarrokni@hotmail.com; allanh@kallisti.com; robin.porter@lagolomita.com

Cc:     95033talk@groups.io

Date:   Tuesday, April 20, 2021, 12:52 PM PDT

Mr. Spicer, there is no special relationship that I have with the school. On the other hand, I am guessing you and LDK do have one. A not good one. Is there a reason they are not responding to you? Is it because you constantly badger them with emails and demands? It makes you mad that these women are challenging you, doesn't it?

Mr. Spicer also knows how to spin things. He does it incredibly well and effortlessly. Allan is correct. This is his latest attempt to justify what he has done. Follow the ball, people. Robin, watch out. I will bet that Spicer is already working on an attempt to show how the recent board appointment was invalid. There are not many ways to do that but he will do what he can. He will justify that the $200k is well spent. He will ensure people don't think it was simply for his ego..

Stop wasting our time. Stop with the deception, the obfuscation, the lies.
You are wrong in this. We all know you will never admit that, especially since your opponents in this, as you see it, are a bunch of women. Your manliness will not handle that. A man does not lose to women!
You are also wrong to give $1000 to a right-wing lawyer who is doing everything he can against what you and your religion stand for. Freedom X | Protecting Conservative & Religious Freedom of Expression (freedomxlaw.com). LDK is leading you astray here. His legal team are not people we want on this mountain.
Stop the madness.

On Tue, Apr 20, 2021 at 11:00 AM Robin Porter < robin.porter@lagolomita.com> wrote:
> Rokni,
>
> Where on you list does it say "election costing $200,000 to $600,000 called because:
>
> 1. the FULLY ELECTED school board did it's due diligence (call for candidates where 7 applied, public interview, public deliberation, and appointment) following state guidelines on replacing a Board seat UNTIL the election NEXT YEAR.
>
> 2. and that wasn't good enough…so let's just charge the school $200-600K for a SPECIAL ELECTION."
>
> At a cost of $200,000 to $600,000, it doesn't feel that special. Especially when you can have it for free (bundled in with the other openings/board seats) NEXT YEAR.
>
> Best,
>
> —Robin

On Tue, Apr 20, 2021 at 9:54 AM Allan Hessenflow < allanh@kallisti.com> wrote:
> Is this some sort of attempt to justify what you've done? There's quite a difference
> between trying to raise funds and just wasting our taxpayer money with no
> possible upside. And I'm quite certain you're capable of asking the school yourself.
>
> Allan

On Tue, Apr 20, 2021 at 9:05 AM Shahryar Rokni < shahryarrokni@hotmail.com> wrote:
> Dear Dale,
> Since you have already established a special relationship with school and your requests are promptly responded, will you take another one of my suggestions and ask the school the following:

What has the been the cost of many special elections school has called themselves? They just simply need to provide the numbers. Since our super has started floating $600K, it will be great to see how much we have paid in the past.

If you take the $600K assertion as fact, then you must agree that our school district can never ever entertain any election under any circumstances. Is that the message?

You can use the following measures:

2000 Measure A, Extend gann limits on 1996 measure D $150 parcel tax (required 50% pass and it is just for the ability to use the money, not collect) PASS

2001 Measure E, asked for a NEW parcel Tax for $150+3.5% compound over 9 years. FAILED

2002 Measure K, Almost $5M in bond for school reconstruction. PASSED

2004 Measure I, Extend gann limits on 1996 measure D $150 parcel tax (required 50% pass and it is just for the ability to use the money, not collect) PASS

2008 Measure G, Extend gann limits on 1996 measure D $150 parcel tax (required 50% pass and it is just for the ability to use the money, not collect) PASS

2010 Measure G, New Parcel tax $94 for four years. FAILED

2013 Measure H, Parcel tax for $164- 7 years. PASSED

2018 Measure R, School bond for $10M. Passed

2010 Measure N, extension of measure H for another 7 years. FAILED.

Let the numbers talk.

_ˑ_ˑ_ˑ_ˑ_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112762) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_ˑ_ˑ_ˑ_ˑ_

4/18/2021     Yahoo Mail - Re: [95033talk] Obfuscation. Deception. Projection. Masterclass by Mr. Kissner

Case 3:22-cv-00949-GRB-E   Document 17-15   Filed 12/22/23   Page 420 of 491

## Re: [95033talk] Obfuscation. Deception. Projection. Masterclass by Mr. Kissner

From:   Larry McVoy (lm@mcvoy.com)

To:     95033talk@groups.io; danieldale95033@gmail.com

Date:   Saturday, April 17, 2021, 08:37 AM PDT

On Sat, Apr 17, 2021 at 07:56:04AM -0700, dan dale wrote:

> Has he ever
> given consideration to that fact that the PRA release to me was likely not
> the first one. I know this to be a fact since I was sent one from 2 weeks
> ago. I was told of another from a day ago. The one I was sent is exactly
> the same. So, yes, the release was vetted by lawyers and then done. The
> first one takes time. The third does not.

I can verify that this is true, I got a copy of the packet about 2
weeks ago as well.

Also, I've been asked if I am Dan Dale, I don't know why people would
think that but for the record I am not, that's not something I would do.
I'm glad Dan exists because I think he is shining a light on important
stuff, but I'm not him (or her? Rokni said Ms Dan?).

_-_-_-_-_-_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112611) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

———————————————————

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_-_-_-_-_-_

## Re: [95033talk] Obfuscation. Deception. Projection. Masterclass by Mr. Kissner

From:   Shahryar Rokni (shahryarrokni@hotmail.com)

To:     danieldale95033@gmail.com; 95033talk@groups.io

Date:   Saturday, April 17, 2021, 08:07 AM PDT

Dear **Ms**. D.Dale,
Please enlighten us about your own identity. My emails bear my name. You are a respected community member, no
need to hide.
_-_-_-_-_-

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112608) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_-_-_-_-_-

4/18/2021     Yahoo Mail Re: [95033talk] Obfuscation. Deception. Projection. Masterclass by Mr. Kissner

Case 3:22-cv-00949-GRB   Document 117-15   Filed 12/22/23   Page 422 of 491

## Re: [95033talk] Obfuscation. Deception. Projection. Masterclass by Mr. Kissner

From:   Ed Weldon (23.weldon@comcast.net)

To:     tiff@simplyremarkable.com; 95033talk@groups.io

Date:   Saturday, April 17, 2021, 12:23 PM PDT

one other thought here..........

Lengthy rebuttals that simple minds prefer to ignore are opportunities for repetition of an entertaining propaganda message. Perhaps with a little creative twist.

_._._._._._

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112624) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_._._._._._

## Re: [95033talk] Obfuscation. Deception. Projection. Masterclass by Mr. Kissner

From:  Allan Hessenflow (allanh@kallisti.com)

To:    robin.porter@lagolomita.com; 95033talk@groups.io

Date:  Tuesday, April 20, 2021, 12:18 PM PDT

I think it's worth pointing out that after I reposted the Kissner
dismissal charges to the 95033 Neighbors facebook group, his "lawyer"
made ludicrous claims of defamation. In his threats posted to that
group, he only named Melanie, the moderator of the group. He also
sent private threat(s)/harrassment to her. I haven't heard a thing
from him, even though I was the actual poster there, and even though
she, besides sharing the same protections I have against his claim,
is also protected by section 230 of the Communications Decency Act.
I wonder why. Does he think a woman is more easily intimidated?

I'd also suggest that even if Rokni, due to having constantly badgered
them with demands, is unable to get answers from the school administration
about election costs, he could always ask the counties. He should already
know who there to ask since he must have obtained estimates to disclose in
his petition.

Allan

On Tue, Apr 20, 2021 at 11:44:00AM -0700, dan dale wrote:

> Mr. Spicer, there is no special relationship that I have with the school.
> On the other hand, I am guessing you and LDK do have one. A not good one.
> Is there a reason they are not responding to you? Is it because you
> constantly badger them with emails and demands? It makes you mad that these
> women are challenging you, doesn't it?
>
> Mr. Spicer also knows how to spin things. He does it incredibly well and
> effortlessly. Allan is correct. This is his latest attempt to justify what
> he has done. Follow the ball, people. Robin, watch out. I will bet that
> Spicer is already working on an attempt to show how the recent board
> appointment was invalid. There are not many ways to do that but he will do
> what he can. He will justify that the $200k is well spent. He will ensure
> people don't think it was simply for his ego..
>
> Stop wasting our time. Stop with the deception, the obfuscation, the lies.
> You are wrong in this. We all know you will never admit that, especially
> since your opponents in this, as you see it, are a bunch of women. Your
> manliness will not handle that. A man does not lose to women!
> You are also wrong to give $1000 to a right-wing lawyer who is doing
> everything he can against what you and your religion stand for. Freedom X |
> Protecting Conservative & Religious Freedom of Expression (freedomxlaw.com)
> <https://freedomxlaw.com/>. LDK is leading you astray here. His legal team
> are not people we want on this mountain.
> Stop the madness.
>
> On Tue, Apr 20, 2021 at 11:00 AM, Robin Porter wrote:
>
> Rokni,

Where on you list does it say "election costing $200,000 to $600,000 called because:

1. the FULLY ELECTED school board did it's due diligence (call for candidates where 7 applied, public interview, public deliberation, and appointment) following state guidelines on replacing a Board seat UNTIL the election NEXT YEAR.

2. and that wasn't good enough…so let's just charge the school $200-600K for a SPECIAL ELECTION."

At a cost of $200,000 to $600,000, it doesn't feel that special. Especially when you can have it for free (bundled in with the other openings/board seats) NEXT YEAR.

Best,

—Robin



On Apr 20, 2021, at 9:54 AM, Allan Hessenflow <allanh@kallisti.com> wrote:

Is this some sort of attempt to justify what you've done? There's quite a difference
between trying to raise funds and just wasting our taxpayer money with no possible upside. And I'm quite certain you're capable of asking the school yourself.

Allan


On Tue, Apr 20, 2021 at 09:20 AM, Shahryar Rokni wrote:
Dear Dale,
Since you have already established a special relationship with school and your requests are promptly responded, will you take another one of my suggestions and ask the school the following:
What has the been the cost of many special elections school has called themselves? They just simply need to provide the numbers. Since our super has started floating $600K, it will be great to see how much we have paid in the past.
If you take the $600K assertion as fact, then you must agree that our school district can never ever entertain any election under any circumstances. Is that the message?
You can use the following measures:
2000 Measure A, Extend gann limits on 1996 measure D $150 parcel tax (required 50% pass and it is just for the ability to use the money, not collect) PASS
2001 Measure E, asked for a NEW parcel Tax for $150+3.5% compound over 9 years. FAILED
2002 Measure K, Almost $5M in bond for school reconstruction. PASSED
2004 Measure I, Extend gann limits on 1996 measure D $150 parcel tax (required 50% pass and it is just for the ability to use the money, not collect) PASS
2008 Measure G, Extend gann limits on 1996 measure D $150 parcel tax (required 50% pass and it is just for the ability to use the money, not collect) PASS
2010 Measure G, New Parcel tax $94 for four years. FAILED
2013 Measure H, Parcel tax for $164- 7 years. PASSED
2018 Measure R, School bond for $10M. Passed

2010 Measure N, extension of measure H for another 7 years. FAILED.
Let the numbers talk.


–′–′–′–′–

---

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112755) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

---------------

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!
---------------

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

–′–′–′–′–

## Re: [95033talk] Obfuscation. Deception. Projection. Masterclass by Mr. Kissner

From: Cynthia Pustelnik (steveandcy@gmail.com)

To: steveandcy@gmail.com; 95033talk@groups.io

Date: Tuesday, April 20, 2021, 12:52 PM PDT

so where is the new material and when/will it be posted?

_._._._._._

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112761) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_._._._._._

## Re: [95033talk] Obfuscation. Deception. Projection. Masterclass by Mr. Kissner

From: Ed Weldon (23.weldon@comcast.net)

To: danieldale95033@gmail.com; 95033talk@groups.io

Date: Saturday, April 17, 2021, 10:58 AM PDT

95033talk is starting to look like Fox News. I don't think that is a path we should follow.  EdW

—'—'—'—'—

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112621) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

_____

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!
_____

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

—'—'—'—'—

Gmail - Re: [95033talk] Obfuscation. Deception. Projection. Masterclass by Mr. Kissner

## Re: [95033talk] Obfuscation. Deception. Projection. Masterclass by Mr. Kissner

From:  Allan Hessenflow (allanh@kallisti.com)

To:     shahryarrokni@hotmail.com; 95033talk@groups.io

Date:  Tuesday, April 20, 2021, 09:54 AM PDT

Is this some sort of attempt to justify what you've done? There's quite a difference
between trying to raise funds and just wasting our taxpayer money with no
possible upside. And I'm quite certain you're capable of asking the school yourself.

Allan


On Tue, Apr 20, 2021 at 09:20 AM, Shahryar Rokni wrote:

> Dear Dale,
> Since you have already established a special relationship with school and your
> requests are promptly responded, will you take another one of my suggestions
> and ask the school the following:
> What has the been the cost of many special elections school has called
> themselves? They just simply need to provide the numbers. Since our super has
> started floating $600K, it will be great to see how much we have paid in the
> past.
> If you take the $600K assertion as fact, then you must agree that our school
> district can never ever entertain any election under any circumstances. Is
> that the message?
> You can use the following measures:
> 2000 Measure A, Extend gann limits on 1996 measure D $150 parcel tax (required
> 50% pass and it is just for the ability to use the money, not collect) PASS
> 2001 Measure E, asked for a NEW parcel Tax for $150+3.5% compound over 9
> years. FAILED
> 2002 Measure K, Almost $5M in bond for school reconstruction. PASSED
> 2004 Measure I, Extend gann limits on 1996 measure D $150 parcel tax (required
> 50% pass and it is just for the ability to use the money, not collect) PASS
> 2008 Measure G, Extend gann limits on 1996 measure D $150 parcel tax (required
> 50% pass and it is just for the ability to use the money, not collect) PASS
> 2010 Measure G, New Parcel tax $94 for four years. FAILED
> 2013 Measure H, Parcel tax for $164- 7 years. PASSED
> 2018 Measure R, School bond for $10M. Passed
> 2010 Measure N, extension of measure H for another 7 years. FAILED.
> Let the numbers talk.

_._._._._

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112741) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ

Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

_____

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_-_-_-_-_-_

4/20/2021    Yahoo Mail - Re: [95033talk] Obfuscation. Deception. Projection. Masterclass by Mr. Kissner

Case 3:22-cv-00949-CRB   Document 117-15   Filed 12/22/23   Page 430 of 491

## Re: [95033talk] Obfuscation. Deception. Projection. Masterclass by Mr. Kissner

From:   dan dale (danieldale95033@gmail.com)

To:     95033talk@groups.io

Date:   Tuesday, April 20, 2021, 08:05 AM PDT

Providing more clarity on the situation. LDK, without any hint of irony, made a baseless claim about Superintendent Fraser. This is the same LDK that has said, multiple times, that he cannot comment on any ongoing issues since it is a personnel matter. Evidence free claims are a good way to spin things.

I asked for clarity from the school district about  the documents that were provided, and if they were truly non-exempt and non-privileged. The answer is:

> Good morning Mr. Dale,

> The school district has utilized the attorney representing the district in this matter to review a previous PRA requesting a copy of the charges to dismiss Mr. Kissner.

> The attorney has advised the Superintendent that, "Without waiving the aforementioned objections, the District has determined it possesses records responsive, at least in part, to your requests and is providing you with a copy of the non-exempt, non-privileged, disclosable records responsive to your request, enclosed herein.".

> This sentence has been copied from the cover letter to your request and pasted here.

> Please let me know if you seek further clarity.

> Sincerely,

> Eileen Bevans-Franks

> Administrative Assistant to the Superintendent

> Loma Prieta Joint Union School District

> 23800 Summit Road

> Los Gatos, CA  95033

> 408/353-1101 – p

> 408/353-8051 - f

There is no collusion. There is nothing shady. There is no manipulation of evidence and this is not about a select group of disgruntled parents against LDK. in fact, one of the parents whose child was given alcohol has spoken up on this forum. If people want facts, ask her.

On Sat, Apr 17, 2021 at 7:56 AM dan dale < danieldale95033@gmail.com> wrote:
Obfuscation. Deception. Projection. Retaliation. Mr. Kissner and Mr. Spicer continue to teach a master class in that, here at Loma, here at the local level.

Latest lesson is this email sent out last night. He is not even hiding it anymore folks. Mr. Kissner is clearly and openly admitting that he is LPTA.
His website says his values are Integrity andTransparency. And he admits he has neither. Openly.
Amazing.

I said this yesterday and will say it again. Mr. Kissner is back to his usual tricks - spinning things on how the District is bad, the District is made up of bad bad people who have done so many bad things. Has he ever given consideration to that fact that the PRA release to me was likely not the first one. I know this to be a fact since I was sent one from 2 weeks ago. I was told of another from a day ago. The one I was sent is exactly the same. So, yes, the release was vetted by lawyers and then done. The first one takes time. The third does not.

Mr. Kissner took the time to send out a message to a stolen, repeat stolen, list of email addresses and address me by name. I am honored. He states that I am anonymous and he is right. The best way to play his game is to play his game. Bring it on.
Mr. Kissner says that he has had lots of requests to load docs. My guess is that it was him, his wife, RobertH, Jennifer T. All of the aliases together make a lot of people. See, how that works? Amazing.
Mr. Kissner did not take the time to address the sin he committed before God. The one he admitted to in front of his pastor. And, I am now being told, he did it again.
Mr. Kissner thinks that it is just fun for a teacher, a teacher, to give 13-15 year old kids alcohol. It must also be legal. It must also be Christian. And his sympathizers and followers believe the same. If they don't, I challenge them to state otherwise. SP, TP, LJ, LR, SR and all the others. How far will you go with this man?
Mr. Kissner and Mr. Rokni are doing all this to retaliate against the school for what they see as wrongs done against them. They are projecting that on the school. Receipts coming. It is all a lie.

Mr. Kissner and his wife want others to follow the law. They will have their date in court. I have been warned that his lawyer is now threatening people on Facebook and that my warning is probably coming today. Very very nice.
Mr. Kissner -  do you believe the law applies to you? Or, are you above the law?

Integrity. Transparency. Right?

Mr. Kissner is a teacher. A teacher of middle school students. Let that sink in. His job is to literally teach young kids. Teaching includes setting an example. Teachers are held to a higher standard of moral turpitude. If he doesn't like that, he should stop teaching. Period.

His characterization of the administration and of me in the email below is a lie. A bold-faced lie of a desperate man. There was no coordination or any wrongdoing. But, why let facts get in the way? Let me repeat the playbook he follows.
District bad. Kissner good.
Make it about 2 sides. Black and white.
Claim the other side is deceptive and people are looking to publicly impugn you while doing exactly that.
Project.
Say it and do it over and over and over.
Get enough people to believe it.
Masterclass being taught.
Well done.

What a teacher to have. Hats off to you, Mr. Kissner. This is indeed principled conservatism. Sorry, I was joking. This is conservatism without any principles. I am sure that everyone on this list is rushing to have their kids be taught by you. So very Christian of you to continue to lie. And to deceive. When I go to Church on Sunday, I will pray for your soul. I hope you pray for your soul as well. And pray to right the harm you and your group are doing to this community.

> **From:** LPTA 95033 < lomaresidents1@mailbox.org>
> **Date:** April 16, 2021 at 10:16:20 PM PDT
> **To:** LPTA 95033 < lomaresidents1@mailbox.org>

**Subject: Teacher Dismissal Defense Doc Upload**

Well... much heightened interest in this matter today - we've gotten lots of requests to upload the rest of the defense docs asap.

Interesting developments today. A "Dan Dale" sent a Public Records Act Request to the school district this morning at 9:49am. "Dan Dale" appears to be a made-up name (after a CNN fact checker), created only 5 days ago, to join the community yahoo group and jump immediately in on this issue. Lots of people choosing to be anonymous, including yours truly. But here's what's interesting: at 10:43am on the same day as the request, Superintendent Fraser replies to this person who does not exist with a lengthy, detailed, and researched legalese response - detailing why the request cannot be fulfilled... and then attaches the documents anyway! It took the Superintendent an unprecedented 54 minutes to get a controversial Public Records Act Request back to the anonymous requester. Huh... that's not shady or anything, Superintendent Fraser... quite coordinated. And with an "anonymous" requester nonetheless!

We wanted to get the remainder of the defense docs uploaded.
See the full list of topics here.

Added today:
Walkout Investigation Material
Classroom Concerns
Grading
Retaliatory Employment Actions

It is all a troubling story of retaliation. But what we found most telling was the coordination between a past and present superintendent, the board president, an investigative attorney, and select obviously disgruntled parents to blatantly manipulate evidence.

_–_–_–_–_–

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112736) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_–_–_–_–_–

4/20/2021     Yahoo Mail Re: [95033talk] Obfuscation. Deception. Projection. Masterclass by Mr. Kissner

Case 3:22-cv-00949-CRB   Document 117-15   Filed 12/22/23   Page 433 of 491

## Re: [95033talk] Obfuscation. Deception. Projection. Masterclass by Mr. Kissner

From:   Cynthia Pustelnik (steveandcy@gmail.com)

To:   allanh@kallisti.com; 95033talk@groups.io

Date:   Tuesday, April 20, 2021, 12:47 PM PDT

People can call themselves whatever they want. There are kids involved here if someone doesn't want to remain anonymous or go by an alias I don't care, they aren't running for office. I mean there are a bunch of anonymous donations to the math teacher and are the names on the special election public knowlege?

_-_-_-_-_-

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112759) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_-_-_-_-_-

Re: [95033talk] Obfuscation. Deception. Projection. Masterclass by Mr. Kissner

| | |
|---|---|
| From: | dan dale (danieldale95033@gmail.com) |
| To: | shahryarrokni@hotmail.com |
| Cc: | 95033talk@groups.io |
| Date: | Saturday, April 17, 2021, 08:16 AM PDT |

Hypocrisy. Chauvinism. The art of spin.

Thank you, Mr. Spicer for your message. Nice of you to bold the **Ms.** Did you know that putting people down for being a female, or gay or any other stereotype like that, is an old trope that has outlived its time? Grow up.

How about you ask your boss, your puppetmaster, Mr. Kissner to enlighten us about all his identities? Hold him to some standard. Then you will earn the right to ask others.

Stop being hypocritical.

Proud to be called Ms, LGBTQ, Gay or any other name you want to call. I have heard Mr. Kissner has a bagful of those jokes that he regularly trots out in class. You may want to ask him for some good ones.

On Sat, Apr 17, 2021 at 8:05 AM Shahryar Rokni < shahryarrokni@hotmail.com> wrote:
> Dear **Ms**. D.Dale,
> Please enlighten us about your own identity. My emails bear my name. You are a respected community member, no
> need to hide.

_·_·_·_·_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112609) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

_____

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!
_____

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_·_·_·_·_

4/18/2021 [95033talk] Obfuscation. Deception. Projection. Masterclass by Mr. Kissner

Case 3:22-cv-00949-CRB Document 117-15 Filed 12/29/23 Page 435 of 491

## [95033talk] Obfuscation. Deception. Projection. Masterclass by Mr. Kissner

From: dan dale (danieldale95033@gmail.com)

To: 95033talk@groups.io

Date: Saturday, April 17, 2021, 07:56 AM PDT

Obfuscation. Deception. Projection. Retaliation. Mr. Kissner and Mr. Spicer continue to teach a master class in that, here at Loma, here at the local level.

Latest lesson is this email sent out last night. He is not even hiding it anymore folks. Mr. Kissner is clearly and openly admitting that he is LPTA.
His website says his values are Integrity andTransparency. And he admits he has neither. Openly.
Amazing.

I said this yesterday and will say it again. Mr. Kissner is back to his usual tricks - spinning things on how the District is bad, the District is made up of bad bad people who have done so many bad things. Has he ever given consideration to that fact that the PRA release to me was likely not the first one. I know this to be a fact since I was sent one from 2 weeks ago. I was told of another from a day ago. The one I was sent is exactly the same. So, yes, the release was vetted by lawyers and then done. The first one takes time. The third does not.

Mr. Kissner took the time to send out a message to a stolen, repeat stolen, list of email addresses and address me by name. I am honored. He states that I am anonymous and he is right. The best way to play his game is to play his game. Bring it on.
Mr. Kissner says that he has had lots of requests to load docs. My guess is that it was him, his wife, RobertH, Jennifer T. All of the aliases together make a lot of people. See, how that works? Amazing.
Mr. Kissner did not take the time to address the sin he committed before God. The one he admitted to in front of his pastor. And, I am now being told, he did it again.
Mr. Kissner thinks that it is just fun for a teacher, a teacher, to give 13-15 year old kids alcohol. It must also be legal. It must also be Christian. And his sympathizers and followers believe the same. If they don't, I challenge them to state otherwise. SP, TP, LJ, LR, SR and all the others. How far will you go with this man?
Mr. Kissner and Mr. Rokni are doing all this to retaliate against the school for what they see as wrongs done against them. They are projecting that on the school. Receipts coming. It is all a lie.

Mr. Kissner and his wife want others to follow the law. They will have their date in court. I have been warned that his lawyer is now threatening people on Facebook and that my warning is probably coming today. Very very nice.
Mr. Kissner - do you believe the law applies to you? Or, are you above the law?

Integrity. Transparency. Right?

Mr. Kissner is a teacher. A teacher of middle school students. Let that sink in. His job is to literally teach young kids. Teaching includes setting an example. Teachers are held to a higher standard of moral turpitude. If he doesn't like that, he should stop teaching. Period.

His characterization of the administration and of me in the email below is a lie. A bold-faced lie of a desperate man. There was no coordination or any wrongdoing. But, why let facts get in the way? Let me repeat the playbook he follows. District bad. Kissner good.
Make it about 2 sides. Black and white.
Claim the other side is deceptive and people are looking to publicly impugn you while doing exactly that.
Project.
Say it and do it over and over and over.
Get enough people to believe it.
Masterclass being taught.
Well done.

What a teacher to have. Hats off to you, Mr. Kissner. This is indeed principled conservatism. Sorry, I was joking. This is conservatism without any principles. I am sure that everyone on this list is rushing to have their kids be taught by you. So very Christian of you to continue to lie. And to deceive. When I go to Church on Sunday, I will pray for your soul. I hope you pray for your soul as well. And pray to right the harm you and your group are doing to this community.

**From:** LPTA 95033 <lomaresidents1@mailbox.org>
**Date:** April 16, 2021 at 10:16:20 PM PDT
**To:** LPTA 95033 <lomaresidents1@mailbox.org>
**Subject: Teacher Dismissal Defense Doc Upload**


Well... much heightened interest in this matter today - we've gotten lots of requests to upload the rest of the defense docs asap.

Interesting developments today. A "Dan Dale" sent a Public Records Act Request to the school district this morning at 9:49am. "Dan Dale" appears to be a made-up name (after a CNN fact checker), created only 5 days ago, to join the community yahoo group and jump immediately in on this issue. Lots of people choosing to be anonymous, including yours truly. But here's what's interesting: at 10:43am on the same day as the request, Superintendent Fraser replies to this person who does not exist with a lengthy, detailed, and researched legalese response - detailing why the request cannot be fulfilled... and then attaches the documents anyway! It took the Superintendent an unprecedented 54 minutes to get a controversial Public Records Act Request back to the anonymous requester. Huh... that's not shady or anything, Superintendent Fraser... quite coordinated. And with an "anonymous" requester nonetheless!

We wanted to get the remainder of the defense docs uploaded.
See the full list of topics here.

Added today:
Walkout Investigation Material
Classroom Concerns
Grading
Retaliatory Employment Actions

It is all a troubling story of retaliation. But what we found most telling was the coordination between a past and present superintendent, the board president, an investigative attorney, and select obviously disgruntled parents to blatantly manipulate evidence.

_._._._._._

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112605) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_._._._._._

4/20/2021　　　　Yahoo Mail - Re: [95033talk] Obfuscation. Deception. Projection. Masterclass by Mr. Kissner

Case 3:22-cv-00949-CRB　Document 117-15　Filed 12/22/23　Page 437 of 491

## Re: [95033talk] Obfuscation. Deception. Projection. Masterclass by Mr. Kissner

From:　AJ via groups.io (wasawiller=aol.com@groups.io)

To:　　shahryarrokni@hotmail.com; 95033talk@groups.io

Date:　Sunday, April 18, 2021, 09:14 AM PDT

Wow, Shahryar.　What century are you living in?

Dan Dale brings the goods in terms of posting the official statement of charges against Kissner (which include, to paraphrase, multiple instances of providing alcohol to a minor, failure to perform his job duties, failure to follow school rules, unprofessional conduct in the classroom, and unprofessional communication with parents), and your "gotcha" is that Dan is a "Ms."

This "AJ" also happens to be a Ms.　I had a boss in the past named Tom (short for Tommasine) who also happened to be a Ms.　I know women named Samantha that go by Sam. And your point is what, exactly?　That if only you knew we were women from our names then you could have dismissed us more easily?　Or that we were somehow trying to deceive you by "hiding" that fact that we are women.　And how does our gender matter at all?

Grow up.

—AJ

_._,_._,_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112665) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_._,_._,_

[95033talk] That Teacher - the one that lites up your learning

From:  Robin Porter (robin.porter@lagolomita.com)

To:    95033talk@groups.io

Date:  Sunday, April 18, 2021, 12:42 PM PDT

To those that have reached out to me to tell me that Kissner is "That Teacher" - the one that reached the hearts of their kids and their desire to learn:

I believe you. I KNOW he's made a REAL (positive) difference in some, maybe many, kids lives.

I struggle with this "two sides of the same teacher" EVERYDAY and this story is NOT about Kissner. One of my kid's teacher was the door - That Teacher - that opened my daughters heart to learning. She was so very beloved in our family. But that same teacher's negligence also caused our son, 18 years later, to now be permanently deaf, have traumatic brain injury, my husband and I to lose our jobs (you can't be working when your kid is going through all of the hospitalizations, surgeries, therapies that have lasted 10 years and will continue to last his lifetime) We are still reeling from this a decade later.

I talk to my daughter and I am grateful for the difference this teacher made in her life. I see my son's struggles and I wish that same teacher had never walked the earth. The thing is, there are good teachers everywhere that would have eventually "lit up" my daughter without taking down our son and our family. My conclusion after personally wrestling with this for over a decade now is:

FIRST, DO NO HARM.

From the termination document, I believe it's clear Kissner does not meet that criteria with every student.

Best,

Robin

On Apr 18, 2021, at 6:14 AM, Les Niles < les@2pi.org> wrote:

Yeah, it sounds pretty bad when you hear one side of the story. I've been the victim of one-sidedness too; it rarely gives an accurate picture.

The thing is, Dave Kissner has been That Teacher to a lot of kids.

  -Les

On Apr 18, 2021, at 1:31 AM, Robin Porter < robin.porter@lagolomita.com> wrote:

I was in the 4th grade when my Dad was deployed in Viet Nam. It was my job to walk down the lane to the mailbox -everyday - and check for letters from him. He wrote us EVERYDAY and sent a cassette tape once a week. My mom stayed in bed - for nearly the whole year. We were kids and didn't understand what depression was. At the age of 10, I mostly took care of my 3 year old brother and my mom. I had a caring teacher at my school watching my lack of packed lunches and my lack of clean clothes. This teacher even had child protective services come out a couple times to check on us to see what was up. My mom mustered the strength during those visits to get out of bed and scare the protective services lady away - but my mom's reaction convinced me I didn't want to be taken away by child protective services.

Then, one day the letters stopped. On the news was the Tet Offensive that hit South Vietnam and my dad was right in the middle of everything. My mom fell apart. She attempted suicide in the middle of the night, I called our neighbor for help and my mom was taken away by ambulance. A couple neighbors came over to see what was going on and the police/ambulance people thought one was a caregiver for us. But the neighbors left when the ambulance took off and I turned around and it was just me and my 3 year old brother all alone in the house at midnight. I called school every day saying my mom was sick and I needed to stay home and take care of her and all our farm animals. We were all alone with Campbells Chicken Noodle Soup, Kraft Mac-n-Cheese and hotdogs. About 10 days later, 10 letters from my dad all came on the same day, tied in a bundle with a string! I called the psychiatric hospital my mom was in and she came home a couple of days later. I started back at school. My teacher brought me a sack lunch every day from her house and "some treats to take home" sometimes. If it wasn't for that caring teacher, I wouldn't have made it through that year. If my dad had died, I have no doubt that teacher would have been the first in line to help us. School was my safe place away from the war.

The reason I am writing this? This mountain has Loma/CTE kids who's parents are in the military and deployed right now overseas. One of the parent complaints in the Kissner termination describes a student of a deployed soldier coming home with many stories of Kissner war experiences in the Marines and bodies blown up so the only thing left was a boot - and math problems like if you jump off a cliff, calculate how fast is your body going when it hits the ground. The way I understand the Kissner termination document, the service member overseas wrote the district about this.

I'm glad I had the teacher I had at the time I needed it most. While it's not illegal (like the other complaints of giving alcohol to a minor would be), hearing Kissner's wartime stories of bodies blown up everywhere while I was trying to cope with my dad's deployment would have been devastating to the 10 year old me.

Best,

—Robin


_._._._._._

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112679) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_._._._._._

## Re: [95033talk] Special Board Election Information

From:   Shahryar Rokni (shahryarrokni@hotmail.com)

To:     lisa.o.sullivan@hotmail.com; 95033talk@groups.io

Date:   Tuesday, April 20, 2021, 05:07 PM PDT

Thank you Lisa for your vote of confidence.
The cost of election is a requirement on the petition and it was the first thing discussed with any potential signatory.
The written estimates from both counties was used.
Petition signatories are our neighbors, community members, school parents, KEEP donors, but most importantly advocates of our school.
You might disagree with them, but you do not get to question their integrity.
This process has never been about me and it will never be about me.

And since you brought up transparency, I hope you appreciate how transparent this process has been so far. In some districts, the first time anyone will hear about a petition is after it has been submitted and validated by the county. Nobody will know who and why one was submitted. We announced our intention in Jan, for full community dialogue. We discussed in details and reasons why we should have an election. It was all before there was any potential candidates, so it would never be about an individual.  It has been about the loss of confidence in the current board and their decisions. We are here, upfront and center. As transparent as it can be.

https://www.pleasantonweekly.com/news/2019/02/04/secretive-petition-removes-natarajan-from-dublin-school-board-special-election-to-follow

_-_-_-_-_-_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112785) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_-_-_-_-_-_

## Re: [95033talk] Special Board Election Information

From: Sophia Penny (csophia.penny@gmail.com)

To: john.buchowski@gmail.com; 95033talk@groups.io

Date: Monday, April 19, 2021, 09:02 PM PDT

Too bad the creators of the petition are way too chicken to withdraw it. Never going to happen.

_·_·_·_·_

Groups.io Links:

You receive all messages sent to this group.

[View/Reply Online (#112726)](#) | [Reply To Group](#) | [Reply To Sender](#) | [Mute This Topic](#) | [New Topic](#)

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

[Your Subscription](#) | [Contact Group Owner](#) | [Unsubscribe](#) [Stacylynhall@yahoo.com]

_·_·_·_·_

## Re: [95033talk] Special Board Election Information

From: John Buchowski (john.buchowski@gmail.com)

To: 95033talk@groups.io

Date: Monday, April 19, 2021, 03:52 PM PDT

Sent on behalf of Lisa Fraser:

 Resending with body text

Good afternoon,

This morning, I was contacted by Dr. Dewan, Santa Clara County Superintendent of Schools. Dr. Dewan asked me to share information relative to a petition request for special election with the Loma Prieta parent community for the sake of clarity. To the question of whether the proponents of a petition can withdraw the petition, the answer is yes.

Dr. Dewan advised "there is not any authority that would prevent the proponents of a petition requesting a special election to fill a school board vacancy to withdraw the petition before the petition is filed with the appropriate elections official, or before the petition is deemed legally sufficient within the 30 day timeline after submission of the petition to the County Superintendent.

Pursuant to Election Code section 5091(c) (2), the petition for a special election is submitted to the county registrar of voters; then the county registrar submits the petition to the County Superintendent who has 30 days to verify the signatures, determine whether the petition is legally sufficient, and order a special election. As noted above, there is no authority that prohibits the proponents of a petition for a special election to withdraw the petition before the petition is deemed legally sufficient and a special election is ordered."

I hope this helps to clarify for those in the community who have directed inquiries to the Santa Clara County Office of Education regarding special elections.

Please do not hesitate to contact me with any questions you may have.

Sincerely,

Lisa Fraser

Superintendent

---

You are receiving this email because of your relationship with LOMA PRIETA JOINT UNION ESD. If you wish to stop receiving email updates sent through the Blackboard service, please unsubscribe.

LOMA PRIETA JOINT UNION ESD | 23800 Summit Road, Los Gatos, CA 95033 | 408-353-1101

> On Apr 19, 2021, at 3:35 PM, john.buchowski@gmail.com wrote:

FYI

Begin forwarded message:

> **From:** Eileen Bevans-Franks <e.bevans@loma.k12.ca.us>
> **Date:** April 19, 2021 at 3:21:11 PM PDT
> **To:** LOMA PRIETA JOINT UNION ESD Recipients <recipients@loma.parentlink.net>
> **Subject: Special Board Election Information**

_-_-_-_-_-

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112715) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

---

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

---

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_-_-_-_-_-

## Re: [95033talk] Special Board Election Information

From: lisa.osullivan83 (lisa.o.sullivan@hotmail.com)

To: shahryarrokni@hotmail.com; 95033talk@groups.io

Date: Tuesday, April 20, 2021, 05:52 PM PDT

Just to be clear, I didn't question the integrity of any of the signatories. I said that reaching out to all of them to give any new information since the filing of the petition would be a way to demonstrate honesty, transparency and integrity. I think that was pretty clear.

And here's one of my biggest issues.

You say: " We announced our intention in Jan, for full community dialogue. We discussed in details and reasons why we should have an election. It was all before there was any potential candidates, so it would never be about an individual."

The decision was made before the board even made an appointment. The threat was there in the letter to the board at the January 13th board. The letter said "if the board decides to proceed with the appointment of a new board member to fill the current vacancy, it will almost certainly result in a petition calling for a special election, containing a sufficient number of signatures of registered voters."

I personally feel that the candidate selected for the appointment wasn't even considered. She is strong, capable, community minded, she loves the students as if they are all her own... and yet that didn't matter. The decision was already made.

You say that no one has called. It may be that those on the list feel uncomfortable contacting the organizer of that list after recent things have come to light. But now at least it looks like they can contact Suzanne Carrie directly to have their name removed.

Suzanne Carrie - scarrig@sccoe.org
Her number is 408-453-6868.


_·_·_·_·_—

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112788) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_·_·_·_·_—

# Re: [95033talk] Special Board Election Information

From:  Shahryar Rokni (shahryarrokni@hotmail.com)

To:  john.buchowski@gmail.com; 95033talk@groups.io

Date:  Tuesday, April 20, 2021, 08:04 AM PDT

In response to questions I've received: I've told many petition signers directly and can reiterate here for transparency — if any of the signatories of the petition contacted me and told me they had changed their minds, for any reason or even for no reason, I'd respect their decision and would remove their names from the petition promptly. If sufficient number of signatories do so, then the petition can be pulled back prior to verification. As of now, we have not received a single call.

_-_-_-_-_-_-

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112735) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

_____

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!
_____

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_-_-_-_-_-_-

## Re: [95033talk] Special Board Election Information

From: lisa.osullivan83 (lisa.o.sullivan@hotmail.com)

To: shahryarrokni@hotmail.com; 95033talk@groups.io

Date: Tuesday, April 20, 2021, 04:00 PM PDT

 Hi Shahryar,

Thank you for making it clear that you would remove their names from the petition if they reached out to you requesting to do so.

The thing is, making that statement clear at the time they decided to sign something is one thing. Reaching out to them yourself to provide any new information since the signing, such as the projected costs of a special election, is very different. Have you done that? It's hard to believe that there is anyone living in our district that hasn't heard about all of the new information but it's possible, and hearing such data could have them change their minds.

I know that having signatures withdrawn and assisting in the voiding of this petition goes against your will to have it go through, but providing all of the facts to those people really would be the definition of honesty, transparency and integrity.

Thanks,
Lisa.

_·_·_·_·_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112775) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_·_·_·_·_

# [95033talk] Special Board Election Information

From: John Buchowski (john.buchowski@gmail.com)

To: 95033talk@groups.io

Date: Monday, April 19, 2021, 03:35 PM PDT

FYI

Begin forwarded message:

> **From:** Eileen Bevans-Franks <e.bevans@loma.k12.ca.us>
> **Date:** April 19, 2021 at 3:21:11 PM PDT
> **To:** LOMA PRIETA JOINT UNION ESD Recipients <recipients@loma.parentlink.net>
> **Subject: Special Board Election Information**

_-_-_-_-_-_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112713) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

_____

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_-_-_-_-_-_

## [95033talk] A Mountain Primer - only 5 points and short!

From:  Robin Porter (robin.porter@lagolomita.com)

To:      95033talk@groups.io

Date:   Tuesday, April 20, 2021, 04:01 PM PDT

FiveByFive,

1.  It's not that simple. You mention "petitioners for the special election feel unheard and unrepresented by the board." One of the two petitioners was a teacher, **David Kissner**,  that was terminated by the Board summarized by this 30+ page document:

[Dale PRA April 2021.pdf](#)

2.  Three people ran for 2 empty Board seats in the last election, one candidate was **David Kissner's** wife. She did not win.  The two people that did win and were sworn in as Board members. But one Board member, in these times of Covid, needed to follow employment to Alabama, leaving one seat vacant. But the Board cannot just appoint anyone (like the third candidate that did not win) because there are State rules of how to fill a Board vacancy (period to accept applications, public interviews, public discussion, appointment) and after interviewing 7 candidates, appointed Charlotte Khandelwal.

3.  The **Kissner's** have stated publicly on 95033talk they are going to sue the Board. It might be helpful to have possession of a Board seat in this endeavor. I'm not sure it is the plan, but if it were me, I'd think that might be one of my tactics if I was going to sue the Board, to have an insider. But I hear the Kissner's have moved out of the area (may not be true), so if she had been elected, she, too would have left a vacancy to be filled.

4. Apparently the Board process/choice is not adequate, so **David Kissner** and Rokni filed the petition for a Special Election on April 1st and have until the County confirms the signatures to withdraw it (and not set off a subsequent election costing $200,000 -$600,000).

5.  It is unlikely the two sides can ever meld back together since the Board terminated **David Kissner** and because of legal issues, cannot publicly comment much less have a Campfire Sing-a-long.

I may have some of this information incorrect, but to the best of my ability, it is what I believe to be true. Please do your own fact checking before coming to a conclusion. I'm an old lady living on a mountain, so I still use courier pigeons for information. But, to your point, I do live in the district and the skin-in-the-game is my tax money and our kids' education.

Best,

—Robin

On Apr 20, 2021, at 2:15 PM, FiveByFive via [groups.io](#) <[pkfilseth=yahoo.com@groups.io](#)> wrote:

Preface: I do not live in the district, don't know anyone on the board OR in the petitioning group, and have no dog in this fight.

However, like most mountain residents, I have been deeply saddened by the level of anger, hostility, name-calling, and outright bullying that has pervaded 95033Talk in regards to this dispute.

If I am understanding from context that petitioners for the special election feel unheard and unrepresented by the board ... and that they might feel that having to wait a year to run or vote in a regular election would give the board's appointee the well-known unfair "incumbent advantage" in that election ... perhaps a compromise could be reached?

Specifically, perhaps the board's appointee could agree now not to run in that one regular election?

Again, this is not a slam against the board (on which I know no one). It would be unusual if everyone in ANY district was completely happy with any prevailing governmental power structure and its agenda.

Nor is it a slam against the board's appointee, whom I also do not know, and whom I have no reason to think is anything but 100% and passionately committed to doing an excellent job as a board member.

But it might address the issue of petitioners feeling as if waiting for the regular election would actively disadvantage them and/or their candidate.

This would be a compromise. Each side would be giving something up – the petitioners would be giving up their right to force a special election; the board would be giving up its right to create a situation where an appointed rather than elected member has an incumbent advantage in a general election.

But each side would also "save face" by not simply feeling bullied into backing down from their passionately held position entirely.

The biggest sacrifice would be on the part of the board's appointee for agreeing not to run for his/her seat in that regular election. If this were an acceptable compromise to both sides, everyone in the district would owe that person sincere thanks.

The biggest potential gainers would be kids in the district, which wouldn't lose so much money on the special election.

Thoughts, from both sides?

_-_-_-_-_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112777) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

_____

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!
_____

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_-_-_-_-_

## Re: [95033talk] A Mountain Primer - only 5 points and short!

From:   Barry via groups.io (laguna_b1=yahoo.com@groups.io)

To:       95033talk@groups.io

Date:    Tuesday, April 20, 2021, 04:48 PM PDT

Actually it stuck in my mind that he was making $82k but thought that was HIGH.... still two incomes up here but a bit tight......not a problem now.

On Tuesday, April 20, 2021, 04:36:20 PM PDT, Cynthia Pustelnik <steveandcy@gmail.com> wrote:

But yep you're right

> On Apr 20, 2021, at 4:35 PM, cynthia ford Pustelnik <steveandcy@gmail.com> wrote:

> He was making somewhere around 70k a year. That's tough to live on in the area

>> On Apr 20, 2021, at 4:33 PM, Barry via groups.io <laguna_b1=yahoo.com@groups.io> wrote:

>> I remember the very odd appeals by this guy Kissner during the Measure N lead up where he said that he thought he was over paid and we should not pass it......though by then the "overpaid" status apparently was resolved to everyone's satisfaction including his own...
>> Ironic?

>> Barry

_·_·_·_·_

Groups.io Links:

You receive all messages sent to this group.

[View/Reply Online (#112782)](#) | [Reply To Group](#) | [Reply To Sender](#) | [Mute This Topic](#) | [New Topic](#)

---

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

[Your Subscription](#) | [Contact Group Owner](#) | [Unsubscribe](#) [Stacylynnhall@yahoo.com]

_·_·_·_·_

# Re: [95033talk] A Mountain Primer - only 5 points and short!

From:   Azadeh via groups.io (azzalu=yahoo.com@groups.io)

To:      95033talk@groups.io; lm@mcvoy.com

Cc:      sanj95033@gmail.com

Date:   Tuesday, April 20, 2021, 07:21 PM PDT

Thank you 5x5 for bringing a possible solution and idea to the table to fix a problem identified. I love it when people see a problem and actually offer solutions 🥰

I was excited about your no-skin-in-the-game
Idea. For a couple hours I thought… "maybe THIS COULD BE IT!!" but my gut kept saying… it probably won't be, because they are not looking for ACTUAL actionable solutions…

They've never offered one real solution in partnership and truly aimed for the benefit of the kids. It's always been "frustrated because our voices are ignored" and we can all see that they won't accept any of the oh SO MANY logical & tangible solutions offered up either.

I love the saying, "When someone shows you their true colors, see them…" so…

      I SEE YOU… I SEE YOU CLEAR AS DAY.

Just to point out problems (according to their cheery picked "facts") with no solutions, serves what school in gaining fiscal freedom? To follow nonstop fingerprinting with the massive effort to bring down Measure N ($328K, lost) to prove a point of fiscal irresponsibility then directly contradict that of which they campaigned for with more harm to the school to the toon of ($168K-$600K) lost again… again, no solutions offered.

If only Charr promising she wouldn't run at next imminent election would do it… I desperately wanted to believe that could do it, But alas…

When Sanjay posted how Charr already offered that up (and spoke to Kissner even before applying!) it became clear yet again… Her actions speak volumes, she does and did try to bring unity… I'm sure she will continue to try to do that….

All the various posts just keep making it even more clear…. Charr is a great pick to fill this seat. It's more about her wants or desires, it's about the kids. As it should be…

I SEE YOU … I SEE YOUR TRUE COLORS, and I believe you.

No solution is acceptable when your true end goal is a coup to overturn an administrative regime (for God only knows truly why) at all costs…. because if their goal truly was what they kept saying…. identifying and bringing our school to fiscal responsibility or helping the voters exercise the democratic process… they had INFINITE other solutions to achieve those goals…. but that's clearly not what the goal is, sadly… Anyone with a level head can see that.

I SEE YOU. I SEE YOUR TRUE COLORS….

So 5x5… you asked for thoughts… there are mine and ya, it's a novel or short story at least… (sorry, couldn't do it in a few bullets Lorenzo 😜)

In the end… a solution cannot be reached for complex issues like this unless it's a 2 way compromise…. 😔 it just won't happen in a one way fashion.

Thanks for reading….
**Azadeh**

On Apr 20, 2021, at 6:05 PM, Larry McVoy <lm@mcvoy.com> wrote:

I know Char and I think she is perfect for the job. The fact that she is
willing to put her position aside if the special election was called off
speaks volumes. There are heros here and bad people here, Char is one
of the heros.

To Rokni and David, you guys need to back down. Your actions are going
to cost the community a ton of money that it doesn't have. If you persist
you will be outcasts, nobody will want anything to do with you. I don't
think anyone would escalate, so you are "safe", but there is no chance
that you will get invited to a BBQ. Nobody will like you.

You could turn it around. Ball is in your court.

On Tue, Apr 20, 2021 at 05:54:25PM -0700, sanjay k wrote:

> For the record, Charlotte talked to Mr. Kissner before she applied for the
> school board position. He did not discourage her from applying. Secondly,
> she had already offered that she will not run in 2022 if the special
> election was called off - I personally texted that to Mr. Kissner on March
> 29. Takes away this incumbency issue people keep talking about. That offer
> stands. She is doing this for the right reasons and while I am 100% biased,
> I will say that she is the best person for that job (I've done it and have
> no intention / desire to ever do it again).
>
> Thanks,
> Sanjay
>
> On Tue, Apr 20, 2021 at 4:01 PM Robin Porter <robin.porter@lagolomita.com>
> wrote:
>
>> FiveByFive,
>>
>> 1. It???s not that simple. You mention "petitioners for the special
>> election feel unheard and unrepresented by the board.??? One of the two
>> petitioners was a teacher, *David Kissner*, that was terminated by the
>> Board summarized by this 30+ page document:
>>
>> Dale PRA April 2021.pdf
>> <https://groups.io/g/95033talk/attachment/112569/0>
>>
>> 2. Three people ran for 2 empty Board seats in the last election, one
>> candidate was *David Kissner???s *wife. She did not win. The two people
>> that did win and were sworn in as Board members. But one Board member, in
>> these times of Covid, needed to follow employment to Alabama, leaving one
>> seat vacant. But the Board cannot just appoint anyone (like the third
>> candidate that did not win) because there are State rules of how to fill a
>> Board vacancy (period to accept applications, public interviews, public
>> discussion, appointment) and after interviewing 7 candidates, appointed
>> Charlotte Khandelwal.
>>
>> 3. The *Kissner???s* have stated publicly on 95033talk they are going to
>> sue the Board. It might be helpful to have possession of a Board seat in
>> this endeavor. I???m not sure it is the plan, but if it were me, I???d think

that might be one of my tactics if I was going to sue the Board, to have an insider. But I hear the Kissner's have moved out of the area (may not be true), so if she had been elected, she, too would have left a vacancy to be filled.

4. Apparently the Board process/choice is not adequate, so *David Kissner* and Rokni filed the petition for a Special Election on April 1st and have until the County confirms the signatures to withdraw it (and not set off a subsequent election costing $200,000 -$600,000).

5. It is unlikely the two sides can ever meld back together since the Board terminated *David Kissner *and because of legal issues, cannot publicly comment much less have a Campfire Sing-a-long.

I may have some of this information incorrect, but to the best of my ability, it is what I believe to be true. Please do your own fact checking before coming to a conclusion. I???m an old lady living on a mountain, so I still use courier pigeons for information. But, to your point, I do live in the district and the skin-in-the-game is my tax money and our kids??? education.

Best,

???Robin


On Apr 20, 2021, at 2:15 PM, FiveByFive via groups.io < pkfilseth=yahoo.com@groups.io> wrote:

Preface: I do not live in the district, don't know anyone on the board OR in the petitioning group, and have no dog in this fight.

However, like most mountain residents, I have been deeply saddened by the level of anger, hostility, name-calling, and outright bullying that has pervaded 95033Talk in regards to this dispute.

If I am understanding from context that petitioners for the special election feel unheard and unrepresented by the board ... and that they might feel that having to wait a year to run or vote in a regular election would give the board???s appointee the well-known unfair ???incumbent advantage??? in that election ??? perhaps a compromise could be reached?


Specifically, perhaps the board???s appointee could agree now not to run in that one regular election?


Again, this is not a slam against the board (on which I know no one). It would be unusual if everyone in ANY district was completely happy with any prevailing governmental power structure and its agenda.


Nor is it a slam against the board???s appointee, whom I also do not know, and whom I have no reason to think is anything but 100% and passionately committed to doing an excellent job as a board member.


But it might address the issue of petitioners feeling as if waiting for the regular election would actively disadvantage them and/or their

4/20/2021                                    Yahoo Mail - Re: [95033talk] A Mountain model... a matter of points & position?

Case 3:22-cv-00949-CRB   Document 147-15   Filed 12/22/23   Page 454 of 491

candidate.


This would be a compromise. Each side would be giving something up ??? the
petitioners would be giving up their right to force a special election; the
board would be giving up its right to create a situation where an appointed
rather than elected member has an incumbent advantage in a general
election.

But each side would also "save face" by not simply feeling bullied into
backing down from their passionately held position entirely.


The biggest sacrifice would be on the part of the board's appointee for
agreeing not to run for his/her seat in that regular election. If this
were an acceptable compromise to both sides, everyone in the district would
owe that person sincere thanks.


The biggest potential gainers would be kids in the district, which
wouldn???t lose so much money on the special election.


Thoughts, from both sides?




--
---
Larry McVoy lm at mcvoy.com http://www.mcvoy.com/lm

_._,_._,_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112798) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

_____

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_._,_._,_

## Re: [95033talk] A Mountain Primer - only 5 points and short!

From: FiveByFive via groups.io (pkfilseth=yahoo.com@groups.io)

To: sanj95033@gmail.com; 95033talk@groups.io

Date: Tuesday, April 20, 2021, 07:04 PM PDT

Thank you for posting this, Sanjay! I was unaware, so assume others have been as well. Yes, Charlotte having already offered to step aside in the next election if the Special Election were called off entirely addresses and negates any potential concern about "incumbent advantage" in the general election.

So much for my thinking that such an offer would amount to a sufficient compromise. Sigh.

_-_-_-_-_-

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112795) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

_____

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

_____

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_-_-_-_-_-

## Re: [95033talk] A Mountain Primer - only 5 points and short!

From: Cynthia Pustelnik (steveandcy@gmail.com)

To: 95033talk@groups.io; laguna_b1@yahoo.com

Date: Tuesday, April 20, 2021, 04:35 PM PDT

He was making somewhere around 70k a year. That's tough to live on in the area

> On Apr 20, 2021, at 4:33 PM, Barry via groups.io <laguna_b1=yahoo.com@groups.io> wrote:
>
>
> I remember the very odd appeals by this guy Kissner during the Measure N lead up where he said that he thought he was over paid and we should not pass it......though by then the "overpaid" status apparently was resolved to everyone's satisfaction including his own...
> Ironic?
>
> Barry

_-_-_-_-_-

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112779) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_-_-_-_-_-

## Re: [95033talk] A Mountain Primer - only 5 points and short!

| | |
|---|---|
| From: | sanjay k (sanj95033@gmail.com) |
| To: | 95033talk@groups.io; robin.porter@lagolomita.com |
| Date: | Tuesday, April 20, 2021, 05:54 PM PDT |

For the record, Charlotte talked to Mr. Kissner before she applied for the school board position. He did not discourage her from applying. Secondly, she had already offered that she will not run in 2022 if the special election was called off - I personally texted that to Mr. Kissner on March 29. Takes away this incumbency issue people keep talking about. That offer stands. She is doing this for the right reasons and while I am 100% biased, I will say that she is the best person for that job (I've done it and have no intention / desire to ever do it again).

Thanks,
Sanjay

On Tue, Apr 20, 2021 at 4:01 PM Robin Porter <robin.porter@lagolomita.com> wrote:
FiveByFive,

1.  It's not that simple. You mention "petitioners for the special election feel unheard and unrepresented by the board." One of the two petitioners was a teacher, **David Kissner**, that was terminated by the Board summarized by this 30+ page document:

Dale PRA April 2021.pdf

2.  Three people ran for 2 empty Board seats in the last election, one candidate was **David Kissner's** wife. She did not win. The two people that did win and were sworn in as Board members. But one Board member, in these times of Covid, needed to follow employment to Alabama, leaving one seat vacant. But the Board cannot just appoint anyone (like the third candidate that did not win) because there are State rules of how to fill a Board vacancy (period to accept applications, public interviews, public discussion, appointment) and after interviewing 7 candidates, appointed Charlotte Khandelwal.

3.  The **Kissner's** have stated publicly on 95033talk they are going to sue the Board. It might be helpful to have possession of a Board seat in this endeavor. I'm not sure it is the plan, but if it were me, I'd think that might be one of my tactics if I was going to sue the Board, to have an insider. But I hear the Kissner's have moved out of the area (may not be true), so if she had been elected, she, too would have left a vacancy to be filled.

4. Apparently the Board process/choice is not adequate, so **David Kissner** and Rokni filed the petition for a Special Election on April 1st and have until the County confirms the signatures to withdraw it (and not set off a subsequent election costing $200,000 -$600,000).

5.  It is unlikely the two sides can ever meld back together since the Board terminated **David Kissner** and because of legal issues, cannot publicly comment much less have a Campfire Sing-a-long.

I may have some of this information incorrect, but to the best of my ability, it is what I believe to be true. Please do your own fact checking before coming to a conclusion. I'm an old lady living on a mountain, so I still use courier pigeons for information. But, to your point, I do live in the district and the skin-in-the-game is my tax money and our kids' education.

Best,

—Robin

On Apr 20, 2021, at 2:15 PM, FiveByFive via groups.io <pkfilseth=yahoo.com@groups.io> wrote:

Preface: I do not live in the district, don't know anyone on the board OR in the petitioning group, and have no dog in this fight.

However, like most mountain residents, I have been deeply saddened by the level of anger, hostility, name-calling, and outright bullying that has pervaded 95033Talk in regards to this dispute.

If I am understanding from context that petitioners for the special election feel unheard and unrepresented by the board … and that they might feel that having to wait a year to run or vote in a regular election would give the board's appointee the well-known unfair "incumbent advantage" in that election … perhaps a compromise could be reached?

Specifically, perhaps the board's appointee could agree now not to run in that one regular election?

Again, this is not a slam against the board (on which I know no one).  It would be unusual if everyone in ANY district was completely happy with any prevailing governmental power structure and its agenda.

Nor is it a slam against the board's appointee, whom I also do not know, and whom I have no reason to think is anything but 100% and passionately committed to doing an excellent job as a board member.

But it might address the issue of petitioners feeling as if waiting for the regular election would actively disadvantage them and/or their candidate.

This would be a compromise.  Each side would be giving something up – the petitioners would be giving up their right to force a special election; the board would be giving up its right to create a situation where an appointed rather than elected member has an incumbent advantage in a general election.

But each side would also "save face" by not simply feeling bullied into backing down from their passionately held position entirely.

The biggest sacrifice would be on the part of the board's appointee for agreeing not to run for his/her seat in that regular election.  If this were an acceptable compromise to both sides, everyone in the district would owe that person sincere thanks.

The biggest potential gainers would be kids in the district, which wouldn't lose so much money on the special election.

Thoughts, from both sides?


_-_-_-_-_-

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112789) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

_____

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!
_____

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_-_-_-_-_-

## Re: [95033talk] A Mountain Primer - only 5 points and short!

From:   Larry McVoy (lm@mcvoy.com)

To:     95033talk@groups.io; sanj95033@gmail.com

Date:   Tuesday, April 20, 2021, 06:05 PM PDT

I know Char and I think she is perfect for the job. The fact that she is willing to put her position aside if the special election was called off speaks volumes. There are heros here and bad people here, Char is one of the heros.

To Rokni and David, you guys need to back down. Your actions are going to cost the community a ton of money that it doesn't have. If you persist you will be outcasts, nobody will want anything to do with you. I don't think anyone would escalate, so you are "safe", but there is no chance that you will get invited to a BBQ. Nobody will like you.

You could turn it around. Ball is in your court.

On Tue, Apr 20, 2021 at 05:54:25PM -0700, sanjay k wrote:

> For the record, Charlotte talked to Mr. Kissner before she applied for the
> school board position. He did not discourage her from applying. Secondly,
> she had already offered that she will not run in 2022 if the special
> election was called off - I personally texted that to Mr. Kissner on March
> 29. Takes away this incumbency issue people keep talking about. That offer
> stands. She is doing this for the right reasons and while I am 100% biased,
> I will say that she is the best person for that job (I've done it and have
> no intention / desire to ever do it again).
>
> Thanks,
> Sanjay
>
> On Tue, Apr 20, 2021 at 4:01 PM Robin Porter <robin.porter@lagolomita.com>
> wrote:
>
>> FiveByFive,
>>
>> 1. It???s not that simple. You mention "petitioners for the special
>> election feel unheard and unrepresented by the board.??? One of the two
>> petitioners was a teacher, *David Kissner*, that was terminated by the
>> Board summarized by this 30+ page document:
>>
>> Dale PRA April 2021.pdf
>> <https://groups.io/g/95033talk/attachment/112569/0>
>>
>> 2. Three people ran for 2 empty Board seats in the last election, one
>> candidate was *David Kissner???s *wife. She did not win. The two people
>> that did win and were sworn in as Board members. But one Board member, in
>> these times of Covid, needed to follow employment to Alabama, leaving one
>> seat vacant. But the Board cannot just appoint anyone (like the third
>> candidate that did not win) because there are State rules of how to fill a
>> Board vacancy (period to accept applications, public interviews, public
>> discussion, appointment) and after interviewing 7 candidates, appointed

Charlotte Khandelwal.

3. The *Kissner???s* have stated publicly on 95033talk they are going to sue the Board. It might be helpful to have possession of a Board seat in this endeavor. I???m not sure it is the plan, but if it were me, I???d think that might be one of my tactics if I was going to sue the Board, to have an insider. But I hear the Kissner's have moved out of the area (may not be true), so if she had been elected, she, too would have left a vacancy to be filled.

4. Apparently the Board process/choice is not adequate, so *David Kissner* and Rokni filed the petition for a Special Election on April 1st and have until the County confirms the signatures to withdraw it (and not set off a subsequent election costing $200,000 -$600,000).

5. It is unlikely the two sides can ever meld back together since the Board terminated *David Kissner *and because of legal issues, cannot publicly comment much less have a Campfire Sing-a-long.

I may have some of this information incorrect, but to the best of my ability, it is what I believe to be true. Please do your own fact checking before coming to a conclusion. I???m an old lady living on a mountain, so I still use courier pigeons for information. But, to your point, I do live in the district and the skin-in-the-game is my tax money and our kids??? education.

Best,

???Robin


On Apr 20, 2021, at 2:15 PM, FiveByFive via groups.io < pkfilseth=yahoo.com@groups.io> wrote:

Preface: I do not live in the district, don't know anyone on the board OR in the petitioning group, and have no dog in this fight.

However, like most mountain residents, I have been deeply saddened by the level of anger, hostility, name-calling, and outright bullying that has pervaded 95033Talk in regards to this dispute.

If I am understanding from context that petitioners for the special election feel unheard and unrepresented by the board … and that they might feel that having to wait a year to run or vote in a regular election would give the board???s appointee the well-known unfair ???incumbent advantage??? in that election ??? perhaps a compromise could be reached?


Specifically, perhaps the board???s appointee could agree now not to run in that one regular election?


Again, this is not a slam against the board (on which I know no one). It would be unusual if everyone in ANY district was completely happy with any prevailing governmental power structure and its agenda.


Nor is it a slam against the board???s appointee, whom I also do not know, and whom I have no reason to think is anything but 100% and passionately

committed to doing an excellent job as a board member.

But it might address the issue of petitioners feeling as if waiting for the regular election would actively disadvantage them and/or their candidate.

This would be a compromise. Each side would be giving something up ??? the petitioners would be giving up their right to force a special election; the board would be giving up its right to create a situation where an appointed rather than elected member has an incumbent advantage in a general election.

But each side would also "save face" by not simply feeling bullied into backing down from their passionately held position entirely.

The biggest sacrifice would be on the part of the board's appointee for agreeing not to run for his/her seat in that regular election. If this were an acceptable compromise to both sides, everyone in the district would owe that person sincere thanks.

The biggest potential gainers would be kids in the district, which wouldn???t lose so much money on the special election.

Thoughts, from both sides?

--
---
Larry McVoy lm at mcvoy.com http://www.mcvoy.com/lm
_-_-_-_-_-

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112790) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_-_-_-_-_-

## Re: [95033talk] A Mountain Primer - only 5 points and short!

From: Allan Hessenflow (allanh@kallisti.com)

To: laguna_b1@yahoo.com; 95033talk@groups.io

Date: Tuesday, April 20, 2021, 06:35 PM PDT

I've deleted my previous reply from the archive because I don't have enough information to compare numbers. So I'll provide the estimated numbers for 2014 from the court filings:
gross income, for David Kissner: 61.8k, Stacy 33.5k (total 95.3k)
after payroll deductions, for David Kissner: 44.2k, Stacy $35.4k (total 79.6k)
(yes, it shows a slightly higher take home pay than gross for Stacy, I didn't look to see if that was explained).

I don't know which of the reported numbers below compares to which of the above. But I do wonder whether his income could really have increased enough between 2014 and 2020 to go from what was clearly not sufficient to being "overpaid".

Allan

On Tue, Apr 20, 2021 at 04:48 PM, Barry wrote:

> Actually it stuck in my mind that he was making $82k but thought that was HIGH.... still two incomes up here but a bit tight......not a problem now.
> On Tuesday, April 20, 2021, 04:36:20 PM PDT, Cynthia Pustelnik <steveandcy@gmail.com> wrote:
>
> But yep you're right
>
>
> On Apr 20, 2021, at 4:35 PM, cynthia ford Pustelnik <steveandcy@gmail.com> wrote:
>
>
>
> He was making somewhere around 70k a year. That's tough to live on in the area
>
>
>
> On Apr 20, 2021, at 4:33 PM, Barry via groups.io <laguna_b1=yahoo.com@groups.io> wrote:
>
>
>
> I remember the very odd appeals by this guy Kissner during the Measure N lead up where he said that he thought he was over paid and we should not pass it......though by then the "overpaid" status apparently was resolved to everyone's satisfaction including his own...Ironic?
> Barry

_·_·_·_·_

---

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112793) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_·_·_·_·_

4/20/2021 Yahoo Mail - Re: [95033talk] A Mountain Primer - only 5 points and short!

Case 3:22-cv-00949-CRB Document 147-15 Filed 12/22/23 Page 464 of 491

## Re: [95033talk] A Mountain Primer - only 5 points and short!

From: FiveByFive via groups.io (pkfilseth=yahoo.com@groups.io)

To: sanj95033@gmail.com; 95033talk@groups.io

Date: Tuesday, April 20, 2021, 07:06 PM PDT

And yes, Larry, it does speak volumes about her character. I'd said that the mountain would owe her thanks if she did this, and the fact that she'd already DONE it just makes me wish I lived in the district so I could vote for her.

_–_–_–_–_–

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112796) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_–_–_–_–_–

## Re: [95033talk] A Mountain Primer - only 5 points and short!

From:   Cynthia Pustelnik (steveandcy@gmail.com)

To:      95033talk@groups.io; laguna_b1@yahoo.com

Date:   Tuesday, April 20, 2021, 04:36 PM PDT

But yep you're right

> On Apr 20, 2021, at 4:35 PM, cynthia ford Pustelnik <steveandcy@gmail.com> wrote:

He was making somewhere around 70k a year. That's tough to live on in the area

> On Apr 20, 2021, at 4:33 PM, Barry via groups.io <laguna_b1=yahoo.com@groups.io> wrote:

> I remember the very odd appeals by this guy Kissner during the Measure N lead up where he said that he thought he was over paid and we should not pass it......though by then the "overpaid" status apparently was resolved to everyone's satisfaction including his own...
> Ironic?
>
> Barry

_·_·_·_·_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112780) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_·_·_·_·_

4/20/2021　　　Yahoo Mail - [95033talk] A Mountain Primer - only 5 points and short!

Case 3:22-cv-00949-CRB　Document 147-15　Filed 12/23/22　Page 466 of 491

## Re: [95033talk] A Mountain Primer - only 5 points and short!

From:　Allan Hessenflow (allanh@kallisti.com)

To:　laguna_b1@yahoo.com; 95033talk@groups.io

Date:　Tuesday, April 20, 2021, 05:17 PM PDT

To be clear, is $82k what their combined income was at the time Mr. Kissner said he was overpaid? I wonder what just right would be, since in 2014 it appears that $79.7k (combined) was not enough to avoid bankruptcy.

https://www.courtlistener.com/docket/52356688/david-kissner/

Allan

On Tue, Apr 20, 2021 at 04:48 PM, Barry wrote:

> Actually it stuck in my mind that he was making $82k but thought that was
> HIGH.... still two incomes up here but a bit tight......not a problem now.
> On Tuesday, April 20, 2021, 04:36:20 PM PDT, Cynthia Pustelnik
> <steveandcy@gmail.com> wrote:
>
> But yep you're right
>
>
> On Apr 20, 2021, at 4:35 PM, cynthia ford Pustelnik <steveandcy@gmail.com>
> wrote:
>
>
>
> He was making somewhere around 70k a year. That's tough to live on in the
> area
>
>
> On Apr 20, 2021, at 4:33 PM, Barry via groups.io
> <laguna_b1=yahoo.com@groups.io> wrote:
>
>
>
> I remember the very odd appeals by this guy Kissner during the Measure N
> lead up where he said that he thought he was over paid and we should not pass
> it......though by then the "overpaid" status apparently was resolved to
> everyone's satisfaction including his own...Ironic?
> Barry

_·_·_·_·_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112787) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

---

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

---

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_·_·_·_·_

# Re: [95033talk] A Mountain Primer - only 5 points and short!

From: Barry via groups.io (laguna_b1=yahoo.com@groups.io)

To: 95033talk@groups.io

Date: Tuesday, April 20, 2021, 04:33 PM PDT

I remember the very odd appeals by this guy Kissner during the Measure N lead up where he said that he thought he was over paid and we should not pass it......though by then the "overpaid" status apparently was resolved to everyone's satisfaction including his own...
Ironic?

Barry
_-_-_-_-_-_

Groups.io Links:

You receive all messages sent to this group.

[View/Reply Online (#112778)](#) | [Reply To Group](#) | [Reply To Sender](#) | [Mute This Topic](#) | [New Topic](#)

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

[Your Subscription](#) | [Contact Group Owner](#) | [Unsubscribe](#) [Stacylynhall@yahoo.com]

_-_-_-_-_-_

[95033talk] Process to rescind your signature on Special Election Petition - LPJUSD

| | |
|---|---|
| From: | Cristina Werdebaugh (cristinaw@gmail.com) |
| To: | 95033talk@groups.io |
| Date: | Tuesday, April 20, 2021, 02:40 PM PDT |

Hi all,

I was able to track down how to rescind your signature on the Special Election Petition from SCCOE. The contact is Suzanne Carrig - **scarrig@sccoe.org** Her number is 408-453-6869. See her response below on how to rescind your signature from the petition. Please don't delay!

### Suzanne Carrig <**scarrig@sccoe.org**>               2:29 PM (3 minutes ago)

 Could you please provide the details of your request in writing and send them to me? Please list the individuals who would like their names removed or have those individuals send me the details in writing.

Thank you,

Suzanne Carrig

_._._._._

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112772) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_._._._._

## [95033talk] There are 9 days...

From:  Robin Porter (robin.porter@lagolomita.com)

To:    95033talk@groups.io

Date:  Tuesday, April 20, 2021, 11:36 AM PDT

We have 9 days - from today until the 30th - for the petitioners to withdraw their petition for a special election for it not to cost us anything and for this Board appointment to stand for a year. They have 9 days - or until the County School Superintendent certifies the petition filed on April 1st. - to pull back the petition and not cost the kids $200,000-$600,000. I want everyone to think what an average teacher makes and figure out how many teachers that just cost our school for the year....

Rokni,

Where on you list does it say "election costing $200,000 to $600,000 called because:

1.  the FULLY ELECTED school board did it's due diligence (call for candidates where 7 applied, public interview, public deliberation, and appointment) following state guidelines on replacing a Board seat UNTIL the election NEXT YEAR.

2.  and that wasn't good enough...so let's just charge the school $200-600K for a SPECIAL ELECTION."

At a cost of $200,000 to $600,000, it doesn't feel that special. Especially when you can have it for free (bundled in with the other openings/board seats) NEXT YEAR.

Best,

—Robin

On Apr 20, 2021, at 9:54 AM, Allan Hessenflow < allanh@kallisti.com> wrote:

Is this some sort of attempt to justify what you've done? There's quite a difference between trying to raise funds and just wasting our taxpayer money with no possible upside. And I'm quite certain you're capable of asking the school yourself.

Allan

On Tue, Apr 20, 2021 at 09:20 AM, Shahryar Rokni wrote:

> Dear Dale,
> Since you have already established a special relationship with school and your requests are promptly responded, will you take another one of my suggestions and ask the school the following:
> What has the been the cost of many special elections school has called themselves? They just simply need to provide the numbers. Since our super has started floating $600K, it will be great to see how much we have paid in the past.
> If you take the $600K assertion as fact, then you must agree that our school district can never ever entertain any election under any circumstances. Is that the message?

You can use the following measures:
2000 Measure A, Extend gann limits on 1996 measure D $150 parcel tax (required 50% pass and it is just for the ability to use the money, not collect) PASS
2001 Measure E, asked for a NEW parcel Tax for $150+3.5% compound over 9 years. FAILED
2002 Measure K, Almost $5M in bond for school reconstruction. PASSED
2004 Measure I, Extend gann limits on 1996 measure D $150 parcel tax (required 50% pass and it is just for the ability to use the money, not collect) PASS
2008 Measure G, Extend gann limits on 1996 measure D $150 parcel tax (required 50% pass and it is just for the ability to use the money, not collect) PASS
2010 Measure G, New Parcel tax $94 for four years. FAILED
2013 Measure H, Parcel tax for $164- 7 years. PASSED
2018 Measure R, School bond for $10M. Passed
2010 Measure N, extension of measure H for another 7 years. FAILED.
Let the numbers talk.

_._._._._._

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112751) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_._._._._._

## Re: [95033talk] There are 9 days...

From: Tiffaney Gallup (tiff@simplyremarkable.com)

To: pkfilseth@yahoo.com; 95033talk@groups.io

Date: Tuesday, April 20, 2021, 06:49 PM PDT

While I like the idea of compromise here - asking Charlotte not to run is no different than when the previous superintendent asked people not to run. That helped lead us to this moment, and it will not lead us out of it. Besides - that breaths a lot like blackmail - and I would encourage Charlotte not to give into that - no matter how good her heart is.

Besides - there will be 4 seats up for election next year. If the petition is rescinded, our community will be infinitely more receptive to candidates the signers may endorse or desire. It won't be easy - there is considerable damage done - but it is possible.

If the special election is not rescinded, it won't matter if Charlotte is running or not, the majority of the community will have (essentially) paid for those seats with the special election and there is no way they will allow one to go to someone who made them pay that bill. There will be a budget mess to clean up for years to come, so we'll all be that far away from balanced budgets and healthier schools. There is literally no way the majority will trust anyone who signed or supported the petition to be fiscally responsible for our schools.

If the signers want a seat at the table - there is only one way - rescind. I think there are 9 days and this one is almost up.

_-_-_-_-_-_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112794) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

_____

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!
_____

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_-_-_-_-_-_

## Re: [95033talk] There are 9 days...

From:   Niall Gallagher via groups.io (niall_gallagher=yahoo.com@groups.io)

To:     steveandcy@gmail.com; 95033talk@groups.io

Date:   Tuesday, April 20, 2021, 01:25 PM PDT

Responsible person for validating the petition:

Santa Clara County Superintendent of School
Mary Ann Dewan, PhD
408-453-6511
MaryAnn_Dewan@...

_–_–_–_–_–_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112765) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

_____

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

_____

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_–_–_–_–_–_

## Re: [95033talk] There are 9 days...

From:   Kevin McBride via groups.io (kevmcbride=yahoo.com@groups.io)

To:     95033talk@groups.io

Date:   Tuesday, April 20, 2021, 11:41 AM PDT

It is a total and disgusting waste.  I'd like to see the phone number posted so that people know where to call to rescind their signature.  One thing this has taught me is that I must educate myself on the board candidates going forward.

Kevin

On Tuesday, April 20, 2021, 11:36:10 AM PDT, Robin Porter <robin.porter@lagolomita.com> wrote:

We have 9 days - from today until the 30th - for the petitioners to withdraw their petition for a special election for it not to cost us anything and for this Board appointment to stand for a year. They have 9 days - or until the County School Superintendent certifies the petition filed on April 1st. - to pull back the petition and not cost the kids $200,000-$600,000. I want everyone to think what an average teacher makes and figure out how many teachers that just cost our school for the year....

Rokni,

Where on you list does it say "election costing $200,000 to $600,000 called because:

1.  the FULLY ELECTED school board did it's due diligence (call for candidates where 7 applied, public interview, public deliberation, and appointment) following state guidelines on replacing a Board seat UNTIL the election NEXT YEAR.

2.  and that wasn't good enough...so let's just charge the school $200-600K for a SPECIAL ELECTION."

At a cost of $200,000 to $600,000, it doesn't feel that special. Especially when you can have it for free (bundled in with the other openings/board seats) NEXT YEAR.

Best,

—Robin

On Apr 20, 2021, at 9:54 AM, Allan Hessenflow < allanh@kallisti.com> wrote:

Is this some sort of attempt to justify what you've done? There's quite a difference between trying to raise funds and just wasting our taxpayer money with no possible upside. And I'm quite certain you're capable of asking the school yourself.

Allan

On Tue, Apr 20, 2021 at 09:20 AM, Shahryar Rokni wrote:

Dear Dale,
Since you have already established a special relationship with school and your

requests are promptly responded, will you take another one of my suggestions and ask the school the following:

What has the been the cost of many special elections school has called themselves? They just simply need to provide the numbers. Since our super has started floating $600K, it will be great to see how much we have paid in the past.

If you take the $600K assertion as fact, then you must agree that our school district can never ever entertain any election under any circumstances. Is that the message?

You can use the following measures:

2000 Measure A, Extend gann limits on 1996 measure D $150 parcel tax (required 50% pass and it is just for the ability to use the money, not collect) PASS

2001 Measure E, asked for a NEW parcel Tax for $150+3.5% compound over 9 years. FAILED

2002 Measure K, Almost $5M in bond for school reconstruction. PASSED

2004 Measure I, Extend gann limits on 1996 measure D $150 parcel tax (required 50% pass and it is just for the ability to use the money, not collect) PASS

2008 Measure G, Extend gann limits on 1996 measure D $150 parcel tax (required 50% pass and it is just for the ability to use the money, not collect) PASS

2010 Measure G, New Parcel tax $94 for four years. FAILED

2013 Measure H, Parcel tax for $164- 7 years. PASSED

2018 Measure R, School bond for $10M. Passed

2010 Measure N, extension of measure H for another 7 years. FAILED.

Let the numbers talk.

_._._._._

---

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112753) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

_____

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

_____

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_._._._._._

Re: [95033talk] There are 9 days...

From:   Cristina Werdebaugh (cristinaw@gmail.com)
To:     95033talk@groups.io; steveandcy@gmail.com
Cc:     pkfilseth@yahoo.com
Date:   Tuesday, April 20, 2021, 02:42 PM PDT

 External images are now more secure, and shown by default.    Change in Settings

Hi everyone,

I called the numbers listed below and seemed to finally lead to the person that can help rescind signatures on the petition for the special election from SCCOE. The contact is
Suzanne Carrig - scarrig@sccoe.org Her number is 408-453-6869. See her response below on how to rescind your signature from the petition. **Please don't delay!**

--------------------------------------

Suzanne Carrig <scarrig@sccoe.org>                                                                   2:29 PM (3 minutes ago)

 Could you please provide the details of your request in writing and send them to me? Please list the individuals who would like their names removed or have those individuals send
me the details in writing.


Thank you,


Suzanne Carrig


On Tue, Apr 20, 2021 at 2:39 PM Cynthia Pustelnik <steveandcy@gmail.com> wrote:
| not implying you are the devil
|
|    On Tue, Apr 20, 2021 at 2:38 PM cynthia ford Pustelnik <steveandcy@gmail.com> wrote:
|    | I don't make deals with the devil
|    |
|    |    On Tue, Apr 20, 2021 at 2:15 PM FiveByFive via groups.io <pkfilseth=yahoo.com@groups.io> wrote:
|    |    | Preface: I do not live in the district, don't know anyone on the board OR in the petitioning group, and have no dog in this fight.
|    |    |
|    |    | However, like most mountain residents, I have been deeply saddened by the level of anger, hostility, name-calling, and outright bullying that has pervaded 95033Talk in
|    |    | regards to this dispute.
|    |    |
|    |    | If I am understanding from context that petitioners for the special election feel unheard and unrepresented by the board ... and that they might feel that having to wait a year
|    |    | to run or vote in a regular election would give the board's appointee the well-known unfair "incumbent advantage" in that election ... perhaps a compromise could be reached?
|    |    |
|    |    | Specifically, perhaps the board's appointee could agree now not to run in that one regular election?
|    |    |
|    |    | Again, this is not a slam against the board (on which I know no one).  It would be unusual if everyone in ANY district was completely happy with any prevailing governmental
|    |    | power structure and its agenda.
|    |    |
|    |    | Nor is it a slam against the board's appointee, whom I also do not know, and whom I have no reason to think is anything but 100% and passionately committed to doing an
|    |    | excellent job as a board member.
|    |    |
|    |    | But it might address the issue of petitioners feeling as if waiting for the regular election would actively disadvantage them and/or their candidate.
|    |    |
|    |    | This would be a compromise.  Each side would be giving something up – the petitioners would be giving up their right to force a special election; the board would be giving up
|    |    | its right to create a situation where an appointed rather than elected member has an incumbent advantage in a general election.
|    |    |
|    |    | But each side would also "save face" by not simply feeling bullied into backing down from their passionately held position entirely.
|    |    |
|    |    | The biggest sacrifice would be on the part of the board's appointee for agreeing not to run for his/her seat in that regular election.  If this were an acceptable compromise to
|    |    | both sides, everyone in the district would owe that person sincere thanks.
|    |    |
|    |    | The biggest potential gainers would be kids in the district, which wouldn't lose so much money on the special election.
|    |    |
|    |    | Thoughts, from both sides?
|    |    |
- - - - - -

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112774) | Reply To Group | Reply To Sender | Mute This Topic | New Topic



Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ

Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_-_-_-_-_-

## Re: [95033talk] There are 9 days...

From: Larry McVoy (lm@mcvoy.com)

To:   95033talk@groups.io; robin.porter@lagolomita.com

Date: Tuesday, April 20, 2021, 11:40 AM PDT

I heard that Kissner had moved out of the area. Is that true? If so,
isn't the petition invalid?

On Tue, Apr 20, 2021 at 11:35:58AM -0700, Robin Porter wrote:

> We have 9 days - from today until the 30th - for the petitioners to withdraw their petition for a special
> election for it not to cost us anything and for this Board appointment to stand for a year. They have 9
> days - or until the County School Superintendent certifies the petition filed on April 1st. - to pull back the
> petition and not cost the kids $200,000-$600,000. I want everyone to think what an average teacher
> makes and figure out how many teachers that just cost our school for the year???.
>
>
> Rokni,
>
> Where on you list does it say ???election costing $200,000 to $600,000 called because:
>
> 1. the FULLY ELECTED school board did it???s due diligence (call for candidates where 7 applied, public
> interview, public deliberation, and appointment) following state guidelines on replacing a Board seat UNTIL
> the election NEXT YEAR.
>
> 2. and that wasn???t good enough???so let???s just charge the school $200-600K for a SPECIAL
> ELECTION."
>
> At a cost of $200,000 to $600,000, it doesn???t feel that special. Especially when you can have it for free
> (bundled in with the other openings/board seats) NEXT YEAR.
>
> Best,
>
> ???Robin
>
>
>
> On Apr 20, 2021, at 9:54 AM, Allan Hessenflow <allanh@kallisti.com <mailto:allanh@kallisti.com>>
> wrote:
>
> Is this some sort of attempt to justify what you've done? There's quite a difference
> between trying to raise funds and just wasting our taxpayer money with no
> possible upside. And I'm quite certain you're capable of asking the school yourself.
>
> Allan
>
>
> On Tue, Apr 20, 2021 at 09:20 AM, Shahryar Rokni wrote:
> Dear Dale,
> Since you have already established a special relationship with school and your
> requests are promptly responded, will you take another one of my suggestions
> and ask the school the following:

What has the been the cost of many special elections school has called themselves? They just simply need to provide the numbers. Since our super has started floating $600K, it will be great to see how much we have paid in the past.

If you take the $600K assertion as fact, then you must agree that our school district can never ever entertain any election under any circumstances. Is that the message?

You can use the following measures:

2000 Measure A, Extend gann limits on 1996 measure D $150 parcel tax (required 50% pass and it is just for the ability to use the money, not collect) PASS

2001 Measure E, asked for a NEW parcel Tax for $150+3.5% compound over 9 years. FAILED

2002 Measure K, Almost $5M in bond for school reconstruction. PASSED

2004 Measure I, Extend gann limits on 1996 measure D $150 parcel tax (required 50% pass and it is just for the ability to use the money, not collect) PASS

2008 Measure G, Extend gann limits on 1996 measure D $150 parcel tax (required 50% pass and it is just for the ability to use the money, not collect) PASS

2010 Measure G, New Parcel tax $94 for four years. FAILED

2013 Measure H, Parcel tax for $164- 7 years. PASSED

2018 Measure R, School bond for $10M. Passed

2010 Measure N, extension of measure H for another 7 years. FAILED.

Let the numbers talk.

--
---
Larry McVoy lm at mcvoy.com http://www.mcvoy.com/lm
_-_-_-_-_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112752) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_-_-_-_-_

## Re: [95033talk] There are 9 days...

From:   Mark Porter (mportersan@gmail.com)

To:     95033talk@groups.io; steveandcy@gmail.com

Cc:     niall_gallagher@yahoo.com

Date:   Tuesday, April 20, 2021, 01:51 PM PDT

Yes, Mary Ann as County Superintendent of Santa Clara Schools is the County administrator responsible for validating the petition.

I'm sure she will be working with the County Counsel on any legal questions that come up.

Emails to her will help insure that extra care is taken in the validation.

—Mark

> On Apr 20, 2021, at 1:32 PM, Cynthia Pustelnik <steveandcy@gmail.com> wrote:
>
>
> so is that a county person who validates the petition?
>
> On Tue, Apr 20, 2021 at 1:25 PM Niall Gallagher via groups.io <niall_gallagher=yahoo.com@groups.io> wrote:
>> Responsible person for validating the petition:
>>
>> Santa Clara County Superintendent of School
>> Mary Ann Dewan, PhD
>> 408-453-6511
>> MaryAnn_Dewan@…

_–_–_–_–_–

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112767) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

_____

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_–_–_–_–_–

## Re: [95033talk] There are 9 days…

From:   FiveByFive via groups.io (pkfilseth=yahoo.com@groups.io)

To:     tiff@simplyremarkable.com; 95033talk@groups.io

Date:   Tuesday, April 20, 2021, 07:31 PM PDT

Sanjay just posted in a related thread that Charlotte already DID offer to do this if the special election were called off … that he personally texted that offer to David Kissner on March 29 … and that the offer "stands."

The fact that Charlotte even offered to do this negates any legitimate concern or argument of "incumbent advantage" in the next election.

I think you're right that anyone running in the special election (if it is not rescinded) or the next general election is going to have a very tough time getting elected if they can be tied in any way to the special election petition.
_·_·_·_·_·_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112799) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

_____

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!
_____

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_·_·_·_·_·_

## Re: [95033talk] There are 9 days…

From:  Cynthia Pustelnik (steveandcy@gmail.com)

To:     95033talk@groups.io; pkfilseth@yahoo.com

Date:   Tuesday, April 20, 2021, 02:40 PM PDT

not implying you are the devil

On Tue, Apr 20, 2021 at 2:38 PM cynthia ford Pustelnik <steveandcy@gmail.com> wrote:
  I don't make deals with the devil

  On Tue, Apr 20, 2021 at 2:15 PM FiveByFive via groups.io <pkfilseth=yahoo.com@groups.io> wrote:
    Preface: I do not live in the district, don't know anyone on the board OR in the petitioning group, and have no dog
    in this fight.

    However, like most mountain residents, I have been deeply saddened by the level of anger, hostility, name-calling,
    and outright bullying that has pervaded 95033Talk in regards to this dispute.

    If I am understanding from context that petitioners for the special election feel unheard and unrepresented by the
    board … and that they might feel that having to wait a year to run or vote in a regular election would give the
    board's appointee the well-known unfair "incumbent advantage" in that election … perhaps a compromise could be
    reached?

    Specifically, perhaps the board's appointee could agree now not to run in that one regular election?

    Again, this is not a slam against the board (on which I know no one).  It would be unusual if everyone in ANY
    district was completely happy with any prevailing governmental power structure and its agenda.

    Nor is it a slam against the board's appointee, whom I also do not know, and whom I have no reason to think is
    anything but 100% and passionately committed to doing an excellent job as a board member.

    But it might address the issue of petitioners feeling as if waiting for the regular election would actively
    disadvantage them and/or their candidate.

    This would be a compromise.  Each side would be giving something up – the petitioners would be giving up their
    right to force a special election; the board would be giving up its right to create a situation where an appointed
    rather than elected member has an incumbent advantage in a general election.

    But each side would also "save face" by not simply feeling bullied into backing down from their passionately held
    position entirely.

    The biggest sacrifice would be on the part of the board's appointee for agreeing not to run for his/her seat in that
    regular election.  If this were an acceptable compromise to both sides, everyone in the district would owe that
    person sincere thanks.

    The biggest potential gainers would be kids in the district, which wouldn't lose so much money on the special
    election.

    Thoughts, from both sides?

_._._._._._

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112773) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

---

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

---

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_._,_._,_._

## Re: [95033talk] There are 9 days...

From:   FiveByFive via groups.io (pkfilseth=yahoo.com@groups.io)

To:     robin.porter@lagolomita.com; 95033talk@groups.io

Date:   Tuesday, April 20, 2021, 02:15 PM PDT

---

Preface: I do not live in the district, don't know anyone on the board OR in the petitioning group, and have no dog in this fight.

However, like most mountain residents, I have been deeply saddened by the level of anger, hostility, name-calling, and outright bullying that has pervaded 95033Talk in regards to this dispute.

If I am understanding from context that petitioners for the special election feel unheard and unrepresented by the board ... and that they might feel that having to wait a year to run or vote in a regular election would give the board's appointee the well-known unfair "incumbent advantage" in that election ... perhaps a compromise could be reached?

Specifically, perhaps the board's appointee could agree now not to run in that one regular election?

Again, this is not a slam against the board (on which I know no one). It would be unusual if everyone in ANY district was completely happy with any prevailing governmental power structure and its agenda.

Nor is it a slam against the board's appointee, whom I also do not know, and whom I have no reason to think is anything but 100% and passionately committed to doing an excellent job as a board member.

But it might address the issue of petitioners feeling as if waiting for the regular election would actively disadvantage them and/or their candidate.

This would be a compromise. Each side would be giving something up – the petitioners would be giving up their right to force a special election; the board would be giving up its right to create a situation where an appointed rather than elected member has an incumbent advantage in a general election.

But each side would also "save face" by not simply feeling bullied into backing down from their passionately held position entirely.

The biggest sacrifice would be on the part of the board's appointee for agreeing not to run for his/her seat in that regular election. If this were an acceptable compromise to both sides, everyone in the district would owe that person sincere thanks.

The biggest potential gainers would be kids in the district, which wouldn't lose so much money on the special election.

Thoughts, from both sides?

_·_·_·_·_

Groups.io Links:

You receive all messages sent to this group.

[View/Reply Online (#112769)](#) | [Reply To Group](#) | [Reply To Sender](#) | [Mute This Topic](#) | [New Topic](#)

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ

Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_-_-_-_-_

## Re: [95033talk] There are 9 days…

From: Cynthia Pustelnik (steveandcy@gmail.com)

To: 95033talk@groups.io; pkfilseth@yahoo.com

Date: Tuesday, April 20, 2021, 02:39 PM PDT

I don't make deals with the devil

On Tue, Apr 20, 2021 at 2:15 PM FiveByFive via groups.io <pkfilseth=yahoo.com@groups.io> wrote:

Preface: I do not live in the district, don't know anyone on the board OR in the petitioning group, and have no dog in this fight.

However, like most mountain residents, I have been deeply saddened by the level of anger, hostility, name-calling, and outright bullying that has pervaded 95033Talk in regards to this dispute.

If I am understanding from context that petitioners for the special election feel unheard and unrepresented by the board … and that they might feel that having to wait a year to run or vote in a regular election would give the board's appointee the well-known unfair "incumbent advantage" in that election … perhaps a compromise could be reached?

Specifically, perhaps the board's appointee could agree now not to run in that one regular election?

Again, this is not a slam against the board (on which I know no one).  It would be unusual if everyone in ANY district was completely happy with any prevailing governmental power structure and its agenda.

Nor is it a slam against the board's appointee, whom I also do not know, and whom I have no reason to think is anything but 100% and passionately committed to doing an excellent job as a board member.

But it might address the issue of petitioners feeling as if waiting for the regular election would actively disadvantage them and/or their candidate.

This would be a compromise.  Each side would be giving something up – the petitioners would be giving up their right to force a special election; the board would be giving up its right to create a situation where an appointed rather than elected member has an incumbent advantage in a general election.

But each side would also "save face" by not simply feeling bullied into backing down from their passionately held position entirely.

The biggest sacrifice would be on the part of the board's appointee for agreeing not to run for his/her seat in that regular election.  If this were an acceptable compromise to both sides, everyone in the district would owe that person sincere thanks.

The biggest potential gainers would be kids in the district, which wouldn't lose so much money on the special election.

Thoughts, from both sides?

_._,_._,_._

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112771) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

---

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

---

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_-_-_-_-_-_

## Re: [95033talk] There are 9 days…

From:   Cynthia Pustelnik (steveandcy@gmail.com)

To:     95033talk@groups.io; niall_gallagher@yahoo.com

Date:   Tuesday, April 20, 2021, 01:32 PM PDT

so is that a county person who validates the petition?

On Tue, Apr 20, 2021 at 1:25 PM Niall Gallagher via groups.io <niall_gallagher=yahoo.com@groups.io> wrote:
> Responsible person for validating the petition:
>
> Santa Clara County Superintendent of School
> Mary Ann Dewan, PhD
> 408-453-6511
> MaryAnn_Dewan@...

_-_-_-_-_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112766) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]

_-_-_-_-_

## Re: [95033talk] There are 9 days…

| | |
|---|---|
| From: | Cynthia Pustelnik (steveandcy@gmail.com) |
| To: | robin.porter@lagolomita.com; 95033talk@groups.io |
| Date: | Tuesday, April 20, 2021, 01:10 PM PDT |

I want to know how the signatures are validated and how to make sure they are registered voters in the correct district. I believe some who may have signed are not in our school district but have gotten a waiver to send their kids to our district. Who checks those who signed?
_-_-_-_-_-

Groups.io Links:

You receive all messages sent to this group.

[View/Reply Online (#112763)](#) | [Reply To Group](#) | [Reply To Sender](#) | [Mute This Topic](#) | [New Topic](#)

---

Moderator reminders:
Please read the FAQ! It is at [https://groups.io/g/95033talk/wiki/95033talk-FAQ](https://groups.io/g/95033talk/wiki/95033talk-FAQ)
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

---

[Your Subscription](#) | [Contact Group Owner](#) | [Unsubscribe](#) [Stacylynhall@yahoo.com]
_-_-_-_-_-

## Re: [95033talk] There are 9 days...

From:   Azadeh via groups.io (azzalu=yahoo.com@groups.io)

To:     95033talk@groups.io; pkfilseth@yahoo.com

Cc:     tiff@simplyremarkable.com

Date:   Tuesday, April 20, 2021, 07:38 PM PDT

Assuming the best in people and that a school board applicant would have the integrity to answer honestly.....

I know what my 1st question to ANY future school board applicant or candidate will be:

Did you support the special election and did you sign its petition?

Anyone that did support or sign it will certainly NOT get my support or vote.

Best.
**Azadeh**

> On Apr 20, 2021, at 7:31 PM, FiveByFive via groups.io <pkfilseth=yahoo.com@groups.io> wrote:
>
> Sanjay just posted in a related thread that Charlotte already DID offer to do this if the special election were called off … that he personally texted that offer to David Kissner on March 29 … and that the offer "stands."
>
> The fact that Charlotte even offered to do this negates any legitimate concern or argument of "incumbent advantage" in the next election.
>
> I think you're right that anyone running in the special election (if it is not rescinded) or the next general election is going to have a very tough time getting elected if they can be tied in any way to the special election petition.

_-_-_-_-_-_

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112800) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_-_-_-_-_-_

## Re: [95033talk] There are 9 days…

From:  adelia_barber (asterlily@gmail.com)

To:  azzalu@yahoo.com; 95033talk@groups.io

Date:  Tuesday, April 20, 2021, 08:09 PM PDT

It's also important to remember that "both sides" are not equivalent here:

The petitioners needed 1.5% of the district to force a special election: that's 54 people

The other 98.5% of people in this district DID NOT want a special election: that's 3545 people

There is absolutely no way that any candidate who supports this special election could win the special election.  It's just a monumental waste of time and money, with our kids paying the price.

_–_–_–_–_–

Groups.io Links:

You receive all messages sent to this group.

View/Reply Online (#112801) | Reply To Group | Reply To Sender | Mute This Topic | New Topic

Moderator reminders:
Please read the FAQ! It is at https://groups.io/g/95033talk/wiki/95033talk-FAQ
Search archives at groups.io; directions are in the FAQ's
Questions? Email the moderators at 95033talk+owner@groups.io
Be polite and civil and on-topic. Thank you!

Your Subscription | Contact Group Owner | Unsubscribe [Stacylynhall@yahoo.com]
_–_–_–_–_–