KISSNER DECL. EXHIBIT 2

# 95033 Neighbors - Official, created 2012

🔒 Private group · 2.0K members

About | **Discussion** | Mentorship | Announcements | Request or

**Allan Hessenflow** uploaded a file.
April 16 · 🌐

Here are the David Kissner dismissal charges. They were obtained with a public records act request by Dan Dale.

📄 **PDF**
**Dale PRA April 2021.pdf** · version 1

😮👍❤️ 29                                    73 Comments

👍 Like                    💬 Comment

**Allan Hessenflow**
On March 28 David Kissner (**Stacy Kissner**) posted in this group. In that post, while denying any predatory behavior against children, he added "the district has not accused me of or charged me with anything of the sort." A couple of hours ago I asked him in that thread to reconcile that claim with the actual charges, specific acts or omissions 4(a) through 4(g). Maybe this second request will help ensure he doesn't miss the question.

Like · Reply · 4w                                    👍 4