KISSNER DECL. EXHIBIT 3

## Employment impacts

David Kissner <dmkissner@hotmail.com>
Wed 11/16/2022 8:43 AM
To: Bill Becker <freedomxlaw@gmail.com>

Hi Bill,

As discussed yesterday on the phone, I recorded the events that took place with the company I contract with. The following are the notes I took down immediately following our phone call:

"Today, November 15, 2022, I was teaching my online classes at Blue Horizon Elementary School in Buckeye, Arizona. I have been contracted to teach there for approximately 6 weeks. I contract through Elevatek12, and online educational company. My scheduled contract end date was November 22, 2022.

During the first period class today, I had two students send me a message in the private chat feature. One student asked "why did you get fired from your old job?" The other asked, "Why did you give alcohol to students at your old school???!!! 😡 " I did not respond. I was not able to capture the messages in time, as the Elevatek12 proprietary platform does not make chat messages available to me after the session ends or the student logs out. I did however email Bill Becker at 9:22am, immediately after that class, to let him know the same.

At lunch time, I received an email from the contracting company, "Elevate," subject line: "Program Removal." It read:

Hi David,

Effective immediately, you will be removed from Liberty Elementary District -Blue Horizon Math 8 program due to school now has an in-person teacher and we'll be in touch soon with more information.

Thank you!

These are the events from today, November 15, 2022."


Update: This morning, I was able to check the online portal and see that the program has not been discontinued and that Elevate is providing a substitute teacher for the sessions. The school does not have an in-person teacher in place. I have captured a screen-shot of the portal showing the substitute teacher (Mrs. Cross) prepared for the day's lessons.

David

PL006804