KISSNER DECL. EXHIBIT 4

## Contemporaneous notes – elevate contract ended

David Kissner <dmkissner@hotmail.com>

Mon 11/21/2022 10:01 AM

To: David Kissner <dmkissner@hotmail.com>;Bill Becker <freedomxlaw@gmail.com>

Ryan with elevate. Sarah on the line. Restricted number. 9:50 a.m. mountain Time 21 November 2022. Call to inform me that elevate would like to part ways because of newspaper article in the Mercury News brought to their attention by client school Blue horizons. Not making any assessment or assertion of the truth of things alleged in the newspaper but concerned that it would be an ongoing issue with client schools. Welcomed to me to circle back with them in the case that the newspaper article is resolved.? I asked for a brief email explaining their decision and the reasons therefore in writing and Ryan agreed to send such.

Get Outlook for Android

PL006805