KISSNER DECL. EXHIBIT 5

## Elevate K-12: Notice of 1099 Contract Termination

HR Team <hr.team@elevatek12.com>
Mon 11/21/2022 3:18 PM
To: dmkissner@hotmail.com <dmkissner@hotmail.com>

Dear Mr. David Kissner,

This is to inform you that your independent contractor status with Elevate K12, Inc. is terminated effective November 21, 2022. As you know, your 1099 contract with Elevate K12 is subject to termination by Elevate at any time.

At this time, Elevate is not in need of the services under your independent contractor agreement, and Elevate and does not currently have a position for you with our customers. As a result, we have elected to terminate your 1099 contract with us pursuant to its termination provisions.

Please see the Contractor Departure Guide for details regarding final payment and other things to consider upon your departure.

We wish you well in your future endeavors.

Regards,

HR Team
ELEVATE K-12 High-Quality Live Online Instruction.
In School. During School.
www.elevatek12.com

PL006806