KISSNER DECL. EXHIBIT 6

```
 1                UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3  _____

 4  DAVID M. KISSNER,

 5                      Plaintiff,

 6     vs.                          No.  3:22-cv-00949-CRB

 7  LOMA PRIETA JOINT UNION
    SCHOOL DISTRICT, et al.,
 8
                      Defendants.
 9  _____

10              DEPOSITION OF DAVID M. KISSNER

    _____
11

12              BE IT REMEMBERED that on the 9th day of

13  June, 2023, at the hour of 10:00 a.m. the deposition of

14  DAVID M. KISSNER, via Zoom video conference, was taken at

15  the request of the Defendants, before Caryn E. Winters

16  Keller, CRR, RPR, Washington CCR No. 2496, California CSR

17  No. 14512, No. Idaho CSR No. SRL-718, at (city confidential)

18  Wyoming, pursuant to the Federal Rules of Civil Procedure.

19

20

21

22

23

24

25
```

DAVID M. KISSNER - 06/09/2023

Page 28

```
 1    A   Correct.

 2    Q   And for that entire span you were only doing contract

 3  work for one school district, correct?

 4    A   Correct.

 5    Q   Was that Liberty Elementary School District in

 6  Arizona?

 7    A   Yes.

 8    Q   At some point in November 2022 you received some

 9  communications from the students at Liberty Elementary

10  School District regarding your termination at Loma, correct?

11    A   That's correct.

12    Q   What particular communications did you receive from

13  the Liberty Elementary School students regarding your Loma

14  termination?

15    A   It was via their chat function.  And the particular

16  student said that their teacher's aid in the class had told

17  them that I had gotten in trouble in my previous district.

18  And then the student Googled it and said that they -- that

19  they didn't say something.  They asked me, like, "Why were

20  you grooming kids, and why would you give alcohol to kids"

21  is what the student said.

22    Q   You said that these messages were transmitted to you

23  through, like, a Zoom chat?

24    A   It was through whatever proprietary system that

25  Elevate uses.
```

Page 29

1                    MR. BECKER:  Excuse me.  I have to give my dog

2    her treat at this time.  I'll be right back.  You can keep

3    going.  I'll be right back.

4        Q    (By Mr. Modafferi)  Mr. Kissner, I'm sharing my

5    screen with you again.  Are you able to see it?

6        A    Yes.

7        Q    And we'll mark this next document as Exhibit 3.  For

8    purposes of the record, this is an email with a heading

9    "Employment impacts," and the Bates number is Plaintiff's

10   6804.  Mr. Kissner, do you recognize this document to be an

11   email that you drafted?

12       A    Yes.

13       Q    And you sent this email to Mr. Becker on November 16,

14   2022, correct?

15       A    Correct.

16       Q    Was the purpose of this email to memorialize events

17   that had happened the day prior on November 15, 2022?

18       A    Yes.

19       Q    You mention in here that -- I'm looking at the third

20   paragraph of the email that says, "During the first period

21   class today I had two students send me a message in the

22   private chat feature."  That's consistent with what we were

23   discussing before about students messaging you through the

24   chat feature of the video remote learning system, correct?

25       A    Correct.

DAVID M. KISSNER - 06/09/2023

Page 30

```
 1      Q   You then said,  "One student asked, 'Why did you get
 2   fired from your old job?'"  Is that a correct recitation of
 3   the question that one of the students asked you in the chat
 4   while you were working for Elevate?
 5      A   I believe so.
 6      Q   The other student -- I'm sorry, let me start that
 7   over.  You then wrote in your email, "The other asked 'Why
 8   did you give alcohol to students at your old
 9   school???!!!=('"  Is that a correct recitation of the
10   message that you received from a student while you were
11   working for Elevate?
12      A   Yes.
13      Q   You next wrote that you did not respond.  Is that
14   correct that you did not respond to either of the students
15   who messaged you?
16      A   Yes.
17      Q   Were there any other messages that you received from
18   students while you were working for Elevate that pertained
19   to your Loma termination besides these two that are
20   memorialized in this email marked as Bates number 6804?
21      A   No.
22      Q   At the time of these messages that you were receiving
23   in November of 2022, your federal lawsuit that brings us all
24   here had been filed, correct?
25      A   Yes.
```

DAVID M. KISSNER - 06/09/2023

Page 31

1      Q    Do you know what information these students saw

2    pertaining to your termination from Loma?

3      A    I don't know what the students saw.  I talked to an

4    HR person later.  I knew what they saw.

5      Q    The HR person that you talked to, was that someone

6    from Elevate?

7      A    Correct.

8      Q    But as to the students in particular, you can't tell

9    me whether they saw a copy of your complaint from this

10   lawsuit or they saw various online comments from individuals

11   unaffiliated with the district or if they saw actual

12   communications from Loma Prieta School District, correct?

13     A    I cannot say.

14     Q    How about the HR person you talked to from Elevate?

15   Do you recall that person's name?

16     A    I don't.  And it might be in an email I sent to you,

17   but I'm not sure.

18     Q    Are you seeing my screen share again?

19     A    Yes.

20     Q    I'm showing you an email chain.  The heading is "Re:

21   Program Removal," and the Bates number is Plaintiff's 6825.

22   I'll mark this as Exhibit 4.

23            Mr. Kissner, do you recognize this to be an

24   email chain between you and Elevate regarding the

25   termination of your contract with Elevate?

DAVID M. KISSNER - 06/09/2023

Page 32

1      A    Yes.

2      Q    And did you, in fact, receive this bottom email here

3    from Candace Bui-Walston on or about November 15, 2022?

4      A    Yes.

5      Q    And, in fact, you acknowledge receipt of Miss

6    Bui-Walston's email, and immediately above that we see your

7    response, correct?

8      A    Correct.

9      Q    Does this refresh your recollection as to whom you

10    spoke with regarding what Elevate had seen as far as your

11    termination from Loma?

12     A    Unfortunately, it was not that person.  I don't think

13    I ever spoke to Candace, and I'm not sure what her role is.

14    Maybe some kind of a program coordinator for that district

15    or something.  But I received a call from a gentleman at the

16    headquarters of Elevate some time thereafter.

17     Q    It looks like there's two other people copied on this

18    email, Stacy Spencer and Sheri Roney.  Were either of those

19    the HR person that you believe you spoke with?

20     A    No.

21     Q    You said some time after you were notified that your

22    contract with Elevate was being terminated, you spoke with

23    someone from Elevate's HR department, correct?

24     A    Correct.

25     Q    And how long was that conversation that you had with

DAVID M. KISSNER - 06/09/2023

Page 33

1    that person?

2        A    Just a few minutes.  Three or four minutes, probably.

3        Q    Was that a phone call or Zoom or how did you

4    communicate with that person?

5        A    No, it was a phone call from a -- a number that's --

6    you can't call back.

7        Q    Well, had you spoken with that particular person

8    prior to that conversation?

9        A    Never.

10       Q    Had you received any other communication from that

11   person by email or any other means?

12       A    No.

13       Q    What did that person tell you during that couple of

14   minute phone conversation?

15       A    He told me that the administration at the school that

16   I was, I guess, subcontracting with, it's called Buckeye

17   School in Liberty District, that the administration had

18   become aware of the circumstances surrounding me leaving

19   Loma Prieta and were not comfortable with me continuing to

20   teach in their classroom.

21                And then the Elevate person said that they

22   anticipated that that would be the same story with any other

23   potential client that they could place me with.  And so

24   while the guy made a point to say, "We're not," you know,

25   "saying that we think you're guilty of the things the school

Page 34

1   district has put out there, just on a practical matter we

2   think we won't be able to place you."  He also invited me to

3   call them back when it was all resolved.

4       Q    Did the Elevate HR person you spoke with tell you

5   what in particular he had seen that pertained to your Loma

6   termination?

7       A    He didn't tell me which document, but he did mention

8   the grooming allegations.

9       Q    You'd agree with me that in your complaint in this

10   federal lawsuit you mentioned the allegations of grooming,

11   correct?

12      A    I agree.

13      Q    And so are you able to tell me as you sit here today

14   whether the Elevate HR person had reviewed a document that

15   was put out by the school district as opposed to something

16   that you put out or something that anybody else put out?

17      A    He referenced media coverage, but that could include

18   things the district put out or that I put out, so I can't

19   say.

20      Q    Fair to say you don't know exactly where this

21   information was coming from that the Elevate HR person was

22   referring to, correct?

23      A    I cannot say for certain.

24      Q    We've been going just over an hour.  Let's take a

25   five-minute break and come back at 11:10 or 12:10 your time,