IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. KISSNER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOMA PRIETA JOINT UNION<br>SCHOOL DISTRICT, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-00949-CRB<br><br>**JUDGMENT** |

Having granted Defendants' second motion for summary judgment, the Court hereby enters judgment for Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: January 30, 2024

　　　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge