Golnar J. Fozi (Cal. Bar No. 167674)
Daniel S. Modafferi (Cal. Bar No. 294510)
Fozi Dwork & Modafferi, LLP
5942 Priestly Drive, Suite 100
Carlsbad, California  92008
Tel: (760) 444-0039; Fax: (760) 444-0130
Email:   gfozi@fdmattorneys.com
         dmodafferi@fdmattorneys.com

Attorneys for Defendants,
Loma Prieta Joint Union School District, Lisa Fraser,
Kevin Grier, Billy Martin, Deana Arnold,
Ben Abeln, Ron Bourque, Charlotte Khandelwal,
and Erin Asheghian

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. KISSNER,<br><br>Plaintiff,<br><br>v.<br><br>LOMA PRIETA JOINT UNION SCHOOL DISTRICT, et al.,<br><br>Defendants. | **Case No.:  3:22-cv-00949-CRB**<br>**Assigned to: Hon. Charles R. Breyer**<br><br>**DECLARATION OF DANIEL S. MODAFFERI IN SUPPORT OF DEFENDANTS' BILL OF COSTS**<br><br>**Case Filed:  February 16, 2022**<br>**Judgment Entered:  January 30, 2024** |

I, Daniel S. Modafferi, declare:

1. I am an attorney at law, duly admitted to practice in the State of California and in the United States District Court for the Northern District of California. I am a partner at Fozi Dwork & Modafferi, LLP, counsel for record for Loma Prieta Joint Union School District, Lisa Fraser, Kevin Grier, Billy Martin, Deana Arnold, Ben Abeln, Ron Bourque, Charlotte Khandelwal, and Erin Asheghian, the defendants in the above-entitled matter.

2. I have personal knowledge of the facts set forth herein, and if I were called to testify thereto, I could and would do so competently.

3. Pursuant to 28 USC § 1924, I declare under penalty of perjury that the costs stated in the Bill of Costs filed concurrently herewith are correct and were

1  incurred in this action and that the services for which fees have been charged were
2  actually and necessarily performed.
3      4.    On June 9, 2023, I took the deposition of plaintiff David M. Kissner in
4  the above-entitled civil matter. The deposition officer for the proceeding was
5  Litigation Services, acting by and through certified shorthand reporter Caryn E.
6  Winters Keller, CSR No. 14512.
7      5.    Filed herewith as Exhibit A is a true and correct copy of the invoice from
8  Litigation Services for plaintiff's June 9, 2023, deposition. The invoice contains a
9  detailed description of the services provided and the amounts charged for each service.
10 The summary in the invoice is hereby incorporated herein by reference.
11     6.    Defendants actually and necessarily incurred and paid the full amount of
12 the invoice, $1,816.00, for plaintiff's deposition.
13     I declare under penalty of perjury, pursuant to the laws of the United States of
14 America and the State of California, that the foregoing is true and correct. Executed
15 on February 9, 2024, in Carlsbad, California.

/s/ Daniel S. Modafferi
Daniel S. Modafferi

2

DECLARATION OF DANIEL S. MODAFFERI                3:22-cv-00949-CRB