# EXHIBIT A

# INVOICE

1 of 1

**LITIGATION SERVICES**
A VERITEXT COMPANY

3960 Howard Hughes Pkwy
Suite 700
Las Vegas, NV 89169
Phone: (800) 330.1112
litigationservices.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1627853 | 6/21/2023 | 991414 |
| Job Date | | Case No. |
| 6/9/2023 | | 3:22-cv-00949-CRB |
| Case Name | | |
| Kissner, David M. vs. Loma Prieta Joint Union School District | | |
| Payment Terms | | |
| Net 30 | | |

Daniel S. Modafferi, Esq.
Fozi Dwork & Modafferi LLP
5942 Priestly Drive, Suite 100
Carlsbad, CA 92008

Original & One Certified Copy - Deposition of:

| | | | | | |
|---|---|---|---|---|---|
| David M. Kissner | 147.00 | Pages | @ | 6.000 | 882.00 |
| Hourly | 5.00 | Hours | @ | 40.000 | 200.00 |
| Remote Hosting Platform | 1.00 | | @ | 195.000 | 195.00 |
| Exhibits - Color | 370.00 | Pages | @ | 1.000 | 370.00 |
| Digital Litigation Package | 1.00 | | @ | 60.000 | 60.00 |
| Read and Sign Fee | 1.00 | | @ | 25.000 | 25.00 |
| Handling & Processing | 1.00 | | @ | 25.000 | 25.00 |
| Archival of Transcript | 1.00 | | @ | 15.000 | 15.00 |
| Reporter Certificate ( CCP 2093(b)(1) & Government Code 8211(C)) | 1.00 | | @ | 44.000 | 44.00 |

**TOTAL DUE >>>  $1,816.00**
AFTER 7/21/2023 PAY  $1,997.60

Location of Job : Remote Appearance - CentextLIVE (ZOOM)

*A one-time courtesy discount was applied to the cost of exhibits*

The LIT Group 079F

Please note, disputes or refunds will not be honored or issued after 30 days

---

Tax ID: 37-1787700

*Please detach bottom portion and return with payment.*

Daniel S. Modafferi, Esq.
Fozi Dwork & Modafferi LLP
5942 Priestly Drive, Suite 100
Carlsbad, CA 92008

Job No.     : 991414         BU ID     : SD-CRO
Case No.    : 3:22-cv-00949-CRB
Case Name   : Kissner, David M. vs. Loma Prieta Joint Union
              School District
Invoice No. : 1627853        Invoice Date : 6/21/2023
Total Due   : $1,816.00

AFTER 7/21/2023 PAY $1,997.60

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Litigation Services & Technologies of California, LLC**
P.O. Box 103091
Pasadena, CA 91189-3091