William J. Becker, Jr., Esq. (SBN: 134545)
Bill@FreedomXLaw.com
**FREEDOM X**
11500 Olympic Blvd., Suite 400
Los Angeles, California 90064
Telephone: (310) 636-1018

Counsel for *David M. Kissner*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID M. KISSNER**, | Case No. 22-cv-00949-CRB |
| Plaintiff, | *Hon. Charles R. Breyer* |
| vs. | **PLAINTIFF'S NOTICE OF APPEAL** |
| **LOMA PRIETA JOINT UNION SCHOOL DISTRICT, et al.,** | |
| Defendants. | |

Case No. 22-cv-00949-CRB

Plaintiff's Notice Of Appeal

Pursuant to Rule 3 of the Federal Rules of Appellate Procedure, Plaintiff David M. Kissner ("Plaintiff") hereby notices his appeal to the United States Court of Appeals for the Ninth Circuit from the following judgments and orders:

- District Court's Order Granting in Part Motion for Summary Judgment issued September 8, 2023 (Dkt. No. 106);

- District Court's Order Granting Ex Parte Application to file second motion for summary judgment (Dkt. No. 113);

- District Court's Order Granting Second Motion for Summary Judgment issued January 30, 2024 (Dkt. No. 122); and

- Judgment entered in this Court on January 30, 2024 (Dkt. No. 123).

Pursuant to Fed. R. App. P., Rule 24(a)(3), Plaintiff was permitted to proceed in forma pauperis in the district court action based on the following motion and order:

- Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Dkt. No. 3); and

- District Court's Order Granting Motion for Leave to Proceed In Forma Pauperis (Dkt. No. 14).

Respectfully submitted,

Date: February 28, 2024	FREEDOM X

By:  /s/ *William J. Becker, Jr.*
William J. Becker, Jr., Esq.