| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAR 11 2025 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

DAVID M. KISSNER,

    Plaintiff - Appellant,

v.

LOMA PRIETA JOINT UNION ELEMENTARY SCHOOL DISTRICT, a California public agency; et al.,

    Defendants - Appellees.

No. 24-1261

D.C. No. 3:22-cv-00949-CRB

Northern District of California, San Francisco

MANDATE

The judgment of this Court, entered January 22, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT